**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT COURT OF NEW YORK**
-------------------------------------------------------------------x
LETICIA FRANCINE STIDHUM,

                         Plaintiff,          Case No: **21-cv-07163**

            v.                      **NOTICE OF APPEARANCE**

161-10 HILLSIDE AUTO AVE, LLC
    d/b/a Hillside Auto Outlet, and
HILLSIDE AUTO MALL INC
    d/b/a Hillside Auto Mall,
ISHAQUE THANWALLA,
JORY BARON,
RONALD M BARON, and
ANDRIS GUZMAN,

                        Defendants.
-------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that Aaron Schweitzer of Troy Law, PLLC hereby appears for Plaintiff LETICIA FRANCINE STIDHUM in the above-captioned case. Request is hereby made that all notices given or required to be given in this case and all pleadings, motions, and applications served or required to be served in this case be given to and served upon the undersigned.

      I certify that I am admitted and authorized to practice in this Court.


Dated: Flushing, NY
December 29, 2021

                                              TROY LAW, PLLC

                                              *Attorneys for Plaintiff*

                                              By: /s/ Aaron Schweitzer
                                              Aaron Schweitzer
                                              41-25 Kissena Boulevard, Suite 103
                                              Flushing, NY 11355
                                              Tel: (718) 762-1324
                                              troylaw@troypllc.com