AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| LETICIA FRANCINE STIDHUM <br> *Plaintiff(s)* <br> v. <br> 161-10 HILLSIDE AUTO AVE, LLC <br> d/b/a Hillside Auto Outlet <br> et al. <br> *Defendant(s)* | Civil Action No. 21-cv-07163 PKC-RLM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   TROY LAW, PLLC
John Troy
41-25 Kissena Blvd, Suite 103
Flushing, NY 11355

Tel: (718) 762-1324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer

*CLERK OF COURT*



Date: 12/29/2021

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

*Full Caption*

TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 103
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------X   Case No. 21-cv-07163

LETICIA FRANCINE STIDHUM
*on their own behalf and on behalf of others similarly situated*

                    Plaintiffs,

                    v.

161-10 HILLSIDE AUTO AVE, LLC
    d/b/a Hillside Auto Outlet; and
HILLSIDE AUTO MALL INC
    d/b/a Hillside Auto Mall;
ISHAQUE THANWALLA,
JORY BARON,
RONALD M BARON, and
ANDRIS GUZMAN

                    Defendants.

---------------------------------------------------------X

*Defendants' Name with Address*

**161-10 HILLSIDE AUTO AVE, LLC** d/b/a Hillside Auto Outlet
161-10 Hillside Ave, Jamaica NY 11432

**HILLSIDE AUTO MALL INC** d/b/a Hillside Auto Mall
150-01 Hillside Ave, Jamaica, NY 11432

**ISHAQUE THANWALLA**
161-10 Hillside Ave, Jamaica NY 11432

**JORY BARON**
161-10 Hillside Ave, Jamaica NY 11432

**RONALD M BARON**
161-10 Hillside Ave, Jamaica NY 11432

**ANDRIS GUZMAN**
161-10 Hillside Ave, Jamaica NY 11432

**Summons Rider**