# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

May 5, 2022

**Via ECF**
Hon. Roanne L. Mann, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:   Plaintiff's Motion Requesting an Initial Pre-Trial Conference or Permission to Submit a Proposed Case Management Plan**
*Stidhum v. 161-10 Hillside Auto Ave, LLC*, No. 21-cv-07163 (PKC) (RLM), (E.D.N.Y.)

Dear Judge Mann:

  We represent the Plaintiff in the above referenced matter. We respectfully, and following District Judge Pamela Chen's kind directive dated May 4, 2022, to write to this Court to request an initial pre-trial conference to set a case management plan.

  Plaintiffs' Complaint was filed on December 29, 2021. Emanuel Kataev filed the Waiver of Service on behalf of all Defendants on March 29, 2022 and the date for Defendants to answer or otherwise move to dismiss the Complaint is May 28, 2022.

  For the above reasons, Plaintiff requests that the court grants a conference to discuss setting a discovery schedule at the Court's earliest convenience.

  We thank the Court for its time and consideration in this matter.

Respectfully Submitted,

__/s/ John Troy_____
John Troy
*Attorney for Plaintiffs*

JT/mh
cc:. (via ECF)