UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LETICIA FRANCINE STIDHUM,

**Case No.:** 1:21-cv-7163 (HG) (RLM)

                    Plaintiff,

        -against-

**NOTICE OF APPEAL**

161-10 HILLSIDE AUTO AVE, LLC d/b/a Hillside
Auto Outlet, HILLSIDE AUTO MALL INC. d/b/a
Hillside Auto Mall, ISHAQUE THANWALLA,
JORY BARON, RONALD M. BARON, and
ANDRIS GUZMAN,

                    Defendants.
-------------------------------------------------------------------X

      Notice is hereby respectfully given that Defendants 161-10 Hillside Auto Ave, LLC d/b/a

Hillside Auto Outlet, Hillside Auto Mall Inc. d/b/a Hillside Auto Mall, Ishaque Thanwalla, Jory

Baron, Ronald M. Baron, and Andris Guzman, the Defendants in the above-named case hereby

appeal to the United States Court of Appeals for the Second Circuit from that portion of the

Judgment of the Hon. Hector Gonzalez, U.S.D.J. entered on the 15th day of September, 2022

denying Defendants' motion to dismiss for failure to state a claim upon which relief can be granted

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: Lake Success, New York
       October 14, 2022                 **MILMAN LABUDA LAW GROUP PLLC**

                                     *__/s Emanuel Kataev, Esq._____*
                                       Emanuel Kataev, Esq.
                                       3000 Marcus Avenue, Suite 3W8
                                       Lake Success, NY 11042-1073
                                       (516) 328-8899 (office)
                                       (516) 303-1395 (direct dial)
                                       (516) 328-0082 (facsimile)
                                       emanuel@mllaborlaw.com

                                     *Attorneys for Defendants*

cc:    Plaintiff (via ECF).