**ROANNE L. MANN**  **DATE:** October 24, 2022
**UNITED STATES MAGISTRATE JUDGE**  **START:** 2:00 p.m.
  **END:** 4:15 p.m.

**DOCKET NO:** 21-cv-7163 (HG)

**CASE:** Stidhum v. 161-10 Hillside Auto Ave, LLC et al

☐ INITIAL CONFERENCE  ☐ OTHER/ORDER TO SHOW CAUSE
☐ DISCOVERY CONFERENCE  ☐ FINAL/PRETRIAL CONFERENCE
X SETTLEMENT CONFERENCE  X TELEPHONE CONFERENCE
☐ MOTION HEARING  ☐ INFANT COMPROMISE HEARING

**PLAINTIFF**  **ATTORNEY**

| | Tiffany Troy, John Troy, plaintiff also present |
|---|---|

**DEFENDANTS**  **ATTORNEY**

| | Emanuel Kataev, defendant Ishaque Thanwalla also present |
|---|---|

☐ FACT DISCOVERY TO BE COMPLETED BY _____
☐ SETTLEMENT CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____  DEF. TO SERVE PL. BY: _____

**RULINGS:**  **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a settlement conference. The parties are directed to respond to the Court's settlement recommendation, via email, by 4:00 p.m. on October 25, 2022.