# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

December 5, 2022

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Roanne L. Mann, U.S.M.J.
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, NY 11201-1804

      *Re:*    **Stidhum v. 161-10 Hillside Auto Ave, LLC,** *et al.*
             **Case No.: 1:21-cv-7163 (HG) (RLM)**
             <u>**MLLG File No.: 94-2019**</u>

Dear Judge Mann:

      This firm represents the Defendants, 161-10 Hillside Auto Ave., LLC d/b/a Hillside Auto Outlet (hereinafter "Hillside Auto Outlet"), Hillside Automall Inc d/b/a Hillside Auto Mall (hereinafter "Hillside Auto Mall") (Hillside Auto Outlet and Hillside Automall collectively hereinafter the "Corporate Defendants"), Ishaque Thanwalla (hereinafter "Thanwalla"), Jory Baron (hereinafter "Jory"), Ronald M. Baron (hereinafter "Baron"), and Andris Guzman (hereinafter "Guzman") (Thanwalla, Jory, Baron, and Guzman hereinafter "Individual Defendants") (the Corporate Defendants and Individual Defendants collectively hereinafter the "Defendants") in the above-referenced case.

      Defendants write to respectfully request an extension of time until Friday, December 9, 2022 to submit their letter response in opposition to Plaintiff's letter motion to compel discovery.

      Pursuant to ¶ 1(E) of this Court's Individual Rules, Defendants submit that: (i) the original date a response is due is today, December 5, 2022; (ii) the reason for the request is your undersigned has to appear for an in-person settlement conference before the Hon. Gabriel W. Gorenstein, U.S.M.J. at 2:30 PM today in another matter and is uncertain as to when that conference will be over, has an in-person court appearance tomorrow in another matter, and a deposition scheduled for Thursday, December 8, 2022 which will take the entire day and require the day prior to sufficiently prepare for; (iii-iv) there have been no prior requests to extend this deadline; (v) it is futile to ask for Plaintiff's consent, as they have previously declined to consent to extensions of time, including while your undersigned was on trial and, further, have displayed their apparent animus towards your undersigned in their papers on the underlying motion; and (vi) Defendants do not believe that the requested extension of time affects any other scheduled dates.

      Accordingly, Defendants respectfully submit that good cause exists to grant the requested extension of time.  <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).  Defendants thank this Court for its time and attention to this matter.

Dated: Lake Success, New York
      December 5, 2022                       Respectfully submitted,

                                            **MILMAN LABUDA LAW GROUP PLLC**

                                            __/s/ *Emanuel Kataev, Esq.*_____
                                            Emanuel Kataev, Esq.
                                            3000 Marcus Avenue, Suite 3W8
                                            Lake Success, NY 11042-1073
                                            (516) 328-8899 (office)
                                            (516) 303-1395 (direct dial)
                                            (516) 328-0082 (facsimile)
                                            emanuel@mllaborlaw.com

                                            *Attorneys for Defendants*

**VIA ECF**
Troy Law, PLLC
<u>Attn</u>: John Troy, Tiffany Troy, and Aaron Schwietzer, Esqs.
4125 Kissena Boulevard, Suite 103
Flushing, NY 11355-3101
johntroy@troypllc.com
tiffanytroy@troypllc.com
troylaw@troypllc.com

*Attorneys for Plaintiff*