# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

January 6, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Roanne L. Mann, U.S.M.J.
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, NY 11201-1804

>    *Re:*    **Stidhum v. 161-10 Hillside Auto Ave, LLC,** *et al.*
>        **Case No.: 1:21-cv-7163 (HG) (RLM)**
>        <u>**MLLG File No.: 94-2019**</u>

Dear Judge Mann:

    This office represents the Defendants in the above-referenced matter. Defendants write to respectfully renew their motion for an Order staying discovery pending the appeal in this case. Defendants respectfully submit that Plaintiff was asked for her consent via email yesterday, but Plaintiff failed to respond. Accordingly, with apologies for the oversight, Defendants renew their motion and incorporate by reference the arguments made therein. <u>See</u> ECF Docket Entry 39.

    Defendants thank this Court for its time and attention to this matter.

Dated: Lake Success, New York
      January 6, 2023               Respectfully submitted,

                                              **MILMAN LABUDA LAW GROUP PLLC**
                                              <u>      /s/ Emanuel Kataev, Esq.       </u>
                                              Emanuel Kataev, Esq.
                                              3000 Marcus Avenue, Suite 3W8
                                              Lake Success, NY 11042-1073
                                              (516) 328-8899 (office)
                                              (516) 303-1395 (direct dial)
                                              (516) 328-0082 (facsimile)
**VIA ECF**                                  emanuel@mllaborlaw.com
Troy Law, PLLC
<u>Attn</u>: Tiffany Troy, Esq.
4125 Kissena Boulevard, Suite 103
Flushing, NY 11355-3101
tiffanytroy@troypllc.com

*Attorneys for Plaintiff*