

TROY LAW <troylaw@troypllc.com>

---

## Re: Activity in Case 1:21-cv-07163-HG-LB Stidhum v. 161-10 Hillside Auto Ave, LLC et al Motion for Discovery
1 message

---

**Troy Law** <troylaw@troypllc.com>　　　　　　　　　　　　　　　　　　　　　　Thu, Mar 2, 2023 at 2:33 PM
Reply-To: troylaw@troypllc.com
To: Emanuel Kataev <Emanuel@mllaborlaw.com>

Emanuel,

In light of your eleventh hour application (filed the day before the deposition) to switch the witness, and an uncorroborated account of the conflict which has arisen, we are assuming Andris Guzman will not be showing up for his deposition tomorrow.

Accordingly, we are canceling the stenographer and your client will be liable for the no-show and any cancelation charges that might be applied.

All the other court-ordered dates will proceed as is.

You should make the appropriate application for your client to be re-scheduled another day, and corroborate your account to the court. Simply saying "attorney client privilege" is not acceptable.

Warm wishes,
Tiffany Troy

### TROY LAW pllc
*Attorneys & Counselors at Law*
*English, Mandarin, Spanish, Korean, Hindi*
*experienced in the courts*

**CA CT IL IN MA MD MI MN NJ NY OH PA SC RI TX WA WV**

[www.TroyPllc.Com](http://www.TroyPllc.Com)

💬 TEXT +1 **(718) 762-1324** CALL 📞
NY: 41-25 Kissena Blvd., Suite 110, [x103 x119], Flushing, NY 11355
CA : 2055 Junction Ave, Suite 205, San Jose, CA 95131
TPE: No. 372 Linsen N. Rd, Suite 1100, Taipei, Taiwan 10446

蔡鴻章律師事務所

**PLEASE 📧 EMAIL or TEXT 💬**
*Troy Law Accept Service by E-Mail for Clients subject to confirmation*
*Clients shall retain all their own originals or copies.*



Sender notified by
Mailtrack

---

On Thu, Mar 2, 2023 at 1:07 AM <ecf_bounces@nyed.uscourts.gov> wrote:

> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered by Kataev, Emanuel on 3/2/2023 at 1:05 AM EST and filed on 3/2/2023

**Case Name:** Stidhum v. 161-10 Hillside Auto Ave, LLC et al
**Case Number:** 1:21-cv-07163-HG-LB
**Filer:** 161-10 Hillside Auto Ave, LLC
Jory Baron
Ronald M Baron
Andris Guzman
Hillside Auto Mall, Inc.
Ishaque Thanwalla

**Document Number:** 53

**Docket Text:**
**Letter MOTION for Discovery *, to alter sequence of depositions,* by 161-10 Hillside Auto Ave, LLC, Jory Baron, Ronald M Baron, Andris Guzman, Hillside Auto Mall, Inc., Ishaque Thanwalla. (Kataev, Emanuel)**


**1:21-cv-07163-HG-LB Notice has been electronically mailed to:**

Aaron Schweitzer &nbsp &nbsp troylaw@troypllc.com, aaronschweitzer@troypllc.com, aschwei4@gmail.com, docket@troypllc.com, troylawpllc@gmail.com

Emanuel Kataev &nbsp &nbsp emanuel@mllaborlaw.com, 4119461420@filings.docketbird.com, mail@emanuelkataev.com

John Troy &nbsp &nbsp johntroy@troypllc.com, docket@troypllc.com, troylaw@troypllc.com, troylawpllc@gmail.com, williamwang@troypllc.com

Tiffany Troy &nbsp &nbsp troylegalpllc@gmail.com, docket@troypllc.com, troylaw@troypllc.com, troylawpllc@gmail.com

**1:21-cv-07163-HG-LB Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=3/2/2023] [FileNumber=17659010-0]
[73534f18c9678dbdaed37145ab7321440cef3c6d7b02738afbb8e3abb068f50a5c50d
5391b6a73d20c396c4007eba3d4a79b3a3b44076304f91727674a1a8faf]]