UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LETICIA FRANCINE STIDHUM,

                                  Plaintiff,

      -against-

161-10 HILLSIDE AUTO AVE, LLC d/b/a Hillside
Auto Outlet, HILLSIDE AUTO MALL INC. d/b/a
Hillside Auto Mall, ISHAQUE THANWALLA,
JORY BARON, RONALD M. BARON, and
ANDRIS GUZMAN,

                                  Defendants.

-------------------------------------------------------------------X

**Case No.:** 1:21-cv-7163 (HG) (LB)

## **NOTICE OF APPEARANCE OF JOSEPH M. LABUDA, ESQ. FOR DEFENDANTS**

PLEASE TAKE NOTICE that Joseph M. Labuda, Esq. hereby appears as counsel for Defendants. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       May 4, 2023

**MILMAN LABUDA LAW GROUP PLLC**

  */s Joseph M. Labuda, Esq.*
Joseph M. Labuda, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1380 (direct dial)
(516) 328-0082 (facsimile)
joe@mllaborlaw.com

*Attorneys for Defendants*

cc:    Plaintiff (via ECF)