UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LETICIA FRANCINE STIDHUM,

                        Plaintiff,

                                                                                           Case No: 1:21-cv-7163 (HG) (LB)

                  v.

161-10 HILLSIDE AUTO AVE, LLC
      d/b/a Hillside Auto Outlet, and
HILLSIDE AUTO MALL INC
      d/b/a Hillside Auto Mall,
ISHAQUE THANWALLA,
JORY BARON,
RONALD M BARON, and
ANDRIS GUZMAN,

                        Defendants.
-------------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys Emanuel Kataev for Defendant RONALD M. BARON and John Troy for Plaintiff, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's claims in the Complaint <u>only</u> against RONALD M. BARON are hereby dismissed in their entirety and with prejudice, and with each party to bear their own costs, expenses, disbursements, and attorneys' fees.

**IT IS FURTHER STIPULATED AND FURTHER AGREED** that this stipulation will not affect claims brought by Plaintiff against any other Defendants in this action in any way; nor will it affect any claims brought by Plaintiff against any Defendant in any other action, including New York State Supreme Court, Queens County, 705940/2021 (formerly New York State Supreme Court, New York County, 655970/2019).

Dated: ~~March 3, 2023~~ May 17
~~Flushing, NY~~
Lake Success, New York

| MILMAN LABUDA LAW GROUP PLLC | TROY LAW, PLLC |
|---|---|
| By: _____ | By:  /s/ John Troy |
| Emanuel Kataev | John Troy |
| 3000 Marcus Avenue, Suite 3W8 | 41-25 Kissena Boulevard, Suite 110 |
| Lake Success, NY 11042-1073 | Flushing, NY 11355 |
| Tel: (516) 328-8899 | Tel: (718) 762-1324 |
| emanuel@mllaborlaw.com | johntroy@troypllc.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

SO ORDERED