UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LETICIA FRANCINE STIDHUM,

                              Plaintiff,

    -against-

161-10 HILLSIDE AUTO AVE, LLC d/b/a Hillside
Auto Outlet, HILLSIDE AUTO MALL INC. d/b/a
Hillside Auto Mall, ISHAQUE THANWALLA,
JORY BARON, RONALD M. BARON, and
ANDRIS GUZMAN,

                              Defendants.
------------------------------------------------------------------X

**Case No.:** 1:21-cv-7163 (HG) (RLM)

**DECLARATION OF**
**JORY BARON**

       Jory Baron declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

    1.    I am a Defendant in the above-referenced case.

    2.    As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge.

    3.    I have conducted a search of my telephone for all text messages related to the Plaintiff.

    4.    Other than the text messages I have already produced, I am not in possession, custody, or control of any responsive text messages.

    5.    I also searched my emails and am not in possession, custody, or control of any responsive emails other than those with my counsel.

    6.    I do not recall exchanging any emails with the Plaintiff.

    7.    I did not conduct any search for the weekly sales logs because I do not maintain such records in my role at either of the Corporate Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 17, 2023.

Jory Baron