## MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

June 20, 2023

<u>**VIA ECF**</u>
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Lois Bloom, U.S.M.J.
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201-1804

> *Re:* **Stidhum v. 161-10 Hillside Auto Ave, LLC,** *et al.*
> **Case No.: 1:21-cv-7163 (HG) (RLM)**
> <u>**MLLG File No.: 94-2019**</u> _____

Dear Judge Bloom:

This office represents the Defendants in the above-referenced case. Defendants write to respectfully request leave to file excess pages for its letter response in opposition to Plaintiff's motion to compel and for sanctions due today. Pursuant to ¶ 5(A) of this Court's Individual Practices, letter responses in opposition to letter motions related to discovery are limited to three (3) pages, exclusive of attachments. Defendants request leave to file up to five (5) pages,[1] and respectfully submit that the additional pages requested are necessary to address the significant factual and legal issues concerning Plaintiff's letter motion. Accordingly, Defendants submit that good cause exists for this Court to grant the relief requested. Defendants thank this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
      June 20, 2023

Respectfully submitted,
**MILMAN LABUDA LAW GROUP PLLC**
_____*/s/ Emanuel Kataev, Esq.*_____
Joseph M. Labuda, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com
joe@mllaborlaw.com

*Attorneys for Defendants*

---

[1] In its current form, Defendants' letter response in opposition totals four (4) pages, exclusive of the signature block, which extends to the fifth page.

**<u>VIA ECF</u>**
Troy Law, PLLC
<u>Attn</u>: John Troy, Tiffany Troy, and Aaron Schwietzer, Esqs.
4125 Kissena Boulevard, Suite 103
Flushing, NY 11355-3101
johntroy@troypllc.com
tiffanytroy@troypllc.com
troylaw@troypllc.com

*Attorneys for Plaintiff*