?

12/12/2018 6:25 PM

iPhone (5) (+16618868012)

No

12/12/2018 6:37 PM (Viewed 12/12/2018 6:40 PM)

Latisha Outlet (3472560067)

Then i guess you are going to have to fire me i been feeling like this since 2 this afternoon ask ali I am not staying so you can let me know if i should be here friday or not. I was just going to leave after i made that deal earlier anyways because you yelling at me cus the customers rushing me saying i cant control my customer but not one of your floor managers came out to help either hearing whats going on and look at that the deal was made anyways

12/12/2018 6:39 PM (Viewed 12/12/2018 6:40 PM)

Latisha Outlet (3472560067)

so it is what is because im
so tired of everyone else getting slack n im here 6 days a week 10 hours a day faithfully maybe 2 or 3 days last month i went home early but other than that i dont even call out n when i do i make up for it unlike everyone else there so like i said you let me know if i should be here friday or not

12/12/2018 6:40 PM

Latisha Outlet (3472560067)

shaun comes 30 mins late everyday francisco dont come till 11 its bullshit

12/12/2018 7:28 PM

iPhone (5) (+16618868012)

You okay

1/7/2019 4:13 PM (Viewed 1/7/2019 4:15 PM)

Latisha Outlet (3472560067)

I left for the day tomorrow we need to talk because this place has been a shit show since you left

1/9/2019 10:17 AM

Latisha Outlet (3472560067)

my commissions sheet is under your keyboards

1/9/2019 10:17 AM

iPhone (5) (+16618868012)



D3295

Ok

1/9/2019 10:18 AM (Viewed 1/9/2019 1:01 PM)

Latisha Outlet (3472560067)

mujahid saeed was supposed to be a split between me and Sean but I had took the customer to Transworld and he ended up getting the Transworld insurance the day I was not in and Sean took it upon himself to take the whole hundred so I should be getting paid on that 100%

1/9/2019 1:33 PM

Latisha Outlet (3472560067)

Ashas asking for my commissions

1/9/2019 1:33 PM

Latisha Outlet (3472560067)

u have it

1/10/2019 1:24 PM (Viewed 1/10/2019 1:49 PM)

Latisha Outlet (3472560067)

I just threw up a bunch im feeling very nauseous and this is the type of thing that concerns me
about being in the car business

1/17/2019 8:27 PM (Viewed 1/17/2019 8:29 PM)

Latisha Outlet (3472560067)

You have absolutely no right too take $100 of my
salary money i worked a full week last week and pays one week behind so i should be receiving another salary check.

1/17/2019 8:30 PM

Latisha Outlet (3472560067)

You fucked me over with my car and i wish you wouldve shown me what you showed me when i bought my car from
you you guys are just a big fucking scam
and for you to call me your daughter and say you love
me and all this bull shit knowing wtf i been going thru this past month you been gone not making shit because your team fucking sucks i work 60 hours a week for 7 months straight no days off n december i slacked because you left and everything went to shit there

You have 90 total messages and 12 total images.

D3296



Latisha Outlet (13472560067)
1/3/2019 2:49 PM

we're trying to do this for the site

Latisha Outlet (13472560067)
1/3/2019 2:49 PM

for tax season

Latisha Outlet (13472560067)
1/3/2019 2:50 PM

davids asking what exactly should we write as a disclaimer

Isaac Ibrahim (16618868012)
1/3/2019 3:12 PM
(sent, delivered, and opened)

Ask Ali or for weight now copy for hillside auto mall

Latisha Outlet (13472560067)
1/5/2019 2:21 PM

(display:///C:\Users\Kyle\AppData\Roaming\Apple Computer\MobileSync\Backup\ba095dbc4494b69ec0fe671d38b21d20054c4e12\e8\e8698bff245177ba7785d7a4168b16cec7bf3a49)

Isaac Ibrahim (16618868012)
1/5/2019 2:22 PM
(sent, delivered, and opened)

Nice

Latisha Outlet (13472560067)
1/6/2019 12:12 PM

Were you aware that Guzman took the X6 & Then the Range rover last night?

Isaac Ibrahim (16618868012)
1/6/2019 12:15 PM
(sent, delivered, and opened)

Yes

Latisha Outlet (13472560067)
1/7/2019 10:28 AM

Isaac are you back yet? Can you give me a call?

Latisha Outlet (13472560067)
1/7/2019 3:52 PM

I left for the day tomorrow we need to talk because this place has been a shit show since you left

Isaac Ibrahim (16618868012)
1/7/2019 4:04 PM
(sent, delivered, and opened)

Ok

D3299

Latisha Outlet (13472560067)
1/7/2019 4:05 PM

and you do know that he quit today right and is offering us all a position where he's going

Isaac Ibrahim (16618868012)
1/7/2019 4:06 PM
(sent, delivered, and opened)

Who quit

Latisha Outlet (13472560067)
1/7/2019 4:06 PM

ali

Isaac Ibrahim (16618868012)
1/7/2019 4:07 PM
(sent, delivered, and opened)

Why

Isaac Ibrahim (16618868012)
1/7/2019 4:08 PM
(sent, delivered, and opened)

I just got home from a long flight will talk tomorrow

Latisha Outlet (13472560067)
1/7/2019 4:08 PM

like I said it's been a shit show

Latisha Outlet (13472560067)
1/7/2019 4:08 PM

okay see you tmm

D3300