**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
LITICIA FRANCINE STIDHUM,

                              Plaintiff,      Case No. 21-cv-07163 (OEM) (LB)

           v.                              **NOTICE OF APPEAL OF**
                                                        **MAGISTRATE JUDGE**
161-10 HILLSIDE AUTO AVE, LLC,               **DECISION TO DISTRICT**
HILLSIDE AUTO MALL, INC.,                        **COURT**
ISHAQUE THANWALLA,
JORY BARON, and
ANDRIS GUZMAN,

                              Defendants.
-------------------------------------------------------------------x

      **PLEASE TAKE NOTICE**, that upon Plaintiff's Memorandum of Law, the Declaration of Tiffany Troy, Esq. dated August 7, 2023, and all the prior papers and proceedings herein, Plaintiff will move this Court, the Hon. Orelia E. Merchant, U.S.D.J., at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Courtroom 6C South, Brooklyn, NY 11201, on a date and time to be determined by the Court, for an Order pursuant to Rule 72(a) of the Federal Rules of Civil Procedure reversing the Order of Magistrate Judge Lois Bloom denying Plaintiff's motion for sanctions for failure to comply with discovery orders and spoliation of documents, and for such other and further relief as to the Court may seem just, equitable, and proper.

      **PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Civil Rule 6.1(b) of the United States District Court for the Eastern District of New York, opposition papers shall be filed by August 21, 2023, and reply papers shall be filed by August 28, 2023.

Dated: Flushing, NY
       August 7, 2023

                                                          Respectfully submitted,
                                                          TROY LAW, PLLC

                                     _/s/ Tiffany Troy_
                                      Tiffany Troy, Esq.
                                      41-25 Kissena Boulevard
                                      Suite 110
                                      Flushing, NY 11355
                                      (718) 762-1324
                                      troylaw@troypllc.com
                                      *Attorneys for Plaintiff*

**To: via ECF**
    Emanuel Kataev, Esq.
    Joseph M. Labuda Esq.
    MILMAN LABUDA LAW GROUP, PLLC
    3000 Marcus Avenue
    Suite 3W8
    New Hyde Park, NY 11042
    (516) 328-8899
    emanuel@mllaborlaw.com
    joe@mllaborlaw.com

/asb