# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

August 22, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Orelia E. Merchant, U.S.D.J.
225 Cadman Plaza East
Courtroom 6C South
Brooklyn, NY 11201-1804

      *Re:*    **Stidhum v. 161-10 Hillside Auto Ave, LLC,** *et al.*
              **Case No.: 1:21-cv-7163 (OEM) (LB)**
              <u>**MLLG File No.: 94-2019**                  </u>

Dear Judge Merchant:

        This firm represents the Defendants, 161-10 Hillside Auto Ave., LLC d/b/a Hillside Auto Outlet (hereinafter "Hillside Auto Outlet"), Hillside Automall Inc d/b/a Hillside Auto Mall (hereinafter "Hillside Auto Mall") (Hillside Auto Outlet and Hillside Automall collectively hereinafter the "Corporate Defendants"), Ishaque Thanwalla (hereinafter "Thanwalla"), Jory Baron (hereinafter "Jory"), Ronald M. Baron (hereinafter "Baron"), and Andris Guzman (hereinafter "Guzman") (Thanwalla, Jory, Baron, and Guzman hereinafter "Individual Defendants") (the Corporate Defendants and Individual Defendants collectively hereinafter the "Defendants") in the above-referenced case. Defendants write to respectfully request a thirty (30) day extension of time to oppose Plaintiff's Rule 72 motion.

        Pursuant to ¶ II(G) of this Court's Individual Practices and Rules, Defendants respectfully submit that: (i) the original date Defendants' opposition to Plaintiff's Rule 72 motion is due fell yesterday, August 22, 2023; (ii) the reason for the request is because undersigned counsel was tasked with preparing an emergency motion[1] for a temporary restraining Order filed over the weekend and needs additional time to respond to Plaintiff's motion; (iii-iv) there has been one (1) previous request for an extension of the deadline to oppose Plaintiff's Rule 72 motion, which was stricken as an improperly filed letter motion; (v) Plaintiff consents to an extension of time of only seven (7) days, which is not enough time for Defendants given your undersigned's deadlines and appearances in other matters this week and next, including an appearance before the Third Department on Tuesday, August 29, 2023, which will take the entire day due to travel; and (vi) the requested extension of time does not affect any other scheduled dates to Defendants' knowledge.

        Accordingly, Defendants have demonstrated good cause and excusable neglect sufficiently for this Court to exercise its discretion in favor of granting the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B). Defendants thank this Court for its time and attention to this case.

---

[1] The case in which your undersigned filed that motion was recently reassigned to this Court.

Dated: Lake Success, New York
      August 22, 2023    Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*

**VIA ECF**
Troy Law, PLLC
Attn: John Troy, Tiffany Troy, and Aaron Schwietzer, Esqs.
4125 Kissena Boulevard, Suite 103
Flushing, NY 11355-3101
johntroy@troypllc.com
tiffanytroy@troypllc.com
troylaw@troypllc.com

*Attorneys for Plaintiff*