UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
**LETICIA FRANCINE STIDHUM,**

                **Plaintiff,**

     **-against-**

**161-10 HILLSIDE AUTO AVE, LLC d/b/a Hillside
Auto Outlet, HILLSIDE AUTO MALL INC. d/b/a
Hillside Auto Mall, ISHAQUE THANWALLA,
JORY BARON, RONALD M. BARON, and
ANDRIS GUZMAN,**

                **Defendants.**
------------------------------------------------------------------X

**Docket No.: 21-cv-7163(HG)(LB)**

## **NOTICE OF APPEARANCE OF MATTHEW A. BROWN, ESQ. FOR DEFENDANTS**

PLEASE TAKE NOTICE that Matthew A. Brown, Esq. hereby appears as counsel for Defendants. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       February 6, 2024

                              **MILMAN LABUDA LAW GROUP PLLC**

                              /s Matthew A. Brown, Esq.
                              Matthew A. Brown, Esq
                              3000 Marcus Avenue, Suite 3W8
                              Lake Success, NY 11042-1073
                              (516) 328-8899 (office)
                              (516) 328-0082 (facsimile)
                              matt@mllaborlaw.com