# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

February 6, 2024

**VIA ECF**

Hon. Hector Gonzalez, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1804

> *Re:*   **Stidhum v. 161-10 Hillside Auto Ave, LLC, *et al.***
> **Case No.: 1:21-cv-7163 (HG) (RLM)**
> **MLLG File No.: 94-2019** ___

Dear Judge Gonzalez:

This firm represents the Defendants in the above-referenced matter.

Please be advised that Emanuel Kataev, Esq. ("Kataev") no longer works for Milman Labuda Law Group PLLC (the "Firm"). The Firm will continue to represent Defendants in this matter and the undersigned has filed a notice of appearance today. Accordingly, this letter shall serve as Defendants request that Kataev's representation of Defendants' be terminated on the Court's docket.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Matthew A. Brown

cc: all counsel of record (via ECF)