UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LETICIA FRANCINE STIDHUM,

                                   Plaintiff,

             -against-

161-10 HILLSIDE AUTO AVE, LLC d/b/a
HILLSIDE AUTO OUTLET, HILLSIDE AUTO
MALL INC d/b/a HILLSIDE AUTO MALL,
ISHAQUE THANWALLA, JORY BARON,
RONALD M BARON, and ANDRIS GUZMAN,

                                Defendants.
-----------------------------------------------------------------X

Case No.: 1:21-cv-7163 (OEM) (LB)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE**, that upon the memorandum of law in support, Local Rule 56.1 Statement of Undisputed Facts, and the Declaration of Emanuel Kataev, Esq. with accompanying exhibits, Defendants 161-10 HILLSIDE AUTO AVE, LLC d/b/a HILLSIDE AUTO OUTLET, HILLSIDE AUTO MALL INC d/b/a HILLSIDE AUTO MALL, ISHAQUE THANWALLA, JORY BARON, RONALD M BARON, and ANDRIS GUZMAN, individually, by and through their attorneys MILMAN LABUDA LAW GROUP PLLC, will move this court before the Hon. Orelia E. Merchant, U.S.D.J. ("Judge Merchant"), at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Courtroom 6C South, Brooklyn, NY 11201-1804, pursuant to Rule 56 of the Federal Rules of Civil Procedure for an Order granting summary judgment dismissing the Complaint filed by LETICIA FRANCINE STIDHUM, with prejudice.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Judge Merchant's Order dated October 31, 2023, Plaintiff's opposition papers are due on January 2, 2024, and Defendants' reply papers in further support of their motion papers are due on January 16, 2024.

Dated: Lake Success, New York
   December 1, 2023      **MILMAN LABUDA LAW GROUP PLLC**

               __*/s/ Emanuel Kataev, Esq.*_____
               Joseph M. Labuda, Esq.
               Emanuel Kataev, Esq.
               3000 Marcus Avenue, Suite 3W8
               Lake Success, NY 11042-1073
               (516) 328-8899 (office)
               (516) 328-0082 (facsimile)
               joe@mllaborlaw.com
               emanuel@mllaborlaw.com

               *Attorneys for Defendants*

**<u>VIA E-MAIL</u>**
Troy Law, PLLC
<u>Attn</u>: John Troy, Tiffany Troy, and Aaron Schwietzer, Esqs.
4125 Kissena Boulevard, Suite 103
Flushing, NY 11355-3101
johntroy@troypllc.com
tiffanytroy@troypllc.com
troylaw@troypllc.com

*Attorneys for Plaintiff*