

+1 (347) 256-0067 ›

iMessage
Thu, Jan 24, 10:56 AM

Hi Mr.Baron my name is Leticia I was a sales rep. at Hillside Auto Outlet up until last week. Im sure you remember who I am I was the only sales woman there most of my 9 months working there. Also was #1 in sales for a good 7/8 months doing anywhere from 20-30 cars a month minimum 20 though. Im sure this isn't much of your concern but I did just want to let you know I will be taking legal actions again Hillside Auto Outlet as well as Ishaque Thanawalla being that he is refusing to pay me my last check. Also we were promised 5% on any deal we made that grossed over $3500 which we were paid up until Jay the old GSM left which was about 5/6 months ago. Isaac called me his daughter and always showed me a lot of love and for

Text Message

1:17   LTE



+1 (347) 256-0067 ›

check. Also we were promised 5% on any deal we made that grossed over $3500 which we were paid up until Jay the old GSM left which was about 5/6 months ago. Isaac called me his daughter and always showed me a lot of love and for him to screw me over in my biggest time of need being that I am pregnant is very unfair and he will not get away with this. I tried to give Isaac the opportunity to pay us ((David Manrique & myself) We actually quit the same day for the same reason)) I waited a week and he still is refusing to pay us and all we asked for was our last salary check because payrolls always a week behind and he said we are owes nothing. With that being said I would like to go back to all of our deals and be paid what I was promised upon being hired.

Thu, Jan 24, 12:50 PM

Text Message

D1906

1:17             LTE



+1 (347) 256-0067 >

nothing. With that being said I would like to go back to all of our deals and be paid what I was promised upon being hired.

Thu, Jan 24, 12:50 PM

I am at work right now can i give you a call in a bit?

I will be available for about the next 10 minutes or so otherwise I can be reached tomorrow

Delivered

Okay give me a sec to step out

Never mind I will just take the route I already planned on taking. They told me I should reach out to you and see if you'd do anything for me but I rather be sure to get everything I worked hard for. We aren't 100% on the same page so Thank you anyways for your

Text Message

D1907

<u>Conversation between Guzman (2) (+1 (347) 749-0633) and Leticia (hillside Auto Outlet) (3472560067)</u>

5/22/2018 2:09 PM

Guzman (2) (+1 (347) 749-0633)

Andris guzman hillside auto outlet

5/24/2018 1:33 PM (Viewed 5/24/2018 5:08 PM)

Leticia (hillside Auto Outlet) (3472560067)

hey its leticia where did you put the credit ap for emonnie that came last night?

5/28/2018 8:42 PM

Guzman (2) (+1 (347) 749-0633)

Found it?

5/28/2018 8:43 PM

Leticia (hillside Auto Outlet) (3472560067)

yes

5/28/2018 8:43 PM

Guzman (2) (+1 (347) 749-0633)

Great 👍

5/30/2018 10:35 AM

Guzman (2) (+1 (347) 749-0633)

Hey u coming today?

5/30/2018 10:36 AM (Viewed 5/30/2018 10:40 AM)

Leticia (hillside Auto Outlet) (3472560067)

yeah ill be there around 11 i had to see my po i told jay because today was supposed to be my day off but those two customers will be there today

5/30/2018 10:40 AM

Guzman (2) (+1 (347) 749-0633)

Ok Make it happen

6/2/2018 11:28 AM

Guzman (2) (+1 (347) 749-0633)

(917) 650-1034 - Carl

6/3/2018 12:42 PM (Viewed 6/3/2018 12:52 PM)

Leticia (hillside Auto Outlet) (3472560067)

she got 15k cash and she wants the mini but shes trynna negotiate

6/22/2018 12:05 PM

Leticia (hillside Auto Outlet) (3472560067)



6/22/2018 5:13 PM

Guzman (2) (+1 (347) 749-0633)

(347) 499-4774

6/22/2018 5:13 PM

Guzman (2) (+1 (347) 749-0633)

Azshan

6/26/2018 3:53 PM (Viewed 6/26/2018 3:55 PM)

Leticia (hillside Auto Outlet) (3472560067)



6/26/2018 3:53 PM (Viewed 6/26/2018 3:55 PM)

Leticia (hillside Auto Outlet) (3472560067)



7/2/2018 7:24 PM

Leticia (hillside Auto Outlet) (3472560067)



7/7/2018 3:09 PM (Viewed 7/7/2018 3:20 PM)

Leticia (hillside Auto Outlet) (3472560067)

Take 2,900 from jefferey

7/7/2018 3:09 PM (Viewed 7/7/2018 3:20 PM)

Leticia (hillside Auto Outlet) (3472560067)

already starting registration

7/19/2018 11:39 AM (Viewed 7/19/2018 11:50 AM)

Leticia (hillside Auto Outlet) (3472560067)

What is the auto funds password and username

7/21/2018 4:03 PM (Viewed 7/21/2018 4:04 PM)

Leticia (hillside Auto Outlet) (3472560067)



8/13/2018 11:55 AM (Viewed 8/13/2018 12:01 PM)

Leticia (hillside Auto Outlet) (3472560067)

can u have walter inspect civix

8/13/2018 11:55 AM (Viewed 8/13/2018 12:01 PM)

Leticia (hillside Auto Outlet) (3472560067)

i mean accrod

8/13/2018 11:55 AM (Viewed 8/13/2018 12:01 PM)

Leticia (hillside Auto Outlet) (3472560067)

the black 17

8/13/2018 11:55 AM (Viewed 8/13/2018 12:01 PM)

Leticia (hillside Auto Outlet) (3472560067)



8/13/2018 12:01 PM

Guzman (2) (+1 (347) 749-0633)

Ok

8/25/2018 2:00 PM

Guzman (2) (+1 (347) 749-0633)

When you get a chance

8/25/2018 2:00 PM

Guzman (2) (+1 (347) 749-0633)

Go get our money

8/25/2018 2:00 PM (Viewed 8/25/2018 2:12 PM)

Leticia (hillside Auto Outlet) (3472560067)

Already did Papa

8/27/2018 3:00 PM (Viewed 8/27/2018 3:01 PM)

Leticia (hillside Auto Outlet) (3472560067)



9/4/2018 12:11 PM (Viewed 9/4/2018 12:16 PM)

Leticia (hillside Auto Outlet) (3472560067)



620675

9/4/2018 12:16 PM

Leticia (hillside Auto Outlet) (3472560067)

Emphasized "620675"

9/4/2018 12:24 PM

Guzman (2) (+1 (347) 749-0633)

It's good to go

9/18/2018 1:18 PM (Viewed 9/18/2018 1:30 PM)

Leticia (hillside Auto Outlet) (3472560067)



**D1911**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs1179435471035802...   3/6/2023



9/18/2018 1:32 PM

Guzman (2) (+1 (347) 749-0633)

Let her know that she's good to go

9/18/2018 1:32 PM

Guzman (2) (+1 (347) 749-0633)

She just gotta come in

9/18/2018 2:04 PM

Guzman (2) (+1 (347) 749-0633)

Where u at?

9/19/2018 5:52 PM

Leticia (hillside Auto Outlet) (3472560067)

are u printing him?

9/19/2018 5:52 PM

Guzman (2) (+1 (347) 749-0633)

Yes I'm getting everything ready

9/19/2018 5:52 PM (Viewed 9/19/2018 5:53 PM)

Leticia (hillside Auto Outlet) (3472560067)

okay cus he wants to sign n pick up tomorrow

9/19/2018 5:53 PM

Guzman (2) (+1 (347) 749-0633)

Ok no problem

9/23/2018 2:00 PM (Viewed 9/23/2018 2:07 PM)

Leticia (hillside Auto Outlet) (3472560067)

ima run to rite aid for a drink real quick

9/23/2018 2:35 PM (Viewed 9/23/2018 2:49 PM)

Leticia (hillside Auto Outlet) (3472560067)

want me to run their credit while u finish up?

**D1912**

9/23/2018 2:35 PM (Viewed 9/23/2018 2:49 PM)

Leticia (hillside Auto Outlet) (3472560067)

this is a get me done capital one 0 down though

10/2/2018 4:28 PM

Leticia (hillside Auto Outlet) (3472560067)

crv picking up tmm the suspension still isnt off he said by tmm it should clear

10/2/2018 4:52 PM

Guzman (2) (+1 (347) 749-0633)

Ok

10/2/2018 5:00 PM

Guzman (2) (+1 (347) 749-0633)

Follow up with the Benz deal

10/2/2018 5:00 PM

Guzman (2) (+1 (347) 749-0633)

Make sure they bring me the tittle

10/16/2018 7:24 PM (Viewed 10/16/2018 7:25 PM)

Leticia (hillside Auto Outlet) (3472560067)

can i leave my tooth hurts so bad all day

10/16/2018 7:24 PM (Viewed 10/16/2018 7:25 PM)

Leticia (hillside Auto Outlet) (3472560067)

isaac told me to ask you but the two times i have asked you you've said no

10/16/2018 7:25 PM

Guzman (2) (+1 (347) 749-0633)

Leave then

10/22/2018 9:54 AM (Viewed 10/22/2018 10:02 AM)

Leticia (hillside Auto Outlet) (3472560067)

ima be like 20 mins late i woke up late

10/22/2018 10:02 AM

Guzman (2) (+1 (347) 749-0633)

Ok hurry up

10/25/2018 10:04 AM (Viewed 10/25/2018 10:43 AM)

Leticia (hillside Auto Outlet) (3472560067)

I have to take the day off i woke up throwing up and I think i have a stomach virus or something

10/30/2018 6:39 PM (Viewed 10/30/2018 6:52 PM)

Leticia (hillside Auto Outlet) (3472560067)

you gotta talk to this guy

10/30/2018 6:40 PM (Viewed 10/30/2018 6:52 PM)

Leticia (hillside Auto Outlet) (3472560067)

he wants to return the camry

10/30/2018 6:40 PM (Viewed 10/30/2018 6:52 PM)

Leticia (hillside Auto Outlet) (3472560067)

befor isaac finds out about transworld

10/31/2018 3:22 PM

Leticia (hillside Auto Outlet) (3472560067)

let isaac know seans getting the challanger ready for us

10/31/2018 3:22 PM

Guzman (2) (+1 (347) 749-0633)



10/31/2018 3:24 PM

Leticia (hillside Auto Outlet) (3472560067)

did he come back with the 5k he was going to the bank

10/31/2018 3:24 PM

Guzman (2) (+1 (347) 749-0633)

Oo ok not yet. Did you follow up with him?

10/31/2018 3:25 PM (Viewed 10/31/2018 3:26 PM)

Leticia (hillside Auto Outlet) (3472560067)

No when i get back i will im having an issue right now i had to come pick up a paper for this traffic hearing tomorrow and turns out my officer got firea

10/31/2018 3:25 PM (Viewed 10/31/2018 3:26 PM)

Leticia (hillside Auto Outlet) (3472560067)



**D1914**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs1179435471035802...   3/6/2023

fired

11/7/2018 10:38 AM

Guzman (2) (+1 (347) 749-0633)

You coming today?
We found the key for the civic, call your customer

11/7/2018 2:31 PM (Viewed 11/7/2018 3:36 PM)

Leticia (hillside Auto Outlet) (3472560067)

theyre going to go around 6

11/7/2018 2:31 PM (Viewed 11/7/2018 3:36 PM)

Leticia (hillside Auto Outlet) (3472560067)

they got the insurance

11/7/2018 3:56 PM

Guzman (2) (+1 (347) 749-0633)

Ok

11/7/2018 3:56 PM

Guzman (2) (+1 (347) 749-0633)

Forward me the insurance

11/7/2018 3:56 PM

Guzman (2) (+1 (347) 749-0633)

Thanks

11/7/2018 3:58 PM (Viewed 11/7/2018 4:19 PM)

Leticia (hillside Auto Outlet) (3472560067)

there going to bring it they went through their own broker

11/7/2018 3:59 PM (Viewed 11/7/2018 4:19 PM)

Leticia (hillside Auto Outlet) (3472560067)

what bank is it to make sure ?

