

# CITY OF KISSIMMEE POLICE DEPARTMENT

Chief Jeffrey M. O'Dell
8 N. Stewart Avenue • Kissimmee, Florida 34741-5499 • Phone 407-847-0176 • FAX 407-518-2419

# Fax

**To:** WILLIAM P. CALLAHAN  **From:** LISA BRIGHT, 807

**Fax:** 212-889-3242  **Pages:** 2  (includes cover)

**Phone:**  **Date:** 04/02/2019

**Re:** STIDHUM, LETICIA  **CC:**

☐ Urgent  ☑ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

**SENDER:**

☐ Office of the Chief  ☐ Support Services  ☐ Patrol Division  ☐ Specialized Patrol

☐ Criminal Investigations  ☑ Records Unit  ☐ Training  ☐ Recruitment
Fax 407-518-2408  Fax 407-847-0460  Fax 407-518-2157  Fax 407-518-2547

**COMMENTS:**

*********************LAW ENFORCEMENT EXEMPT******************

The information in this fax may be confidential in nature and is to be read only by the person to whom it is addressed.

User: LBRIGHT, 23641　　　　　　　　KISSIMMEE POLICE DEPARTMENT　　　　　　　　04/01/2019 12:49

**Involvement: STIDHUM, LETICIA FRANCINE**

SysId: 595058　　Race: W　　Sex: F　　DOB: 06/02/1998

| Status | Type | Relationship | Description | Date | Agency | Jv | Case Id/ Book Id |
|---|---|---|---|---|---|---|---|
| 1) AR | ARRESTEE | | UTTERING FORGED INSTRUMENTS | 12/08/2017 | KPD | | |

1) UTTERING FORGED INSTRUMENTS, F (17007893, HIGGINS, R. J.)
2) PROBATION VIOL / COMMUNITY CONTROL, M (17007893, HIGGINS, R. J.)

OFFICIAL COPY
OF A RECORD OR DOCUMENT OF THE
KISSIMMEE POLICE DEPARTMENT
KPD ID#: 807　INITIALS: LMP