1      UNITED STATES DISTRICT COURT

2      EASTERN DISTRICT OF NEW YORK     **COPY**

3      -----------------------------------------X

4      LETICIA FRANCINE STIDHUM,

5                    Plaintiff,

6         -against-        CASE: 21-CV-07163

7      161-10 HILLSIDE AUTO AVE, LLC d/b/a HILLSIDE
        AUTO OUTLET, and HILLSIDE AUTO MALL INC
8      d/b/a HILLSIDE AUTO MALL, ISHAQUE THANWALLA,
        JORY BARON, RONALD M. BARON and ANDRIS GUZMAN,

9

10                   Defendants.

11     -----------------------------------------X

12               March 10, 2023

13               10:00 A.M.

14

15       VIRTUAL EXAMINATION BEFORE TRIAL of

16     DEANA JENNINGS, via Zoom, a 30(b)6 witness

17     herein, held at the above-mentioned time and

18     taken before Lynn Luckman, a Notary Public

19     and Shorthand Reporter within and for the

20     State of New York.

21

22

23         SANDY SAUNDERS REPORTING
        254 South Main Street, Suite 216
24        New City, New York 10956
          (845) 634-7561

25

```
 1
 2          A P P E A R A N C E S:
 3
 4
 5          TROY LAW, PLLC
 6          Attorneys for the Plaintiff
 7          41-25 Kissena Boulevard, Suite 103
 8          Flushing, New York 1355
 9          BY: Tiffany Troy, Esq.
10
11          MILMAN, LABUDA LAW GROUP, PLLC
12          3000 Marcus Avenue, Suite 3W8
13          Lake Success, New York 11042-1073
14          BY: Emanuel Kataev, Esq
15          emaanuel@milaborlaw.com
16
17
18
19
20
21
22
23
24
25
```

1        FEDERAL STIPULATIONS

2

3        IT IS HEREBY STIPULATED AND AGREED by

4   and between counsel for the respective parties

5   hereto that all objections except as to the

6   form shall be reserved to the time of trial.

7        IT IS FURTHER STIPULATED AND AGREED

8   that the sealing and filing of this deposition

9   shall be hereby waived.

10       IT IS FURTHER STIPULATED AND AGREED

11  that this examination may be sworn to by the

12  witness being examined before a notary public

13  other than the notary public before whom

14  examination was begun examination was begun.

15

16

17

18

19

20

21

22

23

24

25

```
 1              Deana Jennings
 2                 BY THE COURT REPORTER:
 3         The attorneys participating
 4         in this deposition
 5         acknowledge that I am not
 6         physically present in the
 7         deposition room and that I
 8         will be reporting this
 9         deposition remotely.  They
10         further acknowledge that, in
11         lieu of an oath administered
12         in person, I will administer
13         the oath remotely.  The
14         parties and their counsel
15         consent to this arrangement
16         and waive any objections to
17         this manner of reporting.
18                     MS. TROY:  I consent
19                     MR. KATAEV:    I
20         consent.
21
22
23                 *    *    *
24
25
```

```
 1                        Deana Jennings

 2

 3                    D-E-A-N-A J-E-N-N-I-N-G-S, a

 4          30(b)6 witness herein, after having been

 5          duly sworn by a Notary Public of the

 6          State of New York, was examined and

 7          testified as follows:

 8

 9          BY THE REPORTER:

10                    Q.  Please state your full name

11          for the record.

12                    A.  Deana Jennings.

13                    Q.  Please state your present

14          address for the record.

15                    A.  49 Staghorn Drive Matawan

16          N.J. 07747.

17          EXAMINATION BY

18          TIFFANY TROY:

19                    Q.  Good morning.  Mr. Kataev, for

20          the record, please have your witness show

21          her ID.

22          (The witness complies)

23              That's good.

24                         MS. TROY:  Please, Ms.

25                    Court reporter mark Exhibit
```

```
1                      Deana Jennings
2                   20 as the ID, deem it marked.
3                   (The court reporter
4                   complies).
5              Q.  Good morning, have you ever been
6    part of a deposition before?
7              A.  No.
8              Q.  In that case, I'm going to
9    explain what a deposition is and lay down
10   some ground rules going forward.
11        First, this deposition is for me to ask
12   you questions and for you to answer my
13   questions about the subject matter of this
14   lawsuit; do you understand?
15             A.  Yes.
16             Q.  Since the court reporter has to
17   take down everything that you say, I ask
18   that you give verbal responses; no shakes or
19   nodding of your head and no gestures; do you
20   understand?
21             A.  Okay.
22             Q.  For that same reason, please
23   speak loudly and clearly when you answer my
24   question.
25             A.  Okay.
```

```
1              Deana Jennings
2         Q.   The stenographer can only take
3    down one person speaking at a time.
4    Therefore, please do not start to answer one
5    of my questions before I stop asking it;
6    likewise, I will not start any question
7    until you have finished answering my last
8    question; okay?
9         A.   Okay.
10        Q.   If you have a particularly long
11   answer, please break in between sentences so
12   that the stenographer can note down your
13   responses and then you can continue.
14        A.   Okay.
15        Q.   If you need to take a break for
16   example, to get a drink of water or to use
17   the restroom, please let me know and I will
18   call for a recess.  However, there can be no
19   break in between one of my questions and
20   your answer to that question; do you
21   understand?
22        A.   Yes.
23        Q.   From time to time your attorney
24   may make objections to my questions.
25   Generally, however, unless your attorney
```

```
 1                    Deana Jennings
 2      tells you not to answer, you will still have
 3      to respond; do you understand?
 4              A.  Yes.
 5              Q.  If you don't understand a
 6      question, tell me and I'll rephrase it so
 7      that you can.  If you don't hear a question,
 8      tell me and I'll repeat it so that you do;
 9      do you understand?
10              A.  Yes.
11              Q.  We are here today for facts and
12      not speculation.  Therefore, if you don't
13      know an answer to a question, say so.
14              A.  Okay.
15              Q.  Do you understand that you have
16      taken an oath to tell the truth?
17              A.  Yes.
18              Q.  Do you understand that your oath
19      to tell the truth carries the same force and
20      effect as if you were testifying in court
21      before a Judge?
22              A.  Yes.
23              Q.  Are you currently taking any
24      medications that could prevent you from
25      recalling the truth or testifying truthfully
```

                          Deana Jennings

1

2      and completely today?

3                  A.  No.

4                  Q.  Are currently under any physical

5      or emotional condition that could prevent

6      you from recalling the truth or testifying

7      truthfully and completely today?

8                  A.  No.

9                  Q.  Do you agree that during this

10     deposition, except during on break, you are

11     not going to be communicating with anyone by

12     email, chat or instant message on your phone

13     or any other device?

14                 A.  Yes.

15                 Q.  Do you agree that besides the

16     documents that I will be showing you on the

17     screen as exhibits today that you will not

18     be reviewing any notes on your computer,

19     cell phone or any other device?

20                 A.  Yes.

21                 Q.  Do you have a cell phone on you

22     or near you?

23                 A.  Not on me.

24                 Q.  Where is your cell phone?

25                 A.  I left it in the car.

Deana Jennings

1

2          Q.  Why did you leave your cell

3     phone in the car?

4                    MR. KATAEV:  Objection.

5                    You were harassing.  You may

6                    answer the question.

7          A.  I forgot to plug it in and I

8     wanted to be on time this morning.

9          Q.  Besides your attorney, did you

10    speak with anyone in order to prepare for

11    today's deposition?

12         A.  Yes.

13         Q.  With whom did you speak?

14         A.  We had a virtual meeting with

15    the other defendant.

16         Q.  Was your attorney present?

17         A.  Yes.

18         Q.  For how long did you prepare?

19         A.  I can't remember, it was more

20    than an hour but I honestly can't recall how

21    long it was.

22         Q.  Do you recall when it was?

23         A.  I can't remember for certain,

24    I'm sorry.

25         Q.  What did you do to prepare for

```
 1                    Deana Jennings
 2      your deposition today, and the caveat is,
 3      don't tell me anything that you discussed
 4      with your attorney?
 5              A.  We went over the
 6      Interrogatories, and that is pretty much it,
 7      that's it.
 8              Q.  Besides the Interrogatories, did
 9      you review any other documents in
10      preparation for today's deposition?
11              A.  Yes, some of the evidence.
12              Q.  Can you describe what type of
13      evidence you reviewed?
14              A.  Yes, it was the text messages, I
15      saw some VIN Solutions printouts and a pay
16      stub or 2.  That is what I can recall.
17              Q.  Did you review any other
18      documents?
19              A.  I can't recall.
20              Q.  You mentioned that you had an
21      ''virtual meeting with the other defendant;''
22      was that yesterday?
23              A.  No.
24              Q.  By ''other defendants,'' can you
25      name which are the other defendants that
```

```
 1                         Deana Jennings

 2      were present?

 3                         A.  Am I allowed to say it?

 4                              MR. KATAEV:  Yes.

 5                         A.  It was Ishaque Thanwalla, Jory

 6      Baron, Josh Aronson and Andris Guzman.

 7                         Q.  During that meeting, were there

 8      any other documents that you reviewed

 9      besides which you have described for me?

10                              MR. KATAEV:  Objection.

11                              Asked and answered.  You can

12                              answer the question.

13                         A.  From what I can recall, not sure

14      exactly.

15                         Q.  Meaning you are not sure if --

16                         A.  If there were more documents

17      besides those.

18                         Q.  Please go ahead and complete

19      your response.

20                         A.  That was it.

21                         Q.  Have you ever been arrested

22      before?

23                         A.  No.

24            Q.  Do you own the residence that you

25      gave at the beginning of this deposition?
```

```
 1                    Deana Jennings

 2              A.  No.

 3                       MR. KATAEV:  Objection as

 4                  to relevance.

 5              A.  (Continuing) No.

 6              Q.  Besides the address that you

 7     gave at the beginning of this deposition,

 8     have you lived anywhere else in the past 5

 9     years?

10              A.  Yes.

11              Q.  Starting from the most recent,

12     where was the address that you lived prior

13     to the address that you gave at the

14     beginning of this deposition?

15              A.  Oh my gosh -- 10, Amber Court

16     Westbury, New York.

17              Q.  Have you lived anywhere else

18     within the past 5 years?

19              A.  No.

20              Q.  What is your highest level of

21     education?

22              A.  Some college.

23              Q.  Are you currently employed?

24              A.  Yes.

25              Q.  Who is your employer?
```

```
 1                    Deana Jennings

 2              A.  Hillside Auto Mall, Inc.

 3              Q.  Besides Hillside Auto Mall,

 4       Inc., do you have any other employer?

 5              A.  No.

 6              Q.  Currently how many days do you

 7       work for Hillside Auto Mall, Inc.?

 8              A.  Five.

 9              Q.  Do you have a set schedule?

10              A.  Pretty much 10 to 5.

11              Q.  In what year did you begin

12       working for Hillside Auto Mall, Inc.?

13              A.  2008.

14              Q.  Have you worked for any other

15       employer at the same time that you worked

16       for Hillside Auto Mall?

17              A.  Yes.

18              Q.  Can you name that employer for

19       me, please?

20              A.  I worked part-time for Hillside

21       Auto Outlet, LLC.

22              Q.  Can you tell me what year you

23       began working at Hillside Auto Outlet, LLC?

24              A.  2018.

25              Q.  Besides Hillside Auto Mall and
```

```
 1                      Deana Jennings

 2           Hillside Auto Outlet, LLC, have you worked

 3           for any other employer since 2008?

 4                      A.  No.

 5                      Q.  Can you give me the address for

 6           Hillside Auto Mall Inc.?

 7                      A.  Hillside Auto Mall is 150-01

 8           Hillside Avenue, Jamaica, New York, 11432.

 9                      Q.  How about Hillside Auto Outlet

10           LLC?

11                      A.  They are located at 161-10

12           Hillside Avenue, Jamaica, New York, 11432.

13                      Q.  What is your position with

14           Hillside Auto Mall, Inc.?

15                      A.  I am the controller.

16                      Q.  As the controller, what are your

17           responsibilities?

18                      A.  I maintain the books, payroll,

19           bills, sales tax, facts, I do some DMV.

20                      Q.  What about maintaining the

21           books, specifically what did you mean?

22                      A.  I do the accounting.

23                      Q.  Are you a certified public

24           accountant?

25                      A.  No.
```

1                     Deana Jennings

2                     Q.   Besides which you have already

3        mentioned, do you have any other

4        responsibilities as the controller at

5        Hillside Auto Mall, Inc?

6                     A.   No.

7                     Q.   What year did you stop working

8        for Hillside Auto Outlet LLC?

9                     A.   I think currently, 2020.

10                    Q.   Who hired you in 2008 at

11       Hillside Auto Mall, Inc?

12                    A.   Josh Aronson.

13                    Q.   Was your schedule 5 days a week

14       from 10:00 a.m. to 5:00 p.m. in 2008?

15                    A.   Which store?

16                    Q.   Let's start from Hillside Auto

17       Mall Inc.

18                    A.   Yes, 10 to 5.

19                    Q.   Was it 5 days per week at the

20       time when you were hired?

21                    A.   Yes.

22                    Q.   Is it fair to say that between

23       2008 and 2018 before you were hired by

24       Hillside Auto Outlet, LLC, that you worked 5

25       days a week at Hillside Auto Mall, Inc?

```
 1                        Deana Jennings
 2              A.  Yes.
 3              Q.  Do you recall which month you
 4      were hired by Hillside Auto Outlet LLC?
 5              A.  I can't recall off the top of my
 6      head.
 7              Q.  Who hired you?
 8              A.  Josh Aronson.
 9              Q.  Between 2018 and early 2020, how
10      many days would you work for Hillside Auto
11      Mall Inc. and how many days would you work
12      for Hillside Auto Outlet LLC?
13              A.  Same time, I usually split up my
14      workload.
15              Q.  So, if there were 5 days a week,
16      how many days would you work between 2018
17      and early 2020 at Hillside Auto Mall, Inc?
18              A.  Hillside Auto Mall, Inc?
19              Q.  Yes.
20              A.  Five.
21              Q.  So, between 2018 and early 2020,
22      5 days per week, you would be working at
23      Hillside Auto Mall, Inc?
24              A.  Yes.
25              Q.  During that time, you would also
```

```
 1                     Deana Jennings

 2       maintain the books, payroll ,bills, sales

 3       tax and DMV for Hillside Auto LLC as well?

 4                 A.  For Hillside Auto Outlet LLC,

 5       everything mentioned minus the DMV.

 6                 Q.  Ms. Jennings, what is your

 7       birthdate?

 8                 A.  February 16th, 1979.

 9                 Q.  You are here today as a 30(b)6

10       witness for 161-10 Hillside Auto Avenue LLC,

11       as well as Hillside Auto Mall Inc.  Do you

12       understand that your testimony will be

13       binding as to those corporate defendants?

14                     MR. KATAEV:  Objection to

15                     the form.  It calls for a

16                     legal conclusion, you can

17                     answer the question.

18                 A.  Can you repeat the question

19       again? I'm sorry.

20                     MS. TROY:  Ms. Court

21                     reporter, will you please

22                     read it back.

23                     (The reporter read back the

24                     last question)

25                 A.  Yes.
```

1               Deana Jennings

2               Q.  Earlier when you mentioned

3      Hillside Auto Outlet LLC, is that the same

4      or different from the 161-10 Hillside Auto

5      Avenue LLC?

6               A.  It's the same, it's the D/B/A.

7               Q.  Which one is the D/B/A?

8               A.  It is 161-10.  Hillside Auto

9      Avenue, LLC D/B/A Outlet, If I'm correct.

10              Q.  Would you work on-site for both

11     Hillside Auto Mall Inc. And 161-10 Hillside

12     Auto Avenue LLC?

13              A.  I have been at Hillside Auto

14     Outlet location.

15              Q.  Is that the same between 2018

16     and early 2020?

17              A.  Yes.

18              Q.  Was your position the same at

19     Hillside Auto Outlet as Hillside Auto Mall?

20              A.  Yes.

21              Q.  So, you were the controller for

22     Hillside Auto Outlet and Hillside Auto Mall?

23     The difference is that you would not do the

24     DMV for Hillside Auto Outlet; is that

25     correct?

Deana Jennings

A.   Correct.

Q.   Besides the two companies that you mentioned, did you work for any other employers since 2008?

A.   No.

Q.   At the time when you began to do work for Hillside Auto Outlet, in addition to Hillside Auto Mall, what was said to you by Josh Aronson?

A.   Can you repeat that again?

MS. TROY:  Ms. Reporter, if you don't mind reading it back.

(The reporter read back the last question)

A.   He was opening up another store and he wanted me to be the controller until they found a full-time person for the position.

Q.   Is it fair to say that you were the controller for Hillside Auto Outlet on or around when it began, meaning on or about when it opened in 2018?

A.   Yes.

1          Deana Jennings

2          Q.  You mentioned Josh Aronson.  How

3     are you familiar with him?

4          A.  Josh is a shareholder at

5     Hillside Auto Mall where I am employed, and

6     he is also a member of Hillside Auto Outlet.

7          Q.  While working for Hillside Auto

8     Mall and Hillside Auto Outlet between 2018

9     and early 2020, were there any people

10    working under you or for you?

11         A.  No.

12         Q.  Was there like an assistant,

13    meaning a controller assistant or an office

14    assistant, someone who helped you with the

15    job?

