1     UNITED STATES DISTRICT COURT

**COPY**

2     EASTERN DISTRICT OF NEW YORK

3     -----------------------------------------X

4     LETICIA FRANCINE STIDHUM,

5                          Plaintiff,

6        -against-            CASE: 21-CV-07163

7     161-10 HILLSIDE AUTO AVE, LLC d/b/a HILLSIDE
       AUTO OUTLET, and HILLSIDE AUTO MALL INC
8     d/b/a HILLSIDE AUTO MALL, ISHAQUE THANWALLA,
       JORY BARON, RONALD M. BARON and ANDRIS GUZMAN,

9

10                        Defendants.

11    -----------------------------------------X

12                   February 24, 2023

13                    10:00 A.M.

14

15      VIRTUAL EXAMINATION BEFORE TRIAL of

16    ISHAQUE THANWALLA, via Zoom, a Defendant

17    herein, held at the above-mentioned time and

18    taken before Lynn Luckman, a Notary Public

19    and Shorthand Reporter within and for the

20    State of New York.

21

22

23           SANDY SAUNDERS REPORTING
         254 South Main Street, Suite 216
24         New City, New York 10956
           (845) 634-7561

25

```
 1          A P P E A R A N C E S:

 2

 3

 4          TROY LAW, PLLC

 5          Attorneys for the Plaintiff

 6          41-25 Kissena Boulevard, Suite 103

 7          Flushing, NY 13555

 8          BY: Tiffany Troy, Esq.

 9

10          MILMAN LABUDA LAW GROUP, PLLC

11          3000 Marcus Avenue, Suite 3W8

12          Lake Success, NY 11042-1073

13          BY: Emanuel Kataev, Esq

14          emanuel@millaborlaw.com

15

16

17

18

19

20

21

22

23

24

25
```

1        FEDERAL STIPULATIONS

2

3             IT IS HEREBY STIPULATED AND AGREED by

4     and between counsel for the respective parties

5     hereto that all objections except as to the

6     form shall be reserved to the time of trial.

7             IT IS FURTHER STIPULATED AND AGREED

8     that the sealing and filing of this deposition

9     shall be hereby waived.

10             IT IS FURTHER STIPULATED AND AGREED

11     that this examination may be sworn to by the

12     witness being examined before a notary public

13     other than the notary public before whom

14     examination was begun examination was begun.

15

16

17

18

19

20

21

22

23

24

25

1        Ishaque Thanwalla

2                BY THE COURT REPORTER:

3            The attorneys participating

4            in this deposition

5            acknowledge that I am not

6            physically present in the

7            deposition room and that I

8            will be reporting this

9            deposition remotely.  They

10           further acknowledge that, in

11           lieu of an oath administered

12           in person, I will administer

13           the oath remotely.  The

14           parties and their counsel

15           consent to this arrangement

16           and waive any objections to

17           this manner of reporting.

18                MS. TROY:  I consent

19                MR. KATAEV: I consent.

20

21

22            *    *    *

23

24

25

1              Ishaque Thanwalla

2              I-S-H-A-Q-U-E T-H-A-N-W-A-L-L-A,

3      a Defendant herein, after having been

4      duly sworn by a Notary Public of the

5      State of New York, was examined and

6      testified as follows:

7

8      BY THE REPORTER:

9              Q.  Please state your full name

10     for the record.

11             A.  Ishaque Thanwalla.

12             Q.  Please state your present

13     address for the record.

14             A.  Business address:  161-10

15     Hillside Avenue Jamaica, New York 11432.

16     Home address:  7 Poplar Court, Great

17     Neck, New York 11024.

18                  THE COURT REPORTER:

19                  Counsel, Mr. Kataev, will you

20                  be purchasing a copy of this

21                  transcript?

22                  MR. KATAEV:  I will let

23                  you know.  I will speak to my

24                  client.

25                  MS. TROY:  Let's deem

```
1                         Ishaque Thanwalla
2                              marked Plaintiff's Exhibit 1.
3                              (Plaintiff's Exhibit 1 deemed
4                              marked for identification).
5    EXAMINATION BY
6    TIFFANY TROY:
7                    Q.  Mr. Thanwalla, was that your
8    business address or your home address?
9                    A.  That is my business address.
10                   Q.  Can you state your residence for
11   me as well?
12                   A.  7 Poplar Court, Great Neck, New
13   York 11024.
14       Welcome today.
15                   Q.  Thank you for welcoming me
16   today.  Have you ever been part of a
17   deposition before?
18                        MR. KATAEV:  Objection to
19                        the form.  You can answer.
20                   A.  Yes.
21                   Q.  Do you know what a deposition
22   is?
23                   A.  A deposition is when you ask
24   questions and I answer the questions.
25                   Q.  Correct.  When was the last time
```

```
 1                    Ishaque Thanwalla
 2        that you had a deposition; you just
 3        mentioned that you participated in a
 4        deposition before?
 5                        MR. KATAEV:  Objection to
 6                    the form.  You can answer.
 7                    A.  That was over 15 years ago.
 8                    Q.  Do you recall for what?
 9                    A.  Not really, I can't recall.
10                    Q.  Were you a party to a civil
11        action or was that something else?
12                    A.  I don't understand that
13        question.  What do you mean by ''civil
14        action?''  I don't understand the law.
15                    Q.  By that, I mean was there a
16        plaintiff bringing an action against the
17        defendant, and if you were either a
18        plaintiff or a defendant in a civil action
19        as opposed to a criminal matter.
20                        MR. KATAEV:  Objection to
21                    the form.
22                    Q.  Do you recall what the lawsuit
23        was about?
24                    A.  I can't, it was so long ago.
25                    Q.  Since that is the case, I'm
```

                    Ishaque Thanwalla

1

2     going to briefly explain what a deposition

3     is and lay some ground rules going forward.

4                    A.   Okay.

5                    Q.   First, this deposition is for me

6     to ask you questions and for you to answer

7     my questions about the subject matter of

8     that lawsuit.  There is a separate action

9     covering the wage and hours, and today we're

10    only going to focus mostly on the pregnancy

11    discrimination lawsuit; do you understand

12    that?

13                   A.   Yes, I understand.

14                   Q.   Since the court reporter has to

15    take down everything that you say, I ask

16    that you give only verbal responses, so no

17    shaking or nodding or any hand motions, no

18    gestures; do you understand that?

19                   A.   I represent to you that I have a

20    habit, and I may do it as this is just a

21    habit, but, I might shake my head back and

22    forth. (Indicating).

23                   Q.   That is not a problem as long as

24    there is a verbal response together with the

25    shaking or nodding of your head; there is no

```
1                    Ishaque Thanwalla
2         problem.
3                    A.  Okay.
4                    Q.  For the same reason, please
5         speak loudly and clearly when you answer a
6         question; do you understand?
7                    A.  Yes.
8                    Q.  The stenographer can only write
9         one person down speaking at a time.
10        Therefore, please do not start to answer a
11        question of mine before I finish asking that
12        question; likewise, I will not start a new
13        question until you have finished answering
14        my last question; do you understand?
15                   A.  Yes.
16                   Q.  If you need to take a break, for
17        example to get a drink of water or to use
18        the restroom, please let me know and I will
19        call for a recess; do you understand?
20                   A.  Yes.
21                   Q.  However, there can be no break
22        between one of my questions and your answer
23        to that question; do you understand that?
24                   A.  I don't understand the question.
25                   Q.  Let me repeat it.  Even if you
```

Ishaque Thanwalla

1                                    Ishaque Thanwalla

2    are taking a break at any time, there is an

3    assumption that you will not be calling for

4    a break between one of my questions and

5    before you answer that question; do you

6    understand that?

7                A.  I understand -- you mean if I

8    ask to take a break and there is a question,

9    that I have to complete an answer before I

10    ask for that break?

11                Q.  Correct.

12                A.  Right, correct.

13                Q.  From time to time your attorney

14    may make objections to my question.

15    Generally, unless your attorney tells you

16    not to answer, you will still have to

17    respond; do you understand?

18                A.  Not really.  That's why I have

19    an attorney.

20                Q.  Let me backtrack for a second.

21    From time to time as we are going along in

22    the deposition, your attorney may make some

23    objections to my questions saying

24    ``objection'' for blah blah blah reasons.''

25                A.  Right.

```
 1                    Ishaque Thanwalla

 2              Q.  Generally unless your attorney

 3      directs you not to answer, you still need to

 4      respond; do you understand that instruction?

 5              A.  Not to answer?  What's the

 6      reason for him telling me not to answer a

 7      question?

 8                    MR. KATAEV:  She is saying

 9                    that if I tell you not to

10                    answer, then we will deal

11                    with that later.

12                    THE WITNESS:  Yes.

13              Q.  Do you understand?

14              A.  Yes.

15              Q.  If you don't understand a

16      question, tell me and I will rephrase it so

17      that you can; do you understand that?

18              A.  Yes.

19              Q.  If you do not hear a question,

20      tell me and I will repeat it so that you

21      can; do you understand?

22              A.  Yes.

23              Q.  We are here together for facts

24      and not speculation.  If you don't know the

25      answer to a question, say so; do you
```

```
 1                      Ishaque Thanwalla
 2          understand that?
 3                      A.  Yes.
 4                      Q.  Before the deposition, you
 5          mentioned that a deposition took place 15
 6          years ago.  Were you ever deposed at any
 7          other time?
 8                      A.  No.
 9                      Q.  Do you understand that you have
10          taken an oath to tell the truth?
11                      A.  Yes.
12                      Q.  Do you understand that your oath
13          to tell the truth carries the same force and
14          effect as if you are testifying in Court
15          before a Judge?
16                      A.  Yes.
17                      Q.  Are you currently taking any
18          medications that could prevent you from
19          recalling the truth or testifying truthfully
20          today?
21                      A.  Not to my knowledge.  I do take
22          a Sudafed for my sinuses.
23                      Q.  To your knowledge, it would not
24          affect your ability to tell the truth or
25          recall truthfully?
```

Ishaque Thanwalla

    A.  Best of my ability, I don't think so, I don't think it's going to affect.

            MS. TROY:  Please zoom in
                a little bit for the court
                reporter.
            THE WITNESS:  Okay.
            MR. KATAEV:  Let the
                record reflect that the
                plaintiff is present
                virtually.

    Q.  Mr. Thanwalla, are you currently under any physical or emotional condition that could prevent you from recalling the truth or testifying truthfully today?

    A.  No.

    Q.  Do you have a cell phone on or near you?

    A.  Yes.

    Q.  Do you agree that during this deposition today, except during the break, you will not be using your cell phone?

    A.  Yes.  That's why I just turned it off.

                           Ishaque Thanwalla

1

2          Q.  Do you understand that except

3    for the documents that I will be showing you

4    on the Zoom screen today, that you will not

5    be reviewing any other documents?

6          A.  I will not be reviewing any

7    other documents.  The only ones are the

8    documents that you provide, is that what you

9    are saying?

10         Q.  Correct.

11         A.  Okay.

12         Q.  I see that you have a notepad on

13   the desk.  I ask that during the pendency of

14   this deposition that you do not use that

15   notepad.

16                 MR. KATAEV:  It was just

17             there, we are moving it.

18             (Indicating)

19         A.  Yes.

20         Q.  During this deposition, to make

21   things easier for ourselves, I'm going to be

22   referring to the company 161-10 Hillside

23   Auto Avenue, LLC, which is doing business as

24   Hillside Auto Outlet as Hillside Auto

25   Outlet; do you understand that?

```
 1                    Ishaque Thanwalla
 2                    A.  Yes.
 3                    Q.  In the same vein, I'm going to
 4       be referring to the corporate defendant
 5       Hillside Auto Mall Inc., which is doing
 6       business as Hillside Auto Mall; do you
 7       understand that?
 8                    A.  Yes.
 9                    Q.  Do you own the residence that
10       you gave at the beginning of this
11       deposition?
12                         MR. KATAEV:  Objection as
13                    to relevancy. You can answer.
14                    A.  No.
15                    Q.  Have you lived anywhere else
16       within the past five years?
17                    A.  Yes.
18                    Q.  Starting from the most recent,
19       where have you lived besides the residence
20       that you gave at the beginning of this
21       deposition?
22                    A.  In Bayside.
23                    Q.  Prior to that, was that over 10
24       years?
25                         MR. KATAEV:  Objection as
```

```
 1                      Ishaque Thanwalla
 2                         to relevancy on that
 3                         question.  The witness can
 4                         answer.
 5                  Q.  Do you know?
 6                  A.  (No response)
 7                  Q.  Do you have the Bayside address?
 8                  A.  Correct.
 9                  Q.  Can you give that to me?
10                  A.  1578 Waters Edge Drive,
11       Apartment 1, Bayside, NY 11360.
12                  Q.  What is your highest level of
13       education?
14                  A.  High school.
15                  Q.  What school did you attend?
16                  A.  Baf.  B-A-F High school
17                  Q.  Was that in the United States?
18                  A.  No.
19                  Q.  Where did you attend that high
20       school?
21                  A.  That was in my country, which
22       was Pakistan that I was born in.
23                  Q.  What year did you come to the
24       United States?
25                  A.  I would say in the 80s, early
```

```
 1                     Ishaque Thanwalla
 2          80s, but I can't recall the year.
 3                     Q.  Are you familiar with the
 4          Hillside Auto Outlet?
 5                          MR. KATAEV:  Objection to
 6                          the form.  You can answer.
 7                     A.  Yes.
 8                     Q.  How are you familiar with that
 9          company?
10                     A.  I run the place and I own 25
11          percentage in that company.
12                     Q.  Since when have you run the
13          place?
14                     A.  From the day we started.
15                     Q.  What year?
16                     A.  It was -- I can't -- I would say
17          2018, if I'm not wrong.
18                     Q.  You mentioned that you owned
19          shares in the company, what percentage did
20          you own?
21                     Q.  What was the question again?
22                          MS. TROY:  Ms. Court
23                          reporter, can you please read
24                          back the last question?
25                          (The reporter read back the
```

```
 1                    Ishaque Thanwalla

 2                         last question)

 3                    A.  I own 25 percent.

 4                    Q.  Besides that, did that

 5     percentage ever change?

 6                    A.  I don't understand your

 7     question.

 8                    Q.  Did that 25 percent, was that

 9     the same percent from 2018 to the present

10     day?

11                    A.  Yes.

12                    Q.  Who else owns shares of Hillside

13     Auto Outlet?

14                    A.  It is Jory, Josh and David.

15                    Q.  By Josh, do you mean Josh

16     Aaronson.

17                    A.  Yes.

18                    Q.  By Jory, do you mean Jory Baron?

19                    A.  Yes.

20                    Q.  By David, do you mean David

21     Baron?

22                    A.  Yes.

23                    Q.  When did David Baron pass away?

24                    A.  I think it was two years ago.

25                         MR. KATAEV:  Objection.
```

1          Ishaque Thanwalla

2                    You are talking about facts

3                    not in evidence, but he

4                    answered.

5                         THE COURT REPORTER:  A lot

6                    of times I even asked him he

7                    said it's fine, I asked him

8                    ''do you want me to put in the

9                    objection before he answers

10                   or after he answers'' and he

11                   kept saying leave it alone.

12                   So, he objects after the

13                   question it answered.

14              Q.  What percentage did Jory Baron

15      own in Hillside Auto Outlet?

16                        MR. KATAEV:  Objection to

17                   the form.  You can answer.

18              A.  Twenty five percent.

19              Q.  How about Josh Aaronson?

20                        MR. KATAEV:  Same

21                   objection.  You can answer.

22              A.  Twenty five percent.

23              Q.  David Baron own the remaining 25

24      percent; is that correct?

25              A.  Yes.

```
 1                    Ishaque Thanwalla
 2                    Q.  Was that the same from the start
 3       of the company from 2018 to the present day?
 4                    A.  Didn't you already ask me that
 5       and I answered?
 6                         MR. KATAEV:  Objection as
 7                         to asked and answered. You
 8                         may answer again.
 9                    A.  Yes.
10                    Q.  Specifically, I mean just not
11       your own shares, but the other people's
12       shares also represented 25 percent from 2018
13       to the present day; is that correct?
14                    A.  Yes.
15                    Q.  Are you currently employed?
16                    A.  Well, what exactly do you mean,
17       do you mean if I own shares of my company
18       and I run the company?
19                    Q.  I mean --
20                    A.  So, what exactly do you mean,
21       define employed.  I am running my own
22       company that I own 25 percent of, is that
23       what you are referring to?
24                         MS. TROY:  I will rephrase
25                         the last question.
```

Ishaque Thanwalla

1
2          A.   Please.
3          Q.   Besides Hillside Auto Outlet, do
4     you currently run any other company?
5          A.   No.
6          Q.   Are you familiar with a company
7     Hillside Auto Mall?
8          A.   I am.  Oh, what was the question
9     again?  Am I aware of a company called
10    Hillside Auto Mall?
11         Q.   Familiar.
12         A.   Yes, I am familiar with it.
13         Q.   How are you familiar with it?
14         A.   The way I am familiar with that
15    is my partners may have a shareholder on
16    that company.
17         Q.   By that, do you mean Ronald
18    Baron, Josh Aaronson and Raymond Phelan.  P-
19    H-E-L-A-N?
20         A.   Yes, possibly.
21              MR. KATAEV:  Objection to
22                  the form of that question.
23         Q.   Do you have the address for
24    Hillside Auto Mall?
25         A.   The Mall?  I can't remember

```
 1                    Ishaque Thanwalla
 2         their address.
 3                    Q.  How about do you know how far it
 4         is from Hillside Auto Outlet?
 5                         MR. KATAEV:  Objection to
 6                         the form as to relevancy, you
 7                         can answer.
 8                    A.  Approximately 10 or 11 blocks.
 9                    Q.  Are you familiar with Shylet S-
10         H-Y-L-E-T Motors?
11                    A.  Yes.
12                    Q.  How are you familiar with them?
13                    A.  Yes, they are across the street
14         from me.
15                    Q.  ''By me'' do you mean Hillside
16         Auto Outlet; correct?
17                    A.  Yes.
18                    Q.  How about Gateway Car
19         Dealership?
20                    A.  They are on the -- they're close
21         to Hillside Auto Mall.
22                    Q.  How about Best Auto Outlet?
23                    A.  I'm confused with these
24         questions and why you are asking --
25                    Q.  Please don't, please just answer
```

Ishaque Thanwalla

1

2    my questions, don't question my question.

3                    MR. KATAEV:  Objection as

4                to relevancy.  You can answer

5                the question.

6            A.  Best Auto Outlet is I think in

7    Suffolk County.

8            Q.  Did Hillside Auto Outlet

9    employees, meaning the car salespeople ever

10   sell cars from nearby auto outlets or

11   dealerships?

12           A.  Can you clarify that question?

13           Q.  The question is a yes or no

14   question.  My question is: have Hillside

15   Auto Outlet car salespeople ever sold cars

16   from other dealerships during their

17   employment with Hillside Auto Outlet?

18           A.  In our business, yes, you

19   mentioned a lot of dealerships names.  So,

20   the customer, so if a customer comes to us

21   and we don't have a car in our stock, so we

22   look at the sales, we look at anywhere if

23   they have a car available, and we call them

24   and request them and we can buy their car to

25   sell to our client.  Does that answer your

```
 1                    Ishaque Thanwalla
 2      question?
 3                    Q.  To your knowledge, do any of
 4      your partners own shares in Shylet Motors?
 5                    A.  Not that I know of.
 6                    Q.  How about Gateway Car
 7      Dealership?
 8                    A.  Not that I know of.
 9                    Q.  Have you ever spoken with
10      Hillside Auto Outlet employees concerning
11      where they should take the customers if the
12      customers did not like any cars in the lots
13      of Hillside Auto Outlet?
14                    A.  Are you asking me -- let me
15      understand this question correctly.  Did I
16      ask if a car is not in stock, if we can go
17      to the car dealer across the street, did I
18      ask my salespeople to show them a car, is
19      that what you are asking?
20                         MS. TROY:  You can answer
21                         my question first based on
22                         your understanding and then I
23                         will follow-up with more
24                         questions.
25                    A.  That's what my understanding is,
```

```
 1                    Ishaque Thanwalla
 2          that's what you are asking me, and I don't
 3          know the right way or the wrong way to
 4          answer the question.
 5                    Q.  Again, I'm asking you to answer
 6          the questions based on your understanding of
 7          the question.
 8                    A.  This is my understanding --
 9                         MR. KATAEV:  Let me just
10                    say this to help both of you
11                    out.  You have to answer the
12                    question, you cannot ask her
13                    questions. But, if in your
14                    question it is based on your
15                    understanding --
16                         THE WITNESS:  My
17                    understanding is that she's
18                    mentioning if I don't have a
19                    car, my salespeople can go
20                    across the street and bring
21                    the car to my lot and then
22                    sell it?  Is that right?
23                    Q.  Have you ever told any Hillside
24          Auto Outlet employees that you better not
25          sell the car from the other dealerships,
```

```
 1                    Ishaque Thanwalla
 2        mostly you should do so and sell the car
 3        from Hillside Auto Mall?
 4                    A.  Are you saying don't sell anyone
 5        the car from the dealership across the
 6        street but Hillside Auto Mall, is that what
 7        you are asking me?
 8                    Q.  Yes.
 9                    A.  No.  Why would I hurt my own
10        sales?
11                    Q.  Have you ever informed them
12        because Hillside Auto Mall is owned in part
13        by your partners, Hillside Auto Outlet, they
14        did not have the cars available that you
15        preferred, your preference was for them to
16        go to the Hillside Auto Mall?
17                    A.  No.  We look for the inventory
18        wherever it's available and that's why we
19        sell the cars.  That is we pick up the car
20        and bring the car and sell it on our lot.
21                    Q.  Have you ever told Hillside Auto
22        employees, Hillside Outlet Auto employees,
23        that you have a preference for them to sell
24        cars if a car is not available at Hillside
25        Auto Outlet for them to go to Hillside Auto
```

```
 1                    Ishaque Thanwalla
 2      Mall?
 3                        MR. KATAEV:  Objection to
 4                   the form. Asked and answered,
 5                   you can answer again.
 6                   A.  No.
 7                   Q.  What are your responsibilities
 8      as the owner, part-owner of Hillside Auto
 9      Outlet?
10                   A.  My title is general manager.
11      That consists of a lot of responsibilities:
12      hiring the employees, firing the employees,
13      making sure that the deals are done the
14      right way, making sure that the deals are
15      funded, making sure it is running smoothly,
16      the operations are running smoothly, making
17      sure the inventory is serviced, making sure
18      everything with the DMV is done correctly
19      and on time.  If it's not done correctly and
20      on time, I have to make sure that I have to
21      discipline the people who are in that
22      department.
23                   I have to look into every department
24      and make sure everything is running smoothly
25      and in a timely fashion where it does not
```

```
 1                      Ishaque Thanwalla
 2          affect the business licenses and compliance
 3          as well.
 4                      Q.  You mentioned that part of your
 5          responsibilities were to hire employees.  Do
 6          you recall hiring Leticia Stidhum?
 7                      A.  Yes, very well.
 8                      Q.  Can you describe what the hiring
 9          process was like?
10                      A.  She came for an interview and
11          she sent a resume to Craig's list, if I can
12          recall that and she came in and interviewed
13          with me.  I like to give people an
14          opportunity when anyone walks in, if it's a
15          candidate that is intelligent enough to hold
16          a conversation right away, and then I hire
17          them.
18                      Q.  Do you recall when you hired
19          her, the date?
20                      A.  I can't recall that.
21                      Q.  During that conversation, during
22          that hiring process that you just described,
23          did you tell her what her pay was going to
24          be?
25                      A.  Yes, well, yes.  She is a
```

```
 1                      Ishaque Thanwalla
 2        commission salesperson and her compensation
 3        consisted of approximately $300 a week
 4        salary, plus $150 commission, plus bonus,
 5        also, if there was any individual car that
 6        had a bonus.  We have many bonuses, we have
 7        weekly bonuses, we have daily bonuses,
 8        certain cars, it's old age and we have a
 9        bonus.
10                 Q.  To clarify, when you said plus
11        $150 commission, is that $150 per car
12        commission?
13                 A.  It's called a flat commission
14        rate, yes.  Plus the salary, plus the
15        bonuses if there are any changes.
16                 Q.  Can you describe for me what the
17        differences are between the monthly, weekly,
18        and daily bonuses?
19                 A.  Okay, very simple.  Let's take
20        one step at a time.  So, you have a salary
21        as a side salary, correct?  If they sell a
22        car, they have $150 flat commission, and
23        let's putting that aside for a second.
24             Now, let me explain what the bonuses
25        are, so certain cars are old age, and as an
```

                        Ishaque Thanwalla

1
2       example, in this industry, if we have a car

3       for over 60 days we like to get rid of it as

4       fast as possible because it is costing us

5       and it is depreciating, the money is

6       depreciating. So, we may add another $20 or

7       $25 as a bonus.

8            Sometimes the car is 90 days old, it's a

9       90-day old unit, and we may put $50 or even

10      5 percent additional commission on that,

11      depending on the day.

12                   Q.   Specifically, when we were

13      talking about Leticia, what was the bonuses

14      that were promised to her?

15                        MR. KATAEV:   Objection to

16                   the form. You can answer.

17                   A.   There is no promises to begin

18      with, only thing we would tell you our

19      bonuses, our bonus structure changes daily,

20      weekly, and monthly.   So, whatever was in

21      that week, that is the bonus that she got.

22      If there's a 5 percent or $25 additional or

23      $50 additional, or maybe $500.   I can't

24      answer that question 100 percent.   To the

25      best of my ability, I have given you the

Ishaque Thanwalla

1

2   complete structure.  It could be 5 percent,

3   25 percent, it could be $5 -- I'm sorry, it

4   could be $50.  Maybe a bigger bonus for that

5   week based on the day, based on the time.

6   Every day they have new bonuses, not exactly

7   every day, but let's say on a Saturday just

8   to give you an example, you sell three cars

9   and deliver those cars.  You get additional

10  $100 bonus.  So, which we provide bonuses or

11  we will say ''it's three cars,'' and we're

12  going to ''give you additional 5 percent.''

13  It all depends.

14          Q.  So, let's break down the

15  conversation that happened during hiring;

16  did you talk at all about the schedule,

17  meaning the work schedule that Leticia would

18  be given as a commission salesperson?

19          A.  Yes.  She was to get a 40-hour

20  schedule.

21          Q.  Can you tell me what that

22  schedule is?

23          A.  How can I tell you?  I don't

24  have a schedule in front of me.

25          Q.  Did she regularly work a certain

Ishaque Thanwalla

1

2      number of days or did that change from week-

3      to-week?

4                    A.   Some days she worked five days,

5      most of the time, but she usually would have

6      weekdays, Thursday, Tuesday, depending on

7      your schedule off, you would have a Sunday.

8      All of the schedules changed every week,

9      every industry, you have to come in the

10     beginning of a week, and you get the

11     schedule.

12                   Q.   Can you tell me what time she

13     would be expected to arrive at work?

14                   A.   About 10 o'clock.

15                   Q.   How about what time would she be

16     expected to leave work?

17                   A.   The work time would be our

18     business hours are between 10:00 and 7:00 or

19     10:00 to 8:00.  It also depends, if it's

20     wintertime or summertime.

21                   Q.   Let's start from the wintertime,

22     what would that time be?

23                   A.   About 10:00 to 7:00.

24                   Q.   How about the summertime?

25                   A.   Mostly it's 10 to 8:00 is the

                    Ishaque Thanwalla

1

2     schedule or the dealership opens hours, not

3     the schedule hours.  But the dealership is

4     open through 10:00 and 8:00.  So, maybe

5     Leticia would start at 12:00 to 8:00 or

6     10:00 to 6:00, something like that.  It all

7     depends.

8                    Q.  How would you describe the foot

9     traffic at Hillside Auto Outlet, and in

10    terms of the timeframe, you can say

11    generally, or specifically, but I'm asking

12    about 2019.

13                   A.  When you say ''foot traffic,'' can

14    you give me a little more elaboration?

15                   Q.  Sure.  Would you describe your

16    store as a busy store and the timeframe is

17    2019?

18                   A.  Which timeframe?

19                   Q.  The year 2019.

20                   A.  It is too long for me to

21    describe that.  Our business changes based

22    on the season.

23                   Q.  So, why don't you just describe

24    for me generally what the business was like

25    based on the season.

```
 1                    Ishaque Thanwalla
 2                    A.   Okay.  Giving you an example, it
 3        would be busy traffic after March, it would
 4        be busy; April, May, June, July August,
 5        starting to go down; September goes down;
 6        October, November is slow and December is
 7        very slow, and January is slow.  February is
 8        slow and in March it starts to pick up.
 9                    Q.   So, you would describe March
10        through August as the busy months?
11                    A.   Correct.
12                    Q.   September through February as
13        less than busy?
14                    A.   Less busy, you got it right.
15                    Q.   How many cars would Hillside
16        Auto Outlet sell on a monthly or weekly
17        basis, on a monthly or weekly basis between
18        March and August?
19                    MR. KATAEV:  Objection as
20                    to compound.  You can answer
21                    the question.
22                    A.   March would be a busy month and
23        I can't really give you a number.  So, I
24        would say 72 or 75 cars in March and April,
25        and somewhere around that neighborhood and
```

|     | Ishaque Thanwalla |
| --- | --- |
| 1   | Ishaque Thanwalla |
| 2   | October and November and December would slow |
| 3   | down to 30 or 50 cars a month. |
| 4   | It's not only our -- my dealership, it's 90 |
| 5   | percent of the dealerships. |
| 6   | Q.  Has Leticia ever worked a mixed |
| 7   | schedule, meaning a schedule that was not |
| 8   | fixed during her time at Hillside Auto? |
| 9   | A.  What do you mean by ''mixed |
| 10  | schedule?''  It's confusing to me. |
| 11  | MS. TROY:  Let me |
| 12  | rephrase it. |
| 13  | THE WITNESS:  Thank you. |
| 14  | Q.  When Leticia worked for Hillside |
| 15  | Auto Mall, she always reported to work at |
| 16  | 10:00 a.m.? |
| 17  | A.  She never worked for Auto Mall. |
| 18  | Q.  I mean Hillside Outlet. |
| 19  | A.  That is Outlet, not the Mall. |
| 20  | You just said ''Mall,'' that is why she has |
| 21  | never worked for the mall.  She worked for |
| 22  | only Hillside Auto outlet. |
| 23  | Q.  My question is: when Leticia |
| 24  | worked for Hillside Auto Outlet, did she |
| 25  | always start working at 10:00 a.m.? |

Ishaque Thanwalla

1

2         A.  No, some days she worked late

3 and some days she was off. I think she chose

4 -- how can she be if she always started at

5 10:00 a.m.?

6         A.  Is it fair to say that on days

7 that she worked, she would start working at

8 10:00?

9         A.  I can't -- you are repeating

10 yourself on this question which is as I

11 said, based on her schedule. If her shift

12 started, let's say she started late, if her

13 shift started at 10 o'clock, she would start

14 at 10 o'clock and her shift says she was

15 supposed to start at 11:00 or 12:00, she

16 would start at 11:00 or 12:00.

17               MR. KATAEV:  Objection to

18                   that.  It was asked and

19                   answered already.

20         Q.  Are you saying that there is a

21 10:00 a.m. shift and 11:00 a.m. shift and a

22 12:00 p.m. shift?

23               MR. KATAEV:  Objection to

24                  form. You can answer.

25         A.  Correct.

```
 1                      Ishaque Thanwalla
 2                 Q.  Regardless of what time Leticia
 3          started, what time would she end work?
 4                 A.  She would end work when the
 5          shift is finished.
 6                 Q.  When would the shift be
 7          finished; let's start from the 10:00 a.m.
 8          shift?
 9                 A.  When I gave you the answer for
10          my question, what time the operating hours
11          are, the hours are 7 in the wintertime and 8
12          in the summertime.
13                      MR. KATAEV:  Objection.
14                      Asked and answered.
15                 Q.  During the workday, would she
16          have any break time?
17                 A.  Sure she did, she went out for
18          the break, always did. Her and David
19          Manrique.
20                 Q.  Was there a fixed time for
21          break?
22                 A.  Fixed time for break?  This is
23          how the break works.  It's an eight-hour
24          shift and they can either take a whole hour
25          or they can take two different breaks, 25 or
```

```
 1                     Ishaque Thanwalla
 2        15 minute breaks and one and one half hour
 3        break. It depends on them.
 4                     Q.   Is that every workday?
 5                     A.   Every workday. Why would it be
 6        different?
 7                     Q.   During that, and let's talk
 8        about that for a second, is there a time
 9        clock at Hillside Auto?
10                     A.   No.
11                     Q.   Was there a method by Hillside
12        Auto to keep track of the employee's
13        attendance?
14                     A.   We used to keep track, yes. That
15        is how they got paid.
16                     Q.   Can you describe how the
17        employee's time was kept track of?
18                     A.   They came and signed-in and when
19        they went out for a break, they signed out
20        at the desk.
21                     Q.   Do you still have those records?
22                     A.   Unfortunately, we had a robbery.
23        There were a lot of records that were
24        missing, that was missing.
25                     Q.   When did the robbery take place?
```

```
 1                      Ishaque Thanwalla
 2                 A.  I can't recall the exact date.
 3                 Q.  Do you recall the year?
 4                 A.  Yes, it was 2019 or 2018.  I
 5       have no idea, I have to look.
 6                 Q.  Was a police report filed in
 7       conjunction with the robbery?
 8                 A.  Yes.
 9                 Q.  Besides the employee's
10       attendance records, what else was taken?
11                 A.  Quite a few files that I can't
12       remember exactly what it was.
13                 Q.  Are you familiar with an
14       individual by the name of Deana Jennings?
15                 A.  Yes.
16                 Q.  How are you familiar with her?
17                 A.  She was the controller at the
18       time.
19                 Q.  What is her role now?
20                 A.  To make sure the payroll is
21       done, making sure the deals were funded,
22       making sure the accountings were good.
23                 Q.  Was her role in 2018 and 2019
24       the same as her role is now?
25                 A.  She's no longer working with me;
```

Ishaque Thanwalla

1
2  I have a new controller and her name is
3  Susan.
4          Q.  When did Deana Jennings leave
5  work at Hillside Outlet?
6          A.  I can't recall the exact date.
7          Q.  What was Deana Jennings'
8  position before she left?
9          A.  I don't understand your
10  question.
11          Q.  Did she have a title, like for
12  instance, you are the general manager,
13  right?  Did she have a title?
14          A.  Yes, I answered that question to
15  you as her title was controller.
16          Q.  Was she employed by Hillside
17  Auto Outlet?
18          A.  Yes.
19          Q.  Was she also employed at the
20  same time at Hillside Auto Mall?
21                  MR. KATAEV:  Objection to
22                  the form.  You can answer.
23          A.  Yes.
24          Q.  What was her title at Hillside
25  Auto Mall?

Ishaque Thanwalla

1

2          A.  I can't answer that question

3     because I don't know.  Anybody can have two

4     jobs, it's certainly not my place.  Certain

5     hours at my place and certain hours -- I

6     can't answer that, what she did over there.

7          Q.  To your knowledge, was she also

8     in charge of billing at Hillside Auto Mall?

9          MR. KATAEV:  Objection to the

10               form. You can answer.

11          A.  I can't answer that question., I

12    don't know.  I don't go there for me to see

13    what she does.

14          Q.  Right now you've stated that you

15    have a new controller and the name is Susan.

16    Do you have Susan's last name?

17          A.  Her last name is -- I can't

18    pronounce it, but I call her Susan ''Z''.   I

19    can get the name for you; she has been with

20    me since a long time.

21          Q.  Do you know how to spell her

22    last name even if you can't pronounce it.

23          A.  I can't, I will make a phone

24    call when you give me a break.

25          MS. TROY:  Understood.  We

1                     Ishaque Thanwalla

2                          will leave a blank space in

3                          the record for the last name

4                          for you to fill in

5                          subsequently.  Thank you for

6                          being helpful.

7

8                     (insert)

9                          THE WITNESS:  You're

10                         always welcome.

11               Q.  Does she also work for Hillside

12     Auto Mall currently?

13               A.  No.

14               Q.  How do you know?

15               A.  How do I know?  Because she was

16     working for me full-time.

17               Q.  Are you telling me that Deana

18     Jennings did not work for you full-time

19     before?

20               A.  Not full-time.

21               Q.  What was her schedule?

22               A.  I can't recall.

23               Q.  Why did she leave work?

24               A.  I answered that question prior,

25     I can't recall.

```
 1                    Ishaque Thanwalla

 2                         MR. KATAEV:  Objection.

 3                    Asked and answered.

 4                         MR. KATAEV:  Can we take a

 5                    quick break so that I can

 6                    stop coughing so much?  We

 7                    can take that break whenever

 8                    you want.

 9                         MS. TROY:  We can take

10                    that five-minute break right

11                    now and come back at 10:51,

12                    if that sounds good to you.

13                         MR. KATAEV:  10:50 is

14                    fine.

15                    (A recess was taken from

16                    10:47 a.m. until 10:51 a.m.)

17             Q.  Mr. Thanwalla, when is your

18       birthday?

19             A.  My birthday is 5-11-1963.

20             Q.  What are the last four digits of

21       your social security number?

22             A.  Why do you need my social

23       security?

24             Q.  For identification purposes.

25             A.  You have -- you will get a copy
```

```
 1                      Ishaque Thanwalla
 2           of my driver's license.  That is my privacy
 3           and I don't like to give it out while the
 4           plaintiff is present on the iPhone.
 5                          MR. KATAEV:  I'm going to
 6                          object to this ongoing
 7                          embarrassment and for the
 8                          latest items, under Rule 50.
 9               Q.  Do you have it?
10               A.  Do I have what?
11               Q.  Do you have your social security
12           number?
13               I just need the last four and we can
14           agree that is not going to be -- that it's
15           going to be marked it's not going to be
16           prejudicial and it's going to be marked as
17           confidential.
18                          THE WITNESS:  I don't
19                          remember it right now.
20                          MS. TROY:  Fine, just
21                          please fill it out
22                          subsequently, and we agree
23                          again, we will be marking
24                          this as personal and
25                          confidential in the
```

1          Ishaque Thanwalla

2               transcript.

3

4               (insert)

5          Q.  Back on the record now, Mr.

6     Thanwalla, did the pay structure that you

7     mentioned earlier ever change for Leticia

8     Stidhum?

9          A.  I answered that question, it's

10    bonuses and things that we give.  So, it's a

11    yes, it changes not just for Leticia, for

12    everyone.  It's based on the daily bonuses,

13    the weekly bonuses and the monthly bonuses.

14    I have answered your question more than

15    once.

16               MR. KATAEV:  Objection.

17               Asked and answered.

18          Q.  How about the $300 weekly plus

19    the $150 flat commission, did that ever

20    change?

21          A.  Not to my knowledge.

22          Q.  Were all of your car salesmen

23    paid $300 base weekly pay or did some get

24    more or less than that amount?

25               MR. KATAEV:  Objection

```
 1                        Ishaque Thanwalla
 2                        irrelevant. You can answer.
 3               A.   Everybody is different, most of
 4       them got paid $300.
 5               Q.   Did anyone, during Leticia's
 6       employment, get paid $350 a week?
 7               A.   I can't remember, possible based
 8       on seniority.
 9               Q.   How about $200 per week?
10               A.   I can't answer that question, I
11       don't think so, but ---
12               Q.   How about $500 per week?
13               A.   You are repeating the question
14       again and again.  I said ``no,'' numerous
15       times. How many times do I have to say ``no?''
16               Q.   By ``no'' do you mean that you did
17       not pay anyone $500 base weekly salary?
18                        MR. KATAEV:   Objection as
19                        asked and answered.
20                        MS. TROY:   I am on the
21                        last question in that line,
22                        please answer to the best of
23                        your ability.
24               A.   I can't recall.
25               Q.   How about $600 per week in base
```

Ishaque Thanwalla

1

2     weekly salary; did anyone during Leticia's

3     employment get paid that amount?

4              A.  I think the managers did.

5              Q.  The managers got paid that base

6     weekly salary plus a commission; is that

7     correct?

8              A.  Yes.

9                      MR. KATAEV:  Objection as

10                  to relevance. You can answer.

11             Q.  You also mentioned the weekly

12    schedule, did the weekly schedule ever

13    change for Leticia between the start of her

14    employment until the end of her employment?

15             A.  I answered that question

16    previously, every week or every two weeks

17    the schedule changed for everyone.

18                     MR. KATAEV:  Objection as

19                  to asked and answered.

20             Q.  What were the store hours for

21    Hillside Outlet and the timeframe is 2018

22    and 2019?

23                     MR. KATAEV:  Objection.

24                  Asked and answered.  You can

25                  answer.

1              Ishaque Thanwalla

2              A.   I have answered that question

3      previously to you that the winter hours,

4      about the winter hours and the summer hours.

5                        MS. TROY:   You can answer

6                   it again.

7              A.   It is 10:00 to 7:00 in the

8      winter and the summertime mostly it is 10:00

9      to 8:00.

10              Q.   If a customer came in before the

11      store closed, would the car salespeople have

12      to serve the customer even if it's around

13      the store closing time?

14              A.   It's mostly the finance manager

15      would have to serve.  The salesmen did not -

16      - they did their jobs and they could leave

17      it to the finance manager, he stays because

18      they are managers and they have to finish

19      the job.

20              Q.   Were there ever times when

21      Hillside Auto Outlet salespeople had to stay

22      after the store closing time?

23              A.   Not have to stay, but they

24      stayed on their time. It was goodwill if

25      they wanted to, it's their choice to stay

```
1                    Ishaque Thanwalla
2        because it's their deal. If they want to
3        stay, they're welcome to stay, if they
4        weren't staying, they didn't have to stay.
5        We made sure that they got compensated.
6                    Q.  Typically, how long would they
7        stay after if there was a customer that came
8        in before the closing time?
9                    A.  What do you mean by ''before the
10       closing time?'' Right at closing time or
11       hours before closing time or two hours?  It
12       all depends on the deal, how long it takes
13       for the bank to reply back and give us an
14       answer.  You can stay between 30 to 70
15       minutes to reply back and sometimes it may
16       take longer than that.  It all depends, and
17       that's my answer for that question.  It's my
18       answer because it is industry -- it's the
19       auto industry and it works differently than
20       most of the other industries.
21           We cannot answer when the bank is going
22       to reply back and give us approval on the
23       documents.  All the documents on there are
24       there and there is a lot of puzzles that
25       need to be put together before we can say
```

```
1                    Ishaque Thanwalla
2       that they're going to stay longer or the
3       customer is going to come back tomorrow.
4       Does that answer your question?
5                    Q.   Why don't you walk me through
6       the different pieces of the puzzle that need
7       to be put together?
8                         MR. KATAEV:   Objection to
9                    the form. You can answer.
10                   A.   The puzzle, to put it together,
11      the customer walks in and the salesman
12      approaches them and greets them, correct?
13      Show them a car, then they take a credit
14      application.  Once they take the credit
15      application, we will ask to have some
16      documentation, and we run the credit before
17      we have any documentation, meaning pay
18      stubs, bank statements, and utility bills.
19      It all depends, so we run the credit based
20      on that.  We will ask the salesman to get --
21      to collect all the documentation and they
22      try to get that, and it could take between
23      30 and 40 minutes.
24           From there, we put the deal into
25      finance, and once the papers are all
```

```
 1                  Ishaque Thanwalla

 2       together, sometimes we don't have the

 3       paperwork together and we try to do it so

 4       that we can upload the documentation.

 5       Later, when the salesman is trying to get

 6       that, they get the price, and then 40 or 50

 7       minutes later, whatever time it takes.

 8            So, once you get approval, we search the

 9       numbers and give the numbers to the

10       customer, the sales price, the car payments,

11       if they want to buy any accessories.  Once

12       that is all done, the finance manager will

13       get the approval, the finance manager will

14       sign the contract and the guy would deliver

15       the car.

16                 Q.  If the customer came in right

17       before the closing time, would sometimes

18       Hillside Auto Outlet car salespeople have to

19       stay until 9:00, 10:00 or 11 o'clock to

20       finish the deal?

21                      MR. KATAEV:  Objection.

22                      Asked and answered.  You can

23                      answer that again.

24                 A.  You have asked me that question

25       already.  When you say ''have to stay,'' I
```

```
 1                    Ishaque Thanwalla
 2          answered that question.  No, I said no.
 3          Based on the salesperson, if they want to
 4          stay on their own goodwill.  Are you going
 5          to be repeating the same question a second
 6          time?
 7                              MR. KATAEV:  Please answer
 8                          the question.
 9                              MS. TROY:  Please just
10                          answer my questions, and
11                          again, I appreciate your
12                          various comments.  But, this
13                          is not your deposition.  So,
14                          please stop giving me
15                          directions and just answer my
16                          questions so that we can get
17                          this done as soon as
18                          possible.
19                              MR. KATAEV:  How long?
20                              MS. TROY:  Let's go off
21                          the record.
22                          (A discussion was held off
23                          the record)
24                     Q.  Were there times when Leticia
25          Stidhum stayed until 9:00 or 10 o'clock or
```

```
 1                   Ishaque Thanwalla
 2         11 o'clock on her ''own goodwill'' as you put
 3         it?
 4                   A.  Would not even know, my store
 5         was open 9:00 or 10:00 or 11:00, we may have
 6         stayed to 8:00, or maybe 9 o'clock.
 7                   Q.  How about during the summertime,
 8         were there times when Leticia had to stay
 9         until 9:00 or 10:00 or 11:00 p.m.?
10                   A.  I answered that question for the
11         summertime.  I said 8 o'clock up to 9
12         o'clock.  I did not say 7 to 8 o'clock.
13                   Q.  How would you describe Leticia
14         as a car saleswoman at Hillside Auto Outlet?
15                        MR. KATAEV:  Objection.
16                        Vague, but you can answer.
17                   A.  I hired her, I trained her. She
18         was a very good salesperson.
19                   Q.  Do you recall of the 70 to 75
20         cars that Hillside Auto Outlet sold overall
21         for the months, how many cars would Leticia
22         sell when she was employed?
23                   A.  I answered that, but I would say
24         between 20 and 25, sometimes 15.  It
25         depended on her month and her ability.
```

1          Ishaque Thanwalla

2               Q.  How about for the months of

3     September through February, obviously she

4     did not work there until February during the

5     less busy months, as you called it, how many

6     of the 40 to 50 cars that would be sold by

7     Hillside Auto Outlet overall would be sold

8     by Leticia?

9               A.  I answered that question.

10    Between 15 and 25.

11              Q.  Are you familiar with the

12    software called DealerTrak?

13              A.  (No response)

14                  MR. KATAEV:  If you can

15                  answer the question.

16              A.  Yes.

17              Q.  How are you familiar with it?

18              A.  It's a dealer deal management

19    system.

20              Q.  At Hillside Auto Outlet between

21    2018 and 2019, who had the username of the

22    DealerTrak system?

23              A.  To the best of my knowledge, it

24    was me, it was Jeanique J-E-A-N-I-Q-U-E.  I

25    believe that was -- also, Serge, and I would

```
 1                        Ishaque Thanwalla
 2           say Louis.
 3                        Q.  Who is Jeanique?
 4                        A.  Jeanique was my manager.
 5                        Q.  From what date to what date?
 6                        A.  I can't recall. I don't know
 7           exactly.
 8                        Q.  Who is Serge?
 9                        A.  Finance manager.
10                        Q.  Again, from what date to what
11           date?
12                        A.  He's still working and I don't
13           know when he started.
14                        Q.  Who is Louis?
15                        A.  Finance manager.
16                        Q.  Between 2018 and 2019, did
17           anyone else have a username in the
18           DealerTrak system?
19                        A.  Maybe we can run the DealerTrak
20           and find out.
21                        Q.  Do you know an individual by the
22           name of Andris Guzman?
23                        A.  Yes.
24                        Q.  Who is he?
25                        A.  Manager.
```

1           Ishaque Thanwalla

2           Q.  When did he start working for

3    Hillside Auto Outlet?

4           A.  I can't recall the date that he

5    started, neither can I recall the date that

6    he finished.

7           Q.  Do you recall the year?

8           A.  2018/2019/maybe 2020.  I don't

9    know when he left.

10          Q.  When you say 2018/2019 or 2020,

11   do you mean the year he started or finished

12   or both?

13          A.  I said 2018/2019 or 2020.  I

14   don't know when he left, started in 2018.

15          Q.  When he started in 2018, was he

16   the manager?

17          A.  He was my assistant.

18          Q.  When did he become the manager?

19          A.  He was my assistant manager,

20   that's what I meant.

21          Q.  Did his position ever change

22   from the time when he began in 2018 as the

23   assistant manager?

24          A.  Not that I can recall.

25          Q.  Earlier you mentioned that you

1                    Ishaque Thanwalla

2          do not recall when Jeanique left Hillside

3          Auto Outlet; do you recall what year?

4                    A.  It was 2018, if I'm not wrong.

5                    Q.  Do you recall what month?

6                    A.  No.

7                    Q.  Was there a point when Andris

8          Guzman was employed as assistant manager to

9          Jeanique's position?

10                   A.  Not that I can recall, Jeanique

11         was assistant too because I have to have two

12         managers because of the hourly schedule.

13         So, one had to cover the time in the

14         afternoon, and it was me who put out the

15         hours from the morning until late, again.

16         I'm going to -- I go in as early as possible

17         and I come out mostly the last person.

18                   Q.  Is it fair to say that Andris

19         Guzman took Jeanique's position after she

20         left Hillside Auto Outlet?

21                   A.  No.  He had the same rank as

22         Jeanique.  How can he take her place? They

23         were both my assistants.

24                   Q.  Before Jeanique left Hillside

25         Auto Outlet, were car salesmen promised

1          Ishaque Thanwalla

2     commissions on top of the amount that you

3     just mentioned, the 300 weekly plus the $150

4     flat rate.

5               A.  When you say ''on top of,'' let me

6     just answer your question.  I have answered

7     that question, that nobody was promised, and

8     every day there is a different bonus up to 5

9     percent on a car.  That can change daily, on

10    a daily basis on a car on a weekly or a

11    monthly basis.  So, yes there were bonuses

12    that we put out and nobody was promised

13    anything but $150.

14               MR. KATAEV:  Objection to

15                    the form of that.

16               Q.  Do you agree that 5 percent of

17    the $3,000 is 150?

18               A.  Do I agree mathematically?  I

19    agree, but I don't know why you are asking

20    this question, who you are asking this

21    question to.

22               Q.  Between 2018 and when Leticia

23    began working at Hillside Auto Outlet until

24    in or around July or August of 2018, was

25    there in fact an incentive structure in

Ishaque Thanwalla

1
2  place whereby the car salesman were promised
3  a 5 percent for the sales made in excess of
4  $3,000?
5          A.  When you go back to your
6  question, please stop saying ''promise,''
7  because I have not promised anything.  I
8  have answered that question numerous times.
9  So, it is a little bit annoying, forgive me
10  to say that, but you say ''promise, promise,''
11  there is no promise.  I answered that
12  question maybe 7 times prior to that we have
13  a bonus structure in place.
14     You understand that or are you going to
15  go back and ask me the same question again
16  and again?  ''Promise, promise,'' I never
17  promised any of my employees.  We do a bonus
18  program that we do every day and sometimes
19  we don't have it, sometimes we do.  Yes,
20  there is no promise, but there is a bonus
21  structure depending on the day and the month
22  and the week. Did that completely answer
23  your question?
24          Q.  In fact, did the bonus structure
25  stay the same in or around July or August --

1              Ishaque Thanwalla

2              A.  It still stays the same.

3              Q.  Did Hillside Auto Outlet in fact

4     pay a 5 percent bonus for sales done in

5     excess of $3,000 between 2018 and in or

6     around July or August of 2018?

7              A.  Let me answer your question.

8     You are asking me if they were paid beyond

9     above 5 percent over $3,000?

10         Let me answer that question as to no,

11    based on the bonus, sometimes we did and

12    sometimes we did not.  Does that answer your

13    question?

14             Q.  By that, let's go a step

15    further: between 2018 and July or August of

16    2019, did Hillside Auto Outlet in fact pay 5

17    percent that we were just mentioning?

18             A.  The answer is no, 5 percent was

19    the bonus subject to the car, subject to the

20    day, subject to the week, and it changed.

21    There was sometimes there was not until

22    today's date the same plan or structure.

23             Q.  Is it fair to say that when

24    Jeanique left, the 5 percent was no longer

25    paid to the car salespeople at Hillside Auto

```
1                      Ishaque Thanwalla
2         Outlet?
3                      A.   Jeanique had nothing to do with
4         taking the 5 percent.  It was my bonus and I
5         used to give it based again on the day and
6         the car and the week and the month.  It all
7         depended, so Jeanique had no power to give
8         anybody anything, nor could she promise
9         anything.  No, it was me who did, who ran
10        the dealership if that answers your question
11        again.
12                     Q.   What was David Baron's position
13        at Hillside Auto Outlet?
14                     A.   I answered that question
15        previously, he was a percentage owner.
16                     Q.   What were his job
17        responsibilities at Hillside Auto Outlet.
18                          MR. KATAEV:  Objection to
19                     the form.  You can answer.
20                     A.   He had no responsibilities.
21                     Q.   How about Jory Baron, what were
22        his responsibilities as a percentage owner?
23                          MR. KATAEV:  Objection to
24                     the form.  You can answer.
25                     A.   No responsibilities.
```

```
 1                        Ishaque Thanwalla
 2               Q.  How about Josh Aaronson?
 3               A.  No responsibilities.
 4               Q.  We were talking about the
 5     DealerTrak system; did you at any time
 6     provide your username and password to
 7     Leticia Stidhum?
 8               A.  No, and I never will to any
 9     employee.
10               Q.  Did you write a username and
11     password on a Post-It note and pass it on to
12     Leticia?
13                         MR. KATAEV:  Objection
14                            Asked and answered, but you
15                            can answer.
16               A.  No.
17               Q.  Have you ever personally trained
18     Leticia on the DealerTrak system?
19               A.  No.
20               Q.  Did Andris Guzman have an
21     account in the DealerTrak system?
22               A.  Yes.
23               Q.  When Andris Guzman had left
24     Hillside Auto Outlet, was there a time when
25     you told Leticia Stidhum that as the top
```

Ishaque Thanwalla

1

2       saleswoman, you would prefer her to run the

3       DealerTrak system with her customers first?

4                       A.  No.

5                       Q.  Does Hillside Auto Outlet have

6       any written policies regarding

7       discrimination?

8                       A.  Whatever policy we have, we take

9       a policy from corporate, and from the EDD we

10      have it posted for the people, equal

11      opportunity employment posters, the EDD

12      employment.  So, we do have posters posted

13      in the lunchroom where we eat lunch.

14                      Q.  By ''corporate,'' what do you

15      mean?

16                      A.  Meaning that we have posters for

17      the employment for them to read and know

18      what their rights are.

19                      Q.  You said you had written

20      policies from corporate?

21                      A.  Yes.  That is what corporate

22      gives us, and things, they were payroll

23      company is what I meant, actually.  Payroll

24      company provides ADP for us with all the

25      posters and everything.  Any updates come

```
 1                    Ishaque Thanwalla
 2         in, we get it.
 3                    Q.  Have you ever traveled outside
 4         the country in December of 2018?
 5                    A.  Yes.
 6                    Q.  Where did you travel to?
 7                    A.  Back home, Pakistan.
 8                    Q.  When did you travel outside of
 9         the United States?
10                    A.  In 2018; is that your question?
11                    Q.  Correct.
12                    A.  It's between, if I can recall, I
13         usually leave on the 20th or the 21st or the
14         22nd of December, and I usually come back
15         between the 5th or the 7th.  That is my
16         usual trip every year except last year.
17                    Q.  Earlier you mentioned that the
18         posters would be posted in the lunchroom.
19         Can you describe where that was?
20                    A.  Posted, I have described to you
21         the posters are posted in the lunchroom.
22         What don't you understand?
23                    Q.  Where is the lunchroom within
24         Hillside Auto Outlet?
25                    A.  There is a lunchroom right next
```

```
 1                    Ishaque Thanwalla
 2      to the finance office, my office and the
 3      hallway right outside there was a lunchroom.
 4      They can sit down, there are tables and
 5      stools and they can sit and eat their lunch
 6      and the microwave.
 7                    Q.  Specifically in 2018, when did
 8      you travel to Pakistan?
 9                    A.  I gave you an approximate which
10      I mentioned to you earlier. I gave you an
11      answer that it was about the 20th, the 21st,
12      and probably back by the 6th or 7th, the
13      5th, 6th or 7th. I am usually back then and
14      I can't recall the exact date. But I can
15      look into it and I can answer that question
16      specifically.
17                              MR. KATAEV:  Can we take a
18                          five-minute break whenever
19                          you like?
20                              MS. TROY:  We just took a
21                          break. If you don't mind, I'm
22                          going to go for a little bit
23                          and then we will take that
24                          break if it's not a problem.
25                              MR. KATAEV:  Okay.
```

                          Ishaque Thanwalla

1

2              Q.  Did you speak with anyone in

3       preparation for today's deposition?

4              A.  Do you mean about the case?

5       Emmanuel, my attorney.

6              Q.  Besides your attorney, did you

7       speak with anyone else?

8              A.  No.

9                   MS. TROY:  I'm going to

10                  ask the reporter to leave a

11                  blank space in the transcript

12                  for the date when Mr.

13                  Thanwalla traveled outside of

14                  the United States as well as

15                  a blank for the date when he

16                  returned to the United

17                  States.

18

19                  (insert)

20

21                  (insert)

22              Q.  Mr. Thanwalla, you traveled to

23       Pakistan; was that with a passport?

24              A.  How else could I travel?

25              Q.  In the weeks prior to your

Ishaque Thanwalla

1

2       traveling, were you out of Hillside Auto

3       Outlet?

4               A.  Can you repeat your question one

5       more time, please?  I didn't hear it right.

6               Q.  Sure.  I'm asking you if the

7       week before you traveled physically outside

8       of the United States, if you worked outside

9       of Hillside Auto Outlet, where you are not

10      working at Hillside Auto Outlet during the

11      week before.

12              A.  I worked until the last day

13      before I leave.  So, the answer to that is

14      no, I was working until the last day before

15      I left.

16              Q.  Until the last day before you

17      left, were you there from the start of the

18      day until the end of the day, every day, in

19      Hillside Auto Outlet?

20              A.  Before I left, was that the

21      question?

22              Q.  Right, before you left.

23              A.  Let's say if I left on a

24      Saturday, correct?  Yes, I would be working

25      Friday from the morning until evening, to

```
 1                    Ishaque Thanwalla
 2       give you a complete understanding.  So, if I
 3       was supposed to be leaving around on a
 4       Saturday, yes, I would work Wednesday,
 5       Thursday, Friday, and through the morning of
 6       the day until Friday until Saturday, not for
 7       the afternoon.  So, I would not come to work
 8       on that day.  Does that answer your
 9       question?
10                    Q.  Was it your practice to
11       interview every single employee for Hillside
12       Auto Outlet?
13                    A.  In my what?
14                    Q.  In your practice.
15                    A.  I do try my best to interview
16       everyone because I am the one who is hiring
17       and I am the only one who is firing.
18                    Q.  I'm going to show you a document
19       on the screen.
20                    MS. TROY:  Ms. Court
21                         reporter, can you mark this
22                         as Plaintiff's Exhibit 2?
23                         (Plaintiff's Exhibit 2 marked
24                         for identification)
25                    The entire document will just be
```

1           Ishaque Thanwalla

2           marked as Plaintiff's Exhibit 2 and I

3           will be referring to different pages

4           when I speak to  Mr. Thanwalla.

5               Q.  Mr. Thanwalla, do you see a

6       document that was Defendant's Document

7       Production, D1186.  On it, it says the hire

8       date was May 22nd of 2018, and the

9       termination date was January 14th, 2019.

10      Does this refresh your recollection as to

11      when Leticia started?

12              A.  If the document says it, I am

13      looking at it most likely, yes.

14              Q.  How about the end date?

15              A.  The end date may be a little --

16      it says again, to the best of my

17      recollection, it looks like Leticia quit her

18      job, left to the other company.

19              Q.  Just to clarify, the document

20      says January 14th, of 2019. You are saying -

21      -

22              A.  Best of my ability.  I said I

23      can't  recall, I still can't recall.  She

24      came to my office and she said she's going

25      to go with Ali to the other dealership and

```
 1                    Ishaque Thanwalla
 2        that was in the afternoon time when she
 3        left.
 4                         MS. TROY:  We can now take
 5                         a short break for five
 6                         minutes and come back at
 7                         11:35.  It is now 11:30 per
 8                         Manuel's request.
 9                         (A recess was taken from
10                         11:30 a.m. until 11:35 a.m.)
11                         THE WITNESS:  Welcome
12                         back.
13                         MS. TROY:  No need to
14                         welcome me back.  When we are
15                         doing the deposition, if you
16                         don't mind, please don't talk
17                         to me.  The Troy's are
18                         straightshooters and we don't
19                         do that to anyone, we don't
20                         welcome back anyone, we just
21                         do our jobs.
22                    Q.  Are you familiar with an
23        employee for Hillside Auto Outlet whose name
24        is Lilly?
25                    A.  Yes.
```

1                       Ishaque Thanwalla

2                       Q.  How are you familiar with her?

3                       A.  She was my DMV clerk.

4                       Q.  Do you remember from what date

5          to whay date she worked for Hillside Auto

6          Outlet?

7                       A.  I cannot.

8                       Q.  Do you recall from what year she

9          began working at Hillside Auto Outlet?

10                      A.  Can you repeat the question one

11         more time?

12                      Q.  Sure.  Do you recall what year

13         she began working at Hillside Auto Outlet?

14                      A.  I believe it's 2018, if I'm not

15         wrong, but I may be wrong.

16                      Q.  At the time when Lilly left

17         Hillside Auto Outlet, was she pregnant?

18                      A.  Was she pregnant when she worked

19         for me?  She was pregnant when she left, she

20         was pregnant.

21                      Q.  Did she quit or did she get

22         fired from Hillside Auto Outlet?

23                      A.  Well, let me answer this

24         question in a way where everybody can

25         understand what happened.  When she left,

```
1              Ishaque Thanwalla
2       she was doing the DMV paperwork, and the DMV
3       is a crucial business.  We have to register
4       the car within 5 days and it was a couple of
5       deals that were not registered.  I
6       disciplined her to say ''why aren't these
7       registered? There was no registration that
8       was performed.  What is the reason behind
9       it?''  She didn't like me disciplining her
10      because I don't want to lose my license to
11      do business.  So, she didn't like my
12      disciplining her and she left.
13                Q.  When she left, did she say
14      anything to you at the dealership?
15                A.  Not really, not that I can
16      recall.
17                Q.  Did Lilly leave upset?
18                A.  I cannot answer that question
19      because I don't--- I can't recall.  You
20      can't have anyone jeopardizing your license
21      in  your industry.  I won't have anybody
22      jeopardizing my license.  So, if I
23      discipline someone to tell them how to
24      perform their job the right way, how to
25      finish the job, it's nothing wrong with
```

```
1                    Ishaque Thanwalla
2         that.  I will tell them that they needed to
3         finish this for us to have our license in
4         place.  If they're not going to do that,
5         it's not fair to me.
6                    Q.  Did Lilly complain that she was
7         getting fired because she was pregnant?
8                    A.  Never.
9                    Q.  Do you know how many months'
10        pregnant she was when she left?
11                   A.  When she started, when I
12        answered the question, she was pregnant.
13        When she left, she was pregnant and I can't
14        answer that question.
15                        MR. KATAEV:  Objection as
16                        to relevance and to this
17                        entire line of questioning.
18                        She is not a plaintiff in
19                        this case.
20                   Q.  What is Lilly's last name?
21                   A.  I can't recall because you can
22        see I can't remember Jeanique's last name
23        and I can't remember a lot of people's last
24        name.  I don't even remember Leticia's last
25        name.
```

```
 1                    Ishaque Thanwalla
 2                         MS. TROY:  I'm going to
 3                    leave a blank in the
 4                    transcript for you to fill
 5                    that in.
 6
 7                    (insert).
 8          A.    --
 9                         MR. KATAEV:  There is no
10                    question pending.
11          Q.  At the time of her termination,
12     what was Lilly's schedule?
13                         MR. KATAEV:  Objection as
14                      to relevance. You can answer.
15          A.  She was a part-timer, she worked
16     part-time for the DMV work.
17          Q.  At the time that she was fired,
18     how many months had she worked for Hillside
19     Auto Outlet?
20                         MR. KATAEV:  Objection,
21                      same objection.
22          A.  She was not fired, she quit on
23     her own.
24          Q.  At that time, how many months
25     had she worked for Hillside Auto Outlet?
```

```
 1                    Ishaque Thanwalla
 2                    A.  I can't answer that question, I
 3          cannot recall.  When she started, like I
 4          said, she was pregnant and she left, she was
 5          pregnant.
 6                    Q.  You mentioned disciplining her;
 7          are there any records?
 8                    A.  There should be a record, like I
 9          said, we had a robbery.
10                    Q.  Your contention is that the
11          records were stolen?
12                    A.  I am not -- I cannot answer that
13          question.
14                    Q.  You cannot answer the question
15          because you don't know?
16                    A.  I don't know.  Thank you.
17                    Q.  Just to be clear, we are talking
18          about one robbery or multiple robberies?
19                    A.  One robbery.
20                    Q.  During that robbery, were any
21          electronics stolen?
22                    A.  I think so, but I'm not sure.
23                    Q.  In addition to the electronics,
24          were a few hundred dollars also stolen?
25                    A.  I think so, but I'm not sure.  A
```

```
 1                   Ishaque Thanwalla
 2       lot of paperwork was gone and scattered.
 3                   Q.  At the time of the robbery or
 4       soon thereafter, did you and Leticia
 5       together review the surveillance?
 6                   A.  Yes.
 7                   Q.  Did Leticia identify the robber
 8       as someone who worked for you?
 9                   A.  Yes.
10                   Q.  Do you recall if the
11       surveillance video showed the robber taking
12       any documents?
13                   A.  Robbers taking -- the robber,
14       the way I can describe it is when he was
15       inside, he did not get the caption that's
16       what he said when he was going out.
17                   Q.  Do you still have surveillance
18       video?
19                   A.  I think so, but I'm not sure.
20       Maybe, maybe, but I can't answer that
21       question.  I don't know if our surveillance
22       goes that far back.  I think you only keep
23       the records for 30 days,
24                   Q.  At the time when you and Leticia
25       were reviewing the surveillance video, did
```

                          Ishaque Thanwalla

1

2        you send a copy of that video to your

3        attorney?

4                        A.   I think that she sent it to me,

5        probably.

6                        Q.   What phone were you using at the

7        time; was it an iPhone, an Android, what was

8        it?

9                        A.   A different phone than this

10       iPhone, yes.

11                       Q.   You mentioned different phones,

12       how many times have you changed your phone

13       since the robbery?

14                       A.   One or two times, if I can

15       recall.

16                       Q.   Each time did you change to

17       another iPhone?

18                       A.   Yes.

19                       Q.   Did you back up your data using

20       the iCloud?

21                       A.   I have no idea how to do that.

22                       Q.   Did someone back it up for you?

23                       A.   I can't answer that question

24       because I don't know.

25                       Q.   Do you still have any text

```
 1                    Ishaque Thanwalla
 2        messages that you had with Leticia?
 3                 A.  Yes.
 4                 Q.  Just to be clear, the text
 5        messages that you have with her, was that on
 6        a regular text message or was it on another
 7        app?
 8                 A.  There were multiple apps, one
 9        was the regular text message and one was
10        WhatsApp.
11                 Q.  You texted with her on both the
12        regular text message, as well as the
13        WhatsApp?
14                 A.  Yes.  When I am back home in
15        Pakistan, when I left, like I said the 20th
16        or the 21st of 2018 and I came back on
17        January 5th and 7th, she frequently texted
18        me on WhatsApp, I had communications with
19        her, as well as other employees on the
20        WhatsApp channel.
21                 Q.  You don't have those text
22        messages?
23                 A.  Yes, I do.
24                 Q.  In addition to the regular text
25        messages and WhatsApp, do you have any other
```

1      Ishaque Thanwalla

2  records of your communications with Leticia

3  Stidhum?

4     A.  May be available on my email. I

5  can't recall. 100 percent.

6       MS. TROY:  Demand number 1

7       is for the text messages

8       between Ishaque Thanwalla and

9       Stidhum.

10       Demand number 2 is for the

11       WhatsApp messages between

12       Thanwalla and Leticia.

13       Demand number 3 is for

14       the email exchanges between

15       Ishaque Thanwalla and

16       Stidhum.  The timeframe is

17       between September of 2018 --

18       actually, let's backtrack.

19       It's from November of 2018

20       through January of 2019.

21     Q.  Mr. Thanwalla, what was your

22  phone number at the time?

23     A.  Same number as today. It is 661-

24  886-8012.

25     Q.  Who is your service provider?

1                    Ishaque Thanwalla

2              A.  Verizon.

3              Q.  What'sApp, did you sign up using

4    your phone number?

5              A.  Correct.

6              Q.  The emails that you mentioned,

7    is that your work email or is that some

8    other email address?

9              A.  My work email.  To be clear, I

10   do have a Hillside Auto Outlet computer, and

11   it's I-S-H-A-Q-U-E@hillsideautooutlet.com.

12             Q.  Please if you don't mind, just

13   confirming that that is the correct email

14   address?

15                  (The witness complies)

16                  MR. KATAEV:  Let the

17                  record reflect that

18                  plaintiff's counsel typed in

19                  I-S-H-A-Q-

20                  E@hillsideoutlet.com on the

21                  chat.

22                  THE WITNESS:  Yes.

23             Q.  Besides using your work email,

24   did you communicate with Leticia using any

25   other email?

```
 1                      Ishaque Thanwalla
 2             A.  No.
 3             Q.  In the video that we were
 4      talking about earlier, was that sent to you
 5      from Leticia using text message, WhatsApp or
 6      email?
 7             A.  I can't answer that, I don't
 8      recall that.  That's why I can't answer that
 9      question.
10                      MS. TROY:  Demand number 4
11                  for the surveillance footage.
12                  Demand number 5 is for the
13                  police report, both of which
14                  concerns the robbery that
15                  took place at Hillside Auto
16                  Outlet.  The witness does not
17                  recall the timeframe, but the
18                  year should be in the year of
19                  2018.
20                      MR. KATAEV:  Please
21                  follow-up in writing with all
22                  of your requests.  Thank you.
23             Q.  Before the break I showed you a
24      WhatsApp and the start date and the end date
25      of Leticia Stidhum.  What was Leticia
```

```
 1                    Ishaque Thanwalla

 2      Stidhum's position at Hillside Auto Outlet?

 3                    A.   Her position was commission

 4      salesperson.

 5                    Q.   As the commission salesperson,

 6      what were her responsibilities?

 7                    A.   I answered that question prior,

 8      but I will answer it again for you.  To show

 9      customers the car, meet and greet, show them

10      the car and take a credit application and

11      take documentation.  That was her

12      responsibility.

13                    Q.   Did she ever run the credit

14      herself?

15                    A.   No.

16                    Q.   Earlier you mentioned that you

17      trained her, what did you train her in?

18                    A.   How to sell cars; how to meet

19      and greet; how to show them a car; how to

20      take a credit application; how to use a V-I-

21      N Solution.

22                    Q.   Can you describe for me what you

23      mean by how to take credit?

24                    A.   How to take a credit

25      application, you take the application
```

```
 1              Ishaque Thanwalla
 2      whether it's manual or you are welcome to
 3      take an application on the Vin V-I-N
 4      solutions that they did that sometimes.
 5      Sometimes they do not, but if you take a
 6      manual application, you use the block
 7      letters so that you could read it and it's
 8      legible.
 9           So, you have first name, last name,
10      driver's license of customer to make sure
11      you are correctly doing it the right way,
12      date of birth, social security and their
13      employment information, their resident
14      information.  You take a simple credit
15      application and make sure that they sign the
16      credit application.
17                Q.  Was Leticia ever given
18      additional responsibilities apart from her
19      position as a commission salesperson?
20                A.  No.
21                Q.  Did you, at any point during
22      Leticia's employment with Hillside Auto
23      Outlet, did you ever talk to her about
24      promoting her to a sales manager position?
25                A.  Never.
```

```
 1                    Ishaque Thanwalla
 2                    Q.  Did you promise her any
 3       promotion?
 4                    A.  Never.
 5                    Q.  Did you ever tell her that you
 6       were traveling to Pakistan, so the
 7       discussion about the promotion will wait
 8       until you came back to the United States?
 9                    A.  I never discussed with her any
10       promotions.  What I can recall in her
11       deposition, she mentioned that I promised
12       her a promotion.  She had no right, maybe it
13       was at Ali, maybe he was playing with her
14       head.  No right to promotion, so that he
15       could recruit her if he had another job,
16       which he did.  You can see on the WhatsApp
17       she was going with Ali after the job, but I
18       never did.  He was playing with her mind.
19                    Q.  Did Leticia ever complain to you
20       about her pay?
21                    A.  Never.  She mentioned that she
22       always made more money than she ever made in
23       her life, so she was very happy.  You can
24       see the text messages and you would see the
25       WhatsApp messages.
```

```
 1                  Ishaque Thanwalla
 2                  Q.  How would you describe your
 3       relationship with Leticia during her
 4       employment at Hillside Auto Outlet?
 5                  A.  I treated every employee like my
 6       family.  Like she mentioned, the dad of
 7       Hillside Auto Outlet.  I was the dad of
 8       Hillside Auto Outlet, she respected me and I
 9       respected her.
10                  Q.  Would it be fair to say that
11       your relationship was quite close?
12                  A.  I have close relationships with
13       all my employees.  I am a very caring person
14       and I respect and I love.  That's the only
15       way that I treat my employees.
16                  Q.  Earlier you mentioned that Ali
17       was promising her a promotion.  What do you
18       mean, can you describe exactly what you were
19       talking about?
20                  A.  When Emanuel (indicating) was
21       taking the deposition from Leticia, she is
22       the one who answered that Ali promised her
23       the promotion, not me.  I never did, she
24       wasn't there to be promoted.  She needed a
25       lot more experience to be promoted as a
```

                    Ishaque Thanwalla

1    sales manager, assistant sales manager to

2    me.  Although, she was a good salesperson

3    and that's the best I can tell you.

4              Q.  What is the difference between

5    an assistant manager and a sales manager, or

6    was that the same position?

7              A.  It was the same position.  It is

8    the same to me, my sales manager, because

9    the general manager to me, they are my

10   assistants.  One thing I learned, I kept my

11   office right next to my manager so that I

12   could hear what was going on.

13             Q.  To be clear, did you also

14   consider the finance manager as an assistant

15   manager?

16             A.  Finance manager is my assistant

17   manager.  But, they are recognized as the

18   ''finance manager'' because they are the ones

19   who are dealing with the banks.

20             Q.  When you talked earlier that you

21   had two assistant managers, did you mean two

22   sales managers or one sales manager and one

23   finance manager?

24             A.  Let me just answer that question

```
 1                    Ishaque Thanwalla
 2       the right way.  That's so you do not re-
 3       question me again.  I had Jeanique as my
 4       assistant manager, and I had Guzman as my
 5       assistant manager, I had Serge as my finance
 6       manager, and I have Louis as my finance
 7       manager.  Do you understand clearly?
 8                    Q.  Do you not consider the finance
 9       manager as the assistant manager?
10                    A.  They are assistants, it's --
11       they are different divisions, but they are
12       still assistants to me.
13                    Q.  Is it fair to say that Leticia
14       has left Hillside Auto Outlet, she left in
15       November of 2018, December of 2018, in that
16       timeframe?
17                    A.  I can't recall so I cannot
18       answer that question.
19                    Q.  You were saying that Ali
20       promised her the promotion.  Was that
21       promotion at Hillside Auto Outlet?
22                    A.  You asked me, and it was in her
23       deposition that she said it.  I am only
24       repeating what she answered the question
25       that Emanuel asked her that question.  I am
```

1          Ishaque Thanwalla

2     just going and referring to that.  I am not

3     referring to anything else.  Do you

4     understand?

5               Q.  So, you don't have any personal

6     knowledge about any promotions whatsoever;

7     is that correct?

8               A.  The last time that Emanuel was

9     taking the deposition from her.

10              Q.  Have you ever been arrested for

11    any reason before?

12              A.  Yes.

13              Q.  What were you convicted of

14    before?

15              A.  I was mixed up and it was

16    cleared and it was expunged.  It was over 15

17    years ago.

18              Q.  You mentioned it was over 15

19    years ago, was that the same as the

20    immigration case or different?

21              A.  I can't recall honestly, I

22    cannot recall.

23              Q.  Do you have any other names

24    besides Ishaque?

25              A.  I use Isaac or Abraham, Isaac I-

Ishaque Thanwalla

1
2  S-A-A-C or Ivraham I-V-R-A-H-A-M.  I use
3  Abraham A-B-R-A-H-A-M on my business cards
4  just to clarify.
5            Q.  Is Abraham the last name or is
6  that part of the first name?
7            A.  I used Abraham, that was my
8  father's first name.  I don't have a middle
9  initial except it's just Thanwalla.
10            Q.  Please take a look at the screen
11  again and we're going to look at the sales
12  log.
13                      THE WITNESS:  This is --
14                      MR. KATAEV:  There is no
15                  question pending.
16            Q.  Mr. Thanwalla, on the screen
17  here we are still on Plaintiff's Exhibit 2.
18  Do you see documents identified as D002 to
19  D067; is that the sales log, if you
20  recognize this document?
21            A.  Yes.
22            Q.  Were you the one who created
23  this report?
24            A.  This was created -- this report,
25  yes.

Ishaque Thanwalla

1    Q.  To your knowledge, let's start
2    from page 1, to your knowledge, are the
3    number of cars sold on the sold log
4    accurate?

5    A.  Not to the best of my ability,
6    no.

7    Q.  To your knowledge, does this
8    understate the number of cars sold by the
9    company?

10   MR. KATAEV:  Objection to
11   the form.  You can answer.

12   A.  Sometimes they are correct and
13   sometimes they are not correct, because that
14   is called an ``manual entry.''  So, if my
15   assistant has manually entered it or my
16   salesperson like Leticia had entered it as
17   sold, she had permission in her own name.
18   I just want to add to my answer because the
19   only person that is salesperson is only
20   allowed to see her or his records only.
21   They cannot see anybody else's.  If they put
22   it in the -- if the customer came in, they
23   could say that ``the customer came in and is
24   present on the lot.  The customer sold -
25   -``

```
 1                      Ishaque Thanwalla
 2      they can push the button inside and say
 3      ''sold.''  It's a salesperson can do that as
 4      well as my assistant managers can do that,
 5      which is my sales managers.
 6                      Q.  I'm going to show you a
 7      different month for the sold log.  It is on
 8      the screen.  My question for you remains the
 9      same which is: whether or not the sold log
10      understates for each of the months that I
11      show you the true number of cars sold.
12              We're going to start from May of 2018
13      and we are still on page 2 of the exhibit
14      which also corresponds to defendant's
15      production 32. This is from May of 2018.
16      The car sold are listed as 46.
17                      A.  My answer is the same exact, and
18      I can't answer that.  It looks like 100
19      percent understated, that means 4 or 6 may
20      be understated or maybe it's incorrect.
21      Maybe it was sold, I can't answer based on
22      these records.
23                      Q.  I am now showing you page 10 for
24      June of 2018; is your answer the same?
25                      A.  Yes.
```

1          Ishaque Thanwalla

2              Q.  For the record, we are on page

3     10, which corresponds to defendant's

4     document production 10.

5          Now we are on page 19 which corresponds

6     to defendant's document production number

7     19.  Same question for you, this shows the

8     sold log for the month of July of 2018. Same

9     question.

10             A.  I would say so, yes. Whatever I

11    answered previously, this is the exact

12    number.  It could be more or less, it all

13    depends.  These were on this log and the

14    salesman can do it as well as the assistant

15    manager can do it.  That's why they are not

16    100 percent.

17             Q.  Now we are on page 28 of exhibit

18    2 which corresponds to defendant's

19    production 28.  My question for you is the

20    same, and it's for the month of August of

21    2018.

22             A.  My answer is the same.

23             Q.  We are on page 37 which

24    corresponds to defendant's document

25    production 37.  It is for the month of

```
 1                    Ishaque Thanwalla
 2       September of 2018, is your answer the same?
 3               A.  Yes.
 4               Q.  Page 45 now, which corresponds
 5       to defendant's document production 45.  Is
 6       your answer that it covers the month of
 7       October of 2018, is your answer the same?
 8               A.  Yes.
 9               Q.  Page 52, which corresponds to
10       defendant's document production 52 and
11       covers the month of November of 2018; is
12       your answer the same answer?
13               A.  Yes.
14               Q.  We are on now page 62 which
15       covers the month of December of 2018.  It
16       also corresponds with defendant's document
17       production 62; is your answer the same?
18               A.  Yes.
19               Q.  Next, I'm going to show you
20       starting from page 1251 which is a list of
21       comparatorS.  C-O-M-P-A-R-A-T-O-R-S.
22           We are on page 1251 which corresponds
23       with defendant's document production 1251.
24       My question to you is, can you describe for
25       me what the department code means?
```

Ishaque Thanwalla

1

2          A.  Department codes are the

3    department codes.

4          Q.  I'm asking about right here, the

5    ''department codes.''

6          A.  Okay.

7          Q.  For the record, I am just

8    highlighting the L-O-C/D-E-P-T.

9          A.  That is the department code, the

10   company code.  The company code may be

11   provided by an ADP company, local

12   department.

13         Q.  Do you know who this individual

14   is that is identified as individual 21?

15         A.  I don't know.  I don't

16   understand your question.  Please repeat it.

17         Q.  Do you know this individual that

18   was paid $2,500 per week, do you know who

19   that is?

20         A.  Who is paid LOC department, I

21   can't answer that because I can't recall who

22   it was.

23         Q.  Is it fair to say that no car

24   salesperson was paid $2,500 a week?

25         A.  No.

                         Ishaque Thanwalla

1                        MS. TROY:  Can you read

2                   back the last question and

3                   answer?

4                        (The reporter read back the

5                   last question and answer)

6                   A.  The question is no, yes.  The

7         question is fair.

8                   Q.  We are now on page 1252 which

9         corresponds with defendant's document

10        production 1252.  I am going forward with

11        the page numbers and they correspond with

12        defendant's document production numbers.

13        So this individual has a department code of

14        7.  Do you know what that means?

15                  A.  No.

16                  Q.  This person was paid $650 on a

17        weekly basis, correct?

18                  A.  I can't answer that question.

19        It could be anybody else and I can't answer

20        that.  I don't know the codes, and that is

21        what is paid, the payroll is paid to whom.

22                  Q.  Is it fair to say that this

23        individual is not a car salesperson?

24                  A.  I can't answer that question

```
 1                    Ishaque Thanwalla
 2      because I don't know.
 3                    Q.  For the record, there is an
 4      individual number 22 on page 1254.  I will
 5      note for the record that the ''loc department
 6      is 200,'' for the L-O-C/department, and there
 7      is no individual that is regularly receiving
 8      $350.  Do you know if this person is a car
 9      salesperson?
10                    A.  I can't answer that question, I
11      don't know.
12                    Q.  Besides car salespeople, were
13      there any other individuals --
14                    A.  Yes.
15                         MS. TROY:  I did not
16                    finish my question.
17                         MR. KATAEV:  Please let
18                    Ms. Troy finish her question
19                    before you answer.
20                    Q.  (Continuing) ---within the
21      Hillside Auto Outlet who were paid
22      commissions?
23                    A.  Like I said, anybody else was
24      paid commissions besides the salesperson, is
25      that your question?
```

```
1                    Ishaque Thanwalla
2           Q.  Correct.
3           A.  I don't understand your
4    question.
5           Q.  Were there any other positions
6    or individuals who were paid commission in
7    addition to the car salespeople?
8           A.  The finance manager, which is my
9    assistant, the sales manager, which is my
10   assistant, yes.
11          Q.  Anyone else?
12          A.  Not that I know, not to my
13   knowledge.
14          Q.  Were the porters paid any
15   commission?
16          A.  They got bonuses, but not --
17          Q.  How about the BDC employees did
18   they receive a commission?
19          A.  This is the Business Development
20   Center, is that's what you're referring to?
21          Q.  Yes, did they receive a
22   commission?
23          A.  BDC, the Business Development
24   Center, if that's what you are referring to?
25          Q.  Right.  Did they receive a
```

                    Ishaque Thanwalla

1

2    commission?

3              A.  Yes.

4              Q.  Did anyone else, did the

5    finance and sales managers and members of

6    the BDC receive a commission?

7              A.  I cannot answer that because I

8    don't remember everything, that is why.

9              Q.  Were the BDC employees' base pay

10   similar to that of the salespeople meaning

11   300, around $300 base pay weekly salary plus

12   the commission or something else?

13             A.  I understand that every

14   department has a manager, every department

15   has salespeople and they were all

16   commissioned salespersons.  One was a

17   salesperson, one was a telephone

18   salesperson.  The BDC, they answered the

19   phone and they worked the BDC phone, the

20   salespeople.  They brought the people in and

21   they got paid accordingly too.

22             Q.  Are they also paid a $300 weekly

23   salary plus a flat commission, the 150 per

24   car, or was that arrangement different in

25   that department?

Ishaque Thanwalla

1

2          A.  To my knowledge, the arrangement

3     was different, to the best of my ability and

4     the best of my knowledge.

5          Q.  So, the individual identified as

6     2, he was paid $350 flat weekly for the

7     regular pay.  What position did this

8     individual have?

9          A.  I can't answer that because I

10    don't know.  It could be sales or it could

11    be the BDC or finance, I can't answer that

12    question.

13         Q.  We are now on page 1255 and the

14    individual is identified as number 23.  The

15    department as listed as 100.  Is it fair to

16    say that this individual does not work in

17    sales?

18         A.  I cannot answer that question.

19    How would I know?  How would I know by

20    looking at the pay stub?

21         Q.  Who directed the production of

22    these earning statements?

23         A.  What do you mean by that

24    exactly? Please elaborate on the question.

25         Q.  Earlier when I asked you if you

1                    Ishaque Thanwalla

2          had a role in the preparation of this log

3          you mentioned that you directed that this

4          log be produced.  My question is similar,

5          but do you know who directed the production

6          of the earning statements?

7                    A.  I'm still confused by the

8          question.  Let me understand this -- can you

9          tell me differently?  You were telling me

10         who made people's salary when they were

11         going to get paid, is that your question?

12                   Q.  Who had the earning statements

13         produced, meaning who asked for the earning

14         statements to be compiled and produced to us

15         and for the Judge?

16              Who requested it to be printed and

17         provided to the Judge and to us within the

18         Hillside Auto Outlet Company?

19                   A.  I did.

20                   Q.  When you asked for the earning

21         statements to be produced, did you list them

22         by position or did you have the earning

23         statements for all employees implemented?

24                   A.  To the best of my ability, I

25         think all employees.

```
 1                      Ishaque Thanwalla
 2                          MR. KATAEV:  I will just
 3                      represent for the record that
 4                      I believe following June 20
 5                      of '21 the initial conference
 6                      before Magistrate Judge Mann,
 7                      these are items were
 8                      requested for settlement
 9                      purposes as this was a
10                      settlement conference.  I can
11                      represent to you that we
12                      worked off of the transcript
13                      in order to prepare the
14                      production.
15                  Q.  To clarify, Mr. Thanwalla,
16          during the conference it was asked for, the
17          comparator to Ms. Stidhum, correct?
18              To the best of your knowledge, were the
19          earnings records of only the sales
20          department produced or was it for all the
21          employees just so that we can get it clear
22          on the record?
23                          MR. KATAEV:  Objection.
24                      Asked and answered, but you
25                      can answer the question.
```

1          Ishaque Thanwalla

2          A.  If I am not wrong, I think to

3     the best of my ability,y it was all the

4     employees.

5          Q.  Looking at individual 23, it is

6     listed for $1,825 and the year to date for

7     2018 $150, is it accurate to say that no

8     cars salesperson worked at Hillside Auto

9     Outlet and did not receive a commission?

10          A.  I don't understand your

11     question.  Please, can you make it a little

12     bit more simple for me?

13          Q.  Sure.  Are there any non-

14     commission car salespeople at Hillside Auto

15     Outlet?

16          A.  No, there is nobody having to do

17     with the sales department -- all of the

18     people having to do with the sales

19     department have commission.

20          Q.  Is it accurate to say to the

21     extent that the pay stub reflected that this

22     individual did not receive any commission,

23     that that individual was not a car

24     salesperson?

25          A.  I can't answer that question.

1          Ishaque Thanwalla

2          Q.  Do you know who could?

3          A.  We have to look into it.

4          Q.  Who would you ask?

5          A.  You would ask the controller to

6    figure that out and ask them, the accountant

7    to look at it.

8          Q.  Turning your intention to

9    individual 7 on page 1256, it says that the

10   ''Reg'' is $200.  Do you know what position

11   that person was in?

12         A.  I don't know.

13         Q.  How about this individual

14   (indicating)

15         A.  Do not know.

16         Q.  That was page 1257 individual

17   number 24.

18         Besides the car salespeople, who else

19   was paid 2 paychecks by Hillside Auto Outlet

20   on a weekly basis?

21              MR. KATAEV:  Objection to

22              the form.  You can answer.

23         A.  I can't recall.  Maybe BDC and

24   finance, and the managers possibly.

25         Q.  In other words, all of the

1          Ishaque Thanwalla

2     commission employees received 2 paychecks;

3     is that correct?

4               A.  Correct, and some got paid once

5     a month commission.

6               Q.  Is it fair to say that any

7     employees who did not receive two paychecks

8     were not car salespeople?

9               A.  Again, I don't understand your

10    question.  Can you repeat it one more time?

11                    MS. TROY:  Sure.  Ms.

12                    Reporter, can you read back

13                    the last question for the

14                    witness.

15                    (The reporter read back the

16                    last question)

17              A.  I cannot answer that question

18    because I don't know.  I can't recall,

19    actually.

20              Q.  The same question for the

21    individual on page 1258.  The REG wage

22    straight is set at $500.  Do you know who

23    this person is or what this person's

24    position is?

25              A.  I can't recall.

1           Ishaque Thanwalla

2           Q.  Page 1259, individual 13.  The

3       regular weekly wage rate is $600; who is

4       this individual or what was this

5       individual's position?

6               A.  I can't recall.  I don't know

7       who.

8               Q.  Is there any individual for whom

9       you can tell what the position is by looking

10      at the pay stubs?

11              A.  No.  Everybody has a different

12      structure.

13              Q.  We're going to go through a

14      couple of other pages and my question for

15      you remains the same: that is, are you able

16      to identify the individual based on the pay

17      stub, what that individual's name is or

18      their position?

19          We are on page 1260 for individual 3 and

20      the regular rate is listed at $600.

21              A.  I can't answer that question

22      because I can't recall who that would be.

23      Same thing, same pay stub you are showing me

24      and I would say the same.

25                  MS. TROY:  For the record,

Ishaque Thanwalla

1                      Ishaque Thanwalla

2                           that was page 1261 individual

3                           25.

4                      Q.  We are now on page 1262

5      individual 17.  Do you recognize this

6      individual or this person's position?

7                      A.  No.

8                      Q.  Did you say ''no'' for the last

9      question?

10                     A.  I did.

11                     Q.  Now we are on 1263, individual

12     number 26.  Do you recognize this individual

13     or this individual's position based on the

14     pay stub?

15                     A.  No.

16                     Q.  Page 1264 individual number 27,

17     do you recognize this individual or this

18     individual's position based upon the pay

19     stub?

20                     A.  No.

21                     Q.  There is an individual 28 on

22     page 1265, same question.

23                     A.  No.

24                     Q.  Page 1266 individual number 29,

25     same question.

1                      Ishaque Thanwalla

2                      A.  No.

3                      Q.  Individual 20 on page 1267, same

4           question.

5                      A.  No.

6                      Q.  Individual 30 on page 1268, same

7           question.

8                      A.  No.

9                           MR. KATAEV:  Please let me

10                         know when you are done with

11                         this line of questioning so

12                         we can take a break.

13                     Q.  We are now on page 1277 and the

14          individual is 31.  Do you recognize this

15          individual or this person's position based

16          upon the pay stub?

17                     A.  No.

18                     Q.  We are on 1296 individual number

19          32, do you recognize this individual based

20          upon the pay stub?  For the record, it

21          appears that this individual was hired on

22          December 4th of 2018 and then paid $1,000

23          per week with no commission.

24                     A.  No.

25                     Q.  Was anyone paid $1,000 per week

```
 1                    Ishaque Thanwalla

 2        salary in the month of December of 2018?

 3                    A.  Its same, it may be a draw, that

 4        may be a draw, possibly.  It may be a draw

 5        against commission, maybe, but I can't

 6        recall.  I don't know who it is.

 7                    Q.  Did you hire anyone in December

 8        of 2018?

 9                    A.  I hired a lot of people and I

10        can't answer who I hired.  I cannot say

11        anything.

12                    Q.  Who was paid $1,000 per week

13        upon hire with no commission at Hillside

14        Auto Outlet?

15                         MR. KATAEV:  Objection as

16                         to relevance.  You can

17                         answer.

18                    A.  I answered ``no.  I don't know.

19        I cannot recall.''

20                    Q.  We are now on page 1320 for

21        individual number 34.  This individual was a

22        newly hired person in December of 2018 and

23        this individual was paid a regular weekly

24        rate of $900.  Do you know who this

25        individual is?
```

```
 1                    Ishaque Thanwalla

 2                    A.  By me looking at the pay stubs,

 3       I can't recall who it is, what it is or what

 4       department, even though you are showing me

 5       the loc and department.  I don't know the

 6       local department.  So, no.

 7                    Q.  We are now on page 3038 for

 8       individual 18.  Do you know who this

 9       individual is and what that person's

10       position is?

11                    A.  No.

12                    Q.  Would you be able to find out?

13                    A.  I have to refer to my office and

14       find out, sure.

15                    Q.  Would you be able to tell me

16       what that person's position is?

17                    A.  When I look into it, I will be

18       able to answer the question.

19                         MS. TROY:  All right.

20                         Demand number 6 will be for

21                         the name as well as the

22                         position for each of the

23                         individuals who the witness

24                         identified as numbers 21, 22,

25                         2, 23, 24, 4, 13, 3, 25, 17,
```

```
 1                  Ishaque Thanwalla

 2                       26, 27, 28, 29, 20, 30, 31,

 3                       32, 33, 34, 18, 19, 35, 36,

 4                       38, 39, and 37.

 5                            I know that they are out of

 6                       order, but that is the order in

 7                       which the documents presented

 8                       themselves.  My request is for

 9                       the positions as well as the

10                       name for each of the individuals

11                       that are listed here that you

12                       produced, apparently as

13                       comparator to the plaintiff.

14                            MR. KATAEV:  Please put

15                       all of your requests in

16                       writing.  We object to any

17                       characterization.

18                            MS. TROY:  Manuel, based

19                       upon your characterization of

20                       the record -- let's just

21                       continue.

22                  Q.  Going to page 1269, Mr.

23            Thanwalla, do you see on page 69 for the

24            period of November 27th of 2018 through

25            December 3rd of 2018 there is a commission
```

```
 1                    Ishaque Thanwalla
 2         listed for $1,600?
 3                    A.  Okay.
 4                    Q.  Based on that $1,600 figure, how
 5         many cars were sold?
 6                         MR. KATAEV:  Objection.
 7                    You can answer the question.
 8                    A.  150 divided by 1600.  Do you
 9         have a calculator?
10                    Q.  The formula is sufficient. Thank
11         you.
12              To your knowledge, is that always an
13         exact number?
14                    A.  Like I said previously, there is
15         a flat rate commission and I answered that
16         prior.  I said there is a bonus, and the
17         bonus and commission.  So, maybe there is a
18         commission, there is a bonus in there, 5
19         percent bonus, it may be $50 bonus or $200
20         bonus.  I cannot answer that question
21         because the commission plus the weekly
22         bonus, a monthly bonus, I have no idea what
23         is involved.
24                    Q.  What was the flat rate
25         commission, meaning the $150 per car versus
```

```
 1                    Ishaque Thanwalla
 2      what the bonus was at Hillside Auto Outlet?
 3                A.  You can take 15, whatever the is
 4      amount is, let's take 10 cars would be
 5      $1,500.  Am I right?  It would be plus a
 6      dollar bonus on top of that, and maybe that
 7      was only 8 cars and the rest was bonus.  I
 8      can't answer that.
 9                Q.  My question is different.  My
10      question is: were there records kept as to
11      what portion of the commission is the flat
12      rate commission versus the bonus that you
13      were talking about?
14                    MR. KATAEV:  Objection.
15                    Asked and answered again.
16                A.  May be a portion, possible, but
17      I can't answer that
18                Q.  When you say that it ''may be a
19      portion,'' what did you mean?
20                A.  It may be possible, I may have a
21      record or I may not have a record.  That's
22      what I'm saying exactly.
23                Q.  Does Hillside Auto Outlet have
24      an obligation to keep all of the sales
25      records for a period of time pertaining to
```

```
 1                    Ishaque Thanwalla
 2       the Government regulations as to each car
 3       sold?
 4                         MR. KATAEV:  Objection.
 5                         It calls for a legal
 6                         conclusion, but you can
 7                         answer.
 8                         MS. TROY:  Answer as to
 9                         the facts.
10            A.  As long as they paid minimum
11         wage, yes.
12                         MR. KATAEV:  Objection to
13                         the form of that last
14                         question.
15            Q.  Were there records kept for each
16       car sold in terms of the prior that was
17       sold, the commission for each car?
18                         MR. KATAEV:  Objection.
19                         Asked and answered, but you
20                         can answer it again.
21                         MS. TROY:  He did not
22                         answer the question, and
23                         that's why I had to ask it
24                         again.
25            A.  I can answer the question, yes.
```

```
 1                    Ishaque Thanwalla
 2       There is probably a way to look at it.
 3                    Q.  In other words there is a way to
 4       assert the answer to the commission and the
 5       wages that were given to car salespeople,
 6       including Leticia Stidhum that would be more
 7       precise than what we see on the pay stub
 8       component, is that correct?
 9                    A.  Yes.  We have to calculate it to
10       make sure that at the end of the month to
11       finish the month, they paid more than the
12       minimum wage, we would have to be in
13       compliance.
14                    Q.  Where are those records now?
15                    A.  Probably at the dealership,
16       probably missing but I can't answer that due
17       to the robbery.
18                    Q.  Those records that we we're
19       talking about in terms of the commissions,
20       the bonuses and the flat rate, is that kept
21       on paper or on the computer?
22                    A.  It was kept on the paper.
23                    Q.  Was it ever scanned onto the
24       computer?
25                    A.  Not to my knowledge.
```

1                    Ishaque Thanwalla

2                    Q.  Was it kept on the paper from

3       2018 to the present day; in other words, was

4       there ever a change to the electronic

5       system?

6                    A.  No, we have not changed, we have

7       not updated to the electronic system.

8                    Q.  Can you describe for me what

9       those records look like on the paper; what

10      type of information is contained therein?

11                   A.  It would be a salesperson would

12      fill out the amounts of the cars that they

13      sold, the first name and last name of the

14      customer, as well as they would write down

15      how much bonus they have achieved, and they

16      kept a copy.  And we have a copy.  That copy

17      that would be made, so we verify, we make

18      sure that the bonuses were correct, make

19      sure that the deals were funded and we make

20      sure that everything was to the open ''T'' the

21      right way so that we can take care of the

22      employees that we have by looking at the pay

23      stubs.

24                   Q.  Was that the same or different

25      from the triplicate copy that you were

```
 1                    Ishaque Thanwalla
 2        talking about?
 3                    A.  I don't understand the question,
 4        please.
 5                    Q.  You mentioned that the paper
 6        that you described with the salesperson
 7        would fill out, the number of cars, the
 8        customer information and the bonuses
 9        achieved, et cetera, is that the same or
10        different than the documents that were in
11        triplicate that you mentioned before?
12                        MR. KATAEV:  I am
13                        confused.  Triplicate? What
14                        does that mean?
15                        MS. TROY:  Three copies.
16                    A.  You're talking about 1 copy, 2
17        copies, one is for them and one was for us.
18                    Q.  Is that filled out on a weekly
19        basis or per-car sold?
20                    A.  Weekly basis by the salesperson.
21                    Q.  Who would verify if the
22        information is correct?
23                    A.  The office manager.
24                    Q.  Who was the office manager at
25        the time?
```

1              Ishaque Thanwalla

2                   A.   Deana was the controller and we

3         called the office manager or maybe Asha.   A-

4         S-H-A.

5                   Q.   Who is Asha?

6                   A.   Asha is the assistant to Deana.

7                   Q.   Back for a second to the

8         controller, the office manager, is that the

9         same title?

10                  A.   Correct, basically.

11                  Q.   What was Asha's title?

12                  A.   Asha would give paperwork when

13        it was done, give it to Deana so that Deana

14        could process it and she verified and Deana

15        verified it.

16                  Q.   Is she the assistant office

17        manager, was she?

18                  A.   Yes, you could call her

19        assistant office manager.

20                  Q.   When you said that the documents

21        would be processed, what information would

22        be coded in from the paperwork?

23                  A.   What do you mean by ``coded in''?

24                  Q.   You said that the documents

25        would be processed, what did you mean?

Ishaque Thanwalla

A.   Meaning when she goes through to make sure, to verify that the commission is the same, that is the process.  The commission is not coded in.  I said if you write down the name and 150 flat, and then there was any bonus on this, the customer on this car, you write down the bonus and then she verifies it and she processed it.

Q.   When she processed it in order for the amount to become an ATM check amount, did she key in anything on the computer?

A.   I don't know that.  I can't answer that question.

MS. TROY:  The next demand is going to be demand number 7.

Before I get to that actually, hold on. Mr. Thanwall.

Q.   Besides what you just described to me, were there any other documents kept as to the number of cars sold, what the commission is, what

                        Ishaque Thanwalla

1

2       the bonus is, et cetera for the car

3       salespeople at Hillside Auto Outlet?

4                  A.  Let me understand this question

5       correctly.  You are saying did we have any

6       bonus structure?

7                  Q.  No.

8                  A.  What is the question?  I'm

9       confused by your question.

10                 Q.  You mentioned that there was a

11      paper that Deana would process.  Besides

12      that paper that Deana would process, were

13      there any other written records of the

14      number of cars sold and the bonus or

15      commissions earned by the car salespeople at

16      Hillside Auto Outlet?

17                 A.  I don't think so.

18                 MS. TROY:  Demand number 7

19                        is for the written documents

20                        containing the cars sold, the

21                        name of the customer, the

22                        bonus and commissions

23                        received.  It is for the car

24                        salespeople at Hillside Auto

25                        Outlet, and the timeframe is

Ishaque Thanwalla

1

2          going to be from October of

3          2018 through February of

4          2019, and that includes,

5          obviously, the plaintiff as

6          well.

7               MR. KATAEV:  Please

8          follow-up in writing.

9               MS. TROY:  Just to be

10          clear, I believe these

11          documents were asked for and

12          directed to be produced by

13          the Court.  To the extent

14          that the defendants state

15          that they don't have the

16          documents or that they are

17          looking for them, it's not

18          really so, just so that we

19          are clear.

20               Demand number 8 will be

21          for any electronic files or

22          inputs by the office manager

23          or her assistant regarding

24          the same.

25               MR. KATAEV:  Please

```
 1                    Ishaque Thanwalla
 2                         follow-up in writing.
 3                         Currently note whether it has
 4                         been previously required to
 5                         produce.
 6                              MS. TROY:  We can now take
 7                         that lunch break.  Is 30
 8                         minutes good for everyone?
 9                              MR. KATAEV:  45 minutes
10                         would be fine.
11                              MS. TROY:  Fine, let's
12                         come back at 1:25.
13                         (A recess was taken from
14                         12:50 p.m. until 1:33 p.m.)
15               Q.  Mr. Thanwalla, do you have your
16          phone with you?
17               A.  Yes.
18               Q.  Could you go to your text
19          messages that you had with Miss Stidhum?
20               A.  Can I go to those text messages?
21          It's in another office, a different office.
22                              MR. KATAEV:  I will get
23                         it.
24                         (Mr. Manuel Kataev left the
25                         room and handed documents to
```

1          Ishaque Thanwalla

2                    the witness)

3                         MS. TROY:  Just pull up

4                    the text messages that you

5                    have with Leticia Stidhum.

6                    (The plaintiff Leticia

7                    Stidhum stated on the record

8                    that she is back on the

9                    record)

10                        MS. TROY:  Please mark

11                   this as Plaintiff's Exhibit

12                   3.

13                   (Plaintiff's Exhibit 3 marked

14                   for identification.)

15              Q.  Mr. Thanwalla, please read the

16         timestamp on the message.

17              A.  The message, it is October 9th,

18         of 2018 and it is 11:03 a.m.  It says ''Q40

19         customer is coming with a check and his

20         insurance.''

21              Q.  Was that from Leticia to you?

22              A.  Yes.

23              Q.  What comes after that?

24              A.  I said ''okay.''

25              Q.  Then, what happened after that?

```
1                    Ishaque Thanwalla
2          A.  I am not a good reader.
3                    MS. TROY:  Mr. Kataev do
4               you want to read?
5                    MR. KATAEV:  We are in the
6               process of producing the text
7               messages to you.  We may not
8               be able to produce them
9               during the deposition.  If
10              you want to take a break, I
11              will be able to produce it to
12              you so that it is easiest for
13              everyone.
14                   MS. TROY:  That sounds
15              good to me. How much time do
16              you need?
17                   MR. KATAEV:  10 or 15
18              minutes, and we will work as
19              quickly as possible.
20                   MS. TROY:  Okay, that
21              sounds good.  That way we
22              don't have to read it into
23              the record.  I agree.
24                   It is 1:50, when do you want
25              to come back?
```

1           Ishaque Thanwalla

2                     MR. KATAEV:  Let's come

3                back at 1:45.

4                (A discussion held off the

5                record)

6                     MS. TROY:  The time is now

7                2:00 p.m. and we are back on

8                the record.  Actually, it is

9                2:07.

10          Q.   The text message that was just

11     sent to me by Emanuel Kataev is a document

12     that I'm going to mark as a PDF file and I'm

13     going to mark that as Plaintiffs 4.

14                     MS. TROY:  Please mark

15                that as Plaintiffs 4.

16                (Plaintiffs Exhibit 4 marked

17                for identification)

18                     Plaintiffs 3 is going to

19                be text messages, plaintiffs

20                3 and then the PDFs that's

21                the WhatsApp, which we marked

22                as Plaintiff's Exhibit 4.

23          Q.   We were talking about the text

24     message before our break.  It's probably

25     going to be easier if we go in that order.

1          Ishaque Thanwalla

2              Q.  I'm going to show you

3      Plaintiff's Exhibit 3 first, which is what

4      counsel just sent to me. Can you describe

5      how you obtained this photograph; did you

6      just use another phone and take a picture of

7      your phone?

8              A.  Correct.

9              Q.  How about the second page which

10     does not appear to be a text message, what

11     is that?

12             A.  This is a text message.  If it's

13     WhatsApp, I have no idea.  You have two

14     separate files, one is WhatsApp and one is

15     text messages.

16             Q.  Looking and drawing your

17     attention to page 2 of the text message

18     file, this --

19             A.  Looking at the text message

20     file, this is all from a single person, this

21     is from Leticia.

22             Q.  When you say ''Q40 customer is

23     coming with a check and his insurance,'' were

24     you the one who said ''okay?''

25             A.  Correct.

                    Ishaque Thanwalla

1                          Q.  Do you know where on your phone

2          it itemizes who is speaking when there is a

3          blue bubble versus the white bubble, what

4          that means?

5                          A.  I have no idea.

6                          Q.  The next line says ``Kaswayne K-

7          A-S-W-A-Y-N-E Bailey is the name,'' is that

8          correct?

9                          A.  Correct.

10                         Q.  Who is that from?

11                         A.  That is from her.

12                         Q.  Then, the next line says ``your

13         friend is nice.''  Is that from you?

14                         A.  Yes.

15                         Q.  Then it says ``yeah, yeah,

16         everyone is nice when they want a job lol.''

17         Who is Leticia referring to?

18                         A.  I have no idea.

19                         Q.  When do you speak next on this

20         text message?

21                         A.  I would have to have my phone to

22         give that answer to that question.

23                              MR. KATAEV:  We can't do

24                                  that because we are using

```
1                    Ishaque Thanwalla
2                         this export.
3                              MS. TROY:  It does not
4                         appear that page 23, 2
5                         through 23, it does not
6                         appear to me to be
7                         screenshots of the iPhone
8                         text messages.  It looks like
9                         something else, but I'm not
10                        sure.
11                             THE WITNESS:  If it's a
12                        screenshot, when you push on
13                        the side, this goes into a
14                        PDF.
15              Q.  I believe it just doesn't have
16        who is speaking.
17              A.  I spoke very little, mostly
18        communications are by her and I answered
19        very little.
20              Q.  Then, what your attorney is
21        talking about, it doesn't have the date or
22        the time, correct?
23              A.  Right.
24                             MS. TROY:  Emanuel, are
25                        you working on the text
```

1          Ishaque Thanwalla

2                  messages to get the dates?

3                      MR. KATAEV:  That is

4                  correct.

5                      MS. TROY:  You are also

6                  working on the WhatsApp too?

7                      MR. KATAEV:  Right now we

8                  are focusing on WhatsApp.

9                      MS. TROY:  Fine, how about

10                 we come back to this in a

11                 little bit. I'm going to ask

12                 you a couple of questions

13                 that do not require the text

14                 messages. When your

15                 attorney's office is finished

16                 processing the messages with

17                 the date stamp and time, we

18                 will come back to it.

19                     MR. KATAEV:  That is fine.

20             Q.  Mr. Thanwalla, did you at any

21     point in time find out that Ms. Stidhum was

22     pregnant?

23             A.  No.

24             Q.  Were you aware that she

25     announced her pregnancy at Hillside Auto

```
 1                    Ishaque Thanwalla
 2        Outlet?
 3                    A.  To my knowledge, she never
 4        announced it.
 5                    Q.  Did she at any time tell you
 6        personally about her pregnancy?
 7                    A.  No.
 8                    Q.  Did she bring a sonogram to
 9        Hillside Auto Outlet?
10                    A.  No.
11                    Q.  Do you recall which day she
12        brought the sonogram to Hillside Auto
13        Outlet?
14                    A.  I answered my question
15        previously, no. She did not bring it, not to
16        my knowledge,'' ever in front of me.
17                    Q.  Were other Hillside Auto Outlet
18        employees aware that Ms. Stidhum was
19        pregnant, to your knowledge?
20                    A.  To the best of my knowledge,
21        when I learned when I was in Pakistan. Mr.
22        Ali on WhatsApp said ''your daughter is
23        pregnant,'' which is on the WhatsApp app.
24        That was December 27th, if I recall, because
25        I just went there and why I recognized that
```

```
 1                    Ishaque Thanwalla
 2        date, I said ''which one?''  Because I call
 3        every one of them my ''daughter.''  I treated
 4        them like one.
 5             My answer to you was I was the last
 6        person to know, and that was my answer.
 7        That was December 27th, according to my
 8        knowledge, and she never announced it.
 9        Never brought anything to the dealership.  I
10        don't think anyone was aware, maybe she got
11        close to Ali, so she may have told him.  She
12        may have told him about the pregnancy.
13                    Q.  At that time was Ali at Hillside
14        Auto Outlet?
15                    A.  I don't understand your
16        question.
17                    Q.  At the time was Ali at Hillside
18        Auto Outlet?
19                    A.  ''At the time?''  What do you mean
20        by ''at the time''?
21                    Q.  At the time, during December,
22        December 27th of 2018, when you supposedly
23        received the text messages, on WhatsApp, was
24        he --
25                    A.  Yes, he was working as my
```

```
 1                    Ishaque Thanwalla

 2        assistant.

 3                         MR. KATAEV:  Objection to

 4                    the form of that question.

 5             Q.  Due to the fact that you have

 6        multiple assistants, can you clarify whether

 7        it was the sales manager, the office manager

 8        or the finance manager; what is it?

 9             A.  He was a sales manager and

10        Guzman as well as Guzman, because I always

11        needed two people to cover the hours.

12             Q.  When was Ali hired as your sales

13        manager?

14             A.  To the best of my knowledge, I

15        can recall that it was in December.

16             Q.  Was he hired in preparation for

17        your departure to Pakistan?

18             A.  No.  He was hired because I

19        needed help.

20             Q.  Besides Ali, did anyone else

21        communicate whether by text, verbal

22        communication or personal telephone to you

23        about Leticia's pregnancy?

24             A.  No.

25             Q.  To your knowledge, did Leticia
```

                    Ishaque Thanwalla

1

2       get along well with the other Hillside Auto

3       Outlets?

4                       A.  To the best of my ability, yes.

5                       Q.  How about with yourself?

6                       A.  Well, she did very well, yes.  I

7       treated her like my family.

8                       Q.  In or around the month of

9       November of 2018, did you congratulate her

10      for selling many cars for the Hillside Auto

11      Outlet?

12                      A.  I probably did, because she

13      probably did a good job.

14                      Q.  At that time, did you discuss

15      potentially promoting her to the sales

16      manager position?

17                      A.  Like I answered previously, no.

18      And, my answer is still no, and it still

19      remains no.

20                      Q.  What was your reaction when you

21      found out that Leticia was pregnant?

22                      A.  My reaction was the way that I

23      found out, I was in Pakistan when Ali texted

24      me -- not texting me, the WhatsApp,

25      WhatsApped me.  This was the only time I got

                        Ishaque Thanwalla

1    that news.

2                Q.  Do you recall what your response

3    to Ali was?

4                A.  I mentioned my response to you,

5    ''I was the last one to know.''

6                        MS. TROY:  Can we have

7                        your office please provide

8                        the WhatsApp between Ali and

9                        Ishaque Thanwalla?

10                       MR. KATAEV:  No problem.

11                       MS. TROY:  So we don't

12                       need him to read it into the

13                       record.

14               Q.  To be clear Mr. Thanwalla, did

15   you communicate with Ali about Leticia on

16   What'sApp or also on text message?

17               A.  I know I never talked to him on

18   text message, only on WhatsApp.  I wasn't in

19   the country, and that's the only way you can

20   communicate over the WhatsApp.  It's an

21   international channel.

22               Q.  Let's go back for a second to

23   Plaintiff's Exhibit 2 that I am sharing on

24   the screen with you.  Please bear with me

```
1                        Ishaque Thanwalla
2          for one moment.
3                           MS TROY:  For the record,
4                           Plaintiff's Exhibit 2, pages
5                           75 to 1179 are customer
6                           dashboard logs that were
7                           provided to us on the part of
8                           the defendant's document
9                           production.  We are now on
10                          page 812 which corresponds to
11                          defendant's document
12                          production number 812.
13                   Q.  My question for you, is as
14         follows: once you reviewed the document,
15         please tell me to slow down if necessary and
16         I will scroll through it.
17                           (Ms. Troy is scrolling down)
18                Can you explain to me why this was
19         marked as "lost?"
20                   A.  Jacquelyn Cleary was the first
21         BD agent, the second rep was Mikiael M-I-K-
22         I-A-E-L- and Andris Guzman.  If it was
23         Capital One source of the lead, when we do a
24         Capital One, mailer, it came in, and we
25         created, it just came in on 12/29 2018 at
```

```
 1                    Ishaque Thanwalla
 2       11:28 a.m.  There is also a serial number.
 3       Please scroll down.
 4       (Ms. Troy complies.)
 5                    A.  (Continuing) It says the
 6       customer name, Ofelia O-F-E-L-I-A Fuentes F-
 7       U-E-N-T-E-S.  Then, the second person took
 8       on over, another BD agent ''changed from
 9       Heewattie Prashad to Mikiael.
10            It always gives you all the information,
11       what day the lead came in. Can you scroll
12       back up to 1229?
13                    (Ms. Troy complies)
14                    A.  (Continuing) So, when you see
15       the dates, and please scroll back down to
16       520 of 2019, there was -- the deal was
17       closed because we couldn't get hold of the
18       customer.  It comes out of the system, and
19       after 90 days, that is when it comes out of
20       the system.
21                    Q.  Is that the track system?
22                    A.  That is what it says here, I
23       think we are both saying the same thing.
24       (The reporter speaks to Ms. Troy on the
25       record)
```

1      Ishaque Thanwalla

2                    MS. TROY:  Ms. Luckman has

3                    a great point which is in

4                    order for us to have a clear

5                    record, please just wait

6                    until I finish asking you the

7                    question.  Then, you can jump

8                    right in.

9                    THE WITNESS:  I apologize

10                   if I jumped in.

11                   MS. TROY:  That is

12                   perfectly fine.

13          Q.  My question for you is, because

14     the lead is marked as ''lost,'' is it possible

15     that for instance that this deal in fact

16     went through?

17          A.  I don't understand your

18     question.

19          Q.  Because this lead is

20     ''automatically marked as lost,'' after 90

21     days, is it possible that this lead went

22     through, meaning there was a sale on the

23     vehicle?

24          A.  When I can answer that question,

25     is maybe possible because the car was sold,

```
 1                     Ishaque Thanwalla
 2       and Leticia or Mikiael or anybody did not
 3       manually put ''sold.''  There's a possible
 4       chance yes, that that can happen.
 5                     Q.  Could it possibly be true that
 6       sometimes lead was lost, but was not entered
 7       into the system properly?
 8                     A.  Yes, it can be possible.
 9                     Q.  Is it generally the case that
10       customers who did not come through the BDC
11       with the amount, that those log-in customers
12       are generally speaking, not logged into the
13       system?
14                     A.  They were logged into the system
15       by the salesperson as well as one of the
16       assistant managers.
17                     Q.  Were there cases where they were
18       not logged in?
19                     A.  It happens, it's like -- you get
20       a salesperson who is not doing his or her
21       job.  The manager is not doing their job,
22       and I can't keep up with everything.
23                     Q.  You mentioned that there was a
24       system, what system was it?
25                     A.  Vin V-I-N Solutions.
```

1          Ishaque Thanwalla

2                Q.  When you talked about Vin

3     Solutions, was the salesperson paid the

4     effective amount of bonuses?  In other

5     words, if the car was not logged into the

6     system, would they still get the bonus or

7     the commission, I'm sorry, on the car sold?

8                A.  Let me understand your question

9     correctly. If the Vin Solutions does not

10    have any effect on their bonus over there,

11    that answer is no bonus, they got paid on

12    what they sold.  We have a complete file of

13    the customer and the salesperson provides a

14    commission sheet, like I mentioned in my

15    previous question that you asked me.  They

16    would write down the name of the customer,

17    and if the car had any bonus to it.  If it

18    could be a bonus of 25, $50 or 5 percent,

19    any kind of bonus.  They would write it down

20    because I have a different kind of bonus

21    structure, every -- it's different, every

22    time, it's is different every day.  So, no

23    salesperson would ever not get paid on a

24    deal that they delivered a car.

25                Q.  Now we are looking at

```
 1                    Ishaque Thanwalla
 2        defendant's document production 249 and we
 3        are still on that same set of documents,
 4        with the customer dashboard log.  Page 249
 5        of Plaintiff's Exhibit 2 corresponds to
 6        defendant's document production 249.
 7             I'm going to turn your attention to a
 8        specific section on this particular log
 9        pertaining to an individual Franklin Yanes
10        Y-A-N-E-S.
11             Specifically I'm going to turn your
12        intention to defendant's production 252 that
13        corresponds to page 252 of Plaintiff's
14        Exhibit 2.
15             Please turn your attention to the amount
16        of time that the showroom visit lasted.  Can
17        you explain that to me and can you tell me
18        what that shows?
19                         MR. KATAEV:  Objection to
20                    the form.  You can answer.
21             A.   It's a very simple answer.
22        Leticia herself gave the answer for this
23        particular line at the last time at the
24        deposition.  You can look into it on her
25        deposition.  It was marked as an ''visit,''
```

                        Ishaque Thanwalla

1

2       but nobody marked it until it was the second

3       day.  The customer was not sitting there for

4       22 hours, it is impossible, we are not even

5       open 22 hours straight.

6               Q.  Is it accurate to say that in

7       fact the amount of time is the amount of

8       time it takes the BDC employee to log, for

9       instance the showroom visit as opposed to an

10      actual waiting time?

11              A.  Mostly it is done by the

12      salesperson person.  What happens when the

13      salesperson does not do it, what happens is

14      that BDC person finds out, and they put the

15      visit in.  Like I said, that is controlled

16      by everybody, so they can do either a visit,

17      they can put it next to the sold, it's not

18      the final record for the sale or for the

19      visit.

20                  MS. TROY:  Let's go off

21                  the record.

22                  (A discussion was held off

23                  the record)

24              Q.  In terms of the wait time, can

25      you describe to me once the customer comes

```
 1                      Ishaque Thanwalla
 2          in, what do they need to wait for, what are
 3          the different things that they need to wait
 4          for in order to walk out with the car or
 5          walk out without the car, for instance?
 6                      A.  So, your question is how long it
 7          takes to sell a car, is that what your
 8          question is?
 9                      Q.  Yes, with different components
10          broken down.
11                      A.  Different components broken
12          down, every situation is a different
13          situation.  Meaning when I say ''situation,''
14          that means I have customers and every deal
15          is different one next to the other.
16                      Q.  I'm going to follow-up for a
17          second.  If the customer does not require
18          any mortgage, what would the situation be?
19                      MR. KATAEV:  Objection to
20                          the form.
21                      A.  If it's a cash deal, it still
22          takes time, I still have to go through the
23          process of printing the paper, it's still a
24          process, for the DMV.  Sometimes in our
25          locations, our internet is not the greatest,
```

```
1                    Ishaque Thanwalla

2          and it can take a while.  Maybe the printer

3          is not working, maybe the DMV printer which

4          is a Dealer Track Management printer, you

5          have to look up for security purposes, it

6          sometimes does not go on.  Maybe the

7          customer has to wait 45 minutes for us to

8          print it because of the internet issues,

9          even in a cash deal, it can take time based

10         on that.  Then, once the process is

11         finished, if they can process it with the

12         Department of Motor Vehicles, we do all the

13         DMV in-house.

14              At that time, we are required to make

15         sure that our customer, the consumers have

16         the insurance and have a scanned copy, that

17         way we can scan it into the Department of

18         Motor Vehicles.

19              Everything is time consuming because it

20         is not a washing machine, where you just pay

21         a quarter and you put the washing machine

22         on.  You don't just walk out the door This

23         is an automobile, there are legalities which

24         have a lot of crossing your ''T's'' and

25         dotting your ''I's,'' because the Department
```

```
 1                      Ishaque Thanwalla
 2         of Motor Vehicle, it's a Government
 3         department.  It takes time and we want to do
 4         it the right way, not the wrong way, so we
 5         have problems.
 6                      Q.  You mentioned doing it the
 7         ''right way'' with the DMV, how long does it
 8         take, roughly?
 9                      A.  Let me just say, when you say
10         ''the right way,'' we try our best to do the
11         right way.  I'm not sure if you get my
12         answer, we try our best.
13                      Q.  My question is: how long does it
14         take?
15                      A.  It can take between 30 minutes
16         to 2 hours or 3 hours.  I can't answer that
17         question 100 percent.
18                      Q.  Let's talk about the different
19         types of customers, one that is essentially
20         the cash deal, the one you have to run the
21         credit score, how much additional time with
22         that additional factor that you just
23         described for me?
24                      A.  It is different, it could be
25         between 1 hour to another 2 hours or 3hours.
```

1                    Ishaque Thanwalla

2                    Q.  That 1 to 2 hours, is that all

3       for the customers so that he gets to walk

4       away with the car or --

5                    A.  It could be, but it could not

6       be, because we are still waiting for the

7       bank to answer, for that answer.  Then, we

8       have to get the insurance and sometimes they

9       have no insurance, you have to have multiple

10      processes in the auto industry.  To give you

11      an example, there are some online seminars

12      from the FTC, the Federal Trade Commission,

13      and they are saying that if it requires that

14      long to sell a car, they even recognized it

15      because so many processes are involved.  It

16      can take between 2 hours to 6 hours and I

17      can't tell you how often.

18                   Q.  On-average, how much time does

19      it take for customers to walk out with the

20      car; let's start with customers that are

21      doing a cash deal?

22                        MR. KATAEV:  Objection.

23                        Asked and answered but you

24                        can answer again.

25                   Q.  Between 2 and 4 hours.

1              Ishaque Thanwalla

2              Q.  How about the customer that

3       requires some form of credit.

4              A.  Like I said, 2 to 4 hours, 6

5       hours maybe.

6              Q.  Can you describe how the

7       DealerTrak system works?

8              A.  The DealerTrak system, we put

9       the consumer's information, and that is what

10      we don't give a login and a password.

11      Everyone and anyone, we don't give it to

12      them, it's only the service people have it,

13      certain people.

14          You can put in consumer information in

15      there, then you send it to the bank.

16      Because we are a -- because we have a bank

17      hookup directly to the Dealertrak it goes to

18      the banker and notwithstanding, the analysts

19      will look at it, at the application.  It

20      depends on the bank how busy they are and

21      what kind of credit structure that is.  And,

22      if they have to calculate the LTD, which is

23      the loan to debt.

24          Have to make sure that they verify the

25      employment of whatever the requirement on

Ishaque Thanwalla

1 the analyst's side is sometimes they give

2 the answer in half an hour and sometimes it

3 can take three hours.  Sometimes it comes

4 back and asks for more paperwork.

5 They ask to come back maybe in half an

6 hour and we say ``okay.''  It may require on

7 this guy, maybe once you give the pay stub,

8 they provide me with the truth, with the

9 proof of the address, we are going to go

10 back to the consumer, and scan it.  It's a

11 different case, different thing. Every time

12 is different, no 2 cases in your business

13 are the same.  That's the same thing with

14 us, there are no 2 customers that are the

15 same, everyone is different.

16 One takes 3 years to close the case and

17 one takes 3 months to close the case.  It's

18 like in your business.

19 Q.  Let's backtrack for a moment, in

20 November of 2018 who was running the dealer

21 log, who was running that?

22 MR. KATAEV:  Objection to

23 the form.  You can answer.

24 A.  I myself, and whoever was my

Ishaque Thanwalla

1  
2 the analyst's side is sometimes they give
3 the answer in half an hour and sometimes it
4 can take three hours.  Sometimes it comes
5 back and asks for more paperwork.
6 They ask to come back maybe in half an
7 hour and we say ``okay.''  It may require on
8 this guy, maybe once you give the pay stub,
9 they provide me with the truth, with the
10 proof of the address, we are going to go
11 back to the consumer, and scan it.  It's a
12 different case, different thing. Every time
13 is different, no 2 cases in your business
14 are the same.  That's the same thing with
15 us, there are no 2 customers that are the
16 same, everyone is different.
17 One takes 3 years to close the case and
18 one takes 3 months to close the case.  It's
19 like in your business.
20 Q.  Let's backtrack for a moment, in
21 November of 2018 who was running the dealer
22 log, who was running that?
23 MR. KATAEV:  Objection to
24 the form.  You can answer.
25 A.  I myself, and whoever was my

                    Ishaque Thanwalla

 1                  Ishaque Thanwalla

 2         assistant.

 3                  Q.  Who would that be?

 4                  A.  I don't know who it may be, it

 5         may be Guzman, it may be Jeanique.  I don't

 6         know who was there, I can't recall who was

 7         there at the time.

 8                  Q.  How about right before you left

 9         for Pakistan, who was running the DealerTrak

10         system?

11                  A.  Ali.

12                  Q.  Besides Ali, anyone else?

13                  A.  Yes, Guzman.

14                  Q.  Anyone else?

15                  A.  Serge has the power, he is the

16         finance manager and Louis had the power, he

17         is a finance manager.  That's about it,

18         that's what I can recall.  Maybe somebody

19         else, but I don't know.  I can't recall.

20                  Q.  Is it accurate to say that Serge

21         and Louis were typically running the

22         DealerTrak for the customers just usually,

23         and would it be the sales manager who did it

24         as well?

25                  A.  It's not typical.  It's not

```
1                         Ishaque Thanwalla
2       typically.  I can't 100 percent answer that
3       to give you an example, let's just say it
4       was one day and Guzman is off and Ali is on
5       the shift, correct?  So what happens is Ali
6       has one file and the other salesman has
7       another customer.  Ali would say ``take this
8       to service to run the credit,'' or take it to
9       Louis to run the credit.  That typically
10      happens.
11                   Q.  When you were out in Pakistan,
12      you usually did not run the DealerTrak
13      system, correct?
14                   A.  Correct.  But, I have it on the
15      DealerTrack from back home.  I can look up,
16      I can look it up because I look at my
17      reports and I look at my things almost every
18      day.
19          I am hands-on, either when I was in the
20      country or either if I am out of the
21      country, either if on I'm vacation, even if
22      I'm not on vacation.  I am very hands on.
23      That's the only thing I have to say, this is
24      my baby and I work very hard all my life to
25      have something.
```

Ishaque Thanwalla

1

2          Q.  Understood.  The DealerTrak,

3    does it log out when the user logs in, as

4    well as the ICU location?

5          A.  It tracks the ICU location,

6    correct, as well as what not to allow if

7    they look at the credit, but I can run the

8    credit.

9          Q.  In other words you can tell who

10   was logging in where at what time using your

11   account and password?

12         A.  Yes.  Nobody else should get on

13   my log on password, nobody has it unless

14   somebody stole it.

15         Q.  We're going to go now back to

16   Plaintiff's Exhibit 2 for identification and

17   specifically, I'm going to have you take a

18   look at page 1281, which again corresponds

19   to defendant's documents production 1281 for

20   an individual that was identified as ''2.''

21      Mr. Thanwalla, you don't know the

22   individual, is it fair to say that each of

23   the pay stubs that were demarcated with an

24   ''2'' pertaining to an individual, the same

25   individual was marked as 2?

1               Ishaque Thanwalla

2                    MR. KATAEV:  Objection to

3                    the form.  You may answer.

4          A.  I don't know.  I can't answer

5      that question because I don't know what 2

6      is.

7                    MR. KATAEV:   I'm making

8                    the representation to counsel

9                    that I made an identification

10                   marker on there, wherever 2

11                   is listed by the ID number,

12                   it's the same person.

13         Q.  Okay.  My follow-up question to

14     that is, for each of the different numbers

15     that were placed on the earnings statement,

16     those numbers for instance that say ''35,''

17     would they pertain to the individual 35?

18                   MR. KATAEV:  If the

19                   question is for the documents

20                   labeled 35, it refers to the

21                   same person and the answer is

22                   yes.  I'll make the

23                   representation that I made

24                   the markers on this.

25                   THE WITNESS:  I was aware

```
 1                    Ishaque Thanwalla

 2                        of it.

 3                            MS. TROY:  That you were

 4                        aware?

 5                            THE WITNESS:  I was.

 6                            MS. TROY:  Can you

 7                        possibly move the speaker

 8                        closer to you?

 9                        (The witness complies)

10                            MS. TROY:  So that it is

11                        clear. Emanuel, please do

12                        that.

13                        (A discussion was held off

14                        the record)

15                            MS. TROY:  We are back on

16                        the record at 2:46.

17                Q.  Are you alleging now that

18       someone that had unauthorized access to

19       DealerTrak?

20                    A.  I never alleged that, I never

21       said that.

22                Q.  Did you --

23                            THE WITNESS:  I am not

24                        done with my answer.

25                            MS. TROY:  I'm sorry.  Go
```

                     Ishaque Thanwalla

 1                          ahead.

 2          A.   I said ''maybe somebody stole my

 3   DealerTrak ID and password.''   I'm not aware

 4   of that, just letting you know, just telling

 5   you that I never alleged anybody having it,

 6   no.   I wasn't giving it out, It's too much

 7   of a privacy issue.

 8          Q.   Let's backtrack for a moment to

 9   the robbery, who was the robber?

10          A.   It was an employee we hired and

11   that was him.   I don't know.   He got caught

12   and he got punished for it.

13          Q.   Was that employee's name

14   Anthony?

15          A.   I think so, not 100 percent

16   recalling everything.

17          Q.   Did Andris Guzman have any

18   authority to discipline employees?

19          A.   Andris Guzman only takes orders

20   from me when I ask him to do.

21          Q.   So, please answer my question;

22   it's a yes or no question, did he have the

23   authority to discipline employees?

24          A.   Did he have any authority to

```
 1                    Ishaque Thanwalla
 2        discipline employees?  His job was to run
 3        credit and make sure everything was
 4        organized, not to my knowledge, he had
 5        authority to discipline, no.  To my
 6        knowledge, he had no authority to discipline
 7        unless he came to me and I disciplined.
 8                    Q.  Has he ever come to you for you
 9        to discipline an employee?
10                    A.  Not really.  I never had issues
11        at my dealership, we run a good and happy
12        family, that's the way we work, that is the
13        way that I still work.  You can see by my
14        persona that's the way that I am, I'm very
15        happy and very loving and very caring.  I
16        will give the shirt off my back to my
17        people.
18                    Q.  Did Andris Guzman have the
19        authority to hire employees?
20                    A.  No.
21                    Q.  How about firing employees?
22                    A.  No.
23                    Q.  How about to set schedules?
24                    A.  Set the schedule? Yes.
25                    Q.  Did Ali generally --
```

                    Ishaque Thanwalla

1                        A.  Ali, did all of that, the people

2          to get you the right answer, complete

3          answer.  All of the people, do you mean all

4          the sales managers?

5                        Q.  The sales managers.

6                        A.  Sales managers yes, not my

7          finance manager.

8                        Q.  Did he set the schedule for the

9          salespeople only or for everyone?

10                       A.  When you say open ''salespeople

11         only,'' and everyone, when you say

12         ''everyone,'' I wouldn't say everyone because

13         he ran his -- his title was sales manager

14         and his department was sales.  So, he only

15         managed the salespeople.

16                       Q.  Who decided which salesperson

17         should go to whom to run the credit through

18         the DealerTrak system?

19                       A.  Can you repeat your question?

20                       Q.  I --

21                       A.  Can you ask your question in a

22         different form, maybe where I can completely

23         answer it and comprehend it?

24                          MS TROY:  I'm going to

Ishaque Thanwalla

have the court reporter read
the question back.  Let me
know if you understand it, if
not, I will rephrase it.
(The reporter reads back the
last question)

A.  Let me understand this question,
which salesperson decided which salesperson
can go to which manager, is that the
question?

Q.  To run the credit, yes.

A.  It is based upon any salesperson
can go to any manager who is available at
the time.  There is no preference, there is
no term, anyone can walk up to any manager.

Q.  During Leticia's employment with
Hillside Auto Outlet, did she have you run
the credit from time to time?

A.  The answer to that question is
yes, I ran credit, Guzman ran credit,
Jeanique ran credit, Ali ran the credit, and
sometimes we were all busy and she went to a
finance manager and read the credit.  Did
that answer your question completely?

                    Ishaque Thanwalla

1          Q.  Did there come a time when
3   Andris Guzman was new and he was learning
4   how to run the credit?
5          A.  Guzman was my manager since a
6   very long time.
7          Q.  I understand.  When did he start
8   running the credit for Hillside Auto Outlet?
9          A.  The day he started to work with
10  me.
11         Q.  To be clear, what was that date?
12         A.  I can't recall.  I don't know.
13  I can't remember, but he knew it before he
14  came to work for me because he worked with
15  me at a previous location.
16         Q.  Where was that previous
17  location?
18         A.  Is that relevant?
19              MR. KATAEV:  You have to
20                answer.  Objection to
21                relevance, but you have to
22                answer.
23         A.  Queens Auto Mall.
24         Q.  You are saying that he ran the
25  credit at Queens Auto Mall also?

<pre>
 1                    Ishaque Thanwalla
 2                    A.   He worked for me over there,
 3      yes, he did things for me, yes.
 4                    Q.   The question specifically is:
 5      did he run the credit at Queens Auto Mall?
 6                    A.   Yes.
 7                    Q.   Again, just as a reminder, it's
 8      the same idea, nothing personal, please just
 9      wait until I finish asking the question
10      before you jump in.  That way we don't need
11      you to repeat yourself, understood?
12                    A.   Yes, understood, perfect.
13                    Q.   During Leticia's employment with
14      Hillside Auto Outlet, was she a dependable
15      employee?
16                         MR. KATAEV:  Objection,
17                         but, you can answer.
18                    A.   When you say ''dependable
19      employee,'' can you elaborate?  Do you mean
20      was she on time every day, is that what you
21      are asking me?
22                    Q.   Let's start with that.
23                    A.   Yes.  Sometimes she came late
24      and sometimes on time, she was dependable.
25      At times she went early, she left early.
</pre>

1                      Ishaque Thanwalla
2      That was when she wasn't feeling well or had
3      something else to do based on her ability
4      because she sold a lot of -- she spent a lot
5      of time, and I gave her leeway that she
6      needed.
7                      Q.  Would you say that she was an
8      excellent employee?
9                      A.  She was an excellent
10     salesperson.
11                     Q.  At any point during her
12     employment, was she ever disciplined?
13                     A.  I think maybe once, but I can't
14     recall what the reason was.
15                     Q.  I know you cannot recall the
16     incident, do you recall maybe when that
17     happened?
18                     A.  I cannot answer that, I really
19     can't remember, honestly.
20                     Q.  At any point during her
21     employment with Hillside Auto Outlet, was
22     Leticia ever suspended?
23                     A.  From Hillside Auto Outlet?
24                     Q.  Correct.
25                     A.  I don't think so.

Ishaque Thanwalla

1

2          Q.   Let's backtrack for a second,

3      were any car salespeople ever given a

4      written evaluation at any point between 2018

5      and 2019?

6                A.   They were given an evaluation

7      every month based on her or his sales.

8                Q.   That evaluation is the same or

9      different from the amounts of money that

10     they got?

11               A.   The amounts of money correlates,

12     the sales, equal amount of money.

13           The more sales that you make, you make a

14     lot of money, if you don't make a lot of

15     money -- if you don't make a lot of sales,

16     you don't make a lot of money.

17               Q.   I understand.  I just want to

18     know the written evaluation every month was

19     based on his or her sales; what form is that

20     report kept?

21               A.   I answered your question.  We

22     did evaluations, but not in writing.  I said

23     we did evaluations based on the sales that

24     they did, a good or great job.  We sat down

25     with them, ''good, now let's move on and do a

```
1                        Ishaque Thanwalla
2          better job, you did a great job.  Next time
3          do a better job.''  We say ''are you going to
4          make another 20 sales this month?''  We're
5          going to do this extra so that we can make
6          more deals so that you can make more money.
7          We get more done for the bonuses, whatever
8          the bonuses were.
9                        Q.  To be clear, was one of the ways
10         in which the number of cars sold per
11         salesperson tracked on a board with a name
12         and a tally?
13                        A.  You got that right, yes.  We
14         used to have a board, but we don't any
15         longer have the board.
16                        Q.  Is it accurate to say that when
17         you left for Pakistan that Leticia was
18         leading the board, meaning she was the top
19         saleswoman based on the tally?
20                        A.  I can't answer that, I can't
21         recall that in my memory.
22             She was always first or second or third
23         in position.  So, there were three top
24         people at the time, one was Leticia, one was
25         -- I have a person Sean, and he was always
```

1          Ishaque Thanwalla

2     on top.  Or it was one was one month, one

3     was the second month and one was the third

4     month.  She was always first or second or

5     third on the position.  So, there were three

6     top people, one was Leticia, one was David

7     Parsons and the other one was Shane.  They

8     were always on the top of each other,

9     meaning one was one month, one the second

10    month, and one the third month.  They were

11    always first, second and third position,

12    usually.

13               Q.  When you talked about Shane,

14    what was Shane's last name?

15               A.  I can't remember his name, it's

16    an Arabic name and I can't pronounce it.

17               Q.  Is it Shane or Sean?

18               A.  Shane.  When I called him

19    ''Sean,'' he said ''don't call me Sean.''  He

20    said it is ''Shane.''

21               Q.  Do you recall Leticia being the

22    first, second or third; do you recall if she

23    was actually always the first before you

24    left for Pakistan?

25               Q.  Always the first one putting on

```
 1                      Ishaque Thanwalla
 2        the board, I said it was between the first,
 3        second and third, all of them.
 4                   A.  Do you recall how many cars were
 5        sold on-average by David Parsons?
 6               They all averaged between 15 and 25 one
 7        month, one is 15 the other, the other is 20,
 8        22 or 25.  One did the next month 25 and the
 9        other did 15.  It always varied, it's a
10        variable number in between those numbers.
11                   Q.  When did David start to work at
12        Hillside Auto Outlets, do you remember the
13        month?
14                   A.  I can't remember, but the year
15        would be 2018.  But, the month, I can't
16        answer that.
17                   Q.  Do you recall what his base pay
18        was?
19                   A.  I can't recall.
20                   Q.  How about Shane, when did he
21        start working at Hillside Auto?
22                   A.  The same year, 2018. He is still
23        there.
24                   Q.  When did David Parsons end
25        working at Hillside Auto?
```

1                    Ishaque Thanwalla

2              A.  I can't recall.

3              Q.  Was the Shane that we were

4    talking about an African-American

5    individual?

6              A.  Shane is Arabic, Middle-Eastern,

7    I would say.

8              Q.  Was that the Middle Eastern

9    individual that you were talking about

10   working for Hillside Auto Outlet, was that

11   at the same time that Leticia was working

12   there?

13             A.  The same time as Leticia was

14   working there?

15             Q.  Correct.

16             A.  Yes.  Supposedly.  So, if that

17   person was working there, he would appear on

18   the earnings statement that were provided by

19   you to your attorney; is that correct?

20             A.  You have all of the documents.

21                  MS. TROY:  Cutting to the

22                  chase, if you could just

23                  provide the unredacted

24                  version of the documents,

25                  because there is clearly some

Ishaque Thanwalla

        confusion as to who and what

        or even if Mr. Parsons

        actually was there.

            MR. KATAEV:  Follow-up in

        writing and we will respond

        accordingly.

     Q.  I'm going to turn your attention
to Leticia's pay stub Mr. Thanwalla.  We are
on page 1187, which corresponds with
defendant's document production 1187.

    Mr. Thanwalla, does this comport with
your understanding in terms of the regular
wage rate that was provided to Ms. Stidhum
while she was a commissioned salesperson,
the regular $300 salary plus the commission?

     A.  Yes.  That is people on this pay
stub, $1,080, but I don't understand minimum
wage.

     Q.  Going to the next page we are
now on page 1188 which corresponds to
defendant's document production 1188.  Does
the $780 figure, the commission, meaning the
flat commission $150 per car sold plus a 5
percent bonus?

Ishaque Thanwalla

1                                 

2         A.  It can represent numerous

3 things.  Like, you can have 5 cars plus a

4 bonus car, or 5 cars plus maybe 1 car, 5

5 percent, 5 cars plus the weekend bonus.

6 There are a lot of -- there can be

7 variations here, this is not an exact thing

8 like I mentioned to you previously numerous

9 times, that we have different bonus

10 structures and that is why we cannot say

11 flat.

12         Q.  That bonus structure is sort of

13 laid out in the weekly deposits that I

14 demanded today, correct? That was filled out

15 by each car salesperson on a weekly basis?

16                 MR. KATAEV:  Objection to

17            the form.  You can answer.

18         A.  I guess, yes.

19         Q.  Was that ever turned over by you

20 to us?

21                 MR. KATAEV:  Objection to

22            the form.  You can answer.

23         A.  I have no idea.

24                 MR. KATAEV:  If you want

25            to take a look, we can try to

Ishaque Thanwalla

1              look and see if we can pull

2              that text.

3                      MS. TROY:  That's fine.

4              The time is now 3:06 p.m. and

5              we will come back on the

6              record at 3:20.

7                      MR. KATAEV:  Yes, 3:20.

8                      MS. TROY:  You need that

9              much time?

10                     MR. KATAEV:  Yes, to get

11             it printed and scanned.

12                     MS. TROY:  Fine.  Let's

13             take that break.

14             (A recess was taken from 3:06

15             p.m. until 3:24 p.m.)

16                     MR. KATAEV:  I represent

17             to you, Tiffany, that I have

18             sent you the WhatsApp

19             messages for the entire

20             meeting of Leticia's exchange

21             with the witness.  But, the

22             ones between Ali, that is

23             only for the relevant period

24             because the entirety of the

1          Ishaque Thanwalla

2              other messages have very

3              sensitive financial

4              information that we object to

5              producing.  So, if we need to

6              deal with that objection, we

7              will deal with it with the

8              Court.

9                  I'm just making a

10             representation to counsel

11             that nowhere else in the 18

12             pages of messages is Leticia

13             referenced or anything

14             related to this case. It is

15             mostly all financial

16             information and information

17             related to particular sales.

18                 MS. TROY:  Is the message

19             pertaining to particular

20             sales related to sales that

21             Leticia may have done while

22             she was working at Hillside

23             Auto Outlet?

24                 MR. KATAEV:  There is no

25             way to tell, I don't think

Ishaque Thanwalla

1

2          so.  But, I don't know, the

3          final thing I want to say is

4          that you have the complete

5          regular text messages

6          exchanged between the witness

7          and your client, the

8          plaintiff.  That is in the

9          final email that I just sent.

10          I believe it says ''Leticia's

11          text messages.''  We will

12          Bate's stamp that when it is

13          time so that we don't have to

14          waste time and you can

15          proceed with the deposition.

16               MS. TROY:  Let's go off

17          the record.

18          (A discussion was held off

19          the record)

20               MS. TROY:  It is now 3:40

21          p. m. and I will review the

22          documents.

23               I'm going to mark the

24          exhibit, the document that

25          was sent again, text messages

1                          Ishaque Thanwalla

2                                  I believe using a Decipher

3                                  App, between Mr. Thanwalla

4                                  and Leticia that we're going

5                                  to mark now as Exhibit 5.

6                                  (Plaintiff's Exhibit 5 marked

7                                  for identification).

8                                   Exhibit 6 is his decipher

9                                  chat between Leticia and Mr.

10                                 Thanwalla on the WhatsApp

11                                 chat.  Then, exhibit 7 is

12                                 decipher chat conversations

13                                 page 5 of 18 between Mr.

14                                 Thanwalla and Ali.

15                                 (Plaintiff's Exhibit 6, and 7

16                                 now marked for

17                                 identification.)

18                          Q.  I'm going to show you various

19               exhibits and ask you a couple of questions.

20               We are now looking at exhibit 3 and my

21               question for you is: when were these

22               photographs taken?

23                          A.  I think yesterday or the day

24               before yesterday.

25                          Q.  Why were these photographs

```
 1                   Ishaque Thanwalla

 2        taken?

 3                   A.  Because I was messaging and I

 4        wanted to put them into a file.

 5                   Q.  You believe that you may have

 6        done it on Wednesday or Thursday, and you

 7        were just putting a photograph of the text

 8        message, correct?

 9                   A.  That's the only way that I knew

10        how to do it.

11                   Q.  You took it on your phone or

12        some other person's phone?

13                   A.  It's my second phone.

14                   Q.  Did you text at all with Laticia

15        on your second phone, meaning the phone that

16        you used to take the pictures?

17                   A.  I never texted to her, this is a

18        form, because too many customers were

19        calling or texting in the middle of the

20        night and I required a phone a few months

21        back and that is the phone.

22                   Q.  Did you represent to me that

23        these messages were between you and Leticia;

24        if so, you are on the blue and Leticia on

25        the white, actually, on the gray?
```

                         Ishaque Thanwalla

  1                      Ishaque Thanwalla

  2                      A.  Yes.

  3                      Q.  Is this an accurate

  4   representation of the text messages just

  5   that you sent and you received from Leticia?

  6                      A.  It's on the phone, that's

  7   accurate on the phone that you are showing

  8   me, yes.

  9                      Q.  Is that the same for the

 10   entirety of the text messages, meaning all

 11   23 pages that I am showing you on the screen

 12   right now, is that accurate as far as you

 13   can tell?

 14                      A.  Yes.

 15                      Q.  Next we're going to turn our

 16   attention to exhibit 4, same question for

 17   which is: when was the photograph of the

 18   phone taken?

 19                      A.  Either yesterday or the day

 20   before yesterday.

 21                      Q.  Why did you take these

 22   photographs?

 23                      A.  I wanted to put in the

 24   communications, the contents in the file,

 25   our communications.

```
 1                    Ishaque Thanwalla
 2                    Q.  To the best of your knowledge,
 3      does the photograph accurately represent the
 4      text messages that were from you to Leticia
 5      and from Leticia to you?
 6                    A.  Yes.
 7                    Q.  I'm now going to scroll through
 8      the 37 pages. To be clear, the green
 9      represents you and the white represents
10      Leticia, each bubble; is that correct?
11                    A.  Yes.
12                    Q.  Now, I'm showing you what your
13      attorney has provided to us which are
14      conversations between you and Leticia.
15      Again, the text messages, did you have a
16      chance to review the documents, those 11
17      pages.
18                    A.  Yes.
19                    Q.  To the best of your knowledge,
20      do the documents accurately represent the
21      text messages that you have sent to Leticia
22      and that you have received from Leticia?
23                    A.  So far, to the best of my
24      knowledge.
25                    Q.  Did you have a chance to compare
```

                    Ishaque Thanwalla

1

2       this with your phone?

3                   A.  No.

4                   Q.  On the next break, please take

5       some time and compare it on your phone, and

6       the question after the break will be: Does

7       it accurately reflect what you see on your

8       phone?  I will also have some specific

9       questions about this exhibit.

10                  A.  Go right ahead.

11                  Q.  We are now on page 6, and I am

12      pointing to your attention to the text

13      message from November 20th of 2018 at

14      approximately 4:07 p.m.

15          This is a text message from Leticia that

16      says ''I got to talk to you about something

17      before it's blown up.''

18          Your response is ''you and your blowup.''

19      Can you explain what you meant by that, if

20      you know?

21                  A.  Maybe she was talking to the

22      customers unprofessionally.

23                  Q.  Drawing your attention to the

24      text message that is dated November 20th,

25      2018 at 5:40 p.m.  It says, from Leticia

```
 1                    Ishaque Thanwalla
 2          ''can I go home I have really bad cramps and
 3          I can barely move why do you think I was
 4          sitting in the back all day?''
 5               Were you aware that Leticia at that time
 6          was pregnant?
 7                    A.  No.
 8                    Q.  Let's go now to page 8.
 9                    A.  Okay.
10                    Q.  Turning your attention between
11          pages seven and 8l.
12                         Obviously we see the paper
13          format with the PDF in a black and white
14          photo. My question for you is: do you have
15          the actual video that is printed on the PDF?
16                    A.  I don't think so. Everything is
17          printed, the only thing we are looking at,
18          that's what I have on my phone and I
19          provided 100 percent of what is in my phone.
20          100 percent, not 98 percent, 100 percent of
21          what I have.
22                    Q.  If you could just turn your
23          attention to this video, 11-24-2018 at 5:47
24          p.m., my question is quite simple: are you
25          able to check on your phone and see an
```

```
 1                       Ishaque Thanwalla
 2         actual video or what is that?
 3                    A.  I can't answer that question,
 4         because I haven't looked at it.  I gave them
 5         to my attorney and he downloaded everything
 6         and he gave it to you.
 7                            MS. TROY:  Mr. Kataev, it
 8                        appears that this is the
 9                        Decipher app, and it's a
10                        black and white photograph of
11                        the actual video.  My
12                        question is, can you get me
13                        the actual video?
14                            MR. KATAEV:  I will see, I
15                        will speak with my client and
16                        you can make a request in
17                        writing, please.
18                    Q.  Do you have your phone with you,
19         Mr. Thanwalla?
20                    A.  Yes.
21                    Q.  Can you check your November
22         24th, 2018 conversation with Leticia
23         Stidhum, and there was a video, to see if
24         there is a video.
25                            MR. KATAEV:  Let's go off
```

```
 1              Ishaque Thanwalla
 2                   the record.
 3                   (A discussion was held off
 4                   the record)
 5                        Let the record reflect
 6                   that I'm looking at November
 7                   24th of 2018, message at 5:47
 8                   p.m., and I'm looking at the
 9                   image.  I see that this is a
10                   picture, but there's no way
11                   to play a video.  In fact, on
12                   the bottom I don't see it on
13                   here, on the bottom of this
14                   you can see there was like a
15                   timestamp, and there is a
16                   play button.  When you press
17                   the play button, it's just an
18                   image, and it is not capable
19                   of being played back.
20                        MS TROY:  If the image is
21                   black and white or in color -
22                   -
23                        MR. KATAEV:  It's in
24                   color.  I will reprint it in
25                   color and reproduce the color
```

                    Ishaque Thanwalla

1

2                          print.  We ran out of toner

3                          and we could not print it.

4                               MS. TROY:  That's fine.

5                          When you look on it, does it

6                          appear bigger or is it

7                          smaller?

8                               MR. KATAEV:  It's bigger.

9                               THE WITNESS:  It is bigger

10                         in the sense that you take

11                         the image, it takes up the

12                         full screen instead of just

13                         showing you a portion. It's a

14                         thumbnail, and --

15                              MS TROY:  Can you provide

16                         the thumbnail to me?

17                              MR. KATAEV:  No problem.

18                              MS. TROY:  Just produce

19                         that to me at some point

20                         during this deposition.

21                         We're not going to waste any

22                         more time on this.

23                              MS. TROY:  I'm going to

24                         ask you to print it out or

25                         send it to me, whichever.

Ishaque Thanwalla

1

2    Q.  I'm now going to turn your

3    attention to the message that follows here,

4    this is the message from November 25th of

5    2018 at 3:59 p.m.  ''I have so many solid

6    deals and it's just taking so long for no

7    reason.''

8       At that time first of all, to your

9    knowledge, did you become aware of Leticia's

10   pregnancy.?

11           A.  I can't recall.  I don't think

12   so, but I don't think she ever mentioned it,

13   somebody else mentioned it to me.

14           Q.  At that time had Leticia already

15   announced her pregnancy to either yourself

16   or other individuals at Hillside Auto

17   Outlet?

18           A.  I don't remember, nor can I say

19   that she ever told me.

20           Q.  Now, we are on exhibit 5 and I

21   will turn your attention to the message

22   dated November 25th of 2018 at 4:00 p.m.

23           A.  Okay.

24           Q.  It says ''okay I am not there at

25   7:00 every dealership work except me.''  What

                    Ishaque Thanwalla

1

2       did you mean by that?

3               A.   That I am not there at 7:00,

4       every dealership -- I'm confused.  This is

5       Leticia writing -- no, it's --

6               Q.   Does this appear to be you

7       writing to her?

8               A.   I have to see the whole thing

9       for me to answer that question.

10              Q.   Then, on November 25th at 4:00

11      p.m. it says ''I have one 5,000 down QX60 the

12      other 2000 down Laredo, all 600+ credit.''

13              A.   Okay, I'm there.

14              Q.   Let me scroll up for you. This

15      is the entire thread.  Please read it and

16      let me know when you are ready to answer my

17      question.

18              A.   ''Okay.  I am not there at 7:00

19      every dealership work except me.''  I don't

20      write well, and maybe I was answering her

21      differently.  I am not there, and I said at

22      7 o'clock.  When I read, I don't read well,

23      and you can see why I write very limited.  I

24      have -- I am dyslexic when I am writing.

25              Q.   Is it fair to say that the

```
 1                      Ishaque Thanwalla
 2           November 25th, 2018, 359 message from
 3           Leticia to you is a complaint?
 4                      A.   Where does it say "complaint?"
 5                      Q.   Sir, you can answer yes or no.
 6                      A.   I don't see a complaint at all,
 7           no.
 8                      Q.   Turning your attention again on
 9           page 8, November 25th, 2018 at 8:07 p.m.
10           text message, Leticia writes ''what's up I
11           was in the shower when you called.''
12                               THE REPORTER:  I didn't
13                          hear that answer.
14                               MS. TROY:  Can you repeat
15                          your answer?
16                      A.   Can you repeat the question?
17           (The reporter read back the last question)
18                      Q.   Can you describe the text
19           message for me, and then the court reporter
20           can just take down his answer.  I want him
21           to read back the question.
22                               MR. KATAEV:  I don't
23                          understand.  Instead of
24                          having him redo his whole
25                          answer, have him continue
```

```
 1                    Ishaque Thanwalla

 2                       answering.

 3                 A.   What? You didn't ask me a

 4        question.

 5                 Q.   Please relax, I will re-ask the

 6        question. We were talking about the text

 7        message at 8:07 p.m.  My question is: is

 8        that when you usually called Leticia?

 9                 A.   Yes, if she had a customer that

10        she was not there, she called and said that

11        she would come in late, I would call to see

12        what was going on with the customer so that

13        I could handle the customer appropriately

14        for her.

15             She didn't lose her commission, I could

16        help her make the deal, she would get paid.

17        I was very generous with my employees, like

18        I said.

19                 Q.   Is it fair to say that you

20        called Leticia more frequently than you

21        texted her?

22                 A.   I can't answer.  I have called

23        every employee if they are not there, if I

24        have a customer, I call them, yes.

25                 Q.   Earlier before we were cut off
```

1          Ishaque Thanwalla

2     by your attorney, didn't you say that you

3     called more frequently than you texted

4     Leticia Stidhum?

5          A.  That is not -- I said that I

6     called more frequently, everyone because I

7     don't text well.  You can see that I don't

8     make sense on my own wording.

9          Q.  Turning to the bottom of page 8,

10    the beginning of page 9 it is dated November

11    28th of 2018 at 8:09 p.m.  It says ''the call

12    keeps dropping.  I am going to call him

13    now.''

14    Is it fair to say that Leticia is

15    working outside of business hours?

16         A.  If it's her customer and she is

17    not at work, it's likely she did not show up

18    to work, not her day off.  If she could no

19    longer show up, I would call her, to call

20    the customer and she was supposed to be

21    there, and I would say ''you should show up

22    too.''

23         Q.  Is it fair to say that at the

24    time when she texted you at 8:09 p.m.,

25    during that time, that she called the

```
1                    Ishaque Thanwalla

2       customer, that it was after store hours?

3                A.   Because she probably was

4       supposed to say that she is going to call

5       him, probably confirming.  It was probably

6       that if she says that she was going to go

7       home, it's a hard deal for her, why should

8       she lose money if she was going to call her

9       -- I probably said ''call him to remind her,

10      and there's nothing wrong with that.  I am

11      aggressive, and she is aggressive enough to

12      make every deal.  That's why I loved her,

13      she was a very good salesperson.

14               Q.   You are emphasizing that she was

15      a good salesperson as opposed to a good

16      employee.  To you, what is the difference?

17               A.   A good salesperson, she was my

18      employee.

19               Q.   What part of the employee role

20      did she play as a salesperson so that she

21      was a great salesperson --

22               A.   Meaning that she was a good

23      employee, simply put.

24               Q.   Let's take a look at the text

25      message on page 9 where it is dated November
```

```
 1                   Ishaque Thanwalla
 2       30th, of 2018 at 3:17 p.m.  Leticia says ''I
 3       am really not feeling well I feel nauseous
 4       and I was trying to just hang out but I feel
 5       hot and I feel my stomach turning.''
 6            Is it fair to say that at this time you
 7       knew about the pregnancy?
 8              A.  Maybe not, I can't recall.  If
 9       she was pregnant she would've texted someone
10       anyway, and if I saw any sales, if I saw
11       anything that's said that she was nauseous
12       ''I am pregnant,'' though I did not.  Nowhere
13       in her conversations have I ever seen her or
14       seen any messages that show, it says ''I am
15       nauseous because I am pregnant.''  She is
16       nauseous, and she has done that numerous
17       times.  I can't recall if she told me or she
18       did not tell me whether she was pregnant.
19              Q.  She did not tell you in person
20       that she was pregnant?
21              A.  I cannot recall that because I
22       don't think so.  I don't think she told me,
23       but I got awareness of this from somebody
24       else and I can't exactly recall it at this
25       time who told me.  Maybe her friend Joanna,
```

                    Ishaque Thanwalla

1

2       but I don't know.

3                    Q.  Please turn your attention to

4       page 9, the text message dated December 3rd

5       of 2018 at um 11:21 a.m.  Then that shows

6       your response at 11:22 a.m.

7                    A.  Okay.

8                    Q.  When you said that ''in meeting

9       be there in 2 hours,'' where were you

10      meeting; was at Hillside Auto or somewhere

11      else?

12                   A.  Maybe a meeting with my

13      partners.

14                   Q.  By ''partners,'' do you mean 3

15      other individuals who you mentioned were

16      also shareholders?

17                   A.  Yes.  Or, I could be in a

18      meeting with -- someone for a personal

19      meeting or maybe I am in a -- in my doctor's

20      office. I can't answer that question

21      exactly.

22                   Q.  How often would you have

23      meetings with your partners?

24                   A.  Once or twice a month.

25                   Q.  What would those meetings touch

```
 1                      Ishaque Thanwalla
 2           upon?
 3                      A.  Sales, how are we doing in
 4           sales, because it's my job to make sure that
 5           they are up-to-date about what is going on
 6           there and my business.
 7                      Q.  As the general manager, did you
 8           receive a salary?
 9                      A.  I received percentage, yes.
10                      Q.  Meaning that you received a
11           percentage of the profits; is that correct?
12                      A.  Yes.
13                      Q.  Is that percentage the same or
14           different from 25 percent?
15                      A.  25 percent is my partnership.
16                      Q.  The question is how about for
17           the profits?
18                      A.  It's my percentage, it's my
19           privacy not to answer that question,
20           Emanuel.
21                      MR. KATAEV:  We are going
22                      to object on the grounds of
23                      confidentiality under Rule
24                      30.  The plaintiff has
25                      previously requested all
```

```
 1                    Ishaque Thanwalla
 2                         matters of financial
 3                         information, and the Judge
 4                         refused to comply with the
 5                         production of that
 6                         information.  So, I am
 7                         directing the witness not to
 8                         answer that question.
 9                    MS. TROY:  I am not asking
10                         for financial information.  I
11                         am asking for the percentage
12                         of profits that were given to
13                         him.  I am not asking about
14                         the sales at Hillside Auto.
15                    MR. KATAEV:  Objection
16                         Asked and answered. You can
17                         answer as to the percentage.
18              A.  I can't recall what the
19         percentage is, I was getting -- it's the
20         same percentage that I was getting today,
21         there is no difference between that day and
22         today's date.
23              Q.  Turning your attention to the
24         text message dated December 12th, 2018 at
25         6:04 p.m.
```

 1            Ishaque Thanwalla

 2            ''I am really not feeling well.  My

 3      stomach is turning and I feel extremely

 4      nauseous and I keep feeling like I need to

 5      puke I can't stay any longer I need to lay

 6      down.''

 7                  A.  You can see in her question that

 8      she probably left because she is sitting

 9      right in front of my window.  I said

10      probably ''go.''  But, anyway, you see no

11      mention of pregnancy.

12                  Q.  Is it fair to say that at that

13      point you knew of Leticia's pregnancy?

14                  A.  I cannot answer that question

15      because I don't recall anything she is

16      mentioning.  If she would've mentioned it,

17      she would've mentioned it in the text.  You

18      can see that she likes to turn everything --

19      put everything in writing, and she should

20      have mentioned something somewhere.

21            You can see from page 1 to whatever the

22      last page is, whatever you have 37 or 27,

23      you don't see anywhere in her conversations

24      that she is saying that she is pregnant.

25      So, no, I did not know if she had mentioned

```
 1                    Ishaque Thanwalla
 2        it, I don't recall.
 3                    Q.  Is it your understanding, and
 4        don't take this the wrong way, but is it
 5        your understanding that a pregnant woman
 6        needs to remind you of her pregnancy through
 7        text?
 8                              MR. KATAEV:  Objection as
 9                         to argumentative.  You can
10                         answer the question.
11                    A.  She at least one minute -- once
12        she was pregnant, she never did say, so she
13        didn't need to remind me.  I don't think I
14        remember her mentioning to me that she was
15        pregnant.
16                    Q.  Now let's turn our attention to
17        page 10 and take a look at the text message
18        dated December 12th, 2018 at 6:37 p.m.
19        Please read it and let me know when you are
20        done.  Please read it to yourself.
21        (The witness peruses).
22                              MR. KATAEV:  The witness
23                         has requested that I read the
24                         message to him.
25                              (Mr. Kataev read the text
```

1          Ishaque Thanwalla

2              message as requested to the

3              witness)

4          Q.  There is also a text message on

5     12-12- 2018 at 6:39 p.m.

6                  MR. KATAEV:  Let the

7                  record reflect that I have

8                  read the first text message

9                  and let the record also

10                 reflect that I am now reading

11                 the second text message to

12                 the witness.

13         A.  I --

14                 MR. KATAEV:  There is no

15                 question pending.

16                 (The attorney reads it to the

17                 witness.)

18         Q.  What is your response?

19         A.  Probably brought into my office

20    and said that I wanted to talk to her about

21    what seemed to be the trouble and then we

22    communicated.

23         Q.  Do you recall what that

24    conversation was like?

25         A.  I can't recall.  The only thing I

1    Ishaque Thanwalla

2    can see from the content is it says that the

3    customer is rushing her, the customer or she

4    is  rushing the customer or the customer is

5    rushing her.  I said ''slow down the

6    customer.''  ''If you want to make the deal,

7    you have to slow down the customer.''  Then,

8    I wanted her to make the deal, to slow the

9    customer down and she said ''no rush.''

10   Everything is okay.  What happened, when you

11   do it fast, you cut corners and you make

12   mistakes.

13        Maybe I brought her into my office and

14   I told her, I disciplined her, like I

15   mentioned maybe one or two times I guess

16   that was one of the times that I disciplined

17   her. I told her ''you need to slow down the

18   customer, slow down yourself to make it the

19   right way of making the deal instead of

20   losing a deal.''

21        Q.  Is it correct that the

22   particular deal that was referenced in the

23   first text message went through?

24        A.  Yes.  I read that because I

25   disciplined her and told her to slow down

```
 1                    Ishaque Thanwalla

 2        the customer.

 3                    Q.  To your knowledge, did that

 4        happen before or after the pregnancy

 5        announcement, the alleged pregnancy

 6        announcement?

 7                    A.  I don't recall her pregnancy

 8        announcement, so I can't allege anything.

 9                    Q.  Besides telling her to slow the

10        customer down, do you recall what else was

11        said during that night on December 12th,

12        2018?

13                    A.  I don't recall.

14                    Q.  Turning your attention now to

15        the text message dated January 7th of 2019

16        at 4:13 p.m.  Leticia writes ''I left for the

17        day tomorrow we need to talk because this

18        place has been a shit show since you left.''

19        Your response to her at 10:17 a.m. which is

20        on page 10 continuing onto page 11 is

21        ''okay.''

22                    A.  She asked me a question on the

23        7th, and I was probably into the flight or

24        getting out of the flight.  When you come

25        off of a 24-hour long flight, you sleep.
```

```
 1                      Ishaque Thanwalla
 2           You have jet lag, maybe my phone was shut
 3           off.  And I can't answer that, I can't
 4           recall everything.
 5                      Q.  Let's scroll down now to page
 6           11.  I'm going to now draw your attention to
 7           the text message from January 10th, 2019 at
 8           1:24 p.m.  Please read it and let me know
 9           when you are finished reading it.
10                            (The witness peruses and
11                            says, ``she's telling me that
12                            she threw up and she can't
13                            take the pressure in the car
14                            business'')
15                            MS. TROY:  Please read
16                            back the question again.
17                            (The reporter read back the
18                            last question.)
19                      A.  Okay.
20                      Q.  Now that you have finished
21           reading it --
22                            MR. KATAEV:  Do not
23                            interrupt me.
24                            MS. TROY:  What did you
25                            say to the witness?
```

Ishaque Thanwalla

1
2                         MR. KATAEV:  Please let
3                    the record reflect that my
4                    instruction to the witness
5                    was to listen to the
6                    question, and if a question
7                    is pending, to answer that
8                    question.  If there is no
9                    question, there is nothing to
10                   be said.  Please proceed.
11             Q.  The question is: when you
12        received this text message from Leticia,
13        were you aware of her pregnancy?
14             A.  Like I said, I can't recall
15        that, I can't answer that question.  Nowhere
16        in that is mentioned that she was pregnant.
17        Maybe she mentioned it to me, and it went in
18        one ear and came out the other.  She was
19        probably talking while she was pregnant to
20        me, maybe I was really busy doing something
21        else when she mentioned it to me.  I can't
22        answer that question.
23             Q.  Please read the text message
24        from January 17th, of 2019 at 8:27 p.m. and
25        let me know when you are done.

```
 1                      Ishaque Thanwalla
 2              A.   You want me to read it?
 3              Q.   You can read it to yourself.
 4              A.   What was the question?
 5              Q.   Let me know when you are done
 6         and I will ask you a question.
 7                      MR. KATAEV:   Please read
 8                   it and tell her when you are
 9                   done reading it.
10                      THE WITNESS:   Okay, I read
11                   it.   What's your question?
12              Q.   Was that a complaint for $100 in
13         old wages?
14                      MR. KATAEV:   Objection.
15                   It assumes facts not in
16                   evidence.   You can answer.
17              A.   Let me answer a complete answer.
18         We never hold a week's pay to begin with,
19         and according to my records, she left on the
20         10th.   Yes, it shows the date of the last
21         pay date was the 14th on ADP records,
22         according to my records, she left on the
23         10th and there was $300 salary that she was
24         supposed to get for the whole three.   She
25         did not work the whole week, so there was
```

1          Ishaque Thanwalla

2     $100 short on her pay because we had an

3     employee that said how many days, they

4     worked and how much pay she was supposed to

5     get.  Based on that, it shows in her own

6     writing on my text message that we only took

7     $100 owed to her, a hundred back and we did

8     not.  Does that answer your question?

9          Q.  Please read the message from

10    January 17th of 2018 at 8:30 p.m. and let me

11    know when you are done.

12          (The witness peruses).

13          A.  Okay. It can't be -- it looks

14    like somebody coached her, it wasn't 1-17 at

15    8:30 p.m.  She bought a car for me, not

16    herself, her grandmother bought a car.  She

17    did not give me the complete documents.  We

18    didn't make any money because she didn't

19    give me any down payment.  She gave a down

20    payment, but not a complete down payment,

21    that's what I meant.  So, it looks like

22    somebody coached her, 60 hours and 7 days?

23    Whatever you can see, how many days she

24    called in sick or left early and had her

25    days off.

```
1                        Ishaque Thanwalla
2                   Q.  Is it true that on days that she
3         would take off, she would make them up?
4                   A.  I can't recall, she hardly did.
5                   Q.  In other words, the question is,
6         if she took off for a day, would she make it
7         up on her free days and come to work at
8         Hillside Auto Outlet?
9                   A.  She worked 7 days, which she
10        never did, she said she worked 7 days, but
11        she worked five days a week. Sometimes she
12        came to deliver a car to a customer, that
13        was on her prerogative because she was a
14        commissioned salesperson.
15                  Q.  To be clear, the text message
16        that you are looking at does not say for
17        ''seven days,'' it says ''for seven months.''
18                  A.  Whatever.  I told you that I am
19        dyslexic when I read.
20                  Q.  That's okay.  We will either
21        have myself or Emanuel read it out for you,
22        how about that?
23                  A.  Okay.
24                  Q.  I'm going to show you
25        Plaintiff's Exhibit 7 which is the Decipher
```

Ishaque Thanwalla

1

2      chat conversation with Ali.  First, can you

3      tell me, to the best of your knowledge if

4      this comports with your understanding in

5      terms of it being an accurate representation

6      of the WhatsApp conversation you've had with

7      Ali?

8              A.  Yes.

9              Q.  I'm going to show you

10     Plaintiff's Exhibit 7 which is the Decipher

11     chat conversation with Ali.  First, can you

12     tell me to the best of your knowledge, if

13     this comports with your understanding in

14     terms of it being an accurate representation

15     of the WhatsApp conversation you had with

16     Ali?

17             A.  Yes.

18             Q.  If you turn your attention to

19     this specific exchange, and I will read it

20     for you, this is from December 27th of 2018

21     at 11:05 a.m.  Ali texted ''your baby is

22     having a daughter,'' with two emojis. Then,

23     you text him back ''which one?''  Then, he

24     texted you at 12:13 p.m. on 12-27 saying

25     ''Leticia.''  You texted him back saying ''I

```
 1              Ishaque Thanwalla
 2       know.''
 3            Do you recall this exchange having
 4       happened, and it's a yes or no question?
 5                  A.  Yes.  May I give you a complete
 6       answer?
 7                      MR. KATAEV:  Yes, you may
 8                  go ahead.
 9                      MS. TROY:  It is --.
10                      MR. KATAEV:  He wants to
11                  complete his answer.
12                      MS. TROY:  It's a yes or
13                  no question. He completed his
14                  answer.
15                      MR. KATAEV:  The answer is
16                  not a yes or no.
17                      MS. TROY:  You can follow
18                  up with your direct.
19                      THE WITNESS:  My complete
20                  answer would be --
21                      MS. TROY:  Fine, go ahead.
22                  A.  (Continuing) My complete answer.
23       I told you that somebody mentioned that she
24       was on the call and said ''your daughter is
25       pregnant.''  Yes, at that time and then I
```

```
 1                        Ishaque Thanwalla
 2            probably followed up with it.
 3                            MS. TROY:  I appreciate
 4                       that additional content.
 5                       Just so that we are clear, it
 6                       is a courtesy to let you add
 7                       whatever you want to add.  If
 8                       it's a yes or no question, it
 9                       is complete when you say ''yes
10                       or no,'' anyway. It's not that
11                       big of a deal.  Let's take a
12                       look now at Plaintiff's
13                       Exhibit 6.
14            This one is the WhatsApp conversation
15            you've had with Leticia.  Can you just
16            confirm to the best of your knowledge if it
17            comports with your understanding that it is
18            true and accurate copy of your conversations
19            with Leticia on WhatsApp before the 4 pages?
20                   A.  Four pages? Correct.
21                            MS. TROY:  I believe your
22                       attorney will read it and I
23                       will scroll through it.
24                            MR. KATAEV:  That will
25                       help him answer the question,
```

```
 1                         Ishaque Thanwalla
 2                              he has four pages in front of
 3                              him.
 4                                   Please take a look through
 5                              the whole thing and see if it
 6                              is comports with your
 7                              conversation.
 8                              (The witness complies and
 9                              peruses)
10                                   THE WITNESS:  Nothing.
11                                   MR. KATAEV:  I said that
12                              the witness is reviewing a
13                              hard copy of the exhibit.
14                         Q.  The question that is pending is
15              whether, to your understanding, this is an
16              accurate and complete representation?
17                         A.  As to my ability, yes.
18                         Q.  The question is whether it's an
19              accurate and complete representation of the
20              WhatsApp conversation that you had on your
21              phone.
22                         A.  To the best of my ability, yes.
23                         Q.  Is it fair to say that you and
24              Leticia have the WhatsApp conversation
25              because you were in Pakistan?
```

```
 1                    Ishaque Thanwalla

 2            A.  I would say yes, I guess

 3   December 20th.

 4            Q.  I am now going to turn your

 5   attention to page 2, specifically to the

 6   text message that is from December 27th of

 7   2018 at 8:30 p.m.  If you want, you can have

 8   your attorney read it for you also as well.

 9                    THE WITNESS:  Emanuel?

10                    MR. KATAEV:  Let the

11                    record reflect that I am

12                    reading this message to the

13                    witness.

14                    MS. TROY:  It's not this

15                    part, it's the highlighted

16                    part.

17                    MR. KATAEV:  Let the

18                    record reflect that I will be

19                    reading the message time

20                    stamped at 8:30 and 8:32 p.m.

21                    to the witness, to Ishaque.

22                    (The attorney complies)

23            Q.  The question for you is: does

24   this refresh your recollection about

25   Guzman's treatment of Leticia while you were
```

```
1                    Ishaque Thanwalla

2        out?

3                    A.  This is a conversation about

4        Leticia, this is Leticia because Guzman,

5        there is no conversation that Leticia had a

6        problem with Guzman.  It looks like he was

7        talking about David, like she was

8        complaining about that.

9                    Q.  The question for you is: does

10       this refresh your recollection about

11       Guzman's treatment of Leticia while you are

12       out?

13                   A.  There is no conversation about

14       Leticia.  This is Leticia, previously,

15       because Guzman, there is no conversation

16       that Leticia had a problem with Guzman.

17       It's David, it looks like she talked about

18       David, like she's complaining about this.

19       About why Guzman took the Range Rover, and

20       maybe she didn't like that, that Guzman --

21       since Ali started, they probably -- I can't

22       answer that question.  Ali probably changed

23       her mind now and she is again Guzman, she

24       doesn't like that, and that is Guzman is

25       trying to do his job, it looks like that to
```

1              Ishaque Thanwalla

2      me because the one who had gotten the paper,

3      Ali should have gone and given it in order

4      for him, because he had seniority.  He's

5      trying to get everything organized and Ali

6      is sitting and she is just complaining.

7      That's what I understand in this message.

8              Q.  When you received this message,

9      did you respond or call Leticia?

10             A.  I have no idea.  I can't recall.

11             Q.  If you did call her, would it be

12     reflected on the WhatsApp?

13             A.  Yes, the chat room.  I don't

14     know if I called her because I was back home

15     and I probably didn't even see this message

16     until a day later.  I can't answer that

17     question.

18             Q.  Is it fair to say that this text

19     message that was just read aloud to you did

20     not just concern David but it concerned the

21     deal that Leticia had as well?

22                  MR. KATAEV:  Objection.

23                  You can answer.

24             A.  Does not look like it, it was

25     David's deal and he was trying to do the DMV

1                    Ishaque Thanwalla

2          and the DMV takes time, as I mentioned

3          previously to you.  Then, they ran the

4          Carfax and I don't know what you call that

5          paper.  There is a lot addressed like I

6          said, nothing goes perfectly.  If you have

7          an internet, is if it's not up or it's slow,

8          maybe the DMV internet is down. Happens all

9          the time.

10                    Q.  Did David Enrique from time to

11          time partner with Leticia?

12                    A.  Sure, they went out and smoked

13          weed all the time. That's the problem that I

14          had with --

15                    Q.  I don't mean partner in that

16          sense but I appreciate your answer.

17              Let's backtrack for a second, and when

18          the deposition is over and then after the

19          case is over, then we can talk about

20          whatever you want to talk about.

21              Right now, please focus on the question.

22          I mean partner in the sense of was he ever

23          partnered with Leticia in terms of any car

24          sales at Hillside Auto Outlet during her

25          employment with Hillside Auto Outlet?

Ishaque Thanwalla

1

2          A.  Let me understand this

3     correctly. You are telling me that Leticia

4     would give half of her commission to David,

5     is that what you are asking me?

6          Q.  No.  I'm not asking you that.

7     I'm asking you, were there times when two

8     car salesmen would partner to sell a car;

9     it's a yes or no question.

10          A.  It's not a yes or no question.

11     No, they would not partner up, sometimes on

12     occasion Leticia would give a complete

13     answer and sometimes in the situation, they

14     would deliver, Leticia's car and Leticia

15     would deliver David's car on his days off or

16     on her days off.  They would do each other a

17     favor, not partner-up, they would do each

18     other a favor.

19          Q.  Let's focus then on the part of

20     the text message where it says ''I got this

21     customer looking to pay cash for the number

22     4 Carfax and we have no paper.''

23          Is it accurate to say that you

24     understood that portion of the text message

25     when you received it to be that Leticia had

```
1                    Ishaque Thanwalla
2         her own customer that was looking to pay
3         cash; it's a yes or no question?
4                    A.   It's not a yes or no question.
5         We may have ran (sic) out of paper and
6         Leticia was the salesperson she could have
7         opened the screen and showed the Carfax on
8         the computer screen and showed it to let the
9         customer see it while the customer was
10        looking at it.  Somebody could have gone and
11        gotten the paper.  It appears that the
12        customer had to go out and get the paper.
13                   Q.   When you talked about
14        partnering, was there a time when Leticia
15        would run the credit or David would run the
16        credit?
17                   A.   How can they run the credit when
18        they had no access to run the credit, nor
19        was she authorized to run the credit?  It is
20        the manager's job, management's job which is
21        Guzman and Ali.  Supposing if we could show
22        that Leticia did run the credit for David,
23        it's the customer I guess.
24                   Q.   Is it fair to say that on
25        December 27th of 2018 you were not in the
```

                          Ishaque Thanwalla

1

2       country?

3                    A.   What?

4                    Q.   In 2018, December 27th of 2018,

5       the same date as the text message.

6                    A.   Yes, I wasn't in the country.

7                    Q.   Is it fair to say that David

8       could not have run his own credit without

9       the help of Guzman or some other individual

10      who had the authority to access the

11      DealerTrak system?

12                   A.   Your question is could David

13      have run his credit?  David could never run

14      a customer's credit, nor could Leticia, nor

15      could any other sales person could run a

16      credit.  It is the manager's job, and I

17      would have more than two available -- if

18      they are not available, I'm going to take

19      the name Ali and Guzman.  If they're both

20      busy or somehow for any reason, there is no

21      finance manager, they would have the

22      authority to do that.  Does that answer your

23      question?

24                         MR. KATAEV:  Let's go off

25                         the record.

1           Ishaque Thanwalla

2                   (A discussion was held off

3                   the record).

4                       We are back on the record

5                   at 4:39 p.m.

6           Q.  Let's mark. Plaintiff's Exhibit

7       8.

8                   (Plaintiff's exhibit 8 marked

9                   for identification)

10                      MS. TROY:  Plaintiff's

11                  Exhibit 8 will be the

12                  Verification of Ishaque

13                  Thanwalla.

14          Q.  I am going to show it on the

15      screen, Plaintiff's 8 for identification.

16                      MR. KATAEV:  I'm going to

17                  print it.

18                      MS. TROY:  While you are

19                  at it, you might as well

20                  print the other stuff as

21                  well. The responses to the

22                  document request.

23                      MR. KATAEV:  Okay.

24                      MS. TROY:  Let's mark

25                  plaintiff's 9 and 10 as well.

```
 1                       Ishaque Thanwalla
 2                          (Plaintiff's Exhibit 9 and 10
 3                          marked for identification)
 4                          MS. TROY:  Plaintiff's 9
 5                       is the Verified Response to
 6                       Interrogatories, the regular
 7                       Interrogatories.  Plaintiff's
 8                       10 is the final Supplemental
 9                       Responses.
10                       Q.  While your attorney is doing
11       that, I'm just going to ask you some other
12       questions about Serge meaning Serge Zanan,
13       correct?
14                       A.  Yes, something like that.
15                       Q.  Back on Plaintiff's Exhibit 2,
16          this is the Declaration of Serge Zanan,
17          plaintiffs 2 and then on page 72, which is
18          the same as defendant's document production
19          72.
20              I'm going to ask you to read paragraph
21          one and ask you if this refreshes your
22          recollection as to when he started working
23          at Hillside Auto Outlet.
24                       MR. KATAEV:  Just for the
25                       record, I printed this and
```

```
 1                    Ishaque Thanwalla
 2                         I'm going to give all of this
 3                    to the witness so that he has
 4                    the full set so that he can
 5                    read the whole thing.
 6                         Let the record reflect
 7                    that I have given the witness
 8                    the Declaration of Serge
 9                    Zanan, and I'm asking if he
10                    could read the whole thing.
11                         MS. TROY:  Let me know
12                    when you are done reading it.
13                    (The witness peruses)
14                         MR. KATAEV:  I'm
15                    confirming to him to read
16                    everything that is stapled
17                    here, all 4 of the boxes to
18                    the Interrogatories and
19                    document requests are in
20                    front of the witness.
21                         Do you want to repeat your
22                    question? What was your
23                    question?
24              Q.  My question is, however,
25         paragraph 1 of the Declaration, does it
```

Ishaque Thanwalla

1

2      refresh your recollection as to when Serge

3      started to work at Hillside Auto was at the

4      end of 2018?

5              A.  Probably started in 2018.

6              Q.  Is that accurate to the best of

7      your knowledge?

8              A.  I can't answer, but it says so,

9      maybe it's accurate.

10             Q.  Was he a finance manager or a

11     finance and insurance representative?

12             A.  The finance manager which we

13     call finance and insurance because they do

14     sell warranties and that is why they call it

15     ''finance and insurance.''

16             Q.  So, finance and insurance

17     representative is the same as a finance

18     manager or is it different?

19             A.  Yes, the same.

20             Q.  When was your last contact with

21     Guzman?

22             A.  A couple of weeks ago.

23             Q.  During that contact, did you

24     talk at all about this case, the present

25     case?

1          Ishaque Thanwalla

2                    MR. KATAEV:  Objection

3               based on attorney/client

4               privilege.

5                    MS. TROY:  How is it

6               attorney/client privilege if

7               it is between him and Andris

8               Guzman?

9                    MR. KATAEV:  He learned --

10              if you didn't interrupt, you

11              would've heard me say that I

12              was present during that

13              conversation.  I am

14              instructing the witness not

15              to answer that question.

16              Please proceed.

17          Q.  When was the last contact you

18     had with Andris Guzman without your attorney

19     being present?

20              A.  Without my attorney being

21     present? I didn't have any -- I didn't have

22     any contact with him in a long time.

23              Q.  How about with Ronald M. Baron?

24              A.  A year-and-a-half ago or a year

25     ago.

```
 1                     Ishaque Thanwalla
 2               Q.  How about Jory Baron?
 3               A.  I saw him about two or three
 4       weeks ago.
 5               Q.  Was that in the presence of your
 6       attorney or outside the presence of your
 7       attorney?
 8               A.  He is my partner.
 9               Q.  The question is yes or no, was
10       it with your attorney or not with your
11       attorney?
12               A.  Not with my attorney, not with
13       Jory.
14               Q.  What did you talk to him about?
15                   MR. KATAEV:  Objection,
16                     asserting a common interest
17                     prejudice objection.  Jory
18                     Baron is one of the
19                     witnesses, one of the
20                     defendants in this case, and
21                     if you discussed anything
22                     about this case I am
23                     instructing the witness not
24                     to answer that question.
25                   MS. TROY:  You can answer
```

Ishaque Thanwalla

1

2          that question subject to that

3          objection.

4               MR. KATAEV:  In other

5          words, if you talked about

6          this case, don't answer.  If

7          you talked about something

8          else, you can answer.

9          A.  We talked about something else,

10     we did not talk about this case.

11          Q.  What did you talk about?

12          A.  Business.

13          Q.  When you say ''business,'' do you

14     mean Hillside Auto Outlet specifically?

15          A.  Correct.  That is the only

16     business he owns with me.

17          Q.  I'm showing you on the screen

18     the Verification to the Interrogatories, the

19     Supplemental Interrogatories which your

20     attorney has printed for you.  Let me know

21     when to scroll down, it is one page.

22     (The witness peruses)

23               THE WITNESS:  Okay.

24          Please back up a little bit.

25               MS. TROY:  Okay.

```
 1                    Ishaque Thanwalla
 2                         THE WITNESS:  That is
 3                    good.
 4              Q.  The question I have for you is:
 5       do you recognize your signature?
 6              A.  Yes.
 7              Q.  To the best of your knowledge,
 8       is everything contained in the
 9       Interrogatories and the Supplemental
10       Interrogatories correct and true?
11              A.  Yes.
12              Q.  When was this document signed?
13              A.  I don't remember the date.  It
14       says ''February of 2023.''
15                         MR. KATAEV:  I will make
16                    the representation that it
17                    was on the same day that you
18                    received it.
19              Q.  Prior to signing it, did you
20       review the Interrogatory Responses?
21              A.  Yes.
22              Q.  Did you have a conversation with
23       Deana Jennings?
24              A.  Right.
25              Q.  Did you have a conversation with
```

```
 1                    Ishaque Thanwalla

 2        her?

 3                    A.  Yes.

 4                    Q.  How long was that conversation?

 5                    A.  I can't recall.

 6                    Q.  When did that conversation take

 7        place?

 8                    A.  I don't remember her ever asking

 9        me to have a conversation.

10                    Q.  I understand that your attorney

11        asked you to have the conversation.  My

12        question is when?

13                    A.  Before signing of the paper.

14                    Q.  You had the conversation with

15        whom, with your attorney or with Deana

16        Jennings?

17                    A.  Your question was about

18        conversations with Deana Jennings and I said

19        ``yes.''

20                    Q.  You had a conversation with her

21        right before you signed or when?

22                    A.  Right before.

23                    Q.  What was the content of that

24        conversation?

25                    MR. KATAEV:  Objection.
```

```
 1                    Ishaque Thanwalla
 2                         Based on the same objection,
 3                         the common interest privilege
 4                         objection.  To the extent
 5                         that you and Deana Jennings
 6                         discussed this case, I
 7                         instruct you not to answer
 8                         the question.  If you
 9                         discussed something else, you
10                         may answer.
11                    A.  We discussed the case.
12                    Q.  Is it fair to say that any of
13          the Responses pertaining to Hillside Auto
14          Mall that you don't have personal knowledge
15          about that?
16                    A.  This is a separate company, I am
17          not part of Hillside Auto Mall.  So I don't
18          know what goes on there, it's not my
19          business.
20                    Q.  I understand that your
21          Interrogatories had information about
22          Hillside Auto Mall.  My question is: to the
23          extent that your answers included
24          information about Hillside Auto Mall, are
25          you saying that you did not have personal
```

                          Ishaque Thanwalla

1   knowledge with respect to those?

3            A.   I have no interest in Hillside

4   Auto Mall, so I had no conversations on

5   Hillside Auto Mall.  My business is Hillside

6   Auto Outlet.  Anything pertaining to

7   Hillside Outlet is part of my answer.

8            Q.   Who is Susan Zhivo Z-H-I-V-O.

9            A.   She is my controller.

10           Q.   Susan Zhivo Z-H-I-V-O, is that

11  the Susan that you mentioned earlier that

12  you didn't remember her last name?

13           A.   Yes.  I call her Susan ''Z.''

14           Q.   Besides yourself, are there any

15  other individuals who are responsible for

16  determining the pay and the hours of

17  Hillside Auto employees?

18           A.   Hillside Auto or Hillside

19  Outlet?

20           Q.   We can do Hillside Auto Outlet

21  employees.

22           A.   Okay, what was your question

23  again?

24           Q.   Besides yourself, was anyone

25  else responsible for determining

```
 1                      Ishaque Thanwalla

 2         compensation or hours?

 3                              MR. KATAEV:  At Hillside

 4                      Auto Outlet?

 5                              MS. TROY:  We can start

 6                      from there.

 7                      A.  Hillside Auto Outlet, Susan is

 8         my controller and she does the payroll.

 9         Then, before Susan it was Deana and before

10         Susan, Deana Jennings, yes.

11                      Q.  During the plaintiff's

12         employment with Hillside Auto Outlet, you

13         were saying that in addition to yourself,

14         Deana and Jeanique also determined the

15         compensation and hours?

16                      A.  And Asha A-S-H-A as well.

17                      Q.  Asha is the assistant office

18         manager, right?

19                      A.  Correct.

20                      Q.  In terms of the amount of time

21         it takes for Hillside Auto salespeople to

22         hear back from the lender once an

23         application was submitted, how long would

24         that timeframe be?

25                      A.  Now you are questioning -- it's
```

```
 1                    Ishaque Thanwalla
 2          actually a different thing, you were talking
 3          about do we play a role, are you asking
 4          about the bank?
 5                    Q.  Yes.
 6                    A.  You changed subjects, I just
 7          want to make sure we stay on the same path.
 8          Your question was how long it takes for the
 9          bank to reply back, is that your question?
10                    Q.  Right, how much time?
11                    A.  It all depends.
12                    Q.  Do you have a range?
13                    A.  The range is between 20 minutes
14          to an hour, hour-and-a-half or maybe two.
15                    Q.  Is it true that most of your
16          customers do not have excellent credit?
17                    A.  Most of our geographic location,
18          we do not have the greatest credit.
19                    Q.  Do you recall your attorney
20          asking my client a question about racial
21          profiling of the customers; did that happen
22          at Hillside Auto Outlet?
23                    A.  What do you mean by ''racial
24          profiling?''
25                    Q.  Let's try to do this and address
```

Ishaque Thanwalla

1
2      it in the shortest way we can.  In terms of

3      the person who does not have good credit or

4      that person has good credit that happens on

5      your watch.

6                    Let's look at it this way the

7      person that person does not have good credit

8      or that person has good credit, that happens

9      under your watch, right?

10                   A.  Let me put it this way. I have a

11     very extensive training in the car business.

12     One thing about me, I don't judge a book by

13     its cover.  We do not judge.  You can be any

14     color, any race, any religion, and we treat

15     them equally.  We don't have one -- only one

16     identity that we look at.

17                   Q.  Is it true that you hold them to

18     the same standard?

19                   A.  Yes, I do.  We only have one

20     identity.  I am very strong about that.

21                   Q.  In terms of credit, no one is

22     just turned away because they look a certain

23     way, the credit has to be run, correct?

24                   A.  Correct, the credit has to be

25     run if they want to buy on credit, if they

                    Ishaque Thanwalla

1

2       want to pay cash, we don't have to run it.

3       But, we still need to get the social

4       security for the tax form, but no.

5                Q.  You mentioned in your

6       Supplemental Interrogatories that you have a

7       secondhand dealer's license and certificate

8       of authority; is that correct?

9                A.  Secondhand dealer license, yes.

10               Q.  Do you also have a certificate

11      of authority?

12               A.  Authority for what?

13               Q.  I don't know, that's what you

14      wrote.

15               A.  An authority to issue DMV, yes.

16                    MS. TROY:  Demand number

17                    9, it will be the secondhand

18                    dealer license and

19                    certificate of authority for

20                    161-10 Hillside Auto Avenue,

21                    or for you personally.

22                    MR. KATAEV:  I am going to

23                    place that response in front

24                    of the witness.

25                    MS. TROY:  That is fine.

```
 1              Ishaque Thanwalla
 2                   I am also asking or
 3                   requesting the Declaration of
 4                   Serge.
 5                        MR. KATAEV:  Should I read
 6                   this --
 7                        MS. TROY:  Not all
 8                   questions require him to read
 9                   that, but he can read it if
10                   it helps him.
11                        MR. KATAEV:  This is the
12                   Supplemental Response and
13                   Interrogatory number 9?
14                        MS. TROY:  Correct.  You
15                   can read it to him and let me
16                   know when you are done
17                   reading it.
18                   (The witness peruses)
19                        THE WITNESS:  Okay.
20              Q.  I am asking you if you
21         identified these documents, they have not
22         been turned over yet, please turn it over.
23         That is another demand.
24                        MR. KATAEV:  Documents are
25                   being requested.
```

```
 1              Ishaque Thanwalla
 2                   MS. TROY:  The secondhand
 3              dealer license and the
 4              certificate of authority that
 5              was mentioned and referred to
 6              was never produced.
 7                   MR. KATAEV:  You never
 8              made a demand for it,
 9                   MS. TROY:  I'm making a
10              post-demand request for it.
11                   MR. KATAEV:  Put it in
12              writing and we will respond.
13              Q.  Mr. Thanwalla, can you just take
14         a quick look at the two other documents that
15         your attorney has printed for you, which is
16         the documents, it's document request
17         responses and the supplemental responses.
18         Please just take a look at the document and
19         can you just confirm for me that it is
20         accurate and complete to the best of your
21         knowledge.
22              A.  I've been through this document
23         previously, it's the same document, yes.
24              Q.  Just to confirm that both
25         document requests and responses as well as
```

```
 1                    Ishaque Thanwalla
 2          the supplemental responses, there were two
 3          documents that you looked at, correct?
 4                         MR. KATAEV:  Let's go off
 5                    the record.
 6                         (A discussion was held off
 7                    the record)
 8                    A.  Okay, looking at the same
 9          thing that I looked at yes.
10                    Q.  Just to be clear, the document
11          production responses are the 38 page
12          document, that, and let's start with that,
13          you said that you reviewed the document and
14          it is complete, it is accurate to the best
15          of your knowledge, correct?
16                    A.  To the best of my ability, yes.
17                    Q.  Then, do you see the five-page
18          document?
19                    A.  Yes.
20                    Q.  Could you say the same for that
21          5-page document that it is true and complete
22          to the best of your knowledge?
23                    A.  To the best of my knowledge,
24          yes.
25                    Q.  Now, I'm going to show you this
```

```
 1                     Ishaque Thanwalla

 2        on the screen, and we are looking at

 3        Plaintiff's Exhibit 10 for identification.

 4                     Q.  We are looking at plaintiff's

 5        Exhibit 10 for identification.  I'm just

 6        going to point your attention to a couple of

 7        different sections and I will have a couple

 8        of questions after I point your attention to

 9        that section, okay?

10                     A.  Okay.

11                     Q.  Let's take a look, and if you

12        are looking on the paper it is page 3.

13        there's specific demand responses and we are

14        at number one.  Let me know when you are

15        finished reading demand number 17 and his

16        response.

17                          MR. KATAEV:  It is cut off

18                     on the screen.  I'm going to

19                     ask him to read this.

20                          MS. TROY:  Let me know

21                     when you guys are done.

22                     (The witness peruses the

23                     document).

24                          THE WITNESS:  What is your

25                     question?
```

1      Ishaque Thanwalla

2              Q.   The question is: is it accurate

3      to say that the weekly sales records were

4      not turned over as part of the Supplemental

5      Response?

6              A.   The weekly sales records were

7      not part of this part of the record.

8              Q.   Let me backtrack for a moment.

9      Do you recall earlier today that you

10     mentioned that there was a weekly record of

11     the sales of the cars as well as the

12     commission, and the bonuses, et cetera for

13     each car's salesman at Hillside Auto?

14             A.   Yes, yes.

15             Q.   The question was: was that

16     record  provided as part of the Responses

17     that are in 17, again, it's a yes or no

18     question?

19                      MR. KATAEV:  Objection to

20                  the form.  You can answer.

21             A.   Yes.

22             Q.   You are saying it was turned

23     over?

24             A.   Yes.

25                      MS. TROY:  Please just

```
 1                    Ishaque Thanwalla
 2                         turn that over.
 3                              MR. KATAEV:  Put it in
 4                         writing and I will respond.
 5                    Q.  Turning your attention to
 6          question 21, a similar process.  Please read
 7          over the question with your counsel, read
 8          over the question and the response and let
 9          me know when you are done because I will
10          have a question for you.
11                              MS. TROY:  Does he want on
12                         the screen or on the paper?
13                              THE WITNESS:  I would like
14                         it on the screen better.
15                              MS. TROY:  Perfect, tell
16                         me when I should scroll down.
17                    A.  Okay.
18                    Q.  If you don't mind, just read 39
19          and let me know when you are done with the
20          question and the response.
21                    A.  Okay.
22                    Q.  Is number 39, correct to the
23          best of your knowledge?
24                    A.  Yes.
25                    Q.  Read the request number 40, and
```

Ishaque Thanwalla

1
2  let me know when you are done, the request
3  and the response.
4  　　　　　A.  Okay.  What's your question?
5  　　　　　Q.  My question is, is it correct to
6  say that there are no complaints for unpaid
7  wages from anyone, including your employees?
8  　　　　　A.  You are telling me unpaid wages
9  that I am not paying someone, they have a
10  complaint?
11  　　　　　Q.  Correct.
12  　　　　　A.  I can't remember -- I have never
13  paid anyone lost wages, people I mostly paid
14  people.
15  　　　　　Q.  The question is not about the
16  underlying facts, but the fact that the
17  complaint has the name, whether that was a
18  formal complaint in the Court or a non-
19  informal complaint.
20  　　My question is: did you turn over all of
21  the documents that you have in your
22  possession pertaining to any such
23  complaints?
24  　　　　　A.  Yes, I have.
25  　　　　　Q.  Earlier when you mentioned, when

```
 1              Ishaque Thanwalla
 2    I asked you if you were a party to any
 3    Action, do you recall that there was a New
 4    York State Court Action against you for
 5    wages?
 6              A.  You bring that up, I respect
 7    that you saw that, I only owed her a hundred
 8    bucks.  A hundred bucks in wages.
 9              Q.  My question is: as part of the
10    State Law Action, did you receive any
11    documents?
12              A.  Yes, probably, but I can't
13    recall 100 percent.
14              Q.  Let me just scroll down to
15    number 46. Please read that request and
16    answer and let me know when you are done.
17              A.  47?
18              Q.  46, I said.
19              A.  46?  Okay, what's your question
20    on this.
21              Q.  Besides Leticia, who else was a
22    female car salesperson at Hillside Auto
23    Outlet?
24              A.  There was a lot of female
25    salespersons that worked for me in time, but
```

```
 1                     Ishaque Thanwalla
 2         I can't recall everybody's name.
 3                    Q.  Now, when Leticia was working,
 4         Leticia was a female person --
 5                    A.  There was more than one, more
 6         than one, but I can't recall everybody's
 7         name. I can't recall.
 8                    Q.  Do you recall receiving a
 9         Complaint for sexual or pregnancy
10         discrimination from Lilly or anyone else?
11                    A.  Never received anything from
12         Lilly.
13                    Q.  How about overall in general
14         from anyone?
15                    A.  Received it from Leticia and I
16         was stunned.  After she left, I generally --
17         in July and August we received some kind of
18         pregnancy discrimination, hourly rate, and I
19         was stunned, I was highly stunned.  She was
20         treated like family and she left because she
21         got a better job opportunity elsewhere.  I
22         really took it to heart, because I tried to
23         treat her as my own.  You can see that on
24         the text messages, 90 percent, close to
25         that, I have treated her like my family
```

```
 1                     Ishaque Thanwalla
 2          until she left, and she changed colors.  She
 3          was coerced.  I don't know.
 4               Maybe somebody did that coaching, the
 5          only person, her parents or her mother or
 6          her father.  They both were in the lawsuit,
 7          maybe she was coached to do that, but I have
 8          no idea.
 9                           MS. TROY:  Let's refrain
10                           from personal attacks of
11                           anyone's father or mother.
12                           Let's just try to finish
13                           this.
14                           THE WITNESS:  I am saying
15                           that they are both lawsuit
16                           happy.
17                           MS. TROY:  I appreciate
18                           that, but --
19                           THE WITNESS:  She's trying
20                           now.
21                           MS. TROY:  I appreciate
22                           your feedback. Let's focus
23                           for a second on the topic.
24               A.  Yes.
25               Q.  So, question 47 and the
```

1          Ishaque Thanwalla

2     response, can you read that question and

3     answer and let me know when you are done.

4               A.  Okay.

5               Q.  The question is, whether any

6     other investigations occurred after Leticia

7     complained, made the complaint?

8               A.  Not that I know of.

9               Q.  I'm going to turn your attention

10    to this portion that is highlighted in the

11    Response.  This portion of the Response says

12    that documents ''were previously withheld

13    solely for requests number 21, 34 43, 44, 45

14    (Angris Guzman only), 58, 75, 79, 80, 85,

15    89, 90, 91, and 92.''  Is that a correct

16    statement to the best of your knowledge?

17              A.  Is that what you requested

18    earlier?

19              Q.  Please focus on my question.

20    The question is: does this statement, is it

21    true to the best of your knowledge, the one

22    that I have highlighted?

23              A.  I can't answer that question yes

24    or no.  I can't, I don't think the question

25    is so in reality, and I am dyslexic.  Can

```
1              Ishaque Thanwalla
2      you elaborate the question and I will answer
3      your question?
4                Q.  Sure.  So your attorney
5      mentioned that some of the Responses, some
6      of the other Responses, that there are
7      various objections, and the Judge, the
8      defendant, clarified that with respect to
9      some of the Responses.  This statement says
10     that there are documents that were not
11     provided because of the objections and then
12     listed the numbers.
13          So, my question for you is, is that
14     correct to the best of your knowledge?  If
15     you don't know, just say that you don't
16     know.
17                A.  I don't know.
18                MS. TROY:  So, if you
19                don't mind, just find out and
20                let me know when you have had
21                a chance to do so.  That
22                would be great.
23                    I'm going to ask the
24                reporter to leave a blank
25                space in the transcript for
```

1                    Ishaque Thanwalla

2                         that information.

3

4                              (Insert)

5                         MS. TROY:  That is the

6                    last question, those are all

7                    the questions I have for you

8                    today, Mr. Thanwalla.  Thank

9                    you.  I appreciate your time.

10

11              [Time noted 5:19 p.m)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    Ishaque Thanwalla

 2     WITNESS          EXAMINATION BY              PAGE

 3     Mr. Thanwalla     Mr. Troy               6

 4                    PLAINTIFF EXHIBITS

 5     Number           Description              PAGE

 6

 7       1        ID (to be Deemed marked)        6

 8       2        Termination letter            68

 9       3        Text messages                122

10       4       What'sApp                     124

11       5        Text messages sent using      169

12                 Decipher App

13       6        Decipher chat on What'sApp    169

14       7        Decipher chat conversations   169

15       8       Verification of Ishaque       209

16                 Thanwalla

17       9        Final Verified response to    210

18                 Interrogatories

19      10     Final Supplemental Response      210

20

21

22

23

24

25
```

```
 1                 Ishaque Thanwalla

 2                     REQUESTS

 3       Number         Description              PAGE

 4       1      MS. TROY:  Demand No 1           79

 5              Is: Provide the text

 6              messages between Ishaque

 7              Thanwalla and Stidhum.

 8       2      MS. TROY:  Demand No 2 is:       79

 9           Provide WhatsApp messages

10           between Thanwalla and Leticia.

11       3      MS. TROY: Demand No 3 is:        79

12           Provide email exchanges

13           between Ishaque Thanwalla and

14           Stidhum.

15       4      MS. TROY:  Demand No 4 is:       81

16           Provide the surveillance

17           footage.

18       5      MS. TROY:  Demand No 5 is:       81

19           Provide police report, both

20           of which concerns the robbery

21           that took place at Hillside Auto

22           Outlet.

23       6      MS. TROY: Demand No 6 is:        118

24         provide the name as well

25         as the position for each of
```

```
 1              Ishaque Thanwalla
 2         the individuals who the
 3         witness identified as numbers
 4         21,22,2,23,24,4,13,3,25,17,26
 5         27,28,29,20,30,31,32,33,34,19,
 6         35,36,38,39 and 37.
 7      7   MS. TROY:  Demand No. 7 is:        119
 8         Provide written documents
 9         containing the cars sold,
10         the name of the customer,
11         the bonus and commissions
12         received.
13      8    MS.  TROY: Demand No 8 is:        120
14          provide any electronic files
15          or inputs by the office
16          manager or her assistant
17          regarding the same.
18      9    MS. TROY:  Demand No 9          223
19          is: Provide the unredacted
20          version of the documents,
21          because there is clearly some
22          confusion as to who and what
23          or even if Mr. Parsons
24          actually was there.
25     10    MS. TROY:  Demand No 10 is:       163
```

```
 1                  Ishaque Thanwalla
 2              Cutting to the chase,
 3              if you could just provide
 4              the unredacted version of
 5              the documents, because there
 6              is clearly some confusion as
 7              to who and what or even if
 8              Mr. Parsons actually was there.
 9     11   MS. TROY:  Demand No 11 is:          175
10              Mr. Kataev, it appears that
11              this is the Decipher app,
12              and it's a black and white
13              photograph of the actual video.
14              My question is, can you get me
15              the actual video?
16      12   MS. TROY:  Demand No 12 is:          224
17              The secondhand dealer license
18              and the certificate of authority
19              that was mentioned and referred
20              to was never produced. I'm making
21              a post-demand request for it.
22      13   MS. TROY:  Demand No 13 is:          42
23              (Insert)
24      14   MS. TROY:  Demand No 14 is:          66
25              (Insert)
```

1                    Ishaque Thanwalla

2        15   MS. TROY:  Demand No 15 is:            66

3             (Insert)

4        16   MS. TROY:  Demand No 16 is:            74

5             (Insert)

6        17   MS. TROY:  Demand No 17 is:            236

7             (Insert)

8

9

10

11

12

13      QUESTIONS MARKED FOR A RULING:    PAGE/LINE

14      (None)

15

16

17

18

19

20

21

22

23

24

25

1

2                    ACKNOWLEDEGMENT

3

4      STATE OF NEW YORK )

5                       )s.s.

6      COUNTY OF NASSAU  )

7             I, Ishaque Thanwalla, hereby

8      certify that I have read the transcript of

9      my testimony taken under oath in my

10     deposition of February 24, 2023; that the

11     transcript is a true, complete and correct

12     record of my testimony, and that the

13     answers on the record as given by me are

14     true and correct.

15

16            _____

17                    ISHAQUE THANWALLA

18

19     Signed and subscribed before me

20     this _____ day of _____, 2023.

21

22

23     _____

24            Notary Public

25

```
1                    C E R T I F I C A T E

2        STATE OF NEW YORK      )

3                               )s.s.

4        COUNTY OF NASSAU       )

5

6                    I, LYNN LUCKMAN, a Shorthand

7        Reporter and Notary Public within and for

8        the State of New York, do certify that;

9                    THAT the witness whose deposition

10       is hereinbefore set forth, was duly sworn by

11       me, and that such deposition is a true

12       record of the testimony given by such

13       witness.

14                   I further certify that I am not

15       related to any of the parties to this action

16       by blood or marriage; that I am in no way

17       interested in the outcome of this matter.

18                   IN WITNESS WHEREOF, I have

19       hereunto set my hand this 8th day of

20       March, 2023.

21

22                   _____

23                        LYNN LUCKMAN

24

25
```

```
 1   Errata Sheet

 2

 3   NAME OF CASE: LETICIA FRANCINE STIDHUM -against- HILLSIDE AUTO AVE, LLC

 4   DATE OF DEPOSITION: 02/24/2023

 5   NAME OF WITNESS: ISHAQUE  THANWALLA

 6   Reason Codes:

 7        1. To clarify the record.

 8        2. To conform to the facts.

 9        3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                        _____
```

**$**

**$1,000** 107:22,25 108:12

**$1,080** 164:18

**$1,500** 112:5

**$1,600** 111:2,4

**$1,825** 102:6

**$100** 31:10 195:12 196:2,7

**$150** 29:4,11,22 45:19 58:3,13 102:7 111:25 164:24

**$2,500** 94:18,24

**$20** 30:6

**$200** 46:9 103:10 111:19

**$25** 30:7,22

**$3,000** 58:17 59:4 60:5,9

**$300** 29:3 45:18, 23 46:4 98:11,22 164:16 195:23

**$350** 46:6 96:8 99:6

**$5** 31:3

**$50** 30:9,23 31:4 111:19 138:18

**$500** 30:23 46:12, 17 104:22

**$600** 46:25 105:3, 20

**$650** 95:17

**$780** 164:23

**$900** 108:24

**-**

**---within** 96:20

**1**

**1** 6:2,3 16:11 79:6 90:3 116:16

143:25 144:2 165:4 188:21 211:25 237:7 238:4

**1-17** 196:14

**10** 15:23 22:8 32:14,25 36:13,14 52:25 91:23 92:3,4 112:4 123:17 189:17 192:20 209:25 210:2,8 227:3,5 237:19 239:25

**100** 30:24 79:5 91:18 92:16 99:15 143:17 148:2 152:16 174:19,20 231:13

**10:00** 32:18,19,23 33:4,6 35:16,25 36:5,8,21 37:7 48:7,8 51:19 53:5, 9

**10:17** 192:19

**10:47** 43:16

**10:50** 43:13

**10:51** 43:11,16

**10th** 193:7 195:20, 23

**11** 22:8 51:19 53:2 172:16 192:20 193:6 240:9

**11-24-2018** 174:23

**11024** 5:17 6:13

**11360** 16:11

**11432** 5:15

**1179** 134:5

**118** 238:23

**1187** 164:10,11

**1188** 164:21,22

**119** 239:7

**11:00** 36:15,16,21 53:5,9

**11:03** 122:18

**11:05** 198:21

**11:21** 185:5

**11:22** 185:6

**11:28** 135:2

**11:30** 70:7,10

**11:35** 70:7,10

**12** 240:16

**12-12-** 190:5

**12-27** 198:24

**12/29** 134:25

**120** 239:13

**122** 237:9

**1229** 135:12

**124** 237:10

**1251** 93:20,22,23

**1252** 95:9,11

**1254** 96:4

**1255** 99:13

**1256** 103:9

**1257** 103:16

**1258** 104:21

**1259** 105:2

**1260** 105:19

**1261** 106:2

**1262** 106:4

**1263** 106:11

**1264** 106:16

**1265** 106:22

**1266** 106:24

**1267** 107:3

**1268** 107:6

**1269** 110:22

**1277** 107:13

**1281** 149:18,19

**1296** 107:18

**12:00** 33:5 36:15, 16,22

**12:13** 198:24

**12:50** 121:14

**12th** 187:24 189:18 192:11

**13** 105:2 109:25 240:22

**1320** 108:20

**14** 240:24

**14th** 69:9,20 195:21

**15** 7:7 12:5 38:2 53:24 54:10 88:16, 18 112:3 123:17 162:6,7,9

**150** 58:17 98:23 111:8 118:6

**1578** 16:10

**1600** 111:8

**161-10** 5:14 14:22 223:20

**163** 239:25

**169** 237:11,13,14

**17** 106:5 109:25 227:15 228:17

**175** 240:9

**17th** 194:24 196:10

**18** 109:8 110:3 167:11 169:13

**19** 92:5,7 110:3

**1:24** 193:8

**1:25** 121:12

**1:33** 121:14

**1:45** 124:3

**1:50** 123:24

**2**

**2** 68:22,23 69:2 79:10 89:17 91:13 92:18 99:6 103:19 104:2 109:25 116:16 125:17 127:4 133:24 134:4 139:5,14 143:16,25 144:2, 16,25 145:4 146:13,15 149:16,

20,24,25 150:5,10 185:9 202:5 210:15,17 237:8 238:8

**20** 53:24 101:4 107:3 110:2 160:4 162:7 221:13

**200** 96:6

**2000** 179:12

**2018** 17:17 18:9 20:3,12 39:4,23 47:21 54:21 55:16 56:14,15,22 57:4 58:22,24 60:5,6,15 64:4,10 65:7 69:8 71:14 78:16 79:17, 19 81:19 87:15 91:12,15,24 92:8, 21 93:2,7,11,15 102:7 107:22 108:2,8,22 110:24, 25 115:3 120:3 122:18 130:22 132:9 134:25 146:21 159:4 162:15,22 173:13, 25 175:22 176:7 178:5,22 180:2,9 182:11 184:2 185:5 187:24 189:18 190:5 192:12 196:10 198:20 202:7 207:25 208:4 212:4,5

**2018/2019** 56:10, 13

**2018/2019/ maybe** 56:8

**2019** 33:12,17,19 39:4,23 47:22 54:21 55:16 60:16 69:9,20 79:20 120:4 135:16 159:5 192:15 193:7 194:24

**2020** 56:8,10,13

**2023** 216:14

**209** 237:15

**20th** 64:13 65:11 78:15 173:13,24 202:3

**21** 94:14 101:5 109:24 229:6 234:13

**21,22,2,23,24,4, 13,3,25,17,26** 239:4

**210** 237:17,19

**21st** 64:13 65:11 78:16

**22** 96:4 109:24 140:4,5 162:8

**223** 239:18

**224** 240:16

**22nd** 64:14 69:8

**23** 99:14 102:5 109:25 127:4,5 171:11

**24** 103:17 109:25

**24-hour** 192:25

**249** 139:2,4,6

**24th** 175:22 176:7

**25** 17:10 18:3,8 19:23 20:12,22 31:3 37:25 53:24 54:10 106:3 109:25 138:18 162:6,8 186:14,15

**252** 139:12,13

**25th** 178:4,22 179:10 180:2,9

**26** 106:12 110:2

**27** 106:16 110:2 188:22

**27,28,29,20,30, 31,32,33,34,19** 239:5

**27th** 110:24 129:24 130:7,22 198:20 202:6 207:25 208:4

**28** 92:17,19 106:21 110:2

**28th** 182:11

**29** 106:24 110:2

**2:00** 124:7

**2:07** 124:9

**2:46** 151:16

---

**3**

**3** 79:13 105:19 109:25 122:12,13 124:18,20 125:3 143:16 146:17,18 169:20 185:14 227:12 237:9 238:11

**30** 35:3 49:14 50:23 76:23 107:6 110:2 121:7 143:15 186:24

**300** 58:3 98:11

**3038** 109:7

**30th** 184:2

**31** 107:14 110:2

**32** 91:15 107:19 110:3

**33** 110:3

**34** 108:21 110:3 234:13

**35** 110:3 150:16, 17,20

**35,36,38,39** 239:6

**359** 180:2

**36** 110:3

**37** 92:23,25 110:4 172:8 188:22 239:6

**38** 110:4 226:11

**39** 110:4 229:18, 22

**3:06** 166:5,15

**3:17** 184:2

**3:20** 166:7,8

**3:24** 166:16

**3:40** 168:20

**3:59** 178:5

**3hours** 143:25

**3rd** 110:25 185:4

---

**4**

**4** 81:10 91:19 109:25 124:13,15, 16,22 144:25 145:4 171:16 200:19 206:22 211:17 237:10 238:15

**40** 50:23 51:6 54:6 229:25

**40-hour** 31:19

**42** 240:22

**43** 234:13

**44** 234:13

**45** 93:4,5 121:9 142:7 234:13

**46** 91:16 231:15, 18,19

**47** 231:17 233:25

**4:00** 178:22 179:10

**4:07** 173:14

**4:13** 192:16

**4:39** 209:5

**4th** 107:22

---

**5**

**5** 30:10,22 31:2,12 58:8,16 59:3 60:4, 9,16,18,24 61:4 72:4 81:12 111:18 138:18 164:24 165:3,4,5 169:5,6, 13 178:20 237:11 238:18

**5,000** 179:11

**5-11-1963** 43:19

**5-page** 226:21

**50** 35:3 44:8 51:6 54:6

**52** 93:9,10

**520** 135:16

**58** 234:14

**5:19** 236:11

**5:40** 173:25

**5:47** 174:23 176:7

**5th** 64:15 65:13 78:17

---

**6**

**6** 91:19 109:20 144:16 145:4 169:8,15 173:11 200:13 237:3,7,13 238:23

**60** 30:3 196:22

**600+** 179:12

**62** 93:14,17

**66** 240:24

**661-** 79:23

**68** 237:8

**69** 110:23

**6:00** 33:6

**6:04** 187:25

**6:37** 189:18

**6:39** 190:5

**6th** 65:12,13

---

**7**

**7** 5:16 6:12 37:11 53:12 59:12 95:15 103:9 118:18 119:18 169:11,15 179:22 196:22 197:9,10,25 198:10 237:14 239:7

**70** 49:14 53:19

**72** 34:24 210:17, 19

**75** 34:24 53:19 134:5 234:14

**79** 234:14 238:4,8, 11

**7:00** 32:18,23 48:7 178:25 179:3,18

**7th** 64:15 65:12,13 78:17 192:15,23

---

**8**

**8** 37:11 53:11,12 112:7 120:20 174:8 180:9 182:9 209:7,8,11,15 237:15 239:13

**80** 234:14

**80s** 16:25 17:2

**81** 238:15,18

**812** 134:10,12

**85** 234:14

**886-8012** 79:24

**89** 234:15

**8:00** 32:19,25 33:4,5 48:9 53:6

**8:07** 180:9 181:7

**8:09** 182:11,24

**8:27** 194:24

**8:30** 196:10,15 202:7,20

**8:32** 202:20

**8l** 174:11

---

**9**

**9** 53:6,11 182:10 183:25 185:4 209:25 210:2,4 223:17 224:13 237:17 239:18

**90** 30:8 35:4 135:19 136:20 232:24 234:15

**90-day** 30:9

**91** 234:15

**92** 234:15

**98** 174:20

**9:00** 51:19 52:25 53:5,9

**9th** 122:17

## A

**A** 43:15 52:22 70:9 121:13 124:4 140:22 151:13 166:15 168:18 176:3 209:2 226:6

**A-** 117:3

**A-B-R-A-H-A-M** 89:3

**A-S-H-A** 220:16

**A-S-W-A-Y-N-E** 126:8

**a.m.** 35:16,25 36:5,21 37:7 43:16 70:10 122:18 135:2 185:5,6 192:19 198:21

**Aaronson** 18:16 19:19 21:18 62:2

**ability** 12:24 13:2 30:25 46:23 53:25 69:22 90:6 99:3 100:24 132:4 158:3 201:17,22 226:16

**ability,y** 102:3

**able** 105:15 109:12,15,18 123:8,11 174:25

**above** 60:9

**Abraham** 88:25 89:3,5,7

**access** 151:18 207:18 208:10

**accessories** 51:11

**according** 130:7 195:19,22

**accordingly** 98:21 164:7

**account** 62:21 149:11

**accountant** 103:6

**accountings** 39:22

**accurate** 90:5 102:7,20 140:6 147:20 160:16 171:3,7,12 198:5, 14 200:18 201:16, 19 206:23 212:6,9 225:20 226:14 228:2

**accurately** 172:3, 20 173:7

**achieved** 115:15 116:9

**across** 22:13 24:17 25:20 26:5

**action** 7:11,14,16, 18 8:8 231:3,4,10

**actual** 140:10 174:15 175:2,11, 13 240:13,15

**actually** 63:23 79:18 104:19 118:20 124:8 161:23 164:4 170:25 221:2 239:24 240:8

**add** 30:6 90:19 200:6,7

**addition** 75:23 78:24 97:7 220:13

**additional** 30:10, 22,23 31:9,12 83:18 143:21,22 200:4

**address** 5:13,14, 16 6:8,9 16:7 21:23 22:2 80:8,14 146:10 221:25

**addressed** 205:5

**ADP** 63:24 94:11 195:21

**affect** 12:24 13:4 28:2

**African-american** 163:4

**after** 5:3 19:10,12 34:3 48:22 49:7 57:19 84:17 122:23,25 135:19 136:20 173:6 183:2 192:4

205:18 227:8 232:16 234:6

**afternoon** 57:14 68:7 70:2

**again** 17:21 20:8 21:9 25:5 27:5 44:23 46:14 48:6 51:23 52:11 55:10 57:15 59:15,16 61:5,11 69:16 82:8 87:3 89:11 104:9 112:15 113:20,24 144:24 149:18 157:7 168:25 172:15 180:8 193:16 203:23 219:23 228:17

**against** 7:16 108:5 231:4

**age** 29:8,25

**agent** 134:21 135:8

**aggressive** 183:11

**ago** 7:7,24 12:6 18:24 88:17,19 212:22 213:24,25 214:4

**agree** 13:21 44:14,22 58:16,18, 19 123:23

**ahead** 152:2 173:10 199:8,21

**Ali** 69:25 84:13,17 85:16,22 87:19 129:22 130:11,13, 17 131:12,20 132:23 133:4,9,16 147:11,12 148:4,5, 7 153:25 154:2 155:22 166:23 169:14 198:2,7,11, 16,21 203:21,22 204:3,5 207:21 208:19

**all** 31:13,16 32:8 33:6 45:22 49:12, 16,23 50:19,21,25 51:12 61:6 63:24 81:21 85:13 92:12 98:15 100:23,25 101:20 102:3,17

103:25 109:19 110:15 112:24 125:20 135:10 142:12 144:2 148:24 154:2,4 155:23 162:3,6 163:20 167:15 170:14 171:10 174:4 178:8 179:12 180:6 186:25 205:8,13 211:2,17 212:24 221:11 224:7 230:20 236:6

**allege** 192:8

**alleged** 151:20 152:6 192:5

**alleging** 151:17

**allow** 149:6

**allowed** 90:21

**almost** 148:17

**alone** 19:11

**along** 10:21

**aloud** 204:19

**already** 20:4 36:19 51:25 178:14

**also** 20:12 29:5 32:19 40:19 41:7 42:11 47:11 54:25 75:24 86:14 91:14 93:16 98:22 128:5 133:17 135:2 156:25 173:8 185:16 190:4,9 202:8 220:14 223:10 224:2

**Although** 86:3

**always** 35:15,25 36:4 37:18 42:10 84:22 111:12 131:10 135:10 160:22,25 161:4,8, 11,23,25 162:9

**am** 20:21 21:8,9, 12,14 46:20 65:13 68:16,17 69:12 75:12 78:14 85:13 87:23,25 88:2 91:23 94:7 95:11 102:2 112:5

116:12 123:2 133:24 148:19,20, 22 151:23 153:14 171:11 173:11 178:24 179:3,18, 21,24 182:12 183:10 184:3,12, 14,15 185:19 187:6,9,11,13 188:2 190:10 197:18 202:4,11 209:14 213:13 214:22 218:16 222:20 223:22 224:2,20 230:9 233:14 234:25

**amount** 45:24 47:3 58:2 112:4 118:11,12 137:11 138:4 139:15 140:7 159:12 220:20

**amounts** 115:12 159:9,11

**an** 7:16 10:2,9,19 12:10 28:10,13 29:25 31:8 34:2 37:23 39:13 49:13 55:21 58:25 62:20 65:9,10 70:22 77:7 83:3 86:6,15 90:15 94:11 96:3 106:21 111:12 112:24 118:11 133:21 139:9,25 140:9 142:23 144:11 146:3,6 148:3 149:20,23,24 150:9 152:11 153:9 158:7,9 159:6 161:16 163:4 165:7 171:3 174:25 176:17 196:2 198:5,14 201:15,18 205:7 220:22 221:14 223:15

**analyst's** 146:2

**analysts** 145:18

**Andris** 55:22 57:7,18 62:20,23 134:22 152:18,20 153:18 156:3 213:7,18

**Android** 77:7

**angris** 234:14

**announced**
128:25 129:4
130:8 178:15

**announcement**
192:5,6,8

**annoying** 59:9

**another** 30:6
77:17 78:6 84:15
121:21 125:6
135:8 143:25
148:7 160:4
224:23

**answer** 6:19,24
7:6 8:6 9:5,10,22
10:5,9,16 11:3,5,6,
10,25 15:13 16:4
17:6 19:17,21 20:8
22:7,25 23:4,25
24:20 25:4,5,11
27:5 30:16,24
34:20 36:24 37:9
40:22 41:2,6,10,11
46:2,10,22 47:10,
25 48:5 49:14,17,
18,21 50:4,9 51:23
52:7,10,15 53:16
54:15 58:6 59:22
60:7,10,12,18
61:19,24 62:15
65:11,15 67:13
68:8 71:23 72:18
73:14 74:14 75:2,
12,14 76:20 77:23
81:7,8 82:8 86:25
87:18 90:12,19
91:17,18,21,24
92:22 93:2,6,7,12,
17 94:21 95:4,6,
19,20,25 96:10,19
98:7 99:9,11,18
101:25 102:25
103:22 104:17
105:21 108:10,17
109:18 111:7,20
112:8,17 113:7,8,
20,22,25 114:4,16
118:15 126:23
130:5,6 132:18
136:24 138:11
139:20,21,22
143:12,16 144:7,
24 146:3,24 148:2
150:3,4,21 151:24

152:22 154:3,4,24
155:20,25 156:20,
22 157:17 158:18
160:20 162:16
165:17,22 175:3
179:9,16 180:5,13,
15,20,25 181:22
185:20 186:19
187:8,17 188:14
189:10 193:3
194:7,15,22
195:16,17 196:8
199:6,11,14,15,20,
22 200:25 203:22
204:16,23 205:16
206:13 208:22
212:8 213:15
214:24,25 215:6,8
218:7,10 219:7
228:20 231:16
234:3,23 235:2

**answered** 19:4,
13 20:5,7 27:4
36:19 37:14 40:14
42:24 43:3 45:9,
14,17 46:19 47:15,
19,24 48:2 51:22
52:2 53:10,23 54:9
58:6 59:8,11 61:14
62:14 73:12 82:7
85:22 87:24 92:11
98:18 101:24
108:18 111:15
112:15 113:19
127:18 129:14
132:17 144:23
159:21 187:16

**answering** 9:13
179:20 181:2

**answers** 19:9,10
61:10 218:23

**Anthony** 152:15

**any** 8:17 10:2
12:6,17 13:14
14:5,6 21:4 24:3,
12 25:23 29:5,15
37:16 50:17 51:11
59:17 62:5,8 63:6,
25 75:7,20 76:12
77:25 78:25 80:24
83:21 84:2,9 88:5,
6,11,23 96:13
97:5,14 102:13,22
104:6 105:8
110:16 118:7,23

119:5,13 120:21
128:20 129:5
138:10,17,19
141:18 152:18,25
155:13,14,16
158:11,20 159:3,4
160:14 177:21
184:10,14 188:5
196:18,19 205:23
208:15,20 213:21,
22 218:12 219:14
222:13,14 230:22
231:2,10 234:5
239:14

**anybody** 41:3
61:8 72:21 90:22
95:20 96:23 137:2
152:6

**anyone** 26:4
28:14 46:5,17 47:2
55:17 66:2,7
70:19,20 72:20
97:11 98:4 107:25
108:7 130:10
131:20 145:11
147:12,14 155:16
219:24 230:7,13
232:10,14

**anyone's** 233:11

**anything** 58:13
59:7 61:8,9 72:14
88:3 108:11
118:12 130:9
167:13 184:11
188:15 192:8
214:21 219:6
232:11

**anyway** 184:10
188:10 200:10

**anywhere** 15:15
23:22 188:23

**apart** 83:18

**Apartment** 16:11

**apologize** 136:9

**app** 78:7 129:23
169:3 175:9
237:12 240:11

**apparently**
110:12

**appear** 125:10
127:4,6 163:17
177:6 179:6

**appears** 107:21
175:8 207:11
240:10

**application**
50:14,15 82:10,20,
25 83:3,6,15,16
145:19 220:23

**appreciate** 52:11
200:3 205:16
233:17,21 236:9

**approaches**
50:12

**appropriately**
181:13

**approval** 49:22
51:8,13

**approximate**
65:9

**approximately**
22:8 29:3 173:14

**apps** 78:8

**April** 34:4,24

**Arabic** 161:16
163:6

**aren't** 72:6

**argumentative**
189:9

**around** 34:25
48:12 58:24 59:25
60:6 68:3 98:11
132:8

**arrangement**
98:24 99:2

**arrested** 88:10

**arrive** 32:13

**Asha** 117:3,5,6,12
220:16,17

**Asha's** 117:11

**aside** 29:23

**ask** 6:23 8:6,15
10:8,10 14:13 20:4
24:16,18 25:12
50:15,20 59:15
66:10 103:4,5,6
113:23 128:11
146:6 152:21
154:22 169:19

177:24 181:3
195:6 210:11,20,
21 227:19 235:23

**asked** 19:6,7 20:7
27:4 36:18 37:14
43:3 45:17 46:19
47:19,24 51:22,24
62:14 87:22,25
99:25 100:13,20
101:16,24 112:15
113:19 120:11
138:15 144:23
187:16 192:22
217:11 231:2

**asking** 9:11 22:24
24:14,19 25:2,5
26:7 33:11 58:19,
20 60:8 67:6 94:4
136:6 157:9,21
187:9,11,13 206:5,
6,7 211:9 217:8
221:3,20 224:2,20

**asks** 146:5

**assert** 114:4

**asserting** 214:16

**assistant** 56:17,
19,23 57:8,11
86:2,6,15,17,22
87:4,5,9 90:16
91:4 92:14 97:9,10
117:6,16,19
120:23 131:2
137:16 147:2
220:17 239:16

**assistants** 57:23
86:11 87:10,12
131:6

**assumes** 195:15

**assumption** 10:3

**at** 9:9 10:2 12:6
15:10,20 23:22
26:24 29:20 31:16
32:13 33:5,9 35:8,
15,25 36:4,7,13,
14,15,16 38:9,20
39:17 40:5,19,20,
24 41:5,8 43:11
49:10 53:14 54:20
58:23 60:25 61:13,
17 62:5 67:10
69:13 70:6 71:9,
13,16 72:14 74:11,
17,24 76:3,24 77:6

79:22 81:15 82:2 83:21 84:13 85:4 87:21 89:10,11 99:20 102:5,8,14 103:7 104:22 105:10,20 108:13 109:2 112:2 114:2, 10,15 115:22 116:24 119:3,15, 24 121:12 124:3 125:19 128:20,25 129:5 130:13,17, 19,20,21 132:14 134:25 138:25 139:23 142:14 145:19 147:7 148:16,17 149:7, 10,18 151:16 153:11 155:14 156:15,25 157:5, 25 158:11,20 159:4 160:24 162:11,21,25 163:11 166:7 167:22 169:20 170:14 173:13,25 174:5,17,23 175:4 176:6,7,8 177:19 178:5,8,14,16,22, 24 179:3,10,18,21 180:6,9 181:7 182:11,17,23,24 183:24 184:2,6,24 185:5,6,10 187:14, 24 188:12 189:11, 17,18 190:5 192:16,19 193:7 194:24 196:10,14 197:7,16 198:21, 24 199:25 200:12 202:7,20 205:24 207:10 209:5,19 210:23 212:3,24 220:3 221:22 222:6,16 225:14, 18 226:3,8,9 227:2,4,14 228:13 231:22 238:21

**ATM** 118:11

**attacks** 233:10

**attend** 16:15,19

**attendance** 38:13 39:10

**attention** 125:17 139:7,15 164:8

171:16 173:12,23 174:10,23 178:3, 21 180:8 185:3 187:23 189:16 192:14 193:6 198:18 202:5 227:6,8 229:5 234:9

**attorney** 10:13, 15,19,22 11:2 66:5,6 77:3 127:20 163:19 172:13 175:5 182:2 190:16 200:22 202:8,22 210:10 213:18,20 214:6,7, 10,11,12 215:20 217:10,15 221:19 225:15 235:4

**attorney's** 128:15

**attorney/client** 213:3,6

**August** 34:4,10, 18 58:24 59:25 60:6,15 92:20 232:17

**authority** 152:19, 24,25 153:5,6,19 208:10,22 223:8, 11,12,15,19 225:4 240:18

**authorized** 207:19

**auto** 14:23,24 15:5,6 17:4 18:13 19:15 21:3,7,10,24 22:4,16,21,22 23:6,8,10,15,17 24:10,13 25:24 26:3,6,12,13,16, 21,22,25 27:8 33:9 34:16 35:8,15,17, 22,24 38:9,12 40:17,20,25 41:8 42:12 48:21 49:19 51:18 53:14,20 54:7,20 56:3 57:3, 20,25 58:23 60:3, 16,25 61:13,17 62:24 63:5 64:24 67:2,9,10,19 68:12 70:23 71:5,9,13, 17,22 74:19,25 80:10 81:15 82:2

83:22 85:4,7,8 87:14,21 96:21 100:18 102:8,14 103:19 108:14 112:2,23 119:3,16, 24 128:25 129:9, 12,17 130:14,18 132:2,10 144:10 155:18 156:8,23, 25 157:5,14 158:21,23 162:12, 21,25 163:10 167:23 178:16 185:10 187:14 197:8 205:24,25 210:23 212:3 215:14 218:13,17, 22,24 219:4,5,6, 17,18,20 220:4,7, 12,21 221:22 223:20 228:13 231:22 238:21

**automatically** 136:20

**automobile** 142:23

**available** 23:23 26:14,18,24 79:4 155:14 208:17,18

**Avenue** 5:15 14:23 223:20

**averaged** 162:6

**aware** 21:9 128:24 129:18 130:10 150:25 151:4 152:4 174:5 178:9 194:13

**awareness** 184:23

**away** 18:23 28:16 144:4 222:22

**— B —**

**B-A-F** 16:16

**baby** 148:24 198:21

**back** 8:21 17:24, 25 43:11 45:5 49:13,15,22 50:3 59:5,15 64:7,14 65:12,13 70:6,12,

14,20 76:22 77:19, 22 78:14,16 84:8 95:3,5 104:12,15 117:7 121:12 122:8 123:25 124:3,7 128:10,18 133:23 135:12,15 146:5,6,11 148:15 149:15 151:15 153:16 155:3,6 166:6 170:21 174:4 176:19 180:17,21 193:16, 17 196:7 198:23, 25 204:14 209:4 210:15 215:24 220:22 221:9

**backtrack** 10:20 79:18 146:20 152:9 159:2 205:17 228:8

**bad** 174:2

**Baf** 16:16

**Bailey** 126:8

**bank** 49:13,21 50:18 144:7 145:15,16,20 221:4,9

**banker** 145:18

**banks** 86:20

**barely** 174:3

**Baron** 18:18,21, 23 19:14,23 21:18 61:21 213:23 214:2,18

**Baron's** 61:12

**base** 45:23 46:17, 25 47:5 98:9,11 162:17

**based** 24:21 25:6, 14 31:5 33:21,25 36:11 45:12 46:7 50:19 52:3 60:11 61:5 91:21 105:16 106:13,18 107:15, 19 110:18 111:4 142:9 155:13 158:3 159:7,19,23 160:19 196:5 213:3 218:2

**basically** 117:10

**basis** 34:17 58:10, 11 95:18 103:20 116:19,20 165:15

**Bate's** 168:12

**Bayside** 15:22 16:7,11

**BD** 134:21 135:8

**BDC** 97:17,23 98:6,9,18,19 99:11 103:23 137:10 140:8,14

**bear** 133:25

**because** 26:12 30:4 41:3 42:15 48:17 49:2,18 57:11,12 59:7 68:16 72:10,19 73:7,21 75:15 77:24 86:9,19 90:14,19 94:21 96:2 98:7 99:9 104:18 105:22 111:21 126:25 129:24 130:2 131:10,18 132:12 135:17 136:13,19, 25 138:20 142:8, 19,25 144:6,15 145:16 148:16 150:5 154:13 156:14 158:4 163:25 166:25 170:3,18 175:4 182:6 183:3 184:15,21 186:4 188:8,15 191:24 192:17 196:2,18 197:13 201:25 203:4,15 204:2,4, 14 212:13 222:22 229:9 232:20,22 235:11 239:21 240:5

**become** 56:18 118:11 178:9

**been** 5:3 6:16 41:19 88:10 121:4 192:18 224:22 225:22

**before** 6:17 7:4 9:11 10:5,9 12:4, 15 19:9 40:8 42:19 48:10 49:8,9,11,25

50:16 51:17 57:24 67:7,11,13,14,16, 20,22 81:23 88:11, 14 96:19 101:6 116:11 118:19 124:24 147:8 156:13 157:10 161:23 169:24 171:20 173:17 181:25 192:4 200:19 217:13,21, 22 220:9

**began** 56:22 58:23 71:9,13

**begin** 30:17 195:18

**beginning** 15:10, 20 32:10 182:10

**behind** 72:8

**being** 42:6 161:21 176:19 198:5,14 213:19,20 224:25

**believe** 54:25 71:14 101:4 120:10 127:15 168:10 169:2 170:5 200:21

**besides** 15:19 18:4 21:3 39:9 66:6 80:23 88:24 96:12,24 103:18 118:22 119:11 131:20 147:12 192:9 219:14,24 231:21

**best** 13:2 22:22 23:6 30:25 46:22 54:23 68:15 69:16, 22 86:4 90:6 99:3, 4 100:24 101:18 102:3 129:20 131:14 132:4 143:10,12 172:2, 19,23 198:3,12 200:16 201:22 212:6 216:7 225:20 226:14,16, 22,23 229:23 234:16,21 235:14

**better** 25:24 160:2,3 229:14 232:21

**between** 9:22 10:4 29:17 32:18 34:17 47:13 49:14 50:22 53:24 54:10, 20 55:16 58:22 60:5,15 64:12,15 79:8,11,14,17 86:5 133:9 143:15,25 144:16,25 159:4 162:2,6,10 166:23 168:6 169:3,9,13 170:23 172:14 174:10 187:21 213:7 221:13 238:6,10,13

**beyond** 60:8

**big** 200:11

**bigger** 31:4 177:6, 8,9

**billing** 41:8

**bills** 50:18

**birth** 83:12

**birthday** 43:18,19

**bit** 13:6 59:9 65:22 102:12 128:11 215:24

**black** 174:13 175:10 176:21 240:12

**blah** 10:24

**blank** 42:2 66:11, 15 74:3 235:24

**block** 83:6

**blocks** 22:8

**blown** 173:17

**blowup** 173:18

**blue** 126:4 170:24

**board** 160:11,14, 15,18 162:2

**bonus** 29:4,6,9 30:7,19,21 31:4,10 58:8 59:13,17,20, 24 60:4,11,19 61:4 111:16,17,18,19, 20,22 112:2,6,7,12 115:15 118:7,8 119:2,6,14,22 138:6,10,11,17,18,

19,20 164:25 165:4,5,9,12 239:11

**bonuses** 29:6,7, 15,18,24 30:13,19 31:6,10 45:10,12, 13 58:11 97:16 114:20 115:18 116:8 138:4 160:7, 8 228:12

**book** 222:12

**born** 16:22

**both** 25:10 56:12 57:23 78:11 81:13 135:23 208:19 225:24 233:6,15 238:19

**bottom** 176:12,13 182:9

**bought** 196:15,16

**boxes** 211:17

**break** 9:16,21 10:2,4,8,10 13:22 31:14 37:16,18,21, 22,23 38:3,19 41:24 43:5,7,10 65:18,21,24 70:5 81:23 107:12 121:7 123:10 124:24 166:14 173:4,6

**breaks** 37:25 38:2

**briefly** 8:2

**bring** 25:20 26:20 129:8,15 231:6

**bringing** 7:16

**broken** 141:10,11

**brought** 98:20 129:12 130:9 190:19 191:13

**bubble** 126:4 172:10

**bucks** 231:8

**business** 5:14 6:8,9 14:23 15:6 23:18 28:2 32:18 33:21,24 72:3,11 89:3 97:19,23 146:13,19 182:15

186:6 193:14 215:12,13,16 218:19 219:5 222:11

**busy** 33:16 34:3,4, 10,13,14,22 54:5 145:20 155:23 194:20 208:20

**but** 8:21 17:2 19:3 20:11 25:13 26:6 31:7 32:5 33:3,11 41:18 46:11 48:23 52:12 53:16,23 58:13,19 59:10,20 62:14 65:14 71:15 75:22,25 76:19,20 81:17 82:8 83:5 84:17 86:18 87:11 97:16 100:5 101:24 108:5 110:6 112:16 113:6,19 114:16 127:9 137:6 140:2 144:5,23 147:19 148:14 149:7 156:13,21 157:17 158:13 159:22 160:14 162:14,15 164:18 166:22 168:2 176:10 178:12 184:4,23 185:2 188:10 189:4 196:20 197:10 204:20 205:16 212:8 223:3,4 224:9 230:16 231:12,25 232:6 233:7,18

**button** 91:2 176:16,17

**buy** 23:24 51:11 222:25

---

**C**

---

C-O-M-P-A-R-A-T-O-R-S 93:21

**calculate** 114:9 145:22

**calculator** 111:9

**call** 9:19 23:23 41:18,24 117:18 130:2 161:19

181:11,24 182:11, 12,19 183:4,8,9 199:24 204:9,11 205:4 212:13,14 219:13

**called** 21:9 29:13 54:5,12 90:15 117:3 161:18 180:11 181:8,10, 20,22 182:3,6,25 196:24 204:14

**calling** 10:3 170:19

**calls** 113:5

**came** 28:10,12 38:18 48:10 49:7 51:16 69:24 78:16 84:8 90:23,24 134:24,25 135:11 153:7 156:14 157:23 194:18 197:12

**can** 6:10,19 7:6 9:8,21 11:17,21 15:13 16:3,9 17:6, 23 19:17,21 22:7 23:4,12,24 24:16, 20 25:19 27:5 28:8,11 29:16 30:16 31:21,23 32:12 33:10,13 34:20 36:4,24 37:24,25 38:16 40:22 41:3,10,19 43:4,5,7,9 44:13 46:2 47:10,24 48:5 49:14,25 50:9 51:4,22 52:16 53:16 54:14 55:19 56:5,24 57:10,22 58:9 61:19,24 62:15 64:12,19 65:4,5,14,15,17 67:4 68:21 70:4 71:10,24 72:15 73:21 74:14 76:14 77:14 82:22 84:10, 16,23 85:18 86:4 90:12 91:2,3,4 92:14,15 93:24 95:2 100:8 101:10, 21,25 102:11 103:22 104:10,12 105:9 107:12 108:16 111:7

112:3 113:6,20,25
115:8,21 121:6,20
125:4 131:6,15
133:7,20 134:18
135:11 136:7,24
137:4,8 139:16,17,
20,24 140:16,17,
24 142:2,9,11,17
143:15 144:16,24
145:6,14 146:4,24
147:18 148:15,16
149:7,9 151:6
153:13 154:20,22,
23 155:10,14,16
157:17,19 160:5,6
165:2,3,6,17,22,25
166:2 168:14
171:13 173:19
174:2,3 175:12,16,
21 176:14 177:15
178:18 179:23
180:5,14,16,18,20
182:7 187:16
188:7,18,21 189:9
191:2 195:3,16
196:23 198:2,11
199:17 200:15
202:7 204:23
205:19 207:17
211:4 214:25
215:8 219:20
220:5 222:2,13
224:9,15 225:13,
19 228:20 232:23
234:2,25 240:14

**can't** 7:9,24 17:2,
16 21:25 28:20
30:23 34:23 36:9
39:2,11 40:6 41:2,
6,11,17,22,23
42:22,25 46:7,10,
24 55:6 56:4 65:14
69:23 72:19,20
73:13,21,22,23
75:2 76:20 77:23
79:5 81:7,8 87:17
88:21 91:18,21
94:21 95:19,20,25
96:10 99:9,11
102:25 103:23
104:18,25 105:6,
21,22 108:5,10
109:3 112:8,17
114:16 118:14
126:24 137:22
143:16 144:17
147:6,19 148:2

150:4 156:12,13
158:13,19 160:20
161:15,16 162:14,
15,19 163:2 175:3
178:11 181:22
184:8,17,24
185:20 187:18
188:5 190:25
192:8 193:3,12
194:14,15,21
196:13 197:4
203:21 204:10,16
212:8 217:5
230:12 231:12
232:2,6,7 234:23,
24

**candidate** 28:15

**cannot** 25:12
49:21 71:7 72:18
75:3,12,14 87:17
88:22 90:22 98:7
99:18 104:17
108:10,19 111:20
158:15,18 165:10
184:21 188:14

**can't** 69:23

**capable** 176:18

**Capital** 134:23,24

**caption** 76:15

**car** 22:18 23:9,15,
21,23,24 24:6,16,
17,18 25:19,21,25
26:2,5,19,20,24
29:5,11,22 30:2,8
45:22 48:11 50:13
51:10,15,18 53:14
57:25 58:9,10 59:2
60:19,25 61:6 72:4
82:9,10,19 91:16
94:23 95:24 96:8,
12 97:7 98:24
102:14,23 103:18
104:8 111:25
113:2,16,17 114:5
118:8 119:2,15,23
136:25 138:5,7,17,
24 141:4,5,7
144:4,14,20 159:3
164:24 165:4,15
193:13 196:15,16
197:12 205:23
206:8,14,15
222:11 231:22

**car's** 228:13

**cards** 89:3

**care** 115:21

**Carfax** 205:4
206:22 207:7

**caring** 85:13
153:15

**carries** 12:13

**cars** 23:10,15
24:12 26:14,19,24
29:8,25 31:8,9,11
34:15,24 35:3
53:20,21 54:6
82:18 90:4,9 91:11
102:8 111:5 112:4,
7 115:12 116:7
118:24 119:14,20
132:10 160:10
162:4 165:3,4,5
228:11 239:9

**case** 7:25 66:4
73:19 88:20 137:9
146:12,17,18
167:14 205:19
212:24,25 214:20,
22 215:6,10 218:6,
11

**cases** 137:17
146:13

**cash** 141:21 142:9
143:20 144:21
206:21 207:3
223:2

**caught** 152:12

**cell** 13:18,23

**Center** 97:20,24

**certain** 29:8,25
31:25 41:4,5
145:13 222:22

**certainly** 41:4

**certificate** 223:7,
10,19 225:4
240:18

**cetera** 116:9
119:2 228:12

**chance** 137:4
172:16,25 235:21

**change** 18:5 32:2

45:7,20 47:13
56:21 58:9 77:16
115:4

**changed** 32:8
47:17 60:20 77:12
115:6 135:8
203:22 221:6
233:2

**changes** 29:15
30:19 33:21 45:11

**channel** 78:20
133:22

**characterization**
110:17,19

**charge** 41:8

**chase** 163:22
240:2

**chat** 80:21 169:9,
11,12 198:2,11
204:13 237:13,14

**check** 18:11
122:19 125:23
174:25 175:21

**choice** 48:25

**chose** 36:3

**civil** 7:10,13,18

**clarified** 235:8

**clarify** 23:12
29:10 69:19 89:4
101:15 131:6

**clear** 75:17 78:4
80:9 86:14 101:21
120:10,19 133:15
136:4 151:11
156:11 160:9
172:8 197:15
200:5 226:10

**cleared** 88:16

**clearly** 9:5 87:7
163:25 239:21
240:6

**Cleary** 134:20

**clerk** 71:3

**client** 5:24 23:25
168:7 175:15
221:20

**clock** 38:9

**close** 22:20 85:11,
12 130:11 146:17,
18 232:24

**closed** 48:11
135:17

**closer** 151:8

**closing** 48:13,22
49:8,10,11 51:17

**coached** 196:14,
22 233:7

**coaching** 233:4

**code** 93:25 94:9,
10 95:14

**coded** 117:22,23
118:5

**codes** 94:2,3,5
95:21

**coerced** 233:3

**collect** 50:21

**color** 176:21,24,
25 222:14

**colors** 233:2

**come** 16:23 32:9
43:11 50:3 57:17
63:25 64:14 68:7
70:6 121:12
123:25 124:2
128:10,18 137:10
146:6 153:8 156:2
166:6 181:11
192:24 197:7

**comes** 23:20
122:23 135:18,19
140:25 146:4

**coming** 122:19
125:23

**comments** 52:12

**commission**
29:2,4,11,12,13,22
30:10 31:18 45:19
47:6 82:3,5 83:19
97:6,15,18,22
98:2,6,12,23
102:9,14,19,22
104:2,5 107:23
108:5,13 110:25
111:15,17,18,21,
25 112:11,12
113:17 114:4

118:3,5,25 138:7, 14 144:12 164:16, 23,24 181:15 206:4 228:12

**commissioned** 98:16 164:15 197:14

**commissions** 58:2 96:22,24 114:19 119:15,22 239:11

**common** 214:16 218:3

**communicate** 80:24 131:21 133:16,21

**communicated** 190:22

**communication** 131:22

**communications** 78:18 79:2 127:18 171:24,25

**company** 14:22 17:9,11,19 20:3, 17,18,22 21:4,6,9, 16 63:23,24 69:18 90:10 94:10,11 100:18 218:16

**comparator** 101:17 110:13

**comparators** 93:21

**compare** 172:25 173:5

**compensated** 49:5

**compensation** 29:2 220:2,15

**compiled** 100:14

**complain** 73:6 84:19

**complained** 234:7

**complaining** 203:8,18 204:6

**complaint** 180:3, 4,6 195:12 230:10,

17,18,19 232:9 234:7

**complaints** 230:6,23

**complete** 10:9 31:2 68:2 138:12 154:3 168:4 195:17 196:17,20 199:5,11,19,22 200:9 201:16,19 206:12 225:20 226:14,21

**completed** 199:13

**completely** 59:22 154:23 155:25

**compliance** 28:2 114:13

**complies** 80:15 135:4,13 151:9 201:8 202:22

**comply** 187:4

**component** 114:8

**components** 141:9,11

**comport** 164:12

**comports** 198:4, 13 200:17 201:6

**compound** 34:20

**comprehend** 154:24

**computer** 80:10 114:21,24 118:13 207:8

**concern** 204:20

**concerned** 204:20

**concerning** 24:10

**concerns** 81:14 238:20

**conclusion** 113:6

**condition** 13:14

**conference** 101:5,10,16

**confidential** 44:17,25

**confidentiality** 186:23

**confirm** 200:16 225:19,24

**confirming** 80:13 183:5 211:15

**confused** 22:23 100:7 116:13 119:9 179:4

**confusing** 35:10

**confusion** 164:2 239:22 240:6

**congratulate** 132:9

**conjunction** 39:7

**consider** 86:15 87:8

**consisted** 29:3

**consists** 27:11

**consumer** 145:14 146:11

**consumer's** 145:9

**consumers** 142:15

**consuming** 142:19

**contact** 212:20,23 213:17,22

**contained** 115:10 216:8

**containing** 119:20 239:9

**content** 191:2 200:4 217:23

**contention** 75:10

**contents** 171:24

**continue** 110:21 180:25

**continuing** 96:20 135:5,14 192:20 199:22

**contract** 51:14

**controlled** 140:15

**controller** 39:17 40:2,15 41:15 103:5 117:2,8 219:9 220:8

**conversation** 28:16,21 31:15 175:22 190:24 198:2,6,11,15 200:14 201:7,20, 24 203:3,5,13,15 213:13 216:22,25 217:4,6,9,11,14, 20,24

**conversations** 169:12 172:14 184:13 188:23 200:18 217:18 219:4 237:14

**convicted** 88:13

**copies** 116:15,17

**copy** 5:20 43:25 77:2 115:16,25 116:16 142:16 200:18 201:13

**corners** 191:11

**corporate** 15:4 63:9,14,20,21

**correct** 6:25 10:11,12 14:10 16:8 19:24 20:13 22:16 29:21 34:11 36:25 47:7 50:12 64:11 67:24 80:5, 13 88:7 90:13,14 95:18 97:2 101:17 104:3,4 114:8 115:18 116:22 117:10 125:8,25 126:9,10 127:22 128:4 148:5,13,14 149:6 158:24 163:15,19 165:14 170:8 172:10 186:11 191:21 200:20 210:13 215:15 216:10 220:19 222:23,24 223:8 224:14 226:3,15 229:22 230:5,11 234:15 235:14

**correctly** 24:15 27:18,19 83:11 119:5 138:9 206:3

**correlates** 159:11

**correspond** 95:12

**corresponds** 91:14 92:3,5,18,24 93:4,9,16,22 95:10 134:10 139:5,13 149:18 164:10,21

**costing** 30:4

**coughing** 43:6

**could** 12:18 13:15 31:2,3,4 48:16 50:22 61:8 66:24 83:7 84:15 86:13 90:24 92:12 95:20 99:10 103:2 117:14,18 121:18 137:5 138:18 143:24 144:5 163:22 174:22 177:3 181:13,15 182:18 185:17 207:6,10,21 208:8, 12,13,14,15 211:10 226:20 240:3

**couldn't** 135:17

**counsel** 5:19 80:18 125:4 150:8 167:10 229:7

**country** 16:21 64:4 133:20 148:20,21 208:2,6

**County** 23:7

**couple** 72:4 105:14 128:12 169:19 212:22 227:6,7

**court** 5:16,18 6:12 8:14 12:14 13:6 17:22 19:5 68:20 120:13 155:2 167:8 180:19 230:18 231:4

**courtesy** 200:6

**cover** 57:13 131:11 222:13

**covering** 8:9

**covers** 93:6,11,15

**Craig's** 28:11

**cramps** 174:2

**created** 89:22,24
134:25

**credit** 50:13,14,
16,19 82:10,13,20,
23,24 83:14,16
143:21 145:3,21
148:8,9 149:7,8
153:3 154:18
155:12,19,21,22,
24 156:4,8,25
157:5 179:12
207:15,16,17,18,
19,22 208:8,13,14,
16 221:16,18
222:3,4,7,8,21,23,
24,25

**criminal** 7:19

**crossing** 142:24

**crucial** 72:3

**currently** 12:17
13:13 20:15 21:4
42:12 121:3

**customer** 23:20
48:10,12 49:7
50:3,11 51:10,16
83:10 90:23,24,25
115:14 116:8
118:7 119:21
122:19 125:22
134:5 135:6,18
138:13,16 139:4
140:3,25 141:17
142:7,15 145:2
148:7 181:9,12,13,
24 182:16,20
183:2 191:3,4,6,7,
9,18 192:2,10
197:12 206:21
207:2,9,12,23
239:10

**customer's**
208:14

**customers** 24:11,
12 63:3 82:9
137:10,11 141:14
143:19 144:3,19,
20 146:15 147:22
170:18 173:22

221:16,21

**cut** 181:25 191:11
227:17

**Cutting** 163:21
240:2

---

**D**

---

**D002** 89:18

**D067** 89:19

**D1186** 69:7

**dad** 85:6,7

**daily** 29:7,18
30:19 45:12 58:9,
10

**dashboard** 134:6
139:4

**data** 77:19

**date** 28:19 39:2
40:6 55:5,10,11
56:4,5 60:22 65:14
66:12,15 69:8,9,
14,15 71:4,5 81:24
83:12 102:6
127:21 128:17
130:2 156:11
187:22 195:20,21
208:5 216:13

**dated** 173:24
178:22 182:10
183:25 185:4
187:24 189:18
192:15

**dates** 128:2
135:15

**daughter** 129:22
130:3 198:22
199:24

**David** 18:14,20,23
19:23 37:18 61:12
161:6 162:5,11,24
203:7,17,18
204:20 205:10
206:4 207:15,22
208:7,12,13

**David's** 204:25
206:15

**day** 17:14 18:10
20:3,13 30:11

31:5,6,7 58:8
59:18,21 60:20
61:5 67:12,14,16,
18 68:6,8 115:3
129:11 135:11
138:22 140:3
148:4,18 156:9
157:20 169:23
171:19 174:4
182:18 187:21
192:17 197:6
204:16 216:17

**days** 30:3,8 32:2,4
36:2,3,6 72:4
76:23 135:19
136:21 196:3,22,
23,25 197:2,7,9,
10,11,17 206:15,
16

**deal** 11:10 49:2,12
50:24 51:20 54:18
135:16 136:15
138:24 141:14,21
142:9 143:20
144:21 167:6,7
181:16 183:7,12
191:6,8,19,20,22
200:11 204:21,25

**dealer** 24:17
54:18 142:4
146:21 223:9,18
225:3 240:17

**dealer's** 223:7

**dealership** 22:19
24:7 26:5 33:2,3
35:4 61:10 69:25
72:14 114:15
130:9 153:11
178:25 179:4,19

**dealerships**
23:11,16,19 25:25
35:5

**Dealertrack**
148:15

**Dealertrak** 54:12,
22 55:18,19 62:5,
18,21 63:3 145:7,
8,17 147:9,22
148:12 149:2
151:19 152:4
154:19 208:11

**dealing** 86:20

**deals** 27:13,14
39:21 72:5 115:19
160:6 178:6

**Deana** 39:14 40:4,
7 42:17 117:2,6,
13,14 119:11,12
216:23 217:15,18
218:5 220:9,10,14

**debt** 145:23

**December** 34:6
35:2 64:4,14 87:15
93:15 107:22
108:2,7,22 110:25
129:24 130:7,21,
22 131:15 185:4
187:24 189:18
192:11 198:20
202:3,6 207:25
208:4

**decided** 154:17
155:9

**decipher** 169:2,8,
12 175:9 197:25
198:10 237:12,13,
14 240:11

**Declaration**
210:16 211:8,25
224:3

**deem** 5:25

**deemed** 6:3 237:7

**defendant** 5:3
7:17,18 15:4 235:8

**defendant's** 69:6
91:14 92:3,6,18,24
93:5,10,16,23
95:10,13 134:11
139:2,6,12 149:19
164:11,22 210:18

**defendants**
120:14 214:20

**defendant's**
134:8

**define** 20:21

**deliver** 31:9 51:14
197:12 206:14,15

**delivered** 138:24

**demand** 79:6,10,
13 81:10,12
109:20 118:16,17
119:18 120:20

223:16 224:23
225:8 227:13,15
238:4,8,11,15,18,
23 239:7,13,18,25
240:9,16,22,24

**demanded**
165:14

**demarcated**
149:23

**department**
27:22,23 93:25
94:2,3,5,9,12,20
95:14 96:5 98:14,
25 99:15 101:20
102:17,19 109:4,5,
6 142:12,17,25
143:3 154:15

**departure** 131:17

**dependable**
157:14,18,24

**depended** 53:25
61:7

**depending** 30:11
32:6 59:21

**depends** 31:13
32:19 33:7 38:3
49:12,16 50:19
92:13 145:20
221:11

**deposed** 12:6

**deposition** 6:17,
21,23 7:2,4 8:2,5
10:22 12:4,5 13:22
14:14,20 15:11,21
52:13 66:3 70:15
84:11 85:21 87:23
88:9 123:9 139:24,
25 168:15 177:20
205:18

**deposits** 165:13

**depreciating**
30:5,6

**describe** 28:8
29:16 33:8,15,21,
23 34:9 38:16
53:13 64:19 76:14
82:22 85:2,18
93:24 115:8 125:4
140:25 145:6
180:18

**described** 28:22
64:20 116:6
118:23 143:23

**Description**
237:5 238:3

**desk** 14:13 38:20

**determined**
220:14

**determining**
219:16,25

**Development**
97:19,23

**didn't** 20:4 49:4
67:5 72:9,11
180:12 181:3,15
182:2 189:13
196:18 203:20
204:15 213:10,21
219:12

**difference** 86:5
183:16 187:21

**differences** 29:17

**different** 37:25
38:6 46:3 50:6
58:8 69:3 77:9,11
87:11 88:20 91:7
98:24 99:3 105:11
112:9 115:24
116:10 121:21
138:20,21,22
141:3,9,11,12,15
143:18,24 146:12,
13,16 150:14
154:23 159:9
165:9 186:14
212:18 221:2
227:7

**differently** 49:19
100:9 179:21

**digits** 43:20

**direct** 199:18

**directed** 99:21
100:3,5 120:12

**directing** 187:7

**directions** 52:15

**directly** 145:17

**directs** 11:3

**discipline** 27:21

72:23 152:19,24
153:2,5,6,9

**disciplined** 72:6
153:7 158:12
191:14,16,25

**disciplining** 72:9,
12 75:6

**discrimination**
8:11 63:7 232:10,
18

**discuss** 132:14

**discussed** 84:9
214:21 218:6,9,11

**discussion** 52:22
84:7 124:4 140:22
151:13 168:18
176:3 209:2 226:6

**divided** 111:8

**divisions** 87:11

**DMV** 27:18 71:3
72:2 74:16 141:24
142:3,13 143:7
204:25 205:2,8
223:15

**doctor's** 185:19

**document** 68:18,
25 69:6,12,19
89:20 92:4,6,24
93:5,10,16,23
95:10,13 124:11
134:8,11,14 139:2,
6 164:11,22
168:24 209:22
210:18 211:19
216:12 225:16,18,
22,23,25 226:10,
12,13,18,21
227:23

**documentation**
50:16,17,21 51:4
82:11

**documents** 14:3,
5,7,8 49:23 76:12
89:18 110:7
116:10 117:20,24
118:24 119:19
120:11,16 121:25
139:3 149:19
150:19 163:20,24
168:22 172:16,20
196:17 224:21,24

225:14,16 226:3
230:21 231:11
234:12 235:10
239:8,20 240:5

**does** 23:25 27:25
41:13 42:11 50:4
60:12 63:5 68:8
69:10 81:16 90:8
99:16 112:23
116:14 125:10
127:3,5 138:9
140:13 141:17
142:6 143:7,13
144:18 149:3
164:12,22 172:3
173:6 177:5 179:6
180:4 196:8
197:16 202:23
203:9 204:24
208:22 211:25
220:8 222:3,7
229:11 234:20

**doesn't** 127:15,21
203:24

**doing** 14:23 15:5
70:15 72:2 83:11
137:20,21 143:6
144:21 186:3
194:20 210:10

**dollar** 112:6

**dollars** 75:24

**don't** 7:12,14 9:24
11:15,24 13:2,3
18:6 22:25 23:2,21
25:2,18 26:4 31:23
33:23 40:9 41:3,12
44:3,18 46:11 50:5
51:2 55:6,12 56:8,
14 58:19 59:19
64:22 65:21 70:16,
18,19 72:10 73:24
75:15,16 76:21
77:24 78:21 80:12
81:7 88:5 89:8
94:15 95:21 96:2,
11 97:3 98:8 99:10
102:10 103:12
104:9,18 105:6
108:6,18 109:5
116:3 118:14
119:17 120:15
123:22 130:10,15
133:12 136:17
142:22 145:10,11
147:4,5,19 149:21

150:4,5 152:12
156:12 157:10
158:25 159:14,15,
16 160:14 161:19
164:18 167:25
168:2,13 174:16
176:12 178:11,12,
18 179:19,22
180:6,22 182:7
184:22 185:2
188:15,23 189:2,4,
13 192:7,13
204:13 205:4,15
215:6 216:13
217:8 218:14,17
222:12,15 223:2,
13 229:18 233:3
234:24 235:15,17,
19

**don't---** 72:19

**done** 27:13,18,19
39:21 51:12 52:17
60:4 107:10
117:13 140:11
151:24 160:7
167:21 170:6
184:16 189:20
194:25 195:5,9
196:11 211:12
224:16 227:21
229:9,19 230:2
231:16 234:3

**door** 142:22

**dotting** 142:25

**down** 8:15 9:9
31:14 34:5 35:3
65:4 115:14 118:6,
8 134:15,17 135:3,
15 138:16,19
141:10,12 159:24
179:11,12 180:20
188:6 191:5,7,9,
17,18,25 192:10
193:5 196:19,20
205:8 215:21
229:16 231:14

**downloaded**
175:5

**draw** 108:3,4
193:6

**drawing** 125:16
173:23

**drink** 9:17

**Drive** 16:10

**driver's** 44:2
83:10

**dropping** 182:12

**due** 114:16 131:5

**duly** 5:4

**during** 13:21,22
14:13,20 23:16
28:21 31:15 35:8
37:15 38:7 46:5
47:2 53:7 54:4
67:10 75:20 83:21
85:3 101:16 123:9
130:21 155:17
157:13 158:11,20
177:20 182:25
192:11 205:24
212:23 213:12
220:11

**dyslexic** 179:24
197:19 234:25

---

**E**

**E@hillsideoutlet.
com** 80:20

**each** 77:16 91:10
109:22 110:10
113:2,15,17
149:22 150:14
161:8 165:15
172:10 206:16,17
228:13 238:25

**ear** 194:18

**earlier** 45:7 56:25
64:17 65:10 81:4
82:16 85:16 86:21
99:25 181:25
219:11 228:9
230:25 234:18

**early** 16:25 57:16
157:25 196:24

**earned** 119:15

**earning** 99:22
100:6,12,13,20,22

**earnings** 101:19
150:15 163:18

**easier** 14:21
124:25

**easiest** 123:12

**Eastern** 163:8

**eat** 63:13 65:5

**EDD** 63:9,11

**Edge** 16:10

**education** 16:13

**effect** 12:14 138:10

**effective** 138:4

**eight-hour** 37:23

**either** 7:17 37:24 140:16 148:19,20, 21 171:19 178:15 197:20

**elaborate** 99:24 157:19 235:2

**elaboration** 33:14

**electronic** 115:4, 7 120:21 239:14

**electronics** 75:21,23

**else** 7:11 15:15 18:12 39:10 55:17 66:7,24 88:3 95:20 96:23 97:11 98:4, 12 103:18 127:9 131:20 147:12,14, 19 149:12 158:3 167:11 178:13 184:24 185:11 192:10 194:21 215:8,9 218:9 219:25 231:21 232:10

**else's** 90:22

**elsewhere** 232:21

**email** 79:4,14 80:7,8,9,13,23,25 81:6 168:9 238:12

**emails** 80:6

**Emanuel** 85:20 87:25 88:8 124:11 127:24 151:11 186:20 197:21 202:9

**embarrassment**

44:7

**Emmanuel** 66:5

**emojis** 198:22

**emotional** 13:14

**emphasizing** 183:14

**employed** 20:15, 21 40:16,19 53:22 57:8

**employee** 62:9 68:11 70:23 85:5 140:8 152:11 153:9 157:15,19 158:8 181:23 183:16,18,19,23 196:3

**employee's** 38:12,17 39:9 152:14

**employees** 23:9 24:10 25:24 26:22 27:12 28:5 59:17 78:19 85:13,15 97:17 98:9 100:23, 25 101:21 102:4 104:2,7 115:22 129:18 152:19,24 153:2,19,21 181:17 219:17,21 230:7

**employment** 23:17 46:6 47:3,14 63:11,12,17 83:13, 22 85:4 145:25 155:17 157:13 158:12,21 205:25 220:12

**end** 37:3,4 47:14 67:18 69:14,15 81:24 114:10 162:24 212:4

**enough** 28:15 183:11

**Enrique** 205:10

**entered** 90:16,17 137:6

**entire** 68:25 73:17 166:20 179:15

**entirety** 166:25 171:10

**entry** 90:15

**equal** 63:10 159:12

**equally** 222:15

**essentially** 143:19

**et** 116:9 119:2 228:12

**evaluation** 159:4, 6,8,18

**evaluations** 159:22,23

**even** 9:25 19:6 30:9 41:22 48:12 53:4 73:24 109:4 140:4 142:9 144:14 148:21 164:3 204:15 239:23 240:7

**evening** 67:25

**ever** 6:16 12:6 18:5 23:9,15 24:9 25:23 26:11,21 35:6 45:7,19 47:12 48:20 56:21 62:17 64:3 82:13 83:17, 23 84:5,19,22 88:10 114:23 115:4 129:16 138:23 153:8 158:12,22 159:3 165:19 178:12,19 184:13 205:22 217:8

**every** 27:23 31:6, 7 32:8,9 38:4,5 47:16 58:8 59:18 64:16 67:18 68:11 85:5 98:13,14 130:3 138:21,22 141:12,14 146:12 148:17 157:20 159:7,18 178:25 179:4,19 181:23 183:12

**everybody** 46:3 71:24 105:11 140:16

**everybody's** 232:2,6

**everyone** 45:12

47:17 68:16 121:8 123:13 126:17 145:11 146:16 154:10,12,13 182:6

**everything** 8:15 27:18,24 63:25 98:8 115:20 137:22 142:19 152:17 153:3 174:16 175:5 188:18,19 191:10 193:4 204:5 211:16 216:8

**evidence** 19:3 195:16

**exact** 39:2 40:6 65:14 91:17 92:11 111:13 165:7

**exactly** 20:16,20 31:6 39:12 55:7 85:18 99:24 112:22 184:24 185:21

**EXAMINATION** 6:5 237:2

**examined** 5:5

**example** 9:17 30:2 31:8 34:2 144:11 148:3

**excellent** 158:8,9 221:16

**except** 13:22 14:2 64:16 89:9 178:25 179:19

**excess** 59:3 60:5

**exchange** 166:21 198:19 199:3

**exchanged** 168:6

**exchanges** 79:14 238:12

**exhibit** 6:2,3 68:22,23 69:2 89:17 91:13 92:17 122:11,13 124:16, 22 125:3 133:24 134:4 139:5,14 149:16 168:24 169:5,6,8,11,15,20 171:16 173:9 178:20 197:25

198:10 200:13 201:13 209:6,8,11 210:2,15 227:3,5

**exhibits** 169:19 237:4

**expected** 32:13, 16

**experience** 85:25

**explain** 8:2 29:24 134:18 139:17 173:19

**export** 127:2

**expunged** 88:16

**extensive** 222:11

**extent** 102:21 120:13 218:4,23

**extra** 160:5

**extremely** 188:3

**F**

**F-** 135:6

**fact** 58:25 59:24 60:3,16 131:5 136:15 140:7 176:11 230:16

**factor** 143:22

**facts** 11:23 19:2 113:9 195:15 230:16

**fair** 36:6 57:18 60:23 73:5 85:10 87:13 94:23 95:8, 23 99:15 104:6 149:22 179:25 181:19 182:14,23 184:6 188:12 201:23 204:18 207:24 208:7 218:12

**familiar** 17:3,8 21:6,11,12,13,14 22:9,12 39:13,16 54:11,17 70:22 71:2

**family** 85:6 132:7 153:12 232:20,25

**far** 22:3 76:22

171:12 172:23

**fashion** 27:25

**fast** 30:4 191:11

**father** 233:6,11

**father's** 89:8

**favor** 206:17,18

**February** 34:7,12
54:3,4 120:3
216:14

**Federal** 144:12

**feedback** 233:22

**feel** 184:3,4,5
188:3

**feeling** 158:2
184:3 188:2,4

**female** 231:22,24
232:4

**few** 39:11 75:24
170:20

**figure** 103:6 111:4
164:23

**file** 124:12 125:18,
20 138:12 148:6
170:4 171:24

**filed** 39:6

**files** 39:11 120:21
125:14 239:14

**fill** 42:4 44:21 74:4
115:12 116:7

**filled** 116:18
165:14

**final** 140:18 168:3,
9 210:8 237:17,19

**finance** 48:14,17
50:25 51:12,13
55:9,15 65:2
86:15,17,19,24
87:5,6,8 97:8 98:5
99:11 103:24
131:8 147:16,17
154:8 155:24
208:21 212:10,11,
12,13,15,16,17

**financial** 167:3,15
187:2,10

**find** 55:20 109:12,

14 128:21 235:19

**finds** 140:14

**fine** 19:7 43:14
44:20 121:10,11
128:9,19 136:12
166:4,13 177:4
199:21 223:25

**finish** 9:11 48:18
51:20 72:25 73:3
96:16,18 114:11
136:6 157:9
233:12

**finished** 9:13
37:5,7 56:6,11
128:15 142:11
193:9,20 227:15

**fired** 71:22 73:7
74:17,22

**firing** 27:12 68:17
153:21

**first** 8:5 24:21
63:3 83:9 89:6,8
115:13 125:3
134:20 160:22
161:4,11,22,23,25
162:2 178:8 190:8
191:23 198:2,11

**five** 15:16 19:18,
22 32:4 70:5
197:11

**five-minute** 43:10
65:18

**five-page** 226:17

**fixed** 35:8 37:20,
22

**flat** 29:13,22 45:19
58:4 98:23 99:6
111:15,24 112:11
114:20 118:6
164:24 165:11

**flight** 192:23,24,
25

**focus** 8:10 205:21
206:19 233:22
234:19

**focusing** 128:8

**follow** 199:17

**follow-up** 24:23
81:21 120:8 121:2

141:16 150:13
164:5

**followed** 200:2

**following** 101:4

**follows** 5:6
134:14 178:3

**foot** 33:8,13

**footage** 81:11
238:17

**force** 12:13

**forgive** 59:9

**form** 6:19 7:6,21
17:6 19:17 21:22
22:6 27:4 30:16
36:24 40:22 41:10
50:9 58:15 61:19,
24 90:12 103:22
113:13 131:4
139:20 141:20
145:3 146:24
150:3 154:23
159:19 165:17,22
170:18 223:4
228:20

**formal** 230:18

**format** 174:13

**formula** 111:10

**forth** 8:22

**forward** 8:3 95:11

**found** 132:21,23

**four** 43:20 44:13
200:20 201:2

**Franklin** 139:9

**free** 197:7

**frequently** 78:17
181:20 182:3,6

**Friday** 67:25 68:5,
6

**friend** 126:14
184:25

**from** 10:13,21
12:18 13:15 15:18
17:14 18:9 20:2,3,
12 22:4,14 23:10,
16 25:25 26:3,5
32:2,21 37:7 43:15
50:24 55:5,10

56:22 57:15 63:9,
20 67:17,25 70:9
71:4,8,22 79:19
81:5 83:18 85:21
88:9 90:3 91:12,15
93:20 115:2,25
117:22 120:2
121:13 122:21
125:20,21 126:11,
12,14 135:8
144:12 148:15
152:21 155:19
158:23 159:9
166:15 171:5
172:4,5,22 173:13,
15,25 178:4 180:2
184:23 186:14
188:21 191:2
193:7 194:12,24
196:9 198:20
202:6 205:10
220:6,22 230:7
232:10,11,14,15
233:10

**front** 31:24 129:16
188:9 201:2
211:20 223:23

**FTC** 144:12

**Fuentes** 135:6

**full** 5:9 177:12
211:4

**full-time** 42:16,
18,20

**funded** 27:15
39:21 115:19

**further** 60:15

—————

**G**

**Gateway** 22:18
24:6

**gave** 15:10,20
37:9 65:9,10
139:22 158:5
175:4,6 196:19

**general** 27:10
40:12 86:10 186:7
232:13

**generally** 10:15
11:2 33:11,24
137:9,12 153:25
232:16

**generous** 181:17

**geographic**
221:17

**gestures** 8:18

**get** 9:17 30:3 31:9,
19 32:10 41:19
43:25 45:23 46:6
47:3 50:20,22
51:5,6,8,13 52:16
64:2 71:21 76:15
100:11 101:21
118:19 121:22
128:2 135:17
137:19 138:6,23
143:11 144:8
149:12 154:3
160:7 166:11
175:12 181:16
195:24 196:5
204:5 207:12
223:3 240:14

**get along** 132:2

**gets** 144:3

**getting** 73:7
187:19,20 192:24

**give** 8:16 16:9
28:13 31:8,12
33:14 34:23 41:24
44:3 45:10 49:13,
22 51:9 61:5,7
68:2 117:12,13
126:23 144:10
145:10,11 146:2,8
148:3 153:16
196:17,19 199:5
206:4,12 211:2

**given** 30:25 31:18
83:17 114:5 159:3,
6 187:12 204:3
211:7

**gives** 63:22
135:10

**giving** 34:2 52:14
152:7

**go** 24:16 25:19
26:16,25 34:5
41:12 52:20 57:16
59:5,15 60:14
65:22 69:25
105:13 121:18,20
124:25 133:23
140:20 141:22

142:6 146:10
149:15 151:25
154:18 155:10,14
168:16 173:10
174:2,8 175:25
183:6 188:10
199:8,21 207:12
208:24 226:4

**goes** 34:5 76:22
118:2 127:13
145:17 205:6
218:18

**going** 8:2,3,10
10:21 13:3 14:21
15:3 28:23 31:12
44:5,14,15,16
49:21 50:2,3 52:4
57:16 59:14 65:22
66:9 68:18 69:24
73:4 74:2 76:16
84:17 86:13 88:2
89:11 91:6,12
93:19 95:11
100:11 105:13
110:22 118:17
120:2 124:12,13,
18,25 125:2
128:11 139:7,11
141:16 146:10
149:15,17 154:25
160:3,5 164:8,20
168:23 169:4,18
171:15 172:7
177:21,23 178:2
181:12 182:12
183:4,6,8 186:5,21
193:6 197:24
198:9 202:4
208:18 209:14,16
210:11,20 211:2
223:22 226:25
227:6,18 234:9
235:23

**gone** 76:2 204:3
207:10

**good** 39:22 43:12
53:18 86:3 121:8
123:2,15,21
132:13 153:11
159:24,25 183:13,
15,17,22 216:3
222:3,4,7,8

**goodwill** 48:24
52:4 53:2

**got** 30:21 34:14
38:15 46:4 47:5
49:5 97:16 98:21
104:4 130:10
132:25 138:11
152:12,13 159:10
160:13 173:16
184:23 206:20
232:21

**gotten** 204:2
207:11

**Government**
113:2 143:2

**grandmother**
196:16

**gray** 170:25

**great** 5:16 6:12
136:3 159:24
160:2 183:21
235:22

**greatest** 141:25
221:18

**green** 172:8

**greet** 82:9,19

**greets** 50:12

**ground** 8:3

**grounds** 186:22

**guess** 165:18
191:15 202:2
207:23

**guy** 51:14 146:8

**guys** 227:21

**Guzman** 55:22
57:8,19 62:20,23
87:4 131:10
134:22 147:5,13
148:4 152:18,20
153:18 155:21
156:3,5 203:4,6,
15,16,19,20,23,24
207:21 208:9,15
212:21 213:8,18
234:14

**Guzman's** 202:25
203:11

—————————

**H**

—————————

**H-E-L-A-N** 21:19

**H-Y-L-E-T** 22:10

**habit** 8:20,21

**half** 38:2 146:3,6
206:4

**hallway** 65:3

**hand** 8:17

**handed** 121:25

**handle** 181:13

**hands** 148:22

**hands-on** 148:19

**hang** 184:4

**happen** 137:4
192:4 221:21

**happened** 31:15
71:25 122:25
158:17 191:10
199:4

**happens** 137:19
140:12,13 148:5,
10 205:8 222:4,8

**happy** 84:23
153:11,15 233:16

**hard** 148:24 183:7
201:13

**hardly** 197:4

**has** 8:14 35:6,20
41:19 87:14 90:16
95:14 98:14,15
105:11 121:3
136:2 142:7
147:15 148:6
149:13 153:8
172:13 184:16
186:24 189:23
192:18 201:2
211:3 215:20
222:4,8,23,24
225:15 230:17

**haven't** 175:4

**having** 5:3
102:16,18 152:6
180:24 198:22
199:3

**he** 19:3,6,9,10,12
48:17 55:13,24
56:2,4,6,9,11,14,
15,17,18,19,22
57:21,22 61:15,20

66:15 76:14,15,16
84:13,14,15,16,18
99:6 113:21
130:24,25 131:9,
16,18 144:3
147:15,16 152:12,
13,23,25 153:4,6,
7,8 154:9,14,15
156:3,7,9,13,14,24
157:2,3,5 160:25
161:19 162:20,22
163:17 175:5,6
198:23 199:10,13
201:2 203:6 204:4,
25 205:22 210:22
211:3,4,9 212:10
213:9 214:8
215:16 224:9
229:11

**He's** 55:12 204:4

**head** 8:21,25
84:14

**hear** 11:19 67:5
86:13 180:13
220:22

**heard** 213:11

**heart** 232:22

**Heewattie** 135:9

**held** 52:22 124:4
140:22 151:13
168:18 176:3
209:2 226:6

**help** 25:10 131:19
181:16 200:25
208:9

**helpful** 42:6

**helps** 224:10

**her** 25:12 28:19,23
29:2 30:14 35:8
36:11,12,14 37:18
39:16,19,23,24
40:2,15,24 41:17,
18,21 42:21 47:13,
14 53:2,17,25
57:22 63:2,3 69:17
71:2 72:6,9,12
74:11,23 75:6
78:5,11,19 82:3,6,
11,17 83:18,23,24
84:2,5,9,10,12,13,
15,18,20,23 85:3,
9,17,22 87:20,22,

25 88:9 90:18,21
96:18 117:18
120:23 126:12
127:18 128:25
129:6 132:7,9,15
137:20 139:24
158:3,5,11,20
159:7,19 170:17
178:15 179:7,20
181:14,15,16,21
182:16,18,19
183:7,8,9,12
184:13,25 188:7,
23 189:6,14
190:20 191:3,5,8,
13,14,17,25 192:7,
9,19 194:13 195:8
196:2,5,7,14,16,
22,24 197:7,13
203:23 204:11,14
205:24 206:4,16
207:2 217:2,8,20
219:12,13 231:7
232:23,25 233:5,6
239:16

**here** 11:23 89:17
94:4 110:11
135:22 165:7
176:13 178:3
211:17

**herein** 5:3

**herself** 82:14
139:22 196:16

**high** 16:14,16,19

**highest** 16:12

**highlighted**
202:15 234:10,22

**highlighting** 94:8

**highly** 232:19

**Hillside** 5:15
14:22,24 15:5,6
17:4 18:12 19:15
21:3,7,10,24 22:4,
15,21 23:8,14,17
24:10,13 25:23
26:3,6,12,13,16,
21,22,24,25 27:8
33:9 34:15 35:8,
14,18,22,24 38:9,
11 40:5,16,20,24
41:8 42:11 47:21
48:21 51:18 53:14,
20 54:7,20 56:3

57:2,20,24 58:23
60:3,16,25 61:13,
17 62:24 63:5
64:24 67:2,9,10,19
68:11 70:23 71:5,
9,13,17,22 74:18,
25 80:10 81:15
82:2 83:22 85:4,7,
8 87:14,21 96:21
100:18 102:8,14
103:19 108:13
112:2,23 119:3,16,
24 128:25 129:9,
12,17 130:13,17
132:2,10 155:18
156:8 157:14
158:21,23 162:12,
21,25 163:10
167:22 178:16
185:10 187:14
197:8 205:24,25
210:23 212:3
215:14 218:13,17,
22,24 219:3,5,7,
17,18,20 220:3,7,
12,21 221:22
223:20 228:13
231:22 238:21

**him**  11:6 19:6,7
130:11,12 133:13,
18 152:12,21
161:18 180:20,24,
25 182:12 183:5,9
187:13 189:24
198:23,25 200:25
201:3 204:4
211:15 213:7,22
214:3,14 224:8,10,
15 227:19

**hire**  28:5,16 69:7
108:7,13 153:19

**hired**  28:18 53:17
107:21 108:9,10,
22 131:12,16,18
152:11

**hiring**  27:12 28:6,
8,22 31:15 68:16

**his**  56:21 61:16,22
90:21 122:19
125:23 137:20
153:2 154:14,15
159:7,19 161:15
162:17 169:8
180:20,24 199:11,
13 203:25 206:15

208:8,13 227:15

**hold**  28:15 118:20
135:17 195:18
222:17

**home**  5:16 6:8
64:7 78:14 148:15
174:2 183:7
204:14

**honestly**  88:21
158:19

**hookup**  145:17

**hot**  184:5

**hour**  37:24 38:2
143:25 146:3,7
221:14

**hour-and-a-half**
221:14

**hourly**  57:12
232:18

**hours**  8:9 32:18
33:2,3 37:10,11
41:5 47:20 48:3,4
49:11 57:15
131:11 140:4,5
143:16,25 144:2,
16,25 145:4,5
146:4 182:15
183:2 185:9
196:22 219:16
220:2,15

**how**  17:8 19:19
21:13 22:3,12,18,
22 24:6 31:23
32:15,24 33:8
34:15 36:4 37:23
38:15,16 39:16
41:21 42:14,15
45:18 46:9,12,15,
25 49:6,12 52:19
53:7,13,21 54:2,5,
17 57:22 61:21
62:2 66:24 69:14
71:2 72:23,24 73:9
74:18,24 77:12,21
82:18,19,20,23,24
85:2 97:17 99:19
103:13 111:4
115:15 123:15
125:5,9 128:9
132:5 141:6 143:7,
13,21 144:17,18
145:2,6,20 147:8
153:21,23 156:4

162:4,20 170:10
185:22 186:3,16
196:3,4,23 197:22
207:17 213:5,23
214:2 217:4
220:23 221:8,10
232:13

**however**  9:21
211:24

**hundred**  75:24
196:7 231:7,8

**hurt**  26:9

—————

**I**

**I'LL**  150:22

**I's**  142:25

**I'VE**  225:22

**I-**  88:25

**I-A-E-L-**  134:22

**I-S-H-A-Q-**  80:19

**I-S-H-A-Q-U-E**
5:2

**I-s-h-a-q-u-e@
hillsideautooutle
t.com.**  80:11

**I-V-R-A-H-A-M**
89:2

**icloud**  77:20

**ICU**  149:4,5

**ID**  150:11 152:4
237:7

**idea**  39:5 77:21
111:22 125:13
126:6,19 157:8
165:23 204:10
233:8

**identification**  6:4
43:24 68:24
122:14 124:17
149:16 150:9
169:7,17 209:9,15
210:3 227:3,5

**identified**  89:18
94:14 99:5,14
109:24 149:20
224:21 239:3

**identify**  76:7
105:16

**identity**  222:16,20

**image**  176:9,18,
20 177:11

**immigration**
88:20

**implemented**
100:23

**impossible**  140:4

**in-house**  142:13

**Inc**  15:5

**incentive**  58:25

**incident**  158:16

**included**  218:23

**includes**  120:4

**including**  114:6
230:7

**incorrect**  91:20

**indicating**  8:22
14:18 85:20
103:14

**individual**  29:5
39:14 55:21 94:13,
14,17 95:14,24
96:4,7 99:5,8,14,
16 102:5,22,23
103:9,13,16
104:21 105:2,4,8,
16,19 106:2,5,6,
11,12,16,17,21,24
107:3,6,14,15,18,
19,21 108:21,23,
25 109:8,9 139:9
149:20,22,24,25
150:17 163:5,9
208:9

**individual's**
105:5,17 106:13,
18

**individuals**  96:13
97:6 109:23
110:10 178:16
185:15 219:15
239:2

**industries**  49:20

**industry**  30:2
32:9 49:18,19

72:21 144:10

**informal**  230:19

**information**
83:13,14 115:10
116:8,22 117:21
135:10 145:9,14
167:4,16 187:3,6,
10 218:21,24
236:2

**informed**  26:11

**initial**  89:9 101:5

**inputs**  120:22
239:15

**insert**  42:8 45:4
66:19,21 74:7
236:4 240:23,25

**inside**  76:15 91:2

**instance**  40:12
136:15 140:9
141:5 150:16

**instead**  177:12
180:23 191:19

**instruct**  218:7

**instructing**
213:14 214:23

**instruction**  11:4
194:4

**insurance**  122:20
125:23 142:16
144:8,9 212:11,13,
15,16

**intelligent**  28:15

**intention**  103:8
139:12

**interest**  214:16
218:3 219:3

**international**
133:22

**internet**  141:25
142:8 205:7,8

**Interrogatories**
210:6,7 211:18
215:18,19 216:9,
10 218:21 223:6
237:18

**Interrogatory**
216:20 224:13

**interrupt** 193:23 213:10

**interview** 28:10 68:11,15

**interviewed** 28:12

**into** 27:23 50:24 65:15 103:3 109:17 123:22 127:13 133:13 137:7,12,14 138:5 139:24 142:17 170:4 190:19 191:13 192:23

**inventory** 26:17 27:17

**investigations** 234:6

**involved** 111:23 144:15

**iphone** 44:4 77:7, 10,17 127:7

**irrelevant** 46:2

**Isaac** 88:25

**Ishaque** 5:1,11 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1,8,15 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1,24 89:1

90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1,10 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1, 21 203:1 204:1 205:1 206:1 207:1 208:1 209:1,12 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1 226:1 227:1 228:1 229:1 230:1 231:1 232:1 233:1 234:1 235:1 236:1 237:1,15 238:1,6, 13 239:1 240:1

**issue** 152:8 223:15

**issues** 142:8 153:10

**itemizes** 126:3

**items** 44:8 101:7

**its** 108:3 222:13

**Ivraham** 89:2

─────────

**J**

─────────

**J-E-A-N-I-Q-U-E** 54:24

**Jacquelyn** 134:20

**Jamaica** 5:15

**January** 34:7 69:9,20 78:17 79:20 192:15 193:7 194:24 196:10

**Jeanique** 54:24 55:3,4 57:2,10,22, 24 60:24 61:3,7 87:3 147:5 155:22 220:14

**Jeanique's** 57:9, 19 73:22

**Jennings** 39:14 40:4,7 42:18 216:23 217:16,18 218:5 220:10

**jeopardizing** 72:20,22

**jet** 193:2

**Joanna** 184:25

**job** 48:19 61:16 69:18 72:24,25 84:15,17 126:17 132:13 137:21 153:2 159:24 160:2,3 186:4 203:25 207:20 208:16 232:21

**jobs** 41:4 48:16 70:21

**Jory** 18:14,18 19:14 61:21 214:2, 13,17

**Josh** 18:14,15 19:19 21:18 62:2

**judge** 12:15

100:15,17 101:6 187:3 222:12,13 235:7

**July** 34:4 58:24 59:25 60:6,15 92:8 232:17

**jump** 136:7 157:10

**jumped** 136:10

**June** 34:4 91:24 101:4

**just** 7:2 8:20 13:24 14:16 20:10 22:25 25:9 28:22 31:7 33:23 35:20 44:13, 20 45:11 52:9,15 58:3,6 60:17 65:20 68:25 69:19 70:20 75:17 78:4 80:12 86:25 88:2 89:4,9 90:19 94:7 101:2, 21 110:20 118:22 120:9,18 122:3 124:10 125:4,6 127:15 129:25 134:25 136:5 142:20,22 143:9, 22 147:22 148:3 152:5 157:7,8 159:17 163:22 167:9 168:9 170:7 171:4 174:22 176:17 177:12,18 178:6 180:20 184:4 200:5,15 204:6,19,20 210:11,24 221:6 222:22 225:13,18, 19,24 226:10 227:5 228:25 229:18 231:14 233:12 235:15,19 240:3

─────────

**K**

─────────

**K-** 126:7

**Kaswayne** 126:7

**Kataev** 5:19,22 6:18 7:5,20 11:8 13:9 14:16 15:12, 25 17:5 18:25 19:16,20 20:6

21:21 22:5 23:3 25:9 27:3 30:15 34:19 36:17,23 37:13 40:21 41:9 43:2,4,13 44:5 45:16,25 46:18 47:9,18,23 50:8 51:21 52:7,19 53:15 54:14 58:14 61:18,23 62:13 65:17,25 73:15 74:9,13,20 80:16 81:20 89:14 90:11 96:17 101:2,23 103:21 107:9 108:15 110:14 111:6 112:14 113:4,12,18 116:12 120:7,25 121:9,22,24 123:3, 5,17 124:2,11 126:24 128:3,7,19 131:3 133:11 139:19 141:19 144:22 146:23 150:2,7,18 156:19 157:16 164:5 165:16,21,24 166:8,11,17 167:24 175:7,14, 25 176:23 177:8, 17 180:22 186:21 187:15 189:8,22, 25 190:6,14 193:22 194:2 195:7,14 199:7,10, 15 200:24 201:11 202:10,17 204:22 208:24 209:16,23 210:24 211:14 213:2,9 214:15 215:4 216:15 217:25 220:3 223:22 224:5,11, 24 225:7,11 226:4 227:17 228:19 229:3 240:10

**keep** 38:12,14 76:22 112:24 137:22 188:4

**keeps** 182:12

**kept** 19:11 38:17 86:11 112:10 113:15 114:20,22 115:2,16 118:24 159:20

**key** 118:12

**kind** 138:19,20
145:21 232:17

**knew** 156:13
170:9 184:7
188:13

**know** 5:23 6:21
9:18 11:24 16:5
22:3 24:5,8 25:3
41:3,12,21 42:14,
15 53:4 55:6,13,21
56:9,14 58:19
63:17 73:9 75:15,
16 76:21 77:24
94:13,15,17,18
95:15,21 96:2,8,11
97:12 99:10,19
100:5 103:2,10,12,
15 104:18,22
105:6 107:10
108:6,18,24 109:5,
8 110:5 118:14
126:2 130:6 133:6,
18 147:4,6,19
149:21 150:4,5
152:5,12 155:4
156:12 158:15
159:18 168:2
173:20 179:16
185:2 188:25
189:19 193:8
194:25 195:5
196:11 199:2
204:14 205:4
211:11 215:20
218:18 223:13
224:16 227:14,20
229:9,19 230:2
231:16 233:3
234:3,8 235:15,16,
17,20

**knowledge**
12:21,23 24:3 41:7
45:21 54:23 88:6
90:2,3,8 97:13
99:2,4 101:18
111:12 114:25
129:3,16,19,20
130:8 131:14,25
153:4,6 172:2,19,
24 178:9 192:3
198:3,12 200:16
212:7 216:7
218:14 219:2
225:21 226:15,22,
23 229:23 234:16,

21 235:14

---

**L**

**L-O-C/D-E-P-T**
94:8

**L-O-C/
DEPARTMENT**
96:6

**labeled** 150:20

**lag** 193:2

**laid** 165:13

**Laredo** 179:12

**last** 6:25 9:14
17:24 18:2 20:25
41:16,17,22 42:3
43:20 44:13 46:21
57:17 64:16 67:12,
14,16 73:20,22,23,
24 83:9 88:8 89:5
95:3,6 104:13,16
106:8 113:13
115:13 130:5
133:6 139:23
155:7 161:14
180:17 188:22
193:18 195:20
212:20 213:17
219:12 236:6

**lasted** 139:16

**late** 36:2,12 57:15
157:23 181:11

**later** 11:11 51:5,7
204:16

**latest** 44:8

**Laticia** 170:14

**law** 7:14 231:10

**lawsuit** 7:22 8:8,
11 233:6,15

**lay** 8:3 188:5

**lead** 134:23
135:11 136:14,19,
21 137:6

**leading** 160:18

**learned** 86:11
129:21 213:9

**learning** 156:3

**least** 189:11

**leave** 19:11 32:16
40:4 42:2,23 48:16
64:13 66:10 67:13
72:17 74:3 235:24

**leaving** 68:3

**leeway** 158:5

**left** 40:8 56:9,14
57:2,20,24 60:24
62:3 67:15,17,20,
22,23 69:18 70:3
71:16,19,25 72:12,
13 73:10,13 75:4
78:15 87:14
121:24 147:8
157:25 160:17
161:24 188:8
192:16,18 195:19,
22 196:24 232:16,
20 233:2

**legal** 113:5

**legalities** 142:23

**legible** 83:8

**lender** 220:22

**less** 34:13,14
45:24 54:5 92:12

**let** 5:22 9:18,25
10:20 13:9 24:14
25:9 29:24 35:11
58:5 60:7,10 71:23
80:16 86:25 96:17
100:8 107:9 119:4
138:8 143:9 155:3,
8 176:5 179:14,16
189:19 190:6,9
193:8 194:2,25
195:5,17 196:10
200:6 202:10,17
206:2 207:8 211:6,
11 215:20 222:10
224:15 227:14,20
228:8 229:8,19
230:2 231:14,16
234:3 235:20

**let's** 5:25 29:19,23
31:7,14 32:21
36:12 37:7 38:7
52:20 60:14 67:23
79:18 90:2 110:20
112:4 121:11
124:2 133:23
140:20 143:18

144:20 146:20
148:3 152:9
157:22 159:2,25
166:13 168:16
174:8 175:25
183:24 189:16
193:5 200:11
205:17 206:19
208:24 209:6,24
221:25 222:6
226:4,12 227:11
233:9,12,22

**Leticia** 28:6 30:13
31:17 33:5 35:6,
14,23 37:2 45:7,11
47:13 52:24 53:8,
13,21 54:8 58:22
62:7,12,18,25
69:11,17 76:4,7,24
78:2 79:2,12 80:24
81:5,25 83:17
84:19 85:3,21
87:13 90:17 114:6
122:5,6,21 125:21
126:18 131:25
132:21 133:16
137:2 139:22
158:22 160:17,24
161:6,21 163:11,
13 167:12,21
169:4,9 170:23,24
171:5 172:4,5,10,
14,21,22 173:15,
25 174:5 175:22
178:14 179:5
180:3,10 181:8,20
182:4,14 184:2
192:16 194:12
198:25 200:15,19
201:24 202:25
203:4,5,11,14,16
204:9,21 205:11,
23 206:3,12,14,25
207:6,14,22
208:14 231:21
232:3,4,15 234:6
238:10

**Leticia's** 46:5
47:2 73:24 83:22
131:23 155:17
157:13 164:9
166:21 168:10
178:9 188:13
206:14

**letter** 237:8

**letters** 83:7

**letting** 152:5

**level** 16:12

**license** 44:2
72:10,20,22 73:3
83:10 223:7,9,18
225:3 240:17

**licenses** 28:2

**life** 84:23 148:24

**like** 24:12 28:9,13
30:3 33:6,24 40:11
44:3 65:19 69:17
72:9,11 75:3,8
78:15 85:5,6 90:17
91:18 96:23
111:14 115:9
127:8 130:4 132:7,
17 137:19 138:14
140:15 145:4
146:19 165:3,8
176:14 181:17
188:4 190:24
191:14 194:14
196:14,21 203:6,7,
17,18,20,24,25
204:24 205:5
210:14 229:13
232:20,25

**likely** 69:13
182:17

**likes** 188:18

**likewise** 9:12

**Lilly** 70:24 71:16
72:17 73:6 232:10,
12

**Lilly's** 73:20 74:12

**limited** 179:23

**line** 46:21 73:17
107:11 126:7,13
139:23

**list** 28:11 93:20
100:21

**listed** 91:16 99:15
102:6 105:20
110:11 111:2
150:11 235:12

**listen** 194:5

**little** 13:6 33:14
59:9 65:22 69:15

102:11 127:17,19 128:11 215:24

**lived** 15:15,19

**LLC** 14:23

**loan** 145:23

**loc** 94:20 96:5 109:5

**local** 94:11 109:6

**location** 149:4,5 156:15,17 221:17

**locations** 141:25

**log** 89:12,19 90:4 91:7,9 92:8,13 100:2,4 139:4,8 140:8 146:22 149:3,13

**log-in** 137:11

**logged** 137:12,14, 18 138:5

**logging** 149:10

**login** 145:10

**logs** 134:6 149:3

**lol** 126:17

**long** 7:24 8:23 33:20 41:20 49:6, 12 52:19 113:10 141:6 143:7,13 144:14 156:6 178:6 192:25 213:22 217:4 220:23 221:8

**longer** 39:25 49:16 50:2 60:24 160:15 182:19 188:5

**look** 23:22 26:17 27:23 39:5 65:15 89:10,11 103:3,7 109:17 114:2 115:9 139:24 142:5 145:19 148:15,16,17 149:7,18 165:25 166:2 177:5 183:24 189:17 200:12 201:4 204:24 222:6,16, 22 225:14,18 227:11

**looked** 175:4 226:3,9

**looking** 69:13 99:20 102:5 105:9 109:2 115:22 120:17 125:16,19 138:25 169:20 174:17 176:6,8 197:16 206:21 207:2,10 226:8 227:2,4,12

**looks** 69:17 91:18 127:8 196:13,21 203:6,17,25

**lose** 72:10 181:15 183:8

**losing** 191:20

**lost** 134:19 136:14,20 137:6 230:13

**lot** 19:5 23:19 25:21 26:20 27:11 38:23 49:24 73:23 76:2 85:25 90:25 108:9 142:24 158:4 159:14,15, 16 165:6 205:5 231:24

**lots** 24:12

**loudly** 9:5

**Louis** 55:2,14 87:6 147:16,21 148:9

**love** 85:14

**loved** 183:12

**loving** 153:15

**LTD** 145:22

**Luckman** 136:2

**lunch** 63:13 65:5 121:7

**lunchroom** 63:13 64:18,21,23,25 65:3

**M**

**M-I-K-** 134:21

**machine** 142:20,

21

**made** 49:5 59:3 84:22 100:10 115:17 150:9,23 225:8 234:7

**Magistrate** 101:6

**mailer** 134:24

**make** 10:14,22 14:20 27:20,24 39:20 41:23 83:10, 15 102:11 114:10 115:17,18,19 118:3 142:14 145:24 150:22 153:3 159:13,14, 15,16 160:4,5,6 175:16 181:16 182:8 183:12 186:4 191:6,8,11, 18 196:18 197:3,6 216:15 221:7

**making** 27:13,14, 15,16,17 39:21,22 150:7 167:9 191:19 225:9 240:20

**mall** 15:5,6 21:7, 10,24,25 22:21 26:3,6,12,16 27:2 35:15,17,19,20,21 40:20,25 41:8 42:12 156:23,25 157:5 218:14,17, 22,24 219:4,5

**managed** 154:16

**management** 54:18 142:4

**management's** 207:20

**manager** 27:10 40:12 48:14,17 51:12,13 55:4,9, 15,25 56:16,18,19, 23 57:8 83:24 86:2,6,9,10,12,15, 16,17,18,19,23,24 87:4,5,6,7,9 92:15 97:8,9 98:14 116:23,24 117:3,8, 17,19 120:22 131:7,8,9,13 132:16 137:21 147:16,17,23

154:8,14 155:10, 14,16,24 156:5 186:7 208:21 212:10,12,18 220:18 239:16

**manager's** 207:20 208:16

**managers** 47:4,5 48:18 57:12 86:22, 23 91:4,5 98:5 103:24 137:16 154:5,6,7

**Mann** 101:6

**Manrique** 37:19

**manual** 83:2,6 90:15

**manually** 90:16 137:3

**Manuel** 110:18 121:24

**Manuel's** 70:8

**many** 29:6 34:15 46:15 53:21 54:5 73:9 74:18,24 77:12 111:5 132:10 144:15 162:4 170:18 178:5 196:3,23

**March** 34:3,8,9, 18,22,24

**mark** 68:21 122:10 124:12,13, 14 168:23 169:5 209:6,24

**marked** 6:2,4 44:15,16 68:23 69:2 122:13 124:16,21 134:19 136:14,20 139:25 140:2 149:25 169:6,16 209:8 210:3 237:7

**marker** 150:10

**markers** 150:24

**marking** 44:23

**mathematically** 58:18

**matter** 7:19 8:7

**matters** 187:2

**may** 8:20 10:14,22 20:8 21:15 30:6,9 34:4 49:15 53:5 69:8,15 71:15 79:4 91:12,15,19 94:10 108:3,4 111:19 112:16,18,20,21 123:7 130:11,12 146:7 147:4,5 150:3 167:21 170:5 199:5,7 207:5 218:10

**maybe** 30:23 31:4 33:4 53:6 55:19 59:12 76:20 84:12, 13 91:20,21 103:23 108:5 111:17 112:6 117:3 130:10 136:25 142:2,3,6 145:5 146:6,8 147:18 152:3 154:23 158:13,16 165:4 173:21 179:20 184:8,25 185:12,19 191:13, 15 193:2 194:17, 20 203:20 205:8 212:9 221:14 233:4,7

**me** 6:11,15 8:5 9:18,25 10:20 11:6,16,20 16:9 19:8 20:4 22:14,15 24:14 25:2,9 26:7 28:13 29:16,24 31:21,24 32:12 33:14,20,24 35:10, 11 39:25 41:12,20, 24 42:16,17 50:5 51:24 52:14 54:24 57:14 58:5 59:9,15 60:7,8,10 61:9 70:14,17 71:19,23 72:9 73:5 77:4 78:18 82:22 85:8, 23 86:3,9,10,25 87:3,12,22 93:25 100:8,9 102:12 105:23 107:9 109:2,4,15 115:8 118:23 119:4 123:15 124:11 125:4 127:6 129:16 132:24,25

133:25 134:15,18 138:8,15 139:17 140:25 143:9,23 146:9 152:21 153:7 155:3,8 156:10,14,15 157:2,3,21 161:19 170:22 171:8 175:12 177:16,19, 25 178:13,19,25 179:9,14,16,19 180:19 181:3 184:17,18,22,25 189:13,14,19 192:22 193:8,11, 23 194:17,20,21, 25 195:2,5,17 196:10,15,17,19 198:3,12 204:2 206:2,3,5 211:11 213:11 215:16,20 217:9 222:10,12 224:15 225:19 227:14,20 228:8 229:9,16,19 230:2, 8 231:14,16,25 234:3 235:20 240:14

**mean** 7:13,15 10:7 18:15,18,20 20:10,16,17,19,20 21:17 22:15 35:9, 18 46:16 49:9 56:11 63:15 66:4 82:23 85:18 86:22 99:23 112:19 116:14 117:23,25 130:19 154:4 157:19 179:2 185:14 205:15,22 215:14 221:23

**meaning** 23:9 31:17 35:7 50:17 63:16 98:10 100:13 111:25 118:2 136:22 141:13 160:18 161:9 164:23 170:15 171:10 183:22 186:10 210:12

**means** 91:19 93:25 95:15 126:5 141:14

**meant** 56:20 63:23 173:19

196:21

**medications** 12:18

**meet** 82:9,18

**meeting** 166:21 185:8,10,12,18,19

**meetings** 185:23, 25

**members** 98:5

**memory** 160:21

**mention** 188:11

**mentioned** 7:3 12:5 17:18 23:19 28:4 45:7 47:11 56:25 58:3 64:17 65:10 75:6 77:11 80:6 82:16 84:11, 21 85:6,16 88:18 100:3 116:5,11 119:10 133:5 137:23 138:14 143:6 165:8 178:12,13 185:15 188:16,17,20,25 191:15 194:16,17, 21 199:23 205:2 219:11 223:5 225:5 228:10 230:25 235:5 240:19

**mentioning** 25:18 60:17 188:16 189:14

**message** 78:6,9, 12 81:5 122:16,17 124:10,24 125:10, 12,17,19 126:21 133:17,19 167:18 170:8 173:13,15, 24 176:7 178:3,4, 21 180:2,10,19 181:7 183:25 185:4 187:24 189:17,24 190:2,4, 8,11 191:23 192:15 193:7 194:12,23 196:6,9 197:15 202:6,12, 19 204:7,8,15,19 206:20,24 208:5

**messages** 78:2,5, 22,25 79:7,11

84:24,25 121:19, 20 122:4 123:7 124:19 125:15 127:8 128:2,14,16 130:23 166:20 167:2,12 168:5,11, 25 170:23 171:4, 10 172:4,15,21 184:14 232:24 237:9,11 238:6,9

**messaging** 170:3

**method** 38:11

**microwave** 65:6

**middle** 89:8 163:8 170:19

**Middle-eastern** 163:6

**might** 8:21 209:19

**Mikiael** 134:21 135:9 137:2

**mind** 65:21 70:16 80:12 84:18 203:23 229:18 235:19

**mine** 9:11

**minimum** 113:10 114:12 164:18

**minute** 38:2 189:11

**minutes** 49:15 50:23 51:7 70:6 121:8,9 123:18 142:7 143:15 221:13

**Miss** 121:19

**missing** 38:24 114:16

**mistakes** 191:12

**mixed** 35:6,9 88:15

**moment** 134:2 146:20 152:9 228:8

**money** 30:5 84:22 159:9,11,12,14,15, 16 160:6 183:8 196:18

**month** 34:22 35:3 53:25 57:5 59:21 61:6 91:7 92:8,20, 25 93:6,11,15 104:5 108:2 114:10,11 132:8 159:7,18 160:4 161:2,3,4,9,10 162:7,8,13,15 185:24

**monthly** 29:17 30:20 34:16,17 45:13 58:11 111:22

**months** 34:10 53:21 54:2,5 73:9 74:18,24 91:10 146:18 170:20 197:17

**more** 24:23 33:14 45:14,24 67:5 71:11 84:22 85:25 92:12 102:12 104:10 114:6,11 146:5 159:13 160:6,7 177:22 181:20 182:3,6 208:17 232:5

**morning** 57:15 67:25 68:5

**mortgage** 141:18

**most** 15:18 32:5 46:3 49:20 69:13 221:15,17

**mostly** 8:10 26:2 32:25 48:8,14 57:17 127:17 140:11 167:15 230:13

**mother** 233:5,11

**motions** 8:17

**Motor** 142:12,18 143:2

**Motors** 22:10 24:4

**move** 151:7 159:25 174:3

**moving** 14:17

**mr** 5:19,22 6:7,18 7:5,20 11:8 13:9, 13 14:16 15:12,25 17:5 18:25 19:16,

20 20:6 21:21 22:5 23:3 25:9 27:3 30:15 34:19 36:17, 23 37:13 40:21 41:9 43:2,4,13,17 44:5 45:5,16,25 46:18 47:9,18,23 50:8 51:21 52:7,19 53:15 54:14 58:14 61:18,23 62:13 65:17,25 66:12,22 69:4,5 73:15 74:9, 13,20 79:21 80:16 81:20 89:14,16 90:11 96:17 101:2, 15,23 103:21 107:9 108:15 110:14,22 111:6 112:14 113:4,12, 18 116:12 118:20 120:7,25 121:9,15, 22,24 122:15 123:3,5,17 124:2 126:24 128:3,7,19, 20 129:21 131:3 133:11,15 139:19 141:19 144:22 146:23 149:21 150:2,7,18 156:19 157:16 164:3,5,9, 12 165:16,21,24 166:8,11,17 167:24 169:3,9,13 175:7,14,19,25 176:23 177:8,17 180:22 186:21 187:15 189:8,22, 25 190:6,14 193:22 194:2 195:7,14 199:7,10, 15 200:24 201:11 202:10,17 204:22 208:24 209:16,23 210:24 211:14 213:2,9 214:15 215:4 216:15 217:25 220:3 223:22 224:5,11, 24 225:7,11,13 226:4 227:17 228:19 229:3 236:8 237:3 239:23 240:8,10

**ms** 5:25 13:5 17:22 20:24 24:20 35:11 41:25 43:9 44:20 46:20 48:5

52:9,20 65:20 66:9 68:20 70:4,13 74:2 79:6 81:10 95:2 96:15,18 101:17 104:11 105:25 109:19 110:18 113:8,21 116:15 118:16 119:18 120:9 121:6,11 122:3,10 123:3,14, 20 124:6,14 127:3, 24 128:5,9,21 129:18 133:7,12 134:3,17 135:4,13, 24 136:2,11 140:20 151:3,6,10, 15,25 154:25 163:21 164:14 166:4,9,13 167:18 168:16,20 175:7 176:20 177:4,15, 18,23 180:14 187:9 193:15,24 199:9,12,17,21 200:3,21 202:14 209:10,18,24 210:4 211:11 213:5 214:25 215:25 220:5 223:16,25 224:7, 14 225:2,9 227:20 228:25 229:11,15 233:9,17,21 235:18 236:5 238:4,8,11,15,18, 23 239:7,13,18,25 240:9,16,22,24

**much**  43:6 115:15 123:15 143:21 144:18 152:7 166:10 196:4 221:10

**multiple**  75:18 78:8 131:6 144:9

**my**  5:23 6:9 8:7,21 9:14,22 10:4,14,23 12:21,22 13:2 16:21 20:17,21 21:15 23:2,14 24:18,21,25 25:8, 16,19,21 26:9 27:10 30:25 35:4, 23 37:10 41:4,5 43:19,22 44:2 45:21 49:17 52:10, 15 53:4 54:23 55:4

56:17,19 57:23 59:17 61:4 64:15 65:2 66:5 68:13,15 69:16,22,24 71:3 72:10,11,22 79:4 80:9 85:5,13,15 86:9,10,11,12,17 87:3,4,5,6 89:3,7 90:6,15,16,19 91:4,5,8,17 92:19, 22 93:24 96:16 97:8,9,12 99:2,3,4 100:4,24 102:3 105:14 109:13 110:8 112:9 114:25 126:22 129:3,14,16,20 130:3,5,6,7,25 131:14 132:4,7,18, 22 133:5 134:13 136:13 138:14 143:11,13 146:25 148:16,17,24 149:13 150:13 151:24 152:3,22 153:4,5,11,13,16 154:7 156:5 160:21 169:20 170:13 172:23 174:14,18,19,24 175:5,11,15 179:16 181:7,17 182:8 183:17 184:5 185:12,19 186:4,6,15,18 188:2,9 190:19 191:13 193:2 194:3 195:19,22 196:6 199:19,22 201:17,22 211:24 213:20 214:8,12 217:11 218:18,22 219:5,7,9 220:8 221:20 226:16,23 230:5,20 231:9 232:23,25 234:19 235:13 240:14

**myself**  146:25 197:21

---

**N**

---

**name**  5:9 39:14 40:2 41:15,16,17, 19,22 42:3 55:22 70:23 73:20,22,24, 25 83:9 89:5,6,8

90:18 105:17 109:21 110:10 115:13 118:6 119:21 126:8 135:6 138:16 152:14 160:11 161:14,15,16 208:19 219:12 230:17 232:2,7 238:24 239:10

**names**  23:19 88:23

**nauseous**  184:3, 11,15,16 188:4

**near**  13:19

**nearby**  23:10

**necessary**  134:15

**Neck**  5:17 6:12

**need**  9:16 11:3 43:22 44:13 49:25 50:6 70:13 123:16 133:13 141:2,3 157:10 166:9 167:5 188:4,5 189:13 191:17 192:17 223:3

**needed**  73:2 85:24 131:11,19 158:6

**needs**  189:6

**neighborhood**  34:25

**neither**  56:5

**never**  35:17,21 59:16 62:8 73:8 83:25 84:4,9,18,21 85:23 129:3 130:8, 9 133:18 151:20 152:6 153:10 170:17 189:12 195:18 197:10 208:13 225:6,7 230:12 232:11 240:20

**new**  5:5,15,17 6:12 9:12 31:6 40:2 41:15 156:3 231:3

**newly**  108:22

**news**  133:2

**next**  64:25 86:12 93:19 118:16 126:7,13,20 140:17 141:15 160:2 162:8 164:20 171:15 173:4

**nice**  126:14,17

**night**  170:20 192:11

**no**  8:16,17,25 9:21 12:8 13:17 15:14 16:6,18 21:5 23:13 26:9,17 27:6 30:17 36:2 38:10 39:5,25 42:13 46:14,15,16 52:2 54:13 57:6,21 59:11,20 60:10,18, 24 61:7,9,20,25 62:3,8,16,19 63:4 66:8 67:14 70:13 72:7 74:9 77:21 81:2 82:15 83:20 84:12,14 89:14 90:7 94:23,25 95:7,16 96:7 102:7,16 105:11 106:7,8,15,20,23 107:2,5,8,17,23,24 108:13,18 109:6, 11 111:22 115:6 119:7 125:13 126:6,19 128:23 129:7,10,15 131:18,24 132:17, 18,19 133:11 138:11,22 144:9 146:13,15 152:7, 23 153:5,6,20,22 155:15,16 165:23 167:24 173:3 174:7 176:10 177:17 178:6 179:5 180:5,7 182:18 187:21 188:10,25 190:14 191:9 194:8 199:4, 13,16 200:8,10 203:5,13,15 204:10 206:6,9,10, 11,22 207:3,4,18 208:20 214:9 219:3,4 222:21 223:4 228:17 230:6 233:8

234:24 238:4,8,11, 15,18,23 239:7,13, 18,25 240:9,16,22, 24

**nobody**  58:7,12 102:16 140:2 149:12,13

**nodding**  8:17,25

**non-**  102:13 230:18

**nor**  61:8 178:18 207:18 208:14

**not**  7:9 8:23 9:10, 12 10:3,16,18 11:3,5,6,9,19,24 12:21,23 13:23 14:4,6,14 17:17 19:3 20:10 24:5,8, 12,16 25:24 26:14, 24 27:19,25 31:6 33:2 35:4,7,19 41:4 42:18,20 44:14,15 45:11,21 46:17 48:15,23 52:13 53:4,12 54:4 56:24 57:2,4,10 59:7 60:12,21 65:24 67:9 68:6,7 71:14 72:5,15 73:4,5,18 74:22 75:12,22,25 76:15, 19 81:16 83:5 85:23 87:2,8 88:2 90:6,14 91:9 92:15 95:24 96:15 97:12, 16 99:16 102:2,9, 22,23 103:15 104:7,8 112:21 113:21 114:25 115:6,7 118:5 120:17 123:2,7 125:10 127:3,5,9 128:13 129:15 132:24 137:2,6,10, 12,18,20,21 138:5, 9,23 140:3,4,13,17 141:17,25 142:3,6, 20 143:4,11 144:5 147:25 148:12,22 149:6 151:23 152:4,16 153:4,10 154:7 155:5 159:22 165:7 174:20 176:18 177:3,21 178:24

179:3,18,21
181:10,23 182:5,
17,18 184:3,8,12,
18,19 186:19
187:7,9,13 188:2,
25 193:22 195:15,
25 196:8,15,17,20
197:16 199:16
200:10 202:14
204:20,24 205:7
206:6,10,11,17
207:4,25 208:8,18
213:14 214:10,12,
23 215:10 218:7,
17,18,25 221:16,
18 222:3,7,13
224:7,21 228:4,7
230:9,15 234:8
235:10

**Notary** 5:4

**note** 62:11 96:5
121:3

**noted** 236:11

**notepad** 14:12,15

**nothing** 61:3
72:25 157:8
183:10 194:9
201:10 205:6

**notwithstanding**
145:18

**November** 34:6
35:2 79:19 87:15
93:11 110:24
132:9 146:21
173:13,24 175:21
176:6 178:4,22
179:10 180:2,9
182:10 183:25

**now** 29:24 39:19,
24 41:14 43:11
44:19 45:5 70:4,7
91:23 92:5,17
93:4,14 95:9 99:13
106:4,11 107:13
108:20 109:7
114:14 121:6
124:6 128:7 134:9
138:25 149:15
151:17 159:25
164:21 166:5
168:20 169:5,16,
20 171:12 172:7,
12 173:11 174:8
178:2,20 182:13

189:16 190:10
192:14 193:5,6,20
200:12 202:4
203:23 205:21
220:25 226:25
232:3 233:20

**nowhere** 167:11
184:12 194:15

**number** 32:2
34:23 43:21 44:12
79:6,10,13,22,23
80:4 81:10,12
90:4,9 91:11 92:6,
12 96:4 99:14
103:17 106:12,16,
24 107:18 108:21
109:20 111:13
116:7 118:17,24
119:14,18 120:20
134:12 135:2
150:11 160:10
162:10 206:21
223:16 224:13
227:14,15 229:22,
25 231:15 234:13
237:5 238:3

**numbers** 51:9
95:12,13 109:24
150:14,16 162:10
235:12 239:3

**numerous** 46:14
59:8 165:2,8
184:16

**NY** 16:11

———————

**O**

**o'clock** 32:14
36:13,14 51:19
52:25 53:2,6,11,12
179:22

**O-F-E-L-I-A** 135:6

**oath** 12:10,12

**object** 44:6
110:16 167:4
186:22

**objection** 6:18
7:5,20 10:24
15:12,25 17:5
18:25 19:9,16,21
20:6 21:21 22:5
23:3 27:3 30:15

34:19 36:17,23
37:13 40:21 41:9
43:2 45:16,25
46:18 47:9,18,23
50:8 51:21 53:15
58:14 61:18,23
62:13 73:15 74:13,
20,21 90:11
101:23 103:21
108:15 111:6
112:14 113:4,12,
18 131:3 139:19
141:19 144:22
146:23 150:2
156:20 157:16
165:16,21 167:6
187:15 189:8
195:14 204:22
213:2 214:15,17
215:3 217:25
218:2,4 228:19

**objections** 10:14,
23 235:7,11

**objects** 19:12

**obligation** 112:24

**obtained** 125:5

**obviously** 54:3
120:5 174:12

**occasion** 206:12

**occurred** 234:6

**October** 34:6 35:2
93:7 120:2 122:17

**Ofelia** 135:6

**off** 13:25 32:7 36:3
52:20,22 101:12
124:4 140:20,22
148:4 151:13
153:16 168:16,18
175:25 176:3
181:25 182:18
192:25 193:3
196:25 197:3,6
206:15,16 208:24
209:2 226:4,6
227:17

**office** 65:2 69:24
86:12 109:13
116:23,24 117:3,8,
16,19 120:22
121:21 128:15
131:7 133:8
185:20 190:19

191:13 220:17
239:15

**often** 144:17
185:22

**Oh** 21:8

**okay** 8:4 9:3 13:8
14:11 29:19 34:2
65:25 94:6 111:3
122:24 123:20
125:24 146:7
150:13 174:9
178:23,24 179:13,
18 185:7 191:10
192:21 193:19
195:10 196:13
197:20,23 209:23
215:23,25 219:22
224:19 226:8
227:9,10 229:17,
21 230:4 231:19
234:4

**old** 29:8,25 30:8,9
195:13

**on** 8:10 13:18
14:4,12 16:2 21:15
22:20 24:21 25:6,
14 26:20 27:19,20
30:10,11 31:5,7
32:6 33:22,25
34:16,17 36:6,10,
11 38:3 44:4 45:5,
12 46:8,20 48:24
49:12,22,23 50:20
52:3,4 53:2,25
58:2,5,9,10 59:21
60:11 61:5 62:11,
18 64:13 67:23
68:3,8,19 69:7
74:22 78:5,6,11,
16,18,19 79:4
80:20 83:3 84:16
86:13 89:3,16,17
90:4,25 91:7,13,21
92:2,5,13,17,23
93:14,22 95:9,17
96:4 99:13,24
101:22 103:9,20
104:21 105:16,19
106:4,11,13,21
107:3,6,13,18,21
108:20 109:7
110:23 111:4
112:6 114:7,21,22
115:2,9 116:18
118:7,12,20 122:7,

8,16 124:7 126:2,
20 127:12,25
128:6,8 129:22,23
130:23 133:16,17,
18,19,24 134:7,9,
25 135:8,24
136:22 138:7,10,
11,23 139:3,8,24
142:6,10,22
145:20,25 146:7
148:4,14,21,22
149:12,13 150:10,
15,24 151:15
157:20,24 158:3
159:7,19,23,25
160:11,19 161:2,5,
8,25 163:17
164:10,17,21
165:15 166:6
169:10 170:6,11,
15,24,25 171:6,7,
11 173:4,5,7,11
174:15,18,25
176:11,12,13
177:5,22 178:20
179:10 180:8
181:12 182:8
183:25 186:5,22
190:4 192:11,20,
22 195:19,21,22
196:2,5,6 197:2,7,
13 198:24 199:24
200:19 201:20
204:12 205:21
206:11,15,16,19
207:7,24 209:4,14
210:15,17 213:3
215:17 216:17
218:2,18 219:4
221:7 222:4,25
227:2,12,18
229:11,12,14
231:20 232:23
233:23 234:19
237:13

**on-average**
144:18 162:5

**once** 45:15 50:14,
25 51:8,11 104:4
134:14 140:25
142:10 146:8
158:13 185:24
189:11 220:22

**one** 9:9,22 10:4
29:20 38:2 57:13
67:4 68:16,17

71:10 75:18,19 77:14 78:8,9 85:22 86:11,23 89:22 98:16,17 104:10 116:17 125:14,24 130:2,3,4 133:6 134:2,23,24 137:15 141:15 143:19,20 146:17, 18 148:4,6 160:9, 24 161:2,3,6,7,9, 10,25 162:6,7,8 179:11 189:11 191:15,16 194:18 198:23 200:14 204:2 210:21 214:18,19 215:21 222:12,15,19,21 227:14 232:5,6 234:21

**ones** 14:7 86:19 166:23

**ongoing** 44:6

**online** 144:11

**only** 8:10,16 9:8 14:7 30:18 35:4,22 68:17 76:22 85:14 87:23 90:20,21 101:19 112:7 132:25 133:19,20 145:12 148:23 152:20 154:10,12, 15 166:24 170:9 174:17 190:25 196:6 215:15 222:15,19 231:7 233:5 234:14

**onto** 114:23 192:20

**open** 33:4 53:5 115:20 140:5 154:11

**opened** 207:7

**opens** 33:2

**operating** 37:10

**operations** 27:16

**opportunity** 28:14 63:11 232:21

**opposed** 7:19 140:9 183:15

**order** 101:13 110:6 118:10 124:25 136:4 141:4 204:3

**orders** 152:20

**organized** 153:4 204:5

**other** 12:7 14:5,7 20:11 21:4 23:16 25:25 49:20 69:18, 25 78:19,25 80:8, 25 88:23 96:13 97:5 103:25 105:14 114:3 115:3 118:23 119:13 129:17 132:2 138:4 141:15 148:6 149:9 161:7,8 162:7,9 167:2 170:12 178:16 179:12 185:15 194:18 197:5 206:16,18 208:9, 15 209:20 210:11 215:4 219:15 225:14 234:6 235:6

**our** 23:18,21,25 26:20 30:18,19 32:17 33:21 35:4 70:21 73:3 76:21 124:24 141:24,25 142:15 143:10,12 171:15,25 189:16 221:17

**ourselves** 14:21

**out** 25:11 37:17 38:19 44:3,21 55:20 57:14,17 58:12 67:2 76:16 103:6 109:12,14 110:5 115:12 116:7,18 128:21 132:21,23 135:18, 19 140:14 141:4,5 142:22 144:19 148:11,20 149:3 152:7 165:13,14 177:2,24 184:4 192:24 194:18 197:21 203:2,12 205:12 207:5,12 235:19

**outlet** 14:24,25 17:4 18:13 19:15 21:3 22:4,16,22 23:6,8,15,17 24:10,13 25:24 26:13,22,25 27:9 33:9 34:16 35:18, 19,22,24 40:5,17 47:21 48:21 51:18 53:14,20 54:7,20 56:3 57:3,20,25 58:23 60:3,16 61:2,13,17 62:24 63:5 64:24 67:3,9, 10,19 68:12 70:23 71:6,9,13,17,22 74:19,25 80:10 81:16 82:2 83:23 85:4,7,8 87:14,21 96:21 100:18 102:9,15 103:19 108:14 112:2,23 119:3,16,25 129:2, 9,13,17 130:14,18 132:11 155:18 156:8 157:14 158:21,23 163:10 167:23 178:17 197:8 205:24,25 210:23 215:14 219:6,7,19,20 220:4,7,12 221:22 231:23 238:22

**outlets** 23:10 132:3 162:12

**outside** 64:3,8 65:3 66:13 67:7,8 182:15 214:6

**over** 7:7 15:23 30:3 41:6 60:9 88:16,18 133:21 135:8 138:10 157:2 165:19 205:18,19 224:22 228:4,23 229:2,7,8 230:20

**overall** 53:20 54:7 232:13

**owed** 196:7 231:7

**own** 15:9 17:10,20 18:3 19:15,23 20:11,17,21,22 24:4 26:9 52:4 53:2 74:23 90:18 182:8 196:5 207:2

208:8 232:23

**owned** 17:18 26:12

**owner** 27:8 61:15, 22

**owns** 18:12 215:16

---

**P**

**P-** 21:18

**p.m** 236:11

**p.m.** 36:22 53:9 121:14 124:7 166:5,16 173:14, 25 174:24 176:8 178:5,22 179:11 180:9 181:7 182:11,24 184:2 187:25 189:18 190:5 192:16 193:8 194:24 196:10,15 198:24 202:7,20 209:5

**page** 90:3 91:13, 23 92:2,5,17,23 93:4,9,14,20,22 95:9,12 96:4 99:13 103:9,16 104:21 105:2,19 106:2,4, 16,22,24 107:3,6, 13 108:20 109:7 110:22,23 125:9, 17 127:4 134:10 139:4,13 149:18 164:10,20,21 169:13 173:11 174:8 180:9 182:9, 10 183:25 185:4 188:21,22 189:17 192:20 193:5 202:5 210:17 215:21 226:11 227:12 237:2,5 238:3

**pages** 69:3 105:14 134:4 167:12 171:11 172:8,17 174:11 200:19,20 201:2

**paid** 38:15 45:23 46:4,6 47:3,5 60:8, 25 94:18,20,24

95:17,22 96:21,24 97:6,14 98:21,22 99:6 100:11 103:19 104:4 107:22,25 108:12, 23 113:10 114:11 138:3,11,23 181:16 230:13

**Pakistan** 16:22 64:7 65:8 66:23 78:15 84:6 129:21 131:17 132:23 147:9 148:11 160:17 161:24 201:25

**paper** 114:21,22 115:2,9 116:5 119:11,12 141:23 174:12 204:2 205:5 206:22 207:5,11,12 217:13 227:12 229:12

**papers** 50:25

**paperwork** 51:3 72:2 76:2 117:12, 22 146:5

**paragraph** 210:20 211:25

**parents** 233:5

**Parsons** 161:7 162:5,24 164:3 239:23 240:8

**part** 6:16 26:12 28:4 89:6 134:7 183:19 202:15,16 206:19 218:17 219:7 228:4,7,16 231:9

**part-owner** 27:8

**part-time** 74:16

**part-timer** 74:15

**participated** 7:3

**particular** 139:8, 23 167:17,19 191:22

**partner** 205:11, 15,22 206:8,11 214:8

**partner-up**

206:17

**partnered** 205:23

**partnering** 207:14

**partners** 21:15 24:4 26:13 185:13, 14,23

**partnership** 186:15

**party** 7:10 231:2

**pass** 18:23 62:11

**passport** 66:23

**password** 62:6, 11 145:10 149:11, 13 152:4

**past** 15:16

**path** 221:7

**pay** 28:23 45:6,23 46:17 50:17 60:4, 16 84:20 98:9,11 99:7,20 102:21 105:10,16,23 106:14,18 107:16, 20 109:2 114:7 115:22 142:20 146:8 149:23 162:17 164:9,17 195:18,21 196:2,4 206:21 207:2 219:16 223:2

**paychecks** 103:19 104:2,7

**paying** 230:9

**payment** 196:19, 20

**payments** 51:10

**payroll** 39:20 63:22,23 95:22 220:8

**PDF** 124:12 127:14 174:13,15

**PDFS** 124:20

**pendency** 14:13

**pending** 74:10 89:15 190:15 194:7 201:14

**people** 27:21 28:13 63:10 98:20 102:18 108:9 131:11 145:12,13 153:17 154:2,4 160:24 161:6 164:17 230:13,14

**people's** 20:11 73:23 100:10

**per** 29:11 46:9,12, 25 70:7 94:18 98:23 107:23,25 108:12 111:25 160:10 164:24

**per-car** 116:19

**percent** 18:3,8,9 19:18,22,24 20:12, 22 30:10,22,24 31:2,3,12 35:5 58:9,16 59:3 60:4, 9,17,18,24 61:4 79:5 91:19 92:16 111:19 138:18 143:17 148:2 152:16 164:25 165:5 174:19,20 186:14,15 231:13 232:24

**percentage** 17:11,19 18:5 19:14 61:15,22 186:9,11,13,18 187:11,17,19,20

**perfect** 157:12 229:15

**perfectly** 136:12 205:6

**perform** 72:24

**performed** 72:8

**period** 110:24 112:25 166:24

**permission** 90:18

**person** 9:9 57:17 85:13 90:20 95:17 96:8 103:11 104:23 108:22 125:20 130:6 135:7 140:12,14 150:12,21 160:25 163:17 184:19 208:15 222:3,4,7,8 232:4 233:5

**person's** 104:23 106:6 107:15 109:9,16 170:12

**persona** 153:14

**personal** 44:24 88:5 131:22 157:8 185:18 218:14,25 233:10

**personally** 62:17 129:6 223:21

**pertain** 150:17

**pertaining** 112:25 139:9 149:24 167:19 218:13 219:6 230:22

**peruses** 189:21 193:10 196:12 201:9 211:13 215:22 224:18 227:22

**Phelan** 21:18

**phone** 13:18,23 41:23 77:6,9,12 79:22 80:4 98:19 121:16 125:6,7 126:2,22 170:11, 12,13,15,20,21 171:6,7,18 173:2, 5,8 174:18,19,25 175:18 193:2 201:21

**phones** 77:11

**photo** 174:14

**photograph** 125:5 170:7 171:17 172:3 175:10 240:13

**photographs** 169:22,25 171:22

**physical** 13:14

**physically** 67:7

**pick** 26:19 34:8

**picture** 125:6 176:10

**pictures** 170:16

**pieces** 50:6

**place** 12:5 17:10, 13 38:25 41:4,5

57:22 59:2,13 73:4 81:15 192:18 217:7 223:23 238:21

**placed** 150:15

**plaintiff** 7:16,18 13:11 44:4 73:18 110:13 120:5 122:6 168:8 186:24 237:4

**plaintiff's** 6:2,3 68:22,23 69:2 80:18 89:17 122:11,13 124:22 125:3 133:24 134:4 139:5,13 149:16 169:6 197:25 198:10 200:12 209:6,8,10, 15,25 210:2,4,7,15 220:11 227:3,4

**plaintiffs** 124:13, 15,16,18,19 210:17

**plaintiff's** 169:15

**plan** 60:22

**play** 176:11,16,17 183:20 221:3

**played** 176:19

**playing** 84:13,18

**please** 5:9,12 9:4, 10,18 13:5 17:23 21:2 22:25 44:21 46:22 52:7,9,14 59:6 67:5 70:16 80:12 81:20 89:10 94:16 96:17 99:24 102:11 107:9 110:14 116:4 120:7,25 122:10, 15 124:14 133:8, 25 134:15 135:3, 15 136:5 139:15 151:11 152:22 157:8 173:4 175:17 179:15 181:5 185:3 189:19,20 193:8, 15 194:2,10,23 195:7 196:9 201:4 205:21 213:16 215:24 224:22 225:18 228:25

229:6 231:15 234:19

**plus** 29:4,10,14 45:18 47:6 58:3 98:11,23 111:21 112:5 164:16,24 165:3,4,5

**point** 57:7 83:21 128:21 136:3 158:11,20 159:4 177:19 188:13 227:6,8

**pointing** 173:12

**police** 39:6 81:13 238:19

**policies** 63:6,20

**policy** 63:8,9

**Poplar** 5:16 6:12

**porters** 97:14

**portion** 112:11, 16,19 177:13 206:24 234:10,11

**position** 40:8 56:21 57:9,19 61:12 82:2,3 83:19,24 86:7,8 99:7 100:22 103:10 104:24 105:5,9,18 106:6, 13,18 107:15 109:10,16,22 132:16 160:23 161:5,11 238:25

**positions** 97:5 110:9

**possession** 230:22

**possible** 30:4 46:7 52:18 57:16 112:16,20 123:19 136:14,21,25 137:3,8

**possibly** 21:20 103:24 108:4 137:5 151:7

**post-demand** 225:10 240:21

**Post-it** 62:11

**posted** 63:10,12

64:18,20,21

**posters** 63:11,12, 16,25 64:18,21

**potentially** 132:15

**power** 61:7 147:15,16

**practice** 68:10,14

**Prashad** 135:9

**precise** 114:7

**prefer** 63:2

**preference** 26:15,23 155:15

**preferred** 26:15

**pregnancy** 8:10 128:25 129:6 130:12 131:23 178:10,15 184:7 188:11,13 189:6 192:4,5,7 194:13 232:9,18

**pregnant** 71:17, 18,19,20 73:7,10, 12,13 75:4,5 128:22 129:19,23 132:21 174:6 184:9,12,15,18,20 188:24 189:5,12, 15 194:16,19 199:25

**prejudice** 214:17

**prejudicial** 44:16

**preparation** 66:3 100:2 131:16

**prepare** 101:13

**prerogative** 197:13

**presence** 214:5,6

**present** 5:12 13:11 18:9 20:3,13 44:4 90:25 115:3 212:24 213:12,19, 21

**presented** 110:7

**press** 176:16

**pressure** 193:13

**prevent** 12:18 13:15

**previous** 138:15 156:15,16

**previously** 47:16 48:3 61:15 92:11 111:14 121:4 129:15 132:17 165:8 186:25 203:14 205:3 225:23 234:12

**price** 51:6,10

**print** 142:8 177:2, 3,24 209:17,20

**printed** 100:16 166:12 174:15,17 210:25 215:20 225:15

**printer** 142:2,3,4

**printing** 141:23

**prior** 15:23 42:24 59:12 66:25 82:7 111:16 113:16 216:19

**privacy** 44:2 152:8 186:19

**privilege** 213:4,6 218:3

**probably** 65:12 77:5 114:2,15,16 124:24 132:12,13 183:3,5,9 188:8,10 190:19 192:23 194:19 200:2 203:21,22 204:15 212:5 231:12

**problem** 8:23 9:2 65:24 133:11 177:17 203:6,16 205:13

**problems** 143:5

**proceed** 168:15 194:10 213:16

**process** 28:9,22 117:14 118:4 119:11,12 123:6 141:23,24 142:10, 11 229:6

**processed** 117:21,25 118:9,

10

**processes** 144:10,15

**processing** 128:16

**produce** 121:5 123:8,11 177:18

**produced** 100:4, 13,14,21 101:20 110:12 120:12 225:6 240:20

**producing** 123:6 167:5

**production** 69:7 91:15 92:4,6,19,25 93:5,10,17,23 95:11,13 99:21 100:5 101:14 134:9,12 139:2,6, 12 149:19 164:11, 22 187:5 210:18 226:11

**profiling** 221:21, 24

**profits** 186:11,17 187:12

**program** 59:18

**promise** 59:6,10, 11,16,20 61:8 84:2

**promised** 30:14 57:25 58:7,12 59:2,7,17 84:11 85:22 87:20

**promises** 30:17

**promising** 85:17

**promoted** 85:24, 25

**promoting** 83:24 132:15

**promotion** 84:3, 7,12,14 85:17,23 87:20,21

**promotions** 84:10 88:6

**pronounce** 41:18,22 161:16

**proof** 146:10

**properly** 137:7

**provide** 14:8 31:10 62:6 133:8 146:9 163:23 177:15 238:5,9,12, 16,19,24 239:8,14, 19 240:3

**provided** 94:11 100:17 134:7 163:18 164:14 172:13 174:19 228:16 235:11

**provider** 79:25

**provides** 63:24 138:13

**Public** 5:4

**puke** 188:5

**pull** 122:3 166:2

**punished** 152:13

**purchasing** 5:20

**purposes** 43:24 101:9 142:5

**push** 91:2 127:12

**put** 19:8 30:9 49:25 50:7,10,24 53:2 57:14 58:12 90:22 110:14 137:3 140:14,17 142:21 145:8,14 170:4 171:23 183:23 188:19 222:10 225:11 229:3

**putting** 29:23 161:25 170:7

**puzzle** 50:6,10

**puzzles** 49:24

**Q**

**Q40** 122:18 125:22

**quarter** 142:21

**Queens** 156:23, 25 157:5

**question** 7:13 9:6,11,12,13,14, 23,24 10:5,8,14

11:7,16,19,25 16:3 17:21,24 18:2,7 19:13 20:25 21:8, 22 23:2,5,12,13,14 24:2,15,21 25:4,7, 12,14 30:24 34:21 35:23 36:10 37:10 40:10,14 41:2,11 42:24 45:9,14 46:10,13,21 47:15 48:2 49:17 50:4 51:24 52:2,5,8 53:10 54:9,15 58:6,7,20,21 59:6, 8,12,15,23 60:7, 10,13 61:10,14 64:10 65:15 67:4, 21 68:9 71:10,24 72:18 73:12,14 74:10 75:2,13,14 76:21 77:23 81:9 82:7 86:25 87:3, 18,24,25 89:15 91:8 92:7,9,19 93:24 94:16 95:3, 6,7,8,19,25 96:10, 16,18,25 97:4 99:12,18,24 100:4, 8,11 101:25 102:11,25 104:10, 13,16,17,20 105:14,21 106:9, 22,25 107:4,7 109:18 111:7,20 112:9,10 113:14, 22,25 116:3 118:15 119:4,8,9 126:23 129:14 130:16 131:4 134:13 136:7,13, 18,24 138:8,15 141:6,8 143:13,17 150:5,13,19 152:22,23 154:20, 22 155:3,7,8,11, 20,25 157:4,9 159:21 169:21 171:16 173:6 174:14,24 175:3, 12 179:9,17 180:16,17,21 181:4,6,7 185:20 186:16,19 187:8 188:7,14 189:10 190:15 192:22 193:16,18 194:6,8, 9,11,15,22 195:4, 6,11 196:8 197:5

199:4,13 200:8,25 201:14,18 202:23 203:9,22 204:17 205:21 206:9,10 207:3,4 208:12,23 211:22,23,24 213:15 214:9,24 215:2 216:4 217:12,17 218:8,22 219:22 221:8,9,20 227:25 228:2,15,18 229:6,7,8,10,20 230:4,5,15,20 231:9,19 233:25 234:2,5,19,20,23,24 235:2,3,13 236:6 240:14

**questioning** 73:17 107:11 220:25

**questions** 6:24 8:6,7 9:22 10:4,23 22:24 23:2 24:24 25:6,13 52:10,16 128:12 169:19 173:9 210:12 224:8 227:8 236:7

**quick** 43:5 225:14

**quickly** 123:19

**quit** 69:17 71:21 74:22

**quite** 39:11 85:11 174:24

**QX60** 179:11

———

**R**

**race** 222:14

**racial** 221:20,23

**ran** 61:9 154:14 155:21,22 156:24 177:2 205:3 207:5

**range** 203:19 221:12,13

**rank** 57:21

**rate** 29:14 58:4 105:3,20 108:24 111:15,24 112:12 114:20 164:14 232:18

**Raymond** 21:18

**re-** 87:2

**re-ask** 181:5

**reaction** 132:20,22

**read** 17:23,25 63:17 83:7 95:2,5 104:12,15 122:15 123:4,22 133:13 155:2,24 179:15,22 180:17,21 189:19,20,23,25 190:8 191:24 193:8,15,17 194:23 195:2,3,7,10 196:9 197:19,21 198:19 200:22 202:8 204:19 210:20 211:5,10,15 224:5,8,9,15 227:19 229:6,7,18,25 231:15 234:2

**reader** 123:2

**reading** 190:10 193:9,21 195:9 202:12,19 211:12 224:17 227:15

**reads** 155:6 190:16

**ready** 179:16

**reality** 234:25

**really** 7:9 10:18 34:23 72:15 120:18 153:10 158:18 174:2 184:3 188:2 194:20 232:22

**reason** 9:4 11:6 72:8 88:11 158:14 178:7 208:20

**reasons** 10:24

**recall** 7:8,9,22 12:25 17:2 28:6,12,18,20 39:2,3 40:6 42:22,25 46:24 53:19 55:6 56:4,5,7,24 57:2,3,5,10 64:12 65:14 69:23 71:8,12 72:16,19 73:21 75:3 76:10 77:15

79:5 81:8,17 84:10 87:17 88:21,22 94:21 103:23 104:18,25 105:6,22 108:6,19 109:3 129:11,24 131:15 133:3 147:6,18,19 156:12 158:14,15,16 160:21 161:21,22 162:4,17,19 163:2 178:11 184:8,17,21,24 187:18 188:15 189:2 190:23,25 192:7,10,13 193:4 194:14 197:4 199:3 204:10 217:5 221:19 228:9 231:3,13 232:2,6,7,8

**recalling** 12:19 13:15 152:17

**receive** 97:18,21,25 98:6 102:9,22 104:7 186:8 231:10

**received** 104:2 119:23 130:23 171:5 172:22 186:9,10 194:12 204:8 206:25 216:18 232:11,15,17 239:12

**receiving** 96:7 232:8

**recent** 15:18

**recess** 9:19 43:15 70:9 121:13 166:15

**recognize** 89:20 106:5,12,17 107:14,19 216:5

**recognized** 86:18 129:25 144:14

**recollection** 69:10,17 202:24 203:10 210:22 212:2

**record** 5:10,13 13:10 42:3 45:5 52:21,23 75:8 80:17 92:2 94:7 96:3,5 101:3,22

105:25 107:20 110:20 112:21 122:7,9 123:23 124:5,8 133:14 134:3 135:25 136:5 140:18,21,23 151:14,16 166:7 168:17,19 176:2,4,5 190:7,9 194:3 202:11,18 208:25 209:3,4 210:25 211:6 226:5,7 228:7,10,16

**records** 38:21,23 39:10 75:7,11 76:23 79:2 90:21 91:22 101:19 112:10,25 113:15 114:14,18 115:9 119:13 195:19,21,22 228:3,6

**recruit** 84:15

**redo** 180:24

**refer** 109:13

**referenced** 167:13 191:22

**referred** 225:5 240:19

**referring** 14:22 15:4 20:23 69:3 88:2,3 97:20,24 126:18

**refers** 150:20

**reflect** 13:10 80:17 173:7 176:5 190:7,10 194:3 202:11,18 211:6

**reflected** 102:21 204:12

**refrain** 233:9

**refresh** 69:10 202:24 203:10 212:2

**refreshes** 210:21

**refused** 187:4

**Reg** 103:10 104:21

**regarding** 63:6 120:23 239:17

**Regardless** 37:2

**register** 72:3

**registered** 72:5,7

**registration** 72:7

**regular** 78:6,9,12,24 99:7 105:3,20 108:23 164:13,16 168:5 210:6

**regularly** 31:25 96:7

**regulations** 113:2

**related** 167:14,17,20

**relationship** 85:3,11

**relationships** 85:12

**relax** 181:5

**relevance** 47:10 73:16 74:14 108:16 156:21

**relevancy** 15:13 16:2 22:6 23:4

**relevant** 156:18 166:24

**religion** 222:14

**remaining** 19:23

**remains** 91:8 105:15 132:19

**remember** 21:25 39:12 44:19 46:7 71:4 73:22,23,24 98:8 156:13 158:19 161:15 162:12,14 178:18 189:14 216:13 217:8 219:12 230:12

**remind** 183:9 189:6,13

**reminder** 157:7

**rep** 134:21

**repeat** 9:25 11:20 67:4 71:10 94:16 104:10 154:20 157:11 180:14,16

211:21

**repeating** 36:9
46:13 52:5 87:24

**rephrase** 11:16
20:24 35:12 155:5

**reply** 49:13,15,22
221:9

**report** 39:6 81:13
89:23,24 159:20
238:19

**reported** 35:15

**reporter** 5:8,18
8:14 13:7 17:23,25
19:5 66:10 68:21
95:5 104:12,15
135:24 155:2,6
180:12,17,19
193:17 235:24

**reports** 148:17

**represent** 8:19
101:3,11 165:2
166:17 170:22
172:3,20

**representation**
150:8,23 167:10
171:4 198:5,14
201:16,19 216:16

**representative**
212:11,17

**represented**
20:12

**represents** 172:9

**reprint** 176:24

**reproduce**
176:25

**request** 23:24
70:8 110:8 175:16
209:22 225:10,16
229:25 230:2
231:15 240:21

**requested** 100:16
101:8 186:25
189:23 190:2
224:25 234:17

**requesting** 224:3

**requests** 81:22
110:15 211:19
225:25 234:13

238:2

**require** 128:13
141:17 146:7
224:8

**required** 121:4
142:14 170:20

**requirement**
145:25

**requires** 144:13
145:3

**residence** 6:10
15:9,19

**resident** 83:13

**respect** 85:14
219:2 231:6 235:8

**respected** 85:8,9

**respond** 10:17
11:4 164:6 204:9
225:12 229:4

**response** 8:24
16:6 54:13 133:3,5
173:18 185:6
190:18 192:19
210:5 223:23
224:12 227:16
228:5 229:8,20
230:3 234:2,11
237:17,19

**responses** 8:16
209:21 210:9
216:20 218:13
225:17,25 226:2,
11 227:13 228:16
235:5,6,9

**responsibilities**
27:7,11 28:5
61:17,20,22,25
62:3 82:6 83:18

**responsibility**
82:12

**responsible**
219:15,25

**rest** 112:7

**restroom** 9:18

**resume** 28:11

**returned** 66:16

**review** 76:5
168:21 172:16

216:20

**reviewed** 134:14
226:13

**reviewing** 14:5,6
76:25 201:12

**rid** 30:3

**right** 10:12,25
25:3,22 27:14
28:16 34:14 40:13
41:14 43:10 44:19
49:10 51:16 64:25
65:3 67:5,22 72:24
83:11 84:12,14
86:12 87:2 94:4
97:25 109:19
112:5 115:21
127:23 128:7
136:8 143:4,7,10,
11 147:8 154:3
160:13 171:12
173:10 188:9
191:19 205:21
216:24 217:21,22
220:18 221:10
222:9

**rights** 63:18

**robber** 76:7,11,13
152:10

**robberies** 75:18

**Robbers** 76:13

**robbery** 38:22,25
39:7 75:9,18,19,20
76:3 77:13 81:14
114:17 152:10
238:20

**role** 39:19,23,24
100:2 183:19
221:3

**Ronald** 21:17
213:23

**room** 121:25
204:13

**roughly** 143:8

**Rover** 203:19

**Rule** 44:8 186:23

**rules** 8:3

**run** 17:10,12
20:18 21:4 50:16,
19 55:19 63:2

82:13 143:20
148:8,9,12 149:7
153:2,11 154:18
155:12,18 156:4
157:5 207:15,17,
18,19,22 208:8,13,
15 222:23,25
223:2

**running** 20:21
27:15,16,24
146:21,22 147:9,
21 156:8

**rush** 191:9

**rushing** 191:3,4,5

---

**S**

**S-** 22:9

**S-A-A-C** 89:2

**S-H-A** 117:4

**said** 19:7 29:10
35:20 36:11 46:14
52:2 53:11 56:13
63:19 69:22,24
75:4,9 76:16 78:15
87:23 96:23
111:14,16 117:20,
24 118:5 122:24
125:24 129:22
130:2 140:15
145:4 151:21
152:3 159:22
161:19,20 162:2
179:21 181:10,18
182:5 183:9
184:11 185:8
188:9 190:20
191:5,9 192:11
194:10,14 196:3
197:10 199:24
201:11 205:6
217:18 226:13
231:18

**salary** 29:4,14,20,
21 46:17 47:2,6
98:11,23 100:10
108:2 164:16
186:8 195:23

**sale** 136:22
140:18

**sales** 23:22 26:10
51:10 59:3 60:4

83:24 86:2,6,9,23
89:11,19 91:5 97:9
98:5 99:10,17
101:19 102:17,18
112:24 131:7,9,12
132:15 147:23
154:5,6,7,14,15
159:7,12,13,15,19,
23 160:4 167:17,
20 184:10 186:3,4
187:14 205:24
208:15 228:3,6,11

**salesman** 50:11,
20 51:5 59:2 92:14
148:6 228:13

**salesmen** 45:22
48:15 57:25 206:8

**salespeople**
23:9,15 24:18
25:19 48:11,21
51:18 60:25 96:12
97:7 98:10,15,20
102:14 103:18
104:8 114:5 119:3,
15,24 154:10,11,
16 159:3 220:21

**salesperson** 29:2
31:18 52:3 53:18
82:4,5 83:19 86:3
90:17,20 91:3
94:24 95:24 96:9,
24 98:17,18 102:8,
24 115:11 116:6,
20 137:15,20
138:3,13,23
140:12,13 154:17
155:9,13 158:10
160:11 164:15
165:15 183:13,15,
17,20,21 197:14
207:6 231:22

**salespersons**
98:16 231:25

**saleswoman**
53:14 63:2 160:19

**same** 9:4 12:13
15:3 18:9 19:20
20:2 39:24 40:20
52:5 57:21 59:15,
25 60:2,22 74:21
79:23 86:7,8,9
88:19 91:9,17,24
92:7,8,20,22 93:2,
7,12,17 104:20

105:15,23,24 106:22,25 107:3,6 108:3 115:24 116:9 117:9 118:4 120:24 135:23 139:3 146:14,16 149:24 150:12,21 157:8 159:8 162:22 163:11,13 171:9,16 186:13 187:20 208:5 210:18 212:17,19 216:17 218:2 221:7 222:18 225:23 226:8,20 239:17

**sat** 159:24

**Saturday** 31:7 67:24 68:4,6

**saw** 184:10 214:3 231:7

**say** 8:15 11:25 16:25 17:16 25:10 31:7,11 33:10,13 34:24 36:6,12 46:15 49:25 51:25 53:12,23 55:2 56:10 57:18 58:5 59:10 60:23 67:23 72:6,13 85:10 87:13 90:24 91:2 92:10 94:23 95:23 99:16 102:7,20 104:6 105:24 106:8 108:10 112:18 125:22 140:6 141:13 143:9 146:7 147:20 148:3,7,23 149:22 150:16 154:11,12,13 157:18 158:7 160:3,16 163:7 165:10 168:3 178:18 179:25 180:4 181:19 182:2,14,21,23 183:4 184:6 188:12 189:12 193:25 197:16 200:9 201:23 202:2 204:18 206:23 207:24 208:7 213:11 215:13 218:12 226:20 228:3

230:6 235:15

**saying** 10:23 11:8 14:9 19:11 26:4 36:20 59:6 69:20 87:19 112:22 119:5 135:23 144:13 156:24 188:24 198:24,25 218:25 220:13 228:22 233:14

**says** 36:14 69:7, 12,16,20 103:9 122:18 126:7,13, 16 135:5,22 168:10 173:16,25 178:24 179:11 182:11 183:6 184:2,14 191:2 193:11 197:17 206:20 212:8 216:14 234:11 235:9

**scan** 142:17 146:11

**scanned** 114:23 142:16 166:12

**scattered** 76:2

**schedule** 31:16, 17,20,22,24 32:7, 11 33:2,3 35:7,10 36:11 42:21 47:12, 17 57:12 74:12 153:24 154:9

**schedules** 32:8 153:23

**school** 16:14,15, 16,20

**score** 143:21

**screen** 14:4 68:19 89:10,16 91:8 133:25 171:11 177:12 207:7,8 209:15 215:17 227:2,18 229:12, 14

**screenshot** 127:12

**screenshots** 127:7

**scroll** 134:16 135:3,11,15 172:7

179:14 193:5 200:23 215:21 229:16 231:14

**scrolling** 134:17

**Sean** 160:25 161:17,19

**search** 51:8

**season** 33:22,25

**second** 10:20 29:23 38:8 52:5 117:7 125:9 133:23 134:21 135:7 140:2 141:17 159:2 160:22 161:3,4,9, 11,22 162:3 170:13,15 190:11 205:17 233:23

**secondhand** 223:7,9,17 225:2 240:17

**section** 139:8 227:9

**sections** 227:7

**security** 43:21,23 44:11 83:12 142:5 223:4

**see** 14:12 41:12 69:5 73:22 84:16, 24 89:18 90:21,22 110:23 114:7 135:14 153:13 166:2 173:7 174:12,25 175:14, 23 176:9,12,14 179:8,23 180:6 181:11 182:7 188:7,10,18,21,23 191:2 196:23 201:5 204:15 207:9 226:17 232:23

**seemed** 190:21

**seen** 184:13,14

**sell** 23:10,25 25:22,25 26:2,4, 19,20,23 29:21 31:8 34:16 53:22 82:18 141:7 144:14 206:8 212:14

**selling** 132:10

**seminars** 144:11

**send** 77:2 145:15 177:25

**seniority** 46:8 204:4

**sense** 177:10 182:8 205:16,22

**sensitive** 167:3

**sent** 28:11 77:4 81:4 124:11 125:4 166:19 168:9,25 171:5 172:21 237:11

**separate** 8:8 125:14 218:16

**September** 34:5, 12 54:3 79:17 93:2

**Serge** 54:25 55:8 87:5 147:15,20 210:12,16 211:8 212:2 224:4

**serial** 135:2

**serve** 48:12,15

**service** 79:25 145:12 148:8

**serviced** 27:17

**set** 104:22 139:3 153:23,24 154:9 211:4

**settlement** 101:8, 10

**seven** 174:11 197:17

**sexual** 232:9

**shake** 8:21

**shaking** 8:17,25

**Shane** 161:7,13, 17,18,20 162:20 163:3,6

**Shane's** 161:14

**shareholder** 21:15

**shareholders** 185:16

**shares** 17:19 18:12 20:11,12,17 24:4

**sharing** 133:24

**she** 11:8 28:10,11, 12,25 30:21 31:19, 25 32:4,5,12,15 35:15,17,20,21,24 36:2,3,4,7,12,13, 14,15 37:3,4,15,17 39:17 40:8,11,13, 16,19 41:6,7,13,19 42:11,15,23 53:17, 22 54:3 57:19 61:8 69:23,24 70:2 71:3,5,8,13,17,18, 19,21,25 72:2,9, 11,12,13 73:6,7, 10,11,12,13,18 74:15,17,18,22,25 75:3,4 77:4 78:17 82:13 84:11,12,17, 21,22,23 85:6,8, 21,23,24 86:3 87:14,23,24 90:18 117:14,16,17 118:2,9,10,12 122:8 128:24 129:3,5,8,11,15 130:8,10,11 132:6, 12 155:18,23 157:14,20,23,24, 25 158:2,4,5,7,9, 12 160:18,22 161:4,22 164:15 167:22 173:21 178:12,19 181:9, 10,11,15,16 182:16,17,18,20, 24,25 183:3,4,6,8, 11,13,14,17,20,22 184:9,11,15,16,17, 18,19,20,22 188:8, 15,16,17,18,19,24, 25 189:11,12,14 191:3,9 192:22 193:12 194:16,17, 18,19,21 195:19, 22,23,24 196:4,15, 16,18,19,23 197:2, 3,4,6,9,10,11,13 199:23 203:7,17, 20,23 204:6 207:6, 19 219:9 220:8 232:16,19,20 233:2,7

**she's** 25:17 39:25 69:24 193:11 203:18 233:19

**sheet** 138:14

**shift** 36:11,13,14, 21,22 37:5,6,8,24 148:5

**shirt** 153:16

**shit** 192:18

**short** 70:5 196:2

**shortest** 222:2

**should** 24:11 26:2 75:8 81:18 149:12 154:18 182:21 183:7 188:19 204:3 224:5 229:16

**show** 24:18 50:13 68:18 82:8,9,19 91:6,11 93:19 125:2 169:18 182:17,19,21 184:14 192:18 197:24 198:9 207:21 209:14 226:25

**showed** 76:11 81:23 207:7,8

**shower** 180:11

**showing** 14:3 91:23 105:23 109:4 171:7,11 172:12 177:13 215:17

**showroom** 139:16 140:9

**shows** 92:7 139:18 185:5 195:20 196:5

**shut** 193:2

**Shylet** 22:9 24:4

**sic** 207:5

**sick** 196:24

**side** 29:21 127:13 146:2

**sign** 51:14 80:3 83:15

**signature** 216:5

**signed** 38:19 216:12 217:21

**signed-in** 38:18

**signing** 216:19 217:13

**similar** 98:10 100:4 229:6

**simple** 29:19 83:14 102:12 139:21 174:24

**simply** 183:23

**since** 7:25 8:14 17:12 41:20 77:13 156:5 192:18 203:21

**single** 68:11 125:20

**sinuses** 12:22

**Sir** 180:5

**sit** 65:4,5

**sitting** 140:3 174:4 188:8 204:6

**situation** 141:12, 13,18 206:13

**sleep** 192:25

**slow** 34:6,7,8 35:2 134:15 191:5,7,8, 17,18,25 192:9 205:7

**smaller** 177:7

**smoked** 205:12

**smoothly** 27:15, 16,24

**social** 43:21,22 44:11 83:12 223:3

**software** 54:12

**sold** 23:15 53:20 54:6,7 90:4,9,18, 25 91:3,7,9,11,16, 21 92:8 111:5 113:3,16,17 115:13 116:19 118:25 119:14,20 136:25 137:3 138:7,12 140:17 158:4 160:10

**signature** 162:5 164:24 239:9

**solely** 234:13

**solid** 178:5

**Solution** 82:21

**solutions** 83:4 137:25 138:3,9

**some** 8:3 10:22 32:4 36:2,3 45:23 50:15 80:7 104:4 144:11 145:3 163:25 170:12 173:5,8 177:19 208:9 210:11 232:17 235:5,9 239:21 240:6

**somebody** 147:18 149:14 152:3 178:13 184:23 196:14,22 199:23 207:10 233:4

**somehow** 208:20

**someone** 72:23 76:8 77:22 151:18 184:9 185:18 230:9

**something** 7:11 33:6 98:12 127:9 148:25 158:3 173:16 188:20 194:20 210:14 215:7,9 218:9

**sometimes** 30:8 49:15 51:2,17 53:24 59:18,19 60:11,12,21 83:4,5 90:13,14 137:6 141:24 142:6 144:8 146:2,3,4 155:23 157:23,24 197:11 206:11,13

**somewhere** 34:25 185:10 188:20

**sonogram** 129:8, 12

**soon** 52:17 76:4

**sorry** 31:3 138:7 151:25

**sort** 165:12

**sounds** 43:12 123:14,21

**source** 134:23

**space** 42:2 66:11 235:25

**speak** 5:23 9:5 66:2,7 69:4 126:20 175:15

**speaker** 151:7

**speaking** 9:9 126:3 127:16 137:12

**speaks** 135:24

**specific** 139:8 173:8 198:19 227:13

**specifically** 20:10 30:12 33:11 65:7,16 139:11 149:17 157:4 202:5 215:14

**speculation** 11:24

**spell** 41:21

**spent** 158:4

**spoke** 127:17

**spoken** 24:9

**stamp** 128:17 168:12

**stamped** 202:20

**standard** 222:18

**stapled** 211:16

**start** 9:10,12 20:2 32:21 33:5 35:25 36:7,13,15,16 37:7 47:13 56:2 67:17 81:24 90:2 91:12 144:20 156:7 157:22 162:11,21 220:5 226:12

**started** 17:14 36:4,12,13 37:3 55:13 56:5,11,14, 15 69:11 73:11 75:3 156:9 203:21 210:22 212:3,5

**starting** 15:18 34:5 93:20

**starts** 34:8

**state** 5:5,9,12 6:10 120:14 231:4,10

**stated** 41:14 122:7

**statement** 150:15 163:18 234:16,20 235:9

**statements** 50:18 99:22 100:6,12,14, 21,23

**States** 16:17,24 64:9 66:14,17 67:8 84:8

**stay** 48:21,23,25 49:3,4,7,14 50:2 51:19,25 52:4 53:8 59:25 188:5 221:7

**stayed** 48:24 52:25 53:6

**staying** 49:4

**stays** 48:17 60:2

**stenographer** 9:8

**step** 29:20 60:14

**Stidhum** 28:6 45:8 52:25 62:7,25 79:3,9,16 81:25 101:17 114:6 121:19 122:5,7 128:21 129:18 164:14 175:23 182:4 238:7,14

**Stidhum's** 82:2

**still** 10:16 11:3 38:21 55:12 60:2 69:23 76:17 77:25 87:12 89:17 91:13 100:7 132:18 138:6 139:3 141:21,22,23 144:6 153:13 162:22 223:3

**stock** 23:21 24:16

**stole** 149:14 152:3

**stolen** 75:11,21,

24

**stomach** 184:5 188:3

**stools** 65:5

**stop** 43:6 52:14 59:6

**store** 33:16 47:20 48:11,13,22 53:4 183:2

**straight** 104:22 140:5

**straightshooters** 70:18

**street** 22:13 24:17 25:20 26:6

**strong** 222:20

**structure** 30:19 31:2 45:6 58:25 59:13,21,24 60:22 105:12 119:6 138:21 145:21 165:12

**structures** 165:10

**stub** 99:20 102:21 105:17,23 106:14, 19 107:16,20 114:7 146:8 164:9, 18

**stubs** 50:18 105:10 109:2 115:23 149:23

**stuff** 209:20

**stunned** 232:16, 19

**subject** 8:7 60:19, 20 215:2

**subjects** 221:6

**submitted** 220:23

**subsequently** 42:5 44:22

**such** 230:22

**Sudafed** 12:22

**sufficient** 111:10

**Suffolk** 23:7

**summer** 48:4

**summertime** 32:20,24 37:12 48:8 53:7,11

**Sunday** 32:7

**supplemental** 210:8 215:19 216:9 223:6 224:12 225:17 226:2 228:4 237:19

**supposed** 36:15 68:3 182:20 183:4 195:24 196:4

**supposedly** 130:22 163:16

**Supposing** 207:21

**sure** 27:13,14,15, 17,20,24 33:15 37:17 39:20,21,22 49:5 67:6 71:12 75:22,25 76:19 83:10,15 102:13 104:11 109:14 114:10 115:18,19, 20 118:3 127:10 142:15 143:11 145:24 153:3 186:4 205:12 221:7 235:4

**surveillance** 76:5,11,17,21,25 81:11 238:16

**Susan** 40:3 41:15, 18 219:8,10,11,13 220:7,9,10

**Susan's** 41:16

**suspended** 158:22

**sworn** 5:4

**system** 54:19,22 55:18 62:5,18,21 63:3 115:5,7 135:18,20,21 137:7,13,14,24 138:6 145:7,8 147:10 148:13 154:19 208:11

**T**

**T's** 142:24

**T-H-A-N-W-A-L-L-A** 5:2

**tables** 65:4

**take** 8:15 9:16 10:8 12:21 24:11 29:19 37:24,25 38:25 43:4,7,9 49:16 50:13,14,22 57:22 63:8 65:17, 23 70:4 82:10,11, 20,23,24,25 83:3, 5,14 89:10 107:12 112:3,4 115:21 121:6 123:10 125:6 142:2,9 143:8,14,15 144:16,19 146:4 148:7,8 149:17 165:25 166:14 170:16 171:21 173:4 177:10 180:20 183:24 189:4,17 193:13 197:3 200:11 201:4 208:18 217:6 225:13,18 227:11

**taken** 12:10 39:10 43:15 70:9 121:13 166:15 169:22 170:2 171:18

**takes** 49:12 51:7 140:8 141:7,22 143:3 146:17,18 152:20 177:11 205:2 220:21 221:8

**taking** 10:2 12:17 61:4 76:11,13 85:21 88:9 178:6

**talk** 31:16 38:7 70:16 83:23 143:18 173:16 190:20 192:17 205:19,20 212:24 214:14 215:10,11

**talked** 86:21 133:18 138:2 161:13 203:17

207:13 215:5,7,9

**talking** 19:2 30:13 62:4 75:17 81:4 85:19 112:13 114:19 116:2,16 124:23 127:21 163:4,9 173:21 181:6 194:19 203:7 221:2

**tally** 160:12,19

**tax** 223:4

**telephone** 98:17 131:22

**tell** 11:9,16,20 12:10,13,24 28:23 30:18 31:21,23 32:12 72:23 73:2 84:5 86:4 100:9 105:9 109:15 129:5 134:15 139:17 144:17 149:9 167:25 171:13 184:18,19 195:8 198:3,12 229:15

**telling** 11:6 42:17 100:9 152:5 192:9 193:11 206:3 230:8

**tells** 10:15

**term** 155:16

**termination** 69:9 74:11 237:8

**terms** 33:10 113:16 114:19 140:24 164:13 198:5,14 205:23 220:20 222:2,21

**testified** 5:6

**testifying** 12:14, 19 13:16

**text** 77:25 78:4,6, 9,12,21,24 79:7 81:5 84:24 121:18, 20 122:4 123:6 124:10,19,23 125:10,12,15,17, 19 126:21 127:8, 25 128:13 130:23 131:21 133:17,19 166:3 168:5,11,25

170:7,14 171:4,10 172:4,15,21 173:12,15,24 180:10,18 181:6 182:7 183:24 185:4 187:24 188:17 189:7,17, 25 190:4,8,11 191:23 192:15 193:7 194:12,23 196:6 197:15 198:23 202:6 204:18 206:20,24 208:5 232:24 237:9,11 238:5

**texted** 78:11,17 132:23 170:17 181:21 182:3,24 184:9 198:21,24, 25

**texting** 132:24 170:19

**than** 34:13 45:14, 24 49:16,19 77:9 84:22 114:7,11 116:10 181:20 182:3 208:17 232:5,6

**Thank** 6:15 35:13 42:5 75:16 81:22 111:10 236:8

**Thanwall** 118:21

**Thanwalla** 5:1,11 6:1,7 7:1 8:1 9:1 10:1 11:1 12:1 13:1,13 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1,17 44:1 45:1, 6 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1,13, 22 67:1 68:1 69:1, 4,5 70:1 71:1 72:1

73:1 74:1 75:1 76:1 77:1 78:1 79:1,8,12,15,21 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1,9,16 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1,15 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1, 23 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1, 15 122:1,15 123:1 124:1 125:1 126:1 127:1 128:1,20 129:1 130:1 131:1 132:1 133:1,10,15 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1,21 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1,9,12 165:1 166:1 167:1 168:1 169:1,3,10, 14 170:1 171:1 172:1 173:1 174:1 175:1,19 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1 203:1 204:1 205:1 206:1 207:1 208:1 209:1, 13 210:1 211:1 212:1 213:1 214:1 215:1 216:1 217:1 218:1 219:1 220:1 221:1 222:1 223:1 224:1 225:1,13 226:1 227:1 228:1 229:1 230:1 231:1

232:1 233:1 234:1 235:1 236:1,8 237:1,3,16 238:1, 7,10,13 239:1 240:1

**that's** 10:18 13:24 24:25 25:2 26:18 49:17 56:20 76:15 81:8 85:14 86:4 87:2 92:15 97:20, 24 112:21 113:23 124:20 133:20 146:14 147:17,18 148:23 153:12,14 166:4 170:9 171:6 174:18 177:4 183:12 184:11 196:21 197:20 204:7 205:13 223:13

**their** 22:2 23:16, 24 48:16,24,25 49:2 52:4 63:18 65:5 72:24 83:12, 13 105:18 137:21 138:10

**them** 22:12 23:23, 24 24:18 26:11,15, 23,25 28:17 38:3 46:4 50:12,13 63:17 72:23 73:2 82:9,19 100:21 103:6 116:17 120:17 123:8 130:3,4 145:12 159:25 162:3 170:4 175:4 181:24 197:3 222:15,17

**themselves** 110:8

**then** 11:10 24:22 25:21 28:16 50:13 51:6 65:13,23 107:22 118:6,8 122:25 124:20 126:13,16 127:20 135:7 136:7 142:10 144:7 145:15 169:11 179:10 180:19 185:5 190:21 191:7 198:22,23 199:25 205:3,18, 19 206:19 210:17

220:9 226:17 235:11

**there** 7:15 8:8,24, 25 9:21 10:2,8 14:17 29:5,15 30:17 36:20 37:20 38:8,11,23 41:6,12 48:20 49:7,23,24 50:24 52:24 53:8 54:4 57:7 58:8,11, 25 59:11,20 60:21 62:24 64:25 65:3,4 67:17 72:7 74:9 75:7,8 78:8 85:24 89:14 96:3,6,13 97:5 102:13,16 105:8 106:21 110:25 111:14,16, 17,18 112:10 113:15 114:2,3 115:4 118:7,23 119:10,13 126:3 129:25 135:2,16 136:22 137:17,23 138:10 140:3 142:23 144:11 145:15 146:15 147:6,7 150:10 155:15 156:2 157:2 160:23 161:5 162:23 163:12,14,17,25 164:4 165:6 167:24 175:23,24 176:14,15 178:24 179:3,13,18,21 181:10,23 182:21 185:9 186:6 187:21 190:4,14 194:8,9 195:23,25 203:5,13,15 205:5 206:7 207:14 208:20 218:18 219:14 220:6 226:2 228:10 230:6 231:3,24 232:5 235:6,10 239:21,24 240:5,8

**there's** 30:22 137:3 176:10 183:10 227:13

**thereafter** 76:4

**Therefore** 9:10

**therein** 115:10

**these** 22:23 72:6 91:22 92:13 99:22 101:7 120:10 169:21,25 170:23 171:21 224:21

**they** 22:13,20 23:23 24:11 26:13 29:21,22 31:6 37:24,25 38:15,18, 19 48:16,18,23,25 49:2,3,4,5,6 50:13, 14,21 51:6,11 52:3 57:22 60:8 63:22 65:4,5 73:2 83:4,5, 15 86:10,18,19 87:10,11 90:13,14, 22,23 91:2 92:15 95:12 97:16,18,21, 25 98:15,18,19,20, 21,22 100:10 110:5 113:10 114:11 115:12,14, 15 120:15,16 126:17 137:14,17 138:6,11,12,15,19, 24 140:14,16,17 141:2,3 142:11 144:8,13,14 145:20,22,24 146:2,6,9 149:7 150:17 159:6,10, 24 161:7,10 162:6 181:23 186:5 196:3 203:21 205:3,12 206:11, 13,16,17 207:17, 18 208:18,21 212:13,14 222:22, 25 224:21 230:9 233:6,15

**they're** 22:20 49:3 50:2 73:4 208:19

**thing** 30:18 86:11 105:23 135:23 146:12,14 148:23 165:7 168:3 174:17 179:8 190:25 201:5 211:5,10 221:2 222:12 226:9

**things** 14:21 45:10 63:22 141:3 148:17 157:3 165:3

**think** 13:3 18:24

23:6 36:3 46:11 47:4 75:22,25 76:19,22 77:4 100:25 102:2 119:17 130:10 135:23 152:16 158:13,25 167:25 169:23 174:3,16 178:11,12 184:22 189:13 234:24

**third** 160:22 161:3,5,10,11,22 162:3

**those** 31:9 38:21 78:21 114:14,18 115:9 121:20 137:11 150:16 162:10 172:16 185:25 219:2 236:6

**though** 109:4 184:12

**thread** 179:15

**three** 31:8,11 116:15 146:4 160:23 161:5 195:24 214:3

**threw** 193:12

**through** 33:4 34:10,12 50:5 54:3 68:5 79:20 105:13 110:24 118:2 120:3 127:5 134:16 136:16,22 137:10 141:22 154:18 172:7 189:6 191:23 200:23 201:4 225:22

**thumbnail** 177:14,16

**Thursday** 32:6 68:5 170:6

**Tiffany** 6:6 166:18

**time** 6:25 9:9 10:2, 13,21 12:7 27:19, 20 29:20 31:5 32:5,12,15,17,22 35:8 37:2,3,10,16, 20,22 38:8,17 39:18 40:20 41:20 48:13,22,24 49:8,

10,11 51:7,17 52:6 56:22 57:13 62:5, 24 67:5 70:2 71:11,16 74:11,17, 24 76:3,24 77:7,16 79:22 88:8 104:10 112:25 116:25 123:15 124:6 127:22 128:17,21 129:5 130:13,17, 19,20,21 132:14, 25 138:22 139:16, 23 140:7,8,10,24 141:22 142:9,14, 19 143:3,21 144:18 146:12 147:7 149:10 155:15,19 156:2,6 157:20,24 158:5 160:2,24 163:11, 13 166:5,10 168:13,14 173:5 174:5 177:22 178:8,14 182:24, 25 184:6,25 199:25 202:19 205:2,9,10,11,13 207:14 213:22 220:20 221:10 231:25 236:9,11

**timeframe** 33:10, 16,18 47:21 79:16 81:17 87:16 119:25 220:24

**timely** 27:25

**times** 19:6 46:15 48:20 52:24 53:8 59:8,12 77:12,14 157:25 165:9 184:17 191:15,16 206:7

**timestamp** 122:16 176:15

**title** 27:10 40:11, 13,15,24 117:9,11 154:14

**to-week** 32:3

**today** 6:14,16 8:9 12:20 13:16,22 14:4 79:23 165:14 187:20 228:9 236:8

**today's** 60:22 66:3 187:22

**together** 8:24 11:23 49:25 50:7, 10 51:2,3 76:5

**told** 25:23 26:21 62:25 130:11,12 178:19 184:17,22, 25 191:14,17,25 197:18 199:23

**tomorrow** 50:3 192:17

**toner** 177:2

**too** 33:20 57:11 98:21 128:6 152:7 170:18 182:22

**took** 12:5 57:19 65:20 81:15 135:7 170:11 196:6 197:6 203:19 232:22 238:21

**top** 58:2,5 62:25 112:6 160:18,23 161:2,6,8

**topic** 233:23

**touch** 185:25

**track** 38:12,14,17 135:21 142:4

**tracked** 160:11

**tracks** 149:5

**Trade** 144:12

**traffic** 33:9,13 34:3

**train** 82:17

**trained** 53:17 62:17 82:17

**training** 222:11

**transcript** 5:21 45:2 66:11 74:4 101:12 235:25

**travel** 64:6,8 65:8 66:24

**traveled** 64:3 66:13,22 67:7

**traveling** 67:2 84:6

**treat** 85:15 222:14 232:23

**treated** 85:5 130:3 132:7 232:20,25

**treatment** 202:25 203:11

**tried** 232:22

**trip** 64:16

**triplicate** 115:25 116:11,13

**trouble** 190:21

**Troy** 5:25 6:6 13:5 17:22 20:24 24:20 35:11 41:25 43:9 44:20 46:20 48:5 52:9,20 65:20 66:9 68:20 70:4,13 74:2 79:6 81:10 95:2 96:15,18 104:11 105:25 109:19 110:18 113:8,21 116:15 118:16 119:18 120:9 121:6,11 122:3,10 123:3,14,20 124:6, 14 127:3,24 128:5, 9 133:7,12 134:3, 17 135:4,13,24 136:2,11 140:20 151:3,6,10,15,25 154:25 163:21 166:4,9,13 167:18 168:16,20 175:7 176:20 177:4,15, 18,23 180:14 187:9 193:15,24 199:9,12,17,21 200:3,21 202:14 209:10,18,24 210:4 211:11 213:5 214:25 215:25 220:5 223:16,25 224:7, 14 225:2,9 227:20 228:25 229:11,15 233:9,17,21 235:18 236:5 237:3 238:4,8,11, 15,18,23 239:7,13, 18,25 240:9,16,22, 24

**Troy's** 70:17

**true** 91:11 137:5 197:2 200:18 216:10 221:15 222:17 226:21

234:21

**truth** 12:10,13,19, 24 13:16 146:9

**truthfully** 12:19, 25 13:16

**try** 50:22 51:3 68:15 143:10,12 165:25 221:25 233:12

**trying** 51:5 184:4 203:25 204:5,25 233:19

**Tuesday** 32:6

**turn** 139:7,11,15 164:8 171:15 174:22 178:2,21 185:3 188:18 189:16 198:18 202:4 224:22 229:2 230:20 234:9

**turned** 13:24 165:19 222:22 224:22 228:4,22

**turning** 103:8 174:10 180:8 182:9 184:5 187:23 188:3 192:14 229:5

**Twenty** 19:18,22

**twice** 185:24

**two** 18:24 37:25 41:3 47:16 49:11 57:11 77:14 86:22 104:7 125:13 131:11 191:15 198:22 206:7 208:17 214:3 221:14 225:14 226:2

**type** 115:10

**typed** 80:18

**types** 143:19

**typical** 147:25

**typically** 49:6 147:21 148:2,9

## U

**U-E-N-T-E-S** 135:7

**um** 185:5

**unauthorized** 151:18

**under** 13:14 44:8 186:23 222:9

**underlying** 230:16

**understand** 7:12, 14 8:11,13,18 9:6, 14,19,23,24 10:6, 7,17 11:4,13,15, 17,21 12:2,9,12 14:2,25 15:7 18:6 24:15 40:9 59:14 64:22 71:25 87:7 88:4 94:16 97:3 98:13 100:8 102:10 104:9 116:3 119:4 130:15 136:17 138:8 155:4,8 156:7 159:17 164:18 180:23 204:7 206:2 217:10 218:20

**understanding** 24:22,25 25:6,8, 15,17 68:2 164:13 189:3,5 198:4,13 200:17 201:15

**understate** 90:9

**understated** 91:19,20

**understates** 91:10

**understood** 41:25 149:2 157:11,12 206:24

**Unfortunately** 38:22

**unit** 30:9

**United** 16:17,24 64:9 66:14,16 67:8 84:8

**unless** 10:15 11:2

149:13 153:7

**unpaid** 230:6,8

**unprofessionally** 173:22

**unredacted** 163:23 239:19 240:4

**until** 9:13 43:16 47:14 51:19 52:25 53:9 54:4 57:15 58:23 60:21 67:12, 14,16,18,25 68:6 70:10 84:8 121:14 136:6 140:2 157:9 166:16 204:16 233:2

**up** 26:19 34:8 53:11 58:8 77:19, 22 80:3 88:15 122:3 135:12 137:22 142:5 148:15,16 155:16 173:17 177:11 179:14 180:10 182:17,19,21 193:12 197:3,7 199:18 200:2 205:7 206:11 215:24 231:6

**up-to-date** 186:5

**updated** 115:7

**updates** 63:25

**upload** 51:4

**upon** 106:18 107:16,20 108:13 110:19 155:13 186:2

**upset** 72:17

**use** 9:17 14:14 82:20 83:6 88:25 89:2 125:6

**used** 38:14 61:5 89:7 160:14 170:16

**user** 149:3

**username** 54:21 55:17 62:6,10

**using** 13:23 77:6, 19 80:3,23,24 81:5 126:25 149:10

169:2 237:11

**usual** 64:16

**usually** 32:5 64:13,14 65:13 147:22 148:12 161:12 181:8

**utility** 50:18

———

**V**

**V-I-** 82:20

**V-I-N** 83:3 137:25

**vacation** 148:21, 22

**Vague** 53:16

**variable** 162:10

**variations** 165:7

**varied** 162:9

**various** 52:12 169:18 235:7

**vehicle** 136:23 143:2

**Vehicles** 142:12, 18

**vein** 15:3

**verbal** 8:16,24 131:21

**Verification** 209:12 215:18 237:15

**verified** 117:14,15 210:5 237:17

**verifies** 118:9

**verify** 115:17 116:21 118:3 145:24

**Verizon** 80:2

**version** 163:24 239:20 240:4

**versus** 111:25 112:12 126:4

**very** 28:7 29:19 34:7 53:18 84:23 85:13 127:17,19 132:6 139:21 148:22,24 153:14,

15 156:6 167:2 179:23 181:17 183:13 222:11,20

**video** 76:11,18,25 77:2 81:3 174:15, 23 175:2,11,13,23, 24 176:11 240:13, 15

**Vin** 83:3 137:25 138:2,9

**virtually** 13:12

**visit** 139:16,25 140:9,15,16,19

———

**W**

**wage** 8:9 104:21 105:3 113:11 114:12 164:14,19

**wages** 114:5 195:13 230:7,8,13 231:5,8

**wait** 84:7 136:5 140:24 141:2,3 142:7 157:9

**waiting** 140:10 144:6

**walk** 50:5 141:4,5 142:22 144:3,19 155:16

**walks** 28:14 50:11

**want** 19:8 43:8 49:2 51:11 52:3 72:10 90:19 123:4, 10,24 126:17 143:3 159:17 165:24 168:3 180:20 191:6 195:2 200:7 202:7 205:20 211:21 221:7 222:25 223:2 229:11

**wanted** 48:25 170:4 171:23 190:20 191:8

**wants** 199:10

**warranties** 212:14

**washing** 142:20, 21

**wasn't** 85:24 133:19 152:7 158:2 196:14 208:6

**waste** 168:14 177:21

**watch** 222:5,9

**water** 9:17

**Waters** 16:10

**way** 21:14 25:3 27:14 71:24 72:24 76:14 83:11 85:15 87:2 114:2,3 115:21 123:21 132:22 133:20 142:17 143:4,7,10, 11 153:12,13,14 157:10 167:25 170:9 176:10 189:4 191:19 222:2,6,10,23

**ways** 160:9

**we're** 8:9 31:11 89:11 91:12 105:13 149:15 160:4 169:4 171:15 177:21

**Wednesday** 68:4 170:6

**weed** 205:13

**week** 29:3 30:21 31:5 32:8,10 46:6, 9,12,25 47:16 59:22 60:20 61:6 67:7,11 94:18,24 107:23,25 108:12 195:25 197:11

**week's** 195:18

**week-** 32:2

**weekdays** 32:6

**weekend** 165:5

**weekly** 29:7,17 30:20 34:16,17 45:13,18,23 46:17 47:2,6,11,12 58:3, 10 95:18 98:11,22 99:6 103:20 105:3 108:23 111:21 116:18,20 165:13, 15 228:3,6,10

**weeks** 47:16 66:25 212:22 214:4

**welcome** 6:14 42:10 49:3 70:11, 14,20 83:2

**welcoming** 6:15

**well** 6:11 20:16 28:3,7,25 66:14 71:23 78:12,19 91:4 92:14 109:21 110:9 115:14 120:6 131:10 132:2,6 137:15 147:24 149:4,6 158:2 179:20,22 182:7 184:3 188:2 202:8 204:21 209:19,21,25 220:16 225:25 228:11 238:24

**went** 37:17 38:19 129:25 136:16,21 155:23 157:25 191:23 194:17 205:12

**were** 7:10,17 12:6 28:5 30:12,14 38:23 39:21,22 45:22 47:20 48:20 52:24 53:8 57:23, 25 58:11 59:2 60:8,17 61:16,21 62:4 63:22 67:2,17 72:5 75:11,20,24 76:25 77:6 78:8 81:3 82:6 84:6 85:18 87:19 88:13 89:22 92:13 96:12, 21 97:5,6,14 98:9, 15 100:9,10 101:7, 18 104:8 111:5 112:10,13 113:15 114:5 115:18,19, 25 116:10 118:23 119:12 120:11 124:23 125:23 128:24 129:17 134:6 137:14,17 147:21 148:11 149:23 150:15 151:3 155:23 159:3,6 160:8,23 161:5,8,10 162:4 163:3,9,18 169:21,

25 170:7,18,23
172:4 174:5 181:6,
25 185:9,15
187:12 194:13
201:25 202:25
206:7 207:25
220:13 221:2
226:2 228:3,6
231:2 233:6
234:12 235:10

**weren't** 49:4

**we're** 114:18

**what** 6:21 7:8,13,
22 8:2 14:8 16:12,
15,23 17:15,19,21
19:14 20:16,20,23
21:8 24:19,25 25:2
26:6 27:7 28:8,23
29:16,24 30:13
31:21 32:12,15,22
33:24 35:9 37:2,3,
10 39:10,12,19
40:7,24 41:6,13
42:21 43:20 44:10
47:20 49:9 55:5,10
56:20 57:3,5
61:12,16,21 63:14,
18,21,23 64:22
68:13 71:4,8,12,25
72:8 73:20 74:12
76:16 77:6,7 79:21
81:25 82:6,17,22
84:10 85:17,18
86:5,13 87:24
88:13 93:25 95:15,
22 97:20,24 99:7,
23 103:10 104:23
105:4,9,17 109:3,
9,16 111:22,24
112:2,11,19,22
114:7 115:8,9
116:13 117:11,21,
23,25 118:22,25
119:8 122:23,25
125:3,10 126:4
127:20 130:19
131:8 132:20
133:3 135:11,22
137:24 138:12
139:18 140:12,13
141:2,7,18 145:9,
21 147:18 148:5
149:6,10 150:5
156:11 157:20
158:14 159:19
161:14 162:17

164:2 172:12
173:7,19 174:18,
19,21 175:2
178:25 181:3,12
183:16,19 185:25
186:5 187:18
190:18,21,23
191:10 192:10
193:24 195:4
196:21 204:7
205:4 206:5 208:3
211:22 214:14
215:11 217:23
218:18 219:22
221:23 223:12,13
227:24 234:17
239:22 240:7

**what's** 11:5
180:10 195:11
230:4 231:19

**What'sapp** 80:3
133:17

**whatever** 30:20
51:7 63:8 92:10
112:3 145:25
160:7 188:21,22
196:23 197:18
200:7 205:20

**Whatsapp** 78:10,
13,18,20,25 79:11
81:5,24 84:16,25
124:21 125:13,14
128:6,8 129:22,23
130:23 132:24
133:9,19,21
166:19 169:10
198:6,15 200:14,
19 201:20,24
204:12 238:9

**Whatsapped**
132:25

**whatsoever** 88:6

**What'sapp**
237:10,13

**whay** 71:5

**when** 6:23,25 9:5
17:12 18:23 28:14,
18 29:10 30:12
33:13 35:14,23
37:4,6,9 38:18,25
40:4 41:24 43:17
48:20 49:21 51:5,
25 52:24 53:8,22

55:13 56:2,9,10,
14,15,18,22 57:2,7
58:5,22 59:5 60:23
62:23,24 64:8 65:7
66:12,15 69:4,11
70:2,14 71:16,18,
19,25 72:13 73:10,
11,13 75:3 76:14,
16,24 78:14,15
85:20 86:21 99:25
100:10,20 107:10
109:17 112:18
117:12,20 118:2,
10 123:24 125:22
126:3,17,20
127:12 128:14
129:21 130:22
131:12 132:20,23
134:23 135:14,19
136:24 138:2
140:12 141:13
143:9 148:11,19
149:3 152:21
154:11,12 156:2,7
157:18 158:2,16
160:16 161:13,18
162:11,20,24
168:12 169:21
171:17 176:16
177:5 179:16,22,
24 180:11 181:8
182:24 185:8
189:19 191:10
192:24 193:9
194:11,21,25
195:5,8 196:11
197:19 200:9
204:8 205:17
206:7,25 207:13,
14,17 210:22
211:12 212:2,20
213:17 215:13,21
216:12 217:6,12,
21 224:16 227:14,
21 229:9,16,19
230:2,25 231:16
232:3 234:3
235:20

**whenever** 43:7
65:18

**where** 15:19
16:19 24:11 27:25
63:13 64:6,19,23
67:9 71:24 114:14
126:2 137:17
142:20 149:10
154:23 156:16

180:4 183:25
185:9 206:20

**whereby** 59:2

**wherever** 26:18
150:10

**whether** 83:2 91:9
121:3 131:6,21
184:18 201:15,18
230:17 234:5

**which** 14:23 15:5
16:21 31:10 33:18
36:10 65:9 81:13
84:16 91:5,9,14
92:3,5,18,23 93:4,
9,14,20,22 95:9
97:8,9 110:7
124:21 125:3,9
129:11,23 130:2
134:10 136:3
142:3,23 145:22
149:18 154:17
155:9,10 160:10
164:10,21 171:17
172:13 192:19
197:9,25 198:10,
23 207:20 210:17
212:12 215:19
225:15 238:20

**whichever**
177:25

**while** 44:3 142:2
164:15 167:21
194:19 202:25
203:11 207:9
209:18 210:10

**white** 126:4
170:25 172:9
174:13 175:10
176:21 240:12

**who** 18:12 27:21
54:21 55:3,8,14,24
57:14 58:20 61:9
68:16,17 76:8
79:25 85:22 86:20
89:22 94:13,18,20,
21 96:21 97:6
99:21 100:5,10,12,
13,16 103:2,4,18
104:7,22 105:3,7,
22 108:6,10,12,24
109:3,8,23 116:21,
24 117:5 125:24
126:3,11,18
127:16 137:10,20

146:21,22 147:3,4,
6,9,23 149:9
152:10 154:17
155:14 164:2
184:25 185:15
204:2 208:10
219:8,15 222:3
231:21 239:2,22
240:7

**whoever** 146:25

**whole** 37:24 179:8
180:24 195:24,25
201:5 211:5,10

**whom** 95:22
105:8 154:18
217:15

**whose** 70:23

**why** 10:18 13:24
22:24 26:9,18
33:23 35:20 38:5
42:23 43:22 50:5
58:19 72:6 81:8
92:15 98:8 113:23
129:25 134:18
165:10 169:25
171:21 174:3
179:23 183:7,12
203:19 212:14

**window** 188:9

**winter** 48:3,4,8

**wintertime** 32:20,
21 37:11

**with** 8:24 11:11
17:3,8 21:6,12,13,
14 22:9,12,23
23:17 24:9,23
27:18 28:13 30:18
39:7,13,16,25
41:19 54:11,17
61:3 63:3,24 66:2,
7,23 69:25 70:22
71:2 72:25 78:2,5,
11,18 79:2 80:24
81:21 83:22 84:9,
13,17,18 85:3,12
86:20 93:16,23
95:10,11,12
102:17,18 107:10,
23 108:13 116:6
121:16,19 122:5,
19 125:23 128:16
132:2,5 133:16,25
137:11,22 139:4

141:4,9 142:11
143:7,21 144:4,19,
20 146:9,14
149:23 151:24
155:17 156:9,14
157:13,22 158:21
159:25 160:11
164:10,12 166:22
167:6,7 168:15
170:14 173:2
174:13 175:15,18,
22 181:12,17
183:10 185:12,18,
23 187:4 195:18
198:2,4,6,11,13,
15,22 199:18
200:2,15,17,19
201:6 203:6,16
205:11,14,23,25
212:20 213:18,22,
23 214:10,12
215:16 216:22,25
217:14,15,18,20
219:2 220:12
226:12 229:7,19
235:8

**withheld** 234:12

**within** 15:16
64:23 72:4 100:17

**without** 141:5
208:8 213:18,20

**witness** 11:12
13:8 16:3 25:16
35:13 42:9 44:18
70:11 80:15,22
81:16 89:13
104:14 109:23
122:2 127:11
136:9 150:25
151:5,9,23 166:22
168:6 177:9 187:7
189:21,22 190:3,
12,17 193:10,25
194:4 195:10
196:12 199:19
201:8,10,12 202:9,
13,21 211:3,7,13,
20 213:14 214:23
215:22,23 216:2
223:24 224:18,19
227:22,24 229:13
233:14,19 237:2
239:3

**witnesses** 214:19

**woman** 189:5

**won't** 72:21

**wording** 182:8

**words** 103:25
114:3 115:3 138:5
149:9 197:5 215:5

**work** 31:17,25
32:13,16,17 35:15
37:3,4 40:5 42:11,
18,23 54:4 68:4,7
74:16 80:7,9,23
99:16 123:18
148:24 153:12,13
156:9,14 162:11
178:25 179:19
182:17,18 195:25
197:7 212:3

**workday** 37:15
38:4,5

**worked** 32:4 35:6,
14,17,21,24 36:2,7
67:8,12 71:5,18
74:15,18,25 76:8
98:19 101:12
102:8 156:14
157:2 196:4 197:9,
10,11 231:25

**working** 35:25
36:7 39:25 42:16
55:12 56:2 58:23
67:10,14,24 71:9,
13 127:25 128:6
130:25 142:3
162:21,25 163:10,
11,14,17 167:22
182:15 210:22
232:3

**works** 37:23
49:19 145:7

**would** 12:23
16:25 17:16 26:9
30:18 31:17 32:5,
7,13,15,17,22
33:5,8,15 34:3,9,
15,22,24 35:2
36:7,13,16 37:3,4,
6,15 38:5 48:11,15
49:6 51:14,17
53:4,13,21,23
54:6,7,25 63:2
64:18 67:24 68:4,7
84:24 85:2,10
92:10 99:19 103:4,

5 105:22,24
109:12,15 112:4,5
114:6,12 115:11,
14,17 116:7,21
117:12,21,25
119:11,12 121:10
126:22 138:6,16,
19,23 141:18
147:3,23 148:7
150:17 158:7
162:15 163:7,17
181:11,16 182:19,
21 185:22,25
197:3,6 199:20
202:2 204:11
206:4,8,11,12,14,
15,16,17 207:15
208:17,21 220:23
229:13 235:22

**would've** 184:9
188:16,17 213:11

**wouldn't** 154:13

**write** 9:8 62:10
115:14 118:6,8
138:16,19 179:20,
23

**writes** 180:10
192:16

**writing** 81:21
110:16 120:8
121:2 159:22
164:6 175:17
179:5,7,24 188:19
196:6 225:12
229:4

**written** 63:6,19
119:13,19 159:4,
18 239:8

**wrong** 17:17 25:3
57:4 71:15 72:25
102:2 143:4
183:10 189:4

**wrote** 223:14

**Y**

**Y-A-N-E-S** 139:10

**Yanes** 139:9

**yeah** 126:16

**year** 16:23 17:2,15
33:19 39:3 56:7,11

57:3 64:16 71:8,12
81:18 102:6
162:14,22 213:24

**year-and-a-half**
213:24

**years** 7:7 12:6
15:16,24 18:24
88:17,19 146:17

**yes** 6:20 8:13 9:7,
15,20 11:12,14,18,
22 12:3,11,16
13:20,24 14:19
15:2,8,17 17:7
18:11,17,19,22
19:25 20:9,14
21:12,20 22:11,13,
17 23:13,18 26:8
28:7,25 29:14
31:19 38:14 39:4,
8,15 40:14,18,23
45:11 47:8 54:16
55:23 58:11 59:19
62:22 63:21 64:5
67:24 68:4 69:13
70:25 76:6,9
77:10,18 78:3,14,
23 80:22 88:12
89:21,25 91:25
92:10 93:3,8,13,18
95:7 96:14 97:10,
21 98:3 113:11,25
114:9 117:18
121:17 122:22
126:15 130:25
132:4,6 137:4,8
141:9 147:13
149:12 150:22
152:23 153:24
154:7 155:12,21
157:3,6,12,23
160:13 163:16
164:17 165:18
166:8,11 171:2,8,
14 172:6,11,18
175:20 180:5
181:9,24 185:17
186:9,12 191:24
195:20 198:8,17
199:4,5,7,12,16,25
200:8,9 201:17,22
202:2 204:13
206:9,10 207:3,4
208:6 210:14
212:19 214:9
216:6,11,21 217:3,
19 219:13 220:10

221:5 222:19
223:9,15 225:23
226:9,16,19,24
228:14,17,21,24
229:24 230:24
231:12 233:24
234:23

**yesterday**
169:23,24 171:19,
20

**yet** 224:22

**York** 5:5,15,17
6:13 231:4

**you're** 42:9 97:20
116:16

**you've** 41:14
198:6 200:15

**your** 5:9,12 6:7,8,
10 8:25 9:22
10:13,15,22 11:2
12:12,23,24 13:23
16:12 18:6 20:11
23:25 24:3,4,22
25:6,13,14 26:13,
15 27:7 28:4 32:7
33:15 40:9 41:7
43:17,21 44:11
45:14,22 46:23
50:4 52:11,13 58:6
59:5,23 60:7,12
61:10 62:6 64:10
66:6,25 67:4 68:8,
10,14 69:10 72:20,
21 75:10 77:2,12,
19 79:2,21,25
80:4,7,23 81:22
85:2,11 90:2,3,8
91:24 93:2,6,7,12,
17 94:16 96:25
97:3 100:11
101:18 102:10
103:8 104:9
110:15,19 111:12
119:9 121:15,18
125:7,16 126:2,13
127:20 128:14
129:19,22 130:15
131:12,17,25
132:20 133:3,8
136:17 138:8
139:7,11,15 141:6,
7 142:24,25
146:13,19 149:10
154:20,22 155:25
159:21 163:19

164:8,13 168:7
170:11,15 172:2,
12,19 173:2,5,7,
12,18,23 174:10,
22,25 175:18,21
178:2,8,21 180:8,
15 182:2 185:3,6,
23 187:23 189:3,5
190:18 192:3,14,
19 193:6 195:11
196:8 198:3,4,12,
13,18,21 199:18,
24 200:16,17,18,
21 201:6,15,20
202:4,8,24 203:10
205:16 208:12,22
210:10,21 211:21,
22 212:2,7,20
213:18 214:5,6,10
215:19 216:5,7
217:10,15,17
218:20,23 219:22
221:8,9,15,19
222:5,9 223:5
225:15,20 226:15,
22 227:6,8,24
229:5,7,23 230:4,
7,21 231:19
233:22 234:9,16,
21 235:3,4,14
236:9

**yourself**  36:10
132:5 157:11
178:15 189:20
191:18 195:3
219:14,24 220:13

— Z —

**Z-H-I-V-O**  219:8,
10

**Zanan**  210:12,16
211:9

**Zhivo**  219:8,10

**zoom**  13:5 14:4