1     UNITED STATES DISTRICT COURT

2     EASTERN DISTRICT OF NEW YORK        COPY

3     -----------------------------------------X

4     LETICIA FRANCINE STIDHUM,

5                         Plaintiff,

6         -against-          CASE: 21-CV-07163

7     161-10 HILLSIDE AUTO AVE, LLC d/b/a HILLSIDE
      AUTO OUTLET, and HILLSIDE AUTO MALL INC
8     d/b/a HILLSIDE AUTO MALL, ISHAQUE THANWALLA,
      JORY BARON, RONALD M. BARON and ANDRIS GUZMAN,

9

10                        Defendants.

11    -----------------------------------------X

12                         March 09, 2023

13                         10:08 A.M.

14

15        VIRTUAL EXAMINATION BEFORE TRIAL of

16    ANDRIS GUZMAN, via Zoom, a Defendant herein,

17    held at the above-mentioned time and taken

18    before Lynn Luckman, a Notary Public and

19    Shorthand Reporter within and for the State

20    of New York.

21

22

23            SANDY SAUNDERS REPORTING
           254 South Main Street, Suite 216
24            New City, New York 10956
                 (845) 634-7561

25

```
1           A P P E A R A N C E S:

2

3

4           TROY LAW, PLLC

5           Attorneys for the Plaintiff

6           41-25 Kissena Boulevard, Suite 103

7           Flushing, New York 11355

8           BY: Tiffany Troy, Esq.

9

10          MILMAN, LABUDA LAW GROUP, PLLC

11          3000 Marcus Avenue, Suite 3W8

12          Lake Success, New York 11042-1073

13          BY: Emanuel Kataev, Esq

14          emaanuel@milaborlaw.com

15

16          ALSO PRESENT:  Deana Jennings, Leticia

17          Stidhum and Ishaque Thanwalla (for one hour

18          only).

19

20

21

22

23

24

25
```

```
 1                    FEDERAL STIPULATIONS

 2

 3            IT IS HEREBY STIPULATED AND AGREED by

 4       and between counsel for the respective parties

 5       hereto that all objections except as to the

 6       form shall be reserved to the time of trial.

 7                 IT IS FURTHER STIPULATED AND AGREED

 8       that the sealing and filing of this deposition

 9       shall be hereby waived.

10                 IT IS FURTHER STIPULATED AND AGREED

11       that this examination may be sworn to by the

12       witness being examined before a notary public

13       other than the notary public before whom

14       examination was begun examination was begun.

15

16

17

18

19

20

21

22

23

24

25
```

1          Andris Guzman

2                BY THE COURT REPORTER:

3                The attorneys participating

4                in this deposition

5                acknowledge that I am not

6                physically present in the

7                deposition room and that I

8                will be reporting this

9                deposition remotely.  They

10               further acknowledge that, in

11               lieu of an oath administered

12               in person, I will administer

13               the oath remotely.  The

14               parties and their counsel

15               consent to this arrangement

16               and waive any objections to

17               this manner of reporting.

18                    MS. TROY:  I consent

19                    MR. KATAEV:  So

20               stipulated.

21

22

23                    *    *    *

24

25

```
 1                    Andris Guzman

 2                    A-N-D-R-I-S G-U-Z-M-A-N, a

 3          Defendant herein, after having been duly

 4          sworn by a Notary Public of the State of

 5          New York, was examined and testified as

 6          follows:

 7

 8     BY THE REPORTER:

 9                    Q.  Please state your full name

10          for the record.

11                    A.  Andris Guzman.

12                    Q.  Please state your present

13          address for the record.

14                    A.  161-10 Hillside Avenue

15          Jamaica N.Y. 11432

16                    Home address is 1230 30th Drive

17          Astoria, N.Y. 11102.

18

19                               MS. TROY:  We are

20                          going to for the record, we

21                          are going to pause the record

22                          and the witness is going to

23                          show his ID.  Then we're

24                          going to mark that as Exhibit

25                          16.
```

```
 1                    Andris Guzman
 2                         (Plaintiff's Exhibit 16
 3                         deemed marked for
 4                         identification)
 5                              MS. TROY:  The witness
 6                         will show his ID as per the
 7                         Judge's Order.
 8                         (The witness complies and
 9                         shows his ID).
10                              MS. TROY:  That is fine.
11                         [Time noted is 10:10 a.m.]
12                         The recording is going back
13                         on now.
14           EXAMINATION BY
15           TIFFANY TROY:
16                    Q.  Mr. Guzman, the address that you
17           stated to the court reporter, is that your
18           business address?
19                    A.  I'm sorry?
20                    Q.  Was the address that you stated
21           your business address?
22                              MS. TROY:  Emanuel, if you
23                         don't mind adjusting the
24                         volume so that we can hear.
25                              MR. KATAEV:  I will put it
```

```
 1                     Andris Guzman

 2                     all the way up.

 3               A.  Yes, it is Hillside Auto Outlet.

 4               Q.  Can you give me your residential

 5          address as well?

 6               A.  Sure.  1230 30th Drive, Astoria,

 7          New York, 11102.

 8               Q.  Have you ever been part of a

 9          deposition before?

10               A.  No.

11                     MR. KATAEV:  Let's go off

12                       the record.

13                     (A discussion was held off

14                       the record)

15                     MR. KATAEV:  Note for the

16                       record that the plaintiff is

17                       attending virtually.

18               Q.  In that case, I am going to

19          explain what a deposition is and lay down

20          some ground rules going forward; do you

21          understand?

22               A.  Yes.

23               Q.  First, this deposition is for me

24          to ask you questions and for you to answer

25          my questions about the subject matter of
```

```
 1                      Andris Guzman
 2           this lawsuit; do you understand?
 3                      A.   Yes.
 4                      Q.   Specifically, we are talking
 5           about the pregnancy discrimination case
 6           today and my questions will be focused on
 7           the pregnancy discrimination case.  Also,
 8           there is another separate wage rate and hour
 9           case, but that is separate, do you
10           understand that?
11                      A.   Yes.
12                      Q.   Since the court reporter has to
13           take down everything that you say, I ask
14           that you give verbal responses, no shaking
15           or nodding of your head and no gestures; do
16           you understand that?
17                      A.   Yes.
18                      Q.   For the same reason, please
19           speak clearly and loudly when you answer a
20           question; do you understand?
21                      A.   Yes.
22                      Q.   The court stenographer can only
23           write down when one person is speaking at a
24           time.  Therefore, please don't start
25           answering one of my questions before I stop
```

```
 1                    Andris Guzman
 2        asking it.  Likewise, I will not start a new
 3        question until you have finished answering
 4        my last question; do you understand that?
 5                    A.  Yes.
 6                    Q.  If you need a break, for
 7        example, to get a drink of water or to use
 8        the restroom, please feel free to tell me
 9        and I will call for a recess.  However,
10        there can be no break between one of my
11        questions and your answer to that question;
12        do you understand that?
13                    A.  Yes.
14                    Q.  From time to time, your attorney
15        may make objections to my questions.
16        Generally, however, unless your attorney
17        tells you not to respond, you will still
18        have to respond; do you understand that?
19                    A.  Yes.
20                    Q.  If you don't understand a
21        question, tell me and I'll rephrase it so
22        that you can.  If you don't hear a question,
23        tell me and I'll repeat it so that you do;
24        do you understand that?
25                    A.  Yes.
```

```
 1                    Andris Guzman
 2                    Q.  We are here today to gather
 3        facts and not speculation.  If you don't
 4        know the answer to a question, say so; do
 5        you understand?
 6                    A.  Yes.
 7                    Q.  Do you understand that you have
 8        taken an oath to tell the truth?
 9                    A.  Yes.
10                    Q.  Do you understand that your oath
11        to tell the truth carries the same force and
12        effect as if you were testifying in Court
13        before a Judge?
14                    A.  Yes.
15                    Q.  Are you currently taking any
16        medications that could prevent you from
17        recalling the truth or testifying truthfully
18        today?
19                    A.  No medications.
20                    Q.  How about any physical or
21        emotional conditions, are you currently
22        under any physical or emotional conditions
23        that could prevent you from recalling the
24        truth or testifying truthfully today?
25                    A.  No, no such conditions.
```

```
 1                    Andris Guzman
 2               Q.  Besides your attorney, did you
 3          speak with anyone in order to prepare for
 4          today's deposition?
 5               A.  I spoke with my attorney.
 6               Q.  Now, please listen to my
 7          question carefully.  The question is:
 8          besides talking with your attorney, did you
 9          speak with anyone else in order to prepare
10          for today's deposition?
11               A.  No.
12                    MR. KATAEV:  The
13                    defendants object to the
14                    plaintiff appearing without
15                    going on the video.  We are
16                    okay with the fact that she's
17                    on the video, but if she
18                    doesn't want to, then she has
19                    to leave.
20                    MS. TROY:  The witness has
21                    a right to appear at the
22                    deposition.  I am fine with
23                    her showing her face to
24                    verify that she is the only
25                    person in the room.
```

| | |
|---|---|
| 1 | Andris Guzman |
| 2 | MR. KATAEV:  That is fine. |
| 3 | MS. TROY:  The witness is |
| 4 | allowed to be present in the |
| 5 | deposition. |
| 6 | Are you telling me that |
| 7 | you are asking her to leave |
| 8 | even though she is the |
| 9 | plaintiff? |
| 10 | MR. KATAEV:  We have asked |
| 11 | her to leave only if she |
| 12 | refuses to remain on the |
| 13 | video for the duration of the |
| 14 | deposition.  She can remain |
| 15 | on mute, but the video has to |
| 16 | be on.  Obviously, if she's |
| 17 | not, if she is busy with |
| 18 | something else and she has to |
| 19 | step out, that is fine.  But, |
| 20 | the video has to remain on. |
| 21 | MS. TROY:  Ms. Stidhum, |
| 22 | are you there?  Can you just |
| 23 | open your video feed and |
| 24 | maybe just make sure that you |
| 25 | are who you say you are.  You |

1          Andris Guzman

2                can do that and then you can

3                turn off the video.

4                     This can also be off the

5                record.

6                     MR. KATAEV:  On the

7                record, while we are waiting

8                for the plaintiff to join the

9                video, we have Deana

10               Jennings, the corporate

11               representative joining us.

12                    Deana, if you can just

13               identify yourself and keep

14               the volume turned down.  That

15               would be great.

16                    MS. JENNINGS:  That is

17               fine.

18                    MR. KATAEV:  We have a

19               third party joining.  Let the

20               record reflect that Deana

21               Jennings is joining us by

22               video.  We are now waiting

23               for the plaintiff to join by

24               video and then we can resume.

25                    Let's go off the record.

```
 1                    Andris Guzman
 2                        (A discussion held was held
 3                    off the record)
 4         Q.   Let's go back on the record.
 5                        MS. TROY:  The time now is
 6                    10:29 and the record should
 7                    reflect the attendance of
 8                    Deana Jennings, who is the
 9                    corporate representative for
10                    the two corporate defendants.
11                        Ms. Jennings, I am
12                    just confirming that there
13                    was no one else in the room
14                    with you.
15                        MS. JENNINGS:  No, no one
16                    else, just me.
17                        MS. TROY:  Can you confirm
18                    that throughout the duration
19                    of this deposition, except
20                    during on break, that there
21                    will be no one else in the
22                    room with you, Ms. Jennings?
23                        MS. JENNINGS:  Yes.
24                        MS. TROY:  We are now
25                    ready to proceed.
```

1                    Andris Guzman

2                    Q.  Without telling me the contents

3       of your communications, did you, yes or no,

4       talk to your attorney to prepare for today's

5       deposition.

6                    A.  Yes.

7                    Q.  Did you review any documents in

8       preparation for today's deposition?

9                    A.  Yes.

10                   Q.  What were those documents, can

11      you describe them for me?

12                   A.  I don't remember specifically

13      the details of it.  But, I knew that it had

14      to do--- had to do with the situation at

15      hand.

16                   Q.  Can you describe the type of

17      documents even if you don't recall the

18      specific details?

19                   A.  Papers about the case.

20                   Q.  ''By papers about the case,'' do

21      you mean the written documents that were

22      exchanged between the parties?

23                   A.  Yes.

24                   Q.  Did you review any documents

25      about the pay that Leticia Stidhum received?

1              Andris Guzman

2              A.  No.

3              Q.  How about the pay that other car

4      salespeople received, did the documents that

5      you reviewed include such documents?

6              A.  No.

7              Q.  Did the documents that you

8      reviewed include any documents pertaining to

9      the sales of Hillside Auto Outlet?

10             A.  No.

11             Q.  Did you review any text messages

12     or phone records?

13             A.  At some point, yes.

14             Q.  Can you describe the text

15     messages for me?

16             A. I don't know how off the top of

17     my head.

18             Q.  Do you recall who were the

19     parties in the text messages; in other

20     words, who sent text messages to whom in the

21     text messages that you did review?

22             A.  Repeat the question for me,

23     please.

24             Q.  Sure.  You said that you don't

25     know off the top of your head, you could not

                        Andris Guzman

1
2     give a description of the text messages.
3              I am now asking you: do you recall
4     between which two people or which parties
5     the text messages were sent to and from?
6                    A.  I was checking to see if there
7     was any communications to text messages,
8     through text message.
9                            MR. KATAEV:  The question
10                        was with whom, right Tiffany?
11                  Q.  Specifically, did you have any
12    communications, and let's start from the
13    plaintiff; did you have any text message
14    communications with Leticia?
15                  A.  Before, yes, when I used to work
16    at the dealership.  I meant when I used to
17    work at the dealership.
18                  Q.  When did you stop working at the
19    dealership?
20                  A.  Few years ago.
21                  Q.  Do you recall which year?
22                  A.  In 2019.
23                  Q.  Do you recall which month in
24    2019?
25                  A.  The summer, I believe, August, I

```
 1                    Andris Guzman
 2        would say.
 3                    Q.  Right after Hillside Auto, where
 4        did you work next?
 5                    A.  I worked at another dealership.
 6                    Q.  What was the name of that
 7        dealership?
 8                    A.  That was on Long Island, New
 9        York Off Lease.
10                    Q.  After New York Off Lease, where
11        did you work next?
12                    A.  Victory Mitsubishi.
13                    Q.  Do you recall what year and what
14        month you started working at Victory
15        Mitsubishi?
16                    A.  It was around September of 2020.
17                    Q.  After Victory Mitsubishi, did
18        you work anywhere else?
19                    A.  No.
20                    Q.  Let's turn back to the text
21        messages between you and Leticia.  You said
22        that you checked if there were any text
23        messages; did you find any?
24                    A.  Yes, we did communicate through
25        text.
```

                        Andris Guzman

1

2                  Q.   Have you produced those text

3        messages to your attorney?

4                  A.   Repeat the question.

5                  Q.   Have you sent over those text

6        messages to your attorney?

7                  A.   Yes, I did show him.

8                       MR. KATAEV:   The

9                    defendants will be producing

10                    those messages shortly.

11                 Q.   When did you show those text

12       messages to your attorney?

13                 A.   While -- I don't remember the

14       exact time.

15                 Q.   Was it this year, last year, or

16       a few years ago?

17                 A.   This year, I believe.

18                 Q.   Do you recall which month of

19       this year you showed the text messages to

20       your attorney?

21                 A.   I don't recall if it was January

22       or February.  I don't have the exact time

23       and date exactly.

24                 Q.   Do you know who the defendants

25       are in this case, Mr. Guzman?

```
 1                    Andris Guzman

 2              A.  Yes, I have an idea.

 3              Q.  Besides your text messages with

 4         Leticia Stidhum, the plaintiff, did you ever

 5         have any text messages with any of the

 6         defendants?

 7                    A.  With any other defendants,

 8         meaning --

 9                         MS. TROY:  May the record

10                         reflect that Mr. Kataev is

11                         muted and somebody is on the

12                         video and I don't know --

13                         MR. KATAEV:  I moved my

14                         screen over to the right so

15                         that he could look at it.

16              Q.  What was your response?

17              A.  Repeat the question.

18              Q.  It was a very simple question,

19         the question is; did you text with any of

20         the other defendants?

21                         MR. KATAEV:  About

22                         anything?

23                         MS. TROY:  When you were

24                         working at Hillside Auto.

25                         MR. KATAEV:  About
```

```
 1                    Andris Guzman
 2                         anything?
 3                    Q.  Let's start from anything, and
 4          then we will narrow it down.
 5                    A.  Okay.  I mean I used to work,
 6          absolutely, and we all communicated.
 7                    Q.  By text message?
 8                    A.  Calls or texts.
 9                    Q.  Did some of the text messages
10          concern Leticia Stidhum?
11                    A.  I don't recall, it was awhile
12          back.
13                    Q.  When you were talking about how
14          you were checking to see if there were any
15          communications through text messages, did
16          you check to see if you had any text
17          messages, and let's start for instance, with
18          Ishaque Thanwalla?
19                    A.  No.  I just checked through, I
20          checked hers and I saw that the information
21          about her, she was the first person that was
22          being involved.  I didn't check anybody
23          else's.
24                    MS. TROY:  Let's go off
25                         the record.
```

```
 1                    Andris Guzman
 2                         (A discussion was held off
 3                    the record)
 4                         MS. TROY:  Let's mark this
 5                    as Demand Number 9.  And I
 6                    will get to that in a moment.
 7            Q.  Mr. Guzman, what is your phone
 8       number?
 9            A.  What is my phone number?
10            Q.  Yes, correct.
11            A.  You want the exact numbers?
12            Q.  Correct.
13            A.  347 749-0633.
14            Q.  Who is your service provider?
15                         MR. KATAEV:  Objection as
16                    to relevance.  You can
17                    answer.
18                         MS. TROY:  Emanuel, you're
19                    going to have to figure out
20                    your sound situation.
21                         MR. KATAEV:  I said
22                    ``objection as to relevance
23                    but, you may answer.''
24                         I just moved the
25                    microphone maybe that will be
```

```
 1                      Andris Guzman
 2                           better.
 3                      Q.  Please answer the question, who
 4           is your service provider?
 5                      A.  I believe is T-Mobile.
 6                      Q.  Did you have the same phone from
 7           2018 until the present day, the same phone
 8           number?
 9                      A.  Yes.
10                      Q.  What type of phone is it, do you
11           have an iPhone?
12                           MR. KATAEV:  Objection to
13                           the form of the previous
14                           question.  You can answer the
15                           question.
16                      A.  iPhone.
17                      Q.  Did you use the iPhone from 2018
18           to the present day with a different iPhone
19           but it was an iPhone?
20                      A.  Did I have different phones?
21                      Q.  Yes.
22                      A.  Yes, I did have different
23           phones.
24                      Q.  Were the different phones all
25           iPhones?
```

```
 1                    Andris Guzman

 2              A.  Yes.

 3              Q.  During your time at Hillside

 4    Auto Outlet, are you familiar with Deana

 5    Jennings, the individual who is on the

 6    screen?

 7              A.  Yes.

 8              Q.  During this time, were there

 9    ever times when you would text with her?

10              A.  I don't recall.  I don't

11    remember.

12              Q.  During your time working at

13    Hillside Auto, were there times that you

14    would text with Ishaque?

15              A.  Yes.

16              Q.  How about Jory Baron?

17              A.  I don't recall.

18                   MS. TROY:  Emanuel, when

19                   will you be producing the

20                   text messages between Andris

21                   Guzman and Leticia Stidhum?

22                   MR. KATAEV:  Right this

23                   second, actually.

24                   Let the record reflect

25                   that the defendants have
```

```
 1                    Andris Guzman

 2                         produced the text messages

 3                         between the witness and/or

 4                         the plaintiff, as well as the

 5                         conversation including the

 6                         witness and plaintiff and

 7                         other employees.

 8                             Let the record also

 9                         reflect that the defendants

10                         produced voluntarily to the

11                         plaintiff the text messages

12                         between the plaintiff and the

13                         witness, as well as a group

14                         text message between the

15                         witness and the plaintiff and

16                         other individuals at the

17                         dealership.  I have sent it

18                         to you by email.

19                    Q.  Mr. Guzman, do you have your

20          phone on you or near you?

21                    A.  No.

22                    Q.  Where is your iPhone?

23                    A.  I actually forgot it on my way

24          here.

25                    Q.  By ''forgot it on my way here,''
```

```
 1                    Andris Guzman
 2          what do you mean?
 3                    A.  I was running because I thought
 4          I was going to be late.  So, I forgot it at
 5          the house when I left.
 6                    Q.  Did someone instruct you to
 7          leave your phone at home?
 8                         MR. KATAEV:  Objection to
 9                         the form.  That is
10                         attorney/client privilege.
11                         To the extent that any such
12                         conversations were held
13                         between yourself and myself,
14                         I instruct you not to answer
15                         that question.
16                    Q.  Mr. Guzman, do you understand
17          that you are under oath to tell the truth;
18          is that correct?
19                    A.  Correct.
20                    Q.  When you said that you ''forgot
21          it,'' on your way here, is that true?
22                    A.  Yes.
23                         MR. KATAEV:  Objection.
24                         Asked and answered.  Please
25                         move on.
```

```
 1                      Andris Guzman

 2                  Q.  Did you intentionally leave your

 3           phone at your home?

 4                           MR. KATAEV:  Objection.

 5                      You are harassing the witness

 6                      and I instruct the witness

 7                      not to answer the question.

 8                           MS. TROY:  On what basis?

 9                           MR. KATAEV:  You can call

10                      the Judge.  Stop harassing

11                      the witness.

12                  Q.  Do you know the answer to my

13           question?

14                           MR. KATAEV:  Objection.

15                      You are harassing the

16                      witness, and --

17                           MS. TROY:  Harassing the

18                      witness is not a valid

19                      objection.

20                           MR. KATAEV:  Yes, it is

21                      under rule 30.  Do you want

22                      me to point to the specific

23                      provision?  He answered your

24                      question. Move on or call the

25                      Judge.  I am instructing him
```

```
 1                    Andris Guzman
 2                    not to answer.
 3                        MS. TROY:  We will call
 4                    the Judge.
 5                        MR. KATAEV:  That is fine.
 6                    Let the record also reflect
 7                    that the defendant Mr.
 8                    Thanwalla, will be leaving at
 9                    10:43 a.m.
10                    (Mr. Thanwalla left the
11                    deposition)
12                    (A call was made to the Judge
13                    at 10:43 a.m.)
14                        MS. TROY:  I will put this
15                    on the speaker.
16                    (Ms. Troy complies)
17                        ''MS. TROY:  Good morning,
18                    this is Tiffany Troy, Your
19                    Honor.  I have Lynn Luckman,
20                    the court reporter with me
21                    and Mr. Kataev and his
22                    witness, Andris Guzman.  We
23                    are doing a deposition right
24                    now and he has instructed his
25                    witness not to answer a
```

```
 1                    Andris Guzman
 2                 question on the basis of
 3                 harassing the witness.  I
 4                 told him that that was not a
 5                 valid objection and that he
 6                 needed to respond.  He then
 7                 directed his client not to
 8                 respond.
 9                      THE COURT:  I'm going to
10                 put you on hold for a moment.
11                      MS. TROY:  To the
12                 reporter, if you don't mind
13                 taking this all down, again,
14                 we're just going to need to
15                 ask the Judge for her
16                 permission.  If you don't
17                 mind, please do me a favor,
18                 Lynn and read back the last
19                 question before all of the
20                 colloquy.
21                      (The court reporter
22                 complies).
23                  Please note for the record
24                 that it is now 10:46. And
25                 then it goes to 10:49 and
```

```
 1              Andris Guzman

 2                    that we are on the record

 3                    waiting for the Judge.

 4                    THE CLERK:  I'm going to

 5                    give you the number and the

 6                    code to get on the line.

 7                    MS. TROY:  What I'm going

 8                    to do is that, I'm going to

 9                    dial and we will just be on

10                    speakerphone.

11                    MR. KATAEV:  I'm just

12                    going to mute myself here,

13                    and I'm just going to be on

14                    the phone.

15                    MS. TROY:  That should be

16                    fine.  You will hear it on

17                    the speaker?

18                    MR. KATAEV:  On the phone,

19                    yes.  I'm going to mute

20                    myself on the computer in

21                    terms of that you are no

22                    longer going to be able to

23                    hear me.  I'm going to mute

24                    my sound so that I don't hear

25                    you guys.
```

```
 1                    Andris Guzman
 2                    MS. TROY:  Let's go off
 3               the record.
 4               (A discussion was held off
 5               the record)
 6                    MS. TROY:  Again, Your
 7               Honor, we have the court
 8               reporter, Ms. Lynn Luckman on
 9               the call and she will be
10               taking down what is being
11               said.
12                    THE COURT:  That is fine.
13               I'm still recording this and
14               I'm going to start the sound,
15               and my clerk will note your
16               appearances.
17                    I will tell you that
18               this cannot keep happening.
19               You are coming to me with
20               other -- other cases were
21               scheduled, and I will tell
22               you now, this is not going to
23               get you any bonus points
24               calling in every week from a
25               deposition, okay?  You're
```

```
 1                   Andris Guzman

 2              going to have to figure out

 3              how to deal with one another.

 4                   Just to let you know that

 5              this is being recorded.

 6                Please tell me the name of

 7              the case and state your name

 8              for the record.

 9                   MS. TROY:  Your Honor,

10              this is Tiffany Troy calling

11              from Troy Law.  This is case

12              21-CV-07163.

13                        THE COURT:  I am just

14                   going to tell you Ms. Troy

15                   and Mr. Kataev, let the

16                   record reflect that this

17                   is not a scheduled

18                   conference.  This matter

19                   is something that I have

20                   been contacted about

21                   previously, regarding

22                   previous matters in this

23                   deposition.  The attorneys

24                   have not been able to

25                   resolve their disputes.
```

```
 1                    Andris Guzman
 2                         Before we went on the
 3                    record, I did note that
 4                    this happened last week,
 5                    and that again, to have
 6                    brought a dispute the
 7                    following week definitely
 8                    is not scheduled and is
 9                    unacceptable.  I am not
10                    going to continue to
11                    babysit two attorneys who
12                    can not get their business
13                    done.
14                         Ms. Troy and Mr.
15                    Kataev, that is without being
16                    told whose deposition it is
17                    or what the problem is.  So,
18                    who wants to put on the
19                    record why I am being
20                    contacted today?
21                         MS. TROY:  I would like to
22                    put on the record that this
23                    is plaintiff's attorney
24                    speaking.  We have Andris
25                    Guzman as the witness today
```

```
 1              Andris Guzman
 2                   at plaintiff's deposition of
 3                   the defendant.  Andris Guzman
 4                   is on his phone and he has
 5                   text messages with Leticia
 6                   Stidhum, the plaintiff as
 7                   well as an issue, and not
 8                   withstanding that as well as
 9                   potentially other defendants
10                   including text messages that
11                   cover the period in question.
12                   He testified that he left his
13                   phone at home.  I asked him
14                   why and he said ''I forgot
15                   it.''  He stated that he
16                   thought he was going to be
17                   late and he said, ''I forgot
18                   it at the house.''
19                       I asked him if someone
20                   told him to leave it at home,
21                   and Emanuel interposed an
22                   objection based on
23                   attorney/client privilege to
24                   the extent that there is any
25                   such communications between
```

