1        UNITED STATES DISTRICT COURT

2   EASTERN DISTRICT OF NEW YORK     **COPY**

3   -----------------------------------------X

4   LETICIA FRANCINE STIDHUM,

5                       Plaintiff,

6       -against-      CASE: 21-CV-07163

7   161-10 HILLSIDE AUTO AVE, LLC d/b/a HILLSIDE
    AUTO OUTLET, and HILLSIDE AUTO MALL INC

8   d/b/a HILLSIDE AUTO MALL, ISHAQUE THANWALLA,
    JORY BARON, RONALD M. BARON and ANDRIS GUZMAN,

9

10                    Defendants.

11   -----------------------------------------X

12                 March 03, 2023

13                 10:00 A.M.

14

15       VIRTUAL EXAMINATION BEFORE TRIAL of

16   JORY BARON, via Zoom, a Defendant herein,

17   held at the above-mentioned time and taken

18   before Lynn Luckman, a Notary Public and

19   Shorthand Reporter within and for the State

20   of New York.

21

22

23         SANDY SAUNDERS REPORTING
      254 South Main Street, Suite 216

24        New City, New York 10956
        (845) 634-7561

25

```
 1
 2          A P P E A R A N C E S:
 3

 4

 5          TROY LAW, PLLC
 6          Attorneys for the Plaintiff
 7          41-25 Kissena Boulevard, Suite 103
 8          Flushing, New York 13555
 9          BY: Tiffany Troy, Esq.
10
11          MILMAN, LABUDA LAW GROUP, LLC
12          3000 Marcus Avenue, Suite 3W8
13          Lake Success, New York 11042-1073
14          BY: Emanuel Kataev, Esq
15          emanuel@mllaborlaw.com
16
17
18
19
20
21
22
23
24
25
```

1                    FEDERAL STIPULATIONS

2

3              IT IS HEREBY STIPULATED AND AGREED by

4      and between counsel for the respective parties

5      hereto that all objections except as to the

6      form shall be reserved to the time of trial.

7                  IT IS FURTHER STIPULATED AND AGREED

8      that the sealing and filing of this deposition

9      shall be hereby waived.

10                 IT IS FURTHER STIPULATED AND AGREED

11     that this examination may be sworn to by the

12     witness being examined before a notary public

13     other than the notary public before whom

14     examination was begun examination was begun.

15

16

17

18

19

20

21

22

23

24

25

```
 1                     Jory Baron
 2               BY THE COURT REPORTER:
 3          The attorneys participating
 4          in this deposition
 5          acknowledge that I am not
 6          physically present in the
 7          deposition room and that I
 8          will be reporting this
 9          deposition remotely.  They
10          further acknowledge that, in
11          lieu of an oath administered
12          in person, I will administer
13          the oath remotely.  The
14          parties and their counsel
15          consent to this arrangement
16          and waive any objections to
17          this manner of reporting.
18                   MS. TROY:  I consent
19                   MR. KATAEV:    I
20          consent.
21
22
23                  *    *    *
24
25
```

1     Jory Baron

2          MS. TROY:  Mr. Kataev,

3     will you please have your

4     witness show his ID to me?

5          MR. KATAEV:  Why is this

6     necessary?

7          MS. TROY:  Because, it is

8     acceptable in a video

9     deposition; how else can I

10    know who it is?

11         MR. KATAEV:  I'll

12    represent to you that it is

13    Jory Baron.  Okay, please

14    proceed with your deposition.

15         MS. TROY:  For the record,

16    Mr. Kataev wanted to switch

17    the witnesses, he switched

18    the witness that I had

19    requested for today.  I asked

20    for the ID, and apparently

21    Mr. Kataev was advised that I

22    asked for his ID to be

23    presented today. I made a

24    request for him to bring his

25    ID to the deposition so that

1     Jory Baron

2     I could confirm who he is.

3     I'm going to make a demand

4     for Mr. Baron's driver's

5     license.  We're going to mark

6     that deemed marked as

7     Plaintiff's Exhibit 13.

8     (Plaintiff's Exhibit 13 was

9     deemed marked for

10     identification)

11      MR. KATAEV:  Please

12     follow-up in writing.

13      MS. TROY:  Please have him

14     go to his car to get his ID.

15      MR. KATAEV:  He is not

16     going to go to his car to get

17     his ID.

18      MS. TROY:  I need to have

19     his ID to confirm who he is.

20      MR. KATAEV:  I'll

21     represent it to you that he

22     is Jory Baron.

23      MS. TROY:  Please show me

24     his ID.

25      MR. KATAEV:  You can call

```
 1                    Jory Baron
 2               the Court and let's get a
 3               decision on this.
 4                    MS. TROY:  All right.  We
 5               are going to do that.
 6                    MR. KATAEV:  This is
 7               harassment.
 8          (A phone call was being made
 9          to the Court at 10:03 a.m.)
10                    MS. TROY:  I will put it
11               on the speaker so that you
12               can all hear.
13          (A call was made at 10:06
14          a.m.)
15                    And we are still waiting.
16          I've now put it on speaker
17          phone and I'm going to go
18          mute myself also.  Let's go
19          off the record.
20          (A discussion was held off
21          the record)
22                    ''MS. TROY:  Good morning,
23               Your Honor.  This is
24               plaintiff's counsel, Tiffany
25               Troy, and I'm appearing on
```

```
 1                          Jory Baron

 2                           behalf of the plaintiff,

 3                           Leticia Stidhum.

 4                               MR. KATAEV:  Good morning,

 5                           Your Honor.  My name is

 6                           Emanuel Kataev and I am with

 7                           the law firm of Milman Labuda

 8                           Law Group LLC, for the

 9                           defendants.

10                               THE COURT:  Good morning,

11                           Ms. Troy and Mr. Kataev.  Let

12                           the record reflect that this

13                           is not a scheduled

14                           conference, and you have now

15                           called at the start of a

16                           deposition for the defendant

17                           Jory Baron.

18                               Ms. Troy, I was told by my

19                           law clerk, and I want to make

20                           the record clear, I got the

21                           reason for the call that Mr.

22                           Kataev would not have his

23                           witness produce any

24                           identification; is that

25                           correct?
```

Jory Baron

1

2          MS. TROY:  Yes, Your

3     Honor.

4          THE COURT:  Mr. Kataev,

5     why won't Mr. Baron produce

6     his ID?

7          MR. KATAEV:  Good morning,

8     Your Honor.  The reason why

9     Mr. Baron, is not giving his

10    ID is because I've made a

11    representation to the

12    plaintiff that this is in

13    fact Jory Baron.  There is no

14    issue of mistaken identity or

15    --

16         THE COURT:  Why won't he

17    produce his ID?  I'm asking

18    you the question, and he does

19    and Ms. Troy does not have to

20    take your representation.

21    Why won't he produce some ID?

22         MR. KATAEV:  I'm objecting

23    to the ID, I have authority

24    on my objection that she has

25    no right to --

```
 1                    Jory Baron
 2                    THE COURT:  I am
 3              overruling your objection,
 4              Mr. Kataev.
 5                    MR. KATAEV:  Judge --
 6                    THE COURT:  Excuse me,
 7              sir.  Please don't interrupt
 8              me.  If we have to do this
 9              in-person we will do that.
10              There is a fight between the
11              lawyers at every turn in this
12              case and I will not tolerate
13              that.  It is a waste of
14              everyone's time, and I've
15              been asked at the last minute
16              to effectuate a substitute,
17              Mr. Kataev, this morning and
18              I granted that wish to you as
19              a courtesy to you even though
20              it was objected to.
21                    I am now telling you Mr.
22              Kataev, that he should
23              produce some ID to show that
24              he is Jory Baron.  That is my
25              ruling, do you understand?
```

1    Jory Baron

2         MR. KATAEV:  I understand

3    the ruling, but I would still

4    like to make a record about

5    my objection.

6         THE COURT:  Again, sir,

7    this is a deposition and you

8    need to follow the Magistrate

9    Judge.  Your witness does

10   have to show that he is who

11   he says he is. What is this

12   about?

13        MR. KATAEV:  I will

14   explain to you if you'll

15   allow me to explain it, I am

16   entitled to have an

17   opportunity to be heard. This

18   is a case, a US District

19   Court case for the Northern

20   District of New York, CIV No.

21   1:15-CV-727.

22        Ms. Troy is asking for

23   the witness's identification,

24   and not withstanding that

25   there will be some numbers in

```
1                    Jory Baron

2                    the Court, notwithstanding,

3                    refusal to compel the witness

4                    to do so on the grounds of

5                    privacy, and this is a Zoom

6                    deposition.

7                         THE COURT:  Excuse me.

8                    Excuse me, Mr. Kataev, my

9                    time is valuable to me and I

10                   am not telling him that he

11                   has to produce his social

12                   security number.  He is the

13                   defendant in this case and it

14                   is being conducted by Zoom.

15                   Everything has been done as a

16                   courtesy to your client, he

17                   can produce the ID.  This is

18                   the Order of the Court.  Do

19                   you want to go up on Appeal

20                   on this issue or do you want

21                   to accept the Ruling of the

22                   court?

23                        MR. KATAEV:  I will accept

24                   the Ruling.  I have one final

25                   thing to say that this
```

| | |
|---|---|
| 1 | Jory Baron |
| 2 | deposition is being recorded |
| 3 | by Zoom, and I just want to |
| 4 | add that the ID can be |
| 5 | produced while the Zoom |
| 6 | deposition is not being |
| 7 | recorded. |
| 8 | THE COURT:  I'm sorry, I |
| 9 | don't really understand what |
| 10 | the issue is.  I understand |
| 11 | that people are entitled to |
| 12 | privacy about things like |
| 13 | social security numbers. |
| 14 | What is it that you are |
| 15 | trying to protect, Mr. |
| 16 | Kataev?  This is a named |
| 17 | defendant, and Ms. Troy is |
| 18 | just trying to verify that he |
| 19 | is who he says he is.  What |
| 20 | is it that you are really |
| 21 | trying to protect?  I don't |
| 22 | understand at all. |
| 23 | MR. KATAEV:  The driver's |
| 24 | license contains information |
| 25 | other than his identity, it |

1          Jory Baron

2              contains his home address,

3              his driver's license number

4              and contains other

5              information.  It is not

6              appropriate that the

7              plaintiff is entitled to

8              record that, and it's going

9              to be kept in plaintiff's

10             counsel's records and it is

11             required to produce.  All I

12             ask is that the plaintiff

13             stop the recording, he will

14             give that identification and

15             represent who it is.

16                 MS. TROY:  Fine.

17                 THE COURT:  I will stay on

18             the line and I will ask for

19             the record in the Zoom

20             deposition to stop. I will

21             stay on the record while this

22             happens.

23                 Ms. Troy, is that going to

24             be okay for you?

25                 MS. TROY:  Yes.  In fact,

1  Jory Baron

2  even before the deposition,

3  we just asked for a scan of

4  the ID and Mr. Kataev said

5  that he wasn't going to

6  produce the ID without a

7  formal demand. Previously at

8  Friday's deposition last

9  week, at Mr. Thanwalla's

10  deposition, he agreed to

11  produce the ID later in the

12  day because the witness

13  supposedly left his ID in the

14  car.  Today, he says the same

15  thing, which is that his

16  witness forgot his ID in the

17  car.

18      So, we are fine with the

19  production of the redacted

20  version of the ID which is

21  what we asked for all along.

22      MR. KATAEV:  It's not, you

23  never asked for a redacted

24  version.

25      THE COURT:  Stop, stop.

1        Jory Baron

2        She is entitled to verify

3        that the person she is

4        deposing is the person that

5        is identified and you don't

6        want plaintiff's counsel to

7        have his driver's license ID

8        number or to have his home

9        address.  That is fine with

10        me.

11        But, it is her right to

12        verify that the witness is

13        who he says he is and she

14        doesn't have to take your

15        word for it. It's ridiculous

16        for you to be citing one

17        reported case as the reason

18        that you are making that

19        call.

20        Can I just state that I

21        have 5 other cases and this

22        is not a reason to be

23        contacting the Federal Court.

24        Mr. Kataev and Ms. Troy, I

25        understand that you have not

1          Jory Baron

2          had any goodwill between the

3          two of you but I will not

4          tolerate this level that

5          everything has to be brought

6          to the Court.  I will tell

7          you that you are doing

8          injustice, you are both doing

9          injustice service to your

10         client.  Again, Ms. Troy is

11         entitled to get some

12         verification of whoever the

13         witness was by virtue of the

14         ID, and as of last week, do

15         you understand me?

16              MR. KATAEV:  I am claiming

17         a redacted version would be

18         fine, but it is -- I need the

19         authority for the appropriate

20         certification that she's

21         entitled to some form of ID.

22              THE COURT:  I am her

23         authority and she's entitled

24         to that.  Is that enough for

25         you?

|   | Jory Baron |
|---|---|
| 1 | |
| 2 | MR. KATAEV:  Yes, Your |
| 3 | Honor. |
| 4 | THE COURT:  Mr. Kataev, if |
| 5 | we have to do this on every |
| 6 | single point, Mr. Kataev, it |
| 7 | will not end up being useful |
| 8 | for you or for your client or |
| 9 | for Ms. Troy or her client. |
| 10 | We need to get through the |
| 11 | litigation here and you do |
| 12 | not need to raise every |
| 13 | single thing as another issue |
| 14 | to address the Court about; |
| 15 | do you understand? |
| 16 | MR. KATAEV:  I understand, |
| 17 | Your Honor. |
| 18 | THE COURT:  Mr. Kataev and |
| 19 | Ms.Troy, we stand by that the |
| 20 | fact that Mr. Baron is |
| 21 | directed to produce his ID. |
| 22 | You will then turn off the |
| 23 | recording right now and I |
| 24 | will stay on the line to make |
| 25 | sure that it doesn't become |

```
 1                    Jory Baron
 2                an issue.
 3                    MS. TROY:  Recording
 4                stopped, Your Honor.
 5                    MR. KATAEV:  He has
 6                already gone downstairs.
 7                    THE COURT: Well, now we
 8                have to waste my time waiting
 9                for him to come back to give
10                Ms. Troy his ID so that I
11                don't get interrupted again.
12                    MR. KATAEV:  I apologize,
13                Your Honor.
14                    THE COURT:  Ms. Troy and
15                Mr. Kataev, please get your
16                focus back on the case and
17                don't make it about both of
18                you.  It will not be a
19                pleasant thing to have
20                lawyers at this pitch, do you
21                understand that?
22                    MS. TROY:  Yes, Your
23                Honor.
24                    MR. KATAEV:  Understood,
25                Your Honor.
```

```
 1                    Jory Baron

 2          [Time noted is 10:23]

 3                         THE COURT:  Ms. Troy is

 4                    being asked not to write down

 5                    the driver's ID number or the

 6                    home address.  Ms. Troy, I

 7                    assume that you have no

 8                    problem with that?

 9                         MS. TROY:  No, I don't

10                    have a problem with that.

11                         THE COURT:  Thank you.

12                         So, the case does not --

13                    there is no reason for

14                    someone to prove who they

15                    were at a deposition because

16                    it was about a social

17                    security number.

18                         I am convinced that Ms.

19                    Troy has no bad intent and

20                    she just wants to verify that

21                    Mr. Baron is who he says he

22                    is, whoever the other witness

23                    is.  I believe there will be

24                    no further issue on this

25                    case. Please make sure that
```

```
 1                    Jory Baron
 2                    your witness comes prepared
 3                    to show ID, okay?
 4                         MR. KATAEV:  Your Honor, I
 5                    have to go to my office and
 6                    it will be one minute.
 7         [Time noted: 10:32 a.m.]
 8                         MR. KATAEV:  I'm going to
 9                    show the ID.
10                    (Ms. Troy peruses.)
11                         MS. TROY:  That is
12                    satisfactory.
13                         THE COURT:  Is that
14                    satisfactory?
15                         MS. TROY:  Yes, it is.
16                         THE COURT:  I don't
17                    believe there will be any
18                    other matters that needs the
19                    Court's intervention?
20                         MS. TROY:  No, Your Honor,
21                    not from me.
22                         MR. KATAEV:  No, Your
23                    Honor, not from --
24                         MS. TROY:  Not from the
25                    plaintiff's side.
```

```
 1                        Jory Baron
 2                        MR. KATAEV:  Nothing
 3                   further.
 4                        THE COURT:  This matter is
 5                   now adjourned and I am going
 6                   to advise Ms. Troy and Mr.
 7                   Kataev to get on with the
 8                   deposition.  Thank you very
 9                   much.
10                        MS. TROY:  Thank you, Your
11                   Honor.
12                        MR. KATAEV:  Thank you.
13                   (The recording has stopped.)
14         [Time noted: 10:34 a.m.]
15                        MS. TROY:  10:35 the
16                   recording is back on.  Let's
17                   get started.
18         [Time noted: 10:35 a.m.]
19         J-O-R-Y B-A-R-O-N, a Defendant herein,
20         after having been duly sworn by a Notary
21         Public of the State of New York, was
22         examined and testified as follows:
23
24         BY THE REPORTER:
25                        Q.  Please state your full name for
```

```
 1                      Jory Baron
 2          the record.
 3                      A.   Jory Baron.
 4                      Q.   Please state your present
 5          address for the record.
 6                      A.   21 Wayside Lane, Huntington, New
 7          York 11743.
 8          EXAMINATION BY
 9          TIFFANY TROY:
10                      Q.   Good morning, Mr. Baron.  My
11          name is Tiffany Troy and I represent the
12          plaintiff in this matter, Leticia Stidhum.
13          Before we get started, have you ever been
14          deposed before?
15                      A.   No.
16                      Q.   In that case, I'm going to
17          explain what a deposition is and lay down
18          some ground rules going forward; do you
19          understand?
20                      A.   Yes.
21                      Q.   First, this deposition is for me
22          to ask you questions and for you to answer
23          my questions about the subject matter of
24          this lawsuit.  To be clear, this lawsuit is
25          about the pregnancy discrimination claims
```

```
 1                         Jory Baron

 2          brought by Leticia Stidhum.  There is also a

 3          separate State Court Action that is about

 4          the wage and hour claim, but we will be

 5          addressing the pregnancy discrimination

 6          claim today; do you understand?

 7                         A.  Yes.

 8                         Q.  Since the court reporter has to

 9          take down everything that you say, I ask

10          that you give verbal responses; no shaking

11          or nodding of your head and no gestures; do

12          you understand that?

13                         A.  Yes.

14                         Q.  For the same reason, please

15          speak loudly and clearly when you answer a

16          question; do you understand?

17                         A.  Yes.

18                         Q.  The stenographer can only write

19          down one person speaking at a time.

20          Therefore, please do not start to answer one

21          of my questions before I stop asking it,

22          likewise I will not start a new question

23          until you have finished answering my last

24          question; do you understand?

25                         A.  Yes.
```

Jory Baron

Q.  If you need to take a break, for example to get a drink of water or to use the restroom, please let me know and I will call for a break; do you understand?

A.  Yes.

Q.  The only exception is that there can be no break in between one of my questions and your answer to that question; you must finish answering my question before you ask for a break; do you understand?

A.  Yes.

Q.  From time to time your attorney may make objections to my questions. Generally, however, unless your attorney tells you not to respond you will still have to respond; do you understand?

A.  Yes.

Q.  If you don't understand a question, tell me and I will rephrase it so that you can.  If you don't hear a question, tell me and I will repeat it so that you do; do you understand?

A.  Yes.

Q.  We are here together for facts

1                         Jory Baron

2          and not speculation.  If you don't know an

3          answer to a question, say so; do you

4          understand that?

5                         A.  Yes.

6                         Q.  Do you understand that you have

7          taken an oath to tell the truth today?

8                         A.  Yes.

9                         Q.  Do you understand that the oath

10         that you have taken to tell the truth

11         carries the same force and effect as if you

12         were testifying in Court before a Judge?

13                        A.  Yes.

14                        Q.  Are you currently taking any

15         medications that could prevent you from

16         recalling the truth or testifying truthfully

17         today?

18                        A.  No.

19                        Q.  How about any physical or

20         emotional conditions, are you currently

21         under any condition that could prevent you

22         from recalling the truth or testifying

23         truthfully and completely today?