11/7/2018 4:19 PM

Guzman (2) (+1 (347) 749-0633)

Cap one

11/8/2018 10:21 AM (Viewed 11/8/2018 10:59 AM)

Leticia (hillside Auto Outlet) (3472560067)



file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs1179435471035802...   3/6/2023

are they picking up civic today?

11/8/2018 11:00 AM

Guzman (2) (+1 (347) 749-0633)

Hey they didn't show up yesterday. Follow up with them to see when they want to pick up

11/8/2018 2:22 PM (Viewed 11/8/2018 2:25 PM)

Leticia (hillside Auto Outlet) (3472560067)

Liked "Hey they didn't show up yesterday. Follow up with them to see when they want to pick up"

11/10/2018 9:19 AM (Delivered 11/10/2018 9:22 AM)

Guzman (2) (+1 (347) 749-0633)

Gm where r u?

11/11/2018 10:56 AM (Viewed 11/11/2018 10:57 AM)

Leticia (hillside Auto Outlet) (3472560067)

Gm Donde estas

11/11/2018 10:57 AM

Guzman (2) (+1 (347) 749-0633)

2 blocks away

11/11/2018 10:57 AM

Guzman (2) (+1 (347) 749-0633)

U here?

11/11/2018 10:57 AM

Leticia (hillside Auto Outlet) (3472560067)

yes cus i have a customer who wants a altima

11/11/2018 10:57 AM

Leticia (hillside Auto Outlet) (3472560067)

n then im leaving

11/11/2018 11:38 AM

Leticia (hillside Auto Outlet) (3472560067)



**D1916**



11/17/2018 10:55 AM (Viewed 11/17/2018 11:05 AM)

Leticia (hillside Auto Outlet) (3472560067)



11/28/2018 3:19 PM

Guzman (2) (+1 (347) 749-0633)

Forward me the insurance for moliek

11/28/2018 3:20 PM

Guzman (2) (+1 (347) 749-0633)

It's not inside the folder for some reason. Go to ur email & forward it to me, thanks

11/28/2018 3:21 PM

Leticia (hillside Auto Outlet) (3472560067)

he never sent ne ur

11/28/2018 3:21 PM

Leticia (hillside Auto Outlet) (3472560067)



11/28/2018 3:21 PM (Viewed 11/28/2018 3:28 PM)

Leticia (hillside Auto Outlet) (3472560067)

it was paid for but went fir review then he said he got it n hed forward it n never did

12/19/2018 1:00 PM (Viewed 12/19/2018 1:07 PM)

Leticia (hillside Auto Outlet) (3472560067)



**D1917**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs1179435471035802...   3/6/2023

12/19/2018 1:00 PM (Viewed 12/19/2018 1:07 PM)

Leticia (hillside Auto Outlet) (3472560067)



12/19/2018 7:39 PM (Viewed 12/19/2018 7:42 PM)

Leticia (hillside Auto Outlet) (3472560067)

After they leave im going to
leave because im having tooth pains again i need my meds asap

12/19/2018 7:42 PM

Guzman (2) (+1 (347) 749-0633)

Ok no problem

12/20/2018 3:35 PM (Viewed 12/20/2018 3:42 PM)

Leticia (hillside Auto Outlet) (3472560067)

shes waiting for u

12/22/2018 5:41 PM

Leticia (hillside Auto Outlet) (3472560067)



12/22/2018 5:41 PM

Leticia (hillside Auto Outlet) (3472560067)

fake ?

12/22/2018 5:41 PM

Guzman (2) (+1 (347) 749-0633)

License is expired

12/22/2018 5:42 PM

Guzman (2) (+1 (347) 749-0633)

This doc is no good

**D1918**

12/27/2018 5:41 PM (Viewed 12/27/2018 6:17 PM)

Leticia (hillside Auto Outlet) (3472560067)

so what am i supposed to do ?

1/2/2019 12:00 PM

Guzman (2) (+1 (347) 749-0633)

Where r ur commission sheet

1/2/2019 12:00 PM

Guzman (2) (+1 (347) 749-0633)

We are doing payroll

1/7/2019 2:04 PM (Viewed 1/7/2019 2:07 PM)

Leticia (hillside Auto Outlet) (3472560067)

So is shaun still getting half my deal after he took thewhole 100 of MY insurance money

1/8/2019 5:27 PM

Leticia (hillside Auto Outlet) (3472560067)

You still gave shaun half my deal?

1/8/2019 7:34 PM (Viewed 1/8/2019 7:35 PM)

Leticia (hillside Auto Outlet) (3472560067)

can i go

1/8/2019 7:35 PM (Delivered 1/8/2019 7:38 PM)

Guzman (2) (+1 (347) 749-0633)

Yes when you deliver the car go home

1/10/2019 1:39 PM (Viewed 1/10/2019 1:44 PM)

Leticia (hillside Auto Outlet) (3472560067)

I may have to go home i just threw up i feel nauseous i cant do this right now i told isaac he hasnt replied i tried to get someone to come cover but no one wanna come in but theres only 4 appointments n doesn't look like it'll get to busy

1/12/2019 4:44 PM (Viewed 1/12/2019 4:56 PM)

Leticia (hillside Auto Outlet) (3472560067)

shes cap 1

1/13/2019 1:44 PM

Leticia (hillside Auto Outlet) (3472560067)

**D1919**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs1179435471035802...   3/6/2023

I have a customer going in he bought an Ultima from auto Mall only owes about nine grand on it when I met with him last time we got the payoff and gave him some general information and he just called me to see if I was there I told him I wasn't but so whoever gets him let them know it's split

1/13/2019 1:44 PM

Leticia (hillside Auto Outlet) (3472560067)

His names charles

1/13/2019 1:45 PM

Guzman (2) (+1 (347) 749-0633)

 Ok

You have 108 total messages and 13 total images.

D1920

<u>Conversation between Guzman (2) (+1 (347) 749-0633) and Group Chat: David (Global Auto)</u>
<u>(3472315194), Leticia (hillside Auto Outlet) (3472560067), 6463023503, Brianna (HAO) (3478458686),</u>
<u>Shawn (HAO) (3476768392), Alli (HAO) (6317417411), David (hillside Auto Outlet) Parsons</u>
<u>(3475810180), Tifany (HAO) (6315042565)</u>

12/8/2018 6:43 PM

Tifany (HAO) (6315042565)



12/8/2018 6:43 PM

Leticia (hillside Auto Outlet) (3472560067)

this chats not cool im out 👋🧇

12/8/2018 11:01 PM (Viewed 12/8/2018 11:10 PM)

Alli (HAO) (6317417411)



12/10/2018 12:17 AM (Viewed 12/10/2018 12:40 AM)

Alli (HAO) (6317417411)

https://youtu.be/oEVnq6LIKOM

12/10/2018 12:34 AM (Viewed 12/10/2018 12:40 AM)

Alli (HAO) (6317417411)



12/10/2018 12:34 AM (Viewed 12/10/2018 12:40 AM)

Alli (HAO) (6317417411)



https://youtu.be/vnEf8z1aZns

Case 1:21-cv-07163-OEM-LB   Document 102-4   Filed 03/27/24   Page 18 of 74 PageID #: 1458

12/10/2018 12:03 PM

Alli (HAO) (6317417411)

If anyone ever has an issue in this building I NEED TO KNOW. If I don't know what the issue is I can't fix it. If anyone has a problem or misunderstanding or anything I need to know so I can rectify the problem. I don't want animosity or friction between anyone. We all work together and eat together here. Whatever happened happened. It's been handled. Let's move on and put it behind us. We only move forward from here.

12/10/2018 12:04 PM

Tifany (HAO) (6315042565)



12/10/2018 12:05 PM (Viewed 12/10/2018 12:09 PM)

David (Global Auto) (3472315194)



12/10/2018 12:14 PM (Viewed 12/10/2018 12:15 PM)

Shawn (HAO) (3476768392)

We need to all have a sit down when the time is clever

12/10/2018 12:15 PM

Shawn (HAO) (3476768392)

And yes let's all have a great day today so our best, and let's sale sale sale ! Cars

12/10/2018 12:15 PM

Tifany (HAO) (6315042565)

I dont think thats necessary

12/10/2018 12:15 PM

Alli (HAO) (6317417411)

No sit down needed. We put this past us and we move on. Nothing needs to be said

12/10/2018 12:16 PM

Alli (HAO) (6317417411)

this is not a democracy

12/10/2018 12:16 PM

Brianna (HAO) (3478458686)

Liked "No sit down needed. We put this past us and we move on. Nothing needs to be said "

D1922

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023

12/10/2018 12:16 PM

Guzman (2) (+1 (347) 749-0633)

Liked "this is not a democracy "

12/10/2018 12:16 PM

Tifany (HAO) (6315042565)

Lets make this moneyyy

12/10/2018 12:16 PM

Alli (HAO) (6317417411)

Liked "Lets make this moneyyy"

12/10/2018 12:21 PM (Viewed 12/10/2018 12:22 PM)

Brianna (HAO) (3478458686)

Liked "Lets make this moneyyy"

12/10/2018 1:22 PM

Alli (HAO) (6317417411)

https://youtu.be/eIho2S0Zahl

12/11/2018 10:07 AM (Viewed 12/11/2018 10:09 AM)

Alli (HAO) (6317417411)

Where's everyone?

12/11/2018 10:08 AM (Viewed 12/11/2018 10:09 AM)

Shawn (HAO) (3476768392)

Stuck in ave traffic

12/11/2018 10:09 AM

Alli (HAO) (6317417411)

Okay

12/11/2018 10:09 AM

Brianna (HAO) (3478458686)

In the back 🧍

12/11/2018 10:09 AM

Shawn (HAO) (3476768392)

Right here tho

**D1923**

12/11/2018 10:10 AM

Alli (HAO) (6317417411)

Liked "In the back 🙀"

12/11/2018 10:18 AM (Viewed 12/11/2018 10:22 AM)

David (Global Auto) (3472315194)

Lol...Pricks!!!