16         A.  At which location?

17         Q.  Let's start from Hillside Auto

18    Mall.

19         A.  No.

20         Q.  How about at Hillside Auto

21    Outlet location?

22         A.  No, not assistant, but they had

23    somebody that did the motor vehicle and a

24    bookkeeper here and there throughout the

25    year.

1              Deana Jennings

2              Q.  You mentioned that you would do

3      the payroll for the Hillside Auto Mall as

4      well as Hillside Auto Outlet.  Can you

5      describe how the payroll would be done?

6              A.  At Hillside Auto Mall, I would

7      have one of our managers collect the

8      commission sheets and then I would just

9      tally it up.  Then, I would submit it to, I

10     believe it was -- I don't know which

11     company, possibly ADP.

12             Q.  How about for Hillside Auto

13     Outlet?

14             A.  Pretty much the same thing.

15     They would collect commission sheets and I

16     believe they would total everything and I

17     just submitted the information.

18             Q.  How would they transmit those

19     sheets; was it by email or in-person?

20             A.  Oh, I can't recall.

21             Q.  How would they submit those?

22             A.  Transmit.

23             Q.  Between 2018 and early 2020,

24     were you on the payroll for both companies?

25             A.  Yes.

```
 1                        Deana Jennings
 2                Q.  Besides hiring you, did Josh
 3        Aronson hire anyone else, and let's start
 4        from Hillside Auto Mall?
 5                A.  No.
 6                Q.  How about for Hillside Auto
 7        Outlet?
 8                A.  If Josh hired people?
 9                Q.  Other than yourself.
10            The question is: did Josh Aronson hire
11        anyone else besides you for Hillside Auto
12        Outlet?
13                A.  No.
14                Q.  Did Hillside Auto Outlet own the
15        premises or did it lease it?
16                A.  I believe it's leased.
17                Q.  How about for Hillside Auto
18        Mall?
19                A.  Hillside Auto Mall is leased.
20                Q.  With respect to Josh Aronson,
21        what are his job responsibilities as a
22        shareholder for Hillside Auto Mall?
23                        MR. KATAEV:  Objection as
24                        to relevance.  You can
25                        answer.
```

```
 1                    Deana Jennings
 2              A.  He is the operating member of
 3    Hillside Auto.
 4              Q.  As the operating member, what
 5    are his responsibilities?
 6              A.  Nothing much, Isaac handles all
 7    that.
 8              Q.  How about Hillside Auto Outlet,
 9    what are his responsibilities?
10              A.  Whose responsibilities?
11              Q.  Josh Aronson.
12              A.  I thought you were asking me
13    about Hillside Auto Outlet with the previous
14    question.  I'm sorry.
15              Q.  What are Josh Aronson's
16    responsibilities at Hillside Auto Mall?
17              A.  He is our secretary, and he
18    doesn't have any responsibilities within the
19    dealership.
20              Q.  Earlier your response pertaining
21    to the operating member of Hillside Auto,
22    you were referring to his responsibilities
23    as related to Hillside Auto Outlet; is that
24    correct?
25              A.  Yes.
```

1       Deana Jennings

2              Q.  So, Isaac who you saw yesterday

3       on the Zoom, how are you familiar with him?

4              A.  He is the general manager and

5       member of Hillside Auto Outlet.

6              Q.  Did Josh Aronson have the power

7       to hire and fire for Hillside Auto Mall?

8              A.  I would say yes.  Since he is an

9       owner, but we have managers that handle

10      those responsibilities within the

11      dealership.

12             Q.  How about for Hillside Auto

13      Outlet, did Josh Aronson have the power to

14      hire and fire?

15             A.  Again, he is a member, so I

16      would say he would have the ability to, and

17      again, he has a team of people to do that

18      for him.

19             Q.  Did you maintain the employee

20      records for Hillside Auto Mall?

21             A.  Yes.

22             Q.  How about for Hillside Auto

23      Outlet between 2018 and early 2020?

24             A.  Yes.

25             Q.  Earlier you mentioned the

```
 1                    Deana Jennings

 2      commission sheets. How are the commission

 3      sheets kept?

 4              A.  At Auto Outlet or Auto Mall?

 5              Q.  Let's start from Auto Mall and

 6      then we will move on to Auto Outlet.

 7              A.  I would keep them in the

 8      employee file.

 9              Q.  That file, is that a paper file

10      or an electronic file?

11              A.  Paper.

12              Q.  When you say ''employee file,''

13      what category of employees are you talking

14      about?

15              A.  I just had a folder with the

16      employee's names and I would keep all of

17      their commission sheets in that folder.

18              Q.  Let me sort of try to clarify my

19      question.  My question is: what type of

20      employees would have an employee file with

21      the commission sheets, was that all the

22      employees or --

23              A.  Just the sale sales associates.

24              Q.  Would the business development

25      center people have any employee files as
```

1                    Deana Jennings

2        well?

3                    A.  Yes.

4                    Q.  Were employee files kept for

5        non-commission employees?

6                    A.  I have an employee file for

7        them, yes.

8                    Q.  Was that for each employee that

9        there is a separate file folder?

10                   A.  Yes.  Whoever is hired, they get

11       a folder.

12                   Q.  For how long are the records

13       kept?

14                   A.  I think I still have them.

15                   Q.  Between 2008 and the present

16       day, did you throw out any of the employee

17       files?

18                   A.  No.

19                   Q.  Were any of the employee files

20       missing or lost that you know of between

21       2008 and the present day?

22                   A.  Not to my knowledge.

23                   Q.  Let's turn our attention to

24       Hillside Auto Outlet. How are the employee

25       records kept there?

1                    Deana Jennings

2                    A.  To the best of my knowledge,

3       it's the same way.  There is an employee

4       folder.

5                    Q.  Let's turn our attention now for

6       a second to the car salespeople

7       specifically, what would be in a typical car

8       salesperson's employee folder?

9                    A.  Driver's license, another form

10      of identification, their social security,

11      passport, the employee package.  That would

12      be the employee package, and they might have

13      had a folder for commission sheets, Hillside

14      Auto Mall had separate at that point.

15                   Q.  You are saying that Hillside

16      Auto Mall would have two folders, if it's

17      for a car salesperson; one folder is with

18      the driver's license, ID and the employee

19      package and another folder is for the

20      commission sheets?

21                   A.  Yes.

22                   Q.  To your knowledge, were the

23      records ever lost or did you guys ever

24      discard any records between 2018 and the

25      present day?

Deana Jennings

1

2      A.   No.   I think there was a law

3      that you have to hold documentation for at

4      least seven years before discarding it or

5      shredding it.

6           Q.   Let's focus on commission sheets

7      for a second.   The commission sheets are

8      filled out on a weekly basis; is that

9      correct?

10          A.   Correct.

11          Q.   The commission sheets that are

12     filled out on a weekly basis, would that

13     include what information, can you describe

14     it for me?

15          A.   For Auto Mall?

16          Q.   Let's start from Auto Mall and

17     then we will go to Auto Outlet.

18          A.   Okay.   For Auto Mall, we have a

19     sheet with the salesperson's name or the

20     BDC, rep's name.   It would list the amount

21     of time, it would be the customer's name,

22     possibly a partial VIN number, VIN number of

23     the car that they purchased. Sometimes the

24     date that it was sold.

25          Q.   Any other information that would

```
 1                    Deana Jennings
 2          be contained?
 3                    A.  That is pretty much it.
 4                    Q.  Would it include the sales price
 5          and the commission that the car salesperson
 6          would receive?
 7                    A.  Sometimes they would write it on
 8          there for me.
 9                    Q.  If it was not written on there
10          for you, what would happen?
11                    A.  I know their pay plan.
12                    Q.  What was the pay plan for a
13          Hillside Auto Mall?
14                    A.  Hillside Auto Mall is 250
15          salary, $250 salary and 100 commission.
16                    Q.  Would that $100 commission be
17          per car?
18                    A.  Yes.
19                    Q.  Was there any bonus structure at
20          Hillside Auto Mall?
21                    A.  No.
22                    Q.  When you said that you would
23          tally up the numbers, you would tally the
24          number of cars sold and multiply it by the
25          commission, then add the salary; is that
```

```
 1                        Deana Jennings
 2      correct?
 3                A.  On the sheet, I would just tally
 4      up their commissions, and the salary was
 5      just standard.
 6                Q.  So, when you would tally up the
 7      number, that would be the number of cars
 8      sold?
 9                A.  Yes.
10                Q.  Once you tallied up the number
11      of cars sold, you would then pass that
12      information to a third party, whether that
13      was ADP or some other company; is that
14      correct?
15                A.  Correct.
16                Q.  Now let's turn your attention to
17      Hillside Auto Outlet.  Are the commission
18      sheets the same or different from that of
19      Hillside Auto Mall?
20                A.  It was pretty much the same,
21      although they had a bookkeeper there and I
22      would print out the name and they would tell
23      me who gets paid this per week with the
24      commission, what it was and whatnot.
25                     MR. KATAEV:  Can you hang
```

```
 1                   Deana Jennings

 2                       on one second, Tiffany?

 3                           MS. TROY:  Yes.

 4                       (A recess was taken from

 5                       10:41 until 10:43)

 6                           MS. TROY:  Are you ready

 7                       to continue?

 8                           MR. KATAEV:  Ready to

 9                       continue. Thank you.

10                           MS. TROY:  I believe your

11                       client was responding --

12                           MR. KATAEV:  I thought she

13                       was done.

14               Q.  Did you finish what you were

15       saying?

16               A.  Okay.  I did not finish my

17       thought.

18               Q.  Perfect, go ahead.

19               A.  (Continuing) I have a printout

20       of the payroll screen with the employee's

21       names and they would write it for me to make

22       it easier.  They did 2 separate entries the

23       same day to make it easier for me.

24               Q.  What was the pay plan at

25       Hillside Auto Outlet?
```

1          Deana Jennings

2               A.  The paid plan for Outlet was, I

3     believe 300 commission, 300 salary and 150

4     commission.

5               Q.  Was there a bonus structure of 5

6     percent at any time while you were working

7     as the controller?

8                    MR. KATAEV:  Objection.

9                    Vague.  You can answer.

10              A.  I believe they did have a bonus

11    structure at Outlet, Hillside Auto Outlet.

12              Q.  On the commission sheet for

13    Hillside Auto Outlet salespeople, what would

14    the tally look like?

15              A.  I can't recall that far back.

16    It's just should be just the full amount,

17    what the specific salesperson or employee

18    was getting paid that week.

19              Q.  To your knowledge, was Leticia's

20    folder like the two folders that you talked

21    about, are they still there at Hillside Auto

22    Outlet?

23              A.  I can't recall.

24              Q.  You mentioned that Isaac was the

25    manager for Hillside Auto Outlet; as the

```
 1                    Deana Jennings
 2        manager, did he have the power to hire and
 3        fire?
 4                 A.   The general manager, yes, he had
 5        the ability to hire and fire, yes.
 6                 Q.   Let's backtrack for second was
 7        the pay for Hillside Auto Mall employees
 8        only dependent upon the number of cars sold?
 9                 A.   Can you rephrase your question?
10                 Q.   Sure.  How was the pay for
11        Hillside Auto Mall employees computed, and
12        I'm talking specifically about the car
13        salespeople?
14                 A.   How was it recorded?
15                 Q.   Yes, correct.
16                 A.   I don't recall commission
17        sheets, might have had a blackboard in the
18        office, possibly a CRM.
19                 Q.   Just so the record is clear,
20        what is an ''crm?''
21                 A.   That is the platform and I don't
22        know exactly what it stands for.  But, the
23        platform for specific company, it could be
24        advertising or different companies.
25                 Q.   You were talking about the
```

```
 1                     Deana Jennings
 2          Blackboard in the office, what would that
 3          Blackboard contain, what information would
 4          it contain?
 5                     A.  To my knowledge, it could have
 6          had the salespeople's names and tally of how
 7          many deals and that could be confusing,
 8          Hillside Auto Mall.
 9                     Q.  Did either Hillside Auto Mall or
10          Hillside Outlet have its time clock?
11                     A.  Hillside Auto Mall does not have
12          one, and I don't recall if Auto Outlet had a
13          time clock.
14                     Q.  Did the salespeople's weekly
15          salary depend on the number of hours that
16          they worked?
17                     A.  To the best of my knowledge, no.
18                     Q.  Are you familiar with an
19          individual Susan Zhivo Z-H-I-V-O?
20                     A.  Yes.
21                     Q.  How are you familiar with her?
22                     A.  She is the controller at
23          Hillside Auto Outlet.
24                     Q.  Was she your successor?
25                     MR. KATAEV:  Objection to
```

```
 1                      Deana Jennings
 2                      the form on that one.
 3              A.   Yes.
 4              Q.   Do you recall when she began
 5     working at Hillside Auto Outlet?
 6              A.   I believe 2020.
 7              Q.   To your knowledge, are her
 8     responsibilities the same as yours?
 9              A.   To my knowledge, yes.
10              Q.   Are you familiar with David
11     Barron, the late David Barron?
12              A.   Yes.
13              Q.   What were his responsibilities,
14     and let's start at Hillside Auto Mall?
15              A.   He is -- he was the Vice
16     President of Hillside Auto Mall, but no
17     responsibilities within the dealership.
18              Q.   How about at Hillside Auto
19     Outlet?
20              A.   David was a member of Hillside
21     Auto Outlet, same thing, no responsibilities
22     within the dealership.
23              Q.   Are you familiar with Jory
24     Baron?
25              A.   Yes.
```

```
 1                    Deana Jennings

 2             Q.  What are his responsibilities at

 3     Hillside Auto Mall?

 4             A.  Hillside Auto Mall?

 5             Q.  Correct.

 6             A.  Jory is not connected to

 7     Hillside Auto Mall.

 8             Q.  How about Hillside Auto Outlet?

 9             A.  He is also a member.

10             Q.  What are his responsibilities?

11             A.  He would -- he does -- I

12     remember just maybe signing checks weekly,

13     nothing pertaining to like daily activities

14     within the dealership.

15             Q.  Did Isaac also have the power to

16     sign checks at Hillside Auto Outlet?

17             A.  No.

18             Q.  Besides Jory, is there anyone

19     else that has the authority to sign checks

20     for a Hillside Auto Outlet?

21             A.  To the best of my knowledge, I

22     believe Josh Aronson and David Barron.

23             Q.  Are you familiar with Raymond

24     Phelan P-H-E-L-A-N?

25             A.  Yes.
```

```
 1                    Deana Jennings
 2              Q.  What are his responsibilities at
 3       Hillside Auto Mall?
 4              A.  Raymond specifically is the
 5       treasurer and he is pretty much like the
 6       general manager.  He is at the dealership
 7       every day and he oversees everything and he
 8       hires and fires.
 9              Q.  Does Ray Phelan have any
10       connection with Hillside Auto Outlet?
11              A.  No.
12              Q.  Is it fair to say that each of
13       the owners, meaning the late David Barron,
14       Josh Aronson, Jory Baron and Isaac Thanwalla
15       had the power to hire and fire at Hillside
16       Auto Outlet?
17                    MR. KATAEV:  Objection.
18                    Compounds and calls for legal
19                    conclusion.  You can answer
20                    the question.
21              A.  Can you repeat the names again,
22       please?
23                    MS. TROY:  Sure.  Ms.
24                    Court reporter, if you don't
25                    mind reading back the last
```

Deana Jennings

question.

(The reporter read back the last question)

A.  Yes.

Q.  Is it fair to say that each of the members, meaning Ronald, Baron, Ronald Baron, the late David Baron, Josh Aronson and Raymond Phelan had have or had the power to hire and fire at Hillside Auto Mall?

A.  Yes.

Q.  Do you know who signed the lease on behalf of Hillside Auto Outlet?

MR. KATAEV:  Objection to relevance.  You can answer.

A.  I don't recall.

Q.  How about for Hillside Auto Mall?

A.  Do you mean the original lease back in 2008?

Q.  Yes.

A.  I wouldn't know that far back.

Q.  How about the current lease?

A.  The current lease for Hillside Auto Mall was signed by Josh Aronson.

```
1                          Deana Jennings
2                Q.  Going to backtrack for a second,
3        who incorporated Hillside Auto Mall, Inc?
4                A.  I wouldn't know, I wasn't
5        employed there when they opened up.
6                Q.  When was that, was that in 2006
7        or --
8                A.  2005 or 2006.
9                Q.  Who filed the articles of
10       incorporation for 161-10 Hillside Auto
11       Avenue LLC?
12               A.  Who filed the articles of
13       incorporation?
14               A.  I wouldn't know that without my
15       records.
16               Q.  Are you familiar with whether
17       Hillside Auto Mall, whether at the time of
18       its incorporation, any attorneys were
19       consulted?
20               A.  When they first opened up
21       Hillside Auto Mall?
22               Q.  Correct.
23               A.  I was not employed at that time,
24       so I wouldn't know.
25               Q.  How about for 161-10 Hillside
```

```
 1                    Deana Jennings
 2         Auto Avenue LLC, at the time when that was
 3         formed, did any member consult with an
 4         attorney?
 5                    A.  I wouldn't know without my
 6         records.
 7                    Q.  Do you know who was the signer
 8         for the current lease of Hillside Auto
 9         Outlet?
10                    A.  No.
11                    Q.  What is the name of the landlord
12         for Hillside Auto Mall?
13                    A.  Hillside Auto Mall?
14                    Q.  Right.
15                        MR. KATAEV:  Objection as
16                         to relevance.  You can
17                         answer.
18                    A.  Eldee E -L-D-E -E Auto Sales.
19                    Q.  For Hillside Auto Outlet, who is
20         the landlord?
21                    A.  I can't think of the name, I
22         believe to the best of my knowledge, the
23         Estate of Ezekiel E-Z-E-K-I-E-L Koeppel. K-O
24         -E-- P -P-E- L. That is when I was employed
25         there and I don't know if they switched
```

```
 1                          Deana Jennings
 2          landlords from 2020 until now.
 3                          Q.   Who sets the pay plan or the pay
 4          structure, and let's start from Hillside
 5          Auto Mall?
 6                          A.   Majority of the time, it is
 7          Raymond Phelan.
 8                          Q.   How about for Hillside Auto
 9          Outlet?
10                          A.   Isaac.
11                          Q.   Were you ever present at sales
12          meetings between Jory Baron and Ishaque
13          Thanwalla?
14                          A.   Sales meetings?
15                          Q.   Or, like weekly or monthly
16          meetings.
17                          A.   No.
18                          Q.   To your knowledge, what, if any,
19          posters are posted at Hillside Auto Mall?
20                          A.   We have the Labor Law posters,
21          we have the Consumer Affairs poster, we have
22          Covid posters until recently.  That is
23          pretty much what I can think of off the top
24          of my head.
25                          Q.   The Labor Law posters, what was
```

1                    Deana Jennings

2        the year that it was first posted at

3        Hillside Auto Mall?

4                    A.  I wouldn't know, I became

5        employed by Hillside Auto Mall in 2008.  So,

6        maybe 6 years after they opened.