1    Andris Guzman

2        himself and his client, and

3        he instructed the witness not

4        to answer.

5            Then, I asked if he said

6        that he forgot it and he

7        answered ``yes.''  I then asked

8        him ``did you intentionally

9        leave your phone at your

10       home?''  Then Mr. Kataev again

11       objected and instructed the

12       witness not to answer the

13       question.

14           I would just like to note

15       as well that in the previous

16       week with Jory Baron, the

17       witness also testified that

18       he forgot his phone at home

19       and that the phone contained

20       text messages that included -

21       -

22           THE COURT:  We can get the

23       business accomplished.  When

24       you were making your

25       Discovery demands of the

```
 1                    Andris Guzman
 2                      defendants, did you request
 3                      any emails or text messages?
 4                          MS. TROY:  Yes, Your
 5                      Honor.
 6                          THE COURT:  Were they
 7                      produced?
 8                          MS. TROY:  No.  What
 9                      happened, Your Honor, was
10                      that during the deposition of
11                      Ishaque Thanwalla, Mr.
12                      Thanwalla testified that he
13                      had text messages and that is
14                      when the defendant produced
15                      the texts messages between
16                      Leticia and Thanwalla.
17                          Then, last week during
18                      the deposition of Jory Baron,
19                      Mr. Baron testified in fact
20                      that he had text messages
21                      with Leticia.  Then, when the
22                      defendants produced his text
23                      messages with Leticia again
24                      today, it's the same issue,
25                      which is that I asked the
```

```
 1                  Andris Guzman

 2                       question ''are there any other

 3                       text messages,'' and then were

 4                       any produced, and I think he

 5                       said in January or February.

 6                       Then Mr. Kataev again just

 7                       turned over the text messages

 8                       between Mr. Guzman and

 9                       Leticia today during the

10                       deposition.

11                            THE COURT:  Stop talking.

12                       Enough. I got the picture.

13                       Mr. Kataev, you're going to

14                       subject your client to

15                       multiple depositions here by

16                       not turning over these text

17                       messages before the

18                       deposition.  Why is that

19                       going to be a good use of an

20                       anyone's time or --

21                            MR. KATAEV:  That is not

22                       accurate.  Multiple

23                       representations seem to be --

24                            THE COURT:  I want you to

25                       answer my question.  Did your
```

```
 1                    Andris Guzman
 2                    client turn over their text
 3                    messages?
 4                         MR. KATAEV:  Yes, they
 5                    did.  And there are no
 6                    requests I have no document
 7                    requests.
 8                         THE COURT:  Mr. Kataev, I
 9                    don't have the document
10                    request in front of me.
11                    Certainly Ms. Troy is
12                    entitled to any text messages
13                    for the relevant time period.
14                         MR. KATAEV:  I --
15                         THE COURT:  Mr. Kataev, I
16                    am tired of being interrupted
17                    by you.
18                         MR. KATAEV:  I apologize.
19                         THE COURT:  So, the
20                    dispute right now, as I
21                    understand from Ms. Troy,
22                    that we just went over Mr.
23                    Guzman and she spoke about
24                    it, but she said Mr. Guzman
25                    left his phone at home and
```

```
1                    Andris Guzman

2                         that he said that there are

3                         text messages on that phone

4                         that relate to this case.  Is

5                         that something that you are

6                         contesting, Mr. Kataev?

7                              MR. KATAEV:  Not exactly

8                         Your Honor, I provided --

9                              THE COURT:  What do you

10                        mean by "not exactly?" Is it

11                        yes or no?

12                             MR. KATEV:  I'm trying to

13                        answer your question.  Please

14                        allow me to.

15                             THE COURT:  I am getting

16                        very close to saying that I'm

17                        not going to accept your

18                        representation; do you

19                        understand that?

20                             MR. KATAEV:  I understand

21                        that.

22                             THE COURT:  Mr. Kataev, I

23                        asked whether or not he has

24                        text messages on his phone.

25                        Please answer me, and if the
```

```
 1                        Andris Guzman
 2                   answer is that he did not --
 3                        MR. KATAEV:   He answered
 4                   yes.   They have been produced
 5                   between himself and the
 6                   plaintiff, and that he has
 7                   voluntarily produced the
 8                   group text messages,
 9                   including the plaintiff's
10                   witness and other witnesses.
11                   She asked, ``do you have text
12                   messages, for example, with
13                   Ishaque?''  He said --
14                        THE COURT:  Mr. Kataev --
15                        MR. KATAEV:  Your Honor,
16                   may I please finish what I am
17                   saying?  I am done
18                   interrupting you though, but
19                   can I finish?
20                        THE COURT:  Go ahead Mr.
21                   Kataev.
22                        MR. KATAEV:  While the
23                   issue was that he was asked
24                   ``did you ever have any text
25                   messages?'' And he said ``yes.''
```

```
 1              Andris Guzman
 2              She did not ask ''did you ever
 3         have any text messages
 4         provided --
 5              MS. TROY:  I did.
 6              THE COURT:  Mr. Kataev,
 7         did not interrupt you.  Do
 8         not interrupt him.
 9              MR. KATAEV:  I believe the
10         fastest way to do this is to
11         have the court reporter read
12         the record --
13              THE COURT:  I am not going
14         to do that, that is
15         babysitting two attorneys who
16         cannot get along.
17              I am not going to indulge
18         the fact that he left the
19         phone at his home.  You were
20         saying all of his text
21         messages were produced.  We
22         are going to have to have
23         that in writing, and I'm
24         going to resolve it on what
25         the question and answers
```

```
 1                    Andris Guzman
 2                          were.
 3                               As far as asking Mr.
 4                    Guzman, Ms. Troy, whether or
 5                    not he left it at home on
 6                    purpose or he left it at home
 7                    because he was told to,
 8                    please leave that aside.  I
 9                    really don't care as long as
10                    you get the information that
11                    you need to get this case
12                    litigated.
13                        As far as what the
14                    objection was about
15                    attorney/client privilege, I
16                    told you that we are on a
17                    guideline on both sides of
18                    this case of overdoing
19                    everything.  I can't imagine,
20                    I really can't imagine Mr.
21                    Kataev that you told your
22                    client to leave their phone
23                    at home.  If you did, I will
24                    tell you that that is not a
25                    good idea.  If every
```

```
 1                    Andris Guzman

 2                         defendant that is called for

 3                         a deposition left their phone

 4                         at home on the day of the

 5                         deposition, that would be

 6                         something that would concern

 7                         the Court.  Do you understand

 8                         me, Mr kataev?

 9                              MR. KATAEV:  Your Honor, I

10                         understand.  That is not --

11                              THE COURT:  Mr. Kataev, do

12                         you understand that I have

13                         other cases and that this

14                         sort of dispute should not be

15                         put to the Court?

16                              MR. KATAEV:  I do

17                         understand, but I did not --

18                              THE COURT:  Do you

19                         understand that part of this

20                         is because again, that you

21                         are telling me that he

22                         produced all of his text

23                         messages that have anything

24                         to do with Ms. Stidhum, and

25                         you're going to be held to
```

```
 1                    Andris Guzman

 2                         that, is that your

 3                         representation?

 4                    MR. KATAEV:  Yes, no --

 5                    THE COURT:  Ms. Troy, is

 6                         there anything, are there any

 7                         text messages that they

 8                         supplied to you but they

 9                         don't have to stipulate

10                         between the defendant that

11                         doesn't concern Ms. Stidhum,

12                         what is your issue with that?

13                    MS. TROY:  I agree with

14                         that.

15                    THE COURT:  What are we

16                         going to do today?  Do you

17                         want me to instruct Mr.

18                         Guzman to return home to get

19                         his phone so that you can

20                         then look at his text

21                         messages?  Do you want me to

22                         ask him if he has the text

23                         messages that they say they

24                         produced to him, and you can

25                         ask whether there are any
```

```
 1                    Andris Guzman

 2                          additional text messages that

 3                          have not been produced.  If

 4                          there are, you can make a

 5                          Motion to compel where they

 6                          should turn them over, and

 7                          you will have what you need

 8                          for a second deposition.  I

 9                          will consider that.

10                              MS. TROY:  Understood.  We

11                          will do the latter option.

12                              THE COURT:  The latter

13                          option?  You're going to ask

14                          him whether he turned over

15                          all the text messages that

16                          concern Ms. Stidhum?

17                              MS. TROY:  Yes.

18                              THE COURT:  I will stay on

19                          the line while you ask the

20                          question so that I do not get

21                          a call back.

22                              MS. TROY:  Understood,

23                          Your Honor.

24                              THE COURT:  Now, you can

25                          go back on the record Ms.
```

```
 1                    Andris Guzman

 2                    Court reporter.''

 3             Q.  Mr. Guzman, are you here?

 4             A.  Yes, I am here.

 5             Q.  Besides the text messages

 6       between you and Ms. Stidhum, as well as the

 7       group message that your attorney just

 8       emailed to me 30 minutes ago, are there any

 9       other additional text messages, meaning

10       between yourself as well as the defendant

11       that concern Ms. Stidhum's employment at

12       Hillside Auto Outlet?

13             A.  No additional text messages.

14                    ''THE COURT:  Is there

15                    anything else that you need

16                    to ask while I am on the

17                    record, on the line Ms. Troy?

18                    MS. TROY:  No, Your Honor.

19                    Thank you for your time.

20                    THE COURT:  Mr. Kataev, I

21                    will tell you if any other

22                    witnesses of yours forget

23                    their phone, I will not be

24                    pleased to receive a phone

25                    call; do you understand?
```

```
 1                      Andris Guzman
 2                  MR. KATAEV:  I just want
 3              to put one quick thing on the
 4              record, Your Honor.
 5                  THE COURT:  Yes.
 6                  MR. KATAEV:  All of the
 7              questions that were asked of
 8              my witness were answered.
 9              When the witness said that he
10              left his phone at home,
11              plaintiff's counsel reminded
12              him that he is under oath and
13              started to badger and harass
14              him.
15                  THE COURT:  Oh, please,
16              Mr. Kataev.
17                  Look in the mirror when
18              you talk about badgering, the
19              two of you have to get along.
20              How many times do I have to
21              say it?  I don't have time
22              for lawyers that make
23              themselves the center of the
24              litigation.  Do I need to say
25              it to you again?
```

```
1                    Andris Guzman
2                    MR. KATAEV:  No.  I'm just
3            representing on the record
4            that there was badgering of
5            the witness and it was
6            completely without any
7            authority.
8                    THE COURT:  That's great
9            to hear that Mr. Kataev.  I
10           was in a conference when I
11           was interrupted with this
12           call.  I was on another case
13           and I don't have to speak to
14           you about the other partners
15           at your firm.
16                    I am not asking, I'm
17           not saying it's your fault.
18           I'm saying that the toxic mix
19           of you and Ms. Troy is more
20           than the Court can bear.  It
21           is not a good use of
22           resources for the Court to
23           get these calls about these
24           issues.  The parties should
25           be able to resolve these
```

```
 1                    Andris Guzman
 2                         issues.  Ms. Troy, do you
 3                         understand?
 4                              MS. TROY:  Yes, Your
 5                         Honor.  I understand.
 6                              THE COURT:  Mr. Kataev, do
 7                         you understand?
 8                              MR. KATAEV:  Yes, Your
 9                         honor.
10                              THE COURT:  This
11                         deposition shall proceed.
12                         Thank you.  This matter is
13                         now adjourned.  Please note
14                         for the record that it is now
15                         11:22 a.m.''
16                    Q.  Mr. Guzman, during the break,
17         did you discuss your testimony with your
18         attorney; yes or no?
19                    A.  No.
20                    Q.  Have you ever been a party to
21         any civil proceeding?
22                    A.  Explain.
23                    Q.  Besides this case, were you a
24         plaintiff or a defendant in any other case?
25                    A.  Does a divorce count? I don't
```

```
 1                      Andris Guzman

 2          know.  That's as close as I think --

 3                      Q.  Besides the divorce, have you

 4          ever been a party to any other civil

 5          proceeding?

 6                      A.  Not that I remember.

 7                      Q.  Have you ever been arrested

 8          before?

 9                      A.  No.

10                      Q.  When did you start working for

11          Hillside Auto?

12                      A.  Beginning of 2018, I think.

13                      Q.  Do you recall which month?

14                      A.  The beginning of the year.

15                      Q.  Besides the address that you

16          gave at the beginning of this deposition,

17          have you lived anywhere else in the past 5

18          years?

19                      A.  No.  That has been my address.

20                      Q.  What is your highest level of

21          education?

22                      A.  Some college, I did go to the

23          college.

24                      Q.  What was your position at

25          Hillside Auto when you began in 2018?
```

```
 1                    Andris Guzman

 2                    A.  Do you mean Hillside Auto

 3      Outlet?

 4                    Q.  Right.  What was your position

 5      there?

 6                    A.  Sales manager.

 7                    Q.  Did your position ever change

 8      from the time you began working until the

 9      end date, until the end of your employment

10      at Hillside Auto?

11                    A.  I began as the sales manager,

12      then got promoted to general sales manager.

13                    Q.  When were you promoted?

14                    A.  It's been a few years, I'm

15      trying to remember -- I think it's towards

16      the end of the summer, I will say of the

17      same year, 2018.

18                    Q.  What were your responsibilities

19      as the sales manager?

20                    A.  What was my responsibilities? Is

21      that the question?

22                    Q.  Yes.

23                    A.  I was making sure that I was in

24      charge of the sales that were being made at

25      the dealership.  Meaning, I used to make
```

```
 1                    Andris Guzman

 2       sure that people bought cars and that they

 3       went through the process.

 4                    Q.   How about when you were the

 5       general sales manager?

 6                    A.   The general sales manager meant

 7       that I was also involved in finance.

 8                    Q.   By ''finance,'' what do you mean?

 9                    A.   Working with the banks and

10       getting people approved for loans.

11                    Q.   Does that include running the

12       credit for the customers?

13                    A.   Running the credit for the

14       customers is part of purchasing a vehicle.

15                    Q.   Did you run the credit when you

16       were the sales manager?

17                    A.   Yes.

18                    Q.   You continued running the credit

19       as the general sales manager; is that

20       correct?

21                    A.   Every manager at the store has

22       access to running credit, it's part of

23       buying and getting all the stipulations

24       needed to get a loan and purchasing the

25       vehicle, right?
```

```
 1                    Andris Guzman

 2                    Q.   Besides what you just described,

 3          were there any other additional

 4          responsibilities that we have not discussed

 5          yet?

 6                    A.   Aside from being in charge of

 7          making sure people bought vehicles, no.

 8                    Q.   Do you recall how many cars were

 9          sold by the dealership on a monthly basis?

10                    A.   I don't recall exactly, it's

11          been a few years.

12                    Q.   How about a range, let's start

13          from the busier months, how many cars would

14          Hillside Auto Outlet sell?

15                              MR. KATAEV:   Objection.

16                                   Asked and answered, but you

17                                   can answer the question.

18                    A.   I don't remember exactly, the

19          exact number.

20                    Q.   Do you recall what the store

21          hours were at Hillside Auto?

22                    A.   Not the specific times, no.   It

23          has been a few years, I don't.

24                    Q.   Do you recall if the car

25          salespeople were working the same hours as
```

```
 1                    Andris Guzman
 2        the store hours?
 3                    A.  I do remember that everybody had
 4        a schedule.  But, I don't remember what the
 5        schedule was because it's been a while.  I
 6        don't -- I don't remember the specifics.
 7                    Q.  Were there times when the car
 8        salespeople needed to stay past their
 9        scheduled hours in order to complete a deal?
10                         MR. KATAEV:  Objection as
11                         to relevance.  You can
12                         answer.
13                    A.  Can you repeat the question for
14        me?  I just want to make sure that I
15        understand it correctly.
16                         MS. TROY:  Ms. Court
17                         reporter, if you don't mind
18                         reading back the last
19                         question.
20                         (The reporter read back the
21                         last question)
22                    A.  Yes.  You do not get to leave
23        before you complete the sale, I mean, the
24        sale has to get finished. Once the sale gets
25        finished, then you go home.
```

```
 1                      Andris Guzman
 2                      Q.  When the customer comes in, what
 3             is the process for them to obtain a vehicle?
 4                      A.  Do you mean how the entire sales
 5             process works?  Just so that I have a better
 6             understanding.
 7                      Q.  Yes.  The entire sales process,
 8             and around how much time each step of the
 9             process takes.
10                      A.  Everybody -- every individual
11             has different situations.  That is the
12             reason that you can never measure how long
13             it's really going to take for each client.
14             But, considering their purchase and car is
15             the second biggest purchase after you buy a
16             house, there is a lot that is involved in
17             getting a vehicle.
18                  Initially, the customer would have to
19             decide after they come into the store what
20             vehicle they want to purchase, and that
21             entails checking different options to see
22             what the people like or don't like.  You
23             have to see if you have the inventory first,
24             you have to pick out a vehicle.  Then, you
25             will get to the next step if they want to
```

```
 1              Andris Guzman

 2       buy the vehicle in cash or finance the

 3       vehicle.  That is another step that they

 4       would have to do.

 5            After that, they decide what vehicle

 6       they want to take, the next step will be

 7       assuming that they either want to buy the

 8       vehicle for cash or finance the vehicle.  If

 9       they decide to go the finance route, then

10       they will have to complete an application, a

11       finance application.  After the customer

12       completes the financing application, they

13       will have to provide all their information

14       that is required for us to complete a

15       vehicle purchase and to get them approved

16       with the bank.  Of course, they have to go

17       through very different verifications for us

18       to be able to complete everything.

19            So, before we even check their

20       information, we have to verify the license,

21       the banks are requiring the pay stubs, most

22       of the time people don't even have a pay

23       stub with them.  They will be told to get

24       their pay stubs for us even after they get a

25       pay stub, we will have to verify to see if
```

```
 1                    Andris Guzman
 2         the pay stubs are legitimate.  There is a
 3         lot of fraud involved, and that is the
 4         biggest concern right now that people having
 5         different kinds of access and we don't know
 6         what is real or not.  There's a lot of
 7         things that go into it when you come to
 8         verify, to make sure that everything is
 9         compliant.
10              Anything additional that the bank
11         requires, we will get all of that
12         information.  And then, that gets inputted
13         into the system, which is the system that we
14         have so that we can get the approval with
15         the bank.  That is when we actually go and
16         check the credit, we check the credit, and
17         we see if there are any additional
18         verifications.  There are times that you are
19         going to see, you're going to see more
20         recently, that there are a lot of fraud
21         alerts and if there is a fraud alert, that
22         means that extra verification that we have
23         to do and put that in place.
24              The client will get calls from the bank
25         to make sure that they are the ones
```

```
 1                    Andris Guzman
 2          requesting it, they are the one requesting
 3          financing.  It becomes tough when the
 4          numbers from the credit does not match the
 5          numbers that the customer is giving.  If the
 6          number is not the same, they will have to
 7          update it in the bureaus, and then it's like
 8          TransUnion and that can take 24 to 48 hours
 9          to update it.  Plus, they will be able to --
10          they will not be able to buy the vehicle on
11          the spot.  They will have to wait, and if
12          the numbers do match, then the bank still
13          has to call and verify everything with them.
14          There are guidelines, and it's during --
15          even when the bank is closed, they won't be
16          able to buy the vehicle on the spot.
17              We do not control the process; we are
18          not the ones financing the money. Like I
19          said, there is a lot of variables that comes
20          in when you buy a vehicle.  But, assuming
21          everything goes through and you are able to
22          run the credit, you are able to verify
23          everything, get all the documentation that
24          you need so that you can process the loan.
25          Then, you send everything to the bank and
```

1                   Andris Guzman

2       wait for their approval.  When the approval

3       comes in, then they will let us know if

4       there is any additional information that is

5       required.