24                        A.  No.

25                        Q.  Besides your attorney, have you

```
 1                        Jory Baron

 2        spoken with anyone to prepare for today's

 3        deposition?

 4                   A.  No.

 5                   Q.  Without telling me the contents

 6        of your communications with your attorney,

 7        did you, yes or no, talk to your attorney to

 8        prepare for this deposition?

 9                   A.  Yes.

10                   Q.  Again, without telling me the

11        contents of the communications, for how long

12        did you speak with your attorney?

13                   A.  A few hours.

14                   Q.  In preparation for today's

15        deposition, did you review any documents?

16                   A.  Yes.

17                   Q.  What were those documents?

18                   A.  All the documents that were

19        provided to me, the allegations set forth in

20        the case, the Interrogatories and other

21        documents that I signed.

22                   Q.  Mr. Baron, what is your full

23        name?

24                   A.  Jory Philip Baron.

25                   Q.  How do you spell Philip?
```

```
 1                    Jory Baron
 2           A.   P-H-I-L-I-P.
 3           Q.   Since this is a virtual
 4     deposition, when you are on break, do you
 5     affirm that you are not going to communicate
 6     by email, chat, or instant message on your
 7     phone or any other device?
 8           A.   No.
 9                    MR. KATAEV:   Let the
10                 record reflect that there is
11                 no such device before him.
12           Q.   Do you agree that besides the
13     documents that I will be showing you on the
14     screen as exhibits today that you will not
15     be reviewing any notes on your computer,
16     cell phone or your notepad?
17           A.   Yes.
18                    MR. KATAEV:   Same notation
19                 for the record.
20           Q.   Have you ever been arrested
21     before?
22           A.   No.
23           Q.   Have you ever been a party to a
24     lawsuit besides this one in a State Court
25     Action?
```

```
 1                          Jory Baron
 2              A.   No.
 3              Q.   During this deposition, I'm
 4     going to be referring to 161-10 Hillside
 5     Auto which is at 161-10 Hillside Avenue as
 6     Hillside Auto Outlet; do you understand
 7     that?
 8                     MR. KATAEV:  Objection to
 9                     the form.  The corporate
10                     entity is 161-10 Hillside
11                     Auto Ave.  It is Auto Avenue,
12                     LLC d/b/a Hillside Auto
13                     Outlet.  You can answer the
14                     question.
15              A.   Yes.
16              Q.   I'm going to be referring to
17     Hillside Auto Mall, Inc. as Hillside Auto
18     Mall; do you understand?
19              A.   Yes.
20              Q.   Do you own the residence that
21     you gave at the beginning of this deposition
22     today?
23                     MR. KATAEV:  Objection to
24                     relevance.  You can answer.
25              A.   Yes.
```

Jory Baron

1

2         Q.   In the past five years, have you

3 lived anywhere else?

4         A.   Yes.

5         Q.   Starting from the most recent,

6 where have you lived prior to your current

7 address?

8         A.   35 Woodland W-O-O-D-L-A-N-D

9 Street in Huntington.

10         Q.   Besides the 35 Woodland Street

11 address, have you lived anywhere else in

12 addition to the address that you gave at the

13 beginning of this deposition within the past

14 5 years?

15         A.   No.

16         Q.   What is your highest level of

17 education?

18         A.   College.

19            MR. KATAEV:   Objection to

20            that.

21         A.   (Continuing) Business

22 Management, Bachelor's of Science.

23         Q.   What school did you attend?

24         A.   Michigan and then Hofstra

25 University.

1              Jory Baron

2              Q.  Are you familiar with the

3    company 161-10 Hillside Auto Avenue LLC.?

4              A.  Yes.

5              Q.  How are you familiar with it?

6              A.  I am a member/shareholder.

7              Q.  What is the percentage of shares

8    that you own?

9              A.  I am a 25 percent.

10             Q.  Do you recall when you began as

11   a member, the year and the month?

12             A.  I don't recall specifically, but

13   it was from the beginning of the business

14   when we opened.

15             Q.  How about do you recall when the

16   business opened?

17             A.  Approximately 5 years ago.

18             Q.  What is your role as the

19   member/shareholder at 161-10 Hillside Auto

20   Avenue LLC?

21             A.  My role is very minimal; I sign

22   checks and speak to Ishaque on a weekly

23   basis just to review where we are in the

24   month.

25             Q.  When you had the conversations

```
 1                          Jory Baron

 2            with Ishaque on a weekly basis, would that

 3            be you and Isaac only or was it you,

 4            Ishaque, and someone else?

 5                          A.  Typically, Ishaque and myself.

 6                              MR. KATAEV:  Let the

 7                          attorney finish her question.

 8                              THE WITNESS:  I apologize.

 9                              MR. KATAEV:  It's to make

10                          the court reporter's life

11                          easier.

12                          Q.  When you say that you spoke to

13            Ishaque on a weekly basis, just to review,

14            on a weekly basis, can you describe what

15            kind of information you and Ishaque

16            exchanged during those conversations?

17                              MR. KATAEV:  Objection as

18                          to relevance. You can answer.

19                          A.  It could vary on a weekly basis.

20            Sometimes it could be how many vehicles do

21            we have currently sold for the month?  How

22            was our cash position? Certain general

23            questions just to get a general sense of the

24            health of the dealership at the moment.

25                          Q.  Do you still have those weekly
```

```
 1                      Jory Baron
 2       meetings with Ishaque currently?
 3                 A.  It can vary.  I can come in
 4       weekly, it could be every other week or as-
 5       needed.
 6                 Q.  Let's start from the car sales,
 7       did you discuss with Ishaque the number of
 8       vehicles sold at Hillside Auto Outlet in
 9       2018/2019?
10                 A.  On a monthly basis, yes.
11                 Q.  In 2018/2019, do you recall how
12       many cars were sold by the dealership on a
13       monthly basis?
14                 A.  I cannot recall.
15                 Q.  Can you give us a range?
16                 A.  I would be guessing from 5 years
17       ago, but I would prefer not to.
18                 Q.  Was the number of vehicles sold
19       in 2018 and 2019 more or less than the
20       number of vehicles sold on a monthly basis
21       currently?
22                 A.  Again, unfortunately I cannot
23       recall every month, it varied.
24                 Q.  How about the revenue generated
25       by the deals on a monthly basis, do you
```

```
 1                    Jory Baron
 2      recall that in 2018 and 2019, again, on a
 3      monthly basis?
 4              A.  I cannot recall.
 5                       MR. KATAEV:  Objection to
 6                    that one.
 7              Q.  During those meetings, would you
 8      ever discuss issues that may arise on the
 9      human resources front?
10                       MR. KATAEV:  Objection to
11                    the form.  You can answer.
12              A.  No, that was not my position as
13      a shareholder at that time.
14              Q.  When you say ''at that time'' does
15      that mean in 2018 and 2019?
16              A.  Yes.
17              Q.  What is your position as a
18      shareholder currently, and I mean regarding
19      perhaps human resources discussed with you
20      currently?
21              A.  Ishaque handles the day-to-day
22      of the human resources aspect.  If I need to
23      get involved, he will call.
24              Q.  When was the most recent time
25      when he called you with respect to a human
```

```
 1                        Jory Baron
 2        resources issue?
 3                   A.   None.
 4                        MS. TROY:  Emmanuel, can
 5                   you do me a favor?  You
 6                   usually project pretty well,
 7                   but if you don't mind moving
 8                   the microphone closer to the
 9                   witness.
10                        MR. KATAEV:  How is it
11                   now?
12                        MS. TROY:  No problem.
13                        MR. KATAEV:  So the record
14                   is clear, there is a shared
15                   microphone on the table and
16                   we just moved it closer to
17                   the witness so that it is
18                   clear.
19                        MS. TROY:  I believe the
20                   witness said ''none.''  We can
21                   move on.
22                        MR. KATAEV:  That is
23                   correct.
24                   Q.   From the beginning of the time
25        when you became the shareholder at Hillside
```

```
 1                         Jory Baron
 2          Auto Outlet five years ago until the present
 3          day, has there ever been an occasion when
 4          Ishaque called you regarding a human
 5          resource issue?
 6                    A.  No.
 7                    Q.  Back in 2018 and 2019 what would
 8          be a number of cars sold on a good month?
 9                    A.  I can't give you a specific
10          number.
11                    Q.  What would be the number?
12                         MR. KATAEV:  Objection.
13                         Asked and answered for that
14                         one.
15                    Q.  How about in a slow month?
16                    A.  I cannot recall, i can't give
17          you a specific answer.
18                    Q.  Do you recall if there were
19          months or seasons when the car sales would
20          be slower?
21                    A.  Yes.  The car sales can vary
22          from month-to-month depending on the time of
23          year and other factors.
24                    Q.  What other factors would car
25          sales would depend on?
```

Jory Baron

1

2          A.  It could be holiday times,

3     certain promotions, people know that deals

4     would be going on at the end of the year,

5     different things like that, weather, tax

6     returns, so on and so forth.

7          Q.  Let's go to holiday times, what

8     were the major holidays that would affect

9     car sales, and we are still talking about

10     Hillside Auto Outlet?

11          A.  Everything within the industry

12     can typically run hand-in-hand.  It would be

13     Memorial Day, President's Week, the end of

14     the year, vice-a-versa, major holidays can

15     adversely affect business.  Mother's Day,

16     Easter, Christmas.  They tend to be slow,

17     but again, it could vary.

18          Q.  What are the busier months at

19     Hillside Auto Outlet?

20          A.  I cannot recall what would be

21     the busiest months.

22          Q.  Are you familiar with Ishaque

23     Thanwalla?

24          A.  Yes.

25          Q.  How are you familiar with him?

```
 1                         Jory Baron
 2               A.  He is a partner of mine.
 3               Q.  What is his role and exact title
 4     at Hillside Auto Outlet?
 5               A.  To manage day-to-day aspects of
 6     the dealership throughout.
 7               Q.  Is it fair to say that he has
 8     the power to hire employees?
 9               A.  Yes.
10               Q.  How about firing?
11               A.  Yes.
12               Q.  How about setting their
13     schedule?
14               A.  Yes.
15               Q.  How about setting their pay?
16               A.  Yes.
17               Q.  To your knowledge, what was the
18     work schedule at Hillside Auto Outlet in
19     2018/2019?
20               A.  I don't know.
21               Q.  How about the store hours, what
22     were the store hours at Hillside Auto Outlet
23     in 2018/2019?
24               A.  I cannot recall.
25               Q.  Do you, as a shareholder, have
```

```
 1                      Jory Baron
 2        the power to hire employees?
 3                 A.  That is not my role.
 4                 Q.  Please listen carefully to the
 5        question.  The question is: do you have the
 6        power or authority to hire employees?
 7                      MR. KATAEV:  Objection.
 8                      Asked and answered, but you
 9                      can answer the question
10                      again.
11                 A.  Again, it is not my role.
12        Ishaque is in charge of that aspect.
13                 Q.  Do you have the power to --
14                      MR. KATAEV:  Objection.
15                      Asked and answered.
16                      MS. TROY:  Mr. Kataev, if
17                      you listened carefully, he
18                      did not actually answer the
19                      question which is why I am
20                      asking the question again.
21                      The question is ``yes or no,
22                      do you have the authority to
23                      hire employees?''
24                      MR. KATAEV:  My objection
25                      stands, and you can answer
```

```
 1                    Jory Baron
 2                 the question again.
 3              A.  That's Ishaque's role and I
 4    don't have that power to do that.
 5              Q.  How about to fire employees?
 6              A.  No, that is Ishaque's
 7    responsibility.
 8              Q.  How about setting the schedule?
 9              A.  No, that is not my
10    responsibility.
11              Q.  How about setting the pay?
12              A.  That was not my responsibility.
13              Q.  Do you know the payment
14    structure for the car salespeople at
15    Hillside Auto Outlet?
16              A.  No.
17              Q.  During the discussions about the
18    cash positions, and by discussions, I mean
19    discussions with Ishaque, did the cash
20    position involve payroll expenses?
21                   MR. KATAEV:  Objection.
22                 Vague, but you can answer.
23              A.  No.
24              Q.  When you talked about the cash
25    positions, what was being discussed
```

```
 1                    Jory Baron

 2       specifically?

 3                    MR. KATAEV:  Objection to

 4                    relevance.  You can answer.

 5                    A.  The amount of money needed to

 6       operate a business successfully; just making

 7       sure that again, there was enough money for

 8       floor plans and different things like that.

 9                    Q.  When you discussed the cash

10       position, would you discuss the income as

11       well as the expenses?

12                    A.  Can you repeat the question,

13       please?

14                    MS. TROY:  Sure.  Let's

15                    strike that last question.

16                    Q.  During your discussions with

17       Ishaque, would you discuss the payroll

18       expenses at all?

19                    A.  No.

20                    Q.  Would he ever discuss with you

21       how much he was paying either a specific

22       employee who was working for Hillside Auto

23       Outlet or a certain position, for instance,

24       a car salesperson?

25                    A.  No.
```

```
 1                      Jory Baron

 2             Q.  During all of your time as a

 3      shareholder at Hillside Auto Outlet, have

 4      you ever hired anyone?

 5             A.  I have trouble hearing you. I'm

 6      so sorry.  If you could just repeat that one

 7      more time.

 8             Q.  Have you ever hired anyone on

 9      behalf of Hillside Auto Outlet?

10             A.  No.

11             Q.  How about firing people?

12             A.  No.

13             Q.  Besides 161-10 Hillside Auto

14      Avenue LLC, do you own any other company's?

15             A.  No.  Oh, I apologize.  We do

16      have Hillside Auto Outlet 2 that is down the

17      road.

18                   MR. KATAEV:  Do you mean

19                the numeral?

20                   THE WITNESS:  Yes.

21             Q.  What is the address of Hillside

22      Auto Outlet 2?

23             A.  179-10, I believe.  I would have

24      to double check, but I believe that is the

25      address.
```

```
 1                          Jory Baron
 2                  Q.  Does Hillside Auto Outlet 2 also
 3         sell cars?
 4                  A.  We store cars there and they can
 5         sell them, but it's mostly for service of
 6         vehicles.
 7                  Q.  Besides yourself, are there any
 8         other shareholders of Hillside Auto Outlet
 9         2?
10                  A.  Yes.
11                  Q.  Who are they?
12                      MR. KATAEV:  Objection as
13                          to relevance.  You can
14                          answer.
15                  A.  The Estate of David Baron and
16         Josh Aaronson, as well as Ishaque.
17                  Q.  Is it fair to say that you each
18         have a 25 percent share?
19                  A.  Yes.
20                  Q.  Turning your attention back to
21         Hillside Auto Outlet, is it fair to say that
22         you and Josh Aaronson and the Estate of
23         David Baron as well as Ishaque, that you
24         each own 25 percent of the shares of the
25         company?
```

```
 1                        Jory Baron
 2              A.  Yes.
 3              Q.  Are you familiar with Josh
 4      Aaronson?
 5              A.  Yes.
 6              Q.  How are you familiar with him?
 7              A.  He is a business partner.
 8              Q.  Besides 161-10, Hillside Auto
 9      Avenue, d/b/a, Hillside Auto Outlet, LLC and
10      Hillside Auto Outlet 2, are you business
11      partners with him and any other
12      corporations?
13              A.  Not at the moment.
14              Q.  What was his role or
15      responsibility at Hillside Auto Outlet?
16              A.  Shareholder.
17              Q.  As the shareholder, what did he
18      do?
19              A.  I don't know.
20                  MR. KATAEV:  Who is ''he?''
21                  MS. TROY:  Josh Aaronson.
22                  MR. KATAEV:  Go ahead.
23              A.  (Continuing) I cannot speak for
24      his responsibilities.
25              Q.  Earlier you mentioned that you
```

```
 1                       Jory Baron
 2       had monthly back and forth in 2018 and 2019
 3       and weekly meetings with Ishaque about
 4       everything about Hillside Auto Outlet. Would
 5       Josh Aaronson ever join the two of you at
 6       any of those meetings?
 7                 A.   There were occasions where we
 8       might have been on the phone together.
 9                 Q.   During those occasions, were the
10       same types of things discussed or was it
11       something different in those discussions?
12                 A.   It could vary.
13                 Q.   Let's turn your attention to the
14       late David Baron for a second.  At the time
15       when the company was formed, David Baron was
16       still alive; is that correct?
17                 A.   Yes.
18                 Q.   Let's backtrack, do you recall
19       what year and month he passed away?
20                 A.   It would be 2 years in May.
21                 Q.   Between 2018 and 2019, what role
22       or responsibilities did he have as the
23       shareholder of 161-10 Hillside Auto Avenue,
24       LLC?
25                 A.   I cannot recall, nor was I
```

```
 1                        Jory Baron
 2       involved.
 3                    Q.  After 2021 when, essentially the
 4       Estate of David Baron was the executor for
 5       the late David Baron, what, if any
 6       discussions were had between or amongst the
 7       shareholders regarding anything related to
 8       Hillside Auto Outlet?
 9                    A.  Can you please repeat that
10       question?
11                    Q.  So, sure.  Sort of a similar
12       question that I had asked you with respect
13       to Josh Aaronson, but now we are talking,
14       I'm turning your attention to the Estate of
15       David Baron.
16          Did the Estate of David Baron ever
17       participate in shareholder meetings?
18                    A.  I cannot recall, nor do I
19       remember.
20                    Q.  When was the last meeting that
21       was attended either by the Estate of David
22       Baron or by the late Mr. Baron?
23                    A.  I cannot remember.
24                    Q.  Are you familiar with a company
25       called Hillside Auto Mall, Inc?
```

```
 1                    Jory Baron
 2              A.  If I may ask, familiar in what
 3      way?
 4              Q.  Do you know of the company?
 5              A.  Yes.
 6              Q.  How do you know of the company?
 7              A.  They are down the block from
 8      where we are.
 9              Q.  Were there ever occasions from
10      your perspective as a shareholder, were
11      there ever occasions when Hillside Auto
12      Outlet employees would sell cars from
13      Hillside Auto Mall?
14              A.  They are 2 companies, they are 2
15      different businesses.
16              Q.  Let me just turn your attention
17      and focus on the question, which was: were
18      there ever occasions when Hillside Auto
19      Outlet's employees sold cars from Hillside
20      Auto Mall?
21                    MR. KATAEV:  Objection.
22                    Asked and answered. You can
23                    answer the question.
24              A.  Throughout we could have
25      vehicles brought to Hillside Auto Outlet to
```

```
 1                        Jory Baron
 2        be shown.  But, every vehicle that gets sold
 3        would be a Hillside Auto Outlet vehicle.
 4        They could again have the vehicle brought to
 5        be shown if the customer likes it, Hillside
 6        Auto Outlet, we do that with other locations
 7        where they can purchase the vehicles from
 8        those stores and then try to sell them.
 9                  Q.  When you mentioned that the
10        vehicles could be brought to Hillside Auto
11        Outlet, I am going to follow-up on that and
12        ask you: were there occasions when the car
13        salespeople would bring customers down the
14        block to Hillside Auto Mall to sell cars at
15        Hillside Auto Mall?
16                  A.  No, not that I'm aware of.
17                  Q.  Are you familiar with the co-
18        defendant, Andris Guzman?
19                  A.  I am familiar with his name,
20        yes.
21                  Q.  Do you recall his position with
22        Hillside Auto Outlet?
23                  A.  I cannot recall.
24                  Q.  Do you recall if he had
25        managerial responsibilities?
```

1                    Jory Baron

2              A.  I cannot recall.

3              Q.  Do you recall what the hiring

4         process was like at Hillside Auto Outlet?

5              A.  That was not my responsibility,

6         so I cannot answer that.

7              Q.  To your knowledge, were there

8         any posters regarding Labor Law posted

9         within the store of Hillside Auto Outlet?

10             A.  Yes.

11             Q.  Where were those posters posted?

12             A.  I believe in the lunch area or

13        in the back area.  There is a kitchen,

14        that's where the kitchen is, if I remember

15        correctly.

16             Q.  Do you remember what the

17        contents on the poster was?

18             A.  I cannot remember specifically.

19             Q.  Do you recall if the poster was

20        there back in 2018/2019?

21             A.  Yes.

22             Q.  Do you recall how much in flat

23        commissions per car was given to Hillside

24        Auto Outlet employees?

25             A.  It was not my responsibility.

1           Jory Baron

2       So, again, I cannot recall.

3               Q.  Do you know what the bonus

4       structure was at Hillside Auto Outlet?