12/11/2018 10:19 AM (Viewed 12/11/2018 10:22 AM)

Alli (HAO) (6317417411)



Good morning Dave

12/11/2018 10:20 AM (Viewed 12/11/2018 10:22 AM)

David (Global Auto) (3472315194)

Good morning

12/11/2018 12:46 PM (Viewed 12/11/2018 1:18 PM)

Alli (HAO) (6317417411)



12/11/2018 2:10 PM

Alli (HAO) (6317417411)

https://www.facebook.com/LADbible/videos/4241087749271716/

12/11/2018 2:10 PM

Shawn (HAO) (3476768392)

Wow lol that's cool lol

12/11/2018 2:11 PM

Shawn (HAO) (3476768392)

Need to find that dog 😂

12/11/2018 2:12 PM

Alli (HAO) (6317417411)



12/11/2018 2:14 PM (Viewed 12/11/2018 2:43 PM)

Leticia (hillside Auto Outlet) (3472560067)

Disliked an image

12/11/2018 2:15 PM (Viewed 12/11/2018 2:43 PM)

Alli (HAO) (6317417411)



12/11/2018 2:17 PM (Viewed 12/11/2018 2:43 PM)

Leticia (hillside Auto Outlet) (3472560067)

Laughed at an image

12/11/2018 2:29 PM (Viewed 12/11/2018 2:43 PM)

Shawn (HAO) (3476768392)

I'm out here looking for customers under cars 😫😫😫😣

12/11/2018 2:29 PM (Viewed 12/11/2018 2:43 PM)

Shawn (HAO) (3476768392)

Wish i had business cards to hand out

12/11/2018 2:35 PM (Viewed 12/11/2018 2:43 PM)

Alli (HAO) (6317417411)

Call back your previous customers. Let's see if we can put some deals together on different cars and switch cash buyers to finance

12/11/2018 2:37 PM (Viewed 12/11/2018 2:43 PM)

Shawn (HAO) (3476768392)

Ok

12/11/2018 3:15 PM (Viewed 12/11/2018 3:38 PM)

Tifany (HAO) (6315042565)

Yesss lets do itt

12/11/2018 3:15 PM (Viewed 12/11/2018 3:38 PM)

Alli (HAO) (6317417411)

Liked "Yesss lets do itt"

12/11/2018 3:15 PM (Viewed 12/11/2018 3:38 PM)

David (Global Auto) (3472315194)

Give me a break I'm trying to sleep LOL

12/11/2018 3:17 PM (Viewed 12/11/2018 3:38 PM)

David (Global Auto) (3472315194)

Pricks!

12/11/2018 3:18 PM (Viewed 12/11/2018 3:38 PM)

Leticia (hillside Auto Outlet) (3472560067)

LMFAOO

12/11/2018 3:18 PM (Viewed 12/11/2018 3:38 PM)

Alli (HAO) (6317417411)



12/11/2018 3:19 PM (Viewed 12/11/2018 3:38 PM)

Shawn (HAO) (3476768392)

Laughed at "Pricks!"

12/11/2018 3:20 PM (Viewed 12/11/2018 3:38 PM)

Alli (HAO) (6317417411)



12/11/2018 5:04 PM

**D1926**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023

Alli (HAO) (6317417411)



12/12/2018 10:08 AM (Viewed 12/12/2018 10:42 AM)

Alli (HAO) (6317417411)

I drove for two hours this morning and got here before 10. Coming from Suffolk county. You got people taking trains and buses that get here at 930. Get to work on time if you're supposed to be here at 10

12/12/2018 10:22 AM (Viewed 12/12/2018 10:42 AM)

Shawn (HAO) (3476768392)

Some ppl have kids and sick family members be mindful

12/12/2018 10:22 AM (Viewed 12/12/2018 10:42 AM)

Shawn (HAO) (3476768392)

Work is important to all that's how we feed the family

12/12/2018 10:22 AM (Viewed 12/12/2018 10:42 AM)

Alli (HAO) (6317417411)

Exactly. Take care of work so you can take care of your home

12/12/2018 10:23 AM (Viewed 12/12/2018 10:42 AM)

Alli (HAO) (6317417411)

If you have issues tell me the night before

12/12/2018 7:06 PM (Viewed 12/12/2018 7:43 PM)

Alli (HAO) (6317417411)



12/12/2018 8:37 PM (Viewed 12/12/2018 8:40 PM)

Alli (HAO) (6317417411)





I just ate raw cookie dough wrapped in Romaine lettuce while listening to Baby It's Cold Outside. I like living life on the edge.

12/13/2018 4:53 PM (Viewed 12/13/2018 4:57 PM)

Alli (HAO) (6317417411)

https://www.facebook.com/185663292218010/posts/339234813527523/

12/13/2018 4:56 PM (Viewed 12/13/2018 4:57 PM)

Brianna (HAO) (3478458686)

Disliked an image

12/13/2018 11:54 PM (Viewed 12/14/2018 8:16 AM)

Alli (HAO) (6317417411)



12/14/2018 12:49 PM (Viewed 12/14/2018 12:51 PM)

Tifany (HAO) (6315042565)

So tomorrow we are going to pick names out for secret Santa for anyone that wants to be involved we're going to have an amount of 25 to $30 to spend lets spread some holiday cheer

12/14/2018 12:50 PM (Viewed 12/14/2018 12:51 PM)

Alli (HAO) (6317417411)

12/14/2018 12:50 PM (Viewed 12/14/2018 12:51 PM)

Tifany (HAO) (6315042565)

So I was thinking about putting the gifts under the tree write the person's name on top of the gifts and on the 22nd which will be on a Saturday is when we will open the gifts before or after the meeting

12/14/2018 12:51 PM

Alli (HAO) (6317417411)

I'm with it

**D1928**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023

12/14/2018 12:51 PM

Tifany (HAO) (6315042565)

Gooodd

12/14/2018 12:54 PM (Viewed 12/14/2018 12:56 PM)

Brianna (HAO) (3478458686)

Liked "So tomorrow we are going to pick names out for secret Santa for anyone that wants to be involved we're going to have an amount of 25 to $30 to spend lets spread some holiday cheer"

12/14/2018 12:54 PM (Viewed 12/14/2018 12:56 PM)

Brianna (HAO) (3478458686)

Liked "So I was thinking about putting the gifts under the tree write the person's name on top of the gifts and on the 22nd which will be on a Saturday is when we will open the gifts before or after the meeting"

12/14/2018 6:42 PM (Viewed 12/14/2018 6:55 PM)

Alli (HAO) (6317417411)

Sales and bdc meeting 930.

12/14/2018 6:42 PM (Viewed 12/14/2018 6:55 PM)

Brianna (HAO) (3478458686)

Got it

12/14/2018 6:42 PM (Viewed 12/14/2018 6:55 PM)

Tifany (HAO) (6315042565)

K

12/14/2018 6:54 PM (Viewed 12/14/2018 6:55 PM)

Shawn (HAO) (3476768392)

Okie dokie

12/14/2018 6:56 PM (Viewed 12/14/2018 7:03 PM)

David (Global Auto) (3472315194)

Prick

12/14/2018 6:56 PM (Viewed 12/14/2018 7:03 PM)

Alli (HAO) (6317417411)



12/14/2018 6:57 PM (Viewed 12/14/2018 7:03 PM)

**D1929**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023

Shawn (HAO) (3476768392)

Laughed at "Prick"

12/14/2018 7:55 PM

Leticia (hillside Auto Outlet) (3472560067)

Liked "Sales and bdc meeting 930. "

12/14/2018 7:55 PM

Alli (HAO) (6317417411)

She's alive

12/14/2018 7:56 PM (Viewed 12/14/2018 8:42 PM)

Leticia (hillside Auto Outlet) (3472560067)

Laughed at "She's alive "

12/14/2018 7:56 PM (Viewed 12/14/2018 8:42 PM)

Brianna (HAO) (3478458686)

Yayyyy

12/14/2018 7:57 PM (Viewed 12/14/2018 8:42 PM)

Leticia (hillside Auto Outlet) (3472560067)

i only 👍 for 9:30 rather then 9

12/14/2018 7:57 PM (Viewed 12/14/2018 8:42 PM)

Alli (HAO) (6317417411)

Liked "i only 👍 for 9:30 rather then 9"

12/15/2018 9:19 AM (Viewed 12/15/2018 9:35 AM)

Shawn (HAO) (3476768392)

Morning see you guys soon !

12/15/2018 9:21 AM (Viewed 12/15/2018 9:35 AM)

Alli (HAO) (6317417411)

Liked "Morning see you guys soon ! "

12/15/2018 9:21 AM (Viewed 12/15/2018 9:35 AM)

Alli (HAO) (6317417411)

Good morning everyone

12/15/2018 9:30 AM (Viewed 12/15/2018 9:35 AM)

Shawn (HAO) (3476768392)

**D1930**

Walking

12/15/2018 9:30 AM (Viewed 12/15/2018 9:35 AM)

Shawn (HAO) (3476768392)

Be there 3 mins

12/15/2018 9:30 AM (Viewed 12/15/2018 9:35 AM)

Alli (HAO) (6317417411)

Where is everyone

12/15/2018 12:15 PM

Alli (HAO) (6317417411)



12/15/2018 12:16 PM

Leticia (hillside Auto Outlet) (3472560067)

tf is that

12/15/2018 12:16 PM

Leticia (hillside Auto Outlet) (3472560067)

Disliked an image

12/15/2018 12:21 PM (Viewed 12/15/2018 12:24 PM)

Alli (HAO) (6317417411)



Prove me wrong

12/15/2018 12:24 PM

Leticia (hillside Auto Outlet) (3472560067)

how do i get put of this

12/15/2018 12:24 PM

Alli (HAO) (6317417411)

You can't

**D1931**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023

12/15/2018 12:24 PM

Leticia (hillside Auto Outlet) (3472560067)



12/16/2018 11:02 AM

Alli (HAO) (6317417411)



12/16/2018 11:02 AM

Alli (HAO) (6317417411)



12/17/2018 9:33 AM (Viewed 12/17/2018 10:13 AM)

Alli (HAO) (6317417411)



12/17/2018 9:34 AM (Viewed 12/17/2018 10:13 AM)

Leticia (hillside Auto Outlet) (3472560067)



12/17/2018 9:35 AM (Viewed 12/17/2018 10:13 AM)

Alli (HAO) (6317417411)



12/17/2018 9:36 AM (Viewed 12/17/2018 10:13 AM)

Leticia (hillside Auto Outlet) (3472560067)

D1932
file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023

Disliked an image

12/17/2018 9:36 AM (Viewed 12/17/2018 10:13 AM)

Tifany (HAO) (6315042565)

Morninggg

12/17/2018 9:57 AM (Viewed 12/17/2018 10:13 AM)

Shawn (HAO) (3476768392)

Good morning everyone ! Let's have a great day today ! I think we can close every deal today, let's make it happen !

12/17/2018 9:58 AM (Viewed 12/17/2018 10:13 AM)

Alli (HAO) (6317417411)

Liked "Good morning everyone ! Let's have a great day today ! I think we can close every deal today, let's make it happen !"

12/17/2018 9:59 AM (Viewed 12/17/2018 10:13 AM)

Alli (HAO) (6317417411)

Let's not get Carried away and get unrealistic

12/17/2018 9:59 AM (Viewed 12/17/2018 10:13 AM)

Alli (HAO) (6317417411)

By let's have a good

12/17/2018 10:01 AM (Viewed 12/17/2018 10:13 AM)

6463023503

Its better to shoot for the stars then go in with doubts. Lets get to the money! GM all & great mindset Shaun 💪🤑🤑🤑

12/17/2018 10:10 AM (Viewed 12/17/2018 10:13 AM)

Shawn (HAO) (3476768392)

Thanks 😊😊

12/17/2018 10:10 AM (Viewed 12/17/2018 10:13 AM)

Leticia (hillside Auto Outlet) (3472560067)

Disliked "Let's not get Carried away and get unrealistic "

12/17/2018 10:11 AM (Viewed 12/17/2018 10:13 AM)

Alli (HAO) (6317417411)

Liked "Its better to shoot for the stars then go in with doubts. Lets get to the money! GM all & great mindset Shaun 💪🤑🤑🤑"

**D1933**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023

12/18/2018 8:41 PM (Viewed 12/18/2018 11:07 PM)

Alli (HAO) (6317417411)

Who ever had Daryl's number make sure he understands if he wants to visit and hangout he can visit you outside of work. He's not to step foot in the building again.