7                    Q.  Where is the Labor Law poster

8        posted?

9                    A.  On the wall in the main trailer.

10                   Q.  What does the Labor Law poster

11       look like?

12                   A.  (It's a poster) and I don't know

13       how to describe it. It has the minimum wage

14       on it, and it is in blue, thus there is a

15       year Asha, there is the minimum wage and it

16       is Spanish and it is it also, and it is

17       laminated.

18                   Q.  How about at Hillside Auto

19       Outlet, were there posters?

20                   A.  Yes.

21                        MR. KATAEV:  For the

22                   record, your description was

23                   pretty good.  Just joking.

24                   Q.  For Hillside Auto Outlet, when

25       was the first time when the poster was

```
 1                    Deana Jennings
 2         posted?
 3                    A.  I can't recall the date that
 4         they hung it up.
 5                    Q.  Was it the day when you started
 6         working or sometime after?
 7                    A.  I can't recall.
 8                    Q.  Do you recall where it was
 9         posted within the Outlet?
10                    A.  If my memory serves me right, on
11         the wall in between the main trailer and the
12         office.  But, if my memory serves me right,
13         they might have moved them.
14                    Q.  How many bank accounts did
15         Hillside Auto Mall have?
16                    A.  What year?
17                    Q.  Let's start from right now.
18                    A.  Now, Hillside Auto Mall has 3.
19                    Q.  Let's walk back to 2018, how
20         many bank accounts did it have back then?
21                    A.  I believe in 2018, I think
22         probably 3 at that point as well, as far as
23         I can recall.
24                    Q.  Do you recall at which bank?
25                    A.  We have JPMorgan Chase & Co and
```

```
 1                    Deana Jennings

 2      TD Bank.

 3                    Q.  How about for Hillside Auto

 4      Outlet, how many bank accounts does it have

 5      currently?

 6                    A.  Currently, I wouldn't know.

 7                    Q.  Right before you left in 2020,

 8      how many bank accounts did it have?

 9                    A.  I believe they had 4, might have

10      been 3 due to fraudulent transactions.

11      Maybe 3 or 4.

12                    Q.  Which bank was it --

13                    A.  In 2018 to 2020, I believe it

14      was just JPMorgan Chase.

15                    Q.  Who had the authority to

16      withdraw money from Hillside Auto Mall's

17      bank account?

18                         MR. KATAEV:  Objection as

19                         to relevance.  Also, all of

20                         these financial questions

21                         were decided in the Motion,

22                         and I instruct the witness on

23                         the basis on that basis not

24                         to answer the question.

25                         MS. TROY:  The judge
```

```
 1                  Deana Jennings
 2                  stated in a very specific
 3                  reason with respect to
 4                  discovery and financial
 5                  information.  If I can have
 6                  your commitment that because
 7                  of discovery, and I believe
 8                  it closes on March 24th, I
 9                  don't believe that this stage
10                  of discovery is now
11                  different.  If you are
12                  instructing your witness not
13                  to answer on the basis of the
14                  order of the motion to
15                  compel, maybe you are
16                  subjecting your witness to a
17                  second deposition.
18                      MR. KATAEV:  I believe
19                  that we should actually do
20                  this off the record.
21                      MS. TROY:  We can keep it
22                  on the record, just this
23                  portion.
24                      MR. KATAEV:  Okay.  What I
25                  think we can do is in the
```

```
 1                    Deana Jennings
 2                         event that the judge decides
 3                         that the question was proper,
 4                         I am comfortable submitting
 5                         interrogatory responses
 6                         unless the court orders her
 7                         to come back for another
 8                         deposition.
 9                              MS TROY:  That is fine.
10                              MR. KATAEV:  Thank you for
11                         that.
12                    Q.  Who had the authority to
13            withdraw money from Hillside Auto Outlet's
14            bank account?
15                              MR. KATAEV:  Same
16                         objection and same
17                         instruction on that.
18                    A.  (No response per her attorney)
19                    Q.  Roughly how many cars on-average
20            does Hillside Auto Mall sell?
21                    A.  It's a tough industry right now,
22            between maybe 30 and 50, depending on the
23            economy and the market.
24                    Q.  Back in 2018 and 2019, how many
25            cars were sold?
```

Deana Jennings

 1

 2          A.  I wouldn't know off the top of

 3     my head without my records.  I'm sorry.

 4          Q.  What records, if any, would

 5     include the number of cars sold by the

 6     dealership?

 7          A.  Would it show how many cars were

 8     sold by the dealership?

 9          Q.  Correct.  For instance, for

10     Hillside Auto Mall, what records would show

11     the number of cars sold back in 2018 and

12     2019?

13          A.  Our computer system.

14          Q.  Is that computer system the same

15     or different from VIN Solutions?

16          A.  It's different.

17          Q.  Can you describe for me the

18     computer system, what type, what kind of

19     data is included?

20          A.  It is our operating system and

21     it has the deals for the vehicles that were

22     sold, that is the accounting and it has

23     vehicle information.

24          Q.  How about for Hillside Auto

25     Outlet, right before you left, how many cars

```
 1                    Deana Jennings
 2      were sold per-month?
 3                A.  I wouldn't know offhand without
 4      my records. I'm sorry.
 5                Q.  Did you review at all the sales
 6      records in preparation for today's
 7      deposition, and specifically the sales
 8      records for Hillside Auto Outlet between
 9      2018 and 2019?
10                A.  I believe so.
11                Q.  When you say that you ''believe
12      so,'' do you mean yes, you did?
13                A.  I reviewed a lot of documents
14      and I can't recall if it was specifically
15      her information or her computer sheets.
16                Q.  Did you review her computer
17      sheets in preparation for today's
18      deposition?
19                A.  I can't recall if I saw them in
20      the documents that I reviewed.
21                Q.  On-average, how much would each
22                car sell for?
23                     MR. KATAEV:  Objection.
24                 Vague, but you can answer.
25                A.  I don't know what she sold the
```

```
 1                        Deana Jennings
 2          vehicles for, a lot goes into the year,
 3          make, model and mileage.
 4                   Q.  How about on-average?
 5                   A.  I would not be able to come up
 6          with a figure for that.
 7                   Q.  Are you familiar with the
 8          working schedule for and let's start from
 9          Hillside Auto Mall employees?
10                   A.  Yes.
11                   Q.  What was the working schedule?
12                   A.  What year do you mean, going
13          back to when?
14                   Q.  Let's start from 2017.
15                   A.  The employees at Auto Mall
16          usually would work -- the schedule would
17          always change, but it used to be six days
18          with two days off per week and it would
19          rotate sometimes.  Now, we are down to maybe
20          they do probably five days, one day off,
21          rotating on Sundays, possibly and I don't
22          really handle scheduling.
23                   Q.  Who handled scheduling for
24          Hillside Auto Mall?
25                   A.  Raymond Phelan.
```

```
 1                    Deana Jennings
 2                    Q.  Was the schedule the same in
 3       2016?
 4                    A.  I can't recall that far back.
 5                    Q.  How about for Hillside Auto Mall
 6       in 2018, was it also six days a week with
 7       alternating Sundays off?
 8                    A.  I can't recall that far back.
 9                    Q.  What can you recall in terms of
10       the schedule at Hillside Auto Outlet?
11                    A.  Auto Outlet?
12                    Q.  Yes.
13                    A.  Ishaque handled the scheduling,
14       so I don't know.
15                    Q.  When was the start time for
16       Hillside Auto Mall employees?
17                    A.  I wouldn't know, I didn't have
18       anything to do with the scheduling or what
19       time people started.
20                    Q.  What about the end time, are you
21       familiar with the end time?
22                    A.  No.
23                    Q.  Are you familiar with start time
24       or end time at Hillside Auto Outlet?
25                    A.  For the hours of actual
```

```
 1                      Deana Jennings
 2         operation or the salesperson's start and end
 3         time?
 4                  Q.  Let's start from the salesperson
 5         start and end time.
 6                  A.  I don't know how Isaac set their
 7         schedule up.
 8                  Q.  Now, let's turn to the hours of
 9         operation; what was the start and end time
10         for the hours of operation?
11                  A.  If my memory serves me
12         correctly, it was 10 to maybe -- maybe 10 to
13         7 or 8.
14                  Q.  Besides yourself and the
15         bookkeeper that you mentioned earlier, was
16         there anyone else who would calculate the
17         employee's pay at either Hillside Auto Mall
18         or Hillside Auto Outlet?
19                  A.  Hillside Auto Mall was only me,
20         and Hillside Auto Outlet, I don't know if
21         anyone else tallied it up, but the
22         bookkeeper would give it to me and I would
23         assume she was the one that tallied up the
24         information in the computers for that week.
25                  Q.  Is that bookkeeper that you
```

```
 1                    Deana Jennings
 2      mentioned, did that bookkeeper change?
 3                A.  Yes.
 4                Q.  What are the names of the
 5      bookkeepers that you still recall the names
 6      for?
 7                A.  All I remember, one name is Asha
 8      and the other two I don't know their names
 9      without my records.
10                     MS. TROY:  So, I'm going
11                     to leave a blank for the two
12                     names.
13
14                     (Insert)
15
16                     (Insert)
17                Q.  Can you give the name that you
18      recall right now?
19                A.  Asha A-S-H-A.
20                Q.  Do you have her last name?
21                A.  No.  Not without my records.
22                     MS. TROY:  We will leave a
23                     blank for you to look into
24                     your records and fill in the
25                     last name.
```

1          Deana Jennings

2

3                   (Insert)

4               Q.   How many people work for

5      Hillside Auto Mall at any one time?

6               A.   How many people work at Auto

7      Mall at any one given time? It varies.

8               Q.   Let's take a day, let's say a

9      weekend day, how many people would be there?

10              A.   Oh, I'm sorry.   I thought you

11     meant in general how many people were part

12     of the employment staff. You just mean

13     daily?

14              Q.   Yes.

15              A.   We could have all together the

16     sales people, me, a porter, 5 or 6.   Again,

17     we had more employees throughout the years,

18     some years we had less employees and I can't

19     give you an accurate answer on that one.

20              Q.   How about back in 2006, how many

21     people would be working at Hillside Auto

22     Mall on any given day?

23              A.   Giving an example, maybe 10 or

24     12 or 13.

25              Q.   How about for Hillside Auto

```
 1                    Deana Jennings
 2      Outlet?  And let's start from 2018.
 3                    A.  I wouldn't know without my
 4      records.
 5                    Q.  How about in 2020, right before
 6      you left, how many people would be working
 7      at Hillside Auto Outlet on any given day?
 8                    A.  I wouldn't know without my
 9      records.
10                    Q.  Besides yourself, did anyone
11      else work between Hillside Auto Outlet and
12      Hillside Auto Mall at the same time?
13                    A.  No.
14                    Q.  To your knowledge, if a car is
15      not in stock, it is not present at Hillside
16      Auto Outlet lot, would the car salespeople
17      come over to Hillside Auto Mall to show cars
18      there?
19                    A.  Very seldom did it happen, but
20      we had a few other car dealerships on
21      Hillside Avenue.  So, we had a variety and
22      we usually, if the customer wanted a
23      specific car, we would look and see who had
24      the car in inventory, Hillside Auto Mall or
25      Hillside Auto Outlet or previous dealerships
```

```
 1                     Deana Jennings
 2         around, such as auctions or dealerships out
 3         of state.
 4                     Q.  Are you familiar with the
 5         plaintiff in this case Leticia Stidhum?
 6                     A.  Yes.
 7                     Q.  How are you familiar with her?
 8                     A.  She was employed at Hillside
 9         Auto Outlet.
10                     Q.  Do you have any knowledge about
11         her working schedule?
12                     A.  I do not.
13                     Q.  Do you have any knowledge about
14         her work performance?
15                     A.  From what I have heard, she was
16         a very good salesperson, maybe one of the
17         top salespeople, monthly.
18                     Q.  Where did you hear that from?
19                     A.  Probably Isaac.
20                     Q.  To your knowledge, was she ever
21         disciplined?
22                     A.  I wouldn't know, I wouldn't be
23         part of that.  So, I can't give you an
24         answer on that one.  I am not part of the
25         disciplinary action department.
```

1               Deana Jennings

2               Q.  Who was part of the

3      ``disciplinary action department?''

4               A.  Isaac handled that.

5                    MR. KATAEV:  Objection to

6                    the form.

7               Q.  Did Hillside Auto Mall and/or

8      Hillside Auto Outlet have any policies about

9      keeping track of employee performances?

10               A.  I wouldn't know off the top of

11      my head.

12               Q.  Were the employee photos that

13      you previously described for us, was there

14      ever a time there would be a performance

15      evaluation there in that set of records?

16               A.  Hillside Auto Mall, no, Hillside

17      Auto Outlet, I wouldn't know.

18               Q.  Are you familiar with a DMV

19      clerk who worked for Hillside Auto Outlet

20      whose first name is Lily?

21               A.  No.

22               Q.  Do you know that Lily left

23      Hillside Auto Outlet while pregnant and that

24      she believed that she was terminated as a

25      result of her pregnancy?

```
1                          Deana Jennings
2                          MR. KATAEV:  Objection as
3                   to relevance and it's a
4                   compound question.  You can
5                   answer the question.
6             A.  I don't even recall who Lily
7       was.  So, I don't know anything about it,
8       really.
9                          MR. KATAEV:  Also
10                  objection to that as it calls
11                  for a state of mind of
12                  another person.
13                         MS. TROY:  Let's go off
14                  the record.
15                  (A discussion was held off
16                  the record).
17            Q.  You mentioned that the BDC also
18      had employees folders, was that one folder
19      or two folders at Hillside Auto Outlet?
20            A.  I don't recall.
21            Q.  Is it fair to say that if an
22      individual was at Hillside Auto Outlet that
23      that record would include, their records
24      would be in the employee files?
25            A.  Their employment package and
```

|   |   |
|---|---|
| 1 | Deana Jennings |
| 2 | their application would be in there, in that |
| 3 | employee file.  I don't recall how they |
| 4 | filed commission sheets or how they kept |
| 5 | them in the folders or whatnot at Hillside |
| 6 | Auto Mall.  There were two separate folders |
| 7 | there. |
| 8 | Q.  To your knowledge, was there any |
| 9 | fixed break time for the employees at either |
| 10 | Hillside Auto Outlet or Hillside Auto Mall? |
| 11 | A.  No, they could just take a break |
| 12 | whenever they wanted. |
| 13 | Q.  Could you tell what type of |
| 14 | employee a person is by looking at a pay |
| 15 | stub and seeing how much that person had |
| 16 | made as a base wage as well as the flat |
| 17 | commission that you were talking about; |
| 18 | specifically, I'm talking about Hillside |
| 19 | Auto Outlet. |
| 20 | MR. KATAERV:  Objection to |
| 21 | the form, as its compound. |
| 22 | You can answer. |
| 23 | A.  That's a lot of question.  You |
| 24 | could see who is more veteran in the sales |
| 25 | department, and -- you could tell if |

```
                          Deana Jennings

 1
 2        somebody just started, the top sales for the
 3        company, it tells that, and then you really
 4        can't gauge it precisely with numbers.
 5                  Q.  Were there any car salespeople
 6        who were paid a base pay of $350 per week?
 7                  A.  I can't answer that without my
 8        records.
 9                  Q.  How about a weekly pay of $500.
10                  A.  That might have been -- again, I
11        wouldn't know the correct answer without my
12        records.
13                  Q.  Are you familiar with an
14        individual known as Andris Guzman?
15                  A.  Yes.
16                  Q.  How are you familiar with him?
17                  A.  He was employed at Hillside Auto
18        Outlet.
19                  Q.  What was his performance as a
20        sales manager/or general sales manager at
21        Hillside Auto Outlet?
22                  A.  I wouldn't know, but I heard
23        good things about him.
24                  Q.  What did you hear?
25                  A.  Professional, helping everybody
```

1                    Deana Jennings

2     out, jumping in and got the job done.

3              Q.  Were you at Hillside Auto Outlet

4     when Leticia Stidhum brought in a sonogram

5     and announced that she was pregnant?

6              A.  No.

7                  MR. KATAEV:  Objection.

8                  Assuming facts not in

9                  evidence.