6            Once we have the approval from the bank,

7       the customer is supposed to go to the office

8       to speak with the loan officer or the

9       finance manager.  At that point, then the

10      finance manager will let them know the

11      numbers based on the vehicle that they have

12      picked.  If by that point the customer

13      doesn't like the numbers, either if it's too

14      expensive or if they change their opinion,

15      they either have the option to chase the car

16      for a lower payment, they can either decide

17      that they don't want the vehicle anymore and

18      they could even actually walk out because it

19      is not guaranteed during the sale.  It is

20      not guaranteed that the customer is even

21      going to take the vehicle home with them.

22           We haven't even discussed insurance, and

23      everything else that comes after the money.

24      Sometimes they don't even have the money,

25      and they have to wait for Friday to get the

```
 1                  Andris Guzman
 2      money.  They are not even able to get the
 3      car and they have to wait longer for them to
 4      be able to get the vehicle.
 5           Those things, we don't control, people
 6      have, whether people have the money or not,
 7      or even if the car -- the credit, it's not
 8      even for them to be able to get an auto
 9      loan.  They will have to get a co-signer.
10      If they are not able to produce the co-
11      signer the right way, meaning that there are
12      times when the co-signer is not available
13      today and they will come back to the
14      dealership on Friday or next week or next
15      month.  We don't control those things.
16      After they decide that they want to get the
17      car, assuming everything went through the
18      bank, the approval, you look at the numbers
19      and you have to do the insurance.
20           You have to do the insurance, and that
21      is another step as well.  They have to
22      appraise the car and see what the value of
23      the vehicle is and so forth.
24           Then, the DMV part, everything has to be
25      in compliance with the insurance of getting
```

```
 1                    Andris Guzman

 2        all the proper documentation so that we can

 3        do the registration of the vehicle.  That is

 4        also another step that you need in buying a

 5        vehicle.

 6            After everything gets done, then it's

 7        printed and we have to put everything on

 8        paper and the people have to sign the

 9        contract.

10            The loan officer will go over all of the

11        information and make sure that the customer

12        understands all the numbers.  After they

13        agree, they will sign the document and at

14        the end, they will take possession of the

15        car.

16            But, to answer your question, sometimes

17        it could take 3 hours, 4 hours, 6 hours or

18        days depending on the situation.  We wish

19        the process was quicker, trust me.  But, we

20        are in the business of selling cars and we

21        want to make money.  We want to make sure

22        that everybody makes money at the end of the

23        day and we do not control and we cannot

24        guess or foresee who is going to come

25        through the door and what their situation
```

```
 1                      Andris Guzman
 2          is.
 3                      Q.  When you were working for
 4          Hillside Auto, was Leticia the only female
 5          car salesperson on the floor?
 6                      A.  I don't recall.
 7                      Q.  Are you familiar with the
 8          Dealertrack system?
 9                      A.  Yes.
10                      Q.  While you were the sales manager
11          and before your promotion to general sales
12          manager, did you run Dealertrack?
13                              MR. KATAEV:  Objection to
14                          form.  You can answer the
15                          question.
16                      A.  What do you mean by ''running
17          Dealertrack?''
18                      Q.  Did you have access to
19          Dealertrack, did you run the credit for the
20          customers on the Dealertrack system?
21                      A.  If I had access to Dealertrack
22          at that point?  Yes, I did have access to
23          Dealertrack.
24                      Q.  Did you run the credit for the
25          customers on the Dealertrack system?
```

1                      Andris Guzman
2                      A.  When you mean ''running the
3         credit,'' do you mean checking the people's
4         information for the purpose of getting a
5         loan?  Is that what you mean?
6                      Q.  Correct.
7                      A.  Yes.
8                      Q.  In other words, you had both
9         Dealertrack access, as well as you checked
10        the customer's information from the
11        beginning of your employment with Hillside
12        Auto, right?
13                     A.  I got employed as a manager.
14        So, as the manager, you get Dealertrack
15        access, correct.
16                     Q.  Let's walk back for a second.
17        Are you familiar with Hillside Auto Mall?
18                     A.  That is the store that is close
19        to ours, that is another store.
20                     Q.  During your time as the sales
21        manager, did Ishaque Thanwalla ever tell you
22        that Hillside Auto Outlet employees, that if
23        they had to get a car, that they should try
24        to have the customer choose a car at
25        Hillside Auto Mall if they did not find a

```
 1              Andris Guzman
 2      car that they liked at Hillside Auto Outlet?
 3                  MR. KATAEV:  Objection to
 4                  the form.  You can answer.
 5              A.  We used to sell cars from our
 6      lot at Hillside Auto Outlet, and correct me
 7      if I am wrong, but you are able to purchase
 8      vehicles from other dealerships.  Let's say
 9      there is a car that a customer wants, and we
10      don't have the vehicle, we can buy the
11      vehicle from another dealership.  It is
12      allowed by the Department of Motor Vehicles
13      as a dealership.  The dealership can buy a
14      vehicle from different dealerships.
15              Q.  What is your understanding of
16      the relationship between Hillside Auto
17      Outlet and Hillside Auto Mall?
18              A.  My understanding is that maybe
19      there was a guy or two guys that they had in
20      common that owned the place.
21              Q.  Due to that common ownership or
22      partial common ownership, as you called it,
23      is it correct to say that there is a
24      preference that if there is a car that a
25      customer cannot find on your lot at Hillside
```

```
 1                    Andris Guzman
 2      Auto Outlet that you try to find it at
 3      Hillside Auto Mall?
 4                    A.  What I am saying is that we can
 5      buy any vehicle from any established
 6      dealership.  That is allowed by the
 7      Department of Motor Vehicles.
 8                    Q.  Yes, please answer my question.
 9      The question was: was there a preference to
10      Hillside Auto Mall, versus the other
11      dealerships close by?
12                    A.  We were able to get inventory
13      from other dealerships as long as they
14      provided us with the car.  No preference,
15      ma'am.
16                    Q.  Between March and August of
17      2018, how many cars were sold per month at
18      Hillside Auto Outlet?
19                    A.  I don't recall.
20                    Q.  What about between September of
21      2018 and February of 2019, how many cars
22      were sold per month?
23                          MR. KATAEV:   Objection.
24                          Asked and answered.  You can
25                          answer the question.
```

```
 1                    Andris Guzman
 2              A.  I don't recall.
 3              Q.  Are you familiar with Leticia
 4   Stidhum?
 5              A.  Repeat the question.
 6                    MS. TROY:  Ms. Court
 7                    reporter, if you don't mind
 8                    reading back the question.
 9                    (The reporter read back the
10                    last question)
11              A.  Familiar as if she used to work
12   at Hillside Auto Outlet?
13              Q.  Right.
14              A.  Yes, she used to work at
15   Hillside Auto.
16              Q.  What is your opinion of her as a
17   car salesperson?
18                    MR. KATAEV:  Objection.
19                    Calls for opinion testimony.
20                    You can answer the question.
21              A.  It has been a few years and I
22   don't remember all the details.  But, I
23   think she was good.
24              Q.  Who was the general sales
25   manager before you?
```

```
 1                        Andris Guzman
 2                A.  Her name is Jeanique.
 3                Q.  Before working at Hillside Auto
 4       Outlet, did you work for Ishaque at another
 5       dealership?
 6                A.  We worked together before, yes.
 7                Q.  From when to when?
 8                     MR. KATAEV:  Objection.
 9                     You can answer the question.
10                A.  It's been a few years.  It could
11       have been between 8 months to 10 months.
12                Q.  Do you recall what the name of
13       the dealership was that you worked with
14       Ishaque before Hillside?
15                A.  Queens Auto Mall, we used to
16       work together.
17                Q.  At that time, what was his
18       position at Queens Auto Mall?
19                A.  I don't recall the exact title.
20                Q.  Was he the owner or was he the
21       manager?
22                A.  More towards the manager, but I
23       don't recall what his specific role that he
24       played there was.  I don't know.
25                Q.  How about yourself, what was
```

```
 1                    Andris Guzman

 2         your role that you played there?

 3                   A.   I used to do sales.

 4                   Q.   Were you a sales manager or a

 5         salesperson?

 6                   A.   Salesperson, selling cars.

 7                   Q.   At the time when you were hired,

 8         was there a bonus structure in place for the

 9         Hillside Auto Outlet employees?

10                   A.   I didn't handle the money part.

11                   Q.   Who handled the money part at

12         Hillside?

13                   A.   General manager.

14                   Q.   Who was the general manager?

15                   A.   Ishaque.

16                   Q.   Who hired you as the sales

17         manager?

18                   A.   Ishaque.

19                   Q.   As the sales manager, did you

20         have the power to hire employees?

21                   A.   The general manager was in

22         charge of hiring employees.

23                   Q.   Did you have the power to fire?

24                   A.   The general manager had the

25         power to fire.
```

```
 1                    Andris Guzman
 2               Q.  Did you have the power to
 3     discipline employees?
 4               A.  General manager had the power to
 5     discipline employees.
 6               Q.  As the sales manager, did you
 7     ever hire anyone?
 8               A.  No.
 9               Q.  How about firing anyone?
10               A.  No.
11               Q.  How about disciplining anyone?
12               A.  No.
13               Q.  While you were the sales
14     manager, did the salespeople have a fixed
15     break time?
16                    MR. KATAEV:  Objection as
17                       to relevance.  You can
18                       answer.
19               A.  I don't recall when their break
20     was or what specific times they were -- it's
21     been a few years.
22               Q.  At the time, how were employees
23     times tracked?
24                    MR. KATAEV:  Objection as
25                       to relevance.  You can
```

```
 1                    Andris Guzman
 2                       answer.
 3                  A.  I don't remember the exact
 4         mechanics of it.
 5                  Q.  Earlier, you mentioned that you
 6         may have had texts with Jory Baron.  To your
 7         knowledge, what was his role at Hillside?
 8                       MR. KATAEV:  Objection to
 9                       form and assuming facts not
10                       in evidence.  You can answer.
11                  A.  Jory Baron, you mentioned, is
12         that right?
13                  Q.  Yes.
14                  A.  To my belief, he was one of the
15         owners at Hillside Auto Outlet.
16                  Q.  How did you know that he was one
17         of the owners?
18                  A.  I believe he did introduce
19         himself back in the day.
20                  Q.  He introduced himself as the
21         owner; is that correct?
22                  A.  I don't recall him specifically
23         directing that he was one of the owners. But
24         I was able to, somewhere along the line, he
25         mentioned that he was the owner.  I don't
```

```
 1                      Andris Guzman
 2        remember if he told me that directly or not.
 3                 Q.  To your knowledge, did Jory
 4        Baron have the power to hire employees?
 5                 A.  Ishaque was the general manager
 6        of the store.  So, I believe Ishaque is the
 7        person that has the power of hiring
 8        employees.
 9                 Q.  Does Jory, also have the power
10        in addition to Ishaque?
11                 A.  Ishaque was the person in charge
12        of the dealership.
13                 Q.  Does Jory also have the power in
14        addition to Ishaque?
15                 A.  Ishaque was the person in charge
16        of the dealership.  Meaning if someone had
17        to get hired, they had to go to Ishaque.
18                 Q.  My question is: did Jory Baron
19        also have the power to hire?
20                      MR. KATAEV:  Objection.
21                       Asked and answered.  You can
22                       answer.
23                 A.  What was the question, if Jory
24        had the power to hire somebody?
25                 Q.  Yes.
```

```
1                    Andris Guzman

2              A.  He was one of the owners.

3              Q.  Is that a ''yes?''

4              A.  I believe he can, but I believe

5         Ishaque was the person in charge of the

6         dealership.

7              Q.  How about the power to fire

8         employees, did he also have the power to

9         fire employees?

10                   MR. KATAEV:  Objection.

11                   You can answer.

12             A.  Like I keep mentioning, Ishaque

13        was the person that was running the

14        dealership, and to my knowledge, Jory was

15        one of the owners.  But the person that was

16        in charge was Ishaque.

17             Q.  Do you believe he could fire

18        employees, Jory?

19             A.  He was one of the owners.

20                   MR. KATAEV:  Objection.

21             A.  He was one of the owners and has

22        the power to do so.

23             Q.  Do you know Deana Jennings, and

24        if so, how are you familiar with her?

25             A.  She was --- she worked at
```

```
 1                    Andris Guzman
 2         Hillside Auto Outlet.
 3                    Q.  Do you recall when she stopped
 4         working for Hillside?
 5                    A.  I don't recall.
 6                    Q.  Did she stop working at Hillside
 7         Auto Outlet before you left Hillside or
 8         after you left Hillside?
 9                    A.  I don't recall the timeframe
10         either.
11                    Q.  Do you recall what her position
12         was?
13                    A.  I believe, if I'm not mistaken,
14         controller.
15                    Q.  As the controller, what were her
16         responsibilities?
17                    A.  I am not familiar with the term
18         of responsibilities.
19                    Q.  Did you have any interaction
20         with her while you were the sales manager
21         and general sales manager at Hillside?
22                    A.  Very few times we spoke, job-
23         related.
24                    Q.  Was she at Hillside Auto Outlet
25         on a day-to-day basis?
```

```
 1                      Andris Guzman

 2                           MR. KATAEV:  Objection.

 3                      Vague, you can answer.

 4                      A.  I don't recall.

 5                      Q.  Did she work for both Hillside

 6      Auto Outlet and Hillside Auto Mall at the

 7      same time?

 8                      A.  I don't have that information

 9      and I'm not able to answer that.

10                      Q.  When is your birthday?

11                      A.  My birthday?

12                      Q.  Yes.

13                      A.  You want the day, year, and

14      month, everything?

15                      Q.  Correct.

16                      A.  07, which is July 25th, 1993.

17                      Q.  Are you familiar with David

18      Baron?

19                      A.  He was -- yes, yes.

20                      Q.  How are you familiar with him?

21                      A.  David Baron, he used to be one

22      of the owners.

23                      Q.  How about Josh Aaronson?

24                      A.  Josh Aaronson was one of the

25      owners as well.
```

```
 1                    Andris Guzman
 2                    Q.  To your knowledge, did David
 3      Baron have the power to hire employees?
 4                    A.  I wasn't the person in charge of
 5      the dealership when he came to operations,
 6      he would be the person to hire that would
 7      determine those positions.
 8                    Q.  But, David Baron who passed
 9      away, did he have the power to hire and fire
10      employees?
11                    A.  They were one of the owners, you
12      mean?
13                    Q.  I mean, how about Josh Aaronson,
14      is your answer the same which is that as one
15      of the owners he had the power to hire and
16      fire employees?
17                         MR. KATAEV:  Objection to
18                           the form.
19                    A.  He was one of the owners also.
20                    Q.  Is that a yes?
21                         MR. KATAEV:  Objection.
22                      You can answer.
23                    A.  Yes, yes.
24                    Q.  With regard to my previous
25      question about David Baron, is your answer
```

```
 1                    Andris Guzman
 2         that he did have the power to hire and fire
 3         employees, is that also a yes?
 4                         MR. KATAEV:  Same
 5                     objection.  You can answer.
 6              A.  Yes, he was one of the owners.
 7              Q.  While you were working at
 8         Hillside, were you frequently at the podium?
 9              A.  At the podium?  When you say
10         ''podium,'' is at the podium stage, that you
11         mean which is within the location at the
12         dealership?
13              Q.  Yes.
14              A.  Yes, yes.  I am familiar with
15         the podium.
16              Q.  During your time working at
17         Hillside, have you ever seen Ishaque provide
18         his Dealertrack password to Leticia?
19              A.  No.
20              Q.  Have you ever seen Ishaque train
21         Leticia personally on the Dealertrack
22         system?
23              A.  Repeat that again.  What was the
24         question?
25                         MS. TROY:  Ms. Court
```

```
 1                    Andris Guzman
 2                         reporter, if you don't mind
 3                         reading back the last
 4                         question.
 5                         (The reporter read back the
 6                         last question)
 7                    A.  No.
 8                    Q.  At any time, have you seen
 9       Leticia use the Dealertrack system to help
10       run the credit for Hillside Auto customers?
11                    A.  No.
12                    Q.  Were there any other posters at
13       Hillside Auto?
14                    A.  What posters, what do you mean
15       by ''posters?''
16                    Q.  For instance, are there any
17       posters about the minimum wage?
18                    A.  Sure.  I mean every business has
19       it, it's supposed to have a poster of
20       minimum wage.  I don't remember where it
21       was, but I am pretty sure yes, we did.
22                    Q.  What type of posters are at the
23       store?
24                    A.  I don't know right now.  I've
25       been out of the store a few years, so I
```

```
 1                     Andris Guzman
 2          don't know.
 3                     Q.  Do you currently work for any of
 4          the individually named defendants?
 5                     A.  If I work for any of them?
 6          Right?
 7                     Q.  Yes.
 8                     A.  No.
 9                     Q.  To your knowledge, did Hillside
10          Auto have any written policies regarding
11          discrimination?
12                     A.  At that time I believe we did.
13                     Q.  What was that policy?
14                     A.  That discrimination is not
15          allowed.
16                     Q.  Do you recall when Ishaque
17          traveled from the United States to Pakistan
18          in 2018?
19                     A.  I don't have the exact dates.
20                     Q.  Do you recall if Ishaque
21          continued to work at Hillside Auto, or did
22          he take a break before leaving to Pakistan
23          from the United States?
24                     A.  I'm sorry.  What was that?
25          When?
```

```
 1                    Andris Guzman
 2          Q.  In 2018.
 3          A.  (No response)
 4                    MR. KATAEV:  Let the
 5                    record reflect, and that
 6                    probably was not heard, but
 7                    the witness said ''I don't
 8                    understand the question.''
 9          Q.  Without revealing the contents
10     of the communications with your attorney,
11     for how long did you speak with your
12     attorney in preparation for today's
13     deposition?
14                    MR. KATAEV:  Asked and
15                    answered.  You can answer the
16                    question. Objection to that.
17          A.  We met a few days ago.
18          Q.  The question is: for how much
19     time?
20          A.  I don't have any specific time.
21     I mean, it could have been 30 minutes, 1
22     hour or 2 hours.  I don't have the specific
23     time.
24          Q.  Have you ever interviewed any
25     prospective employees at Hillside Auto?
```

```
 1                    Andris Guzman
 2                    A.   Not that I recall, I was not in
 3          charge of hiring employees. I was not the
 4          general manager.
 5                    Q.  Are you familiar with a DMV
 6          clerk named Lily?
 7                         MR. KATAEV:   Objection to
 8                         relevance.  You can answer.
 9                    A.  I can't recall.  It's been a few
10          years.
11                    Q.  Do you recall in 2018 that the
12          DMV clerk Lily left Hillside Auto because
13          she was pregnant?
14                    A.  I don't recall.
15                    Q.  Do you recall Ishaque
16          disciplining Lily who was pregnant at the
17          time?
18                    A.  I don't recall.
19                         MR. KATAEV:   Objection as
20                         to relevance to this entire
21                         line of questioning.  You can
22                         answer.  You already
23                         answered.
24                    Q.  Do you recall Lily's last name?
25                    A.  I don't recall her last name.
```

```
 1                    Andris Guzman
 2                    MR. KATAEV:  The witness
 3               just told me that he needs to
 4               use the restroom.
 5                    MS. TROY:  Sure.  Is 10
 6               minutes good for you?
 7                    THE WITNESS:  Yes.  Just
 8               to use the bathroom.
 9                    MS. TROY:  We can come
10               back at 12:20 and you guys
11               can also move to the
12               conference room.
13                    MR. KATAEV:  Thank you.
14               (A recess was taken from
15               12:00 until 12:10 p.m.)
16                    MS. TROY:  Ms. Court
17               reporter, can you read back
18               the last question.
19               (The reporter read back the
20               last question)
21                    MR. KATAEV:  Are you
22               ready?
23                    THE WITNESS:    Yes, I am
24               ready.
25          Q.  Do you recall a robbery that
```

```
 1                          Andris Guzman

 2          took place at Hillside Auto?

 3                          A.  I don't recall right now.

 4                          Q.  What was Leticia Stidhum's

 5          position, was it a salesperson?

 6                                MR. KATAEV:  Objection to

 7                          the form.  You can answer.

 8                          A.  Yes.

 9                          Q.  What were her responsibilities

10          as a car salesperson?

11                          A.  The responsibility is to sell

12          cars.

13                          Q.  Was she ever promised a sales

14          manager position?

15                          A.  I have no information of that.

16                          Q.  What was the relationship

17          between Ishaque and Leticia?

18                          A.  What do you mean by

19          ``relationship?''

20                          Q.  Can you describe their working

21          relationship.

22                          A.  Ishaque was the supervisor,

23          meaning the manager, the person in charge,

24          and she was an employee.

25                          Q.  Did Ishaque ever call Leticia
```

```
 1                       Andris Guzman
 2           his ''daughter?''
 3                       A.  I don't recall the specifics of
 4           that.
 5                       Q.  Do you recall why you left
 6           Hillside?
 7                       A.  Pursuing better employment
 8           opportunities.
 9                       Q.  Do you recall how much car
10           salespeople were paid?
11                       A.  No.  I was not in charge of the
12           money.
13                       Q.  Were they paid a wage along with
14           some amount of commission?
15                       A.  I don't recall their payment
16           structure.
17                       Q.  While you were working at
18           Hillside Auto, was there a board where the
19           car salespeople would tally the number of
20           cars that they sold for the month?
21                       A.  I don't recall.
22                       Q.  How did Hillside Auto verify the
23           pay for the car salespeople?
24                       A.  I don't remember the specifics
25           right now.
```

```
 1                        Andris Guzman
 2                        Q.  Do you recall how many cars
 3        Leticia sold?
 4                        A.  I don't recall how many cars she
 5        sold.
 6                        Q.  Did you run the credit for
 7        customers back at Queens Auto Mall as well?
 8                        A.  No.
 9                        Q.  You began running the credit for
10        the cars, the customers at Hillside Auto; is
11        that correct?
12                        A.  When you say run the credit,
13        that means managers having access?
14                        Q.  Did --
15                        A.  (Continuing) The managers were
16        the ones that could check people's
17        information and profile.
18                        Q.  You are talking about managers
19        who can check people's information and
20        profile.  Who were those people at Hillside
21        Auto while you were working there?
22                        A.  Are you asking who were the
23        managers back then when I used to work, is
24        that the question?
25                        Q.  Yes, let's start from there,
```

```
 1                    Andris Guzman

 2      yes.

 3                    A.   I remember it was me, there was

 4      Ishaque, there was Serge, there was

 5      Jeanique.  I don't recall anyone else after

 6      that.

 7                    Q.   Did each of them actually check

 8      the customer's information and profile on a

 9      day-to-day basis?

10                    A.   What I remember is that

11      everybody had access to do so.

12                    Q.   How often would you use the

13      Dealertrack system to check customer's

14      information and profiles?

15                    A.   How often?

16                    Q.   Correct.

17                    A.   That was part of the job, it was

18      daily.  It was Dealertrack, it was actually

19      what got used daily, meaning in the

20      dealership.

21                    Q.   Did Ishaque use Dealertrack

22      daily?

23                    A.   Every manager used Dealertrack

24      daily.

25                    Q.   Did Serge use Dealertrack daily?
```

1              Andris Guzman

2              A.  Every manager used Dealertrack

3      daily, yes.