5               A.  That was not my responsibility,

6       so I was unaware.

7               Q.  Do you know if the bonus

8       structure was fixed or varied from time-to-

9       time at Hillside Auto Outlet?

10              A.  Again, that was not my

11      responsibility.  So, I'm unaware, I could

12      say it is not unusual for structures and

13      bonus structures to vary from time to time.

14              Q.  When you said that, are you

15      speaking generally in the industry?

16              A.  Yes.

17              Q.  Are you familiar with the

18      plaintiff Leticia Stidhum?

19              A.  Yes.

20              Q.  How are you familiar with her?

21              A.  I am familiar with her based on

22      this lawsuit.

23              Q.  Did you know of her prior to

24      this lawsuit?

25              A.  No.

1                    Jory Baron

2               Q.  From time to time, did you visit

3     Hillside Auto Outlet as one of the

4     shareholders?

5               A.  I would visit there and it would

6     vary every so often.

7               Q.  Usually what time of day would

8     you visit?

9               A.  It could vary depending on my

10    schedule.

11              Q.  What was the earliest time of

12    the day when you would visit the store?

13              A.  After they opened, typically

14    around 10:30 in the morning would be the

15    earliest.

16              Q.  How about the latest time when

17    you visited?

18              A.  I would want to be out of there

19    by 2 o'clock due to traffic.

20              Q.  Would you visit weekdays as well

21    as on weekend days?

22              A.  Typically it would be within the

23    week.

24              Q.  Meaning Monday through Friday?

25              A.  Yes.

1          Jory Baron

2          Q.  What was Ishaque's title at

3    Hillside Auto Outlet?

4          A.  He was a shareholder/partner,

5    whichever you prefer, as well as the manager

6    of the store.

7          Q.  What are the responsibilities of

8    the finance manager, and specifically we are

9    talking about Hillside Auto Outlet?

10         A.  The finance manager would

11   receive credit, I should say they would

12   receive a folder from the salesperson once a

13   deal is formally agreed upon.  Then, their

14   job would be to run credit and submit credit

15   to the bank and then finalize the paperwork

16   with the customers.

17         Q.  To your knowledge, did any of

18   the car salespeople stay after the store

19   hours in order to finish a deal?

20         A.  It is not uncommon within the

21   industry for people to have to remain past

22   our set hours to complete a deal.

23         Q.  Specifically and typically, how

24   much longer would they stay past the set

25   hours to complete a deal after hours?

```
 1                         Jory Baron
 2                    A.  I cannot tell you that.  It
 3          varied.
 4                    Q.  Can you give me a range?
 5                         MR. KATAEV:  Objection.
 6                         Asked and answered.  You can
 7                         answer the question.
 8                    A.  It completely varied.
 9                    Q.  Are you familiar with the
10          Dealertrack system?
11                    A.  Yes.
12                    Q.  Can you explain what that system
13          is?
14                    A.  This is the system, this is our
15          dealer management system.  I call it like
16          the brain function of the store.  It is the
17          database that we use to operate the
18          dealership, they use the main database.
19                    Q.  To your knowledge, were any
20          records kept for employee hours, and let's
21          start from the time clock; are you aware if
22          there was a time clock at Hillside Auto
23          Outlet?
24                    A.  Not that I know specifically.
25                    Q.  How about any written records
```

```
 1                     Jory Baron
 2         about employee's attendance?
 3                 A.  That is not my responsibility
 4         and I cannot answer that.
 5                         THE WITNESS:  Is it okay
 6                     if I have a sip of my
 7                     Gatorade?
 8                         MS. TROY:  Okay.  For the
 9                     record, you don't have to ask
10                     for a drink.
11                         THE WITNESS:  I just
12                     wanted to make sure.
13                 Q.  How about a record of the
14         employee's pay; what records, if any, were
15         kept?
16                 A.  That was not my responsibility
17         and I cannot recall.
18                 Q.  Earlier you mentioned that you
19         learned of Leticia Stidhum through a
20         lawsuit.  Prior to this lawsuit, did you
21         have any communications with Ishaque about
22         Leticia?
23                 A.  So, to clarify then the first
24         knowledge of this lawsuit was a text message
25         that I received from Leticia.  That was the
```

```
 1                       Jory Baron
 2         first contact that I had with her.  But, no,
 3         I did not have any conversations with
 4         Ishaque about Leticia prior to any of the
 5         legal ---
 6                   Q.  Did you have conversations with
 7         anyone about Leticia prior to this lawsuit?
 8                   A.  Just to clarify, when you say
 9         ''prior to this lawsuit,'' upon receiving a
10         text message from her, that is when the
11         conversations began about the matter that
12         day.  We did not have conversations until
13         this lawsuit began.
14                   Q. To backtrack for a second, the
15         text message that you were referring to, was
16         that the text message that you received from
17         Leticia?
18                   A.  Yes.
19                        MR. KATAEV:  Let the
20                     record reflect that I
21                     produced this morning those
22                     text messages.
23                   Q.  Were those the text messages
24         from January 24th?
25                   A.  That is correct.
```

1          Jory Baron

2              MS. TROY:  Let the record

3          reflect that D1905 to D1907,

4          I have however, it appears to

5          me that the text message was

6          cut off.  And that there is

7          another page.  This does not

8          represent the entirety of the

9          text messages.  But, there is

10         a message that was cut off.

11             Emanuel, are you going to

12         produce the full text

13         messages?

14             MR. KATAEV:  I'm sorry for

15         this.  If we have them, we

16         will produce it.  Please make

17         a formal demand. For what

18         it's worth,in my review with

19         the client, we believe that

20         the bottom portion of the

21         text message either says

22         ``thank you for your time'' or

23         ``thank you for your help.''

24         It was one of those two

25         things based on the client's

```
 1                    Jory Baron
 2                 recollection.
 3                    I believe we can also
 4                 represent and confirm, and
 5                 it's accurate that we can
 6                 also represent that there are
 7                 no further text messages
 8                 after that one; correct?
 9                    THE WITNESS:  That is
10                 correct.
11             Q.  Let me just backtrack for a
12       second.  I will show it on the screen and
13       maybe that will be easier.  Just give me one
14       second.
15           I believe it's going to be easier if we
16       just use this same folder and we're just
17       going to name it as the next number.
18                    MR. KATAEV:  That is fine.
19                 But, when you say ''folder,''
20                 what do you mean?
21                    MS. TROY:  We're going to
22                 mark this as Exhibit 14.
23                 (Plaintiff's Exhibit 14
24                 marked for identification)
25             Q.  So, I'm going to show you what
```

```
 1                     Jory Baron
 2           we have just marked as Plaintiff's Exhibit
 3           14, which is also D1905 to D1907.
 4           First, what is your cell phone number?
 5                          MR. KATAEV:  Objection as
 6                          to relevance.  You can
 7                          answer.
 8                     A.  516 840-2524.
 9                     Q.  Since when have you used this
10           number?
11                     A.  I can't remember the specifics,
12           but several years.
13                     Q.  Is it fair to say that in 2019
14           you used the number, you were using this
15           number?
16                     A.  Yes.
17                     Q.  How did you obtain this text
18           message that I'm showing you on the screen
19           today?
20                     A.  Leticia texted me.
21                     Q.  How did you obtain this
22           screenshot of the text message?
23                     A.  I screenshot it.
24                     Q.  When did you screenshot it?
25                     A.  Upon the allegations brought
```

```
 1                      Jory Baron
 2           forth, I thought that it may be relevant and
 3           I went through my history of conversations.
 4           I then screenshotted the text message.
 5                      Q.  Are you saying that you
 6           screenshotted it back in 2019?
 7                      A.  No, I screenshotted it --
 8           honestly, whenever the lawsuit came forth,
 9           but I cannot say whether it was 2019 or not.
10                      Q.  You did not screenshot that this
11           year or last year, but it was sometime
12           prior; correct?
13                      A.  I cannot recall.  Again,
14           whenever the lawsuit was brought forth and
15           it was shortly thereafter.
16                      Q.  Do you still use that 516 840-
17           2524 number today?
18                      A.  I do.
19                      Q.  Do you still have text messages
20           on your phone today?
21                      A.  I would have to go back and I
22           don't know if my text messages are now set
23           to delete after a certain time period.  So,
24           I cannot answer.  I may have changed it
25           during the pandemic, the cell phone was
```

                          Jory Baron

1

2    constantly being used.  I may have changed

3    the setting in terms of how long my text

4    messages were kept.

5                    Q.  In other words, you use the same

6    number, and you had those text messages

7    before, but you are not sure if you have it

8    currently because the setting was changed to

9    possibly delete them after a certain period

10   of time?

11                   A.  That is correct, I would have to

12   check.

13                   Q.  When did you provide those

14   screenshots?

15                   A.I produced those screenshots again

16   shortly after the allegations.

17                        MR. KATAEV:  Objection.

18                        Asked and answered.

19                   Q.  I am now showing you the third

20   page of D1907.  Do you recall what, if

21   anything, followed the last text message

22   that appears to be cut off?

23                   A.  From what I was told, I

24   confidentially received the text messages

25   and I took those text messages very

| | Jory Baron |
|---|---|
| 1 | |
| 2 | seriously and had a conversation with |
| 3 | Leticia about everything.  I told her that I |
| 4 | had to speak with Ishaque to discuss it, and |
| 5 | in fact if she was owed anything, if she was |
| 6 | owed anything, she would indeed get paid. |
| 7 | It showed that she quit, and I wanted to |
| 8 | discuss if any money to the penny was owed |
| 9 | as well as that was the complaint in the |
| 10 | text message. |
| 11 | I did then reach out to her again, and, |
| 12 | and she was unable to take my call as you |
| 13 | can see, she was at work.  I reached out |
| 14 | about my availability for the text message |
| 15 | and then said to her, sent her a text |
| 16 | message and she said, ``Nevermind.  I plan to |
| 17 | go a different route.'' |
| 18 | So, the answer that I promised to call |
| 19 | her on the 28th is in fact incorrect as seen |
| 20 | based on this message.  There was no contact |
| 21 | after this text message and no promise of |
| 22 | it. |
| 23 | Q.  Let's backtrack for a second. |
| 24 | When you said that you took the text message |
| 25 | ``very seriously,'' can you take us and walk |

```
 1                      Jory Baron

 2      us through what specifically the steps were

 3      that were taken after you received this text

 4      message?

 5                  A.   In regard to the first text

 6      message, to clarify?

 7                  Q.   Right.  You were talking about

 8      how you took it very seriously, et cetera.

 9      Please walk us back to the first page after

10      you received this text message dated January

11      24th, which continues onto the second page.

12                  A.   Yes.

13                  Q.   What did you do?

14                  A.   I called Leticia and I wanted to

15      speak to her to see what she had to say.  I

16      told her that I would have to speak with

17      Ishaque again, because I am not there

18      consistently, and the responsibility, again

19      it does not fall within my responsibility.

20      I had to find out from him in fact, if any

21      monies and so on and so forth was owed.  It

22      is not my practice to withhold money from

23      people, and indeed if it was owed to them.

24      Again, long story short, I just wanted to

25      speak to her and get her side and verify
```

Jory Baron

1    with Ishaque.

2           Q.  When did you call her?

3           A.  So, I called her, I would say

4    almost immediately after this text message.

5    Shortly after the time stamp on this, and

6    then after speaking with her, I immediately

7    spoke with Ishaque.  Then, as seen by the

8    text, I tried to call her back, and I guess

9    going back an hour or so after our initial

10   conversation in which she then -- you can

11   see her response.

12          Q.  So, after you read the text

13   message, you did not text her back, instead

14   you called her; is that correct?

15          A.  Yes.  It is much easier to speak

16   over-the-phone.

17          Q.  Then, can you walk through with

18   me exactly what transpired during the

19   conversation; in other words, who spoke

20   first, who said what to whom and what was

21   said in response?

22          A.  So, the summary, I cannot recall

23   who spoke first except for the niceties of

24   ``hi, how are you?  I am Jory, I am Jory

```
 1                      Jory Baron
 2          Baron.''
 3                  Again, I had not spoken or met her
 4          prior.  After the niceties are exchanged,
 5          there was just an exchange of information in
 6          terms of what was going on, what happened
 7          ''let me try to get to the bottom of it and I
 8          will speak to Ishaque to again see his side
 9          of the case, to see if indeed the
10          allegations were correct that were brought
11          forth in her text
12              Again, upon hanging up the phone on that
13          conversation, I would have looked into it
14          and called her back and I spoke to Ishaque,
15          and I did team call her back.
16                  Q.  Let's backtrack for a second.
17          What did she say to you during that
18          telephone conversation?
19                  A.  That she had quit and they just
20          wanted to make sure if she got the pay for
21          the deals that she believes she was
22          potentially owed on.  That her reason for
23          quitting was due to her pay.
24                  Q.  Did she say anything else to you
25          besides what you have already mentioned?
```

1          Jory Baron

2          A.  Anything else?

3          Q.  Yes, during that telephone

4     conversation.

5          A.  In regard to anything else

6     pertaining to the above text, I can't recall

7     any other niceties or former exchanges.

8          Q.  During that conversation, you

9     said that you were going to check with

10    Ishaque.  Did you at that time tell her that

11    you were going to get back to her, call her

12    back or what did you say?

13         A.  Yes, I said ''I would like to

14    speak to Ishaque,'' and then I would call her

15    back.

16         Q.  So, now let's turn to what

17    happened next; what happened next after you

18    hung up with Leticia, how soon thereafter

19    did you call Ishaque?

20         A.  Immediately.

21         Q.  Then, you called Ishaque on his

22    personal phone or did you call him on the

23    Hillside Auto number?

24              MR. KATAEV:  Objection as

25              to relevance. You can answer.

1              Jory Baron

2                    MS. TROY:  If he knows.

3              A.  Most likely it would've been on

4     his cell phone but I can't recall

5     specifically. Ishaque's cell phone, yes.

6              Q.  Let's backtrack a second.  The

7     516 840-2524 number, what service provider

8     did you use, and let's start from back in

9     2018/2019?

10             A.  I know that the number -- the

11    carrier was Verizon and it is still Verizon.

12             Q.  From 2018 until the present day,

13    has it always been Verizon?

14             A.  It had been AT&T, but I don't

15    know what time I switched.

16             Q.  Turning your attention back to

17    this period of time which is roughly

18    speaking from 2019 in January, were you in

19    fact using Verizon or was it AT&T?

20        A.  I would again believe it was

21    Verizon.  But, I cannot exactly say.  I

22    can't confirm it exactly.

23             Q.  When you said that you called

24    Ishaque , was it from your 516 840-2524

25    number that you called him?

```
 1                        Jory Baron
 2            A.  Yes.
 3            Q.  Just to clarify, the only
 4     communications you had with Ishaque on this
 5     day, which was January 24th, was by phone;
 6     is that correct?
 7            A.  I can't recall.  But, I do know
 8     that I did speak with him via phone, though.
 9            Q.  Let's take a look at the time
10     stamp 10:56 a.m.  Is that when you called
11     Ishaque?
12            A.  Shortly after receiving the text
13     message and after speaking with Leticia.
14                    MS. TROY:  Emanuel, what
15                    are you talking about with
16                    your witness?  I see that you
17                    are mumbling something.
18                    MR. KATAEV:  I didn't
19                    mumble anything.  I told him
20                    that there was a question
21                    pending and to wait for the
22                    question.
23                    MS. TROY:  If you are
24                    going to talk with the
25                    witness, it is going to have
```

```
 1                        Jory Baron
 2                        to be part of the record.
 3                        For instance, if you have any
 4                        directions, please just
 5                        project so that the court
 6                        reporter can write it down,
 7                        your direction to the witness
 8                        on the record.  But, there
 9                        should not be any
10                        communications between you
11                        and the witness that the
12                        court reporter does not take
13                        down.
14                             MR. KATAEV:  That is fine.
15                   Q.  When you called Ishaque, can you
16         walk me through what was said during that
17         telephone conversation?
18                   A.  He had indicated as the text
19         message that was received, it indicated, and
20         he then told me that she had quit and that
21         there was no money owed to her at that
22         point.  I did infer to him should we find
23         that there were any deals that we should
24         make sure that she got paid.  He agreed, but
25         at that time to his knowledge, there was no
```

```
 1                      Jory Baron

 2      money owed to her.  Then, I would then

 3      communicate to her after speaking with him

 4      that anything that she had, that she

 5      would've had to follow-up with Ishaque.

 6      But, I had no role in helping resolve any

 7      issues.

 8                 Q.  What specifically did Ishaque

 9      say to you besides what you have already

10      mentioned?

11                 A.  Nothing that I can recall

12      specifically.  Again, most likely ''how are

13      you?''

14                 Q.  When you said that he indicated

15      with regard to the text messages that you

16      received, did you at any point whether prior

17      or after or during the telephone

18      conversation screenshot the text messages

19      and send it to Ishaque?

20                 A.  Not that I can recall.

21                 Q.  What was the conclusion at the

22      end of the telephone call between you and

23      Ishaque?

24                 A.  The conclusion that was most

25      likely no money was owed, but that we would
```

```
1                        Jory Baron
2          look into it and do our due diligence.  That
3          I would then call Leticia back, which I did,
4          to let her know the process that would take
5          place.  Again, she was unable to answer my
6          phone call in which she texted me back.  You
7          can see my text message responses, and she
8          no longer wanted to have communications with
9          me post that last attempt.
10                   Q.  To clarify, after your one phone
11         call with Leticia, were there any subsequent
12         phone call conversations between you and
13         her?
14                   A.  I had my initial phone call and
15         I attempted to call her back.  As I said, I
16         like to try to rectify these situations and
17         her response was even in the text message,
18         she said, I said ``can I call you?'' and I'm
19         paraphrasing a little bit.  I don't have the
20         text message in front of me.  But, that was
21         the last attempt to communicate with her
22         aside from the text message saying that I
23         would be available for about 10 minutes or
24         the following day.  Again, I never shut
25         anyone down if they have issues that they
```

```
 1                       Jory Baron
 2          want to try to resolve.
 3                       Q.  Going back to telephone
 4          conversations you had with Leticia, did you
 5          at any point tell her to ''stop?''
 6                       A.  To stop what?
 7                       Q.  Did you say the word ''stop'' at
 8          all during that telephone conversation?
 9                       A.  No.  Most likely not at all.  I
10          like to hear everybody's point and then let
11          them speak. It's not in my nature to
12          interrupt or tell someone or tell them to
13          ''stop.''
14                       Q.  Did you ever tell her to ''stop
15          ranting'' during that telephone conversation?
16                       A.  No, I can hardly even remember
17          using the word ''rant'' in my life.
18                       Q.  Did you in fact pay any amount
19          that Leticia alleged that she was owed to
20          Leticia?
21                       A.  To the best of my ability,
22          Ishaque handled whatever monies were owed to
23          Leticia. That was to the best of my
24          understanding.
25                       Q.  To the best of your
```

```
 1                          Jory Baron
 2         understanding, after the telephone
 3         conversation between you and Ishaque, where
 4         you both sort of concluded that she was not
 5         owed any money, was any money paid to
 6         Leticia?
 7                    A.  I cannot recall, nor confirm.
 8         Again, I would just like to state that I had
 9         a conversation with Ishaque to look into the
10         matter further and let him make the decision
11         from there.
12                    Q.  Between January 24th when you
13         had this telephone conversation with Ishaque
14         until January 28th, did you and Ishaque have
15         any subsequent conversations either by phone
16         or in-person?
17                    A.  Not recalling specifically.  I
18         cannot recall.
19                    Q.  Subsequent to the January 24th
20         conversation between you and Ishaque that
21         you just mentioned, when was the next
22         conversation that you can recall between you
23         and Ishaque about Leticia?
24                    A.  Can you please re-ask the
25         question?
```

1                    Jory Baron

2                    Q.  Sure.  So, you had a

3        conversation on January 24th with Ishaque

4        about Leticia; is that correct?

5                    A.  That is correct.

6                    Q.  You said that you could not

7        recall whether subsequent conversations with

8        Ishaque took place.

9             Now, my question for you is: of the

10       conversations that you can recall, when was

11       the next conversation, the date?

12                   A.  I can't recall a specific date.

13       But, as my business partner, we obviously

14       did speak at some point after January 24th.