12/18/2018 8:43 PM (Viewed 12/18/2018 11:07 PM)

Shawn (HAO) (3476768392)

Emphasized "Who ever had Daryl's number make sure he understands if he wants to visit and hangout he can visit you outside of work. He's not to step foot in the building again."

12/18/2018 8:45 PM (Viewed 12/18/2018 11:07 PM)

Alli (HAO) (6317417411)

I don't want any ex employees hanging out in the back specially in the accounting office

12/18/2018 8:46 PM (Viewed 12/18/2018 11:07 PM)

Shawn (HAO) (3476768392)

Agreed ! Safety and just distraction purposes

12/18/2018 8:46 PM (Viewed 12/18/2018 11:07 PM)

Alli (HAO) (6317417411)

Liked "Agreed ! Safety and just distraction purposes "

12/18/2018 8:50 PM (Viewed 12/18/2018 11:07 PM)

David (Global Auto) (3472315194)



12/18/2018 8:51 PM (Viewed 12/18/2018 11:07 PM)

Alli (HAO) (6317417411)

Or I'll have the cops show up with his P.O cause I'm that asshole

12/18/2018 8:52 PM (Viewed 12/18/2018 11:07 PM)

6463023503



12/18/2018 8:59 PM (Viewed 12/18/2018 11:07 PM)

Shawn (HAO) (3476768392)

LMFAO 

12/18/2018 9:00 PM (Viewed 12/18/2018 11:07 PM)

Alli (HAO) (6317417411)

Just so you all understand I told him to get out and he pretended to be a customer there for a registration problem He worked for me at hillside Automall last year for a whole week while he was doing construction, His girl Geraldine was my bdc while I was there and He wanted to play stupid. Wether he truly doesn't remember me or not is irrelevant. All I'm saying next time he or any one walks in the back that shouldn't be there meaning they don't work for us or are not seeing turro they should be told they're not allowed in. End of the story

12/18/2018 9:01 PM (Viewed 12/18/2018 11:07 PM)

Brianna (HAO) (3478458686)

No problem !!!

12/18/2018 9:02 PM (Viewed 12/18/2018 11:07 PM)

Alli (HAO) (6317417411)

Told you guys on Saturday about my level of commitment. Now welcome to the show

12/18/2018 9:03 PM (Viewed 12/18/2018 11:07 PM)

Brianna (HAO) (3478458686)

No problem Ali, I'm out of work so have a great night

12/19/2018 2:22 PM (Viewed 12/19/2018 2:26 PM)

Alli (HAO) (6317417411)



12/19/2018 2:22 PM (Viewed 12/19/2018 2:26 PM)

Alli (HAO) (6317417411)



12/19/2018 2:22 PM (Viewed 12/19/2018 2:26 PM)

Alli (HAO) (6317417411)



**D1935**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023



12/19/2018 2:23 PM (Viewed 12/19/2018 2:26 PM)

Tifany (HAO) (6315042565)



12/19/2018 2:26 PM

Leticia (hillside Auto Outlet) (3472560067)



12/19/2018 2:26 PM

Alli (HAO) (6317417411)



12/19/2018 2:26 PM

Alli (HAO) (6317417411)



12/19/2018 2:39 PM (Viewed 12/19/2018 3:07 PM)

Shawn (HAO) (3476768392)



12/19/2018 7:05 PM (Viewed 12/19/2018 7:07 PM)

Alli (HAO) (6317417411)



12/19/2018 7:15 PM

Shawn (HAO) (3476768392)

Smfh lmaooo

12/19/2018 7:15 PM (Viewed 12/19/2018 7:16 PM)

Shawn (HAO) (3476768392)

Look how happy the mom looks 😆😆😆😆 smh Lml

12/19/2018 10:06 PM

Guzman (2) (+1 (347) 749-0633)

Got busy at the end, good job guys. We ended up spotting two cars

12/19/2018 10:06 PM

Guzman (2) (+1 (347) 749-0633)



12/19/2018 10:06 PM

Guzman (2) (+1 (347) 749-0633)

Plus one deposit

12/19/2018 10:07 PM

Alli (HAO) (6317417411)



12/19/2018 10:07 PM

Brianna (HAO) (3478458686)

Nice!

12/19/2018 10:10 PM (Viewed 12/19/2018 10:13 PM)

Alli (HAO) (6317417411)

we're heading into the rough part of the year. This is where we shine and make something out of nothing. Let's keep it going

12/19/2018 10:11 PM (Viewed 12/19/2018 10:13 PM)

6463023503

Jenaé & Shaun save the day 💪🏾

12/19/2018 10:13 PM

Alli (HAO) (6317417411)

Liked "Jenaé & Shaun save the day 💪🏾"

12/19/2018 10:13 PM

**D1937**
file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023

Shawn (HAO) (3476768392)

Liked "Jenaé & Shaun save the day 💪🏾"

12/19/2018 10:14 PM

Shawn (HAO) (3476768392)

We had a great day today everyone !

12/19/2018 10:15 PM

Alli (HAO) (6317417411)

If you think about it. At this pace 70 is far fetched this month

12/19/2018 10:15 PM

Alli (HAO) (6317417411)

We need a great month

12/19/2018 10:17 PM (Viewed 12/19/2018 10:19 PM)

Shawn (HAO) (3476768392)

We will have one !

12/19/2018 10:18 PM (Viewed 12/19/2018 10:19 PM)

Shawn (HAO) (3476768392)

And thanks nae!! And Guzman ! Appreciate it we all handled today very well

12/20/2018 6:44 AM (Viewed 12/20/2018 8:18 AM)

Tifany (HAO) (6315042565)

Good morning proud of you guys! No matter what we make it happen and couldnt ask for a better team

12/20/2018 7:30 AM (Viewed 12/20/2018 8:18 AM)

Alli (HAO) (6317417411)

Liked "Good morning proud of you guys! No matter what we make it happen and couldnt ask for a better team "

12/20/2018 7:31 AM (Viewed 12/20/2018 8:18 AM)

David (Global Auto) (3472315194)

To early pricks

12/20/2018 7:32 AM (Viewed 12/20/2018 8:18 AM)

Leticia (hillside Auto Outlet) (3472560067)

RIGHT ! Lets make this a 9-9 chat ONLY 👍🏼 Appreciate it goodnight now .

**D1938**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023

12/20/2018 7:32 AM (Viewed 12/20/2018 8:18 AM)

Leticia (hillside Auto Outlet) (3472560067)

Emphasized "To early pricks"

12/20/2018 7:33 AM (Viewed 12/20/2018 8:18 AM)

Tifany (HAO) (6315042565)

Agreed

12/20/2018 7:38 AM (Viewed 12/20/2018 8:18 AM)

Brianna (HAO) (3478458686)

Agreed to the 9-9. As well as Tiff is right Everyone makes it happen!

12/20/2018 7:38 AM (Viewed 12/20/2018 8:18 AM)

David (Global Auto) (3472315194)

Shut the fuck up already

12/20/2018 7:43 AM (Viewed 12/20/2018 8:18 AM)

Leticia (hillside Auto Outlet) (3472560067)

Laughed at "Shut the fuck up already"

12/20/2018 7:44 AM (Viewed 12/20/2018 8:18 AM)

David (Global Auto) (3472315194)

I'm trying to sleep you stupid motherfucker shut up already!

12/20/2018 8:04 AM (Viewed 12/20/2018 8:18 AM)

Alli (HAO) (6317417411)



12/20/2018 11:08 AM (Viewed 12/20/2018 11:15 AM)

Alli (HAO) (6317417411)



Dave M in the morning

**D1939**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023

12/20/2018 8:50 PM (Viewed 12/20/2018 9:19 PM)

Alli (HAO) (6317417411)

Whoever lives in queens I need you to bring in the most recent utility bill you have. Water electric cable. Doesn't matter.

12/20/2018 8:51 PM (Viewed 12/20/2018 9:19 PM)

Alli (HAO) (6317417411)

If you can take a picture and text it to me tonight

12/20/2018 8:51 PM (Viewed 12/20/2018 9:19 PM)

Alli (HAO) (6317417411)

Thanks in advance

12/21/2018 5:40 PM (Viewed 12/21/2018 5:51 PM)

Alli (HAO) (6317417411)

930 meeting starts. Be here early.

12/21/2018 5:40 PM (Viewed 12/21/2018 5:51 PM)

Alli (HAO) (6317417411)

Don't be late

12/21/2018 6:12 PM (Viewed 12/21/2018 6:33 PM)

Shawn (HAO) (3476768392)

Emphasized "930 meeting starts. Be here early. "

12/21/2018 10:00 PM (Viewed 12/21/2018 11:12 PM)

Alli (HAO) (6317417411)

https://www.facebook.com/VT/videos/1401480286660476/
I know I know it's past 9 but this is all of us

12/22/2018 9:15 AM (Viewed 12/22/2018 9:26 AM)

Alli (HAO) (6317417411)

How's everyone's commute? I hope you're close

12/22/2018 9:15 AM (Viewed 12/22/2018 9:26 AM)

6463023503

Down the block

12/22/2018 9:15 AM (Viewed 12/22/2018 9:26 AM)

Alli (HAO) (6317417411)





12/22/2018 9:22 AM (Viewed 12/22/2018 9:26 AM)

Leticia (hillside Auto Outlet) (3472560067)

Disliked "How's everyone's commute? I hope you're close "

12/22/2018 12:14 PM (Viewed 12/22/2018 12:16 PM)

Alli (HAO) (6317417411)

Arturo is free

12/22/2018 12:14 PM (Viewed 12/22/2018 12:16 PM)

Alli (HAO) (6317417411)

Come on

12/22/2018 12:32 PM (Viewed 12/22/2018 12:34 PM)

Alli (HAO) (6317417411)

Customers in the lot

12/24/2018 11:32 AM (Viewed 12/24/2018 11:39 AM)

Alli (HAO) (6317417411)



12/24/2018 11:32 AM (Viewed 12/24/2018 11:39 AM)

6463023503



12/24/2018 12:16 PM

Shawn (HAO) (3476768392)

Lmaoooooo

12/24/2018 12:16 PM

Shawn (HAO) (3476768392)

Cute

12/24/2018 1:21 PM (Viewed 12/24/2018 1:37 PM)

Leticia (hillside Auto Outlet) (3472560067)

Disliked an image

12/24/2018 4:45 PM (Viewed 12/24/2018 4:48 PM)

David (hillside Auto Outlet) Parsons (3475810180)

Customers in the lot

12/24/2018 6:33 PM (Viewed 12/24/2018 6:56 PM)

Alli (HAO) (6317417411)

Merry Christmas everyone. Enjoy your day and families... see you Wednesday

12/24/2018 6:34 PM (Viewed 12/24/2018 6:56 PM)

David (Global Auto) (3472315194)

Thanks #BAL you too. I'm sorry I had to drive to the Bronx love ya

12/24/2018 6:40 PM (Viewed 12/24/2018 6:56 PM)

Alli (HAO) (6317417411)



12/24/2018 6:47 PM (Viewed 12/24/2018 6:56 PM)

David (Global Auto) (3472315194)



12/27/2018 10:02 AM (Viewed 12/27/2018 10:38 AM)

Alli (HAO) (6317417411)

Where the fuck is everyone???