10             Q.  When was the first day when you

11    heard that Leticia was pregnant?

12                MR. KATAEV:  Objection.

13                 It assumes facts not in

14                 evidence.  You can answer the

15                 question.

16             A.  I can't recall that long ago.

17             Q.  Do you recall if at the time

18    when you found out that Leticia was

19    pregnant, if she was still employed by

20    Hillside Auto Outlet.

21                MR. KATAEV:  Same

22                 objection.  You can answer.

23             A.  I believe she was pregnant and

24    still employed at Hillside Auto Outlet.

25             Q.  How did you find out?

```
 1                     Deana Jennings

 2            A.   About her pregnancy?

 3            Q.   Correct?

 4            A.   I can't recall.  I don't know if

 5     I heard it from her when I was there one

 6     day, I don't recall.

 7            Q.   Besides yourself, who else knew

 8     about her pregnancy?

 9                      MR. KATAEV:  Objection.

10            Q.   (Continuing) My timing is while

11     she was still employed at Hillside Auto

12     Outlet.

13                      MR. KATEV:  Objection.

14                      Calls for a state of mind of

15                      another person.  You can

16                      answer.

17            A.   I don't know exactly who now,

18     who she told.

19            Q.   Was Isaac aware?

20            A.   I'm sure he was.

21            Q.   Why do you say that?

22                      MR. KATAEV:  Same

23                      Objection.

24            A.   Because he was the general

25     manager.  You just mentioned that she
```

```
 1                    Deana Jennings
 2       brought in the sonogram to the dealership,
 3       Isaac worked seven days a week.
 4                    Q.  How about Andris Guzman, did he
 5       know of Leticia's pregnancy, to your
 6       knowledge?
 7                    A.  I don't know if he was aware
 8       when she became pregnant.
 9                    Q.  Did you look at her sales or
10       commissions and compare her sales before and
11       after the pregnancy announcement?
12                    A.  No.
13                    Q.  I'm showing you a series of
14       documents, Plaintiff's Exhibit 2.  It is
15       page 1251, and it's the 1099 compensation or
16       a week is $2,500.  Do you know who this
17       individual is?
18                    A.  I can't recall.
19                    Q.  Do you know what position this
20       person is in?
21                    MR. KATAEV:  Objection as
22                    to relevance.  You can
23                    answer.
24                    A.  No.
25                    Q.  We're on page 1252, this
```

1                     Deana Jennings

2          individual was paid $650 a week.  Do you

3          know what position this individual is in?

4                     A.  No.

5                     Q.  Now looking at page 1254, number

6          2, is it fair to say, and let's backtrack

7          for a second.  My question is: what position

8          did this individual have?

9                     A.  I can't tell.

10                    Q.  How about this individual on

11         page 1255?

12                    A.  I can't tell from the picture.

13                    Q.  However the individual on page

14         1256 with a base salary of $200?

15                    A.  Again, I can't tell.

16                    Q.  The individual on page 1257 with

17         a base salary of 300?

18                    A.  I can't tell.

19                    Q.  Is there any individual for whom

20         you can tell which position the individual

21         is in just by looking at the pay stub?

22                    A.  Just the earnings?  I can't tell

23         based on what is shown in the documents.

24                    Q.  Just for the record, Isaac

25         Thanwalla said during his deposition that he

```
 1                         Deana Jennings

 2           was also unable to tell which position the

 3           individuals were in, and the redacted

 4           records that were produced for the

 5           comparator of Leticia Stidhum.  At the time,

 6           he said that he would ask the accountant and

 7           look at that and provide the information to

 8           this office.  To this day, no information

 9           has been provided and we're now doing the

10           30(b)6 witness.  It seems like the corporate

11           witness's representative, is also unable to

12           provide the information.  But, with respect

13           to the comparators that were employed.

14                         MS. TROY:  Demand number

15                         20 for the employee files of

16                         Leticia Stidhum, including

17                         the sales commissions sheet

18                         that was previously requested

19                         or not provided.

20                         Demand number 21 is the

21                         employee file for the DMV

22                         clerk Lily, who was fired at

23                         the time that she was

24                         pregnant.  We don't need all

25                         the files, we just need
```

```
 1              Deana Jennings
 2              anyone with information,
 3              written documents relating to
 4              her discipline as well as her
 5              termination that is on file.
 6                   MR. KATAEV:  Please
 7              follow-up in writing.
 8                   MS. TROY:  Also the last
 9              name and her last name and
10              last known address.
11                   MS. TROY:  Do you guys
12              want to take a 10 minute
13              break or do you want to take
14              a lunch break?  It's up to
15              you guys.
16                   MR. KATAEV:  10 minutes is
17              fine.
18                   MS. TROY:  Let's come back
19              in 10 minutes, let's come
20              back at 11:55.
21              (A recess was taken from
22              11:44 a.m. until 11:54 a.m.)
23                   MS. TROY:  We are back on
24              the record at 11:54.  Let's
25              continue.
```

```
 1              Deana Jennings
 2                   Demand number 22 will be
 3              the office records pertaining
 4              to the number of cars sold at
 5              Hillside Auto Outlet, and
 6              specifically for Leticia
 7              Stidhum and the other car
 8              salespeople, and that would
 9              be October, 2018 until
10              February of 2019.
11                   MR. KATAEV:  Please put
12              those demands in writing.
13              Thank you.
14              Q.  Are you familiar with the
15         Dealertrak system?
16              A.  Yes.
17              Q.  To your knowledge, who has
18         access to the Dealertrak system at Hillside
19         Auto Outlet in 2018?
20              A.  To the best of my knowledge,
21         it's the manager, Isaac, the finance
22         managers, and Andris Guzman, Andris Guzman.
23              Q.  You were working for Hillside
24         Auto Outlet, were there times when you would
25         be present on the sales floor?
```

```
 1                    Deana Jennings
 2                    A.  Passing through from the front
 3          door to the office, not lingering or sitting
 4          there?
 5                    Q.  Was there ever a time when you
 6          would see Leticia Stidhum running the credit
 7          on the Dealertrak system?
 8                    A.  No, not to my knowledge.
 9                    Q.  To your knowledge, was she ever
10          given access to Dealertrak by Isaac?
11                    A.  I wouldn't know if Isaac gave
12          somebody access.  Again, the managers had --
13          I would say it's highly unlikely.
14                    Q.  Did Isaac personally train
15          Leticia on how to run credit on the
16          Dealertrak system?
17                    A.  I would have no idea.
18                    Q.  The cell phone that you left in
19          your car, is that the same cell phone that
20          you used back in 2018 or 2019?
21                    A.  No.
22                    Q.  What is the phone that you used
23          back in 2018/2019?
24                    A.  I don't know iPhone-something 8,
25          I believe.
```

```
 1                    Deana Jennings
 2              Q.  Do you use an iPhone currently?
 3              A.  Yes, I do.
 4              Q.  What is your phone number?
 5              A.  732-858-2614.
 6              Q.  Is that number back in
 7    2018/2019?
 8              A.  When did I change my number
 9    last?  I believe so, but I can't remember.
10    I don't know exactly when I changed it.
11              Q.  While you were the controller of
12    Hillside Auto Outlet, did you communicate
13    with any of the named defendants or the
14    plaintiff by text?
15              A.  I'm sure I have.
16              Q.  Do you still have any of those
17    text messages?
18              A.  No.
19              Q.  Do you know why not?
20              A.  I don't like a long list of
21    messages on my phone.  I have OCD, and I
22    don't like having all of those names.  I try
23    to keep it to who I spoke to and -- on a
24    daily basis, and the list is short.
25              Q.  Were any of the text messages
```

Deana Jennings

1
2     with the named defendants about Leticia
3     Stidhum?
4                    A.  Do you mean current day?
5                    Q.  Let's start from currently, and
6     then we will work our way back.
7                    A.  No.  Possibly like for documents
8     for the case.
9                    Q.  How about back in 2018 and 2019?
10                   A.  Not that I can recall.  I don't
11    really have interaction with the salespeople
12    like that, usually something -- that's
13    something that the manager can help them if
14    they have a question or something where you
15    ask a manager to help you.
16                   Q.  What was your email back then in
17    2018/2019?
18                   A.  D-E-E 216456@aol.com.
19                   Q.  Through your aol email address,
20    did you ever send emails to or from any of
21    the named defendants about Leticia?
22                   A.  No, not back then.  Maybe
23                       pertaining to the case.
24                   Q.  Do you have a work email as
25    well?

```
 1                    Deana Jennings
 2              A.   No.  We had one, but I don't use
 3         it and we didn't continue the subscription
 4         for the Gmail account.
 5              Q.   Are you familiar with Auto
 6         Funds?
 7              A.   To an extent.
 8              Q.   To your knowledge, what is Auto
 9         Funds?
10              A.   I believe it's the company that
11         feeds our inventory to our computer website.
12              Q.   To your knowledge, did Leticia,
13         would Leticia ever be given access to Auto
14         Funds?
15              A.   I wouldn't know the answer to
16         that question.
17              Q.   I'm now showing you on the
18         screen what was marked as Plaintiff's
19         Exhibit 2, and we are on page 2.  I'm going
20         to scroll down.
21                   (Ms. Troy complies).
22              You recognize this document on page 2?
23              A.   It looks like maybe VIN
24         Solutions, but I really can't tell.  I don't
25         deal with the leads with respect to the
```

```
 1                        Deana Jennings

 2       dealership.  It looks like VIN Solutions.

 3                        Q.  Is it fair to say that VIN

 4       Solutions understated the number of cars

 5       sold?

 6                             MR. KATAEV:  Objection as

 7                             to the form.  There was no

 8                             evidence --

 9                        A.  I don't know if it's accurate,

10       but they do keep some of what a total for

11       the interaction of the sales customers with

12       the sales records.

13                        Q.  Was the bookkeeper the same as

14       the assistant office manager at Hillside

15       Auto Outlet?

16                        A.  I don't know.

17                        Q.  Do you have the names?

18                        A.  Yes, Asha.

19                        Q.  Who else?

20                        A.  Just her.  What was her

21       position, is it just bookkeeper?

22                        A.  She was the bookkeeper and I

23       don't know If she had the title of office

24       manager.  They are mainly the same thing,

25       just bookkeeper, I would say.
```

```
 1                    Deana Jennings
 2              Q.  Are you familiar with an
 3       individual whose name is Ali A-L-I?
 4              A.  Ali used to work at Outlet.
 5              Q.  What was his position?
 6              A.  I think he was manager of some
 7       sort.
 8              Q.  Let's backtrack for a second: do
 9       you have use of any social media platforms
10       like WhatsApp or Facebook Messenger to
11       checks with any of the named defendants?
12                    MR. KATAEV:  Objection to
13                    the assent that this was not
14                    something that she can answer
15                    in her capacity as a 30(b)6
16                    witness.
17              A.  I don't really message people on
18       social media, I am more of a texter or
19       calling person.  So, I am pretty sure none
20       of them have -- I don't have social media
21       really, I don't have WhatsApp and I don't
22       keep that up.  Maybe my landlord uses that
23       for me, but that's it.
24              Q.  Did Leticia at any point to tell
25       you personally about her pregnancy?
```

```
 1                      Deana Jennings
 2              A.  Again, I don't recall how I
 3      found out.  I think I remember knowing about
 4      it and congratulating her, but I don't know
 5      how I found out whether it's from her or
 6      someone else, being aware that she was
 7      pregnant at that time.
 8              Q.  Do you recall if this was before
 9      or after Christmas when you congratulated
10      her?
11              A.  I can't recall.
12              Q.  How about before or after
13      Thanksgiving?
14              A.  I can't recall.
15              Q.  Was it before or after New
16      Year's?
17              A.  I can't recall.
18              Q.  Do you recall when Isaac made
19      his trip to Pakistan in 2018, December?
20              A.  I believe it was -- there was a
21      few dates that he went.
22              Q.  I'm asking you about December of
23      2018.
24              A.  No, I just know it was the end
25      of December.  I believe he was gone for a
```

```
 1                    Deana Jennings
 2      couple of weeks.
 3                    MS. TROY:  Maybe now will
 4                    be a good time for us to take
 5                    a quick lunch break.  It is
 6                    now 12:10 and let's come back
 7                    at 12:55.
 8                    MR. KATAEV:  That should
 9                    be fine.
10                    (A recess was taken from
11                    12:10 p.m. until 12:55 p.m.)
12                    MS. TROY:  We're back on
13                    the record at 12:55
14            Q.  We are almost done.  Let's go
15      back on the record, and Ms. Jennings, can
16      you let me know who the CPA is for Hillside
17      Auto Mall?
18            A.  Hillside Auto Mall?
19            Q.  Right.
20                    MR. KATAEV:  Objection.
21                    You can answer.
22            A.  I would have to check my records
23      depending on the year, who should be the
24      accountant because it fluctuates.
25            Q.  How about for Hillside Auto
```

```
 1                      Deana Jennings

 2      Outlet?

 3              A.   Pretty much the same thing. It

 4      fluctuates depending on the year, which

 5      owner decided to go with which company.

 6              Q.   Do you recall in 2018/2019 who

 7      the CPA?

 8              A.   I can't recall without my

 9      records that far back.

10                      MS. TROY:   Demand number

11                      23 will be documents

12                      sufficient to establish the

13                      name and address of the

14                      accountants for Hillside Auto

15                      Mall in 2018/ 2019.

16                      Demand 24 will be for

17                      documents sufficient to

18                      identify the CPA for Hillside

19                      Auto Outlet for 2018/2019.

20              Q.   Ms. Jennings, when were you told

21      to not bring your cellphone to the

22      deposition?

23                      MR. KATAEV:   Objection.

24                      With the caveat that if you

25                      had any conversations with
```

```
 1                    Deana Jennings
 2                         your attorney about the
 3                         subject, I instruct you not
 4                         to answer.
 5             A.  (No response).
 6             Q.  Did anyone besides your attorney
 7    tell you not to bring this cell phone to
 8    this deposition today?
 9             A.  No.  I left it charging in my
10    car because I needed the navigation to come
11    here from New Jersey.  I did not unplug my
12    phone from my charger.
13             Q.  Are you aware that during the
14    break I made a request to your attorney for
15    you to bring your cell phone back to the
16    deposition at or before the end of the lunch
17    break?
18                         MR. KATAEV:  Objection as
19                         to attorney/client privilege.
20                         I instruct the witness not to
21                         answer the question.
22                         MS. TROY:  I'm not asking
23                         what was said between you and
24                         her, I'm asking her if she
25                         was aware that there was a
```

```
 1                    Deana Jennings
 2                    demand that was made for the
 3                    cell phone to be brought back
 4                    from the car to the
 5                    deposition.
 6                        MR. KATAEV:  I'm going to
 7                    qualify my objection.  If you
 8                    have any independent
 9                    knowledge of that, you may
10                    answer from your knowledge.
11                    If your knowledge is based on
12                    my conversations with you,
13                    you may not answer.
14              A.  I am confused right now.  I
15         don't recall being notified about anyone's
16         cell phone, it is 30 degrees outside and I'm
17         not walking outside to get it.
18              Q.  Are you familiar with the sales
19         process at Hillside Auto Outlet?
20              A.  To an extent, yes.
21              Q.  What is the sales process, and
22         please break it down into the different
23         components with the approximate time?
24              A.  Well, customer comes in and they
25         proceed and they meet with the salesperson.
```

```
 1                    Deana Jennings
 2      I don't know how long it takes for them, but
 3      they look at a vehicle that they are
 4      interested in, and see if it's in their
 5      price range. Usually after they land a car,
 6      the salesperson gives the sales manager or
 7      the manager the corresponding application to
 8      submit.  It could take between maybe 15 or
 9      20 minutes to maybe 45 minutes to an hour.
10      There is a lot of qualifications and
11      verifications such as pay stubs, identity,
12      Asha, red flags.
13              After that is said and done, then it
14      goes to the finance manager and he will
15      submit everything to the bank.  Then, they
16      will wait for the bank to give them an
17      approval or not.
18                  Q.  When you talked about the
19      salesperson would give the sales manager the
20      credit application to submit, is that where
21      the Dealertrak comes in?
22                  A.  Yes.
23                  Q.  Have you ever seen or do you
24      have knowledge of the fact that other car
25      salespeople's credit applications were
```

```
 1                        Deana Jennings
 2        prioritized over Leticia Stidhum's customers
 3        credit applications?
 4                        A.  No.
 5                        Q.  Were you aware of any
 6        communications between any of the named
 7        defendants with the plaintiff, Leticia
 8        Stidhum, about promoting her to a sales
 9        manager position?
10                        A.  Not that I was made aware of.
11                        Q.  Backtracking for a moment, are
12        you familiar with whether customers of
13        Hillside Auto Outlet walked out as a result
14        of the long wait time?
15                        A.  No.
16                        Q.  Were you aware that Leticia
17        Stidhum complained about the longer wait
18        time?
19                        A.  No, not until this case.
20                        Q.  Are you a party to any other
21        civil proceeding besides this one?
22                        A.  No.
23                            MS. TROY:  I have no
24                        further questions for you.
25                        Thank you, Ms. Jennings.
```

1                        Deana Jennings

2           [Time noted: 12:54 p.m.]

```
 1
 2     WITNESS             EXAMINATION BY              PAGE
 3      Ms. Jennnings     Ms. Troy
                                                        6
 4                   PLAINTIFF EXHIBITS
 5      Number             Description              PAGE
 6
 7      20           ID - Deemed marked                6
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2                        REQUESTS
 3      Number            Description              PAGE
 4      22           Demand No. 22 is:              67
 5                   MS. TROY:  Will be
 6                   the office records
 7                   pertaining to the
 8                   number of cars sold
 9                   at Hillside Auto Outlet,
10                   and specifically, for
11                   Leticia Stidhum and the
12                   other car salespeople,
13                   and that would be October,
14                   2018 until February of
15                   2019.
16      23           Demand No. 23 is:              76
17                   MS. TROY:  Will be
18                   documents sufficient to
19                   establish the name and
20                   address of the accountants
21                   for Hillside Auto Mall in
22                   2018/2019.
23      24           Demand No. 24 is:              76
24                   MS. TROY:  Will be for
25                   documents sufficient to
```

1

2                    identify the CPA for

3              Hillside Auto Outlet for

4              2018/2019.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2        QUESTIONS MARKED FOR A RULING:     PAGE/LINE

3        (None)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1

2                     ACKNOWLEDEGMENT

3

4      STATE OF NEW YORK    )

5                            )s.s.