4              Q.  What about Jeanique as well,

5      before she left, correct?

6              A.  Correct.

7              Q.  At Hillside Auto, were car

8      salespeople given performance evaluations?

9              A.  I don't understand the question.

10             Q.  Were there performance

11     evaluations given to Hillside Auto car

12     salespeople?

13             A.  I don't recall right now the

14     specifics.

15             Q.  But, to your knowledge, were

16     they ever given?

17             A.  I don't remember a specific time

18     at this moment.

19             Q.  Do you recall if Leticia was a

20     top salesperson at the time?

21                  MR. KATAEV:  Objection.

22                  Asked and answered.  You can

23                  answer the question.

24             A.  I remember she was good, but I

25     just don't recall the specific numbers.

```
 1                    Andris Guzman
 2                    Q.  Do you recall why Leticia
 3        Stidhum left Hillside Auto?
 4                    A.  I don't know the specifics of
 5        why she left the company.
 6                    Q.  At the time when she left
 7        Hillside Auto, was she pregnant?
 8                    A.  I have no knowledge that she was
 9        pregnant.  I don't recall.
10                    Q.  Did she ever bring a sonogram of
11        her pregnancy to the dealership?
12                    A.  I don't recall ever seeing a
13        sonogram.
14                    Q.  Did she ever tell you that she
15        was pregnant?
16                    A.  I don't remember being told that
17        she was pregnant.
18                    Q.  Are you familiar with VIN
19        Solutions?
20                    A.  That is the tool for customer
21        information, yes.
22                    Q.  To your knowledge, does VIN
23        Solutions underreport the number of cars
24        that were sold at Hillside Auto?
25                    MR. KATAEV:  Objection to
```

```
 1              Andris Guzman

 2                   the form.  You can answer.

 3         A.   What was the question?

 4                   MS. TROY:  Ms. Court

 5                   reporter, if you don't mind

 6                   reading back the question to

 7                   the witness.

 8                   (The reporter read back the

 9                   last question)

10                   MR. KATAEV:  Objection.

11                   Assumes facts not in

12                   evidence, but you can answer.

13         A.   VIN Solutions, to my knowledge

14    does report customer information, and you

15    will have some record of people that bought

16    vehicles.  On how accurate it is, I'm not

17    sure.  I haven't used VIN Solutions in

18    years.

19         Q.   To your knowledge, does VIN

20    Solutions automatically mark leads as ''lost''

21    after a certain period of time?

22         A.   I don't recall.  I haven't used

23    VIN Solutions in years.

24         Q.   On the sales floor itself while

25    you were working as a general sales manager,
```

```
 1                    Andris Guzman
 2         was it typically you and Ishaque who put in
 3         the customer information into Dealertrack?
 4                    A.  Do you mean for us to get the
 5         customer information and submit it to the
 6         bank?
 7                    Q.  Right.
 8                    A.  Yes.
 9                    Q.  Go ahead.  Finish.
10                    A.  What I'm saying is the
11         Dealertrack was a manager tool.  So,
12         whatever information that was needed to do
13         the deal, Dealertrack is the salesperson --
14         that will be in that information.
15                    Q.  After the salespeople brought
16         the information back, who would enter it
17         into Dealertrack?
18                    A.  The managers (indicating) we did
19         come at that time.
20                    Q.  Who would be the people who
21         would enter it into Dealertrack?
22                    A.  I was one of them or any of the
23         managers, they had access to do so.
24                    Q.  Typically, was it you and
25         Ishaque?
```

```
 1                    Andris Guzman
 2              A.  I would be involved in it a lot
 3        of time, correct, yes.
 4              Q.  Would Ishaque sometimes use the
 5        Dealertrack to enter the information brought
 6        back by the car salespeople as well?
 7              A.  He had the access to do it.
 8              Q.  Did he use the Dealertrack
 9        because he had access to it?
10              A.  Yes.  He used Dealertrack, he
11        was the person in charge, and as the person
12        in charge, you have access to everything,
13        every tool to do everything.
14              Q.  Do you recall changing the
15        password to Dealertrack when Ishaque went
16        back to Pakistan in 2018?
17              A.  I don't recall.  Also, I just
18        want to add, I didn't even have that access,
19        you cannot just change people's passwords.
20                    MS. TROY:  Let's take a
21                    half an hour break and we
22                    will come back at 1:10.
23                    MR. KATAEV:  We're going
24                    to be going out for lunch,
25                    and it probably will take 45
```

```
 1                    Andris Guzman
 2                    minutes. I'm not sure if we
 3                    will make it back on time.
 4                        MS. TROY:  That is fine.
 5                    So, 1:20 or 1:25 is fine.
 6                    (A recess was taken from
 7                    12:40 p.m. until 1:24 p.m.)
 8               Q.  To your knowledge, did Leticia
 9          help with the license plates, meaning once
10          the customer got the car there was a license
11          plate registration?
12               A.  In what regard, because part of
13          the sales process is getting -- what's the
14          meaning of getting the plates?  It has to be
15          done by the Department of Motor Vehicles.
16          There was a process that the salesperson was
17          supposed to do to make sure that their
18          customer got plates.
19               Q.  Do you remember the process?
20               A.  Not only I, Leticia, everybody
21          was part of the sales process.
22               Q.  What was the sales manager's
23          role in that process for the license plates?
24               A.  Repeat the question.
25               Q.  You just described what the job
```

```
 1                    Andris Guzman
 2          responsibilities are for the salesperson in
 3          obtaining the license plates.
 4                My question for you is: what is the
 5          sales manager's responsibility for that
 6          portion?
 7                    A.  We just make sure that the
 8          vehicles get registered.  One of the things
 9          gets issued by the Motor Vehicles, of
10          course.
11                    Q.  Is there a division of labor
12          between the car salespeople and the sales
13          manager with respect to the registration of
14          the license plate with the DMV?
15                    A.  I am not understanding your
16          question.
17                    Q.  What are the responsibilities of
18          the car salespeople versus the sales manager
19          for the license plate registration with the
20          Department of Motor Vehicles?
21                    A.  Collectively, we make sure that
22          we get all of the information that is
23          required so that the customer can be able to
24          purchase the vehicle, I registered the
25          vehicle that they are purchasing.
```

```
 1                    Andris Guzman
 2                    Q.   What would the sales managers do
 3         that the car salespeople did not do with
 4         regard to the car registration process?
 5                    A.   We would make sure that the
 6         process is being done.
 7                    Q.   Are you familiar with Auto
 8         Funds?
 9                    A.   Auto Funds is -- yes, I have
10         used Auto Funds before.  I have used Auto
11         Funds before but it's been a few years.
12                    Q.   To your knowledge, what is Auto
13         Funds?
14                    A.   Auto Funds is related to the
15         website.  It's a management tool for the
16         website, to my knowledge, of course.  I am
17         not too familiar with it; I haven't used it
18         in years.
19                    Q.   Who has access to Auto Funds at
20         Hillside Auto?
21                    A.   I don't recall to what extent we
22         did use it, I don't remember the details.
23                    Q.   Do you recall if Leticia had
24         access to Auto Funds?
25                    A.   I don't recall.
```

1              Andris Guzman

2              Q.  Besides texting with Leticia,

3    have you ever emailed her while you were

4    working as the sales manager or the general

5    sales manager at Hillside Auto?

6              A.  I don't recall.

7              Q.  Have you ever called her or has

8    she ever called you?

9              A.  I don't recall any specific

10   conversations.  I mean, we might have spoken

11   about work-related duties during the working

12   hours.  But, I don't remember the specifics

13   of that.

14                   MS. TROY:  Demand Number

15                   18 will be for the text

16                   messages and emails and any

17                   other written communications

18                   between Andris Guzman and

19                   Leticia Stidhum.

20                   Demand Number 18 and the

21                   period is May of 2018 through

22                   January of 2019.

23                   Demand Number 18 will be

24                   for the call log of Andris

25                   Guzman, and specifically the

```
 1                    Andris Guzman

 2                         time would be again May of

 3                         2018 to January of 2019.

 4                              I'm asking for all of the

 5                         information other than the

 6                         calls placed to plaintiff,

 7                         the named defendants, the

 8                         named defendants and the

 9                         corporate representatives of

10                         the corporate defendants can

11                         be redacted.  With respect to

12                         the individual defendants as

13                         well as the corporate

14                         representatives, all

15                         information prior to December

16                         of 2018 can also be redacted.

17                              Demand umber 19 would be

18                         the text messages and email

19                         communications between Andris

20                         Guzman and any of the named

21                         defendants, which includes

22                         the corporate representatives

23                         of the corporate defendants,

24                         and it would be text messages

25                         specifically by Leticia
```

```
 1                    Andris Guzman
 2                         Stidhum on or about the terms
 3                         that were included in the
 4                         original document production
 5                         responses.  Certainly,
 6                         pregnancy discrimination-
 7                         related text messages.
 8                              MR. KATAEV:  Please
 9                         follow-up in writing. Thank
10                         you.
11                    Q.  Mr. Guzman, during this
12         deposition, did you look at any notes or
13         papers to assist you in responding to any of
14         my questions?
15                    A.  No.
16                    Q.  During this deposition, except
17         during on break, did you communicate with
18         your attorney via text message or any other
19         means?
20                    A.  I don't have my phone with me.
21                    Q.  While you were answering
22         questions, from time to time you would look
23         away from the screen; what were you looking
24         at?
25                              MR. KATAEV:  Objection.
```

```
 1                      Andris Guzman
 2                          You can answer the question.
 3                  A.  Nothing specifically.
 4                  Q.  During such time, were you
 5       looking at any notes or any other written
 6       text messages?
 7                  A.  No.
 8                  Q.  Do you agree that during the
 9       remainder of this deposition, except for the
10       documents that I'll be showing you on the
11       screen, that you will not be reviewing any
12       notes?
13                  A.  Reviewing any notes?  No.  I
14       wouldn't, I'm not reviewing any notes
15       whatsoever.
16                      MS. TROY:  Ms. Court
17                          reporter, let's mark the next
18                          exhibit, which should be
19                          Plaintiff's Exhibit 16.
20                          Let's also mark Plaintiff 17
21                          and Plaintiff's 18.  Number
22                          18 will be the text messages
23                          between Andris Guzman and
24                          Leticia Stidhum.  It is
25                          Defendants 1908 to 1961.
```

```
 1                    Andris Guzman
 2                         (Plaintiff's Exhibit 17 and
 3                         18 marked for
 4                         identification.)
 5                    Q.  Mr. Guzman, do you recognize
 6        what I am showing you on this screen right
 7        now?
 8                    A.  Yes.
 9                    Q.  What do you recognize this to
10        be?
11                    A.  These are conversations through
12        text.
13                    Q.  You mentioned earlier that you
14        were looking at some messages.  Were these
15        included in the text messages that you
16        reviewed?
17                    A.  Yes.
18                    Q.  To your knowledge, is it true
19        and accurate?
20                    A.  What part?
21                    Q.  Let's start from is this a true
22        and accurate representation of the text
23        messages that you have on your phone between
24        yourself and Leticia?
25                    A.  Based on what I see on the
```

```
 1                    Andris Guzman

 2        portion that I am being shown right now,

 3        yes.  I am not able to see everything, so

 4        I'm not able to answer.

 5                    Q.  Is this the first time that you

 6        are seeing the text messages in the version

 7        that I am showing you on the screen; in

 8        other words as an extracted Decipher app?

 9                    A.  You are showing it to me in PDF,

10        if I'm not mistaken?

11                    A.  Right.  The question is from the

12        phone, it's going to look differently.  So,

13        my question is: have you ever seen this PDF

14        format before?

15                    A.  Not that I remember.

16                    Q.  There are 13 pages to the text

17        message and I'm going to scroll down.  I'm

18        asking you to just take a look at it and let

19        me know after reviewing those 13 pages if it

20        is a full and accurate representation of the

21        text messages that you had between yourself

22        and Leticia Stidhum?

23                    A.  Okay.

24                    (The witness peruses)

25                    MS. TROY:  Let's go off
```

```
 1                     Andris Guzman
 2               the record.
 3               (A discussion was held off
 4               the record)
 5                    MS. TROY:  I am showing
 6               the witness pages 1 through
 7               13 and I'm going to flip
 8               through them.
 9                    Let the record reflect
10               that it is the first 13 pages
11               of this first exhibit Bates
12               stamped D1708 through 2910
13               and I am showing it to the
14               witness right now to review.
15               (The witness peruses)
16          Q.  Mr. Guzman, can you just review
17     those 13 pages and when you are done let me
18     know.
19          I'm just asking you, yes or no, does
20     this accurately reflect the text messages
21     between you and Leticia on your phone.
22                    A. (The witness peruses)
23     Yes. This reflects the information on the
24     text messages.
25                    Q.  Now, I am going to turn your
```

```
 1                    Andris Guzman
 2         attention to page 3 of Plaintiff's Exhibit
 3         18 which is also marked as defendant's
 4         document production D1910.
 5                    A.  Yes.
 6                    Q.  I'm going to draw your attention
 7         to the text message with the date and time
 8         of July 19th, 2018 at 11:39 a.m.
 9                    A.  Yes.
10                    Q.  Does this refresh your
11         recollection about whether Leticia Stidhum
12         had access to Auto Funds?
13                    A.  I'm not sure if she had access.
14         I know that I never gave anyone access to
15         the management tools.
16                    Q.  To your knowledge, did she ever
17         have access or obtain access to Auto Funds
18         from you?
19                    A.  Not from me.
20                    Q.  How about anyone else?
21                    A.  I wouldn't know.
22                    Q.  I'm going to now direct your
23         attention to page 5 which was also marked as
24         defendant's document production D1912.
25         Specifically, the date and time is December
```

```
1                     Andris Guzman

2        23rd of 2018 at 2:35 p.m.  That was the last

3        message on the page.

4                     A.  Yes.

5                     Q.  It says ``do you want me to run

6        the credit while you finish up my question

7        for you?''  Does it refresh your recollection

8        about whether Leticia ever had access to

9        Dealertrack?

10                    A.  I never gave Leticia access to

11       Dealertrack.  I would not give -- I did not

12       have the authority to give any management

13       tools to salespersons, to salespeople.

14                    Q.  Isn't it true that Leticia

15       would've had to have access to Dealertrack

16       in order to run the credit of the customer?

17                    A.  Run the credit of the customer

18       was part of the sales process of purchasing

19       the vehicle.  Only managers were supposed to

20       have access to Dealertrack.

21                    Q.  Is it true that only the

22       managers are supposed to run the credit of

23       the customers through the Dealertrack

24       software?

25                    A.  Correct, managers.
```

```
 1                    Andris Guzman
 2               Q.  Isn't it true that at least for
 3      some time while you were working at Hillside
 4      Auto Outlet that Leticia was given that
 5      ability to run the credit on the Dealertrack
 6      software?
 7                         MR. KATAEV:  Objection.
 8                       Asked and answered.  You can
 9                       answer it again.
10               A.  I never gave Leticia access to
11      Dealertrack.
12               Q.  Right, but please focus on my
13      question.  My question is not if you gave
14      Leticia access to Dealertrack personally.
15      My question is if she would've had access to
16      the Dealertrack system, if she had to have
17      access to the DealerTrack system to run the
18      credit of the customer.
19               A.  Not to my knowledge.
20               Q.  At any point, were you part of
21      the announcement that Leticia gave at
22      Hillside Auto announcing her pregnancy on
23      the sales floor?
24                         MR. KATAEV:  Objection.
25                       Asked and answered, you can
```

```
 1                        Andris Guzman
 2                   answer it again.
 3              A.  Can you repeat the question?
 4                   MS. TROY:  Ms. Court
 5                   reporter, can you read back
 6                   the last question.
 7                   (The reporter read back the
 8                   last question)
 9              A.  I don't recall.  I never recall
10         ever hearing that she was pregnant.
11              Q.  When did you first find out that
12         Leticia was pregnant?
13                   MR. KATAEV:  Objection.
14                   Asked and answered.  You can
15                   answer the question.
16              A.  I never got a confirmation that
17         she was pregnant.
18              Q.  When you say that you ''never got
19         the confirmation,'' what does that mean?
20              A.  You are saying while she was at
21         work, if I ever found out that she was
22         pregnant?  Was that the question?
23              Q.  Let's start from there, correct.
24              A.  That's what I'm saying, I never
25         got that information that she was pregnant.
```

```
1                      Andris Guzman

2             Q.  In other words, during your time

3       at Hillside Auto Outlet you never knew that

4       she was pregnant?

5             A.  Correct, I did not get that

6       information.  If anything, if I would -- it

7       wouldn't have made a difference, I would've

8       given her the same -- I would've given her

9       the same treatment.

10                      MR. KATAEV:  When the

11                      court reporter asks you to

12                      repeat it, she wants just the

13                      exact words, not an

14                      explanation.

15            Q.  What would you describe your

16      treatment of Leticia Stidhum to be?

17            A.  Like everybody else, fair.

18            Q.  Was there ever a time when you

19      prioritized the other car salespeople's

20      information in terms of the financial

21      information to input it into the Dealertrack

22      system over Leticia's customers?

23            A.  I have always been fair when it

24      comes to distribution and how I approach the

25      customer.  It is first come, first serve
```

```
 1                    Andris Guzman

 2        basis, no preference.

 3                    Q.  Was there ever a time when you

 4        prioritized other car salespeople's

 5        customers over Leticia's?

 6                    A.  No.

 7                         MR. KATAEV:  Objection.

 8                         Asked and answered on that

 9                         one.

10                    Q.  Was there ever a time when you

11        or Leticia were disciplined by Ishaque?

12                    A.  Not that I recall.

13                    Q.  Was there ever a time when

14        Leticia Stidhum's customers would walk out

15        as a result of a long wait time?

16                    A.  I don't recall.

17                    Q.  Do you recall if Leticia sold

18        less cars in December and January as a

19        result of the longer wait time?

20                    A.  I don't recall the specific

21        numbers.  But, in this line of work, I'm

22        going to add something, in terms of

23        performance, in this line of work --

24                         MS. TROY:  Let's just

25                         focus on my question, please.
```

1          Andris Guzman

2              Q.  My question is: between December

3      of 2018 and January of 2019, yes or no, did

4      Leticia Stidhum sell less cars?

5              A.  I don't recall, because people

6      do not sell the same amount of cars every

7      month.  Everything is subject to change such

8      as the holidays, the slower and faster

9      seasons, not everybody sells the same amount

10     of cars every month with the same numbers.

11             Q.  Between December of 2018 and

12     January of 2019, did Ms. Stidhum, Leticia

13     Stidhum constantly call your attention to

14     how long the customers would need to wait?

15             A.  I don't recall, but it was a

16     known fact that everybody had to wait

17     because there is a long waiting process to

18     purchase a vehicle.

19             Q.  At the time, did the car

20     salespeople include David Manrique, David

21     Parsons and Sean or Shane?

22             A.  I remember those names, they did

23     work at Hillside Auto.

24             Q.  Were you ever disciplined by

25     Hillside Auto Outlet?

```
 1                      Andris Guzman
 2              A.  I was never disciplined, no.  I
 3      don't recall, but I used to do my job the
 4      right way.  So, I did not.
 5              Q.  As part of this litigation
 6      process your attorney provided some
 7      responses.  We're going to go over some of
 8      those responses.
 9           Before I do that, I just have a couple
10      of questions for you.  Number 1, did you
11      review the responses to the Interrogatories,
12      both the original and the supplemental
13      Interrogatories before you signed?
14              A.  Yes, I believe I reviewed them
15      with Deana.
16              Q.  When did you review them with
17      Deana?
18              A.  I don't remember the first time.
19              Q.  Was it this year?
20                   MR. KATAEV:  Objection.
21                      Asked and answered.  You can
22                      answer the question.
23              A.  Sometime last year and I don't
24      remember the specific time.  I would be
25      lying to you, I don't remember.
```

1          Andris Guzman

2          Q.   To your knowledge, is everything

3     in the Interrogatories and supplemental

4     Interrogatories correct?

5          A.   In the litigation documents, if

6     the answers that were provided -- if the

7     answers are correct, is that the question?

8          Q.   Yes.

9          A.   Based on my knowledge, what I

10    reviewed, the answers are correct on the

11    litigation.

12         Q.   Do you have any knowledge about

13    the ownership shares of Hillside Auto Outlet

14    and Hillside Auto Mall?

15         A.   Yes, it was included in the

16    documents.

17         Q.   What is your basis of that

18    knowledge?

19              MR. KATAEV:   Objection to

20                   the form.   You can answer.

21         A.   The basis of the knowledge is

22    when the documents were shown to me, it had

23    information related to who were the owners

24    of the company.