15                   Q.  Was that specifically about

16       Leticia?

17                   A.  Again, I am sure that we did

18       have a conversation.  I don't know

19       specifically, but that was put into his

20       hands to handle.

21                   Q.  Let's backtrack for a second: do

22       you recall besides Leticia Stidhum, if there

23       were any female, any other female car

24       salespersons at Hillside Auto Outlet at the

25       time?

                        Jory Baron

1

2              A.  I was not familiar with the

3       staff at the time.  So, I can't answer that

4       properly.

5              Q.  Do you know who was the top car

6       salesperson at the time at Hillside Auto

7       Outlet?

8              A.  I cannot recall, nor -- I said,

9       nor was I familiar with the staff at that

10      time.

11             Q.  Now, turning your attention to

12      Leticia Stidhum, how was she as a car

13      salesperson?

14             A.  I cannot speak to that.  Again,

15      that was not my responsibility on a daily

16      role.

17             Q.  Turning your attention now to

18      again, the text message which was marked as

19      Plaintiff's Exhibit 14, to your knowledge,

20      did she sell 28 to 30 cars a month for

21      Hillside Auto Outlet?

22             A.  I cannot answer that question.

23      Again, I was unaware of who sold what during

24      that time.

25             Q.  How about the 5 percent on any

1                           Jory Baron

2          deal made that was over $3,000 or $3,500?

3                    A.   That was not my responsibility.

4          So, I was unaware of the pay plan.

5                    Q.   At any time during your

6          conversations with Ishaque, did you at any

7          point mention to Ishaque that Leticia said

8          that she sold 20 to 30 cars a month?

9                    A.   I cannot specifically recall

10         that, any amount of units that she said she

11         sold.

12                   Q.   How about that she was number

13         one for sales for a good seven to eight

14         months?

15                   A.   Again, I cannot remember

16         specifically her status as a salesperson;if

17         it was just in this phone call in relation

18         to the amount of vehicles that she sold.

19                   Q.   How about that Ishaque refused

20         to pay her her last check that allegedly was

21         addressed during the phone call?

22                   A.   That allegation was addressed,

23         again, because I take these text messages

24         seriously and I wanted to make sure that

25         there were no issues.

 1                    Jory Baron

 2                         MR. KATAEV:  Can we take a

 3               break?

 4                         MS. TROY:  We're going to

 5               take a break in five minutes,

 6               give or take.

 7                         MR. KATAEV:  I have to use

 8               the restroom.

 9               Q.  How about 5 percent on any deal,

10       did you mention this during your

11       conversation with Ishaque?

12               A.  I cannot recall.

13               Q.  Did you mention that Leticia was

14       pregnant during your conversation with

15       Ishaque?

16               A.  I was unaware that she was until

17       the text message, and I cannot recall if

18       that was discussed.

19               Q.  The question is: during the

20       telephone conversation that you had with

21       Ishaque, did you mention just Leticia's

22       paycheck or was it Leticia as well as David

23       Manrique's paycheck?

24               A.  I can't recall.

25               Q.  How would you describe the tone

```
 1                        Jory Baron
 2           of the conversation, meaning between you and
 3           Leticia; what was her tone?
 4                       A.  I can't recall her tone.
 5                            MS. TROY:  Emanuel, do you
 6                       guys want to take 5 minutes
 7                       or 10 minutes or we can also
 8                       take lunch.  How much time do
 9                       you need?
10                            MR. KATAEV:  Let's come
11                       back at noon.
12                            MS. TROY:  Let's just come
13                       back at noon. And the time
14                       now is 11:47.
15                            We are going to try keep
16                       this short, Emanuel.
17                       (A recess was taken from
18                       11:47 a.m. until 12:00 p.m.)
19                            MR. KATAEV:  We are ready
20                       when you are.
21                            MS. TROY:  Demand Number 2
22                       will be for the calls from
23                       516 840-2524; the numbers
24                       that were called from and
25                       everything other than the
```

```
 1                      Jory Baron

 2                      calls to Leticia including

 3                      any representative and

 4                      parties of this lawsuit,

 5                      including Ishaque Thanwalla

 6                      and plaintiff Leticia Stidhum

 7                      can be redacted.

 8                           MR. KATAEV:  Please

 9                      follow-up in writing.  Thank

10                      you.

11                 Q.  Mr. Baron, do you recall how

12       long the conversation was between you and

13       Leticia?

14                 A.  I cannot recall.

15                 Q.  Do you recall how long the

16       conversation between you and Ishaque was?

17                 A.  I cannot recall.

18                 Q.  Earlier during this deposition,

19       you mentioned that you had reviewed the

20       Interrogatories; is that correct?

21                 A.  That is correct.

22                 Q.  Did you review both the

23       Interrogatories and the Supplemental

24       Interrogatories?

25                 A.  Yes.
```

1                      Jory Baron

2                Q.  To the best of your knowledge,

3          is everything contained in the

4          Interrogatories and the Supplemental

5          Interrogatories; correct?

6                A.  Yes.

7                    Q.  How about for the document

8          production responses and the supplemental

9          document responses; to your knowledge, is

10         the information contained in both of those

11         documents; correct?

12                    A.  Yes.

13                    Q.  As to the document production

14         responses as well as the supplemental

15         document production responses that had to do

16         with the actual operations, as well as the

17         employment records at Hillside Auto Outlet

18         for that type of response, to the best of

19         your knowledge, did you, yourself have any

20         personal knowledge of that?

21                    A.  Can you clarify or repeat the

22         question?

23                        MS. TROY:  Sure, Ms.

24                    Luckman.  If you don't mind

25                        reading back the last

```
 1                    Jory Baron
 2                    question.
 3                    (The reporter read back the
 4                    last question)
 5              A.   I would be lying if I didn't say
 6       that.  I was confused by the question.  If
 7       you can repeat it one more time.
 8                    (The reporter read back the
 9                    requested question again)
10              A.   (continuing) Not -- I would have
11       to guess about the legal language, but I
12       apologize. To the best of my knowledge that
13       I can recall, again, there were certain
14       things that were not my responsibility and I
15       had to trust the people that provided those
16       said documents.
17              Q.   Who were the said people that
18       provided those documents; to clarify, let's
19       start with the employment records?
20              A.   So, Deana at that time.
21              Q.   How about documents like the
22       sales records, do you, yourself have any
23       personal knowledge about what documents
24       pertain to what response?
25              A.   That was not within my realm of
```

Jory Baron

```
 1                              Jory Baron
 2     responsibility.
 3                    Q.  For those responses, you
 4     basically relied upon Ishaque and Deana to
 5     provide the appropriate responses; is that
 6     correct?
 7                    A.  For those records, that is
 8     correct.
 9                    Q.  Are you familiar with who was
10     given access to the Dealertrack system at
11     Hillside Auto Outlets?
12                    A.  No.
13                    Q.  If I were to show you paperwork
14     from Hillside Auto Outlet car salespeople,
15     would you be able to describe the pay stub
16     for me?
17                    A.  I am not familiar with the pay
18     stub, just involved in relation to Hillside.
19                    Q.  Do you know how to read a pay
20     stub, but you don't have specific personal
21     knowledge as to how employees were paid at
22     Hillside Auto Outlet; is that correct?
23                    A.  Yes, that was not within the
24     realm of my responsibilities.
25                    Q.  Are you familiar with a person
```

```
 1                      Jory Baron
 2          by the name of Jeanique?
 3                    A.  I am not familiar with that
 4          person.
 5                    Q.  How many days of the week did
 6          Hillside employees work?
 7                    A.  I'm not sure of employee's
 8          schedule.
 9                    Q.  What is your birthday?
10                    A.  My birthday?
11                    Q.  Yes.
12                    A.  March 2nd, of 1988.
13                    Q.  Are you familiar with David
14          Manrique?
15                    A.  I can't recall.
16                    Q.  Do you recall when Ishaque
17          traveled to Pakistan at the end of 2018?
18                    A.  I can't recall.
19                    Q.  Do you recall if employees were
20          provided with a particular break time at
21          Hillside Auto Outlet?
22                    A.  I cannot speak to the day-to-day
23          operations within the store.
24                    Q.  What, if any, policies were in
25          place at Hillside Auto Outlet with respect
```

1                            Jory Baron

2              to discrimination?

3                            A.   New York State Labor Law and all

4              of the laws had to be provided, and a poster

5              had to be provided.

6                            Q.   Besides the poster, were there

7              any other policies that were in place?

8                            A.   I cannot speak to the day-to-

9              day.

10                           Q.   Have you ever interviewed any

11             potential hires for Hillside Auto Outlet?

12                           A.   No.

13                           Q.   How about for Hillside Auto

14             Mall?

15                           A.   No.   I have nothing to do with

16             that store.

17                           Q.   Are you familiar with an

18             employee by the name of Lily who is a DMV

19             clerk at Hillside Auto Outlet?

20                           A.   No, I cannot recall.

21                           Q.   Do you recall if said employee

22             made a complaint about losing her job

23             because she was pregnant?

24                           A.   That was not part of my day-to-

25             day responsibilities and I cannot speak to

1                           Jory Baron

2          that.

3                    Q.  Do you recall if there was a

4          robbery that took place at Hillside Auto

5          Outlet?

6                    A.  I cannot recall.

7                    Q.  Earlier you mentioned that you

8          recognize the name Andris Guzman. What is

9          your knowledge as to Andres Guzman's role

10         within Hillside Auto Outlet?

11                   A.  I am not familiar with nor was I

12         familiar with his role within the

13         dealership.

14                   Q.  Understood.  You don't recognize

15         his name?

16                   A.  I recognize it, I saw it in the

17         lawsuit.

18                   Q.  So, you are only recognizing his

19         name because he is part of the lawsuit; is

20         that correct?

21                   A.  I cannot recall his name prior.

22                   Q.  Are you familiar with a program

23         called VIN V-I-N Solutions?

24                   A.  Yes, VIN Solutions, I am

25         familiar.

1              Jory Baron

2              Q.  To your knowledge, what is that

3    program?

4              A.  It is a program that is

5    predominantly used in the industry.

6                   MR. KATAEV:  Let the

7                   record reflect that the

8                   plaintiff has now joined in

9                   this virtual deposition by

10                  and through her cell phone.

11                  I'm just noting for the

12                  record that the, she has just

13                  come back onto the record at

14                  12:13 p.m.

15             Q.  What is your knowledge of VIN

16   Solutions, is it used within Hillside Auto

17   Outlet?

18             A.  I'm not familiar with the day-

19   to-day usage within the store.

20             Q.  Is it fair to say that VIN

21   Solutions did not log, does not log all the

22   customers because the customers would

23   include walk-in customers?

24             A.  VIN Solutions is reliance on

25   certain salespeople's inputs.

1                      Jory Baron

2              Q.   In other words, VIN Solutions

3      required manual entries by the car

4      salespeople; is that correct?

5              A.   It does require manual entries

6      by the salespeople.

7              Q.   Is it accurate to say that VIN

8      Solutions typically understates the actual

9      number of cars sold?

10                      MR. KATAEV:   Objection to

11                      the form.   You can answer.

12              A.   There is a discrepancy between

13      the salesperson's input and the connection

14      to the DMS.   It is quite accurate for the

15      DMS.   It could also vary, but it is

16      typically quite accurate due to its

17      connection with the DMS.

18              Q.   What is your knowledge of

19      Leticia's performance at Hillside Auto

20      Outlet?

21              A.   I'm unaware of her sales

22      performance.

23              Q.   To your knowledge, was Leticia

24      ever disciplined?

25              A.   I cannot recall nor speak to

```
 1                        Jory Baron
 2       that.
 3                    Q.  Do you know if she was ever
 4       suspended?
 5                    A.  Again, I was not involved in the
 6       day-to-day, and I cannot speak to that.
 7                    Q.  During your time as a
 8       shareholder of Hillside Auto Outlet, were
 9       employees ever given written performance
10       evaluations?
11                    A.  I was not responsible for the
12       day-to-day activities and I cannot speak to
13       that.
14                    Q.  Are you familiar with an
15       individual by the name of David Parsons?
16                    A.  Can you please repeat the last
17       name?
18                    Q.  Parsons.
19                    A.  I am not familiar with that
20       person.
21                    Q.  How about an individual by the
22       name of Sean or Shane, was he ever a car
23       salesperson who worked at Hillside Auto
24       Outlet?
25                    A.  No, I cannot recall any
```

1                        Jory Baron

2           familiarity with him.

3                        Q.  To your knowledge, did Leticia

4           run the credit at Hillside Auto Outlet?

5                        A.  I cannot speak to that due to my

6           lack of role in the day-to-day

7           responsibilities.

8                        Q.  To your knowledge, besides the

9           January 24th phone call that you described

10          for us earlier, were there any other

11          conversations that you had with Leticia

12          subsequently?

13                       A.  Not as shown in the text

14          messages.  She essentially -- she stated

15          that there was no further need to

16          communicate.

17                       Q.  Do you recall what the time was

18          for that text message, when was that text

19          message received from Leticia?

20                       A.  Which text message? From Leticia

21          to me or from me to Leticia?

22                       Q.  From her to you.

23                       A.  Everything took place within --

24                       Q.  Let me just show you so that we

25          are clear.  We're going to take a lunch

```
 1                    Jory Baron
 2        break shortly and I just ask you to search
 3        on your phone if you still have the text
 4        messages and please give it to Emanuel and
 5        Emanuel will be able to provide the text
 6        messages to the office.  There are just some
 7        questions with respect to the completeness
 8        as well as other questions that are raised
 9        with respect to the production in its
10        current form.
11                          MR. KATAEV:  Hold on, I
12                          have to say something.  The
13                          witness will not, does not
14                          have his phone with him.  We
15                          will ask you to follow-up in
16                          a written demand and we will
17                          respond.
18                    Q.  Mr. Baron, you don't have your
19        phone on you?
20                    A.  No.  I did not want to be
21        distracted during today's deposition.
22                    Q.  Where is your phone?
23                    A.  It is currently at home.
24                    Q.  Did someone tell you to leave
25        your phone at home for today's deposition?
```

Jory Baron

1

2          A.  I have a secondary number that I

3     use for my work purposes, for messages.  So,

4     that's the phone that I typically carry.

5          Q.  Let's backtrack for a second.

6     So, you said that you have two phones?

7          A.  I am now stating yes, but it did

8     not come up before.  I have recently gotten

9     a secondary number this year, yes.

10          Q.  So, the secondary number is for

11     non-emergencies or emergencies?

12          A.  No, it's not emergencies, it's

13     the work phone.  So, if I need it for

14     messages or the contact with my wife.   And

15     it's okay,  not for contacts, just such as

16     for my wife, not customers.

17          Q.  Then you also have a work phone;

18     is that correct?

19          A.  Yes.  I wouldn't designate my

20     work phone, but I use the 840-2524 for work

21     due to privacy.

22          Q.  So, you have two phones, and one

23     is the 516 840-2524 phone?  That is the

24     phone that you use to text and call Leticia,

25     and you recently obtained a non-work phone,

```
 1                          Jory Baron
 2           which is basically for your family; is that
 3           correct?
 4                     A.  Yes.  I was receiving calls and
 5           texts at all hours of the day and it was
 6           becoming quite annoying, to be honest.  A
 7           secondary number gives me peace.
 8                     Q.  What you brought today is your
 9           non-work phone and what you left at home was
10           your work phone?
11                     A.  I would not designate it as a
12           work phone, I would designate it as a second
13           number, but yes.
14                     Q.  When did you obtain your non-
15           work phone?
16                     A.  A few months ago.
17                     Q.  So, as to any conversations that
18           occurred via the phone with the plaintiff or
19           with any of the co-defendants with respect
20           to the present discrimination claim, the
21           pregnancy discrimination claim, that
22           would've occurred on your other phone and
23           not the phone that you brought today; is
24           that correct?
25                     A.  That is correct.
```

```
 1                      Jory Baron
 2                          MS. TROY:   Demand number 3
 3                      will be for the full and
 4                      complete text messages
 5                      between Jory Baron and
 6                      Leticia Stidhum.   The
 7                      timeframe will be essentially
 8                      from January of 2019 to the
 9                      present day.   But,
10                      specifically, we are looking
11                      for any messages that may
12                      have been sent or received
13                      after the third page, which
14                      was cut off, and produced
15                      only this morning.
16                  Q.   Do you recall when you sent this
17          text message that is on the screen?   For the
18          record, we are looking on page 3 of
19          Plaintiff's Exhibit 14.   I am talking about
20          the message right after the gray message,
21          which is timestamped Thursday, January 24th
22          at 12:50 p.m.   The reply, that message does
23          not have a timestamp.
24                  A.   So, I can only assume that it
25          was shortly after her 12:50 text.
```

```
1                        Jory Baron
2               Q.  How about the message that
3       happened after the gray message that begins
4       ``okay, give me a second to step out.''
5               A.  I can again only assume because
6       I was only available for 10 minutes and
7       responded immediately on the same day.
8       Then, as you can see she then wrote her
9       response thereafter.
10              Q.  Do you know what was the time
11      between the two gray messages?
12              A.  I cannot give you specifics.
13      But, I can tell you that it was not very
14      long.
15                        MS. TROY:  Let's now just
16                   take a quick lunch break from
17                   now to what time is good for
18                   everyone?
19                        MR. KATAEV:  We're going
20                   to go outside the building.
21                   It's probably going to take a
22                   little bit longer.
23                        Let's come back then at
24                   1:15.
25                        (A recess was taken from
```

```
 1                    Jory Baron

 2               12:30 p.m. until 1:16 p.m.)

 3                    MS. TROY:  It is now 1:16

 4               and we are back on the

 5               record.

 6          Q.  Are you familiar with an

 7     individual by the name of Ali A-L-I R-A-S-K-

 8     E-S-N-I-A?

 9          A.  To answer your question, no, I

10     am not familiar with that name.

11          Q.  How about Iris Serrano, S-E-R-R-

12     A-N-O?

13          A.  Iris?  No, I am not familiar

14     with that name.

15          Q.  Let's backtrack for a second.

16     Before the break you mentioned an individual

17     by the name of Jeanique.  For context,

18     Jeanique was the manager at Hillside Auto

19     Outlet, and let me just ask you again: are

20     you familiar with that individual?

21          A.  No, I'm not familiar with that

22     individual.

23               Again, sporadically again, maybe I

24     saw a face, but the name, no.

25                    MS. TROY:  Let's mark
```

1                    Jory Baron

2                     Plaintiffs 15.

3                     (Plaintiffs Exhibit 15 marked

4                     for identification.)

5            Q.  I am now showing you Plaintiff's

6     Exhibit 15, a Verification.

7            A.  Yes.

8            Q.  Do you recognize your signature

9     on this page?

10           A.  Yes, I do.

11           Q.  Do you recall when you signed

12    this document?

13           A.  I can't give you the exact date.

14    But, it was not too long ago.

15                    MR. KATAEV:  I can

16                     represent for the record,

17                     that it was the day that I

18                     emailed to you, I think it

19                     was February 3rd, Friday,

20                     February 3rd I believe.

21                    MS. TROY:  Okay.  For the

22                     record, I still have not

23                     received the Verification of

24                     Deana Jennings and Andris

25                     Guzman.

```
 1                    Jory Baron
 2                    MR. KATAEV:  I received
 3               it, I have not forwarded to
 4               you and I should have
 5               Guzman's, you should have it
 6               on Monday.  Also, maybe I
 7               will stay with him today and
 8               get his notarized and I'll
 9               work on the others as well.
10                    MS. TROY:  That is fine.
11               I have no other questions for
12               you.  Thank you for your
13               time.
14                    THE WITNESS:  No problem.
15
16          [Time noted: 1:20 p.m.]
17
18
19
20
21
22
23
24
25
```

```
 1

 2

 3   WITNESS              EXAMINATION BY              PAGE

 4   Jory Baron          Ms. Troy                    23

 5                       PLAINTIFF EXHIBITS

 6     Number              Description               PAGE

 7

 8     EX 13        Mr. Baron's driver's license      6

 9          (To be Deemed marked)

10     EX 14        D1905 to D1907                    56

11     EX 15        Verification                      94

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1

 2

 3                          REQUESTS

 4      Number            Description              PAGE

 5         1    MS. TROY:  Demand No. 1 is,         6

 6              I'm going to make a demand

 7              for Mr. Baron's driver's license.

 8         2    MS. TROY:  Demand No. 2 is,        56

 9              Emanuel, are you going to

10              produce the full text messages?

11         3    MS. TROY:  Demand No. 3 is,        78

12              the calls from 516 840-2524.

13              The numbers that were called

14              from and everything other

15              than the calls to Leticia

16              including any representative

17              and parties of this lawsuit,

18              including Ishaque Thanwalla

19              and plaintiff Leticia Stidhum

20              can be redacted.

21         4    MS. TROY:  Demand No. 4 is,        92

22              for the full and complete

23              text messages between Jory

24              Baron and Leticia Stidhum.

25              The timeframe will be
```

1

2          essentially from January

3          of 2019 to the present day.