12/27/2018 11:39 AM

Leticia (hillside Auto Outlet) (3472560067)

sleeping

12/27/2018 11:43 AM (Viewed 12/27/2018 11:55 AM)

David (Global Auto) (3472315194)

Smoking

12/27/2018 11:46 AM (Viewed 12/27/2018 11:55 AM)

Leticia (hillside Auto Outlet) (3472560067)

IM CALLING THE F'ING COPS

12/27/2018 11:46 AM (Viewed 12/27/2018 11:55 AM)

**D1942**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023

Leticia (hillside Auto Outlet) (3472560067)


(sent with Echo)

12/27/2018 11:47 AM (Viewed 12/27/2018 11:55 AM)

Alli (HAO) (6317417411)

Look who's embracing the group chat all of a sudden

12/27/2018 12:13 PM (Viewed 12/27/2018 12:25 PM)

Leticia (hillside Auto Outlet) (3472560067)

Disliked "Look who's embracing the group chat all of a sudden "

12/28/2018 11:40 AM (Viewed 12/28/2018 11:54 AM)

Alli (HAO) (6317417411)



12/28/2018 1:42 PM

Shawn (HAO) (3476768392)

Laughed at an image

12/28/2018 5:17 PM (Viewed 12/28/2018 5:18 PM)

Alli (HAO) (6317417411)

930 meeting tomorrow please please please be on time.

12/28/2018 5:19 PM (Viewed 12/28/2018 5:20 PM)

Leticia (hillside Auto Outlet) (3472560067)



12/28/2018 5:19 PM (Viewed 12/28/2018 5:20 PM)

Shawn (HAO) (3476768392)

Yes yes !

12/28/2018 5:19 PM (Viewed 12/28/2018 5:20 PM)

Shawn (HAO) (3476768392)

Laughed at "Im Sleeping 😴 shhhh"

12/28/2018 5:19 PM (Viewed 12/28/2018 5:20 PM)

Shawn (HAO) (3476768392)

D1943

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023

Emphasized "930 meeting tomorrow please please please be on time."

12/28/2018 5:19 PM (Viewed 12/28/2018 5:20 PM)

Alli (HAO) (6317417411)



12/28/2018 5:34 PM (Viewed 12/28/2018 5:42 PM)

Leticia (hillside Auto Outlet) (3472560067)

Laughed at an image

12/28/2018 6:17 PM

Shawn (HAO) (3476768392)

Laughed at an image

12/29/2018 7:27 AM (Viewed 12/29/2018 9:18 AM)

Alli (HAO) (6317417411)



12/29/2018 7:29 AM (Viewed 12/29/2018 9:18 AM)

Alli (HAO) (6317417411)

Good Morning everybody

12/29/2018 8:01 AM (Viewed 12/29/2018 9:18 AM)

Leticia (hillside Auto Outlet) (3472560067)

oh hell no

12/29/2018 8:30 AM (Viewed 12/29/2018 9:18 AM)

Tifany (HAO) (6315042565)

Good morning

12/29/2018 9:24 AM (Viewed 12/29/2018 9:54 AM)

Shawn (HAO) (3476768392)

Morning see u guys soon

**D1944**

12/29/2018 2:07 PM (Viewed 12/29/2018 2:08 PM)

Alli (HAO) (6317417411)

So Guzman when are you ordering the pizza since you were the last one in

12/29/2018 2:08 PM

Shawn (HAO) (3476768392)

Yes yes yes lol !

12/29/2018 2:08 PM

Shawn (HAO) (3476768392)

Liked "So Guzman when are you ordering the pizza since you were the last one in "

12/29/2018 2:08 PM

Alli (HAO) (6317417411)



12/29/2018 2:11 PM (Viewed 12/29/2018 2:14 PM)

6463023503

Guzman your loyal hard working employees are starving 😣😣 Feed us!

12/29/2018 2:12 PM (Viewed 12/29/2018 2:14 PM)

Brianna (HAO) (3478458686)

Liked "Guzman your loyal hard working employees are starving 😣😣 Feed us!"

12/29/2018 2:12 PM (Viewed 12/29/2018 2:14 PM)

David (Global Auto) (3472315194)



12/29/2018 2:12 PM (Viewed 12/29/2018 2:14 PM)

Alli (HAO) (6317417411)

Liked "Guzman your loyal hard working employees are starving 😣😣 Feed us!"

12/29/2018 2:13 PM (Viewed 12/29/2018 2:14 PM)

Alli (HAO) (6317417411)

Come on poppy

12/29/2018 2:13 PM (Viewed 12/29/2018 2:14 PM)

Alli (HAO) (6317417411)

Don't be a welebicho

**D1945**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...    3/6/2023

12/29/2018 2:14 PM

Alli (HAO) (6317417411)

(Puerto Ricardo definition)

12/29/2018 2:14 PM

Alli (HAO) (6317417411)

Rican

12/29/2018 2:14 PM

Alli (HAO) (6317417411)

****

12/29/2018 2:14 PM

Brianna (HAO) (3478458686)

Is he ordering or what? Cause we all hungry

12/29/2018 2:15 PM (Viewed 12/29/2018 2:25 PM)

David (Global Auto) (3472315194)

Please papa 😊

12/29/2018 2:16 PM (Viewed 12/29/2018 2:25 PM)

6463023503

😭😭😭😭😭 that old man emoji has me dead

12/29/2018 2:16 PM (Viewed 12/29/2018 2:25 PM)

Shawn (HAO) (3476768392)

Laughed at "Please papa 😊 "

12/29/2018 2:18 PM (Viewed 12/29/2018 2:25 PM)

Shawn (HAO) (3476768392)

Laughed at "Is he ordering or what? Cause we all hungry "

12/29/2018 2:18 PM (Viewed 12/29/2018 2:25 PM)

Shawn (HAO) (3476768392)

Lmfaooo at BRI and Jenaé hahahah

12/29/2018 2:23 PM (Viewed 12/29/2018 2:25 PM)

6463023503

SUCCESS guys Guzman gave up the goods! 🍕🍕🍕 OTW 🙏🙏🙏😊

**D1946**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023

12/29/2018 2:26 PM (Viewed 12/29/2018 2:42 PM)

Brianna (HAO) (3478458686)

Just ordered the Pizza! THANKS LIL GUZ 🐽

12/29/2018 2:28 PM (Viewed 12/29/2018 2:42 PM)

Alli (HAO) (6317417411)

Liked "Just ordered the Pizza! THANKS LIL GUZ 🐽"

12/29/2018 2:28 PM (Viewed 12/29/2018 2:42 PM)

Alli (HAO) (6317417411)

Liked "SUCCESS guys Guzman gave up the goods! 🍕🍕🍕 OTW 🐽🐽🐽😋"

12/29/2018 2:33 PM (Viewed 12/29/2018 2:42 PM)

Shawn (HAO) (3476768392)

Laughed at "SUCCESS guys Guzman gave up the goods! 🍕🍕🍕 OTW 🐽🐽🐽😋"

12/29/2018 2:33 PM (Viewed 12/29/2018 2:42 PM)

Shawn (HAO) (3476768392)

Lmfaooo brats 😰

12/29/2018 2:37 PM (Viewed 12/29/2018 2:42 PM)

Tifany (HAO) (6315042565)

😆

12/29/2018 2:37 PM (Viewed 12/29/2018 2:42 PM)

6463023503

No brat zone 🙍

12/29/2018 2:37 PM (Viewed 12/29/2018 2:42 PM)

Leticia (hillside Auto Outlet) (3472560067)



Its lil guzzi * get it right 🙍🧧💡

12/29/2018 2:37 PM (Viewed 12/29/2018 2:42 PM)

6463023503

We just greedy on this side 😎😋

12/29/2018 2:38 PM (Viewed 12/29/2018 2:42 PM)

Alli (HAO) (6317417411)

Jenaé get yo man in shape here

**D1947**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023

12/29/2018 2:38 PM (Viewed 12/29/2018 2:42 PM)

6463023503

 lil guzzi tho

12/29/2018 2:38 PM (Viewed 12/29/2018 2:42 PM)

6463023503

Huh?

12/29/2018 2:39 PM (Viewed 12/29/2018 2:42 PM)

Alli (HAO) (6317417411)

He's your homeboy

12/29/2018 2:39 PM (Viewed 12/29/2018 2:42 PM)

David (Global Auto) (3472315194)

Sausage pizza is mine..No homo!

12/29/2018 2:39 PM (Viewed 12/29/2018 2:42 PM)

Shawn (HAO) (3476768392)

How is this man even texting all this with a office full of ppl

12/29/2018 2:39 PM (Viewed 12/29/2018 2:42 PM)

Tifany (HAO) (6315042565)



12/29/2018 2:39 PM (Viewed 12/29/2018 2:42 PM)

Tifany (HAO) (6315042565)

Made extraaa

12/29/2018 2:39 PM (Viewed 12/29/2018 2:42 PM)

Shawn (HAO) (3476768392)

PAY ATTENTION TO CUSTOMERS !!! Thanks 😊

12/29/2018 2:39 PM (Viewed 12/29/2018 2:42 PM)

Brianna (HAO) (3478458686)

Laughed at "
How is this man even texting all this with a office full of ppl "

12/29/2018 2:39 PM (Viewed 12/29/2018 2:42 PM)

Tifany (HAO) (6315042565)



**D1948**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023

Mad

12/29/2018 2:40 PM (Viewed 12/29/2018 2:42 PM)

Shawn (HAO) (3476768392)

And lmaooo Ali

12/29/2018 2:40 PM (Viewed 12/29/2018 2:42 PM)

Brianna (HAO) (3478458686)

LETS GET BACK TO WORK NOW EVERYONE !!!

12/29/2018 2:40 PM (Viewed 12/29/2018 2:42 PM)

Tifany (HAO) (6315042565)



12/29/2018 2:40 PM (Viewed 12/29/2018 2:42 PM)

Alli (HAO) (6317417411)

I don't like your attitude

12/29/2018 2:40 PM (Viewed 12/29/2018 2:42 PM)

Tifany (HAO) (6315042565)

Im.dead....

12/29/2018 2:40 PM (Viewed 12/29/2018 2:42 PM)

Alli (HAO) (6317417411)

Emphasized "LETS GET BACK TO WORK NOW EVERYONE !!! "

12/29/2018 2:41 PM (Viewed 12/29/2018 2:42 PM)

Leticia (hillside Auto Outlet) (3472560067)

VWHAT ZHE FACK IS HAPPENING !

12/29/2018 2:41 PM (Viewed 12/29/2018 2:42 PM)

Alli (HAO) (6317417411)



12/29/2018 2:42 PM (Viewed 12/29/2018 2:51 PM)

6463023503

Yes let's plz 🙆‍♀️👳‍♂️ Ali off his rocker rn because he's hungry lol

12/29/2018 2:43 PM (Viewed 12/29/2018 2:51 PM)

Alli (HAO) (6317417411)



12/29/2018 2:43 PM (Viewed 12/29/2018 2:51 PM)

Leticia (hillside Auto Outlet) (3472560067)

GOT DAMN JENAE I HEARD U FROM HERE

12/29/2018 2:44 PM (Viewed 12/29/2018 2:51 PM)

Shawn (HAO) (3476768392)

Loved "LETS GET BACK TO WORK NOW EVERYONE !!! "

12/29/2018 2:44 PM (Viewed 12/29/2018 2:51 PM)

Shawn (HAO) (3476768392)

Laughed at "VWHAT ZHE FACK IS HAPPENING ! "

12/29/2018 2:44 PM (Viewed 12/29/2018 2:51 PM)

Tifany (HAO) (6315042565)

Yeah lets stop so my bdc can focus

12/29/2018 2:44 PM (Viewed 12/29/2018 2:51 PM)

Shawn (HAO) (3476768392)

Agreed with tiff !!!