6      COUNTY OF MIDDLESEX  )

7            I, DEANA JENNINGS, hereby certify

8      that I have read the transcript of my

9      testimony taken under oath in my deposition

10     of March 10, 2023; that the transcript is a

11     true, complete and correct record of my

12     testimony, and that the answers on the

13     record as given by me are true and correct.

14

15

16            _____

17                        DEANA JENNINGS

18

19     Signed and subscribed before me

20     this ____ day of _____, 2023.

21

22

23     _____

24            Notary Public

25
```

```
 1
 2                    C E R T I F I C A T E
 3
 4     STATE OF NEW YORK      )
 5                            )s.s.
 6     COUNTY OF NASSAU       )
 7
 8                 I, LYNN LUCKMAN, a Shorthand
 9     Reporter and Notary Public within and for
10     the State of New York, do certify that;
11                 THAT the witness whose deposition
12     is hereinbefore set forth, was duly sworn by
13     me, and that such deposition is a true
14     record of the testimony given by such
15     witness.
16                 I further certify that I am not
17     related to any of the parties to this action
18     by blood or marriage; that I am in no way
19     interested in the outcome of this matter.
20                 IN WITNESS WHEREOF, I have
21     hereunto set my hand this 21st day of March,
22     2023.
23
24     _____
25                    LYNN LUCKMAN
```

```
1    Errata Sheet

2

3    NAME OF CASE: LETICIA FRANCINE STIDHUM -against- 161-10 HILLSIDE AUTO AVE, LLC

4    DATE OF DEPOSITION: 03/10/2023

5    NAME OF WITNESS: DEANA JENNINGS

6    Reason Codes:

7         1. To clarify the record.

8         2. To conform to the facts.