25         Q.   In other words, did you review

```
 1                      Andris Guzman
 2      additional documents to ascertain the
 3      responses that were given, if they were true
 4      and accurate?
 5                    A.  Can you repeat that again?
 6                         MS. TROY:  Ms. Court
 7                         reporter, can you read back
 8                         the last question.
 9                         (The reporter read back the
10                         last question)
11                    A.  If I reviewed any additional
12      documents to make sure that it was accurate,
13      is that your question?
14                    Q.  Yes.
15                    A.  There was a lot of documents
16      that I saw, but I am not too specific.  I am
17      not too sure of the documents that you might
18      be looking for.  I don't know.
19           MS. TROY:  Let's mark Plaintiffs 19.
20                         (Plaintiffs Exhibit 19 marked
21                         for identification)
22                    Q.  Mr. Guzman, do you recognize
23      this signature as yours?
24                    A.  Yes.
25                    Q.  As part of the responses that
```

```
 1                    Andris Guzman

 2      were provided, there were additional

 3      responses called ''responses to document

 4      production requests,'' as well as

 5      supplemental responses to document

 6      production requests. Did you review those

 7      documents as well?

 8                    A.  Yes.

 9                    Q.  Did you review the documents

10      produced as part of the responses to the

11      document production requests?

12                         MR. KATAEV:  Objection.

13                    You can answer the question.

14                    A.  If I reviewed the documents?  I

15      reviewed some documents, yes.

16                    Q.  As part of the documents that

17      you reviewed, did they include any pay stubs

18      of the plaintiff?

19                    A.  Pay stubs?

20                    Q.  Correct.

21                    A.  I don't recall seeing pay stubs.

22                    Q.  Do you remember seeing records

23      on a month-to-month basis of the dealerships

24      aggregate number of cars sold as part of the

25      documents?
```

1          Andris Guzman

2               A.  I don't understand your

3     question.

4               Q.  So, do you recall that there was

5     a document produced, and my question is: do

6     you recall seeing the aggregate number of

7     cars sold on a monthly basis as part of the

8     documents that were produced; it's a yes or

9     no question?

10               A.  No, I don't recall seeing that.

11               Q.  How about the VIN Solutions

12     records, meaning the internal records kept

13     by the Business Development Center as well

14     as entered in by the car salespeople with

15     respect to the cars sold at Hillside Auto

16     Outlet; do you recall seeing those

17     documents?

18               A.  Not a specific document.

19               Q.  Do you recall if Ms. Stidhum was

20     owed any wages at the time when she left

21     Hillside Auto?

22               A.  I didn't control payments or the

23     money.

24               MS. TROY:  Mr. Guzman,

25               thank you very much for your

1                       Andris Guzman

2                              time.  This deposition stands

3                              adjourned.

4             [Time noted: 2:02 p.m.]

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2      WITNESS          EXAMINATION BY              PAGE

 3       Mr. Guzman     Ms. Troy
                                                      6
 4                       PLAINTIFF EXHIBITS

 5       Number             Description              PAGE

 6

 7        Ex 16        Photo I.D.                     6

 8                     (Deemed marked)

 9        Ex 17        (Text Messages)                97

10        Ex 18         Document Production D1910     101

11        Ex 19       Verification- Guzman            110

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1
 2                          REQUESTS
 3       Number              Description              PAGE
 4       18      Demand No. 18 is:                    94
 5                    MS. TROY: For the call
 6                    log of Andris Guzman, and
 7                    specifically the time would
 8                    be again May of 2018 to
 9                    January of 2019.
10                    I'm asking for all of the
11                    information other than the
12                    calls placed to plaintiff,
13                    the named defendants,
14                    the named defendants and
15                    the corporate representatives
16                    of the corporate defendants
17                    can be redacted.  With respect
18                    to the individual defendants
19                    as well as the corporate
20                    representatives, all
21                    information prior to December
22                    of 2018 can also be redacted.
23     19        Demand No. 19 is:                    95
24   MS. TROY:  The text messages
25                    and email communications
```

```
 1
 2                    between Andris Guzman
 3                    and any of the named
 4                    defendants, which includes
 5                    the corporate representatives
 6                    of the corporate defendants,
 7                    and it would be text messages
 8                    specifically by Leticia Stidhum
 9                    on or about the terms that were
10                    included in the original
11                    document production responses.
12                    Certainly, pregnancy
13                    discrimination-related
14                    text messages.
15
16
17
18
19
20
21
22
23
24
25
```

```
1
2        QUESTIONS MARKED FOR A RULING:      PAGE/LINE
3        (None)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1

2                    ACKNOWLEDEGMENT

3

4        STATE OF NEW YORK   )

5                           )s.s.

6        QUEENS COUNTY       )

7             I, ANDRIS GUZMAN, hereby certify

8        that I have read the transcript of my

9        testimony taken under oath in my deposition

10       of March 09, 2023; that the transcript is a

11       true, complete and correct record of my

12       testimony, and that the answers on the

13       record as given by me are true and correct.

14

15

16            _____

17                       ANDRIS GUZMAN

18

19       Signed and subscribed before me

20       this _____ day of _____, 2023.

21

22

23       _____

24            Notary Public

25

1

2                    C E R T I F I C A T E

3       STATE OF NEW YORK     )

4                             )s.s.

5       COUNTY OF NASSAU      )

6

7                    I, LYNN LUCKMAN, a Shorthand

8       Reporter and Notary Public within and for

9       the State of New York, do certify that;

10                   THAT the witness whose deposition

11      is hereinbefore set forth, was duly sworn by

12      me, and that such deposition is a true

13      record of the testimony given by such

14      witness.

15                   I further certify that I am not

16      related to any of the parties to this action

17      by blood or marriage; that I am in no way

18      interested in the outcome of this matter.

19                   IN WITNESS WHEREOF, I have

20      hereunto set my hand this 20th day of March,

21      2023.

22                   _Lynn Luckman_

23      _____

24                    LYNN LUCKMAN

25

```
 1   Errata Sheet

 2

 3   NAME OF CASE: LETICIA FRANCINE STIDHUM -against- CASE: 21- 161-10 HILLSIDE AUTO AVE

 4   DATE OF DEPOSITION: 03/09/2023

 5   NAME OF WITNESS: ANDRIS GUZMAN

 6   Reason Codes:

 7        1. To clarify the record.

 8        2. To conform to the facts.

 9        3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                              _____
```

**Exhibits**

**Ex 18 -**
 **Andris Guzman**
**Text Messages**
 101:2,3

---

**0**

**07** 74:16

---

**1**

**1** 79:21 100:6 108:10

**10** 67:11 81:5

**10:10** 6:11

**10:29** 14:6

**10:43** 28:9,13

**10:46** 29:24

**10:49** 29:25

**11102** 5:17 7:7

**11432** 5:15

**11:22** 49:15

**11:39** 101:8

**1230** 5:16 7:6

**12:00** 81:15

**12:10** 81:15

**12:20** 81:10

**12:40** 91:7

**13** 99:16,19 100:7, 10,17

**16** 5:25 6:2 97:19

**161-10** 5:14

**17** 97:20 98:2

**18** 94:15,20,23 97:21,22 98:3 101:3

**19** 95:17 110:19, 20

**1908** 97:25

**1961** 97:25

**1993** 74:16

**19th** 101:8

**1:10** 90:22

**1:20** 91:5

**1:24** 91:7

**1:25** 91:5

---

**2**

**2** 79:22

**2018** 23:7,17 50:12,25 51:17 65:17,21 78:18 79:2 80:11 90:16 94:21 95:3,16 101:8 102:2 107:3, 11

**2019** 17:22,24 65:21 94:22 95:3 107:3,12

**2020** 18:16

**21-CV-07163** 32:12

**23rd** 102:2

**24** 58:8

**25th** 74:16

**2910** 100:12

**2:02** 113:4

**2:35** 102:2

---

**3**

**3** 61:17 101:2

**30** 27:21 46:8 79:21

**30th** 5:16 7:6

**347** 22:13

---

**4**

**4** 61:17

**45** 90:25

**48** 58:8

---

**5**

**5** 50:17 101:23

---

**6**

**6** 61:17

---

**7**

**749-0633** 22:13

---

**8**

**8** 67:11

---

**9**

**9** 22:5

---

**A**

**A** 7:13 14:2 22:2 28:12 31:4 81:14 91:6 100:3

**A-N-D-R-I-S** 5:2

**a.m.** 6:11 28:9,13 49:15 101:8

**Aaronson** 74:23, 24 75:13

**ability** 103:5

**able** 30:22 32:24 48:25 56:18 58:9, 10,16,21,22 60:2, 4,8,10 64:7 65:12 70:24 74:9 92:23 99:3,4

**absolutely** 21:6

**accept** 39:17

**access** 52:22 57:5 62:18,21,22 63:9, 15 84:13 85:11 89:23 90:7,9,12,18 93:19,24 101:12, 13,14,17 102:8,10, 15,20 103:10,14, 15,17

**accomplished**

**35:23**

**accurate** 37:22 88:16 98:19,22 99:20 110:4,12

**accurately** 100:20

**actually** 24:23 25:23 57:15 59:18 85:7,18

**add** 90:18 106:22

**addition** 71:10,14

**additional** 45:2 46:9,13 53:3 57:10,17 59:4 110:2,11 111:2

**address** 5:13,16 6:16,18,20,21 7:5 50:15,19

**adjourned** 49:13 113:3

**adjusting** 6:23

**after** 5:3 18:3,10, 17 55:15,19 56:5, 11,24 59:23 60:16 61:6,12 73:8 85:5 88:21 89:15 99:19

**again** 29:13 31:6 33:5 35:10 36:23 37:6 43:20 47:25 76:23 95:2 103:9 104:2 110:5

**aggregate** 111:24 112:6

**ago** 17:20 19:16 46:8 79:17

**agree** 44:13 61:13 97:8

**ahead** 40:20 89:9

**alert** 57:21

**alerts** 57:21

**all** 7:2 21:6 23:24 29:13,19 41:20 43:22 45:15 47:6 52:23 56:13 61:2, 10,12 66:22 95:4, 14

**allow** 39:14

**allowed** 12:4 64:12 65:6 78:15

**along** 70:24 83:13

**already** 80:22

**also** 8:7 13:4 25:8 28:6 35:17 52:7 61:4 71:9,13,19 72:8 75:19 76:3 81:11 90:17 95:16 97:20 101:3,23

**always** 105:23

**am** 7:18 11:22 14:11 17:3 27:25 32:13 33:9,19 38:16 39:15 40:16, 17 41:13,17 46:4, 16 48:16 64:7 65:4 73:17 76:14 77:21 81:23 92:15 93:16 98:6 99:2,3,7 100:5,13,25 110:16

**amount** 83:14 107:6,9

**an** 10:8 20:2 23:11,19 34:7,21 37:19 56:10 60:8 82:24 90:21 99:8 105:13

**and/or** 25:3

**Andris** 5:1,11 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1,20 25:1 26:1 27:1 28:1,22 29:1 30:1 31:1 32:1 33:1,24 34:1, 3 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1

74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1,18,
24 95:1,19 96:1
97:1,23 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1

**announcement**
103:21

**announcing**
103:22

**another** 8:8 18:5
32:3 48:12 56:3
60:21 61:4 63:19
64:11 67:4

**answer** 7:24 8:19
9:11 10:4 22:17,23
23:3,14 26:14
27:7,12 28:2,25
35:4,12 37:25
39:13,25 40:2
53:17 54:12 61:16
62:14 64:4 65:8,25
66:20 67:9 69:18
70:2,10 71:22
72:11 74:3,9
75:14,22,25 76:5
79:15 80:8,22 82:7
86:23 88:2,12 97:2
99:4 103:9 104:2,
15 108:22 109:20
111:13

**answered** 26:24
27:23 35:7 40:3
47:8 53:16 65:24
71:21 79:15 80:23
86:22 103:8,25
104:14 106:8
108:21

**answering** 8:25
9:3 96:21

**answers** 41:25
109:6,7,10

**any** 10:15,20,22
15:7,24 16:8,11
17:7,11,13 18:22,
23 20:5,7,19

21:14,16 26:11
31:23 34:24 36:3
37:2,4 38:12 40:24
41:3 44:6,25 46:8,
21 48:6 49:21,24
50:4 53:3 57:17
59:4 65:5 73:19
77:8,12,16 78:3,5,
10 79:20,24 89:22
94:9,16 95:20
96:12,13,18 97:5,
11,13,14 102:12
103:20 109:12
110:11 111:17
112:20

**anybody** 21:22

**anymore** 59:17

**anyone** 11:3,9
69:7,9,11 85:5
101:14,20

**anyone's** 37:20

**anything** 20:22
21:2,3 43:23 44:6
46:15 57:10 105:6

**anywhere** 18:18
50:17

**apologize** 38:18

**app** 99:8

**appear** 11:21

**appearances**
31:16

**appearing** 11:14

**application**
56:10,11,12

**appraise** 60:22

**approach** 105:24

**approval** 57:14
59:2,6 60:18

**approved** 52:10
56:15

**around** 18:16
55:8

**arrested** 50:7

**ascertain** 110:2

**aside** 42:8 53:6

**ask** 7:24 8:13
29:15 41:2 44:22,

25 45:13,19 46:16

**asked** 12:10 26:24
34:13,19 35:5,7
36:25 39:23 40:11,
23 47:7 53:16
65:24 71:21 79:14
86:22 103:8,25
104:14 106:8
108:21

**asking** 9:2 12:7
17:3 42:3 48:16
84:22 95:4 99:18
100:19

**asks** 105:11

**assist** 96:13

**Assumes** 88:11

**assuming** 56:7
58:20 60:17 70:9

**Astoria** 5:17 7:6

**at** 8:23 11:21
15:14 16:13 17:16,
17,18 18:5,14
20:15,24 24:3,12
25:16 26:4,7 27:3
28:8,13 34:2,13,
18,20 35:9,18
38:25 41:19 42:5,
6,23 43:4 44:20
46:11 47:10 48:15
50:16,24 51:10,24
52:21 53:21 59:9
60:18 61:13,22
62:22 63:24 64:2,
6,25 65:2,17
66:12,14 67:3,4,
17,18 68:7,11
69:22 70:7,15
72:25 73:6,21,24
74:6 76:7,8,9,10,
11,16 77:8,12,22
78:12,21 79:25
80:16 81:10 82:2
83:17 84:7,10,20
86:7,18,20 87:6,24
89:19 90:22 93:19
94:5 96:12,24 97:5
98:14 99:18 101:8
102:2 103:2,3,20,
21 104:20 105:3
107:19,23 112:15,
20

**attendance** 14:7

**attending** 7:17

**attention** 101:2,6,
23 107:13

**attorney** 9:14,16
11:2,5,8 15:4 19:3,
6,12,20 33:23 46:7
49:18 79:10,12
96:18 108:6

**attorney/client**
26:10 34:23 42:15

**attorneys** 32:23
33:11 41:15

**August** 17:25
65:16

**authority** 48:7
102:12

**auto** 7:3 16:9 18:3
20:24 24:4,13
46:12 50:11,25
51:2,10 53:14,21
60:8 62:4 63:12,
17,22,25 64:2,6,
16,17 65:2,3,10,18
66:12,15 67:3,15,
18 68:9 70:15
73:2,7,24 74:6
77:10,13 78:10,21
79:25 80:12 82:2
83:18,22 84:7,10,
21 86:7,11 87:3,7,
24 93:7,9,10,12,
14,19,20,24 94:5
101:12,17 103:4,
22 105:3 107:23,
25 109:13,14
112:15,21

**automatically**
88:20

**available** 60:12

**Avenue** 5:14

**away** 75:9 96:23

**awhile** 21:11

___

**B**

**babysit** 33:11

**babysitting** 41:15

**back** 6:12 14:4
18:20 21:12 29:18
45:21,25 54:18,20

60:13 63:16 66:8,9
70:19 77:3,5
81:10,17,19 84:7,
23 88:6,8 89:16
90:6,16,22 91:3
104:5,7 110:7,9

**badger** 47:13

**badgering** 47:18
48:4

**bank** 56:16 57:10,
15,24 58:12,15,25
59:6 60:18 89:6

**banks** 52:9 56:21

**Baron** 24:16
35:16 36:18,19
70:6,11 71:4,18
74:18,21 75:3,8,25

**based** 34:22
59:11 98:25 109:9

**basis** 27:8 29:2
53:9 73:25 85:9
106:2 109:17,21
111:23 112:7

**Bates** 100:11

**bathroom** 81:8

**bear** 48:20

**because** 26:3
42:7 43:20 54:5
59:18 80:12 90:9
91:12 107:5,17

**becomes** 58:3

**been** 5:3 7:8
32:20,24 40:4 45:3
49:20 50:4,7,19
51:14 53:11,23
54:5 66:21 67:10,
11 69:21 77:25
79:21 80:9 93:11
105:23

**before** 7:9 8:25
10:13 17:15 29:19
33:2 37:17 50:8
54:23 56:19 62:11
66:25 67:3,6,14
73:7 78:22 86:5
93:10,11 99:14
108:9,13

**began** 50:25 51:8,
11 84:9

**beginning** 50:12, 14,16 63:11

**being** 21:22 31:10 32:5 33:15,19 38:16 51:24 53:6 87:16 93:6 99:2

**belief** 70:14

**believe** 17:25 19:17 23:5 41:9 70:18 71:6 72:4,17 73:13 78:12 108:14

**besides** 11:2,8 20:3 46:5 49:23 50:3,15 53:2 94:2

**better** 23:2 55:5 83:7

**between** 9:10 15:22 17:4 18:21 24:20 25:3,12,14 26:13 34:25 36:15 37:8 40:5 44:10 46:6,10 64:16 65:16,20 67:11 82:17 92:12 94:18 95:19 97:23 98:23 99:21 100:21 107:2,11

**biggest** 55:15 57:4

**birthday** 74:10,11

**board** 83:18

**bonus** 31:23 68:8

**both** 42:17 63:8 74:5 108:12

**bought** 52:2 53:7 88:15

**break** 9:6,10 14:20 49:16 69:15, 19 78:22 90:21 96:17

**bring** 87:10

**brought** 33:6 89:15 90:5

**bureaus** 58:7

**busier** 53:13

**business** 6:18,21 33:12 35:23 61:20

77:18 112:13

**busy** 12:17

**but** 8:9 11:17 12:15,19 15:13 22:23 23:19 38:24 40:18 43:17 44:8 53:16 54:4 55:14 58:20 61:16,19 64:7 66:22 67:22 70:23 72:4,15 75:8 77:21 79:6 86:15, 24 88:12 93:11 94:12 103:12 106:21 107:15 108:3 110:16

**buy** 55:15 56:2,7 58:10,16,20 64:10, 13 65:5

**buying** 52:23 61:4

————————

## C

**call** 9:9 27:9,24 28:3,12 31:9 45:21 46:25 48:12 58:13 82:25 94:24 107:13

**called** 43:2 64:22 94:7,8 111:3

**calling** 31:24 32:10

**calls** 21:8 48:23 57:24 66:19 95:6

**came** 75:5

**can** 6:24 7:4 8:22 9:10,22 12:14,22 13:2,4,12,24 14:17 15:10,16 16:14 22:16 23:14 27:9 33:12 35:22 40:19 44:19,24 45:4,24 48:20 53:17 54:11, 13 55:12 57:14 58:8,24 59:16 61:2 62:14 64:4,10,13 65:4,24 66:20 67:9 69:17,25 70:10 71:21 72:4,11 74:3 75:22 76:5 79:15 80:8,21 81:9,11,17 82:7,20 84:19 86:22 88:2,12

92:23 95:10,16 97:2 100:16 103:8, 25 104:3,5,14 108:21 109:20 110:5,7 111:13

**can't** 42:19,20 80:9

**cannot** 31:18 41:16 61:23 64:25 90:19

**car** 16:3 53:24 54:7 55:14 59:15 60:3,7,17,22 61:15 62:5 63:23,24 64:2,9,24 65:14 66:17 82:10 83:9, 19,23 86:7,11 90:6 91:10 92:12,18 93:3,4 105:19 106:4 107:19 112:14

**care** 42:9

**carefully** 11:7

**carries** 10:11

**cars** 52:2 53:8,13 61:20 64:5 65:17, 21 68:6 82:12 83:20 84:2,4,10 87:23 106:18 107:4,6,10 111:24 112:7,15

**case** 7:18 8:5,7,9 15:19,20 19:25 32:7,11 39:4 42:11,18 48:12 49:23,24

**cases** 31:20 43:13

**cash** 56:2,8

**center** 47:23 112:13

**certain** 88:21

**Certainly** 38:11 96:5

**change** 51:7 59:14 90:19 107:7

**changing** 90:14

**charge** 51:24 53:6 68:22 71:11,15 72:5,16 75:4 80:3 82:23 83:11 90:11,

12

**chase** 59:15

**check** 21:16,22 56:19 57:16 84:16, 19 85:7,13

**checked** 18:22 21:19,20 63:9

**checking** 17:6 21:14 55:21 63:3

**choose** 63:24

**civil** 49:21 50:4

**clearly** 8:19

**clerk** 30:4 31:15 80:6,12

**client** 29:7 35:2 37:14 38:2 42:22 55:13 57:24

**close** 39:16 50:2 63:18 65:11

**closed** 58:15

**co-** 60:10

**co-signer** 60:9,12

**code** 30:6

**Collectively** 92:21

**college** 50:22,23

**colloquy** 29:20

**come** 55:19 57:7 60:13 61:24 81:9 89:19 90:22 105:25

**comes** 55:2 58:19 59:3,23 105:24

**coming** 31:19

**commission** 83:14

**common** 64:20, 21,22

**communicate** 18:24 96:17

**communicated** 21:6

**communications** 15:3 17:7,12,14 21:15 34:25 79:10

94:17 95:19

**company** 87:5 109:24

**compel** 45:5

**complete** 54:9,23 56:10,14,18

**completely** 48:6

**completes** 56:12

**compliance** 60:25

**compliant** 57:9

**complies** 6:8 28:16 29:22

**computer** 30:20

**concern** 21:10 43:6 44:11 45:16 46:11 57:4

**conditions** 10:21, 22,25

**conference** 32:18 48:10 81:12

**confirm** 14:17

**confirmation** 104:16,19

**confirming** 14:12

**consider** 45:9

**considering** 55:14

**constantly** 107:13

**contacted** 32:20 33:20

**contained** 35:19

**contents** 15:2 79:9

**contesting** 39:6

**continue** 33:10

**continued** 52:18 78:21

**Continuing** 84:15

**contract** 61:9

**control** 58:17 60:5,15 61:23 112:22

**controller** 73:14, 15

**conversation** 25:5

**conversations** 26:12 94:10 98:11

**corporate** 13:10 14:9,10 95:9,10, 13,22,23

**correct** 22:10,12 26:18,19 52:20 63:6,15 64:6,23 70:21 74:15 84:11 85:16 86:5,6 90:3 102:25 104:23 105:5 109:4,7,10 111:20