4          But, specifically, we are

5          looking for any messages

6          that may have been sent or

7          received after the third page,

8          which was cut off, and produced

9          only this morning.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1

2         QUESTIONS MARKED FOR A RULING:     PAGE/LINE

3         (None)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2                         ACKNOWLEDEGMENT

3

4     STATE OF NEW YORK  )

5                         )s.s.

6     COUNTY OF SUFFOLK  )

7              I, JORY BARON, hereby certify that

8     I have read the transcript of my testimony

9     taken under oath in my deposition of March

10    03, 2023; that the transcript is a true,

11    complete and correct record of my

12    testimony, and that the answers on the

13    record as given by me are true and correct.

14

15

16              _____

17                         JORY BARON

18

19    Signed and subscribed before me

20    this _____ day of _____, 2023.

21

22

23    _____

24           Notary Public

25

```
 1              C E R T I F I C A T E

 2

 3     STATE OF NEW YORK      )

 4                            )s.s.

 5     COUNTY OF NASSAU       )

 6

 7              I, LYNN LUCKMAN, a Shorthand

 8     Reporter and Notary Public within and for

 9     the State of New York, do certify that;

10              THAT the witness whose deposition

11     is hereinbefore set forth, was duly sworn by

12     me, and that such deposition is a true

13     record of the testimony given by such

14     witness.

15              I further certify that I am not

16     related to any of the parties to this action

17     by blood or marriage; that I am in no way

18     interested in the outcome of this matter.

19              IN WITNESS WHEREOF, I have

20     hereunto set my hand this 20th day of March,

21     2023.

22                          Lynn Luckman
                            _____
23

24                             LYNN LUCKMAN

25
```

```
 1    Errata Sheet

 2

 3    NAME OF CASE: LETICIA FRANCINE STIDHUM -against- 161-10 HILLSIDE AUTO AVE, LLC

 4    DATE OF DEPOSITION: 03/03/2023

 5    NAME OF WITNESS: JORY BARON

 6    Reason Codes:

 7          1. To clarify the record.

 8          2. To conform to the facts.

 9          3. To correct transcription errors.

10    Page _____ Line _____ Reason _____

11    From _____ to _____

12    Page _____ Line _____ Reason _____

13    From _____ to _____

14    Page _____ Line _____ Reason _____

15    From _____ to _____

16    Page _____ Line _____ Reason _____

17    From _____ to _____

18    Page _____ Line _____ Reason _____

19    From _____ to _____

20    Page _____ Line _____ Reason _____

21    From _____ to _____

22    Page _____ Line _____ Reason _____

23    From _____ to _____

24

25                          _____
```

_____

**Exhibits**
_____

**Ex 14 -**
  **JORY BARON**
  57:22,23 58:2,3
  74:19 92:19

**Ex 15 -**
  **Jory Verification**
  95:3,6

_____

**$**
_____

**$3,000** 75:2

**$3,500** 75:2

_____

**1**
_____

**10** 70:23 77:7 93:6

**10:03** 7:9

**10:06** 7:13

**10:23** 20:2

**10:30** 51:14

**10:32** 21:7

**10:34** 22:14

**10:35** 22:15,18

**10:56** 67:10

**11743** 23:7

**11:47** 77:14,18

**12:00** 77:18

**12:13** 85:14

**12:30** 94:2

**12:50** 92:22,25

**13** 6:7,8

**14** 57:22,23 58:3
  74:19 92:19

**15** 95:2,3,6

**161-10** 29:4,5,10
  31:3,19 42:13 44:8
  45:23

**179-10** 42:23

**1988** 82:12

**1:15** 93:24

**1:15-CV-727**
  11:21

**1:16** 94:2,3

_____

**2**
_____

**2** 42:16,22 43:2,9
  44:10 45:20 47:14
  51:19 77:21

**20** 75:8

**2018** 33:19 34:2,
  15 36:7 45:2,21
  66:12 82:17

**2018/2019** 33:9,
  11 38:19,23 49:20
  66:9

**2019** 33:19 34:2,
  15 36:7 45:2,21
  58:13 59:6,9 66:18
  92:8

**2021** 46:3

**21** 23:6

**24th** 55:24 62:11
  67:5 72:12,19
  73:3,14 88:9 92:21

**25** 31:9 43:18,24

**2524** 59:17

**28** 74:20

**28th** 61:19 72:14

**2nd** 82:12

_____

**3**
_____

**3** 92:2,18

**30** 74:20 75:8

**35** 30:8,10

**3rd** 95:19,20

_____

**5**
_____

**5** 16:21 30:14
  31:17 33:16 74:25
  76:9 77:6

**516** 58:8 59:16
  66:7,24 77:23
  90:23

_____

**8**
_____

**840-** 59:16

**840-2524** 58:8
  66:7,24 77:23
  90:20,23

_____

**A**
_____

**A** 7:8,13,20 77:17
  93:25

**A-L-I** 94:7

**A-N-O** 94:12

**A.i** 60:15

**a.m.** 7:9,14 21:7
  22:14,18 67:10
  77:18

**Aaronson** 43:16,
  22 44:4,21 45:5
  46:13

**ability** 71:21

**able** 81:15 89:5

**above** 65:6

**accept** 12:21,23

**acceptable** 5:8

**access** 81:10

**accurate** 57:5
  86:7,14,16

**Action** 24:3 28:25

**activities** 87:12

**actual** 79:16 86:8

**actually** 39:18

**add** 13:4

**addition** 30:12

**address** 14:2 16:9
  18:14 20:6 23:5
  30:7,11,12 42:21,
  25

**addressed** 75:21,
  22

**addressing** 24:5

**adjourned** 22:5

**adversely** 37:15

**advise** 22:6

**advised** 5:21

**affect** 37:8,15

**affirm** 28:5

**after** 22:20 46:3
  51:13 52:18,25
  57:8 59:23 60:9,16
  61:21 62:3,9 63:5,
  6,7,10,13 64:4
  65:17 67:12,13
  69:3,17 70:10 72:2
  73:14 92:13,20,25
  93:3

**again** 11:6 17:10
  19:11 27:10 33:22
  34:2 37:17 39:10,
  11,20 40:2 41:7
  48:4 50:2,10 59:13
  60:15 61:11 62:17,
  18,24 64:3,8,12
  66:20 69:12 70:5,
  24 72:8 73:17
  74:14,18,23 75:15,
  23 80:9,13 87:5
  93:5 94:19,23

**ago** 31:17 33:17
  36:2 91:16 95:14

**agree** 28:12

**agreed** 15:10
  52:13 68:24

**ahead** 44:22

**Ali** 94:7

**alive** 45:16

**all** 7:4,12 13:22
  14:11 15:21 27:18
  41:18 42:2 71:8,9
  83:3 85:21 91:5

**allegation** 75:22

**allegations** 27:19
  58:25 60:16 64:10

**alleged** 71:19

**allegedly** 75:20

**allow** 11:15

**almost** 63:5

**along** 15:21

**already** 19:6
  64:25 69:9

**also** 7:18 24:2
  43:2 57:3,6 58:3
  77:7 86:15 90:17

**always** 66:13

**am** 8:6 10:2,21
  11:15 12:10 17:16,
  22 20:18 22:5
  31:6,9 39:19
  48:11,19 50:21
  60:19 62:17 63:25
  73:17 81:17 82:3
  84:11,24 87:19
  90:7 92:19 94:10,
  13 95:5

**amongst** 46:6

**amount** 41:5
  71:18 75:10,18

**an** 11:16 19:2
  26:2,7 36:3 63:10
  64:5 83:17 87:14,
  21 94:6,16

**Andres** 84:9

**Andris** 48:18 84:8
  95:24

**annoying** 91:6

**another** 18:13
  56:7

**answer** 23:22
  24:15,20 25:9 26:3
  29:13,24 32:18
  34:11 36:17 39:9,
  18,25 40:22 41:4
  43:14 47:23 49:6
  53:7 54:4 58:7
  59:24 61:18 65:25
  70:5 74:3,22 86:11
  94:9

**answered** 36:13
  39:8,15 47:22 53:6
  60:18

**answering** 24:23
  25:10

**any** 8:23 17:2
  21:17 26:14,19,21
  27:15 28:7,15
  42:14 43:7 44:11
  45:6 46:5 49:8
  52:17 53:19,25
  54:14,21 55:3,4
  61:8 62:20 65:7
  68:3,9,23 69:6,16

70:11 71:5,18 72:5,15 73:23 74:25 75:5,6,10 76:9 78:3 79:19 80:22 82:24 83:7, 10 87:25 88:10 91:17,19 92:11

**anyone** 27:2 42:4, 8 55:7 70:25

**anything** 46:7 60:21 61:5,6 64:24 65:2,5 67:19 69:4

**anywhere** 30:3, 11

**apologize** 19:12 32:8 42:15 80:12

**apparently** 5:20

**Appeal** 12:19

**appearing** 7:25

**appears** 56:4 60:22

**appropriate** 14:6 17:19 81:5

**Approximately** 31:17

**area** 49:12,13

**arise** 34:8

**around** 51:14

**arrested** 28:20

**as-** 33:4

**aside** 70:22

**ask** 14:12,18 23:22 24:9 25:11 47:2 48:12 54:9 89:2,15 94:19

**asked** 5:19,22 10:15 15:3,21,23 20:4 36:13 39:8,15 46:12 47:22 53:6 60:18

**asking** 9:17 11:22 24:21 39:20

**aspect** 34:22 39:12

**aspects** 38:5

**assume** 20:7

92:24 93:5

**at** 7:9,13 8:15 10:11,15 13:22 15:7,9 19:20 20:15 24:19 29:5,21 30:12 31:19 32:24 33:8 34:13,14 35:25 37:4,18 38:4,18,22 40:14 41:18 42:3 44:13, 15 45:5,14 48:14 49:4 50:4,9 52:2 53:22 61:13 65:10 67:9 68:21,25 69:16,21 71:5,7,9 73:14,24 74:3,6,9 75:5,6 77:11,13 79:17 80:20 81:10, 21 82:17,20,25 83:19 84:4 85:13 86:19 87:23 88:4 89:23,25 91:5,9 92:22 93:23 94:18

**AT&T** 66:14,19

**attempt** 70:9,21

**attempted** 70:15

**attend** 30:23

**attendance** 54:2

**attended** 46:21

**attention** 43:20 45:13 46:14 47:16 66:16 74:11,17

**attorney** 25:13,15 26:25 27:6,7,12 32:7

**authority** 9:23 17:19,23 39:6,22

**Auto** 29:5,6,11,12, 17 31:3,19 33:8 36:2 37:10,19 38:4,18,22 40:15 41:22 42:3,9,13, 16,22 43:2,8,21 44:8,9,10,15 45:4, 23 46:8,25 47:11, 13,18,20,25 48:3, 6,10,14,15,22 49:4,9,24 50:4,9 51:3 52:3,9 53:22 65:23 73:24 74:6, 21 79:17 81:11,14, 22 82:21,25 83:11,

13,19 84:4,10 85:16 86:19 87:8, 23 88:4 94:18

**availability** 61:14

**available** 70:23 93:6

**Ave** 29:11

**Avenue** 29:5,11 31:3,20 42:14 44:9 45:23

**aware** 48:16 53:21

**away** 45:19

———————

**B**

**B-A-R-O-N** 22:19

**Bachelor's** 30:22

**back** 19:9,16 22:16 36:7 43:20 45:2 49:13,20 59:6,21 62:9 63:9, 10,14 64:14,15 65:11,12,15 66:8, 16 70:3,6,15 71:3 77:11,13 79:25 80:3,8 85:13 93:23 94:4

**backtrack** 45:18 55:14 57:11 61:23 64:16 66:6 73:21 90:5 94:15

**bad** 20:19

**bank** 52:15

**Baron** 5:1,13 6:1, 22 7:1 8:1,17 9:1, 5,9,13 10:1,24 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1,20 19:1 20:1,21 21:1 22:1 23:1,3,10 24:1 25:1 26:1 27:1,22, 24 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1,15,23 44:1 45:1,14,15 46:1,4, 5,15,16,22 47:1 48:1 49:1 50:1

51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1,2 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1,11 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1,18 90:1 91:1 92:1,5 93:1 94:1 95:1

**Baron's** 6:4

**based** 50:21 56:25 61:20

**basically** 81:4 91:2

**basis** 31:23 32:2, 13,14,19 33:10,13, 20,25 34:3

**became** 35:25

**because** 5:7 9:10 15:12 20:15 60:8 62:17 75:23 83:23 84:19 85:22 93:5

**become** 18:25

**becoming** 91:6

**been** 10:15 12:15 22:20 23:13 28:20, 23 36:3 45:8 66:3, 13,14 92:12

**before** 15:2 23:13, 14 24:21 25:10 26:12 28:11,21 60:7 90:8 94:16

**began** 31:10 55:11,13

**beginning** 29:21 30:13 31:13 35:24

**begins** 93:3

**behalf** 8:2 42:9

**being** 7:8 12:14 13:2,6 18:7 20:4 40:25 60:2

**believe** 20:23 21:17 35:19 42:23, 24 49:12 56:19

57:3,15 66:20 95:20

**believes** 64:21

**besides** 26:25 28:12,24 30:10 42:13 43:7 44:8 64:25 69:9 73:22 83:6 88:8

**best** 71:21,23,25 79:2,18 80:12

**between** 10:10 17:2 25:8 45:21 46:6 68:10 69:22 70:12 72:3,12,20, 22 77:2 78:12,16 86:12 92:5 93:11

**birthday** 82:9,10

**bit** 70:19 93:22

**block** 47:7 48:14

**bonus** 50:3,7,13

**both** 17:8 19:17 72:4 78:22 79:10

**bottom** 56:20 64:7

**brain** 53:16

**break** 25:2,5,8,11 28:4 76:3,5 82:20 89:2 93:16 94:16

**bring** 5:24 48:13

**brought** 17:5 24:2 47:25 48:4,10 58:25 59:14 64:10 91:8,23

**building** 93:20

**busier** 37:18

**busiest** 37:21

**business** 30:21 31:13,16 37:15 41:6 44:7,10 73:13

**businesses** 47:15

**but** 11:3 16:11 17:3,18 24:4 31:12 33:17 35:7 37:17 39:8 40:22 42:24 43:5 46:13 48:2 55:2 56:9 57:19

58:12 59:9,11 60:7
66:4,14,21 67:7
68:8,24 69:6,25
70:20 73:13,19
80:11 81:20 86:15
90:7,20 91:13 92:9
93:13 94:24 95:14

**C**

**call** 6:25 7:8,13
8:21 16:19 25:5
34:23 53:15 61:12,
18 63:3,9 64:15
65:11,14,19,22
69:22 70:3,6,11,
12,14,15,18 75:17,
21 88:9 90:24

**called** 8:15 34:25
36:4 46:25 62:14
63:4,15 64:14
65:21 66:23,25
67:10 68:15 77:24
84:23

**calls** 77:22 78:2
91:4

**came** 59:8

**can** 5:9 6:25 7:12
12:17 13:4 16:20
24:18 25:8,21
29:13,24 32:14,18
33:3,15 34:11
35:4,20 36:21
37:12,14 39:9,25
40:22 41:4,12
43:4,13 46:9 47:22
48:7 53:4,6,12
57:3,5 58:6 61:13,
25 63:11,18 65:25
68:6,15 69:11,20
70:7,18 71:16
72:22,24 73:10
76:2 77:7 78:7
79:21 80:7,13
86:11 87:16 92:24
93:5,8,13 95:15

**can't** 36:9,16
58:11 65:6 66:4,22
67:7 73:12 74:3
76:24 77:4 82:15,
18 95:13

**cannot** 33:14,22
34:4 36:16 37:20
38:24 44:23 45:25

**car** 6:14,16 15:14,
17 33:6 36:19,21,
24 37:9 40:14
41:24 48:12 49:23
52:18 73:23 74:5,
12 81:14 86:3
87:22

**carefully** 39:4,17

**carrier** 66:11

**carries** 26:11

**carry** 90:4

**cars** 33:12 36:8
43:3,4 47:12,19
48:14 74:20 75:8
86:9

**case** 10:12 11:18,
19 12:13 16:17
19:16 20:12,25
23:16 27:20 64:9

**cases** 16:21

**cash** 32:22 40:18,
19,24 41:9

**cell** 28:16 58:4
59:25 66:4,5 85:10

**certain** 32:22 37:3
41:23 59:23 60:9
80:13 85:25

**certification**
17:20

**cetera** 62:8

**changed** 59:24
60:2,8

**charge** 39:12

**chat** 28:6

**check** 42:24 60:12
65:9 75:20

**checks** 31:22

**Christmas** 37:16

**citing** 16:16

**CIV** 11:20

**claim** 24:4,6
91:20,21

**claiming** 17:16

**claims** 23:25

**clarify** 54:23 55:8
62:6 67:3 70:10
79:21 80:18

**clear** 8:20 23:24
35:14,18 88:25

**clearly** 24:15

**clerk** 8:19 83:19

**client** 12:16 17:10
18:8,9 56:19

**client's** 56:25

**clock** 53:21,22

**closer** 35:8,16

**co-** 48:17

**co-defendants**
91:19

**College** 30:18

**come** 19:9 33:3
77:10,12 85:13
90:8 93:23

**comes** 21:2

**commissions**
49:23

**communicate**
28:5 69:3 70:21
88:16

**communications**
27:6,11 54:21 67:4
68:10 70:8

**companies** 47:14

**company** 31:3
43:25 45:15 46:24
47:4,6

**company's** 42:14

**compel** 12:3

**complaint** 61:9
83:22

**complete** 52:22,
25 92:4

**completely** 26:23
53:8

**completeness**
89:7

**computer** 28:15

**concluded** 72:4

**conclusion**
69:21,24

**condition** 26:21

**conditions** 26:20

**conducted** 12:14

**conference** 8:14

**confidentially**
60:24

**confirm** 6:2,19
57:4 66:22 72:7

**confused** 80:6

**connection**
86:13,17

**consistently**
62:18

**constantly** 60:2

**contact** 55:2
61:20 90:14

**contacting** 16:23

**contacts** 90:15

**contained** 79:3,
10

**contains** 13:24
14:2,4

**contents** 27:5,11
49:17

**context** 94:17

**continues** 62:11

**continuing** 30:21
44:23 80:10

**conversation**
61:2 63:11,20
64:13,18 65:4,8
68:17 69:18 71:8,
15 72:3,9,13,20,22
73:3,11,18 76:11,
14,20 77:2 78:12,

16

**conversations**
31:25 32:16 55:3,
6,11,12 59:3 70:12
71:4 72:15 73:7,10
75:6 88:11 91:17

**convinced** 20:18

**corporate** 29:9

**corporations**
44:12

**correct** 8:25
35:23 45:16 55:25
57:8,10 59:12
60:11 63:15 64:10
67:6 73:4,5 78:20,
21 79:5,11 81:6,8,
22 84:20 86:4
90:18 91:3,24,25

**correctly** 49:15

**could** 6:2 26:15,
21 32:19,20 33:4
37:2,17 42:6 45:12
47:24 48:4,10
50:11 51:9 73:6
86:15

**counsel** 7:24 16:6

**counsel's** 14:10

**court** 7:2,9 8:10
9:4,16 10:2,6 11:6,
19 12:2,7,18,22
13:8 14:17 15:25
16:23 17:6,22
18:4,14,18 19:7,14
20:3,11 21:13,16
22:4 24:3,8 26:12
28:24 32:10 68:5,
12