12/29/2018 2:44 PM (Viewed 12/29/2018 2:51 PM)

Shawn (HAO) (3476768392)

Lol

12/29/2018 2:45 PM (Viewed 12/29/2018 2:51 PM)

Leticia (hillside Auto Outlet) (3472560067)

Disliked "Yeah lets stop so my bdc can focus"

12/29/2018 2:45 PM (Viewed 12/29/2018 2:51 PM)

Leticia (hillside Auto Outlet) (3472560067)

BOOOO PARTTY POOOPER

12/29/2018 2:45 PM (Viewed 12/29/2018 2:51 PM)

Alli (HAO) (6317417411)

**D1950**



12/29/2018 2:46 PM (Viewed 12/29/2018 2:51 PM)

Tifany (HAO) (6315042565)

U want deals?

12/29/2018 2:46 PM (Viewed 12/29/2018 2:51 PM)

Alli (HAO) (6317417411)



12/29/2018 2:47 PM (Viewed 12/29/2018 2:51 PM)

Shawn (HAO) (3476768392)

Laughed at "BOOOO PARTTY POOOPER"

12/29/2018 2:51 PM

Leticia (hillside Auto Outlet) (3472560067)

Vwhat is the tude!!!

12/29/2018 2:52 PM (Viewed 12/29/2018 3:52 PM)

Leticia (hillside Auto Outlet) (3472560067)



12/30/2018 10:56 AM (Viewed 12/30/2018 10:57 AM)

Alli (HAO) (6317417411)

It's 10:56 gates are down and no one is here. We all depend on each other to make a living here. 6 appointments did not go on the desk log yesterday. That's 6 people your bdc people would not have gotten paid on while they're working their asses off and dealing while the pressure that I put on them to go above and beyond to generate more traffic for us. Please get to work on time. I'm not gonna keep dealing with this. I'll just quit and go somewhere else. I want back from you what I put in. If

**D1951**
file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023

you can't give me that just let me know and I'll go work somewhere else because I'm only as good as the people I surround myself with.

12/30/2018 4:05 PM (Viewed 12/30/2018 4:16 PM)

Alli (HAO) (6317417411)

https://youtu.be/8_mQ6n5mwMU

12/30/2018 4:40 PM

Alli (HAO) (6317417411)



12/30/2018 4:41 PM (Viewed 12/30/2018 4:42 PM)

6463023503


Is tga

12/30/2018 4:43 PM (Viewed 12/30/2018 4:46 PM)

6463023503


Is that a real fact?

12/30/2018 4:43 PM (Viewed 12/30/2018 4:46 PM)

Alli (HAO) (6317417411)

Yes

12/30/2018 4:43 PM (Viewed 12/30/2018 4:46 PM)

Alli (HAO) (6317417411)

Google it

12/30/2018 4:44 PM (Viewed 12/30/2018 4:46 PM)

6463023503


Interesting 🤔 I will

12/30/2018 4:55 PM (Viewed 12/30/2018 4:56 PM)

Shawn (HAO) (3476768392)


Emphasized an image

12/30/2018 4:55 PM (Viewed 12/30/2018 4:56 PM)

Shawn (HAO) (3476768392)







12/30/2018 4:55 PM (Viewed 12/30/2018 4:56 PM)

Shawn (HAO) (3476768392)



12/30/2018 4:56 PM

Shawn (HAO) (3476768392)



12/30/2018 9:02 PM (Viewed 12/30/2018 10:02 PM)

Alli (HAO) (6317417411)

We're open normal time tomorrow... we'll probably close earlier

12/30/2018 9:02 PM (Viewed 12/30/2018 10:02 PM)

Alli (HAO) (6317417411)

Tuesday we're opening at 12

12/31/2018 10:03 AM (Viewed 12/31/2018 10:34 AM)

Shawn (HAO) (3476768392)

Morning everyone happy New Year's Eve see y'all soon let's have a great one !
Finish strong 💪🏾

12/31/2018 10:36 AM (Viewed 12/31/2018 11:19 AM)

Alli (HAO) (6317417411)



12/31/2018 10:41 AM (Viewed 12/31/2018 11:19 AM)

Alli (HAO) (6317417411)



12/31/2018 10:42 AM (Viewed 12/31/2018 11:19 AM)

Alli (HAO) (6317417411)



**D1953**



12/31/2018 10:52 AM (Viewed 12/31/2018 11:19 AM)

Shawn (HAO) (3476768392)

Laughed at an image

12/31/2018 10:52 AM (Viewed 12/31/2018 11:19 AM)

Shawn (HAO) (3476768392)

Lmfaooooo

12/31/2018 12:51 PM (Viewed 12/31/2018 12:52 PM)

Alli (HAO) (6317417411)



12/31/2018 12:51 PM (Viewed 12/31/2018 12:52 PM)

Alli (HAO) (6317417411)


https://www.facebook.com/475303782980307/posts/516505248860160/

12/31/2018 8:32 PM (Viewed 12/31/2018 8:33 PM)

Alli (HAO) (6317417411)

Good job this month. Let's do it all over again in the new year. Have a great one and be safe tonight 💜

12/31/2018 8:49 PM (Viewed 12/31/2018 8:50 PM)

Brianna (HAO) (3478458686)

Liked "Good job this month. Let's do it all over again in the new year. Have a great one and be safe tonight 💜"

12/31/2018 8:50 PM

Brianna (HAO) (3478458686)

Thank you! Good job everyone! Happy New Years! 🎉

12/31/2018 8:52 PM (Viewed 12/31/2018 9:08 PM)

Alli (HAO) (6317417411)

Liked "Thank you! Good job everyone! Happy New Years! 🎉"

1/1/2019 9:14 AM (Viewed 1/1/2019 1:00 PM)

Tifany (HAO) (6315042565)

Happy new year

1/1/2019 9:17 AM (Viewed 1/1/2019 1:00 PM)

Alli (HAO) (6317417411)

Liked "Happy new year"

1/1/2019 9:30 AM (Viewed 1/1/2019 1:00 PM)

Alli (HAO) (6317417411)



1/1/2019 12:17 PM (Viewed 1/1/2019 1:00 PM)

Shawn (HAO) (3476768392)

Happy New Years see y'all in couple min

1/1/2019 12:17 PM (Viewed 1/1/2019 1:00 PM)

Shawn (HAO) (3476768392)

Loved "Liked "Happy new year""

1/1/2019 12:18 PM (Viewed 1/1/2019 1:00 PM)

Shawn (HAO) (3476768392)

Loved "Happy new year"

1/1/2019 12:18 PM (Viewed 1/1/2019 1:00 PM)

Shawn (HAO) (3476768392)

Emphasized "Good job this month. Let's do it all over again in the new year. Have a great one and be safe tonight 💜"

1/1/2019 8:58 PM

Alli (HAO) (6317417411)

**D1955**



1/1/2019 8:58 PM

Alli (HAO) (6317417411)



1/1/2019 8:59 PM

Alli (HAO) (6317417411)



1/1/2019 8:59 PM (Viewed 1/1/2019 11:55 PM)

Alli (HAO) (6317417411)



1/1/2019 8:59 PM (Viewed 1/1/2019 11:55 PM)

Alli (HAO) (6317417411)



1/2/2019 10:14 AM (Viewed 1/2/2019 10:15 AM)

Tifany (HAO) (6315042565)

So where is everyone?

1/2/2019 10:18 AM (Viewed 1/2/2019 10:24 AM)

**D1956**

Leticia (hillside Auto Outlet) (3472560067)

Sleeping

1/2/2019 10:18 AM (Viewed 1/2/2019 10:24 AM)

Tifany (HAO) (6315042565)

Lol must be nice

1/2/2019 10:19 AM (Viewed 1/2/2019 10:24 AM)

Alli (HAO) (6317417411)

Wakey wakey

1/2/2019 10:30 AM (Viewed 1/2/2019 10:52 AM)

Leticia (hillside Auto Outlet) (3472560067)

Disliked "Wakey wakey"

1/3/2019 10:05 AM (Viewed 1/3/2019 10:42 AM)

Leticia (hillside Auto Outlet) (3472560067)

Where tf is everyone!?

1/3/2019 10:08 AM (Viewed 1/3/2019 10:42 AM)

David (Global Auto) (3472315194)

Yeah what the fuck?

1/3/2019 10:09 AM (Viewed 1/3/2019 10:42 AM)

Leticia (hillside Auto Outlet) (3472560067)

Emphasized "Yeah what the fuck?"

1/3/2019 10:11 AM (Viewed 1/3/2019 10:42 AM)

Alli (HAO) (6317417411)

5 minutes away. You haven't seen me take a day off yet so 😀

1/3/2019 10:12 AM (Viewed 1/3/2019 10:42 AM)

Shawn (HAO) (3476768392)

Second day in row Ali come on body gotta be responsible 😅😅😅😅

1/3/2019 10:12 AM (Viewed 1/3/2019 10:42 AM)

Shawn (HAO) (3476768392)

That's not an excuse 😅

1/3/2019 10:12 AM (Viewed 1/3/2019 10:42 AM)

Shawn (HAO) (3476768392)



Buddy*

1/3/2019 10:12 AM (Viewed 1/3/2019 10:42 AM)

Alli (HAO) (6317417411)

Why don't you go home

1/3/2019 10:12 AM (Viewed 1/3/2019 10:42 AM)

Alli (HAO) (6317417411)

Who the fuck are you

1/3/2019 10:13 AM (Viewed 1/3/2019 10:42 AM)

Shawn (HAO) (3476768392)

💀💀

1/3/2019 10:14 AM (Viewed 1/3/2019 10:42 AM)

Alli (HAO) (6317417411)

You and I need to have a talk about what happened yesterday

1/3/2019 10:14 AM (Viewed 1/3/2019 10:42 AM)

Alli (HAO) (6317417411)

I'm late because I've been up since 4a.m. Thinking about it

1/3/2019 10:15 AM (Viewed 1/3/2019 10:42 AM)

Alli (HAO) (6317417411)

Until 4

1/3/2019 10:16 AM (Viewed 1/3/2019 10:42 AM)

Shawn (HAO) (3476768392)

If u and i need have a talk why u texting group chat 😂😂

1/3/2019 10:17 AM (Viewed 1/3/2019 10:42 AM)

Shawn (HAO) (3476768392)

Idk who u talking bout

1/3/2019 10:17 AM (Viewed 1/3/2019 10:42 AM)

Shawn (HAO) (3476768392)

Or what

1/4/2019 7:54 PM (Viewed 1/4/2019 8:11 PM)

Alli (HAO) (6317417411)

930 tomorrow

**D1958**

1/4/2019 7:55 PM (Viewed 1/4/2019 8:11 PM)

Shawn (HAO) (3476768392)

Yes yes !