9         3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                        _____
```

**$**

**$100**  30:16

**$2,500**  63:16

**$200**  64:14

**$250**  30:15

**$350**  60:6

**$500**  60:9

**$650**  64:2

**-**

**-E**  41:18

**-E--**  41:24

**-L-D-E**  41:18

**-P-E-**  41:24

**0**

**07747**  5:16

**1**

**10**  13:15 14:10 16:18 52:12 54:23 66:12,16,19 86:10

**100**  30:15

**1099**  63:15

**10:00**  16:14

**10:41**  32:5

**10:43**  32:5

**11432**  15:8,12

**11:44**  66:22

**11:54**  66:22,24

**11:55**  66:20

**12**  54:24

**1251**  63:15

**1252**  63:25

**1254**  64:5

**1255**  64:11

**1256**  64:14

**1257**  64:16

**12:10**  75:6,11

**12:54**  81:2

**12:55**  75:7,11,13

**13**  54:24

**15**  79:8

**150**  33:3

**150-01**  15:7

**161-10**  15:11 18:10 19:4,8,11 40:10,25

**16th**  18:8

**1979**  18:8

**2**

**2**  11:16 32:22 63:14 64:6 71:19, 22

**20**  6:2 65:15 79:9 82:7

**2005**  40:8

**2006**  40:6,8 54:20

**2008**  14:13 15:3 16:10,14,23 20:5 27:15,21 39:20 43:5

**2016**  51:3

**2017**  50:14

**2018**  14:24 16:23 17:9,16,21 19:15 20:24 21:8 22:23 25:23 28:24 44:19, 21 45:13 47:24 48:11 49:9 51:6 55:2 67:9,19 68:20 70:9 74:19,23 76:15 83:14

**2018/2019**  68:23 69:7 70:17 76:6,19 83:22 84:4

**2019**  47:24 48:12 49:9 67:10 68:20 70:9 76:15 83:15

**2020**  16:9 17:9,17, 21 19:16 21:9 22:23 25:23 36:6

**42:2 45:7,13 55:5

**2023**  86:10,20

**21**  65:20

**216456@aol.com**  70:18

**22**  67:2 83:4

**23**  76:11 83:16

**24**  76:16 83:23

**24th**  46:8

**250**  30:14

**3**

**3**  44:18,22 45:10, 11

**30**  47:22 78:16

**30(b)6**  5:4 18:9 65:10 73:15

**300**  33:3 64:17

**4**

**4**  45:9,11

**45**  79:9

**49**  5:15

**5**

**5**  13:8,18 14:10 16:13,18,19,24 17:15,22 33:5 54:16

**50**  47:22

**5:00**  16:14

**6**

**6**  43:6 54:16 82:7

**67**  83:4

**7**

**7**  52:13

**732-858-2614**  69:5

**76**  83:16,23

**8**

**8**  52:13 68:24

**A**

**A**  32:4 58:15 66:21 75:10

**A-L-I**  73:3

**A-S-H-A**  53:19

**a.m.**  16:14 66:22

**ability**  25:16 34:5

**able**  50:5

**access**  67:18 68:10,12 71:13

**account**  45:17 47:14 71:4

**accountant**  15:24 65:6 75:24

**accountants**  76:14 83:20

**accounting**  15:22 48:22

**accounts**  44:14, 20 45:4,8

**accurate**  54:19 72:9

**ACKNOWLEDGMENT**  86:2

**action**  56:25 57:3

**activities**  37:13

**actual**  51:25

**actually**  46:19

**add**  30:25

**addition**  20:8

**address**  5:14 13:6,12,13 15:5 66:10 70:19 76:13 83:20

**ADP**  22:11 31:13

**advertising**  34:24

**Affairs**  42:21

**after**  5:4 43:6 44:6 63:11 74:9,12,15 79:5,13

**again**  18:19 20:11 25:15,17 38:21 54:16 60:10 64:15 68:12 74:2

**ago**  61:16

**agree**  9:9,15

**ahead**  12:18 32:18

**Ali**  73:3,4

**all**  24:6 26:16,21 45:19 49:5 53:7 54:15 65:24 69:22

**allowed**  12:3

**almost**  75:14

**already**  16:2

**also**  17:25 21:6 37:9,15 43:16 45:19 51:6 58:9,17 65:2,11 66:8

**alternating**  51:7

**although**  31:21

**always**  50:17

**am**  12:3 15:15 21:5 47:4 56:24 73:18,19 78:14

**Amber**  13:15

**amount**  29:20 33:16

**an**  8:13,16 10:20 11:20 21:12,13 25:8 26:10,20 27:6 28:3 34:20 35:18 41:3 54:19,23 56:23 58:21 60:13 69:2 71:7 73:2 78:20 79:9,16

**and/or**  57:7

**Andris**  12:6 60:14 63:4 67:22

**announced**  61:5

**announcement**  63:11

**another**  20:17

28:9,19 47:7 58:12 62:15

**answer** 6:12,23 7:4,11,20 8:2,13 10:6 12:12 18:17 23:25 33:9 38:19 39:15 41:17 45:24 46:13 49:24 54:19 56:24 58:5 59:22 60:7,11 61:14,22 62:16 63:23 71:15 73:14 75:21 77:4, 21 78:10,13

**answered** 12:11

**answering** 7:7

**answers** 86:12

**any** 7:6 8:23 9:4, 13,18,19 11:9,17 12:8 14:4,14 15:3 16:3 20:4 21:9 24:18 26:25 27:16, 19 28:24 29:25 30:19 33:6 38:9 40:18 41:3 42:18 48:4 54:5,7,22 55:7 56:10,13 57:8 59:8 60:5 64:19 69:13,16,25 70:20 73:9,11,24 76:25 78:8 80:5,6,20

**anyone** 9:11 10:10 23:3,11 37:18 52:16,21 55:10 66:2 77:6

**anyone's** 78:15

**anything** 11:3 51:18 58:7

**anywhere** 13:8, 17

**aol** 70:19

**application** 59:2 79:7,20

**applications** 79:25 80:3

**approval** 79:17

**approximate** 78:23

**Aronson** 12:6 16:12 17:8 20:10 21:2 23:3,10,20

24:11 25:6,13 37:22 38:14 39:8, 25

**Aronson's** 24:15

**around** 20:23 56:2

**arrested** 12:21

**articles** 40:9,12

**Asha** 43:15 53:7, 19 72:18 79:12

**ask** 6:11,17 65:6 70:15

**Asked** 12:11

**asking** 7:5 24:12 74:22 77:22,24

**assent** 73:13

**assistant** 21:12, 13,14,22 72:14

**associates** 26:23

**assume** 52:23

**assumes** 61:13

**Assuming** 61:8

**at** 7:3 12:25 13:7, 13 14:15,23 15:11 16:4,10,19,25 17:17,22 19:13,18 20:7 21:4,16,20 22:6 24:16 26:4 28:14 29:3 30:19 32:24 33:6,11,21 35:22 36:5,14,18 37:2,16 38:2,6,15 39:10 40:17,23 41:2 42:11,19 43:2,18 44:22,24 49:5 50:15 51:10, 24 52:17 54:5,6,7, 21 55:7,12,15 56:8 58:19,22 59:5,9,14 60:17,20 61:3,17, 24 62:11 63:9 64:5,21 65:5,7,22 66:20,24 67:4,18 72:14 73:4,24 74:7 75:7,13 77:16 78:19 79:3 83:9

**attention** 27:23 28:5 31:16

**attorney** 7:23,25

10:9,16 11:4 41:4 47:18 77:2,6,14

**attorney/client** 77:19

**attorneys** 40:18

**auctions** 56:2

**authority** 37:19 45:15 47:12

**Auto** 14:2,3,7,12, 16,21,23,25 15:2, 6,7,9,14 16:5,8,11, 16,24,25 17:4,10, 12,17,18,23 18:3, 4,10,11 19:3,4,8, 11,12,13,19,22,24 20:8,9,22 21:5,6,7, 8,17,20 22:3,4,6, 12 23:4,6,11,14, 17,19,22 24:3,8, 13,16,21,23 25:5, 7,12,20,22 26:4,5, 6 27:24 28:14,16 29:15,16,17,18 30:13,14,20 31:17, 19 32:25 33:11,13, 21,25 34:7,11 35:8,9,11,12,23 36:5,14,16,18,21 37:3,4,7,8,16,20 38:3,10,16 39:10, 13,17,25 40:3,10, 17,21 41:2,8,12, 13,18,19 42:5,8,19 43:3,5,18,24 44:15,18 45:3,16 47:13,20 48:10,24 49:8 50:9,15,24 51:5,10,11,16,24 52:17,18,19,20 54:5,6,21,25 55:7, 11,12,16,17,24,25 56:9 57:7,8,16,17, 19,23 58:19,22 59:6,10,19 60:17, 21 61:3,20,24 62:11 67:5,19,24 69:12 71:5,8,13 72:15 75:17,18,25 76:14,19 78:19 80:13 83:9,21 84:3

**Avenue** 15:8,12 18:10 19:5,9,12 40:11 41:2 55:21

**aware** 62:19 63:7

74:6 77:13,25 80:5,10,16

————————

**B**

————————

**back** 18:22,23 20:14,15 33:15 38:25 39:3,20,22 44:19,20 47:7,24 48:11 50:13 51:4,8 54:20 66:18,20,23 68:20,23 69:6 70:6,9,16,22 75:6, 12,15 76:9 77:15 78:3

**backtrack** 34:6 40:2 64:6 73:8

**Backtracking** 80:11

**bank** 44:14,20,24 45:2,4,8,12,17 47:14 79:15,16

**Baron** 12:6 36:24 38:14 39:7,8 42:12

**Barron** 36:11 37:22 38:13

**base** 59:16 60:6 64:14,17

**based** 64:23 78:11

**basis** 29:8,12 45:23 46:13 69:24

**BDC** 29:20 58:17

**became** 43:4 63:8

**because** 46:6 62:24 75:24 77:10

**been** 5:4 6:5 12:21 19:13 45:10 60:10 65:9

**before** 6:6 7:5 8:21 12:22 16:23 29:4 45:7 48:25 55:5 63:10 74:8, 12,15 77:16 86:19

**began** 14:23 20:7, 23 36:4

**begin** 14:11

**beginning** 12:25 13:7,14

**behalf** 39:13

**being** 74:6 78:15

**believe** 22:10,16 23:16 32:10 33:3, 10 36:6 37:22 41:22 44:21 45:9, 13 46:7,9,18 49:10,11 61:23 68:25 69:9 71:10 74:20,25

**believed** 57:24

**besides** 9:15 10:9 11:8 12:9,17 13:6 14:3,25 16:2 20:3 23:2,11 37:18 52:14 55:10 62:7 77:6 80:21

**best** 28:2 35:17 37:21 41:22 67:20

**between** 7:11,19 16:22 17:9,16,21 19:15 21:8 22:23 25:23 27:15,20 28:24 42:12 44:11 47:22 49:8 51:5,11 77:23 79:8 80:6

**bills** 15:19 18:2

**binding** 18:13

**birthdate** 18:7

**blackboard** 34:17 35:2,3

**blank** 53:11,23

**blue** 43:14

**bonus** 30:19 33:5, 10

**bookkeeper** 21:24 31:21 52:15, 22,25 53:2 72:13, 21,22,25

**bookkeepers** 53:5

**books** 15:18,21 18:2

**both** 19:10 22:24

**break** 7:11,15,19 9:10 59:9,11 66:13,14 75:5 77:14,17 78:22

**bring** 76:21 77:7, 15

**brought** 61:4 63:2 78:3

**business** 26:24

**but** 10:20 21:22 25:9 34:22 36:16 44:12 49:24 50:17 52:21 55:19 60:22 65:12 69:9 71:2,24 72:10 73:23 74:4 79:2

---

**C**

**calculate** 52:16

**call** 7:18

**calling** 73:19

**calls** 18:15 38:18 58:10 62:14

**can** 7:2,12,13,18 8:7 11:12,16,24 12:11,13 14:18,22 15:5 18:16,18 20:11 22:4 23:24 29:13 31:25 33:9 34:9 38:19,21 39:15 41:16 42:23 44:23 46:5,21,25 48:17 49:24 51:9 53:17 58:4 59:22 61:14,22 62:15 63:22 64:20 70:10, 13 73:14 75:15,21

**can't** 10:19,20,23 11:19 17:5 22:20 33:15,23 41:21 44:3,7 49:14,19 51:4,8 54:18 56:23 60:4,7 61:16 62:4 63:18 64:9,12,15, 18,22 69:9 71:24 74:11,14,17 76:8

**capacity** 73:15

**car** 9:25 10:3 28:6, 7,17 29:23 30:5,17 34:12 49:22 55:14, 16,20,23,24 60:5 67:7 68:19 77:10 78:4 79:5,24 83:12

**carries** 8:19

**cars** 30:24 31:7,11 34:8 47:19,25 48:5,7,11,25 55:17 67:4 72:4 83:8

**case** 6:8 56:5 70:8,23 80:19

**category** 26:13

**caveat** 11:2 76:24

**cell** 9:19,21,24 10:2 68:18,19 77:7,15 78:3,16

**cellphone** 76:21

**center** 26:25

**certain** 10:23

**certified** 15:23

**certify** 86:7

**change** 50:17 53:2 69:8

**changed** 69:10

**charger** 77:12

**charging** 77:9

**Chase** 44:25 45:14

**chat** 9:12

**check** 75:22

**checks** 37:12,16, 19 73:11

**Christmas** 74:9

**civil** 80:21

**clarify** 26:18

**clear** 34:19

**clearly** 6:23

**clerk** 57:19 65:22

**client** 32:11

**clock** 35:10,13

**closes** 46:8

**Co** 44:25

**collect** 22:7,15

**college** 13:22

**come** 47:7 50:5 55:17 66:18,19 75:6 77:10

**comes** 78:24 79:21

**comfortable** 47:4

**commission** 22:8,15 26:2,17,21 28:13,20 29:6,7,11 30:5,15,16,25 31:17,24 33:3,4,12 34:16 59:4,17

**commissions** 31:4 63:10 65:17

**commitment** 46:6

**communicate** 69:12

**communicating** 9:11

**communications** 80:6

**companies** 20:3 22:24 34:24

**company** 22:11 31:13 34:23 60:3 71:10 76:5

**comparator** 65:5

**comparators** 65:13

**compare** 63:10

**compel** 46:15

**compensation** 63:15

**complained** 80:17

**complete** 12:18 86:11

**completely** 9:2,7

**complies** 5:22 6:4 71:21

**components** 78:23

**compound** 58:4 59:21

**Compounds** 38:18

**computed** 34:11

**computer** 9:18 48:13,14,18 49:15, 16 71:11

**computers** 52:24

**conclusion** 18:16 38:19

**condition** 9:5

**confused** 78:14

**confusing** 35:7

**congratulated** 74:9

**congratulating** 74:4

**connected** 37:6

**connection** 38:10

**consult** 41:3

**consulted** 40:19

**Consumer** 42:21

**contain** 35:3,4

**contained** 30:2

**continue** 7:13 32:7,9 66:25 71:3

**Continuing** 13:5 32:19 62:10

**controller** 15:15, 16 16:4 19:21 20:18,22 21:13 33:7 35:22 69:11

**conversations** 76:25 78:12

**corporate** 18:13 65:10

**correct** 19:9,25 20:2 24:24 29:9,10 31:2,14,15 34:15 37:5 40:22 48:9 60:11 62:3 86:11, 13

**correctly** 52:12

**corresponding** 79:7

**could** 8:24 9:5 34:23 35:5,7 54:15 59:11,13,24,25 79:8

**COUNTY** 86:6

**couple** 75:2

**court** 5:25 6:3,16 8:20 13:15 18:20 38:24 47:6

**Covid** 42:22

**CPA** 75:16 76:7, 18 84:2

**credit** 68:6,15 79:20,25 80:3

**crm** 34:18,20

**current** 39:23,24 41:8 70:4

**currently** 8:23 9:4 13:23 14:6 16:9 45:5,6 69:2 70:5

**customer** 55:22 78:24

**customer's** 29:21

**customers** 72:11 80:2,12

---

**D**

**D-E-A-N-A** 5:3

**D-E-E** 70:18

**D/b/a** 19:6,7,9

**daily** 37:13 54:13 69:24

**data** 48:19

**date** 29:24 44:3

**dates** 74:21

**David** 36:10,11,20 37:22 38:13 39:8

**day** 27:16,21 28:25 32:23 38:7 44:5 50:20 54:8,9, 22 55:7 61:10 62:6 65:8 70:4 86:20

**days** 14:6 16:13, 19,25 17:10,11,15, 16,22 50:17,18,20 51:6 63:3

**deal** 71:25

**dealership** 24:19 25:11 36:17,22

37:14 38:6 48:6,8 63:2 72:2

**dealerships** 55:20,25 56:2

**Dealertrak** 67:15, 18 68:7,10,16 79:21

**deals** 35:7 48:21

**Deana** 5:1,12 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 86:7,17

**December** 74:19, 22,25

**decided** 45:21 76:5

**decides** 47:2

**deem** 6:2

**Deemed** 82:7

**defendant** 10:15 11:21

**defendants** 11:24,25 18:13 69:13 70:2,21 73:11 80:7

**degrees** 78:16

**demand** 65:14,20 67:2 76:10,16 78:2 83:4,16,23

**demands** 67:12

**department** 56:25 57:3 59:25

**depend** 35:15

**dependent** 34:8

**depending** 47:22 75:23 76:4

**deposition** 6:6,9, 11 9:10 10:11 11:2,10 12:25 13:7,14 46:17 47:8 49:7,18 64:25 76:22 77:8,16 78:5 86:9

**describe** 11:12 22:5 29:13 43:13 48:17

**described** 12:9 57:13

**description** 43:22 82:5 83:3

**development** 26:24

**device** 9:13,19

**didn't** 51:17 71:3

**difference** 19:23

**different** 19:4 31:18 34:24 46:11 48:15,16 78:22

**discard** 28:24

**discarding** 29:4

**disciplinary** 56:25 57:3

**discipline** 66:4

**disciplined** 56:21

**discovery** 46:4,7, 10

**discussed** 11:3

**discussion** 58:15

**DMV** 15:19 18:3,5 19:24 57:18 65:21

**document** 71:22

**documentation** 29:3

**documents** 9:16 11:9,18 12:8,16 49:13,20 63:14 64:23 66:3 70:7 76:11,17 83:18,25

**does** 35:11 37:11 38:9 43:10 45:4 47:20

**doesn't** 24:18

**doing** 65:9

**don't** 8:5,7,12 11:3 20:13 22:10 34:16,21 35:12 38:24 39:16 41:25 43:12 46:9 49:25 50:21 51:14 52:6, 20 53:8 58:6,7,20 59:3 62:4,6,17 63:7 65:24 69:10, 20,22 70:10 71:2, 24 72:9,16,23 73:17,20,21 74:2,4 78:15 79:2

**done** 22:5 32:13 61:2 75:14 79:13

**don't** 68:24

**door** 68:3

**down** 6:9,17 7:3, 12 50:19 71:20 78:22

**drink** 7:16

**Drive** 5:15

**driver's** 28:9,18

**due** 45:10

**duly** 5:5

**during** 9:9,10 12:7 17:25 64:25 77:13

---

**E**

**E-Z-E-K-I-E-L** 41:23

**each** 27:8 38:12 39:6 49:21

**earlier** 19:2 24:20 25:25 52:15

**early** 17:9,17,21

19:16 21:9 22:23 25:23

**earnings** 64:22

**easier** 32:22,23

**economy** 47:23

**education** 13:21

**effect** 8:20

**either** 35:9 52:17 59:9

**Eldee** 41:18

**electronic** 26:10

**else** 13:8,17 23:3, 11 37:19 52:16,21 55:11 62:7 72:19 74:6

**email** 9:12 22:19 70:16,19,24

**emails** 70:20

**emotional** 9:5

**employed** 13:23 21:5 40:5,23 41:24 43:5 56:8 60:17 61:19,24 62:11 65:13

**employee** 25:19 26:8,12,20,25 27:4,6,8,16,19,24 28:3,8,11,12,18 33:17 57:9,12 58:24 59:3,14 65:15,21

**employee's** 26:16 32:20 52:17

**employees** 26:13,20,22 27:5 34:7,11 50:9,15 51:16 54:17,18 58:18 59:9

**employer** 13:25 14:4,15,18 15:3

**employers** 20:5

**employment** 54:12 58:25

**end** 51:20,21,24 52:2,5,9 74:24 77:16

**entries** 32:22

**establish** 76:12 83:19

**Estate** 41:23

**evaluation** 57:15

**even** 58:6

**event** 47:2

**ever** 6:5 12:21 28:23 42:11 56:20 57:14 68:5,9 70:20 71:13 79:23

**every** 38:7

**everybody** 60:25

**everything** 6:17 18:5 22:16 38:7 79:15

**evidence** 11:11, 13 61:9,14 72:8

**exactly** 12:14 34:22 62:17 69:10

**EXAMINATION** 5:17 82:2

**examined** 5:6

**example** 7:16 54:23

**except** 9:10

**Exhibit** 5:25 63:14 71:19

**exhibits** 9:17 82:4

**explain** 6:9

**extent** 71:7 78:20

**Ezekiel** 41:23

---

**F**

**Facebook** 73:10

**fact** 79:24

**facts** 8:11 15:19 61:8,13

**fair** 16:22 20:21 38:12 39:6 58:21 64:6 72:3

**familiar** 21:3 25:3 35:18,21 36:10,23 37:23 40:16 50:7

51:21,23 56:4,7 57:18 60:13,16 67:14 71:5 73:2 78:18 80:12