**correctly** 54:15

**could** 10:16,23 16:25 20:15 59:18 61:17 67:10 72:17 79:21 84:16

**counsel** 47:11

**count** 49:25

**couple** 108:9

**course** 56:16 92:10 93:16

**court** 6:17 8:12,22 10:12 28:20 29:9, 21 31:7,12 32:13 35:22 36:6 37:11, 24 38:8,15,19 39:9,15,22 40:14, 20 41:6,11,13 43:7,11,15,18 44:5,15 45:12,18, 24 46:2,14,20 47:5,15 48:8,20,22 49:6,10 54:16 66:6 76:25 81:16 88:4 97:16 104:4 105:11 110:6

**cover** 34:11

**credit** 52:12,13, 15,18,22 57:16 58:4,22 60:7 62:19,24 63:3 77:10 84:6,9,12 102:6,16,17,22 103:5,18

**currently** 10:15, 21 78:3

**customer** 55:2,18 56:11 58:5 59:7, 12,20 61:11 63:24 64:9,25 87:20 88:14 89:3,5 91:10,18 92:23 102:16,17 103:18 105:25

**customer's** 63:10 85:8,13

**customers** 52:12, 14 62:20,25 77:10 84:7,10 102:23 105:22 106:5,14 107:14

**D**

**D1708** 100:12

**D1910** 101:4

**D1912** 101:24

**daily** 85:18,19,22, 24,25 86:3

**date** 19:23 51:9 101:7,25

**dates** 78:19

**daughter** 83:2

**David** 74:17,21 75:2,8,25 107:20

**day** 23:7,18 43:4 61:23 70:19 74:13

**day-to-day** 73:25 85:9

**days** 61:18 79:17

**deal** 32:3 54:9 89:13

**dealership** 17:16, 17,19 18:5,7 25:17 51:25 53:9 60:14 64:11,13 65:6 67:5,13 71:12,16 72:6,14 75:5 76:12 85:20 87:11

**dealerships** 64:8, 14 65:11,13 111:23

**Dealertrack** 62:8, 12,17,19,20,21,23, 25 63:9,14 76:18, 21 77:9 85:13,18, 21,23,25 86:2 89:3,11,13,17,21 90:5,8,10,15 102:9,11,15,20,23 103:5,11,14,16,17 105:21

**Deana** 13:9,12,20 14:8 24:4 72:23 108:15,17

**December** 95:15 101:25 106:18 107:2,11

**decide** 55:19 56:5,9 59:16 60:16

**Decipher** 99:8

**deemed** 6:3

**defendant** 5:3 28:7 34:3 36:14 43:2 44:10 46:10 49:24

**defendant's** 101:3,24

**defendants** 11:13 14:10 19:9,24 20:6,7,20 24:25 25:9 34:9 36:2,22 78:4 95:7,8,10,12, 21,23 97:25

**definitely** 33:7

**Demand** 22:5 94:14,20,23 95:17

**demands** 35:25

**Department** 64:12 65:7 91:15 92:20

**depending** 61:18

**deposition** 7:9, 19,23 11:4,10,22 12:5,14 14:19 15:5,8 28:11,23 31:25 32:23 33:16 34:2 36:10,18 37:10,18 43:3,5 45:8 49:11 50:16 79:13 96:12,16 97:9 113:2

**depositions** 37:15

**describe** 15:11, 16 16:14 82:20 105:15

**described** 53:2 91:25

**description** 17:2

**details** 15:13,18 66:22 93:22

**determine** 75:7

**Development** 112:13

**dial** 30:9

**didn't** 21:22 68:10 90:18 112:22

**difference** 105:7

**different** 23:18, 20,22,24 55:11,21 56:17 57:5 64:14

**differently** 99:12

**direct** 101:22

**directed** 29:7

**directing** 70:23

**directly** 71:2

**discipline** 69:3,5

**disciplined** 106:11 107:24 108:2

**disciplining** 69:11 80:16

**Discovery** 35:25

**discrimination** 8:5,7 78:11,14

**discrimination-** 96:6

**discuss** 49:17

**discussed** 53:4 59:22

**discussion** 7:13 14:2 22:2 31:4 100:3

**dispute** 33:6 38:20 43:14

**depositions** 37:15

**disputes** 32:25

**distribution** 105:24

**division** 92:11

**divorce** 49:25 50:3

**DMV** 60:24 80:5, 12 92:14

**do---** 15:14

**document** 38:6,9 61:13 96:4 101:4, 24 111:3,5,11 112:5,18

**documentation** 58:23 61:2

**documents** 15:7, 10,17,21,24 16:4, 5,7,8 97:10 109:5, 16,22 110:2,12,15, 17 111:7,9,14,15, 16,25 112:8,17

**does** 49:25 52:11 58:4 71:9,13 87:22 88:14,19 100:19 101:10 102:7 104:19

**doesn't** 11:18 44:11 59:13

**doing** 28:23

**don't** 6:23 8:24 9:20,22 10:3 15:12,17 16:16,24 19:13,21,22 20:12 21:11 24:10,17 29:12,16 30:24 38:9 42:9 44:9 47:21 48:13 49:25 53:10,18,23 54:4, 6,17 55:22 56:22 57:5 59:17,24 60:5,15 62:6 64:10 65:19 66:2,7,22 67:19,23,24 69:19 70:3,22,25 73:5,9 74:4,8 77:2,20,24 78:2,19 79:7,20,22 80:14,18,25 82:3 83:3,15,21,24 84:4 85:6 86:9,13,17,25 87:4,9,12,16 88:5, 22 90:17 93:21,22, 25 94:6,9,12 96:20

104:9 106:16,20 107:5,15 108:3,18, 23,25 110:18 111:21 112:2,10

**done** 33:13 40:17 61:6 91:15 93:6 100:17

**door** 61:25

**down** 7:19 8:13, 23 13:14 21:4 29:13 31:10 99:17

**draw** 101:6

**drink** 9:7

**Drive** 5:16 7:6

**Due** 64:21

**duly** 5:3

**duration** 12:13 14:18

**during** 14:20 24:3,8,12 36:10,17 37:9 49:16 58:14 59:19 63:20 76:16 94:11 96:11,16,17 97:4,8 105:2

**duties** 94:11

―――――――

E

**each** 55:8,13 85:7

**earlier** 70:5 98:13

**education** 50:21

**effect** 10:12

**either** 56:7 59:13, 15,16 73:10

**else** 11:9 12:18 14:13,16,21 18:18 46:15 50:17 59:23 85:5 101:20 105:17

**else's** 21:23

**email** 25:18 95:18

**emailed** 46:8 94:3

**emails** 36:3 94:16

**Emanuel** 6:22 22:18 24:18 34:21

**emotional** 10:21, 22

**employed** 63:13

**employee** 82:24

**employees** 25:7 63:22 68:9,20,22 69:3,5,22 71:4,8 72:8,9,18 75:3,10, 16 76:3 79:25 80:3

**employment** 46:11 51:9 63:11 83:7

**end** 51:9,16 61:14, 22

**Enough** 37:12

**entails** 55:21

**enter** 89:16,21 90:5

**entered** 112:14

**entire** 55:4,7 80:20

**entitled** 38:12

**established** 65:5

**evaluations** 86:8, 11

**even** 12:8 15:17 56:19,22,24 58:15 59:18,20,22,24 60:2,7,8 90:18

**ever** 7:8 20:4 24:9 40:24 41:2 49:20 50:4,7 51:7 63:21 69:7 76:17,20 79:24 82:13,25 86:16 87:10,12,14 94:3,7,8 99:13 101:16 102:8 104:10,21 105:18 106:3,10,13 107:24

**every** 31:24 42:25 52:21 55:10 77:18 85:23 86:2 90:13 107:6,10

**everybody** 54:3 55:10 61:22 85:11 91:20 105:17 107:9,16

**everything** 8:13 42:19 56:18 57:8 58:13,21,23,25 59:23 60:17,24 61:6,7 74:14 90:12,13 99:3 107:7 109:2

**evidence** 70:10 88:12

**exact** 19:14,22 22:11 53:19 67:19 70:3 78:19 105:13

**exactly** 19:23 39:7,10 53:10,18

**EXAMINATION** 6:14

**examined** 5:5

**example** 9:7 40:12

**except** 14:19 96:16 97:9

**exchanged** 15:22

**exhibit** 5:24 6:2 97:18,19 98:2 100:11 101:2 110:20

**expensive** 59:14

**explain** 7:19 49:22

**explanation** 105:14

**extent** 26:11 34:24 93:21

**extra** 57:22

**extracted** 99:8

―――――――

F

**face** 11:23

**fact** 11:16 36:19 41:18 107:16

**facts** 10:3 70:9 88:11

**fair** 105:17,23

**familiar** 24:4 62:7 63:17 66:3,11 72:24 73:17 74:17,

20 76:14 80:5 87:18 93:7,17

**far** 42:3,13

**faster** 107:8

**fastest** 41:10

**fault** 48:17

**favor** 29:17

**February** 19:22 37:5 65:21

**feed** 12:23

**feel** 9:8

**female** 62:4

**few** 17:20 19:16 51:14 53:11,23 66:21 67:10 69:21 73:22 77:25 79:17 80:9 93:11

**figure** 22:19 32:2

**finance** 52:7,8 56:2,8,9,11 59:9, 10

**financial** 105:20

**financing** 56:12 58:3,18

**find** 18:23 63:25 64:25 65:2 104:11

**fine** 6:10 11:22 12:2,19 13:17 28:5 30:16 31:12 91:4,5

**finish** 40:16,19 89:9 102:6

**finished** 9:3 54:24,25

**fire** 68:23,25 72:7, 9,17 75:9,16 76:2

**firing** 69:9

**firm** 48:15

**first** 7:23 21:21 55:23 99:5 100:10, 11 104:11 105:25 108:18

**fixed** 69:14

**flip** 100:7

**floor** 62:5 88:24 103:23

**focus** 103:12 106:25

**focused** 8:6

**follow-up** 96:9

**following** 33:7

**follows** 5:6

**force** 10:11

**foresee** 61:24

**forget** 46:22

**forgot** 25:23,25 26:4,20 34:14,17 35:6,18

**form** 23:13 26:9 62:14 64:4 70:9 75:18 82:7 88:2 109:20

**format** 99:14

**forth** 60:23

**forward** 7:20

**found** 104:21

**fraud** 57:3,20,21

**free** 9:8

**frequently** 76:8

**Friday** 59:25 60:14

**from** 9:14 10:16, 23 17:5,12 21:3 23:6,17 31:24 32:11 38:21 51:8 53:6,13 57:24 58:4 59:6 63:10 64:5,8, 11,14 65:5,13 67:7 78:17,23 81:14 84:25 91:6 96:22, 23 98:21 99:11 101:18,19 104:23

**front** 38:10

**full** 5:9 99:20

**Funds** 93:8,9,10, 11,13,14,19,24 101:12,17

―――――――

G

**G-U-Z-M-A-N** 5:2

**gather** 10:2

**gave** 50:16 101:14 102:10 103:10,13, 21

**general** 51:12 52:5,6,19 62:11 66:24 68:13,14,21, 24 69:4 71:5 73:21 80:4 88:25 94:4

**Generally** 9:16

**gestures** 8:15

**get** 9:7 22:6 30:6 31:23 33:12 35:22 42:10,11 44:18 45:20 48:23 52:24 54:22,24 55:25 56:15,23,24 57:14, 24 59:25 60:2,4,8, 9,16 63:14,23 65:12 71:17 89:4 92:8 105:5

**get all** 57:11 58:23 92:22

**get along** 41:16 47:19

**gets** 54:24 57:12 61:6 92:9

**getting** 39:15 52:10,23 55:17 60:25 63:4 91:13, 14

**give** 7:4 8:14 17:2 30:5 102:11,12

**given** 86:8,11,16 103:4 105:8 110:3

**giving** 58:5

**go** 7:11 13:25 14:4 21:24 31:2 40:20 45:25 50:22 54:25 56:9,16 57:7,15 59:7 61:10 71:17 89:9 99:25 108:7

**goes** 29:25 58:21

**going** 5:20,21,22, 24 6:12 7:18,20 11:15 22:19 26:4 29:9,14 30:4,7,8, 12,13,19,22,23 31:14,22 32:2,14 33:10 34:16 37:13,

19 39:17 41:13,17, 22,24 43:25 44:16 45:13 55:13 57:19 59:21 61:24 90:23, 24 99:12,17 100:7, 25 101:6,22 106:22 108:7

**good** 28:17 37:19 42:25 48:21 66:23 81:6 86:24

**got** 37:12 51:12 63:13 85:19 91:10, 18 104:16,18,25

**great** 13:15 48:8

**ground** 7:20

**group** 25:13 40:8 46:7

**guaranteed** 59:19,20

**guess** 61:24

**guideline** 42:17

**guidelines** 58:14

**guy** 64:19

**guys** 30:25 64:19 81:10

**Guzman** 5:1,11 6:1,16 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1,25 20:1 21:1 22:1,7 23:1 24:1, 21 25:1,19 26:1,16 27:1 28:1,22 29:1 30:1 31:1 32:1 33:1,25 34:1,3 35:1 36:1 37:1,8 38:1,23,24 39:1 40:1 41:1 42:1,4 43:1 44:1,18 45:1 46:1,3 47:1 48:1 49:1,16 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1

82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1,18,25 95:1,20 96:1,11 97:1,23 98:1,5 99:1 100:1, 16 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1,22 111:1 112:1,24 113:1

---

**H**

**half** 90:21

**hand** 15:15

**handle** 68:10

**handled** 68:11

**happened** 33:4 36:9

**happening** 31:18

**harass** 47:13

**harassing** 27:5, 10,15,17 29:3

**has** 8:12 11:18,20 12:15,18,20 28:24 34:4 39:23 40:6 44:22 50:19 52:21 53:23 54:24 55:11 58:13 60:24 66:21 71:7 72:21 77:18 91:14 93:19 94:7

**haven't** 59:22 88:17,22 93:17

**having** 5:3 57:4 84:13

**he** 20:15 27:23 28:24 29:5,6 34:4, 12,14,15,16,17 35:3,5,6,18 36:12, 20 37:4 39:2,23 40:2,3,6,13,23,25 41:18 42:5,6,7 43:21 44:22 45:14 47:9,12 67:20,23 70:14,16,18,20,23, 24,25 71:2 72:2,4, 8,17,19,21 74:19, 21 75:5,6,9,15,19

76:2,6 78:22 81:3 90:7,8,9,10

**head** 8:15 16:17, 25

**hear** 6:24 9:22 30:16,23,24 48:9

**heard** 79:6

**hearing** 104:10

**held** 7:13 14:2 22:2 26:12 31:4 43:25 100:3

**help** 77:9 91:9

**her** 11:23 12:7,11 21:21 24:9 29:15 66:16 67:2 72:24 73:11,15,20 80:25 82:9 87:11 94:3,7 103:22 105:8

**here** 10:2 25:24, 25 26:21 30:12 37:15 46:3,4

**herein** 5:3

**hers** 21:20

**highest** 50:20

**Hillside** 5:14 7:3 16:9 18:3 20:24 24:3,13 46:12 50:11,25 51:2,10 53:14,21 62:4 63:11,17,22,25 64:2,6,16,17,25 65:3,10,18 66:12, 15 67:3,14 68:9,12 70:7,15 73:2,4,6,7, 8,21,24 74:5,6 76:8,17 77:10,13 78:9,21 79:25 80:12 82:2 83:6, 18,22 84:10,20 86:7,11 87:3,7,24 93:20 94:5 103:3, 22 105:3 107:23, 25 109:13,14 112:15,21

**him** 19:7 27:25 29:4 34:13,19,20 35:8 41:8 44:22,24 45:14 47:12,14 70:22 74:20

**himself** 35:2 40:5 70:19,20

**hire** 68:20 69:7 71:4,19,24 75:3,6, 9,15 76:2

**hired** 68:7,16 71:17

**hiring** 68:22 71:7 80:3

**his** 5:23 6:6,9 28:21,24 29:7 34:4,12 35:2,18 36:22 38:25 39:24 41:19,20 43:22 44:19,20 47:10 67:17,23 70:7 76:18 83:2

**hold** 29:10

**holidays** 107:8

**home** 5:16 26:7 27:3 34:13,20 35:10,18 38:25 41:19 42:5,6,23 43:4 44:18 47:10 54:25 59:21

**honor** 28:19 31:7 32:9 36:5,9 39:8 40:15 43:9 45:23 46:18 47:4 49:5,9

**hour** 8:8 79:22 90:21

**hours** 53:21,25 54:2,9 58:8 61:17 79:22 94:12

**house** 26:5 34:18 55:16

**how** 10:20 16:3,16 21:13 24:16 32:3 47:20 52:4 53:8, 12,13 55:4,8,12 65:17,21 67:25 69:9,11,22 70:16 72:7,24 74:20,23 75:13 79:11,18 83:9,22 84:2,4 85:12,15 88:16 101:20 105:24 107:14 112:11

**however** 9:9,16

---

**I**

**I'LL** 9:21,23 97:10

**I'VE** 77:24

**ID** 5:23 6:6,9

**idea** 20:2 42:25

**identification** 6:4 98:4 110:21

**identify** 13:13

**imagine** 42:19,20

**include** 16:5,8 52:11 107:20 111:17

**included** 35:20 96:3 98:15 109:15

**includes** 95:21

**including** 25:5 34:10 40:9

**indicating** 89:18

**individual** 24:5 55:10 95:12

**individually** 78:4

**individuals** 25:16

**indulge** 41:17

**information** 21:20 42:10 56:13, 20 57:12 59:4 61:11 63:4,10 74:8 82:15 84:17,19 88:14 89:3,5,12, 14,16 90:5 92:22 95:5,15 100:23 104:25 105:6,20, 21 109:23

**Initially** 55:18

**input** 105:21

**inputted** 57:12

**instance** 21:17 77:16

**instruct** 26:6,14 27:6 44:17

**instructed** 28:24 35:3,11

**instructing** 27:25

**insurance** 59:22 60:19,20,25

**intentionally**

27:2 35:8

**interaction** 73:19

**internal** 112:12

**interposed** 34:21

**Interrogatories** 108:11,13 109:3,4

**interrupt** 41:7,8

**interrupted** 38:16 48:11

**interrupting** 40:18

**interviewed** 79:24

**into** 55:19 57:7,13 89:3,17,21 105:21

**introduce** 70:18

**introduced** 70:20

**inventory** 55:23 65:12

**involved** 21:22 52:7 55:16 57:3 90:2

**iphone** 23:11,16, 17,18,19 25:22

**iphones** 23:25

**Ishaque** 21:18 24:14 36:11 40:13 63:21 67:4,14 68:15,18 71:5,6, 10,11,14,15,17 72:5,12,16 76:17, 20 78:16,20 80:15 82:17,22,25 85:4, 21 89:2,25 90:4,15 106:11

**Island** 18:8

**Isn't** 102:14 103:2

**issue** 34:7 36:24 40:23 44:12

**issued** 92:9

**issues** 48:24 49:2

**itself** 88:24

---

**J**

**Jamaica** 5:15

**January** 19:21 37:5 94:22 95:3 106:18 107:3,12

**Jeanique** 67:2 85:5 86:4

**Jennings** 13:10, 16,21 14:8,11,15, 22,23 24:5 72:23

**job** 85:17 91:25 108:3

**job-** 73:22

**join** 13:8,23

**joining** 13:11,19, 21

**Jory** 24:16 35:16 36:18 70:6,11 71:3,9,13,18,23 72:14,18

**Josh** 74:23,24 75:13

**Judge** 10:13 27:10,25 28:4,12 29:15 30:3

**Judge's** 6:7

**July** 74:16 101:8

**just** 12:22,24 13:12 14:12,16 21:19 22:24 29:14 30:9,11,13 32:4,13 35:14 37:6 38:22 46:7 47:2 48:2 53:2 54:14 55:5 81:3,7 86:25 91:17 91:25 92:7 99:18 100:16, 19 105:12 106:24 108:9

---

**K**

**kataev** 6:25 7:11, 15 11:12 12:2,10 13:6,18 17:9 19:8 20:10,13,21,25 22:15,21 23:12 24:22 26:8,23 27:4,9,14,20 28:5, 21 30:11,18 32:15 33:15 35:10 37:6, 13,21 38:4,8,14, 15,18 39:6,7,20,22

40:3,14,15,21,22 41:6,9 42:21 43:8, 9,11,16 44:4 46:20 47:2,6,16 48:2,9 49:6,8 53:15 54:10 62:13 64:3 65:23 66:18 67:8 69:16, 24 70:8 71:20 72:10,20 74:2 75:17,21 76:4 79:4,14 80:7,19 81:2,13,21 82:6 86:21 87:25 88:10 90:23 96:8,25 103:7,24 104:13 105:10 106:7 108:20 109:19 111:12

**KATEV** 39:12

**keep** 13:13 31:18 72:12

**kept** 112:12

**kinds** 57:5

**knew** 15:13 105:3

**know** 10:4 16:16, 25 19:24 20:12 27:12 32:4 50:2 57:5 59:3,10 67:24 70:16 72:23 77:24 78:2 87:4 99:19 100:18 101:14,21 110:18

**knowledge** 70:7 71:3 72:14 75:2 78:9 86:15 87:8,22 88:13,19 91:8 93:12,16 98:18 101:16 103:19 109:2,9,12,18,21

**known** 107:16

---

**L**

**labor** 92:11

**last** 9:4 19:15 29:18 33:4 36:17 54:18,21 66:10 77:3,6 80:24,25 81:18,20 88:9 102:2 104:6,8 108:23 110:8,10

**late** 26:4 34:17

**latter** 45:11,12

**Law** 32:11

**lawsuit** 8:2

**lawyers** 47:22

**lay** 7:19

**leads** 88:20

**Lease** 18:9,10

**least** 103:2

**leave** 11:19 12:7, 11 26:7 27:2 34:20 35:9 42:8,22 54:22

**leaving** 28:8 78:22

**left** 26:5 28:10 34:12 38:25 41:18 42:5,6 43:3 47:10 73:7,8 80:12 83:5 86:5 87:3,5,6 112:20

**legitimate** 57:2

**less** 106:18 107:4

**let** 13:19 24:24 25:8 28:6 32:4,15 59:3,10 79:4 99:18 100:9,17

**let's** 7:11 13:25 14:4 17:12 18:20 21:3,17,24 22:4 31:2 53:12 63:16 64:8 84:25 90:20 97:17,20 98:21 99:25 104:23 106:24 110:19

**Leticia** 15:25 17:14 18:21 20:4 21:10 24:21 34:5 36:16,21,23 37:9 62:4 66:3 76:18,21 77:9 82:4,17,25 84:3 86:19 87:2 91:8,20 93:23 94:2,19 95:25 97:24 98:24 99:22 100:21 101:11 102:8,10,14 103:4, 10,14,21 104:12 105:16 106:11,14, 17 107:4,12