**Court's** 21:19

**courtesy** 10:19
12:16

**credit** 52:11,14
88:4

**current** 30:6
89:10

**currently** 26:14,
20 32:21 33:2,21
34:18,20 60:8
89:23

**customer** 48:5

**customers** 48:13 52:16 85:22,23 90:16

**cut** 56:6,10 60:22 92:14

---

**D**

**d/b/a** 29:12 44:9

**D1905** 56:3 58:3

**D1907** 56:3 58:3 60:20

**daily** 74:15

**database** 53:17, 18

**date** 73:11,12 95:13

**dated** 62:10

**David** 43:15,23 45:14,15 46:4,5, 15,16,21 76:22 82:13 87:15

**day** 15:12 36:3 37:13,15 51:7,12 55:12 66:12 67:5 70:24 83:9,25 91:5 92:9 93:7 95:17

**day-** 85:18

**day-to-** 83:8,24

**day-to-day** 34:21 38:5 82:22 87:6,12 88:6

**days** 51:21 82:5

**deal** 52:13,19,22, 25 75:2 76:9

**dealer** 53:15

**dealership** 32:24 33:12 38:6 53:18 84:13

**Dealertrack** 53:10 81:10

**deals** 33:25 37:3 64:21 68:23

**Deana** 80:20 81:4 95:24

**decision** 7:3 72:10

**deemed** 6:6,9

**defendant** 8:16 12:13 13:17 22:19 48:18

**defendants** 8:9

**delete** 59:23 60:9

**demand** 6:3 15:7 56:17 77:21 89:16 92:2

**depend** 36:25

**depending** 36:22 51:9

**deposed** 23:14

**deposing** 16:4

**deposition** 5:9, 14,25 8:16 11:7 12:6 13:2,6 14:20 15:2,8,10 20:15 22:8 23:17,21 27:3,8,15 28:4 29:3,21 30:13 78:18 85:9 89:21, 25

**describe** 32:14 76:25 81:15

**described** 88:9

**designate** 90:19 91:11,12

**device** 28:7,11

**didn't** 67:18 80:5

**different** 37:5 41:8 45:11 47:15 61:17

**diligence** 70:2

**directed** 18:21

**direction** 68:7

**directions** 68:4

**disciplined** 86:24

**discrepancy** 86:12

**discrimination** 23:25 24:5 83:2 91:20,21

**discuss** 33:7 34:8 41:10,17,20 61:4,8

**discussed** 34:19 40:25 41:9 45:10 76:18

**discussion** 7:20

**discussions** 40:17,18,19 41:16 45:11 46:6

**distracted** 89:21

**District** 11:18,20

**DMS** 86:14,15,17

**DMV** 83:18

**document** 79:7,9, 13,15 95:12

**documents** 27:15,17,18,21 28:13 79:11 80:16, 18,21,23

**does** 9:18,19 11:9 20:12 34:14 43:2 56:7 62:19 68:12 85:21 86:5 89:13 92:22

**doesn't** 16:14 18:25

**doing** 17:7,8

**don't** 10:7 13:9,21 16:5 19:11,17 20:9 21:16 25:19,21 26:2 31:12 35:7 38:20 40:4 54:9 59:22 66:14 70:19 73:18 79:24 81:20 84:14 89:18

**done** 12:15

**don't** 44:19

**double** 42:24

**down** 20:4 23:17 24:9,19 42:16 47:7 48:13 68:6,13 70:25

**downstairs** 19:6

**drink** 25:3 54:10

**driver's** 6:4 13:23 14:3 16:7 20:5

**due** 51:19 64:23 70:2 86:16 88:5 90:21

**duly** 22:20

**during** 29:3 32:16 34:7 40:17 41:16 42:2 45:9 59:25 63:19 64:17 65:3,8 68:16 69:17 71:8, 15 74:23 75:5,21 76:10,14,19 78:18 87:7 89:21

---

**E**

**E-S-N-I-A** 94:8

**each** 43:17,24

**earlier** 44:25 54:18 78:18 84:7 88:10

**earliest** 51:11,15

**easier** 32:11 57:13,15 63:16

**Easter** 37:16

**education** 30:17

**effect** 26:11

**effectuate** 10:16

**eight** 75:13

**either** 41:21 46:21 56:21 72:15

**else** 5:9 30:3,11 32:4 64:24 65:2,5

**email** 28:6

**emailed** 95:18

**Emanuel** 8:6 56:11 67:14 77:5, 16 89:4,5

**emergencies** 90:11,12

**Emmanuel** 35:4

**emotional** 26:20

**employee** 41:22 53:20 83:18,21

**employee's** 54:2, 14 82:7

**employees** 38:8 39:2,6,23 40:5 47:12,19 49:24 81:21 82:6,19 87:9

**employment** 79:17 80:19

**end** 18:7 37:4,13 69:22 82:17

**enough** 17:24 41:7

**entirety** 56:8

**entitled** 11:16 13:11 14:7 16:2 17:11,21,23

**entity** 29:10

**entries** 86:3,5

**essentially** 46:3 88:14 92:7

**Estate** 43:15,22 46:4,14,16,21

**et** 62:8

**evaluations** 87:10

**even** 10:19 15:2 70:17 71:16

**ever** 23:13 28:20, 23 34:8 36:3 41:20 42:4,8 45:5 46:16 47:9,11,18 71:14 83:10 86:24 87:3, 9,22

**every** 10:11 18:5, 12 33:4,23 48:2 51:6

**everybody's** 71:10

**everyone** 93:18

**everyone's** 10:14

**everything** 12:15 17:5 24:9 37:11 45:4 61:3 77:25 79:3 88:23

**exact** 38:3 95:13

**exactly** 63:19 66:21,22

**EXAMINATION** 23:8

**examined** 22:22

**example** 25:3

**except** 63:24

**exception** 25:7

**exchange** 64:5

**exchanged** 32:16 64:4

**exchanges** 65:7

**Excuse** 10:6 12:7, 8

**executor** 46:4

**Exhibit** 6:7,8 57:22,23 58:2 74:19 92:19 95:3,6

**exhibits** 28:14

**expenses** 40:20 41:11,18

**explain** 11:14,15 23:17 53:12

---

**F**

**face** 94:24

**fact** 9:13 14:25 18:20 61:5,19 62:20 66:19 71:18

**factors** 36:23,24

**facts** 25:25

**fair** 38:7 43:17,21 58:13 85:20

**fall** 62:19

**familiar** 31:2,5 37:22,25 44:3,6 46:24 47:2 48:17, 19 50:17,20,21 53:9 74:2,9 81:9, 17,25 82:3,13 83:17 84:11,12,22, 25 85:18 87:14,19 94:6,10,13,20,21

**familiarity** 88:2

**family** 91:2

**favor** 35:5

**February** 95:19, 20

**Federal** 16:23

**female** 73:23

**few** 27:13 91:16

**fight** 10:10

**final** 12:24

**finalize** 52:15

**finance** 52:8,10

**find** 62:20 68:22

**fine** 14:16 15:18 16:9 17:18 57:18 68:14

**finish** 25:10 32:7 52:19

**finished** 24:23

**fire** 40:5

**firing** 38:10 42:11

**firm** 8:7

**first** 23:21 54:23 55:2 58:4 62:5,9 63:21,24

**five** 30:2 36:2 76:5

**fixed** 50:8

**flat** 49:22

**floor** 41:8

**focus** 19:16 47:17

**folder** 52:12 57:16,19

**follow** 11:8

**follow-up** 6:12 48:11 69:5 78:9 89:15

**followed** 60:21

**following** 70:24

**follows** 22:22

**force** 26:11

**forgot** 15:16

**form** 17:21 29:9 34:11 86:11 89:10

**formal** 15:7 56:17

**formally** 52:13

**formed** 45:15

**former** 65:7

**forth** 27:19 37:6 45:2 59:2,8,14

**62:21** 64:11

**forward** 23:18

**Friday** 51:24 95:19

**Friday's** 15:8

**from** 21:21,23,24 25:13 26:15,22 30:5 31:13 33:6,16 35:24 36:22 47:7, 9,12,19 48:7 50:8, 13 51:2 52:12 53:21 54:25 55:10, 16,24 60:23 62:20, 22 66:8,12,18,24 70:22 72:11 77:17, 22,24 81:14 88:19, 20,21,22 92:8 93:16,25

**front** 34:9 70:20

**full** 22:25 27:22 56:12 92:3

**function** 53:16

**further** 20:24 22:3 57:7 72:10 88:15

---

**G**

**Gatorade** 54:7

**gave** 29:21 30:12

**general** 32:22,23

**generally** 25:15 50:15

**generated** 33:24

**gestures** 24:11

**get** 6:14,16 7:2 17:11 18:10 19:11, 15 22:7,17 23:13 25:3 32:23 34:23 61:6 62:25 64:7 65:11

**gets** 48:2

**give** 14:14 19:9 24:10 33:15 36:9, 16 53:4 57:13 76:6 89:4 93:4,12 95:13

**given** 49:23 81:10 87:9

**gives** 91:7

**giving** 9:9

**go** 6:14,16 7:17,18 12:19 21:5 37:7 44:22 59:21 61:17 93:20

**going** 6:3,5,16 7:5,17 14:8,23 15:5 21:8 22:5 23:16,18 28:5 29:4,16 37:4 48:11 56:11 57:15,17,21, 25 63:10 64:6 65:9,11 67:24,25 71:3 76:4 77:15 88:25 93:19,21

**gone** 19:6

**good** 7:22 8:4,10 9:7 23:10 36:8 75:13 93:17

**goodwill** 17:2

**got** 8:20 64:20 68:24

**gotten** 90:8

**granted** 10:18

**gray** 92:20 93:3, 11

**ground** 23:18

**grounds** 12:4

**Group** 8:8

**guess** 63:9 80:11

**guessing** 33:16

**guys** 77:6

**Guzman** 48:18 84:8 95:25

**Guzman's** 84:9

---

**H**

**hand-in-hand** 37:12

**handle** 73:20

**handled** 71:22

**handles** 34:21

**hands** 73:20

**hanging** 64:12

**happened** 64:6 65:17 93:3

**happens** 14:22

**harassment** 7:7

**hardly** 71:16

**has** 9:24 12:11,15 17:5 19:25 20:19 22:13 24:8 36:3 38:7 66:13 85:8,12

**having** 22:20

**he** 5:17 6:2,15,19, 21 9:16,18,21 10:22,24 11:10,11 12:10,12,16 13:18, 19 14:13 15:5,10, 14 16:13 19:5 20:21 34:23,25 38:2,7 39:17 41:20,21 44:7,17, 20 45:19,22 48:24 52:4 66:2 68:18, 20,24 69:14 84:19 87:22

**head** 24:11

**health** 32:24

**hear** 7:12 25:21 71:10

**heard** 11:17

**hearing** 42:5

**held** 7:20

**help** 56:23

**helping** 69:6

**her** 16:11 17:22 18:9 32:7 50:20, 21,23 55:2,10 61:3,11,15,19 62:15,16,25 63:3, 4,7,9,12,14,15 64:3,11,14,15,22, 23 65:10,11,14 68:21 69:2,3 70:4, 13,15,17,21 71:5, 14 75:16,20 77:3,4 83:22 85:10 86:21 88:22 92:25 93:8

**here** 18:11 25:25

**herein** 22:19

**hi** 63:25

**highest** 30:16

**Hillside** 29:4,5,6, 10,12,17 31:3,19 33:8 35:25 37:10, 19 38:4,18,22 40:15 41:22 42:3, 9,13,16,21 43:2,8, 21 44:8,9,10,15 45:4,23 46:8,25 47:11,13,18,19,25 48:3,5,10,14,15,22 49:4,9,23 50:4,9 51:3 52:3,9 53:22 65:23 73:24 74:6, 21 79:17 81:11,14, 18,22 82:6,21,25 83:11,13,19 84:4, 10 85:16 86:19 87:8,23 88:4 94:18

**him** 5:24 6:13 12:10 19:9 28:11 37:25 44:6,11 62:20 65:22 66:25 67:8,19 68:22 69:3 72:10 88:2 89:14

**hire** 38:8 39:2,6,23

**hired** 42:4,8

**hires** 83:11

**hiring** 49:3

**his** 5:4,22,24 6:14, 16,17,19,24 8:22 9:6,9,17 12:11 13:25 14:2,3 15:13,15,16 16:7,8 18:21 19:10 38:3 44:14,24 48:19,21 64:8 65:21 66:4 68:25 73:19 84:12, 15,18,21 89:14

**history** 59:3

**Hofstra** 30:24

**Hold** 89:11

**holiday** 37:2,7

**holidays** 37:8,14

**home** 14:2 16:8 20:6 89:23,25 91:9

**honest** 91:6

**honestly** 59:8

**Honor** 7:23 8:5 9:3,8 18:3,17 19:4, 13,23,25 21:4,20, 23 22:11

**hour** 24:4 63:10

**hours** 27:13 38:21,22 52:19,22, 25 53:20 91:5

**how** 5:9 26:19 27:11,25 31:5,15 32:20,21 33:11,24 35:10 36:15 37:25 38:10,12,15,21 40:5,8,11 41:21 42:11 44:6 47:6 49:22 50:20 51:16 52:23 53:25 54:13 58:17,21 60:3 62:8 63:25 65:18 69:12 74:12,25 75:12,19 76:9,25 77:8 78:11,15 79:7 80:21 81:19,21 82:5 83:13 87:21 93:2 94:11

**however** 25:15 56:4

**human** 34:9,19, 22,25 36:4

**hung** 65:18

**Huntington** 23:6 30:9

---

**I**

**I'LL** 5:11 6:20

**I'VE** 7:16 9:10 10:14

**ID** 5:4,20,22,25 6:14,17,19,24 9:6, 10,17,21,23 10:23 12:17 13:4 15:4,6, 11,13,16,20 16:7 17:14,21 18:21 19:10 20:5 21:3,9

**identification** 6:10 8:24 11:23 14:14 57:24 95:4

**identified** 16:5

**identity** 9:14 13:25

**immediately** 63:5,7 65:20 93:7

**in-person** 10:9 72:16

**Inc** 29:17 46:25

**include** 85:23

**including** 78:2,5

**income** 41:10

**incorrect** 61:19

**indeed** 61:6 62:23 64:9

**indicated** 68:18, 19 69:14

**individual** 87:15, 21 94:7,16,20,22

**industry** 37:11 50:15 52:21 85:5

**infer** 68:22

**information** 13:24 14:5 32:15 64:5 79:10

**initial** 63:10 70:14

**injustice** 17:8,9

**input** 86:13

**inputs** 85:25

**instance** 41:23 68:3

**instant** 28:6

**instead** 63:14

**intent** 20:19

**Interrogatories** 27:20 78:20,23,24 79:4,5

**interrupt** 10:7 71:12

**interrupted** 19:11

**intervention** 21:19

**interviewed** 83:10

**into** 64:13 70:2 72:9 73:19

**involve** 40:20

**involved** 34:23 46:2 81:18 87:5

**Iris** 94:11,13

**Isaac** 32:3

**Ishaque** 31:22 32:2,4,5,13,15 33:2,7 34:21 36:4 37:22 39:12 40:19 41:17 43:16,23 45:3 54:21 55:4 61:4 62:17 63:2,8 64:8,14 65:10,14, 19,21 66:24 67:4, 11 68:15 69:5,8, 19,23 71:22 72:3, 9,13,14,20,23 73:3,8 75:6,7,19 76:11,15,21 78:5, 16 81:4 82:16

**Ishaque's** 40:3,6 52:2 66:5

**issue** 9:14 12:20 13:10 18:13 19:2 20:24 35:2 36:5

**issues** 34:8 69:7 70:25 75:25

**its** 86:16 89:9

**I'm** 50:11

---

**J**

**J-O-R-Y** 22:19

**January** 55:24 62:10 66:18 67:5 72:12,14,19 73:3, 14 88:9 92:8,21

**Jeanique** 82:2 94:17,18

**Jennings** 95:24

**job** 52:14 83:22

**join** 45:5

**joined** 85:8

**Jory** 5:1,13 6:1,22 7:1 8:1,17 9:1,13 10:1,24 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1,3 24:1

**involved** 25:1 26:1 27:1,24 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1,25 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1,5 93:1 94:1 95:1

**Josh** 43:16,22 44:3,21 45:5 46:13

**Judge** 10:5 11:9 26:12

**just** 13:3,18 15:3 16:20 20:20 31:23 32:13,23 35:16 41:6 42:6 47:16 54:11 55:8 57:11, 13,16 58:2 62:24 64:5,19 67:3 68:4 72:8,21 75:17 76:21 77:12 81:18 85:11,12 88:24 89:2,6 90:15 93:15 94:19

---

**K**

**Kataev** 5:2,5,11, 16,21 6:11,15,20, 25 7:6 8:4,6,11,22 9:4,7,22 10:4,5,17, 22 11:2,13 12:8,23 13:16,23 15:4,22 16:24 17:16 18:2, 4,6,16,18 19:5,12, 15,24 21:4,8,22 22:2,7,12 28:9,18 29:8,23 30:19 32:6,9,17 34:5,10 35:10,13,22 36:12

39:7,14,16,24 40:21 41:3 42:18 43:12 44:20,22 47:21 53:5 55:19 56:14 57:18 58:5 60:17 65:24 67:18 68:14 76:2,7 77:10,19 78:8 85:6 86:10 89:11 93:19 95:15

**keep** 77:15

**kept** 14:9 53:20 54:15 60:4

**kind** 32:15

**kitchen** 49:13,14

**know** 5:10 25:4 26:2 37:3 38:20 40:13 44:19 47:4,6 50:3,7,23 53:24 59:22 66:10,15 67:7 70:4 73:18 74:5 81:19 87:3 93:10

**knowledge** 38:17 49:7 52:17 53:19 54:24 68:25 74:19 79:2,9,19,20 80:12,23 81:21 84:9 85:2,15 86:18,23 88:3,8

**knows** 66:2

**L**

**Labor** 49:8 83:3

**Labuda** 8:7

**lack** 88:6

**Lane** 23:6

**language** 80:11

**last** 10:15 15:8 17:14 24:23 41:15 46:20 59:11 60:21 70:9,21 75:20 79:25 80:4 87:16

**late** 45:14 46:5,22

**later** 15:11

**latest** 51:16

**law** 8:7,8,19 49:8 83:3

**laws** 83:4

**lawsuit** 23:24 28:24 50:22,24 54:20,24 55:7,9,13 59:8,14 78:4 84:17,19

**lawyers** 10:11 19:20

**lay** 23:17

**learned** 54:19

**leave** 89:24

**left** 15:13 91:9

**legal** 55:5 80:11

**less** 33:19

**let** 8:11 25:4 28:9 32:6 47:16 55:19 56:2 57:11 64:7 70:4 71:10 72:10 85:6 88:24 94:19

**let's** 7:2,18 22:16 33:6 41:14 45:13, 18 53:20 61:23 64:16 65:16 66:6,8 67:9 73:21 77:10, 12 80:18 90:5 93:15,23 94:15,25

**Leticia** 8:3 23:12 24:2 50:18 54:19, 22,25 55:4,7,17 58:20 61:3 62:14 65:18 67:13 70:3, 11 71:4,19,20,23 72:6,23 73:4,16,22 74:12 75:7 76:13, 22 77:3 78:2,6,13 86:23 88:3,11,19, 20,21 90:24 92:6