1/4/2019 7:56 PM (Viewed 1/4/2019 8:11 PM)

Shawn (HAO) (3476768392)

Get home safe everyone ! Great job today dav !! 💯

1/4/2019 9:11 PM

Guzman (2) (+1 (347) 749-0633)

MEETING 9:30 AM SHARP. LETS HAVE A GREAT WEEKEND

1/4/2019 9:13 PM

Alli (HAO) (6317417411)



1/4/2019 9:13 PM

Alli (HAO) (6317417411)

Blu blu

1/4/2019 9:28 PM (Viewed 1/4/2019 9:38 PM)

Shawn (HAO) (3476768392)

Lol

1/4/2019 9:28 PM (Viewed 1/4/2019 9:38 PM)

Shawn (HAO) (3476768392)

Laughed at "Blu blu "

1/4/2019 9:43 PM (Viewed 1/4/2019 9:55 PM)

Leticia (hillside Auto Outlet) (3472560067)

Disliked "Blu blu "

1/5/2019 6:22 PM

Alli (HAO) (6317417411)

Very Sorry I wasn't myself today. I'll be back to normal tomorrow. Just having a day

1/5/2019 6:23 PM (Viewed 1/5/2019 6:36 PM)

Alli (HAO) (6317417411)

Don't stress yourselves about today either. We'll have a good month

1/5/2019 6:24 PM (Viewed 1/5/2019 6:36 PM)

6463023503

No worries! We all have our moments. Feeling back on top and getting to the money tomorrow!

1/5/2019 6:39 PM

David (Global Auto) (3472315194)



1/5/2019 7:48 PM (Viewed 1/5/2019 7:49 PM)

Shawn (HAO) (3476768392)

Emphasized "Very Sorry I wasn't myself today. I'll be back to normal tomorrow. Just having a day "

1/5/2019 7:49 PM

Shawn (HAO) (3476768392)

It happens we're human plus you've be working nonstop

1/5/2019 7:49 PM

Shawn (HAO) (3476768392)

Loved "No worries! We all have our moments. Feeling back on top and getting to the money tomorrow! "

1/5/2019 7:49 PM (Viewed 1/5/2019 7:50 PM)

Shawn (HAO) (3476768392)



1/6/2019 10:28 AM (Viewed 1/6/2019 10:46 AM)

Alli (HAO) (6317417411)

Anyone at work yet?

1/6/2019 10:29 AM (Viewed 1/6/2019 10:46 AM)

Brianna (HAO) (3478458686)

Nope

1/6/2019 10:29 AM (Viewed 1/6/2019 10:46 AM)

Alli (HAO) (6317417411)

Why is the gate half way open?

**D1960**

file:///C:/Users/Kyle/AppData/Roaming/Decipher%20Media/dtm_msgs7231642629939536...   3/6/2023

1/6/2019 10:30 AM (Viewed 1/6/2019 10:46 AM)

Alli (HAO) (6317417411)



1/6/2019 10:30 AM (Viewed 1/6/2019 10:46 AM)

Brianna (HAO) (3478458686)

No clue, I'm still home

1/6/2019 10:31 AM (Viewed 1/6/2019 10:46 AM)

Alli (HAO) (6317417411)

Nvm found Richie

1/7/2019 9:31 AM (Viewed 1/7/2019 9:48 AM)

Alli (HAO) (6317417411)

Blu blu

1/7/2019 10:09 AM (Viewed 1/7/2019 10:22 AM)

Shawn (HAO) (3476768392)

Coming up block sick as a dog might wanna stay away from me

1/7/2019 10:09 AM (Viewed 1/7/2019 10:22 AM)

Shawn (HAO) (3476768392)

Blu Blu Blu !

You have 360 total messages and 50 total images.

**D1961**



11:11   5Gw



+1 (347) 256-0067

check because payrolls always a week behind and he said we are owes nothing. With that being said I would like to go back to all of our deals and be paid what I was promised upon being hired.

Jan 24, 2019 at 5:50 PM

I am at work right now can i give you a call in a bit?

I will be available for about the next 10 minutes or so otherwise I can be reached tomorrow

Delivered

Okay give me a sec to step out

Never mind I will just take the route I already planned on taking. They told me I should reach out to you and see if you'd do anything for me but I rather be sure to get everything I worked hard for. We aren't 100% on the same page so Thank you anyways for your time.

Text Message

D2231

## Conversation between iPhone (5) (+16618868012) and Latisha Outlet (3472560067)

10/9/2018 11:03 AM (Viewed 10/9/2018 11:04 AM)

Latisha Outlet (3472560067)

Q40 customer is coming with a check and his and insurance!

10/9/2018 11:04 AM

iPhone (5) (+16618868012)

Ok

10/9/2018 11:06 AM (Viewed 10/9/2018 11:43 AM)

Latisha Outlet (3472560067)

Kaswayne Bailey is the name

10/9/2018 11:43 AM (Delivered 10/9/2018 11:45 AM)

iPhone (5) (+16618868012)

You're friend is nice

10/9/2018 11:46 AM (Viewed 10/9/2018 11:48 AM)

Latisha Outlet (3472560067)

Yea yeah everyone is nice when they want a job lol

10/9/2018 11:48 AM

iPhone (5) (+16618868012)

☺

10/11/2018 2:16 PM (Viewed 10/11/2018 2:28 PM)

Latisha Outlet (3472560067)

a go for glk

10/25/2018 9:10 AM (Viewed 10/25/2018 10:43 AM)

Latisha Outlet (3472560067)

I have to take the day off i woke up throwing up and I think i have a stomach virus or something

10/30/2018 12:05 PM

Latisha Outlet (3472560067)

i want u to talk to these people

10/30/2018 12:06 PM

iPhone (5) (+16618868012)



**D3286**

Ok

10/30/2018 2:59 PM (Viewed 10/30/2018 3:02 PM)

Latisha Outlet (3472560067)

cannot loose this deal check out credit

10/30/2018 3:02 PM

iPhone (5) (+16618868012)

Ok

11/5/2018 5:01 PM (Viewed 11/5/2018 5:02 PM)

Latisha Outlet (3472560067)

2,290?

11/5/2018 5:02 PM (Viewed 11/5/2018 5:08 PM)

Latisha Outlet (3472560067)

she said since she gotta pay taxes and dmv if we can take 100 off

11/6/2018 7:35 PM (Viewed 11/6/2018 8:00 PM)

Latisha Outlet (3472560067)

Im going to make a couple interview appointments i got a bunch of emails coming in

11/6/2018 8:00 PM

iPhone (5) (+16618868012)

Ok

11/7/2018 6:45 AM (Viewed 11/7/2018 10:16 AM)

Latisha Outlet (3472560067)

isaac i cannot come in its not an excuse its not to hang out im not going in with the
way my face looks right now its a long story but i have a busted lip im running on no
sleep and i just am dealing with more than i can handle

11/7/2018 6:46 AM (Viewed 11/7/2018 10:16 AM)

Latisha Outlet (3472560067)

i actually am gonna come in ready to show you my face and make my honda civic
deal

11/8/2018 1:34 PM (Viewed 11/8/2018 4:00 PM)

Latisha Outlet (3472560067)

has no fenders

11/9/2018 6:19 PM (Viewed 11/9/2018 6:33 PM)

Latisha Outlet (3472560067)

Can i go home its the last night my bestfriends here

11/9/2018 6:27 PM (Viewed 11/9/2018 6:33 PM)

Latisha Outlet (3472560067)

Emphasized "Can i go home its the last night my bestfriends here "

11/9/2018 6:33 PM

iPhone (5) (+16618868012)

Sure

11/9/2018 6:34 PM (Viewed 11/9/2018 6:35 PM)

Latisha Outlet (3472560067)

thank you 😊

11/10/2018 12:22 PM

Latisha Outlet (3472560067)

they want numbers on journey

11/10/2018 12:22 PM

iPhone (5) (+16618868012)

Ok

11/10/2018 12:22 PM

Latisha Outlet (3472560067)

speaking to someone

11/10/2018 12:22 PM

iPhone (5) (+16618868012)

Ok

11/10/2018 2:43 PM

iPhone (5) (+16618868012)

What model is this Murano

11/10/2018 2:44 PM (Viewed 11/10/2018 4:20 PM)

Latisha Outlet (3472560067)

fully loaded

11/10/2018 2:44 PM (Viewed 11/10/2018 4:20 PM)

Latisha Outlet (3472560067)

**D3288**

sv

11/11/2018 10:55 AM (Viewed 11/11/2018 10:58 AM)

Latisha Outlet (3472560067)

im here with a customer and no one else is here

11/12/2018 7:12 PM (Viewed 11/12/2018 7:20 PM)

Latisha Outlet (3472560067)

can i go home its dead

11/12/2018 7:20 PM

iPhone (5) (+16618868012)

Can you come in my office please

11/13/2018 3:25 PM (Viewed 11/13/2018 7:15 PM)

Latisha Outlet (3472560067)

i got a cap one preapproval he wants $300 monthly payments on any minivan even willing to take the 18 as is

11/13/2018 7:29 PM (Viewed 11/13/2018 8:00 PM)

Latisha Outlet (3472560067)

349

11/14/2018 3:18 PM (Viewed 11/14/2018 4:11 PM)

Latisha Outlet (3472560067)



danise said she sent it out yesterday but maureen said she never received it

11/15/2018 10:08 AM (Viewed 11/15/2018 10:34 AM)

Latisha Outlet (3472560067)

I am stuck in traffic on the Grand Central I don't know what's going on be there in a few minutes

11/16/2018 7:53 PM (Viewed 11/16/2018 8:15 PM)

Latisha Outlet (3472560067)



11/16/2018 7:53 PM (Viewed 11/16/2018 8:15 PM)

Latisha Outlet (3472560067)

she didnt sign it before sending thats why we didnt get paid

11/17/2018 11:55 AM (Viewed 11/17/2018 11:56 AM)

Latisha Outlet (3472560067)

i ask guzman to show serge to print 45 minutes ago for this girl and serge is telling me he doesnt know where to print

11/19/2018 11:15 AM

Latisha Outlet (3472560067)

finally got us funded for henry reyes!:)

11/19/2018 11:15 AM (Delivered 11/19/2018 11:16 AM)

iPhone (5) (+16618868012)

Great

11/19/2018 4:17 PM

iPhone (5) (+16618868012)



11/19/2018 4:18 PM

iPhone (5) (+16618868012)



11/19/2018 4:35 PM

iPhone (5) (+16618868012)



**D3290**



11/20/2018 4:07 PM

Latisha Outlet (3472560067)

i gotta talk to you about something before it's blown up

11/20/2018 4:08 PM

iPhone (5) (+16618868012)

You and your blowup

11/20/2018 4:08 PM

Latisha Outlet (3472560067)

LMAO not me

11/20/2018 4:08 PM

Latisha Outlet (3472560067)

its about brianna something she told me that i dont want it to be blown out of proportion

11/20/2018 4:08 PM

Latisha Outlet (3472560067)

with anthony

11/20/2018 4:08 PM

iPhone (5) (+16618868012)

Ok

11/20/2018 5:40 PM (Viewed 11/20/2018 5:41 PM)

Latisha Outlet (3472560067)

can i go home i have really bad cramps n i can barely move why do you think i was sitting in the back all day

11/20/2018 6:13 PM

Latisha Outlet (3472560067)

Emphasized "can i go home i have really bad cramps n i can barely move why do you think i was sitting in the back all day"

11/20/2018 6:14 PM

Latisha Outlet (3472560067)

Questioned "can i go home i have really bad cramps n i can barely move why do you think i was sitting in the back all day"

11/22/2018 10:31 AM

iPhone (5) (+16618868012)

I wanted to wish you and your family a Happy Thanksgiving.