**far** 33:15 39:22 44:22 51:4,8 76:9

**February** 18:8 67:10 83:14

**feeds** 71:11

**few** 55:20 74:21

**figure** 50:6

**file** 26:8,9,10,12, 20 27:6,9 59:3 65:21 66:5

**filed** 40:9,12 59:4

**files** 26:25 27:4, 17,19 58:24 65:15, 25

**fill** 53:24

**filled** 29:8,12

**finance** 67:21 79:14

**financial** 45:20 46:4

**find** 61:25

**fine** 47:9 66:17 75:9

**finish** 32:14,16

**finished** 7:7

**fire** 25:7,14 34:3,5 38:15 39:10

**fired** 65:22

**fires** 38:8

**first** 6:11 40:20 43:2,25 57:20 61:10

**five** 14:8 17:20 50:20

**fixed** 59:9

**flags** 79:12

**flat** 59:16

**floor** 67:25

**fluctuates** 75:24 76:4

**focus** 29:6

**folder** 26:15,17 27:9,11 28:4,8,13, 17,19 33:20 58:18

**folders** 28:16 33:20 58:18,19 59:5,6

**follow-up** 66:7

**follows** 5:7

**force** 8:19

**forgot** 10:7

**form** 18:15 28:9 36:2 57:6 59:21 72:7

**formed** 41:3

**forward** 6:10

**found** 20:19 61:18 74:3,5

**fraudulent** 45:10

**from** 7:23 8:24 9:6 12:13 13:11 16:14, 16 19:4 21:17 23:4 26:5 29:16 31:18 32:4 42:2,4 44:17 45:16 47:13 48:15 50:8,14 52:4 55:2 56:15,18 62:5 64:12 66:21 68:2 70:5,20 74:5 75:10 77:11,12 78:4,10

**front** 68:2

**full** 5:10 33:16

**full-time** 20:19

**Funds** 71:6,9,14

**further** 80:24

### G

**gauge** 60:4

**gave** 12:25 13:7, 13 68:11

**general** 25:4 34:4 38:6 54:11 60:20 62:24

**Generally** 7:25

**gestures** 6:19

**get** 7:16 27:10 78:17

**gets** 31:23

**getting** 33:18

**give** 6:18 15:5 52:22 53:17 54:19 56:23 79:16,19

**given** 54:7,22 55:7 68:10 71:13 86:13

**gives** 79:6

**Giving** 54:23

**Gmail** 71:4

**go** 12:18 29:17 32:18 58:13 75:14 76:5

**goes** 50:2 79:14

**going** 6:8,10 9:11 40:2 50:12 53:10 71:19 78:6

**gone** 74:25

**good** 5:19,23 6:5 43:23 56:16 60:23 75:4

**gosh** 13:15

**got** 61:2

**ground** 6:10

**guys** 28:23 66:11, 15

**Guzman** 12:6 60:14 63:4 67:22

### H

**handle** 25:9 50:22

**handled** 50:23 51:13 57:4

**handles** 24:6

**hang** 31:25

**happen** 30:10 55:19

**harassing** 10:5

**has** 6:16 25:17 37:19 43:13 44:18 48:21,22 65:9

67:17

**having** 5:4 69:22

**he** 20:17,18 21:6 24:2,17 25:4,8,15, 16,17 34:2,4 36:15 37:9,11 38:5,6,7 60:17 62:20,24 63:4,7 64:25 65:6 73:6 74:21,25 79:14

**head** 6:19 17:6 42:24 48:3 57:11

**hear** 8:7 56:18 60:24

**heard** 56:15 60:22 61:11 62:5

**held** 58:15

**help** 70:13,15

**helped** 21:14

**helping** 60:25

**her** 5:21 35:21 36:7 47:6,18 49:15,16 53:20 56:7,11,14 57:25 62:2,5,8 63:9,10 66:4,9 72:20 73:15,25 74:4,5,10 77:24 80:8

**here** 8:11 18:9 21:24 77:11

**hereby** 86:7

**herein** 5:4

**highest** 13:20

**highly** 68:13

**Hillside** 14:2,3,7, 12,16,20,23,25 15:2,6,7,8,9,12,14 16:5,8,11,16,24,25 17:4,10,12,17,18, 23 18:3,4,10,11 19:3,4,8,11,13,19, 22,24 20:8,9,22 21:5,6,7,8,17,20 22:3,4,6,12 23:4,6, 11,14,17,19,22 24:3,8,13,16,21,23 25:5,7,12,20,22 27:24 28:13,15 30:13,14,20 31:17, 19 32:25 33:11,13,

21,25 34:7,11 35:8,9,10,11,23 36:5,14,16,18,20 37:3,4,7,8,16,20 38:3,10,15 39:10, 13,17,24 40:3,10, 17,21,25 41:8,12, 13,19 42:4,8,19 43:3,5,18,24 44:15,18 45:3,16 47:13,20 48:10,24 49:8 50:9,24 51:5, 10,16,24 52:17,18, 19,20 54:5,21,25 55:7,11,12,15,17, 21,24,25 56:8 57:7,8,16,19,23 58:19,22 59:5,10, 18 60:17,21 61:3, 20,24 62:11 67:5, 18,23 69:12 72:14 75:16,18,25 76:14, 18 78:19 80:13 83:9,21 84:3

**him** 21:3 25:3,18 60:16,23

**hire** 23:3,10 25:7, 14 34:2,5 38:15 39:10

**hired** 16:10,20,23 17:4,7 23:8 27:10

**hires** 38:8

**hiring** 23:2

**his** 23:21 24:5,9, 22 36:13 37:2,10 38:2 60:19 64:25 73:5 74:19

**hold** 29:3

**honestly** 10:20

**hour** 10:20 79:9

**hours** 35:15 51:25 52:8,10

**how** 10:18,20 14:6 15:9 17:9,11,16 21:2,20 22:5,12, 18,21 23:6,17 24:8 25:3,12,22 26:2 27:12,24 34:10,14 35:6,21 36:18 37:8 39:17,23 40:25 42:8 43:13,18 44:14,19 45:3,4,8

47:19,24 48:7,24, 25 49:21 50:4 51:5 52:6 54:4,6,9,11, 20,25 55:5,6 56:7 59:3,4,15 60:9,16 61:25 63:4 64:10 68:15 70:9 74:2,5, 12 75:25 79:2

**however** 7:18,25 64:13

**hung** 44:4

---

**I**

**I'LL** 8:6,8

**ID** 5:21 6:2 28:18 82:7

**idea** 68:17

**identification** 28:10

**identify** 76:18 84:2

**identity** 79:11

**in-person** 22:19

**Inc** 14:2,4,7,12 15:6,14 16:5,11, 17,25 17:11,17,18, 23 18:11 19:11 40:3

**include** 29:13 30:4 48:5 58:23

**included** 48:19

**including** 65:16

**incorporated** 40:3

**incorporation** 40:10,13,18

**independent** 78:8

**individual** 35:19 58:22 60:14 63:17 64:2,3,8,10,13,16, 19,20 73:3

**individuals** 65:3

**industry** 47:21

**information** 22:17 29:13,25

31:12 35:3 46:5 48:23 49:15 52:24 65:7,8,12 66:2

**Insert** 53:14,16 54:3

**instance** 48:9

**instant** 9:12

**instruct** 45:22 77:3,20

**instructing** 46:12

**instruction** 47:17

**interaction** 70:11 72:11

**interested** 79:4

**Interrogatories** 11:6,8

**interrogatory** 47:5

**into** 50:2 53:23 78:22

**inventory** 55:24 71:11

**iphone** 69:2

**iphone-something** 68:24

**Isaac** 24:6 25:2 33:24 37:15 38:14 42:10 52:6 56:19 57:4 62:19 63:3 64:24 67:21 68:10, 11,14 74:18

**Ishaque** 12:5 42:12 51:13

**its** 35:10 40:18 59:21

---

**J**

**J-E-N-N-I-N-G-S** 5:3

**Jamaica** 15:8,12

**Jennings** 5:1,12 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1,6 19:1 20:1 21:1

22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1,15 76:1,20 77:1 78:1 79:1 80:1,25 81:1 86:7,17

**Jennnings** 82:3

**Jersey** 77:11

**job** 21:15 23:21 61:2

**joking** 43:23

**Jory** 12:5 36:23 37:6,18 38:14 42:12

**Josh** 12:6 16:12 17:8 20:10 21:2,4 23:2,8,10,20 24:11,15 25:6,13 37:22 38:14 39:8, 25

**JPMORGAN** 44:25 45:14

**judge** 8:21 45:25 47:2

**jumping** 61:2

**just** 22:8,17 26:15, 23 31:3,5 33:16 34:19 37:12 43:23 45:14 46:22 54:12 59:11 60:2 62:25 64:21,22,24 65:25 72:20,21,25 74:24

---

**K**

**K-O** 41:23

**KATAERV** 59:20

**Kataev** 5:19 10:4 12:4,10 13:3 18:14 23:23 31:25 32:8, 12 33:8 35:25 38:17 39:14 41:15 43:21 45:18 46:18, 24 47:10,15 49:23 57:5 58:2,9 61:7, 12,21 62:9,22 63:21 66:6,16 67:11 72:6 73:12 75:8,20 76:23 77:18 78:6

**KATEV** 62:13

**keep** 26:7,16 46:21 69:23 72:10 73:22

**keeping** 57:9

**kept** 26:3 27:4,13, 25 59:4

**kind** 48:18

**knew** 62:7

**know** 7:17 8:13 22:10 27:20 30:11 34:22 39:12,22 40:4,14,24 41:5,7, 25 43:4,12 45:6 48:2 49:3,25 51:14,17 52:6,20 53:8 55:3,8 56:22 57:10,17,22 58:7 60:11,22 62:4,17 63:5,7,16,19 64:3 68:11,24 69:10,19 71:15 72:9,16,23 74:4,24 75:16 79:2

**knowing** 74:3

**knowledge** 27:22 28:2,22 33:19 35:5,17 36:7,9 37:21 41:22 42:18 55:14 56:10,13,20 59:8 63:6 67:17,20 68:8,9 71:8,12 78:9,10,11 79:24

**known** 60:14 66:10

**Koeppel** 41:23

---

**L**

**Labor** 42:20,25 43:7,10

**laminated** 43:17

**land** 79:5

**landlord** 41:11,20 73:22

**landlords** 42:2

**last** 7:7 18:24 20:16 38:25 39:4 53:20,25 66:8,9,10 69:9

**late** 36:11 38:13 39:8

**law** 29:2 42:20,25 43:7,10

**lawsuit** 6:14

**lay** 6:9

**leads** 71:25

**lease** 23:15 39:12, 19,23,24 41:8

**leased** 23:16,19

**least** 29:4

**leave** 10:2 53:11, 22

**left** 9:25 45:7 48:25 55:6 57:22 68:18 77:9

**legal** 18:16 38:18

**less** 54:18

**let** 7:17 26:18 75:16

**let's** 16:16 21:17 23:3 26:5 27:23 28:5 29:6,16 31:16 34:6 36:14 42:4 44:17,19 50:8,14 52:4,8 54:8 55:2 58:13 64:6 66:18, 19,24 70:5 73:8 75:6,14

**Leticia** 56:5 61:4, 11,18 65:5,16 67:6 68:6,15 70:2,21 71:12,13 73:24

80:2,7,16 83:11

**Leticia's** 33:19 63:5

**level** 13:20

**license** 28:9,18

**like** 21:12 33:14, 20 37:13 38:5 42:15 43:11 65:10 69:20,22 70:7,12 71:23 72:2 73:10

**likewise** 7:6

**Lily** 57:20,22 58:6 65:22

**lingering** 68:3

**list** 29:20 69:20,24

**lived** 13:8,12,17

**LLC** 14:21,23 15:2,10 16:8,24 17:4,12 18:3,4,10 19:3,5,9,12 40:11 41:2

**located** 15:11

**location** 19:14 21:16,21

**long** 7:10 10:18, 21 27:12 61:16 69:20 79:2 80:14

**longer** 80:17

**look** 33:14 43:11 53:23 55:23 63:9 65:7 79:3

**looking** 59:14 64:5,21

**looks** 71:23 72:2

**lost** 27:20 28:23

**lot** 49:13 50:2 55:16 59:23 79:10

**loudly** 6:23

**lunch** 66:14 75:5 77:16

**M**

**made** 59:16 74:18 77:14 78:2 80:10

**main** 43:9 44:11

**mainly** 72:24

**maintain** 15:18 18:2 25:19

**maintaining** 15:20

**Majority** 42:6

**make** 7:24 32:21, 23 50:3

**Mall** 14:2,3,7,12, 16,25 15:6,7,14 16:5,11,17,25 17:11,17,18,23 18:11 19:11,19,22 20:9 21:5,8,18 22:3,6 23:4,18,19, 22 24:16 25:7,20 26:4,5 28:14,16 29:15,16,18 30:13, 14,20 31:19 34:7, 11 35:8,9,11 36:14,16 37:3,4,7 38:3 39:10,18,25 40:3,17,21 41:12, 13 42:5,19 43:3,5 44:15,18 47:20 48:10 50:9,15,24 51:5,16 52:17,19 54:5,7,22 55:12, 17,24 57:7,16 59:6,10 75:17,18 76:15 83:21

**Mall's** 45:16

**manager** 25:4 33:25 34:2,4 38:6 60:20 62:25 67:21 70:13,15 72:14,24 73:6 79:6,7,14,19 80:9

**manager/or** 60:20

**managers** 22:7 25:9 67:22 68:12

**many** 14:6 17:10, 11,16 35:7 44:14, 20 45:4,8 47:19,24 48:7,25 54:4,6,9, 11,20 55:6

**March** 46:8 86:10

**mark** 5:25

**marked** 6:2 71:18 82:7 85:2

**market** 47:23

**Matawan** 5:15

**matter** 6:13

**may** 7:24 10:5 78:9,13

**maybe** 37:12 43:6 45:11 46:15 47:22 50:19 52:12 54:23 56:16 70:22 71:23 73:22 75:3 79:8,9

**me** 6:11 7:17 8:6,8 9:23 11:3 12:9 14:19,22 15:5 20:18 24:12 26:18 29:14 30:8 31:23 32:21,23 44:10,12 48:17 52:11,19,22 54:16 73:23 75:16 86:13,19

**mean** 15:21 39:19 49:12 50:12 54:12 70:4

**meaning** 12:15 20:23 21:13 38:13 39:7

**meant** 54:11

**media** 73:9,18,20

**medications** 8:24

**meet** 78:25

**meeting** 10:14 11:21 12:7

**meetings** 42:12, 14,16

**member** 21:6 24:2,4,21 25:5,15 36:20 37:9 41:3

**members** 39:7

**memory** 44:10,12 52:11

**mentioned** 11:20 16:3 18:5 19:2 20:4 21:2 22:2 25:25 33:24 52:15 53:2 58:17 62:25

**message** 9:12 73:17

**messages** 11:14 69:17,21,25

**Messenger** 73:10

**MIDDLESEX** 86:6

**might** 28:12 34:17 44:13 45:9 60:10

**mileage** 50:3

**mind** 20:13 38:25 58:11 62:14

**minimum** 43:13, 15

**minus** 18:5

**minute** 66:12

**minutes** 66:16,19 79:9

**missing** 27:20

**model** 50:3

**moment** 80:11

**money** 45:16 47:13

**month** 17:3

**monthly** 42:15 56:17

**more** 10:19 12:16 54:17 59:24 73:18

**morning** 5:19 6:5 10:8

**most** 13:11

**motion** 45:21 46:14

**motor** 21:23

**move** 26:6

**moved** 44:13

**Mr** 5:19 10:4 12:4, 10 13:3 18:14 23:23 31:25 32:8, 12 33:8 35:25 38:17 39:14 41:15 43:21 45:18 46:18, 24 47:10,15 49:23 57:5 58:2,9 59:20 61:7,12,21 62:9, 13,22 63:21 66:6, 16 67:11 72:6 73:12 75:8,20 76:23 77:18 78:6

**ms** 5:24 18:6,20 20:12 32:3,6,10 38:23 45:25 46:21 47:9 53:10,22 58:13 65:14 66:8, 11,18,23 71:21 75:3,12,15 76:10, 20 77:22 80:23,25 82:3 83:5,17,24

**much** 11:6 14:10 22:14 24:6 30:3 31:20 38:5 42:23 49:21 59:15 76:3

**multiply** 30:24

**my** 6:12,23 7:5,7, 19,24 13:15 17:5, 13 26:18,19 27:22 28:2 32:16 35:5,17 36:9 37:21 40:14 41:5,22 42:24 44:10,12 48:3 49:4 52:11 53:9,21 55:3,8 57:11 60:7, 11 62:10 64:7 67:20 68:8 69:8,21 73:22 75:22 76:8 77:9,11,12 78:7,12 86:8,9,11

**N**

**N.J.** 5:16

**name** 5:10 11:25 14:18 29:19,20,21 31:22 41:11,21 53:7,17,20,25 57:20 66:9 73:3 76:13 83:19

**named** 69:13 70:2,21 73:11 80:6

**names** 26:16 32:21 35:6 38:21 53:4,5,8,12 69:22 72:17

**navigation** 77:10

**near** 9:22

**need** 7:15 65:24, 25

**needed** 77:10

**New** 5:6 13:16 15:8,12 74:15

**no** 6:7,18,19 7:18 9:3,8 11:23 12:23 13:2,5,19 14:5 15:4,25 16:6 20:6 21:11,19,22 23:5, 13 27:18 29:2 30:21 35:17 36:16, 21 37:17 38:11 41:10 42:17 47:18 51:22 53:21 55:13 57:16,21 59:11 61:6 63:12,24 64:4 65:8 68:8,17,21 69:18 70:7,22 71:2 72:7 74:24 77:5,9 80:4,15,19,22,23 83:4,16,23

**nodding** 6:19

**non-commission** 27:5

**none** 73:19 85:3

**not** 7:4,6 8:2,12 9:11,17,23 12:13, 15 19:23 21:22 27:22 30:9 32:16 35:11 37:6 40:23 45:23 46:12 50:5 53:21 55:15 56:12, 24 61:8,13 65:19 68:3,8 69:19 70:10,22 73:13 76:21 77:3,7,11, 20,22 78:13,17 79:17 80:10,19

**Notary** 5:5 86:24

**note** 7:12

**noted** 81:2

**notes** 9:18

**nothing** 24:6 37:13

**notified** 78:15

**now** 28:5 31:16 42:2 44:17,18 46:10 47:21 50:19 52:8 53:18 62:17 64:5 65:9 71:17 75:3,6 78:14

**number** 29:22 30:24 31:7,10 34:8 35:15 48:5,11 64:5

65:14,20 67:2,4 69:4,6,8 72:4 76:10 82:5 83:3,8

**numbers** 30:23 60:4

**O**

**oath** 8:16,18 86:9

**objection** 10:4 12:10 13:3 18:14 23:23 33:8 35:25 38:17 39:14 41:15 45:18 47:16 49:23 57:5 58:2,10 59:20 61:7,12,22 62:9, 13,23 63:21 72:6 73:12 75:20 76:23 77:18 78:7

**objections** 7:24

**OCD** 69:21

**October** 67:9 83:13

**off** 17:5 42:23 46:20 48:2 50:18, 20 51:7 57:10 58:13,15

**offhand** 49:3

**office** 21:13 34:18 35:2 44:12 65:8 67:3 68:3 72:14,23 83:6

**Oh** 13:15 22:20 54:10

**okay** 6:21,25 7:8, 9,14 8:14 29:18 32:16 46:24

**on** 9:10,12,16,18, 21,23 10:8 20:22, 23 22:24 25:3 26:6 29:6,8,12 30:7,9 31:3 32:2 33:12 35:15 36:2 39:13 43:9,14 44:10 45:22,23 46:8,13, 22 47:17,22 50:21 54:19,22 55:7,20 56:24 63:25 64:10, 13,16,23 66:5,23 67:25 68:7,15 69:21,23 71:17,19,

22 73:17 75:12,15, 23 76:4 78:11 86:12

**on-average** 47:19 49:21 50:4

**on-site** 19:10

**Once** 31:10

**one** 7:3,4,19 19:7 22:7 28:17 32:2 35:12 36:2 50:20 52:23 53:7 54:5,7, 19 56:16,24 58:18 62:5 71:2 80:21

**only** 7:2 34:8 52:19

**opened** 20:24 40:5,20 43:6

**opening** 20:17

**operating** 24:2,4, 21 48:20

**operation** 52:2,9, 10

**order** 10:10 46:14

**orders** 47:6

**original** 39:19

**other** 9:13,19 10:15 11:9,17,21, 24,25 12:8 14:4,14 15:3 16:3 20:4 23:9 29:25 31:13 53:8 55:20 67:7 79:24 80:20 83:12

**our** 22:7 24:17 27:23 28:5 48:13, 20 70:6 71:11

**out** 27:16 29:8,12 31:22 56:2 61:2, 18,25 74:3,5 80:13

**Outlet** 14:21,23 15:2,9 16:8,24 17:4,12 18:4 19:3, 9,14,19,22,24 20:8,22 21:6,8,21 22:4,13 23:7,12,14 24:8,13,23 25:5, 13,23 26:4,6 27:24 29:17 31:17 32:25 33:2,11,13,22,25 35:10,12,23 36:5, 19,21 37:8,16,20

38:10,16 39:13 41:9,19 42:9 43:19,24 44:9 45:4 48:25 49:8 51:10, 11,24 52:18,20 55:2,7,11,16,25 56:9 57:8,17,19,23 58:19,22 59:10,19 60:18,21 61:3,20, 24 62:12 67:5,19, 24 69:12 72:15 73:4 76:2,19 78:19 80:13 83:9 84:3