**Leticia's** 105:22 106:5

**level** 50:20

**license** 56:20 91:9,10,23 92:3, 14,19

**like** 33:21 35:14 55:22 58:7,18 59:13 72:12 105:17

**liked** 64:2

**Likewise** 9:2

**Lily** 80:6,12,16

**Lily's** 80:24

**line** 30:6 45:19 46:17 70:24 80:21 106:21,23

**listen** 11:6

**litigated** 42:12

**litigation** 47:24 108:5 109:5,11

**lived** 50:17

**loan** 52:24 58:24 59:8 60:9 61:10 63:5

**loans** 52:10

**location** 76:11

**log** 94:24

**long** 18:8 42:9 55:12 65:13 79:11 106:15 107:14,17

**longer** 30:22 60:3 106:19

**look** 20:15 44:20 47:17 60:18 96:12, 22 99:12,18

**looking** 96:23 97:5 98:14 110:18

**lost** 88:20

**lot** 55:16 57:3,6,20 58:19 64:6,25 90:2 110:15

**loudly** 8:19

**lower** 59:16

**Luckman** 28:19 31:8

**lunch** 90:24

**lying** 108:25

**Lynn** 28:19 29:18 31:8

### M

**ma'am** 65:15

**made** 28:12 51:24 105:7

**make** 9:15 12:24 45:4 47:22 51:25 54:14 57:8,25 61:11,21 91:3,17 92:7,21 93:5 110:12

**makes** 61:22

**making** 35:24 51:23 53:7

**Mall** 63:17,25 64:17 65:3,10 67:15,18 74:6 84:7 109:14

**management** 93:15 101:15 102:12

**manager** 51:6,11, 12,19 52:5,6,16, 19,21 59:9,10 62:10,12 63:13,14, 21 66:25 67:21,22 68:4,13,14,17,19, 21,24 69:4,6,14 71:5 73:20,21 80:4 82:14,23 85:23 86:2 88:25 89:11 92:13,18 94:4,5

**manager's** 91:22 92:5

**managers** 84:13, 15,18,23 89:18,23 93:2 102:19,22,25

**Manrique** 107:20

**many** 47:20 53:8, 13 65:17,21 84:2,4

**March** 65:16

**mark** 5:24 22:4 88:20 97:17,20 110:19

**marked** 6:3 98:3 101:3,23 110:20

**match** 58:4,12

**matter** 7:25 32:18 49:12

**matters** 32:22

**may** 9:15 20:9 22:23 40:16 70:6 94:21 95:2

**maybe** 12:24 22:25 64:18

**me** 7:4,23 9:8,21, 23 12:6 14:16 15:2,11 16:15,22 27:22 28:20 29:17 30:23 31:19 32:6 38:10 39:14,25 43:8,21 44:17,21 46:8 54:14 61:19 64:6 71:2 81:3 85:3 96:20 99:9,19 100:17 101:19 102:5 109:22

**mean** 15:21 21:5 26:2 39:10 51:2 52:8 54:23 55:4 62:16 63:2,3,5 75:12,13 76:11 77:14,18 79:21 82:18 89:4 94:10 104:19

**meaning** 20:8 46:9 51:25 60:11 71:16 82:23 85:19 91:9,14 112:12

**means** 57:22 84:13 96:19

**meant** 17:16 52:6

**measure** 55:12

**mechanics** 70:4

**medications** 10:16,19

**mentioned** 70:5, 11,25 98:13

**mentioning** 72:12

**message** 17:8,13 21:7 25:14 46:7 96:18 99:17 101:7 102:3

**messages** 16:11, 15,19,20,21 17:2, 5,7 18:21,23 19:3, 6,10,12,19 20:3,5 21:9,15,17 24:20 25:2,11 34:5,10 35:20 36:3,13,15, 20,23 37:3,7,17 38:3,12 39:3,24 40:8,12,25 41:3,21 43:23 44:7,21,23 45:2,15 46:5,9,13 94:16 95:18,24 96:7 97:6,22 98:14,15,23 99:6, 21 100:20,24

**met** 79:17

**microphone** 22:25

**might** 94:10 110:17

**mind** 6:23 29:12, 17 54:17 66:7 77:2 88:5

**minimum** 77:17, 20

**minutes** 46:8 79:21 81:6 91:2

**mirror** 47:17

**mistaken** 73:13 99:10

**Mitsubishi** 18:12, 15,17

**mix** 48:18

**moment** 22:6 29:10 86:18

**money** 58:18 59:23,24 60:2,6 61:21,22 68:10,11 83:12 112:23

**month** 17:23 18:14 19:18 50:13 60:15 65:17,22 74:14 83:20 107:7, 10

**month-to-month** 111:23

**monthly** 53:9 112:7

**months** 53:13 67:11

**more** 48:19 57:19 67:22

**morning** 28:17

**most** 56:21

**Motion** 45:5

**Motor** 64:12 65:7 91:15 92:9,20

**move** 26:25 27:24 81:11

**moved** 20:13 22:24

**mr** 6:16,25 7:11,15 11:12 12:2,10 13:6,18 17:9 19:8, 25 20:10,13,21,25 22:7,15,21 23:12 24:22 25:19 26:8, 16,23 27:4,9,14,20 28:5,7,10,21 30:11,18 32:15 33:14 35:10 36:11, 19 37:6,8,13,21 38:4,8,14,15,18, 22,24 39:6,7,12, 20,22 40:3,14,15, 20,22 41:6,9 42:3, 20 43:8,9,11,16 44:4,17 46:3,20 47:2,6,16 48:2,9 49:6,8,16 53:15 54:10 62:13 64:3 65:23 66:18 67:8 69:16,24 70:8 71:20 72:10,20 74:2 75:17,21 76:4 79:4,14 80:7,19 81:2,13,21 82:6 86:21 87:25 88:10 90:23 96:8,11,25 98:5 100:16 103:7, 24 104:13 105:10 106:7 108:20 109:19 110:22 111:12 112:24

**ms** 5:19 6:5,10,22 11:20 12:3,21 13:16 14:5,11,15,

17,22,23,24 20:9, 23 21:24 22:4,18 24:18 27:8,17 28:3,14,16,17 29:11 30:7,15 31:2,6,8 32:9,14 33:14,21 36:4,8 38:11,21 41:5 42:4 43:24 44:5,11,13 45:10,16,17,22,25 46:6,11,17,18 48:19 49:2,4 54:16 66:6 76:25 81:5,9, 16 88:4 90:20 91:4 94:14 97:16 99:25 100:5 104:4 106:24 107:12 110:6,19 112:19, 24

**much** 55:8 79:18 83:9 112:25

**multiple** 37:15,22

**mute** 12:15 30:12, 19,23

**muted** 20:11

**my** 7:25 8:6,25 9:4,10,15 11:5,6 16:17 20:13 22:9 25:23,25 27:12 30:24 31:15 37:25 47:8 50:19 51:20 64:18 65:8 70:14 71:18 72:14 74:11 75:24 88:13 92:4 93:16 96:14,20 99:13 102:6 103:12,13,15,19 106:25 107:2 108:3 109:9 112:5

**myself** 26:13 30:12,20

---

**N**

---

**N.Y.** 5:15,17

**name** 5:9 18:6 32:6,7 67:2,12 80:24,25

**named** 78:4 80:6 95:7,8,20

**names** 107:22

**narrow** 21:4

**near** 25:20

**need** 9:6 29:14 42:11 45:7 46:15 47:24 58:24 61:4 107:14

**needed** 29:6 52:24 54:8 89:12

**needs** 81:3

**never** 55:12 101:14 102:10 103:10 104:9,16, 18,24 105:3 108:2

**new** 5:5 7:7 9:2 18:8,10

**next** 18:4,11 55:25 56:6 60:14 97:17

**no** 7:10 8:14,15 9:10 10:19,25 11:11 14:13,15,21 15:3 16:2,6,10 18:19 21:19 25:21 30:21 36:8 38:5,6 39:11 44:4 46:13, 18 48:2 49:18,19 50:9,19 53:7,22 65:14 69:8,10,12 76:19 77:7,11 78:8 79:3 82:15 83:11 84:8 87:8 96:15 97:7,13 100:19 106:2,6 107:3 108:2 112:9,10

**nodding** 8:15

**not** 9:2,17 10:3 12:17 16:25 26:14 27:7,18 28:2,25 29:4,7 31:22 32:17,24 33:8,9,12 34:7 35:3,12 37:16,21 39:7,10, 17,23 40:2 41:2,7, 8,13,17 42:5,24 43:10,14,17 45:3, 20 46:23 48:16,17, 21 50:6 53:4,22 54:22 57:6 58:4,6, 10,17,18 59:19,20 60:2,6,7,10,12 61:23 63:25 70:9 71:2 73:13,17 74:9 78:14 79:6 80:2,3 83:11 88:11,16

**91**:2,20 92:15 93:3,17 97:11,14 99:3,4,10,15 101:13,19 102:11 103:13,19 105:5, 13 106:12 107:6,9 108:4 110:16,17 112:18

**Notary** 5:4

**note** 7:15 29:23 31:15 33:3 35:14 49:13

**noted** 6:11 113:4

**notes** 96:12 97:5, 12,13,14

**Nothing** 97:3

**now** 6:13 11:6 13:22 14:5,24 17:3 28:24 29:24 31:22 38:20 45:24 49:13, 14 57:4 77:24 82:3 83:25 86:13 98:7 99:2 100:14,25 101:22

**number** 22:5,8,9 23:8 30:5 53:19 58:6 83:19 87:23 94:14,20,23 97:21 108:10 111:24 112:6

**numbers** 22:11 58:4,5,12 59:11,13 60:18 61:12 86:25 106:21 107:10

---

**O**

---

**oath** 10:8,10 26:17 47:12

**object** 11:13

**objected** 35:11

**objection** 22:15, 22 23:12 26:8,23 27:4,14,19 29:5 34:22 42:14 53:15 54:10 62:13 64:3 65:23 66:18 67:8 69:16,24 70:8 71:20 72:10,20 74:2 75:17,21 76:5 79:16 80:7,19 82:6

**86**:21 87:25 88:10 96:25 103:7,24 104:13 106:7 108:20 109:19 111:12

**objections** 9:15

**obtain** 55:3 101:17

**obtaining** 92:3

**Obviously** 12:16

**off** 7:11,13 13:3,4, 25 14:3 16:16,25 18:9,10 21:24 22:2 31:2,4 99:25 100:3

**office** 59:7

**officer** 59:8 61:10

**often** 85:12,15

**Oh** 47:15

**okay** 11:16 21:5 31:25 99:23

**on** 6:13 8:6 11:15, 17 12:12,15,16,20 13:6 14:4,20 18:8 20:11 24:5 25:20, 23,25 26:21,25 27:8,24 28:15 29:2,10 30:2,6,9, 13,16,18,20 31:8 33:2,18,22 34:4,22 39:3,24 41:24 42:5,16,17 43:4 45:18,25 46:16,17 47:3 48:3,12 53:9 58:10,16 59:11 60:14 61:7,18 62:5,20,25 64:25 73:25 76:21 85:8 88:16,24 91:3 96:2,17 97:10 98:6,23,25 99:7 100:21,23 102:3 103:5,12,22 106:8, 25 109:9,10 111:23 112:7

**once** 54:24 59:6 91:9

**one** 8:23,25 9:10 14:13,15,21 32:3 47:3 58:2 70:14, 16,23 72:2,15,19, 21 74:21,24 75:11,

**14**,19 76:6 89:22 92:8 106:9

**ones** 57:25 58:18 84:16

**only** 8:22 11:24 12:11 62:4 91:20 102:19,21

**open** 12:23

**operations** 75:5

**opinion** 59:14 66:16,19

**opportunities** 83:8

**option** 45:11,13 59:15

**options** 55:21

**order** 6:7 11:3,9 54:9 102:16

**original** 96:4 108:12

**other** 16:3,19 20:7,20 25:7,16 31:20 34:9 37:2 40:10 43:13 46:9, 21 48:14 49:24 50:4 53:3 63:8 64:8 65:10,13 77:12 94:17 95:5 96:18 97:5 99:8 105:2,19 106:4 109:25

**our** 64:5

**ours** 63:19

**out** 12:19 22:19 32:2 55:24 59:18 77:25 90:24 104:11,21 106:14

**Outlet** 7:3 16:9 24:4 46:12 51:3 53:14 63:22 64:2, 6,17 65:2,18 66:12 67:4 68:9 70:15 73:2,7,24 74:6 103:4 105:3 107:25 109:13 112:16

**over** 19:5 20:14 37:7,16 38:2,22 45:6,14 61:10 105:22 106:5

108:7

**overdoing** 42:18

**owed** 112:20

**owned** 64:20

**owner** 67:20 70:21,25

**owners** 70:15,17, 23 72:2,15,19,21 74:22,25 75:11,15, 19 76:6 109:23

**ownership** 64:21, 22 109:13

**P**

**p.m.** 81:15 91:7 102:2 113:4

**page** 101:2,23 102:3

**pages** 99:16,19 100:6,10,17

**paid** 83:10,13

**Pakistan** 78:17, 22 90:16

**paper** 61:8

**papers** 15:19,20 96:13

**Parsons** 107:21

**part** 7:8 43:19 52:14,22 60:24 68:10,11 85:17 91:12,21 98:20 102:18 103:20 108:5 110:25 111:10,16,24 112:7

**partial** 64:22

**parties** 15:22 16:19 17:4 48:24

**partners** 48:14

**party** 13:19 49:20 50:4

**passed** 75:8

**password** 76:18 90:15

**passwords** 90:19

**past** 50:17 54:8

**pause** 5:21

**pay** 15:25 16:3 56:21,22,24,25 57:2 83:23 111:17, 19,21

**payment** 59:16 83:15

**payments** 112:22

**PDF** 99:9,13

**people** 17:4 52:2, 10 53:7 55:22 56:22 57:4 60:5,6 61:8 84:20 88:15 89:20 107:5

**people's** 63:3 84:16,19 90:19

**per** 6:6 65:17,22

**performance** 86:8,10 106:23

**period** 34:11 38:13 88:21 94:21

**permission** 29:16

**person** 8:23 11:25 21:21 71:7,11,15 72:5,13,15 75:4,6 82:23 90:11

**personally** 76:21 103:14

**pertaining** 16:8

**peruses** 99:24 100:15,22

**phone** 16:12 22:7, 9 23:6,7,10 25:20 26:7 27:3 30:14,18 34:4,13 35:9,18,19 38:25 39:3,24 41:19 42:22 43:3 44:19 46:23,24 47:10 96:20 98:23 99:12 100:21

**phones** 23:20,23, 24

**physical** 10:20,22

**pick** 55:24

**picked** 59:12

**picture** 37:12

**place** 57:23 64:20 68:8 82:2

**placed** 95:6

**plaintiff** 7:16 11:14 12:9 13:8,23 17:13 20:4 25:4,6, 11,12,15 34:6 40:6 49:24 95:6 97:20 111:18

**plaintiff's** 6:2 33:23 34:2 40:9 47:11 97:19,21 98:2 101:2

**plaintiffs** 110:19, 20

**plate** 91:11 92:14, 19

**plates** 91:9,14,18, 23 92:3

**played** 67:24 68:2

**please** 5:9,12 8:18,24 9:8 11:6 16:23 23:3 26:24 29:17,23 32:6 39:13,25 40:16 42:8 47:15 49:13 65:8 96:8 103:12 106:25

**pleased** 46:24

**Plus** 58:9

**podium** 76:8,9, 10,15

**point** 16:13 27:22 59:9,12 62:22 103:20

**points** 31:23

**policies** 78:10

**policy** 78:13

**portion** 92:6 99:2

**position** 50:24 51:4,7 67:18 73:11 82:5,14

**positions** 75:7

**possession** 61:14

**poster** 77:19

**posters** 77:12,14, 15,17,22

**potentially** 34:9

**power** 68:20,23, 25 69:2,4 71:4,7,9, 13,19,24 72:7,8,22 75:3,9,15 76:2

**preference** 64:24 65:9,14 106:2

**pregnancy** 8:5,7 87:11 96:6 103:22

**pregnant** 80:13, 16 87:7,9,15,17 104:10,12,17,22, 25 105:4

**preparation** 15:8 79:12

**prepare** 11:3,9 15:4

**present** 5:12 12:4 23:7,18

**pretty** 77:21

**prevent** 10:16,23

**previous** 23:13 32:22 35:15 75:24

**previously** 32:21

**printed** 61:7

**prior** 95:15

**prioritized** 105:19 106:4

**privilege** 26:10 34:23 42:15

**probably** 79:6 90:25

**problem** 33:17

**proceed** 14:25 49:11

**proceeding** 49:21 50:5

**process** 52:3 55:3,5,7,9 58:17, 24 61:19 91:13,16, 19,21,23 93:4,6 102:18 107:17 108:6

**produce** 60:10

**produced** 19:2 25:2,10 36:7,14,22 37:4 40:4,7 41:21 43:22 44:24 45:3 111:10 112:5,8

**producing** 19:9 24:19

**production** 96:4 101:4,24 111:4,6, 11

**profile** 84:17,20 85:8

**profiles** 85:14

**promised** 82:13

**promoted** 51:12, 13

**promotion** 62:11

**proper** 61:2

**prospective** 79:25

**provide** 56:13 76:17

**provided** 39:8 41:4 65:14 108:6 109:6 111:2

**provider** 22:14 23:4

**provision** 27:23

**Public** 5:4

**purchase** 55:14, 15,20 56:15 64:7 92:24 107:18

**purchasing** 52:14,24 92:25 102:18

**purpose** 42:6 63:4

**Pursuing** 83:7

**put** 6:25 28:14 29:10 33:18,22 43:15 47:3 57:23 61:7 89:2

**Q**

**Queens** 67:15,18

84:7

**question** 8:20 9:3,4,11,21,22 10:4 11:7 16:22 17:9 19:4 20:17, 18,19 23:3,14,15 26:15 27:7,13,24 29:2,19 34:11 35:13 37:2,25 39:13 41:25 45:20 51:21 53:17 54:13, 19,21 61:16 62:15 65:8,9,25 66:5,8, 10,20 67:9 71:18, 23 75:25 76:24 77:4,6 79:8,16,18 81:18,20 84:24 86:9,23 88:3,6,9 91:24 92:4,16 97:2 99:11,13 102:6 103:13,15 104:3,6, 8,15,22 106:25 107:2 108:22 109:7 110:8,10,13 111:13 112:3,5,9

**questioning** 80:21

**questions** 7:24, 25 8:6,25 9:11,15 47:7 96:14,22 108:10

**quick** 47:3

**quicker** 61:19

——————————

R

——————————

**range** 53:12

**rate** 8:8

**read** 29:18 41:11 54:20 66:9 77:5 81:17,19 88:8 104:5,7 110:7,9

**reading** 54:18 66:8 77:3 88:6

**ready** 14:25 81:22,24

**real** 57:6

**really** 42:9,20 55:13

**reason** 8:18 55:12

**recall** 15:17 16:18 17:3,21,23 18:13 19:18,21 21:11 24:10,17 50:13 53:8,10,20,24 62:6 65:19 66:2 67:12, 19,23 69:19 70:22 73:3,5,9,11 74:4 78:16,20 80:2,9, 11,14,15,18,24,25 81:25 82:3 83:3,5, 9,15,21 84:2,4 85:5 86:13,19,25 87:2,9,12 88:22 90:14,17 93:21,23, 25 94:6,9 104:9 106:12,16,17,20 107:5,15 108:3 111:21 112:4,6,10, 16,19

**recalling** 10:17, 23

**receive** 46:24

**received** 15:25 16:4

**recently** 57:20

**recess** 9:9 81:14 91:6

**recognize** 98:5,9 110:22

**recollection** 101:11 102:7

**record** 5:10,13, 20,21 7:12,14,16 13:5,7,20,25 14:3, 4,6 20:9 21:25 22:3 24:24 25:8 28:6 29:23 30:2 31:3,5 32:8,16 33:3,19,22 41:12 45:25 46:17 47:4 48:3 49:14 79:5 88:15 100:2,4,9

**recorded** 32:5

**recording** 6:12 31:13

**records** 16:12 111:22 112:12

**redacted** 95:11, 16

**reflect** 13:20 14:7

20:10 24:24 25:9 28:6 32:16 79:5 100:9,20

**reflects** 100:23

**refresh** 101:10 102:7

**refuses** 12:12

**regard** 75:24 91:12 93:4

**regarding** 32:21 78:10

**registered** 92:8, 24

**registration** 61:3 91:11 92:13,19 93:4

**relate** 39:4

**related** 73:23 93:14 96:7 109:23

**relationship** 64:16 82:16,19,21

**relevance** 22:16, 22 54:11 69:17,25 80:8,20

**relevant** 38:13

**remain** 12:12,14, 20

**remainder** 97:9

**remember** 15:12 19:13 24:11 50:6 51:15 53:18 54:3, 4,6 66:22 70:3 71:2 77:20 83:24 85:3,10 86:17,24 87:16 91:19 93:22 94:12 99:15 107:22 108:18,24, 25 111:22

**reminded** 47:11

**repeat** 9:23 16:22 19:4 20:17 54:13 66:5 76:23 91:24 104:3 105:12 110:5

**rephrase** 9:21

**report** 88:14

**reporter** 5:8 6:17

8:12 28:20 29:12, 21 31:8 41:11 46:2 54:17,20 66:7,9 77:2,5 81:17,19 88:5,8 97:17 104:5,7 105:11 110:7,9

**representation** 39:18 44:3 98:22 99:20

**representations** 37:23

**representative** 13:11 14:9

**representatives** 95:9,14,22

**representing** 48:3

**request** 36:2 38:10

**requesting** 58:2

**requests** 38:6,7 111:4,6,11

**required** 56:14 59:5 92:23

**requires** 57:11

**requiring** 56:21

**residential** 7:4

**resolve** 32:25 41:24 48:25

**resources** 48:22

**respect** 92:13 95:11 112:15

**respond** 9:17,18 29:6,8

**responding** 96:13

**response** 20:16 79:3

**responses** 8:14 96:5 108:7,8,11 110:3,25 111:3,5, 10

**responsibilities** 51:18,20 53:4 73:16,18 82:9 92:2,17

**responsibility** 82:11 92:5

**restroom** 9:8 81:4

**result** 106:15,19

**resume** 13:24

**return** 44:18

**revealing** 79:9

**review** 15:7,24 16:11,21 100:14, 16 108:11,16 109:25 111:6,9

**reviewed** 16:5,8 98:16 108:14 109:10 110:11 111:14,15,17

**reviewing** 97:11, 13,14 99:19

**right** 11:21 17:10 18:3 20:14 24:22 28:23 38:20 51:4 52:25 57:4 60:11 63:12 66:13 70:12 77:24 78:6 82:3 83:25 86:13 89:7 98:6 99:2,11 100:14 103:12 108:4