**Leticia's** 76:21 86:19

**Let's** 37:7

**level** 17:4 30:16

**license** 6:5 13:24 14:3 16:7

**life** 32:10 71:17

**like** 11:4 13:12 37:5 41:8 49:4 53:15 65:13 70:16 71:10 72:8 80:21

**likely** 66:3 69:12, 25 71:9

**likes** 48:5

**likewise** 24:22

**Lily** 83:18

**line** 14:18 18:24

**listen** 39:4

**listened** 39:17

**litigation** 18:11

**little** 70:19 93:22

**lived** 30:3,6,11

**LLC** 8:8 29:12 31:3,20 42:14 44:9 45:24

**locations** 48:6

**log** 85:21

**long** 27:11 60:3 62:24 78:12,15 93:14 95:14

**longer** 52:24 70:8 93:22

**look** 67:9 70:2 72:9

**looked** 64:13

**looking** 92:10,18

**losing** 83:22

**loudly** 24:15

**Luckman** 79:24

**lunch** 49:12 77:8 88:25 93:16

**lying** 80:5

**M**

**made** 5:23 7:8,13 9:10 75:2 83:22

**Magistrate** 11:8

**main** 53:18

**major** 37:8,14

**make** 6:3 8:19 11:4 18:24 19:17 20:25 25:14 32:9 54:12 56:16 64:20 68:24 72:10 75:24

**making** 16:18 41:6

**Mall** 29:17,18 46:25 47:13,20 48:14,15 83:14

**manage** 38:5

**management** 30:22 53:15

**manager** 52:5,8, 10 94:18

**managerial** 48:25

**Manrique** 82:14

**Manrique's** 76:23

**manual** 86:3,5

**many** 32:20 33:12 82:5

**March** 82:12

**mark** 6:5 57:22 94:25

**marked** 6:6,9 57:24 58:2 74:18 95:3

**matter** 22:4 23:12, 23 55:11 72:10

**matters** 21:18

**may** 25:14 34:8 45:20 47:2 59:2,24 60:2 92:11

**maybe** 57:13 94:23

**me** 5:4 6:23 10:6,8 11:15 12:7,8,9 16:10 17:15 21:21 23:21 25:4,20,22 27:5,10,19 35:5 47:16 53:4 56:5 57:11,13 58:20 63:19 64:7 68:16, 20 70:6,9,20 81:16 88:21,24 91:7 93:4 94:19

**mean** 34:15,18 40:18 42:18 57:20

**meaning** 51:24 77:2

**medications**

26:15

**meeting** 46:20

**meetings** 33:2 34:7 45:3,6 46:17

**member** 31:11

**member/ shareholder** 31:6,19

**Memorial** 37:13

**mention** 75:7 76:10,13,21

**mentioned** 44:25 48:9 54:18 64:25 69:10 72:21 78:19 84:7 94:16

**message** 28:6 54:24 55:10,15,16 56:5,10,21 58:18, 22 59:4 60:21 61:10,14,16,20,21, 24 62:4,6,10 63:5, 14 67:13 68:19 70:7,17,20,22 74:18 76:17 88:18, 19,20 92:17,20,22 93:2,3

**messages** 55:22, 23 56:9,13 57:7 59:19,22 60:4,6, 24,25 69:15,18 75:23 88:14 89:4,6 90:3,14 92:4,11 93:11

**met** 64:3

**Michigan** 30:24

**microphone** 35:8,15

**might** 45:8

**Milman** 8:7

**mind** 35:7 79:24

**mine** 38:2

**minimal** 31:21

**minute** 10:15 21:6

**minutes** 70:23 76:5 77:6,7 93:6

**mistaken** 9:14

**moment** 32:24 44:13

**Monday** 51:24

**money** 41:5,7 61:8 62:22 68:21 69:2,25 72:5

**monies** 62:21 71:22

**month** 31:11,24 32:21 33:23 36:8, 15 45:19 74:20 75:8

**month-to-month** 36:22

**monthly** 33:10, 13,20,25 34:3 45:2

**months** 36:19 37:18,21 75:14 91:16

**more** 33:19 42:7 80:7

**morning** 7:22 8:4, 10 9:7 10:17 23:10 51:14 55:21 92:15

**most** 30:5 34:24 66:3 69:12,24 71:9

**mostly** 43:5

**Mother's** 37:15

**move** 35:21

**moved** 35:16

**moving** 35:7

**Mr** 5:2,5,11,16,21 6:4,11,15,20,25 7:6 8:4,11,21 9:4, 5,7,9,22 10:4,5,17, 21 11:2,13 12:8,23 13:15,23 15:4,9,22 16:24 17:16 18:2, 4,6,16,18,20 19:5, 12,15,24 20:21 21:4,8,22 22:2,6, 12 23:10 27:22 28:9,18 29:8,23 30:19 32:6,9,17 34:5,10 35:10,13, 22 36:12 39:7,14, 16,24 40:21 41:3 42:18 43:12 44:20, 22 46:22 47:21 53:5 55:19 56:14

57:18 58:5 60:17 65:24 67:18 68:14 76:2,7 77:10,19 78:8,11 85:6 86:10 89:11,18 93:19 95:15

**ms** 5:2,7,15 6:13, 18,23 7:4,10,22 8:11,18 9:2,19 11:22 13:17 14:16, 23,25 16:24 17:10 18:9 19:3,10,14,22 20:3,6,9,18 21:10, 11,15,20,24 22:6, 10,15 35:4,12,19 39:16 41:14 44:21 54:8 56:2 57:21 66:2 67:14,23 76:4 77:5,12,21 79:23 92:2 93:15 94:3,25 95:21

**Ms.troy** 18:19

**much** 22:9 41:21 49:22 52:24 63:16 77:8

**mumble** 67:19

**mumbling** 67:17

**must** 25:10

**mute** 7:18

**my** 8:5,18 9:24 10:24 11:5 12:8 19:8 21:5 23:10,23 24:21,23 25:8,10, 14 31:21 34:12 39:3,11,24 40:9,12 49:5,25 50:5,10 51:9 54:3,6,16 56:18 59:3,22 60:3 61:12,14 62:19,22 70:5,7,14 71:11, 17,21,23 73:9,13 74:15 75:3 80:12, 14,25 81:24 82:10 83:24 88:5 90:3, 14,16,19

**myself** 7:18 32:5

---

**N**

**name** 8:5 22:25 23:11 27:23 48:19 57:17 82:2 83:18

84:8,15,19,21 87:15,17,22 94:7, 10,14,17,24

**named** 13:16

**nature** 71:11

**necessary** 5:6

**need** 6:18 11:8 17:18 18:10,12 25:2 34:22 77:9 88:15 90:13

**needed** 33:5 41:5

**needs** 21:18

**never** 15:23 70:24

**Nevermind** 61:16

**new** 11:20 22:21 23:6 24:22 83:3

**next** 57:17 65:17 72:21 73:11

**niceties** 63:24 64:4 65:7

**no** 9:13,25 11:20 20:7,9,13,19,24 21:20,22 23:15 24:10,11 25:8 26:18,24 27:4,7 28:8,11,22 29:2 30:15 34:12 35:12 36:6 39:21 40:6,9, 16,23 41:19,25 42:10,12,15 48:16 50:25 55:2 57:7 59:7 61:20,21 68:21,25 69:6,25 70:8 71:9,16 75:25 81:12 83:12,15,20 87:25 88:15 89:20 90:12 94:9,13,21, 24

**nodding** 24:11

**non-** 91:14

**non-emergencies** 90:11

**non-work** 90:25 91:9

**none** 35:3,20

**noon** 77:11,13

**nor** 45:25 46:18 72:7 74:8,9 84:11 86:25

**Northern** 11:19

**not** 6:15 8:13,22 9:9,19 10:12 11:24 12:10 13:6 14:5 15:22 16:22,25 17:3 18:7,12 19:18 20:4,12 21:21,23, 24 24:20,22 25:16 26:2 28:5,14 33:17 34:12 39:3,11,18 40:9,12 44:13 48:16 49:5,25 50:5,10,12 52:20 53:24 54:3,16 55:3,12 56:7 59:9, 10 60:7 62:17,19, 22 63:14 64:3 68:9,12 69:20 71:9,11 72:4,17 73:6 74:2,15 75:3 80:10,14,25 81:17, 23 82:3,7 83:24 84:11 85:18,21 87:5,11,19 88:13 89:13,20 90:8,12, 15,16 91:11,23 92:23 93:13 94:10, 13,21 95:14,22

**Notary** 22:20

**notation** 28:18

**noted** 20:2 21:7 22:14,18

**notepad** 28:16

**notes** 28:15

**nothing** 22:2 69:11 83:15

**noting** 85:11

**notwithstanding** 12:2

**now** 7:16 8:14 10:21 18:23 19:7 22:5 35:11 46:13 59:22 60:19 65:16 73:9 74:11,17 77:14 85:8 90:7 93:15,17 94:3 95:5

**number** 12:12 14:3 16:8 20:5,17 33:7,18,20 36:8,

10,11 57:17 58:4, 10,14,15 59:17 60:6 65:23 66:7, 10,25 75:12 77:21 86:9 90:2,9,10 91:7,13 92:2

**numbers** 11:25 13:13 77:23

**numeral** 42:19

---

**O**

**o'clock** 51:19

**oath** 26:7,9

**objected** 10:20

**objecting** 9:22

**objection** 9:24 10:3 11:5 29:8,23 30:19 32:17 34:5, 10 36:12 39:7,14, 24 40:21 41:3 43:12 47:21 53:5 58:5 60:17 65:24 86:10

**objections** 25:14

**obtain** 58:17,21 91:14

**obtained** 90:25

**obviously** 73:13

**occasion** 36:3

**occasions** 45:7,9 47:9,11,18 48:12

**occurred** 91:18, 22

**off** 7:19,20 18:22 56:6,10 60:22 92:14

**office** 21:5 89:6

**often** 51:6

**Oh** 42:15

**okay** 5:13 14:24 21:3 54:5,8 90:15 93:4 95:21

**on** 7:3,11,16,25 9:24 12:4,19,20 14:17,21 18:5,24 19:16 20:24 22:7,

16 28:4,6,13,15 31:22 32:2,13,14, 19 33:10,12,20,25 34:2,8 35:15,21 36:8,22,25 37:4,6 42:8 45:8 47:17 48:11 49:17 50:21 51:9,21 56:25 57:12 58:18 59:20 61:19,20 62:21 63:6 64:6,12,22 65:21,22 66:3 67:4 68:8 73:3 74:15,25 76:9 85:24 89:3, 11,19 91:22 92:17, 18 93:7 94:4 95:9

**once** 52:12

**one** 12:24 16:16 21:6 24:19,20 25:8 28:24 34:6 36:14 42:6 51:3 56:24 57:8,13 70:10 75:13 80:7 90:22

**only** 24:18 25:7 32:3 67:3 84:18 92:15,24 93:5,6

**onto** 62:11 85:13

**opened** 31:14,16 51:13

**operate** 41:6 53:17

**operations** 79:16 82:23

**opportunity** 11:17

**order** 12:18 52:19

**other** 13:25 14:4 16:21 20:22 21:18 27:20 28:7 33:4 36:23,24 42:14 43:8 44:11 48:6 60:5 63:20 65:7 73:23 77:25 83:7 86:2 88:10 89:8 91:22

**our** 32:22 52:22 53:14 63:10 70:2

**out** 51:18 61:11,13 62:20 93:4

**Outlet** 29:6,13 33:8 36:2 37:10,19

38:4,18,22 40:15 41:23 42:3,9,16,22 43:2,8,21 44:9,10, 15 45:4 46:8 47:12,25 48:3,6, 11,22 49:4,9,24 50:4,9 51:3 52:3,9 53:23 73:24 74:7, 21 79:17 81:14,22 82:21,25 83:11,19 84:5,10 85:17 86:20 87:8,24 88:4 94:19

**Outlet's** 47:19

**Outlets** 81:11

**outside** 93:20

**over** 75:2

**over-the-phone** 63:17

**overruling** 10:3

**owed** 61:5,6,8 62:21,23 64:22 68:21 69:2,25 71:19,22 72:5

**own** 29:20 31:8 42:14 43:24

— — —

**P**

**P-H-I-L-I-P** 28:2

**p.m.** 77:18 85:14 92:22 94:2

**page** 56:7 60:20 62:9,11 92:13,18 95:9

**paid** 61:6 68:24 72:5 81:21

**Pakistan** 82:17

**pandemic** 59:25

**paperwork** 52:15 81:13

**paraphrasing** 70:19

**Parsons** 87:15,18

**part** 68:2 83:24 84:19

**participate** 46:17

**particular** 82:20

**parties** 78:4

**partner** 38:2 44:7 73:13

**partners** 44:11

**party** 28:23

**passed** 45:19

**past** 30:2,13 52:21,24

**pay** 38:15 40:11 54:14 64:20,23 71:18 75:4,20 81:15,17,19

**paycheck** 76:22, 23

**paying** 41:21

**payment** 40:13

**payroll** 40:20 41:17

**peace** 91:7

**pending** 67:21

**penny** 61:8

**people** 13:11 37:3 42:11 52:21 62:23 80:15,17

**per** 49:23

**percent** 31:9 43:18,24 74:25 76:9

**percentage** 31:7

**performance** 86:19,22 87:9

**perhaps** 34:19

**period** 59:23 60:9 66:17

**person** 16:3,4 24:19 81:25 82:4 87:20

**personal** 65:22 79:20 80:23 81:20

**perspective** 47:10

**pertain** 80:24

**pertaining** 65:6

**peruses** 21:10

**Philip** 27:24,25

**phone** 7:8,17 28:7,16 45:8 58:4 59:20,25 64:12 65:22 66:4,5 67:5, 8 70:6,10,12,14 72:15 75:17,21 85:10 88:9 89:3, 14,19,22,25 90:4, 13,17,20,23,24,25 91:9,10,12,15,18, 22,23

**phones** 90:6,22

**physical** 26:19

**pitch** 19:20

**place** 70:5 73:8 82:25 83:7 84:4 88:23

**plaintiff** 8:2 9:12 14:7,12 23:12 50:18 78:6 85:8 91:18

**plaintiff's** 6:7,8 14:9 16:6 21:25 57:23 58:2 74:19 92:19 95:5

**plaintiffs** 95:2,3

**plaintiff's** 7:24

**plan** 61:16 75:4

**plans** 41:8

**pleasant** 19:19

**please** 5:3,13 6:11,13,23 10:7 19:15 20:25 22:25 23:4 24:14,20 25:4 39:4 41:13 46:9 56:16 62:9 68:4 72:24 78:8 87:16 89:4

**point** 18:6 68:22 69:16 71:5,10 73:14 75:7

**policies** 82:24 83:7

**portion** 56:20

**position** 32:22 34:12,17 40:20

41:10,23 48:21

**positions** 40:18, 25

**possibly** 60:9

**post** 70:9

**posted** 49:8,11

**poster** 49:17,19 83:4,6

**posters** 49:8,11

**potential** 83:11

**potentially** 64:22

**power** 38:8 39:2, 6,13 40:4

**practice** 62:22

**predominantly** 85:5

**prefer** 33:17 52:5

**pregnancy** 23:25 24:5 91:21

**pregnant** 76:14 83:23

**preparation** 27:14

**prepare** 27:2,8

**prepared** 21:2

**present** 23:4 36:2 66:12 91:20 92:9

**presented** 5:23

**President's** 37:13

**pretty** 35:6

**prevent** 26:15,21

**Previously** 15:7

**prior** 30:6 50:23 54:20 55:4,7,9 59:12 64:4 69:16 84:21

**privacy** 12:5 13:12 90:21

**probably** 93:21

**problem** 20:8,10 35:12

**proceed** 5:14

**process** 49:4 70:4

**produce** 8:23 9:5, 17,21 10:23 12:11, 17 14:11 15:6,11 18:21 56:12,16

**produced** 13:5 55:21 60:15 92:14

**production** 15:19 79:8,13,15 89:9

**program** 84:22 85:3,4

**project** 35:6 68:5

**promise** 61:21

**promised** 61:18

**promotions** 37:3

**properly** 74:4

**protect** 13:15,21

**prove** 20:14

**provide** 60:13 81:5 89:5

**provided** 27:19 80:15,18 82:20 83:4,5

**provider** 66:7

**Public** 22:21

**purchase** 48:7

**purposes** 90:3

**put** 7:10,16 73:19

---

**Q**

**question** 9:18 24:16,22,24 25:9, 10,20,21 26:3 29:14 32:7 39:5,9, 19,20,21 40:2 41:12,15 46:10,12 47:17,23 53:7 67:20,22 72:25 73:9 74:22 76:19 79:22 80:2,4,6,9 94:9

**questions** 23:22, 23 24:21 25:9,14 32:23 89:7,8

**quick** 93:16

**quit** 61:7 64:19 68:20

**quite** 86:14,16 91:6

**quitting** 64:23

---

**R**

**R-A-S-K-** 94:7

**raise** 18:12

**raised** 89:8

**range** 33:15 53:4

**rant** 71:17

**ranting** 71:15

**re-ask** 72:24

**reach** 61:11

**reached** 61:13

**read** 63:13 80:3,8 81:19

**reading** 79:25

**ready** 77:19

**really** 13:9,20

**realm** 80:25 81:24

**reason** 8:21 9:8 16:17,22 20:13 24:14 64:22

**recall** 31:10,12,15 33:11,14,23 34:2,4 36:16,18 37:20 38:24 45:18,25 46:18 48:21,23,24 49:2,3,19,22 50:2 54:17 59:13 60:20 63:23 65:6 66:4 67:7 69:11,20 72:7,18,22 73:7, 10,12,22 74:8 75:9 76:12,17,24 77:4 78:11,14,15,17 80:13 82:15,16,18, 19 83:20,21 84:3, 6,21 86:25 87:25 88:17 92:16 95:11

**recalling** 26:16, 22 72:17

**receive** 52:11,12

**received** 54:25 55:16 60:24 62:3, 10 68:19 69:16 88:19 92:12 95:23

**receiving** 55:9 67:12 91:4

**recent** 30:5 34:24

**recently** 90:8,25

**recess** 77:17 93:25

**recognize** 84:8, 14,16 95:8

**recognizing** 84:18

**recollection** 57:2

**record** 5:15 7:19, 21 8:12,20 11:4 14:8,19,21 23:2,5 28:10,19 35:13 54:9,13 55:20 56:2 68:2,8 85:7,12,13 92:18 94:5 95:16, 22

**recorded** 13:2,7

**recording** 14:13 18:23 19:3 22:13, 16

**records** 14:10 53:20,25 54:14 79:17 80:19,22 81:7

**rectify** 70:16

**redacted** 15:19, 23 17:17 78:7

**referring** 29:4,16 55:15

**reflect** 8:12 28:10 55:20 56:3 85:7

**refusal** 12:3

**refused** 75:19

**regard** 62:5 65:5 69:15

**regarding** 34:18 36:4 46:7 49:8

**related** 46:7

**relation** 75:17 81:18

**relevance** 29:24 32:18 41:4 43:13 58:6 65:25

**relevant** 59:2

**reliance** 85:24

**relied** 81:4

**remain** 52:21

**remember** 46:19, 23 49:14,16,18 58:11 71:16 75:15

**repeat** 25:22 41:12 42:6 46:9 79:21 80:7 87:16

**rephrase** 25:20

**reply** 92:22

**reported** 16:17

**reporter** 22:24 24:8 68:6,12 80:3, 8

**reporter's** 32:10

**represent** 5:12 6:21 14:15 23:11 56:8 57:4,6 95:16

**representation** 9:11,20

**representative** 78:3

**request** 5:24

**requested** 5:19 80:9

**require** 86:5

**required** 14:11 86:3

**residence** 29:20

**resolve** 69:6 71:2

**resource** 36:5

**resources** 34:9, 19,22 35:2

**respect** 34:25 46:12 82:25 89:7,9 91:19

**respond** 25:16,17 89:17

**responded** 93:7

**response** 63:12, 22 70:17 79:18 80:24 93:9

**responses** 24:10 70:7 79:8,9,14,15 81:3,5

**responsibilities** 44:24 45:22 48:25 52:7 81:24 83:25 88:7

**responsibility** 40:7,10,12 44:15 49:5,25 50:5,11 54:3,16 62:18,19 74:15 75:3 80:14 81:2

**responsible** 87:11

**restroom** 25:4 76:8

**returns** 37:6

**revenue** 33:24

**review** 27:15 31:23 32:13 56:18 78:22

**reviewed** 78:19

**reviewing** 28:15

**ridiculous** 16:15

**right** 7:4 9:25 16:11 18:23 62:7 92:20

**road** 42:17

**robbery** 84:4

**role** 31:18,21 38:3 39:3,11 40:3 44:14 45:21 69:6 74:16 84:9,12 88:6

**roughly** 66:17

**route** 61:17

**rules** 23:18

**ruling** 10:25 11:3 12:21,24

**run** 37:12 52:14 88:4

**S**

**S-E-R-R-** 94:11

**said** 15:4 35:20 50:14 61:15,16,24 63:21,22 65:9,13 66:23 68:16 69:14 70:15,18 73:6 74:8 75:7,10 80:16,17 83:21 90:6

**sales** 33:6 36:19, 21,25 37:9 75:13 80:22 86:21

**salespeople** 40:14 48:13 52:18 81:14 86:4,6

**salespeople's** 85:25

**salesperson** 41:24 52:12 74:6, 13 87:23

**salesperson's** 86:13

**salesperson;if** 75:16

**salespersons** 73:24

**same** 15:14 24:14 26:11 28:18 45:10 57:16 60:5 93:7

**satisfactory** 21:12,14

**saw** 84:16 94:24

**say** 12:25 24:9 26:3 32:12 34:14 38:7 43:17,21 50:12 52:11 55:8 57:19 58:13 59:9 62:15 63:4 64:17, 24 65:12 66:21 69:9 71:7 80:5 85:20 86:7 89:12