11/22/2018 12:10 PM (Viewed 11/22/2018 12:32 PM)

Latisha Outlet (3472560067)

Same to you! Hope you enjoy your day

11/23/2018 12:10 PM

iPhone (5) (+16618868012)



11/24/2018 4:28 PM

iPhone (5) (+16618868012)



11/24/2018 5:33 PM

iPhone (5) (+16618868012)



(sent with Photos App)

11/24/2018 5:42 PM

iPhone (5) (+16618868012)



**D3292**



(sent with Photos App)

11/24/2018 5:47 PM

iPhone (5) (+16618868012)



11/24/2018 5:47 PM

iPhone (5) (+16618868012)



11/25/2018 3:59 PM

Latisha Outlet (3472560067)

I have so many solid deals and its just taking so long for no reason

11/25/2018 3:59 PM

Latisha Outlet (3472560067)

i have one 5,000 down QX60 the other 2,000 down laredo all 600+ credit

11/25/2018 4:00 PM

iPhone (5) (+16618868012)

Ok I am not there At seven every dealership work except me

11/28/2018 8:07 PM

Latisha Outlet (3472560067)

whats up i was in the shower when u called

11/28/2018 8:09 PM

Latisha Outlet (3472560067)

the call keeps dropping

11/28/2018 8:09 PM

Latisha Outlet (3472560067)

imgoing to call him now

11/28/2018 8:09 PM

iPhone (5) (+16618868012)

Ok

11/30/2018 3:17 PM (Viewed 11/30/2018 3:23 PM)

Latisha Outlet (3472560067)

I am really not feeling well I feel nauseous and I was trying to just hang out but i feel hot and i feel my stomach turning

12/3/2018 11:21 AM (Viewed 12/3/2018 11:22 AM)

Latisha Outlet (3472560067)

Not coming in today?

12/3/2018 11:22 AM

iPhone (5) (+16618868012)

In meeting be. There in 2 hr

12/3/2018 5:16 PM (Viewed 12/3/2018 5:24 PM)

Latisha Outlet (3472560067)

that customers waiting to speak yo uou

12/12/2018 10:26 AM (Viewed 12/12/2018 10:43 AM)

Latisha Outlet (3472560067)



12/12/2018 6:04 PM (Viewed 12/12/2018 6:06 PM)

Latisha Outlet (3472560067)

Im really not feeling well my stomach is turning and i feel extremely nauseous and i keep feeling like i need to puke i cant stay any longer i need to lay down

12/12/2018 6:25 PM

Latisha Outlet (3472560067)

?

12/12/2018 6:25 PM

iPhone (5) (+16618868012)

No

12/12/2018 6:37 PM (Viewed 12/12/2018 6:40 PM)

Latisha Outlet (3472560067)

Then i guess you are going to have to fire me i been feeling like this since 2 this afternoon ask ali I am not staying so you can let me know if i should be here friday or not. I was just going to leave after i made that deal earlier anyways because you yelling at me cus the customers rushing me saying i cant control my customer but not one of your floor managers came out to help either hearing whats going on and look at that the deal was made anyways

12/12/2018 6:39 PM (Viewed 12/12/2018 6:40 PM)

Latisha Outlet (3472560067)

so it is what is because im
so tired of everyone else getting slack n im here 6 days a week 10 hours a day faithfully maybe 2 or 3 days last month i went home early but other than that i dont even call out n when i do i make up for it unlike everyone else there so like i said you let me know if i should be here friday or not

12/12/2018 6:40 PM

Latisha Outlet (3472560067)

shaun comes 30 mins late everyday francisco dont come till 11 its bullshit

12/12/2018 7:28 PM

iPhone (5) (+16618868012)

You okay

1/7/2019 4:13 PM (Viewed 1/7/2019 4:15 PM)

Latisha Outlet (3472560067)

I left for the day tomorrow we need to talk because this place has been a shit show since you left

1/9/2019 10:17 AM

Latisha Outlet (3472560067)

my commissions sheet is under your keyboards

1/9/2019 10:17 AM

iPhone (5) (+16618868012)



**D3295**

Ok

1/9/2019 10:18 AM (Viewed 1/9/2019 1:01 PM)

Latisha Outlet (3472560067)

mujahid saeed was supposed to be a split between me and Sean but I had took the customer to Transworld and he ended up getting the Transworld insurance the day I was not in and Sean took it upon himself to take the whole hundred so I should be getting paid on that 100%

1/9/2019 1:33 PM

Latisha Outlet (3472560067)

Ashas asking for my commissions

1/9/2019 1:33 PM

Latisha Outlet (3472560067)

u have it

1/10/2019 1:24 PM (Viewed 1/10/2019 1:49 PM)

Latisha Outlet (3472560067)

I just threw up a bunch im feeling very nauseous and this is the type of thing that concerns me
about being in the car business

1/17/2019 8:27 PM (Viewed 1/17/2019 8:29 PM)

Latisha Outlet (3472560067)

You have absolutely no right too take $100 of my
salary money i worked a full week last week and pays one week behind so i should be receiving another salary check.

1/17/2019 8:30 PM

Latisha Outlet (3472560067)

You fucked me over with my car and i wish you wouldve shown me what you showed me when i bought my car from
you you guys are just a big fucking scam
and for you to call me your daughter and say you love
me and all this bull shit knowing wtf i been going thru this past month you been gone not making shit because your team fucking sucks i work 60 hours a week for 7 months straight no days off n december i slacked because you left and everything went to shit there

You have 90 total messages and 12 total images.

**D3296**

## Conversation with Latisha Outlet

### (13472560067@s.whatsapp.net)

Latisha Outlet (13472560067)
12/20/2018 10:37 AM

ISAAAC!!! ☺ We miss you! How was your flight?

Latisha Outlet (13472560067)
12/20/2018 10:37 AM

Awwww i love that picture 😊😊

Isaac Ibrahim (16618868012)
12/20/2018 10:44 AM
(sent, delivered, and opened)

How are you kid

Latisha Outlet (13472560067)
12/20/2018 10:49 AM

Good how about yourself?

Isaac Ibrahim (16618868012)
12/20/2018 10:49 AM
(sent, delivered, and opened)

Great

Latisha Outlet (13472560067)
12/20/2018 10:50 AM

Good, Well everything is good we got 2 out yesterday and a dip

Latisha Outlet (13472560067)
12/20/2018 10:51 AM

Tiffs having a heart attack because Ray was here yesterday and she
wanted to know if you're aware

Isaac Ibrahim (16618868012)
12/20/2018 10:51 AM
(sent, delivered, and opened)

Yes

Latisha Outlet (13472560067)
12/20/2018 10:53 AM

Oh okay

Latisha Outlet (13472560067)
12/20/2018 10:53 AM

How is it over there?

Isaac Ibrahim (16618868012)
12/20/2018 10:53 AM
Status is: 5

(display:///C:\Users\Kyle\AppData\Roaming\Apple 
Computer\MobileSync\Backup\ba095dbc4494b69ec0fe671d38b21d20054c4e12
\91\91872ecf24e8f2f4f13b8993d031d6f2e0366455)

Latisha Outlet (13472560067)
12/20/2018 10:56 AM

Lol well enjoy! Well keep you posted and you can message me now

D3297

Isaac Ibrahim (16618868012)
12/20/2018 10:58 AM
(sent, delivered, and opened)

Okay enjoy yourself and sell a lot of cars today

Latisha Outlet (13472560067)
12/20/2018 10:58 AM
I WILL!!

Latisha Outlet (13472560067)
12/24/2018 12:46 PM
HAPPY HOLIDAYS ISAAC!!

Isaac Ibrahim (16618868012)
12/25/2018 12:27 AM
(sent, delivered, and opened)

Happy holidays to you and your family

Latisha Outlet (13472560067)
12/25/2018 8:46 AM
Thank you same to you guys!!

Latisha Outlet (13472560067)
12/27/2018 8:30 PM
Over hearing Guzman talk pisses me off because its bullshit he acta like he
does so much when ali stormed out today cus he wasnt doing shit

Latisha Outlet (13472560067)
12/27/2018 8:32 PM
David was trying to deliver a car and goes to give the stuff to dmv n he
shuts him out and tels him theyre too busy when the guy was waiting an
hour n was sent to dmv for new license then i got this customer looking to
pay cash wants 4 carfax and we have no paper guzman wasnt doing
anything that he couldnt go get us paper but when he did go it literally took
him an hr and a half thats when ali called him like what you doing bro get
over here

Isaac Ibrahim (16618868012)
1/1/2019 5:43 AM
(sent, delivered, and opened)

Happy new year

Latisha Outlet (13472560067)
1/1/2019 8:45 AM
Happy New Year!

Latisha Outlet (13472560067)
1/1/2019 5:27 PM
I love Ali lol Ali should just do finance hes really bomb at it overhearing him
makes me confident we got a deal not much traffic today but 4 out of 7
bought one is tomorrow pick up cus the broker was closed but super solid
deal .. starting the month stronggg 🐠 2 are mine 😬

Isaac Ibrahim (16618868012)
1/2/2019 1:41 AM
(sent, delivered, and opened)

Great job kid I will be there in few days

Latisha Outlet (13472560067)
1/3/2019 2:49 PM
(display:///C:\Users\Kyle\AppData\Roaming\Apple
Computer\MobileSync\Backup\ba095dbc4494b69ec0fe671d38b21d20054c4e12
\02\02499727b15e62d471b242c75fefe86410ab8538)

D3298



Latisha Outlet (13472560067)
1/3/2019 2:49 PM

we're trying to do this for the site

Latisha Outlet (13472560067)
1/3/2019 2:49 PM

for tax season

Latisha Outlet (13472560067)
1/3/2019 2:50 PM

davids asking what exactly should we write as a disclaimer

Isaac Ibrahim (16618868012)
1/3/2019 3:12 PM
(sent, delivered, and opened)

Ask Ali or for weight now copy for hillside auto mall

Latisha Outlet (13472560067)
1/5/2019 2:21 PM

(display:///C:\Users\Kyle\AppData\Roaming\Apple

Computer\MobileSync\Backup\ba095dbc4494b69ec0fe671d38b21d20054c4e12
\e8\e8698bff245177ba7785d7a4168b16cec7bf3a49)

Isaac Ibrahim (16618868012)
1/5/2019 2:22 PM
(sent, delivered, and opened)

Nice

Latisha Outlet (13472560067)
1/6/2019 12:12 PM

Were you aware that Guzman took the X6 & Then the Range rover last
night?

Isaac Ibrahim (16618868012)
1/6/2019 12:15 PM
(sent, delivered, and opened)

Yes

Latisha Outlet (13472560067)
1/7/2019 10:28 AM

Isaac are you back yet? Can you give me a call?

Latisha Outlet (13472560067)
1/7/2019 3:52 PM

I left for the day tomorrow we need to talk because this place has been a
shit show since you left

Isaac Ibrahim (16618868012)
1/7/2019 4:04 PM
(sent, delivered, and opened)

Ok

**D3299**

Latisha Outlet (13472560067)
1/7/2019 4:05 PM

and you do know that he quit today right and is offering us all a position where he's going

Isaac Ibrahim (16618868012)
1/7/2019 4:06 PM
(sent, delivered, and opened)

Who quit

Latisha Outlet (13472560067)
1/7/2019 4:06 PM

ali

Isaac Ibrahim (16618868012)
1/7/2019 4:07 PM
(sent, delivered, and opened)

Why

Isaac Ibrahim (16618868012)
1/7/2019 4:08 PM
(sent, delivered, and opened)

I just got home from a long flight will talk tomorrow

Latisha Outlet (13472560067)
1/7/2019 4:08 PM

like I said it's been a shit show

Latisha Outlet (13472560067)
1/7/2019 4:08 PM

okay see you tmm