**Outlet's** 47:13

**outside** 78:16,17

**over** 11:5 55:17 80:2

**oversees** 38:7

**own** 12:24 23:14

**owner** 25:9 76:5

**owners** 38:13

**P**

**P-H-E-L-A-N** 37:24

**p.m.** 16:14 75:11 81:2

**package** 28:11, 12,19 58:25

**page** 63:15,25 64:5,11,13,16 71:19,22 82:2,5 83:3

**PAGE/LINE** 85:2

**paid** 31:23 33:2,18 60:6 64:2

**Pakistan** 74:19

**paper** 26:9,11

**part** 6:6 54:11 56:23,24 57:2

**part-time** 14:20

**partial** 29:22

**particularly** 7:10

**party** 31:12 80:20

**pass** 31:11

**Passing** 68:2

**passport** 28:11

**past** 13:8,18

**pay** 11:15 30:11, 12 32:24 34:7,10 42:3 52:17 59:14 60:6,9 64:21 79:11

**payroll** 15:18 18:2 22:3,5,24 32:20

**people** 21:9 23:8 25:17 26:25 51:19 54:4,6,9,11,16,21 55:6 73:17

**per** 16:19 17:22 30:17 31:23 47:18 50:18 60:6

**per-month** 49:2

**percent** 33:6

**Perfect** 32:18

**performance** 56:14 57:14 60:19

**performances** 57:9

**person** 7:3 20:19 58:12 59:14,15 62:15 63:20 73:19

**personally** 68:14 73:25

**pertaining** 24:20 37:13 67:3 70:23 83:7

**Phelan** 37:24 38:9 39:9 42:7 50:25

**phone** 9:12,19,21, 24 10:3 68:18,19, 22 69:4,21 77:7, 12,15 78:3,16

**photos** 57:12

**physical** 9:4

**picture** 64:12

**plaintiff** 56:5 69:14 80:7 82:4

**Plaintiff's** 63:14 71:18

**plan** 30:11,12 32:24 33:2 42:3

**platform** 34:21,23

**platforms** 73:9

**please** 5:10,13, 20,24 6:22 7:4,11, 17 12:18 14:19 18:21 38:22 66:6 67:11 78:22

**plug** 10:7

**point** 28:14 44:22 73:24

**policies** 57:8

**porter** 54:16

**portion** 46:23

**position** 15:13 19:18 20:20 63:19 64:3,7,20 65:2 72:21 73:5 80:9

**possibly** 22:11 29:22 34:18 50:21 70:7

**posted** 42:19 43:2,8 44:2,9

**poster** 42:21 43:7, 10,12,25

**posters** 42:19,20, 22,25 43:19

**power** 25:6,13 34:2 37:15 38:15 39:9

**precisely** 60:4

**pregnancy** 57:25 62:2,8 63:5,11 73:25

**pregnant** 57:23 61:5,11,19,23 63:8 65:24 74:7

**premises** 23:15

**preparation** 11:10 49:6,17

**prepare** 10:10,18, 25

**present** 5:13 10:16 12:2 27:15, 21 28:25 42:11 55:15 67:25

**President** 36:16

**pretty** 11:6 14:10 22:14 30:3 31:20 38:5 42:23 43:23 73:19 76:3

**prevent** 8:24 9:5

**previous** 24:13 55:25

**previously** 57:13 65:18

**price** 30:4 79:5

**print** 31:22

**printout** 32:19

**printouts** 11:15

**prior** 13:12

**prioritized** 80:2

**privilege** 77:19

**probably** 44:22 50:20 56:19

**proceed** 78:25

**proceeding** 80:21

**process** 78:19,21

**produced** 65:4

**Professional** 60:25

**promoting** 80:8

**proper** 47:3

**provide** 65:7,12

**provided** 65:9,19

**public** 5:5 15:23 86:24

**purchased** 29:23

**put** 67:11

---

**Q**

**qualifications** 79:10

**qualify** 78:7

**question** 6:24 7:6,8,20 8:6,7,13 10:6 12:12 18:17, 18,24 20:16 23:10 24:14 26:19 34:9

38:20 39:2,4 45:24 47:3 58:4,5 59:23 61:15 64:7 70:14 71:16 77:21

**questions** 6:12, 13 7:5,19,24 45:20 80:24 85:2

**quick** 75:5

---

**R**

**range** 79:5

**Ray** 38:9

**Raymond** 37:23 38:4 39:9 42:7 50:25

**read** 18:22,23 20:15 39:3 86:8

**reading** 20:13 38:25

**ready** 32:6,8

**really** 50:22 58:8 60:3 70:11 71:24 73:17,21

**reason** 6:22 46:3

**recall** 10:20,22 11:16,19 12:13 17:3,5 22:20 33:15,23 34:16 35:12 36:4 39:16 44:3,7,8,23,24 49:14,19 51:4,8,9 53:5,18 58:6,20 59:3 61:16,17 62:4,6 63:18 70:10 74:2,8,11,14,17,18 76:6,8 78:15

**recalling** 8:25 9:6

**receive** 30:6

**recent** 13:11

**recently** 42:22

**recess** 7:18 32:4 66:21 75:10

**recognize** 71:22

**record** 5:11,14,20 34:19 43:22 46:20, 22 58:14,16,23 64:24 66:24 75:13,

15 86:11,13

**recorded** 34:14

**records** 25:20 27:12,25 28:23,24 40:15 41:6 48:3,4, 10 49:4,6,8 53:9, 21,24 55:4,9 57:15 58:23 60:8,12 65:4 67:3 72:12 75:22 76:9 83:6

**red** 79:12

**redacted** 65:3

**referring** 24:22

**related** 24:23

**relating** 66:3

**relevance** 13:4 23:24 39:15 41:16 45:19 58:3 63:22

**remember** 10:19, 23 37:12 53:7 69:9 74:3

**rep's** 29:20

**repeat** 8:8 18:18 20:11 38:21

**rephrase** 8:6 34:9

**reporter** 5:9,25 6:3,16 18:21,23 20:12,15 38:24 39:3

**representative** 65:11

**request** 77:14

**requested** 65:18

**REQUESTS** 83:2

**residence** 12:24

**respect** 23:20 46:3 65:12 71:25

**respond** 8:3

**responding** 32:11

**response** 12:19 24:20 47:18 77:5

**responses** 6:18 7:13 47:5

**responsibilities**

15:17 16:4 23:21 24:5,9,10,16,18,22 25:10 36:8,13,17, 21 37:2,10 38:2

**restroom** 7:17

**result** 57:25 80:13

**review** 11:9,17 49:5,16

**reviewed** 11:13 12:8 49:13,20

**reviewing** 9:18

**right** 41:14 44:10, 12,17 45:7 47:21 48:25 53:18 55:5 75:19 78:14

**Ronald** 39:7

**rotate** 50:19

**rotating** 50:21

**Roughly** 47:19

**rules** 6:10

**RULING** 85:2

**run** 68:15

**running** 68:6

---

**S**

**said** 20:9 30:22 64:25 65:6 77:23 79:13

**salary** 30:15,25 31:4 33:3 35:15 64:14,17

**sale** 26:23

**sales** 15:19 18:2 26:23 30:4 41:18 42:11,14 49:5,7 54:16 59:24 60:2, 20 63:9,10 65:17 67:25 72:11,12 78:18,21 79:6,19 80:8

**salespeople** 28:6 33:13 34:13 55:16 56:17 60:5 67:8 70:11 83:12

**salespeople's** 35:6,14 79:25

**salesperson** 28:17 30:5 33:17 52:4 56:16 78:25 79:6,19

**salesperson's** 28:8 29:19 52:2

**same** 6:22 8:19 14:15 17:13 19:3, 6,15,18 22:14 28:3 31:18,20 32:23 36:8,21 47:15,16 48:14 51:2 55:12 61:21 62:22 68:19 72:13,24 76:3

**saw** 11:15 25:2 49:19

**say** 6:17 8:13 12:3 16:22 20:21 25:8, 16 26:12 38:12 39:6 49:11 54:8 58:21 62:21 64:6 68:13 72:3,25

**saying** 28:15 32:15

**schedule** 14:9 16:13 50:8,11,16 51:2,10 52:7 56:11

**scheduling** 50:22,23 51:13,18

**screen** 9:17 32:20 71:18

**scroll** 71:20

**second** 28:6 29:7 32:2 34:6 40:2 46:17 64:7 73:8

**secretary** 24:17

**security** 28:10

**see** 55:23 59:24 68:6 79:4

**seeing** 59:15

**seems** 65:10

**seen** 79:23

**seldom** 55:19

**sell** 47:20 49:22

**send** 70:20

**sentences** 7:11

**separate** 27:9 28:14 32:22 59:6

**series** 63:13

**serves** 44:10,12 52:11

**set** 14:9 52:6 57:15

**sets** 42:3

**seven** 29:4 63:3

**shakes** 6:18

**shareholder** 21:4 23:22

**she** 32:12 35:22, 24 36:4 49:25 52:23 56:8,15,20 57:24 61:5,19,23 62:11,18,25 63:8 65:23 68:9 72:22, 23 73:14 74:6 77:24

**sheet** 29:19 31:3 33:12 65:17

**sheets** 22:8,15,19 26:2,3,17,21 28:13,20 29:6,7,11 31:18 34:17 49:15, 17 59:4

**short** 69:24

**should** 33:16 46:19 75:8,23

**show** 5:20 48:7,10 55:17

**showing** 9:16 63:13 71:17

**shown** 64:23

**shredding** 29:5

**sign** 37:16,19

**signed** 39:12,25 86:19

**signer** 41:7

**signing** 37:12

**since** 6:16 15:3 20:5 25:8

**sitting** 68:3

**six** 50:17 51:6

**social** 28:10 73:9, 18,20

**sold** 29:24 30:24 31:8,11 34:8 47:25 48:5,8,11,22 49:2, 25 67:4 72:5 83:8

**Solutions** 11:15 48:15 71:24 72:2,4

**some** 6:10 11:11, 15 13:22 15:19 31:13 54:18 72:10 73:6

**somebody** 21:23 60:2 68:12

**someone** 21:14 74:6

**something** 70:12, 13,14 73:14

**sometime** 44:6

**sometimes** 29:23 30:7 50:19

**sonogram** 61:4 63:2

**sorry** 10:24 18:19 24:14 48:3 49:4 54:10

**sort** 26:18 73:7

**Spanish** 43:16

**speak** 6:23 10:10, 13

**speaking** 7:3

**specific** 33:17 34:23 46:2 55:23

**specifically** 15:21 28:7 34:12 38:4 49:7,14 59:18 67:6 83:10

**speculation** 8:12

**split** 17:13

**spoke** 69:23

**staff** 54:12

**stage** 46:9

**Staghorn** 5:15

**standard** 31:5

**stands** 34:22

**start** 7:4,6 16:16 21:17 23:3 26:5 29:16 36:14 42:4 44:17 50:8,14 51:15,23 52:2,4,5, 9 55:2 70:5

**started** 44:5 51:19 60:2

**Starting** 13:11

**state** 5:6,10,13 56:3 58:11 62:14 86:4

**stated** 46:2

**stenographer** 7:2,12

**Stidhum** 56:5 61:4 65:5,16 67:7 68:6 70:3 80:8,17 83:11

**Stidhum's** 80:2

**still** 8:2 27:14 33:21 53:5 61:19, 24 62:11 69:16

**stock** 55:15

**stop** 7:5 16:7

**store** 16:15 20:17

**structure** 30:19 33:5,11 42:4

**stub** 11:16 59:15 64:21

**stubs** 79:11

**subject** 6:13 77:3

**subjecting** 46:16

**submit** 22:9,21 79:8,15,20

**submitted** 22:17

**submitting** 47:4

**subscribed** 86:19

**subscription** 71:3

**successor** 35:24

**such** 56:2 79:11

**sufficient** 76:12, 17 83:18,25

**Sundays** 50:21 51:7

**sure** 12:13,15 34:10 38:23 62:20 69:15 73:19

**Susan** 35:19

**switched** 41:25

**sworn** 5:5

**system** 48:13,14, 18,20 67:15,18 68:7,16

---

**T**

**take** 6:17 7:2,15 54:8 59:11 66:12, 13 75:4 79:8

**taken** 8:16 32:4 66:21 75:10 86:9

**takes** 79:2

**taking** 8:23

**talked** 33:20 79:18

**talking** 26:13 34:12,25 59:17,18

**tallied** 31:10 52:21,23

**tally** 22:9 30:23 31:3,6 33:14 35:6

**tax** 15:19 18:3

**TD** 45:2

**team** 25:17

**tell** 8:6,8,16,19 11:3 14:22 31:22 59:13,25 64:9,12, 15,18,20,22 65:2 71:24 73:24 77:7

**tells** 8:2 60:3

**terminated** 57:24

**termination** 66:5

**terms** 51:9

**testified** 5:7

**testifying** 8:20,25 9:6

**testimony** 18:12

86:9,12

**text** 11:14 69:14, 17,25

**texter** 73:18

**than** 10:20 23:9

**Thank** 32:9 47:10 67:13 80:25

**Thanksgiving** 74:13

**Thanwalla** 12:5 38:14 42:13 64:25

**that's** 11:7 59:23 70:12 73:23

**That's** 5:23

**their** 26:17 28:10 30:11 31:4 52:6 53:8 58:23,25 59:2 79:4

**them** 26:7 27:7,14 44:13 49:19 59:5 70:13 73:20 79:2, 16

**then** 7:13 22:8,9 26:6 29:17 30:25 31:11 44:20 60:3 70:6,16,22 79:13, 15

**there** 7:18 12:7,16 17:15 21:9,12,24 27:9,25 28:3 29:2 30:8,9,19 31:21 33:5,21 37:18 40:5 41:25 43:14,15,19 52:16 54:9 55:18 57:13,14,15 59:2, 6,7,8 60:5 62:5 64:19 67:24 68:4,5 72:7 74:20 77:25 79:10

**Therefore** 7:4 8:12

**these** 45:20

**they** 15:11 20:19 21:22 22:15,16,18, 21 27:10 28:12 29:23 30:7 31:21, 22 32:21,22 33:10, 21 35:16 40:5,20 41:25 43:6 44:4,13 45:9 50:20 59:3,4,

11,12 70:14 72:10, 24 78:24,25 79:3, 5,15

**thing** 22:14 36:21 72:24 76:3

**things** 60:23

**think** 16:9 27:14 29:2 41:21 42:23 44:21 46:25 73:6 74:3

**third** 31:12

**those** 12:17 18:13 22:18,21 25:10 67:12 69:16,22

**thought** 24:12 32:12,17 54:10

**through** 68:2 70:19

**throughout** 21:24 54:17

**throw** 27:16

**thus** 43:14

**Tiffany** 5:18 32:2

**time** 7:3,23 10:8 14:15 16:20 17:13, 25 20:7 29:21 33:6 35:10,13 40:17,23 41:2 42:6 43:25 51:15,19,20,21,23, 24 52:3,5,9 54:5,7 55:12 57:14 59:9 61:17 65:5,23 68:5 74:7 75:4 78:23 80:14,18 81:2

**times** 67:24

**timing** 62:10

**title** 72:23

**today** 8:11 9:2,7, 17 11:2 18:9 77:8

**today's** 10:11 11:10 49:6,17

**together** 54:15

**told** 62:18 76:20

**top** 17:5 42:23 48:2 56:17 57:10 60:2

**total** 22:16 72:10

**tough** 47:21

**track** 57:9

**trailer** 43:9 44:11

**train** 68:14

**transactions** 45:10

**transcript** 86:8, 10

**transmit** 22:18,22

**treasurer** 38:5

**trip** 74:19

**Troy** 5:18,24 18:20 20:12 32:3, 6,10 38:23 45:25 46:21 47:9 53:10, 22 58:13 65:14 66:8,11,18,23 71:21 75:3,12 76:10 77:22 80:23 82:3 83:5,17,24

**true** 86:11,13

**truth** 8:16,19,25 9:6

**truthfully** 8:25 9:7

**try** 26:18 69:22

**turn** 27:23 28:5 31:16 52:8

**two** 20:3 28:16 33:20 50:18 53:8, 11 58:19 59:6

**type** 11:12 26:19 48:18 59:13

**typical** 28:7

## U

**unable** 65:2,11

**under** 9:4 21:10 86:9

**understand** 6:14, 20 7:21 8:3,5,9,15, 18 18:12

**understated** 72:4

**unless** 7:25 47:6

**unlikely** 68:13

**unplug** 77:11

**until** 7:7 20:18 32:5 42:2,22 66:22 67:9 75:11 80:19 83:14

**up** 17:13 20:17 22:9 30:23 31:4,6, 10 40:5,20 44:4 50:5 52:7,21,23 66:14 73:22

**upon** 34:8

**use** 7:16 69:2 71:2 73:9

**used** 50:17 68:20, 22 73:4

**uses** 73:22

**usually** 17:13 50:16 55:22 70:12 79:5

## V

**Vague** 33:9 49:24

**varies** 54:7

**variety** 55:21

**vehicle** 21:23 48:23 79:3

**vehicles** 48:21 50:2

**verbal** 6:18

**verifications** 79:11

**very** 46:2 55:19 56:16

**veteran** 59:24

**Vice** 36:15

**VIN** 11:15 29:22 48:15 71:23 72:2,3

**virtual** 10:14 11:21

## W

**wage** 43:13,15 59:16

**wait** 79:16 80:14, 17

**walk** 44:19

**walked** 80:13

**walking** 78:17

**wall** 43:9 44:11

**want** 66:12,13

**wanted** 10:8 20:18 55:22 59:12

**wasn't** 40:4

**water** 7:16

**way** 28:3 70:6

**we're** 63:25 65:9 75:12

**website** 71:11

**week** 16:13,19,25 17:15,22 31:23 33:18 50:18 51:6 52:24 60:6 63:3,16 64:2

**weekend** 54:9

**weekly** 29:8,12 35:14 37:12 42:15 60:9

**weeks** 75:2

**well** 18:3,11 22:4 27:2 44:22 59:16 66:4 70:25 78:24

**went** 11:5 74:21

**were** 8:20 10:5 12:2,7,16 16:20,23 17:4,15 19:21 20:21 21:9 22:24 24:12,22 27:4,19 28:22 32:14 33:6 34:25 36:13 40:18 42:11 43:19 45:21 47:25 48:7,21 49:2 54:11 57:12 59:6, 17 60:5,6 61:3 65:3,4,13 67:23,24 69:11,25 76:20 79:25 80:5,16

**Westbury** 13:16

**what** 6:9 10:25 11:12,16 12:13 13:20 14:11,22

15:13,16,20,21 16:7 18:6 20:9 23:21 24:4,9,15 26:13,19 28:7 29:13 30:10,12 31:24 32:14,24 33:13,17 34:20,22 35:2,3 36:13 37:2, 10 38:2 41:11 42:18,23,25 43:10 44:16 46:24 48:4, 10,18 49:25 50:11, 12 51:9,18,20 52:9 53:4 56:15 59:13 60:19,24 63:19 64:3,7,23 68:22 69:4 70:16 71:8,18 72:10,20 73:5 77:23 78:21

**whatnot** 31:24 59:5

**Whatsapp** 73:10, 21

**when** 6:23 10:22 16:20 19:2 20:7, 23,24 26:12 30:22 31:6 36:4 40:5,6, 20 41:2,24 43:24, 25 44:5 49:11 50:13 51:15 61:4, 10,18 62:5 63:8 67:24 68:5 69:8,10 74:9,18 76:20 79:18

**whenever** 59:12

**where** 9:24 13:12 21:5 43:7 44:8 56:18 70:14 79:20

**whether** 31:12 40:16,17 74:5 80:12

**which** 11:25 12:9 16:2,15 17:3 19:7 21:16 22:10 44:24 45:12 64:20 65:2 76:4,5

**while** 21:7 33:6 57:23 62:10 69:11

**who** 13:25 16:10 17:7 21:14 25:2 31:23 39:12 40:3, 9,12 41:7,19 42:3 45:15 47:12 50:23

52:16 55:23 57:2, 19 58:6 59:24 60:6 62:7,17,18 63:16 65:22 67:17 69:23 72:19 75:16,23 76:6

**Whoever** 27:10

**whom** 10:13 64:19

**whose** 24:10 57:20 73:3

**why** 10:2 62:21 69:19

**with** 9:11 10:10, 13,14 11:4,21 15:13 21:3,14 23:20 24:13 25:3 26:15,20 28:17 29:19 31:23 32:20 35:18,21 36:10,23 37:23 38:10 40:16 41:3 46:3 50:6,7, 18 51:6,18,21,23 56:4,7 57:18 60:4, 13,16 64:14,16 65:12 66:2 67:14 69:13 70:2,11 71:5,25 72:11 73:2,11 76:5,24,25 78:12,18,23,25 80:7,12

**withdraw** 45:16 47:13

**within** 13:18 24:18 25:10 36:17, 22 37:14 44:9

**without** 40:14 41:5 48:3 49:3 53:9,21 55:3,8 60:7,11 76:8

**witness** 5:4,20,22 18:10 45:22 46:12, 16 65:10 73:16 77:20 82:2

**witness's** 65:11

**work** 14:7 17:10, 11,16 19:10 20:4,8 50:16 54:4,6 55:11 56:14 70:6,24 73:4

**worked** 14:14,15, 20 15:2 16:24 35:16 57:19 63:3

**working** 14:12,23 16:7 17:22 21:7,10 33:6 36:5 44:6 50:8,11 54:21 55:6 56:11 67:23

**workload** 17:14

**would** 17:10,11, 16,22,25 19:10,23 22:2,5,6,8,9,15,16, 18,21 25:8,16 26:7,16,20,24 28:7,11,16 29:12, 20,21,25 30:4,6,7, 10,16,22,23 31:3, 6,7,11,22 32:21 33:13 35:2,3 37:11 48:4,7,10 49:21 50:5,16,18 52:16, 22 54:9,21 55:6, 16,23 57:14 58:23, 24 59:2 65:6 67:8, 24 68:6,13,17 71:13 72:25 75:22 79:19 83:13

**wouldn't** 39:22 40:4,14,24 41:5 43:4 45:6 48:2 49:3 51:17 55:3,8 56:22 57:10,17 60:11,22 68:11 71:15

**write** 30:7 32:21

**writing** 66:7 67:12

**written** 30:9 66:3

---

## Y

**year** 14:11,22 16:7 21:25 43:2,15 44:16 50:2,12 75:23 76:4

**Year's** 74:16

**years** 13:9,18 29:4 43:6 54:17,18

**yes** 6:15 7:22 8:4, 10,17,22 9:14,20 10:12,17 11:11,14 12:4 13:10,24 14:17 16:18,21 17:2,19,24 18:25 19:17,20 20:25 22:25 24:25 25:8,

21,24 27:3,7,10 28:21 30:18 31:9 32:3 34:4,5,15 35:20 36:3,9,12,25 37:25 39:5,11,21 43:20 49:12 50:10 51:12 53:3 54:14 56:6 60:15 67:16 69:3 72:18 78:20 79:22

**yesterday** 11:22 25:2

**York** 5:6 13:16 15:8,12 86:4

**your** 5:10,13,20 6:19 7:12,20,23,25 8:18 9:12,18,24 10:2,9,16 11:2,4 12:19 13:20,25 15:13,16 16:13 18:6,12 19:18 24:20 28:22 31:16 32:10 33:19 34:9 35:24 36:7 42:18 43:22 46:6,12,16 53:24 55:14 56:20 59:8 63:5 67:17 68:9,19 69:4 70:16,19 71:8,12 76:21 77:2,6,14,15 78:10,11

**yours** 36:8

**yourself** 23:9 52:14 55:10 62:7

---

## Z

**Z-H-I-V-O** 35:19

**Zhivo** 35:19

**Zoom** 25:3