**robbery** 81:25

**role** 67:23 68:2 70:7 91:23

**room** 11:25 14:13, 22 81:12

**route** 56:9

**rule** 27:21

**rules** 7:20

**run** 52:15 58:22 62:12,19,24 77:10 84:6,12 102:5,16, 17,22 103:5,17

**running** 26:3 52:11,13,18,22 62:16 63:2 72:13 84:9

——————————

S

——————————

**said** 16:24 18:21 22:21 26:20 31:11

34:14,17 35:5 37:5 38:24 39:2 40:13, 25 47:9 58:19 79:7

**sale** 54:23,24 59:19

**sales** 16:9 51:6, 11,12,19,24 52:5, 6,16,19 55:4,7 62:10,11 63:20 66:24 68:3,4,16,19 69:6,13 73:20,21 82:13 88:24,25 91:13,21,22 92:5, 12,18 93:2 94:4,5 102:18 103:23

**salespeople** 16:4 53:25 54:8 69:14 83:10,19,23 86:8, 12 89:15 90:6 92:12,18 93:3 102:13 107:20 112:14

**salespeople's** 105:19 106:4

**salesperson** 62:5 66:17 68:5,6 82:5, 10 86:20 89:13 91:16 92:2

**salespersons** 102:13

**same** 8:18 10:11 23:6,7 36:24 51:17 53:25 58:6 74:7 75:14 76:4 105:8,9 107:6,9,10

**saw** 21:20 110:16

**say** 8:13 10:4 12:25 18:2 44:23 47:21,24 51:16 64:8,23 76:9 84:12 104:18

**saying** 39:16 40:17 41:20 48:17, 18 65:4 89:10 104:20,24

**says** 102:5

**schedule** 54:4,5

**scheduled** 31:21 32:17 33:8 54:9

**screen** 20:14 24:6 96:23 97:11 98:6

99:7

**scroll** 99:17

**Sean** 107:21

**seasons** 107:9

**second** 24:23 45:8 55:15 63:16

**see** 17:6 21:14,16 55:21,23 56:25 57:17,19 60:22 98:25 99:3

**seeing** 87:12 99:6 111:21,22 112:6, 10,16

**seem** 37:23

**seen** 76:17,20 77:8 99:13

**sell** 53:14 64:5 82:11 107:4,6

**selling** 61:20 68:6

**sells** 107:9

**send** 58:25

**sent** 16:20 17:5 19:5 25:17

**separate** 8:8,9

**September** 18:16 65:20

**Serge** 85:4,25

**serve** 105:25

**service** 22:14 23:4

**shaking** 8:14

**shall** 49:11

**Shane** 107:21

**shares** 109:13

**she** 11:17,18,24 12:8,11,14,17,18 21:21 31:9 38:23, 24 40:11 41:2 66:11,14,23 72:25 73:3,6,24 74:5 80:13 82:13,24 84:4 86:5,24 87:5, 6,7,8,10,14,17 94:8 101:13,16 103:15,16 104:10, 17,20,21,25 105:4,

12 112:20

**she's** 11:16 12:16

**shortly** 19:10

**should** 14:6 30:15 43:14 45:6 48:24 63:23 97:18

**show** 5:23 6:6 19:7,11

**showed** 19:19

**showing** 11:23 97:10 98:6 99:7,9 100:5,13

**shown** 99:2 109:22

**shows** 6:9

**sides** 42:17

**sign** 61:8,13

**signature** 110:23

**signed** 108:13

**signer** 60:11

**simple** 20:18

**Since** 8:12

**situation** 15:14 22:20 61:18,25

**situations** 55:11

**slower** 107:8

**software** 102:24 103:6

**sold** 53:9 65:17,22 83:20 84:3,5 87:24 106:17 111:24 112:7,15

**Solutions** 87:19, 23 88:13,17,20,23 112:11

**some** 7:20 16:13 21:9 50:22 83:14 88:15 98:14 103:3 108:6,7 111:15

**somebody** 20:11 71:24

**someone** 26:6 34:19 71:16

**something** 12:18 32:19 39:5 43:6

106:22

**Sometime** 108:23

**sometimes** 59:24 61:16 90:4

**somewhere** 70:24

**sonogram** 87:10, 13

**sorry** 6:19 78:24

**sort** 43:14

**sound** 22:20 30:24 31:14

**speak** 8:19 11:3,9 48:13 59:8 79:11

**speaker** 28:15 30:17

**speakerphone** 30:10

**speaking** 8:23 33:24

**specific** 15:18 27:22 53:22 67:23 69:20 79:20,22 86:17,25 94:9 106:20 108:24 110:16 112:18

**specifically** 8:4 15:12 17:11 70:22 94:25 95:25 97:3 101:25

**specifics** 54:6 83:3,24 86:14 87:4 94:12

**speculation** 10:3

**spoke** 11:5 38:23 73:22

**spoken** 94:10

**spot** 58:11,16

**stage** 76:10

**stamped** 100:12

**stands** 113:2

**start** 8:24 9:2 17:12 21:3,17 31:14 50:10 53:12 84:25 98:21 104:23

**started** 18:14 47:13

**state** 5:4,9,12 32:7

**stated** 6:17,20 34:15

**States** 78:17,23

**stay** 45:18 54:8

**stenographer** 8:22

**step** 12:19 55:8,25 56:3,6 60:21 61:4

**Stidhum** 12:21 15:25 20:4 21:10 24:21 34:6 43:24 44:11 45:16 46:6 66:4 87:3 94:19 96:2 97:24 99:22 101:11 105:16 107:4,12,13 112:19

**Stidhum's** 46:11 82:4 106:14

**still** 9:17 31:13 58:12

**stipulate** 44:9

**stipulations** 52:23

**stop** 8:25 17:18 27:10 37:11 73:6

**stopped** 73:3

**store** 52:21 53:20 54:2 55:19 63:18, 19 71:6 77:23,25

**structure** 68:8 83:16

**stub** 56:23,25

**stubs** 56:21,24 57:2 111:17,19,21

**subject** 7:25 37:14 107:7

**submit** 89:5

**such** 10:25 16:5 26:11 34:25 97:4 107:7

**summer** 17:25 51:16

**supervisor** 82:22

**supplemental** 108:12 109:3 111:5

**supplied** 44:8

**supposed** 59:7 77:19 91:17 102:19,22

**sure** 7:6 12:24 16:24 51:23 52:2 53:7 54:14 57:8,25 61:11,21 77:18,21 81:5 88:17 91:2,17 92:7,21 93:5 101:13 110:12,17

**sworn** 5:4

**system** 57:13 62:8,20,25 76:22 77:9 85:13 103:16, 17 105:22

---

**T**

**T-MOBILE** 23:5

**take** 8:13 55:13 56:6 58:8 59:21 61:14,17 78:22 90:20,25 99:18

**taken** 10:8 81:14 91:6

**takes** 55:9

**taking** 10:15 29:13 31:10

**talk** 15:4 47:18

**talking** 8:4 11:8 21:13 37:11 84:18

**tally** 83:19

**tell** 9:8,21,23 10:8, 11 26:17 31:17,21 32:6,14 42:24 46:21 63:21 87:14

**telling** 12:6 15:2 43:21

**tells** 9:17

**term** 73:17

**terms** 30:21 96:2 105:20 106:22

**testified** 5:5 34:12 35:17 36:12,19

**testifying** 10:12, 17,24

**testimony** 49:17 66:19

**text** 16:11,14,19, 20,21 17:2,5,7,8, 13 18:20,22,25 19:2,5,11,19 20:3, 5,19 21:7,9,15,16 24:9,14,20 25:2, 11,14 34:5,10 35:20 36:3,13,20, 22 37:3,7,16 38:2, 12 39:3,24 40:8, 11,24 41:3,20 43:22 44:7,20,22 45:2,15 46:5,9,13 94:15 95:18,24 96:7,18 97:6,22 98:12,15,22 99:6, 16,21 100:20,24 101:7

**texting** 94:2

**texts** 21:8 36:15 70:6

**than** 48:20 95:5

**thank** 46:19 49:12 81:13 96:9 112:25

**Thanwalla** 21:18 28:8,10 36:11,12, 16 63:21

**That's** 48:8 50:2 104:24

**their** 32:25 33:12 38:2 42:22 43:3 46:23 54:8 55:14 56:13,19,24 59:2, 14 61:25 69:19 82:20 83:15 91:17

**them** 15:11 45:6 55:3 56:15,23 58:13 59:10,21 60:3,8 78:5 85:7 89:22 100:8 108:14,16

**themselves** 47:23

**then** 5:23 11:18 13:2,24 21:4 29:6,

25 35:5,7,10 36:17,21 37:3,6 44:20 51:12 54:25 55:24 56:9 57:12 58:7,12,25 59:3,9 60:24 61:6 84:23

**there** 8:8 9:10 12:22 14:12,20 17:6 18:22 21:14 24:8,13 34:24 37:2 38:5 39:2 44:6,25 45:4 46:8,14 48:4 51:5 53:3 54:7 55:16 57:2,17,18, 20,21 58:14,19 59:4 60:11 64:9, 19,23,24 65:9 67:24 68:2,8 77:12,16 83:18 84:21,25 85:3,4 86:10 91:10,16 92:11 99:16 104:23 105:18 106:3,10,13 107:17 110:15 111:2 112:4

**There's** 57:6

**Therefore** 8:24

**these** 37:16 48:23,25 98:11,14

**they** 36:6 38:4 40:4 44:7,8,23 45:5 52:2 55:19, 20,25 56:3,5,6,7,9, 10,12,16,23,24 57:25 58:2,6,9,10, 11,15 59:3,11,14, 15,16,17,18,24,25 60:2,3,9,10,13,16, 21 61:12,13,14 62:3,23,25 64:2,19 65:13 69:20 71:17 75:11 83:13,20 86:16 89:23 92:25 107:22 110:3 111:17

**thing** 47:3

**things** 57:7 60:5, 15 92:8

**think** 37:4 50:2,12 51:15 66:23

**third** 13:19

**those** 15:10 19:2, 5,10,11 60:5,15 75:7 84:20 99:19 100:17 107:22 108:8 111:6 112:16

**though** 12:8 40:18

**thought** 26:3 34:16

**through** 17:8 18:24 21:15,19 52:3 56:17 58:21 60:17 61:25 94:21 98:11 100:6,8,12 102:23

**throughout** 14:18

**Tiffany** 6:15 17:10 28:18 32:10

**time** 6:11 8:24 9:14 14:5 19:14,22 24:3,8,12 37:20 38:13 46:19 47:21 51:8 55:8 56:22 63:20 67:17 68:7 69:15,22 74:7 76:16 77:8 78:12 79:19,20,23 80:17 86:17,20 87:6 88:21 89:19 90:3 91:3 95:2 96:22 97:4 99:5 101:7,25 103:3 105:2,18 106:3,10,13,15,19 107:19 108:18,24 112:20 113:2,4

**timeframe** 73:9

**times** 24:9,13 47:20 53:22 54:7 57:18 60:12 69:20, 23 73:22

**tired** 38:16

**title** 67:19

**today** 8:6 10:2,18, 24 33:20,25 36:24 37:9 44:16 60:13

**today's** 11:4,10 15:4,8 79:12

**together** 67:6,16

**told** 29:4 33:16 34:20 42:7,16,21

56:23 71:2 81:3 87:16

**too** 59:13 93:17 110:16,17

**took** 82:2

**tool** 87:20 89:11 90:13 93:15

**tools** 101:15 102:13

**top** 16:16,25 86:20

**tough** 58:3

**towards** 51:15 67:22

**toxic** 48:18

**tracked** 69:23

**train** 76:20

**Transunion** 58:8

**traveled** 78:17

**treatment** 105:9, 16

**Troy** 5:19 6:5,10, 15,22 11:20 12:3, 21 14:5,17,24 20:9,23 21:24 22:4,18 24:18 27:8,17 28:3,14, 16,17,18 29:11 30:7,15 31:2,6 32:9,10,11,14 33:14,21 36:4,8 38:11,21 41:5 42:4 44:5,13 45:10,17, 22 46:17,18 48:19 49:2,4 54:16 66:6 76:25 81:5,9,16 88:4 90:20 91:4 94:14 97:16 99:25 100:5 104:4 106:24 110:6,19 112:24

**true** 26:21 98:18, 21 102:14,21 103:2 110:3

**trust** 61:19

**truth** 10:8,11,17, 24 26:17

**truthfully** 10:17, 24

**try** 63:23 65:2

**trying** 39:12 51:15

**turn** 13:3 18:20 38:2 45:6 100:25

**turned** 13:14 37:7 45:14

**turning** 37:16

**two** 14:10 17:4 33:11 41:15 47:19 64:19

**type** 15:16 23:10 77:22

**typically** 89:2,24

**U**

**umber** 95:17

**unacceptable** 33:9

**under** 10:22 26:17 27:21 47:12

**underreport** 87:23

**understand** 7:21 8:2,10,16,20 9:4, 12,18,20,24 10:5, 7,10 26:16 38:21 39:19,20 43:7,10, 12,17,19 46:25 49:3,5,7 54:15 79:8 86:9 112:2

**understanding** 55:6 64:15,18 92:15

**understands** 61:12

**Understood** 45:10,22

**United** 78:17,23

**unless** 9:16

**until** 9:3 23:7 51:8,9 81:15 91:7

**up** 7:2 102:6

**update** 58:7,9

**use** 9:7 23:17 37:19 48:21 77:9 81:4,8 85:12,21,25

90:4,8 93:22

**used** 17:15,16 21:5 51:25 64:5 66:11,14 67:15 68:3 74:21 84:23 85:19,23 86:2 88:17,22 90:10 93:10,17 108:3

**V**

**Vague** 74:3

**valid** 27:18 29:5

**value** 60:22

**variables** 58:19

**vehicle** 52:14,25 55:3,17,20,24 56:2,3,5,8,15 58:10,16,20 59:11, 17,21 60:4,23 61:3,5 64:10,11,14 65:5 92:24,25 102:19 107:18

**vehicles** 53:7 64:8,12 65:7 88:16 91:15 92:8,9,20

**verbal** 8:14

**verification** 57:22

**verifications** 56:17 57:18

**verify** 11:24 56:20,25 57:8 58:13,22 83:22

**version** 99:6

**versus** 65:10 92:18

**very** 20:18 39:16 56:17 73:22 112:25

**via** 96:18

**Victory** 18:12,14, 17

**video** 11:15,17 12:13,15,20,23 13:3,9,22,24 20:12

**VIN** 87:18,22 88:13,17,19,23 112:11

**virtually** 7:17

**volume** 6:24 13:14

**voluntarily** 25:10 40:7

**W**

**wage** 8:8 77:17,20 83:13

**wages** 112:20

**wait** 58:11 59:2,25 60:3 106:15,19 107:14,16

**waiting** 13:7,22 30:3 107:17

**walk** 59:18 63:16 106:14

**want** 11:18 22:11 27:21 37:24 44:17, 21 47:2 54:14 55:20,25 56:6,7 59:17 60:16 61:21 74:13 90:18 102:5

**wants** 33:18 64:9 105:12

**wasn't** 75:4

**water** 9:7

**way** 7:2 25:23,25 26:21 41:10 60:11 108:4

**we're** 5:23 29:14 90:23 108:7

**website** 93:15,16

**week** 31:24 33:4,7 35:16 36:17 60:14

**well** 7:5 25:4,13 34:7,8 35:15 46:6, 10 60:21 63:9 74:25 84:7 86:4 90:6 95:13 111:4,7 112:13

**went** 33:2 38:22 52:3 60:17 90:15

**were** 10:12 15:10, 21 16:18 17:5 18:22 20:23 21:13, 14 23:24 24:8,13

26:12 31:20 35:24 36:6 37:3 41:19,21 42:2 47:7,8 49:23 51:13,18,24 52:4, 16 53:3,8,21,25 54:7 62:3,10 65:12,17,22 68:4,7 69:13,20,22 73:15, 20 75:11 76:7,8 77:12 82:9 83:10, 13,17 84:15,20,21, 22 86:7,10,15 87:24 88:25 94:3 96:3,21,23 97:4 98:14 102:19 103:3,20 106:11 107:24 109:6,22, 23 110:3 111:2 112:8

**what** 7:19 15:10 18:6,13 20:16 22:7,9 23:10 26:2 27:8 30:7 31:10 33:17 36:8 39:9 40:16 41:24 42:13 44:12,15 45:7 50:20,24 51:4,18, 20 52:8 53:2,20 54:4 55:2,19,22 56:5 57:6 60:22 61:25 62:16 63:5 64:15 65:4,20 66:16 67:12,17,23, 25 69:20 70:7 71:23 73:11,15 76:23 77:14,22 78:13,24 82:4,9, 16,18 85:10,19 86:4 88:3 89:10 91:12,22,25 92:4, 17 93:2,12,21 96:23 98:6,9,20,25 104:19,24 105:15 109:9,17

**what's** 91:13

**whatever** 89:12

**whatsoever** 97:15

**when** 8:19,23 17:15,16,18 19:11 20:23 21:13 24:9, 18 26:5,20 35:23 36:14,21 47:9,17 48:10 50:10,25 51:13 52:4,15 54:7

55:2 57:7,15 58:3, 15,20 59:2 60:12 62:3 63:2 67:7 68:7 69:19 73:3 74:10 75:5 76:9 78:16,25 84:12,23 87:6 90:15 100:17 104:11,18 105:10, 18,23 106:3,10,13 108:16 109:22 112:20

**where** 18:3,10 25:22 45:5 77:20 83:18

**whether** 39:23 42:4 44:25 45:14 60:6 101:11 102:8

**which** 17:4,21,23 19:18 36:25 50:13 57:13 74:16 75:14 76:11 95:21 97:18 101:3,23

**while** 13:7 19:13 40:22 45:19 46:16 54:5 62:10 69:13 73:20 76:7 83:17 84:21 88:24 94:3 96:21 102:6 103:3 104:20

**who** 12:25 14:8 16:18,20 19:24 22:14 23:3 24:5 33:11,18 41:15 61:24 66:24 68:11, 14,16 75:8 80:16 84:19,20,22 89:2, 16,20 93:19 109:23

**whom** 16:20 17:10

**whose** 33:16

**why** 33:19 34:14 37:18 83:5 87:2,5

**wish** 61:18

**with** 11:3,5,8,9,16, 22 12:17 14:14,22 15:14 17:10,14 20:3,5,7,19 21:17 23:18 24:4,9,14 28:20 31:19 32:3 34:5 35:16 36:21, 23 40:12 43:24 44:12,13 48:11

49:17 52:9 56:16,
23 57:14 58:13
59:8,21 60:25 62:7
63:11,17 65:14
66:3 67:13 70:6
72:24 73:17,20
74:17,20 75:24
76:14 79:10,11
80:5 83:13 87:18
91:9 92:13,14,19
93:3,7,17 94:2
95:11 96:17,20
101:7 107:10
108:15,16 112:14

**within** 76:11

**without** 11:14
15:2 33:15 48:6
79:9

**withstanding**
34:8

**witness** 5:22 6:5,
8 11:20 12:3 25:3,
6,13,15 27:5,6,11,
16,18 28:22,25
29:3 33:25 35:3,
12,17 40:10 47:8,9
48:5 79:7 81:2,7,
23 88:7 99:24
100:6,14,15,22

**witnesses** 40:10
46:22

**won't** 58:15

**words** 16:20 63:8
99:8 105:2,13
109:25

**work** 17:15,17
18:4,11,18 21:5
66:11,14 67:4,16
74:5 78:3,5,21
84:23 104:21
106:21,23 107:23

**work-related**
94:11

**worked** 18:5 67:6,
13 72:25

**working** 17:18
18:14 20:24 24:12
50:10 51:8 52:9
53:25 62:3 67:3
73:4,6 76:7,16
82:20 83:17 84:21
88:25 94:4,11

103:3

**works** 55:5

**would** 13:15 18:2
24:9,14 33:21
35:14 43:5,6 53:13
55:18 56:4 75:6
83:19 85:12 89:16,
20,21 90:2,4 93:2,
5 95:2,17,24 96:22
102:11 105:6,15
106:14 107:14
108:24

**would've** 102:15
103:15 105:7,8

**wouldn't** 97:14
101:21 105:7

**write** 8:23

**writing** 41:23 96:9

**written** 15:21
78:10 94:17 97:5

**wrong** 64:7

---

**Y**

**year** 17:21 18:13
19:15,17,19 50:14
51:17 74:13
108:19,23

**years** 17:20 19:16
50:18 51:14 53:11,
23 66:21 67:10
69:21 77:25 80:10
88:18,23 93:11,18

**yes** 7:3,22 8:3,11,
17,21 9:5,13,19,25
10:6,9,14 14:23
15:3,6,9,23 16:13
17:15 18:24 19:7
20:2 22:10 23:9,
21,22 24:2,7,15
26:22 27:20 30:19
35:7 36:4 38:4
39:11 40:4,25 44:4
45:17 46:4 47:5
49:4,8,18 51:22
52:17 54:22 55:7
62:9,22 63:7 65:8
66:14 67:6 70:13
71:25 72:3 74:12,
19 75:20,23 76:3,
6,13,14 77:21 78:7
81:7,23 82:8 84:25

85:2 86:3 87:21
89:8 90:3,10 93:9
98:8,17 99:3
100:19,23 101:5,9
102:4 107:3
108:14 109:8,15
110:14,24 111:8,
15 112:8

**yet** 53:5

**York** 5:5 7:7 18:9,
10

**you're** 22:18
31:25 37:13 43:25
45:13 57:19

**your** 5:9,12 6:17,
21 7:4 8:15 9:11,
14,16 10:10 11:2,8
12:23 15:3,4 16:25
19:3,6,12,20 20:3,
16 22:7,14,20 23:4
24:3,12 25:19,22
26:7,21 27:2,3,23
28:18 31:6,15
32:7,9 35:9,24
36:4,9 37:14,25
39:8,13,17 40:15
42:21 43:9 44:2,12
45:23 46:7,18,19
47:4 48:15,17
49:4,8,17 50:20,24
51:4,7,9,18 61:16
62:11 63:11,20
64:15,25 66:16
68:2 70:6 71:3
74:10 75:2,14,25
76:16 78:9 79:10,
11 86:15 87:22
88:19 91:8 92:15
93:12 96:18 98:18,
23 100:21,25
101:6,10,16,22
102:7 105:2,15
107:13 108:6
109:2,17 110:13
112:2,25

**yours** 46:22
110:23

**yourself** 13:13
26:13 46:10 67:25
98:24 99:21