**saying** 59:5 70:22

**says** 11:11 13:19 15:14 16:13 20:21 56:21

**scan** 15:3

**schedule** 38:13,

18 40:8 51:10 82:8

**scheduled** 8:13

**school** 30:23

**Science** 30:22

**screen** 28:14 57:12 58:18 92:17

**screenshot** 58:22,23,24 59:10 69:18

**screenshots** 60:14,15

**screenshotted** 59:4,6,7

**Sean** 87:22

**search** 89:2

**seasons** 36:19

**second** 45:14 55:14 57:12,14 61:23 62:11 64:16 66:6 73:21 90:5 91:12 93:4 94:15

**secondary** 90:2, 9,10 91:7

**security** 12:12 13:13 20:17

**see** 61:13 62:15 63:12 64:8,9 67:16 70:7 93:8

**seen** 61:19 63:8

**sell** 43:3,5 47:12 48:8,14 74:20

**send** 69:19

**sense** 32:23

**sent** 61:15 92:12, 16

**separate** 24:3

**seriously** 61:2,25 62:8 75:24

**Serrano** 94:11

**service** 17:9 43:5 66:7

**set** 27:19 52:22,24 59:22

**setting** 38:12,15 40:8,11 60:3,8

**seven** 75:13

**several** 58:12

**shaking** 24:10

**Shane** 87:22

**share** 43:18

**shared** 35:14

**shareholder** 34:13,18 35:25 38:25 42:3 44:16, 17 45:23 46:17 47:10 87:8

**shareholder/ partner** 52:4

**shareholders** 43:8 46:7 51:4

**shares** 31:7 43:24

**she** 9:24 16:2,3,13 20:20 61:5,6,7,12, 13,16 62:15 63:11 64:17,19,20,21,24 68:20,24 69:4 70:5,6,7,18 71:19 72:4 74:12,20 75:8,10,12,18 76:16 83:23 85:12 87:3 88:14 93:8

**she's** 17:20,23

**short** 62:24 77:16

**shortly** 59:15 60:16 63:6 67:12 89:2 92:25

**should** 10:22 52:11 68:9,22,23

**show** 5:4 6:23 10:23 11:10 21:3,9 57:12,25 81:13 88:24

**showed** 61:7

**showing** 28:13 58:18 60:19 95:5

**shown** 48:2,5 88:13

**shut** 70:24

**side** 21:25 62:25 64:8

**sign** 31:21

**signature** 95:8

**signed** 27:21 95:11

**similar** 46:11

**Since** 24:8 28:3 58:9

**single** 18:6,13

**sip** 54:6

**sir** 10:7 11:6

**situations** 70:16

**slow** 36:15 37:16

**slower** 36:20

**social** 12:11 13:13 20:16

**sold** 32:21 33:8, 12,18,20 36:8 47:19 48:2 74:23 75:8,11,18 86:9

**Solutions** 84:23, 24 85:16,21,24 86:2,8

**some** 9:21 10:23 11:25 17:11,21 23:18 73:14 89:6

**someone** 20:14 32:4 71:12 89:24

**something** 45:11 67:17 89:12

**sometime** 59:11

**Sometimes** 32:20

**soon** 65:18

**sorry** 13:8 42:6 56:14

**sort** 46:11 72:4

**speak** 24:15 27:12 31:22 44:23 61:4 62:15,16,25 63:16 64:8 65:14 67:8 71:11 73:14 74:14 82:22 83:8,25 86:25 87:6,12 88:5

**speaker** 7:11,16

**speaking** 24:19 50:15 63:7 66:18 67:13 69:3

**signature** 95:8

**specific** 36:9,17 41:21 73:12 81:20

**specifically** 31:12 41:2 49:18 52:8,23 53:24 62:2 66:5 69:8,12 72:17 73:15,19 75:9,16 92:10

**specifics** 58:11 93:12

**speculation** 26:2

**spell** 27:25

**spoke** 32:12 63:8, 20,24 64:14

**spoken** 27:2 64:3

**sporadically** 94:23

**staff** 74:3,9

**stamp** 63:6 67:10

**stand** 18:19

**stands** 39:25

**start** 8:15 24:20, 22 33:6 53:21 66:8 80:19

**started** 22:17 23:13

**Starting** 30:5

**state** 16:20 22:21, 25 23:4 24:3 28:24 72:8 83:3

**stated** 88:14

**stating** 90:7

**status** 75:16

**stay** 14:17,21 18:24 52:18,24

**stenographer** 24:18

**step** 93:4

**steps** 62:2

**Stidhum** 8:3 23:12 24:2 50:18 54:19 73:22 74:12 78:6 92:6

**still** 7:15 11:3 25:16 32:25 37:9

45:16 59:16,19
66:11 89:3 95:22

**stop** 14:13,20
15:25 24:21 71:5,
6,7,13,14

**stopped** 19:4
22:13

**store** 38:21,22
43:4 49:9 51:12
52:6,18 53:16
82:23 83:16 85:19

**stores** 48:8

**story** 62:24

**Street** 30:9,10

**strike** 41:15

**structure** 40:14
50:4,8

**structures** 50:12,
13

**stub** 81:15,18,20

**subject** 23:23

**submit** 52:14

**subsequent**
70:11 72:15,19
73:7

**subsequently**
88:12

**substitute** 10:16

**successfully**
41:6

**such** 28:11 90:15

**summary** 63:23

**supplemental**
78:23 79:4,8,14

**supposedly**
15:13

**sure** 18:25 20:25
41:7,14 46:11
54:12 60:7 64:20
68:24 73:2,17
75:24 79:23 82:7

**suspended** 87:4

**switch** 5:16

**switched** 5:17
66:15

**sworn** 22:20

**system** 53:10,12,
14,15 81:10

---

**T**

**table** 35:15

**take** 9:20 16:14
24:9 25:2 61:12,25
67:9 68:12 70:4
75:23 76:2,5,6
77:6,8 88:25
93:16,21

**taken** 26:7,10
62:3 77:17 93:25

**taking** 26:14

**talk** 27:7 67:24

**talked** 40:24

**talking** 37:9 46:13
52:9 62:7 67:15
92:19

**tax** 37:5

**team** 64:15

**telephone** 64:18
65:3 68:17 69:17,
22 71:3,8,15 72:2,
13 76:20

**tell** 17:6 25:20,22
26:7,10 53:2 65:10
71:5,12,14 89:24
93:13

**telling** 10:21
12:10 27:5,10

**tells** 25:16

**tend** 37:16

**terms** 60:3 64:6

**testified** 22:22

**testifying** 26:12,
16,22

**text** 54:24 55:10,
15,16,22,23 56:5,
9,12,21 57:7
58:17,22 59:4,19,
22 60:3,6,21,24,25
61:10,14,15,21,24
62:3,5,10 63:5,9,
13,14 64:11 65:6
67:12 68:18 69:15,

18 70:7,17,20,22
74:18 75:23 76:17
88:13,18,20 89:3,5
90:24 92:4,17,25

**texted** 58:20 70:6

**texts** 91:5

**than** 13:25 33:19
77:25

**thank** 20:11 22:8,
10,12 56:22,23
78:9

**Thanwalla** 37:23
78:5

**Thanwalla's** 15:9

**that's** 40:3 49:14
90:4

**their** 38:12,15
52:13

**them** 43:5 48:8
56:15 60:9 62:23
71:11,12

**then** 18:22 30:24
48:8 52:13,15
54:23 59:4 61:11,
15 63:7,8,11,18
65:14,21 68:20
69:2 70:3 71:10
90:17 93:8,23

**there** 9:13 10:10
11:25 20:13,23
21:17 24:2 25:7
28:10 35:14 36:3,
18 41:7 43:4,7
45:7 47:9,11,18
48:12 49:7,13,20
51:5,18 53:22
56:6,9 57:6 61:20
62:17 64:5 67:20
68:8,21,23,25
70:11 72:11 73:22
75:25 80:13 83:6
84:3 86:12 88:10,
15 89:6

**thereafter** 59:15
65:18 93:9

**Therefore** 24:20

**these** 70:16 75:23

**they** 20:14 37:16
43:4,11 47:7,14
48:4,7 51:13

52:11,24 53:18
64:19 70:25

**thing** 12:25 15:15
18:13 19:19

**things** 13:12 37:5
41:8 45:10 56:25
80:14

**think** 95:18

**third** 60:19 92:13

**those** 27:17
32:16,25 34:7
45:6,9,11 48:8
49:11 55:21,23
56:24 60:6,13,15,
25 79:10 80:15,18
81:3,7

**though** 10:19
67:8

**thought** 59:2

**through** 18:10
51:24 54:19 59:3
62:2 63:18 68:16
85:10

**throughout** 38:6
47:24

**Thursday** 92:21

**Tiffany** 7:24 23:9,
11

**time** 10:14 12:9
19:8 20:2 21:7
22:14,18 24:19
25:13 34:13,14,24
35:24 36:22 42:2,7
45:14 50:9,13
51:2,7,11,16
53:21,22 56:22
59:23 60:10 63:6
65:10 66:15,17
67:9 68:25 73:25
74:3,6,10,24 75:5
77:8,13 80:7,20
82:20 87:7 88:17
93:10,17

**time-to-** 50:8

**timeframe** 92:7

**times** 37:2,7

**timestamp** 92:23

**timestamped**
92:21

**title** 38:3 52:2

**to-day** 85:19

**today** 5:19,23
15:14 24:6 26:7,
17,23 28:14 29:22
58:19 59:17,20
91:8,23

**today's** 27:2,14
89:21,25

**together** 25:25
45:8

**told** 8:18 60:23
61:3 62:16 67:19
68:20

**tolerate** 10:12
17:4

**tone** 76:25 77:3,4

**too** 95:14

**took** 60:25 61:24
62:8 73:8 84:4
88:23

**top** 74:5

**traffic** 51:19

**transpired** 63:19

**traveled** 82:17

**tried** 63:9

**trouble** 42:5

**Troy** 5:2,7,15
6:13,18,23 7:4,10,
22,25 8:11,18 9:2,
19 11:22 13:17
14:16,23,25 16:24
17:10 18:9 19:3,
10,14,22 20:3,6,9,
19 21:10,11,15,20,
24 22:6,10,15
23:9,11 35:4,12,19
39:16 41:14 44:21
54:8 56:2 57:21
66:2 67:14,23 76:4
77:5,12,21 79:23
92:2 93:15 94:3,25
95:21

**trust** 80:15

**truth** 26:7,10,16,
22

**truthfully** 26:16,
23

**try** 48:8 64:7 70:16 71:2 77:15

**trying** 13:15,18,21

**turn** 10:11 18:22 45:13 47:16 65:16

**turning** 43:20 46:14 66:16 74:11, 17

**two** 17:3 45:5 56:24 90:6,22 93:11

**type** 79:18

**types** 45:10

**typically** 32:5 37:12 51:13,22 52:23 86:8,16 90:4

**U**

**unable** 61:12 70:5

**unaware** 50:6,11 74:23 75:4 76:16 86:21

**uncommon** 52:20

**under** 26:21

**understand** 10:25 11:2 13:9, 10,22 16:25 17:15 18:15,16 19:21 23:19 24:6,12,16, 24 25:5,11,17,19, 23 26:4,6,9 29:6, 18

**understanding** 71:24 72:2

**understates** 86:8

**Understood** 19:24 84:14

**unfortunately** 33:22

**units** 75:10

**University** 30:25

**unless** 25:15

**until** 24:23 36:2 55:12 66:12 72:14 76:16 77:18 94:2

**unusual** 50:12

**up** 12:19 18:7 64:12 65:18 90:8

**upon** 52:13 55:9 58:25 64:12 81:4

**usage** 85:19

**use** 25:3 53:17,18 57:16 59:16 60:5 66:8 76:7 90:3,20, 24

**used** 58:9,14 60:2 85:5,16

**useful** 18:7

**using** 58:14 66:19 71:17

**usually** 35:6 51:7

**V**

**V-I-N** 84:23

**Vague** 40:22

**valuable** 12:9

**varied** 33:23 50:8 53:3,8

**vary** 32:19 33:3 36:21 37:17 45:12 50:13 51:6,9 86:15

**vehicle** 48:2,3,4

**vehicles** 32:20 33:8,18,20 43:6 47:25 48:7,10 75:18

**verbal** 24:10

**verification** 17:12 95:6,23

**verify** 13:18 16:2, 12 20:20 62:25

**Verizon** 66:11,13, 19,21

**version** 15:20,24 17:17

**very** 22:8 31:21 60:25 61:25 62:8 93:13

**via** 67:8 91:18

**vice-a-versa** 37:14

**video** 5:8

**VIN** 84:23,24 85:15,20,24 86:2,7

**virtual** 28:3 85:9

**virtue** 17:13

**visit** 51:2,5,8,12, 20

**visited** 51:17

**W**

**W-O-O-D-L-A-N-D** 30:8

**wage** 24:4

**wait** 67:21

**waiting** 7:15 19:8

**walk** 61:25 62:9 63:18 68:16

**walk-in** 85:23

**want** 8:19 12:19, 20 13:3 16:6 51:18 71:2 77:6 89:20

**wanted** 5:16 54:12 61:7 62:14, 24 64:20 70:8 75:24

**wants** 20:20

**wasn't** 15:5

**waste** 10:13 19:8

**water** 25:3

**way** 47:3

**Wayside** 23:6

**we're** 6:5 57:16,21 76:4 88:25 93:19

**weather** 37:5

**week** 15:9 17:14 33:4 37:13 51:23 82:5

**weekdays** 51:20

**weekend** 51:21

**weekly** 31:22 32:2,13,14,19,25

33:4 45:3

**well** 19:7 35:6 41:11 43:16,23 51:20 52:5 61:9 76:22 79:14,16 89:8

**went** 59:3

**were** 20:15 26:12 27:17,18 33:12 36:18 37:8 38:22 45:7,9 46:6 47:9, 10,17 48:12 49:7, 11 53:19 54:14 55:15,23 58:14 60:4 62:2,3,7 64:10 65:9,11 66:18 68:23 70:11 71:22 73:23 75:25 77:24 80:13,14,17 81:13,21 82:19,24 83:6,7 87:8 88:10

**what** 11:11 13:9, 14,19 15:21 23:17 27:17,22 30:16,23 31:7,18 32:14 34:17 36:7,11,24 37:7,18,20 38:3, 17,21 40:25 42:21 44:14,17 45:19,21 46:5 47:2 49:3,16 50:3 51:7,11 52:2, 7 53:12 54:14 56:17 57:20,25 58:4 60:20,23 62:2,13,15 63:19, 21 64:6,17,25 65:12,16,17 66:7, 15 67:14 68:16 69:8,9,21 71:6 74:23 77:3 80:23, 24 82:9,24 84:8 85:2,15 86:18 88:17 91:8,9 93:10,17

**whatever** 71:22

**when** 24:15 28:4 31:10,14,15,25 32:12 34:14,24,25 35:25 36:3,19 40:24 41:9 45:15 46:3,20 47:11,18 48:9,12 50:14 51:12,16 55:8,10 57:19 58:9,24 60:13 61:24 63:3

66:23 67:10 68:15 69:14 72:12,21 73:10 77:20 82:16 88:18 91:14 92:16 95:11

**whenever** 59:8, 14

**where** 30:6 31:23 45:7 47:8 48:7 49:11,14 72:3 89:22

**whether** 59:9 69:16 73:7

**which** 15:15,20 29:5 39:19 47:17 58:3 62:11 63:11 66:17 67:5 70:3,6 74:18 88:20 91:2 92:13,21

**whichever** 52:5

**while** 13:5 14:21

**who** 5:10 6:2,19 11:10 13:19 14:15 16:13 20:14,21 41:22 43:11 44:20 63:20,21,24 74:5, 23 80:17 81:9 83:18 87:23

**whoever** 17:12 20:22

**whom** 63:21

**why** 5:5 9:5,8,16, 21 39:19

**wife** 90:14,16

**wish** 10:18

**with** 5:14 8:6 15:18 16:9 20:8,10 22:7 27:2,6,12 31:2,5 32:2 33:2,7 34:19,25 37:22,25 40:19 41:16,20 44:3,6,11 45:3 46:12,24 48:6,17, 19,21 50:17,20,21 52:16 53:9 54:21 55:2,3,6 56:18 61:2,4 62:16 63:2, 7,8,18 65:9,18 67:4,8,13,15,24 69:3,5,15 70:8,11, 21 71:4 72:9,13

73:3,7 74:2,9 75:6
76:11,14,20 79:16
80:19 81:9,17,25
82:3,13,20,25
83:15,17 84:11,12,
22 85:18 86:17
87:14,19 88:2,11
89:7,9,14 90:14
91:18,19 94:6,10,
14,20,21

**withhold** 62:22

**within** 30:13
37:11 49:9 51:22
52:20 62:19 80:25
81:23 82:23 84:10,
12 85:16,19 88:23

**without** 15:6 27:5,
10

**withstanding**
11:24

**witness** 5:4,18
8:23 11:9 12:3
15:12,16 16:12
17:13 20:22 21:2
32:8 35:9,17,20
42:20 54:5,11 57:9
67:16,25 68:7,11
89:13

**witness's** 11:23

**witnesses** 5:17

**won't** 9:5,16,21

**Woodland** 30:8,
10

**word** 16:15 71:7,
17

**words** 60:5 63:20
86:2

**work** 38:18 61:13
82:6 90:3,13,17,20
91:10,12,15

**worked** 87:23

**working** 41:22

**worth,in** 56:18

**would** 8:22 11:3
17:17 32:2 33:16,
17 34:7 36:7,11,
19,24,25 37:4,8,
12,20 41:10,17,20
42:23 45:4,20
47:12 48:3,13

51:5,7,12,14,18,
20,22 52:10,11,14,
24 59:21 60:11
61:6 62:16 63:4
64:13 65:13,14
66:20 69:2,25
70:3,4,23 72:8
76:25 80:5,10
81:15 85:22 91:11,
12

**would've** 66:3
69:5 91:22

**wouldn't** 90:19

**write** 20:4 24:18
68:6

**writing** 6:12 78:9

**written** 53:25 87:9
89:16

**wrote** 93:8

---

### Y

**year** 31:11 36:23
37:4,14 45:19
59:11 90:9

**years** 30:2,14
31:17 33:16 36:2
45:20 58:12

**yes** 9:2 14:25 18:2
19:22 21:15 23:20
24:7,13,17,25
25:6,12,18,24
26:5,8,13 27:7,9,
16 28:17 29:15,19,
25 30:4 31:4 33:10
34:16 36:21 37:24
38:9,11,14,16
39:21 42:20 43:10,
19 44:2,5 45:17
47:5 48:20 49:10,
21 50:16,19 51:25
53:11 55:18 58:16
62:12 63:16 65:3,
13 66:5 67:2 78:25
79:6,12 81:23
82:11 84:24 90:7,
9,19 91:4,13 95:7,
10

**York** 11:20 22:21
23:7 83:3

**you'll** 11:14

**your** 5:3,14 7:23
8:5 9:2,8,20 10:3
11:9 12:16 16:14
17:9 18:2,8,17
19:4,13,15,22,25
21:2,4,20,22
22:10,25 23:4
24:11 25:9,13,15
26:25 27:6,7,12,22
28:6,15,16 30:6,16
31:18 34:17 38:17
41:16 42:2 43:20
45:13 46:14 47:10,
16 49:7 52:17
53:19 56:22,23
58:4 59:20 66:16,
24 67:16 68:7
70:10 71:25 74:11,
17,19 75:5 76:10,
14 79:2,9,19 82:9
84:9 85:2,15
86:18,23 87:7
88:3,8 89:3,18,22,
25 91:2,8,10,14,22
94:9 95:8

**yourself** 43:7
79:19 80:22

---

### Z

**Zoom** 12:5,14
13:3,5 14:19