> the call keeps dropping

11/28/2018 8:09 PM

Latisha Outlet (3472560067)

> imgoing to call him now

11/28/2018 8:09 PM

iPhone (5) (+16618868012)

> Ok

11/30/2018 3:17 PM (Viewed 11/30/2018 3:23 PM)

Latisha Outlet (3472560067)

> I am really not feeling well I feel nauseous and I was trying to just hang out but i feel hot and i feel my stomach turning

12/3/2018 11:21 AM (Viewed 12/3/2018 11:22 AM)

Latisha Outlet (3472560067)

> Not coming in today?

12/3/2018 11:22 AM

iPhone (5) (+16618868012)

> In meeting be. There in 2 hr

12/3/2018 5:16 PM (Viewed 12/3/2018 5:24 PM)

Latisha Outlet (3472560067)

> that customers waiting to speak yo uou

12/12/2018 10:26 AM (Viewed 12/12/2018 10:43 AM)

Latisha Outlet (3472560067)



12/12/2018 6:04 PM (Viewed 12/12/2018 6:06 PM)

Latisha Outlet (3472560067)

> Im really not feeling well my stomach is turning and i feel extremely nauseous and i keep feeling like i need to puke i cant stay any longer i need to lay down

12/12/2018 6:25 PM

Latisha Outlet (3472560067)

?

12/12/2018 6:25 PM

iPhone (5) (+16618868012)

No

12/12/2018 6:37 PM (Viewed 12/12/2018 6:40 PM)

Latisha Outlet (3472560067)

Then i guess you are going to have to fire me i been feeling like this since 2 this afternoon ask ali I am not staying so you can let me know if i should be here friday or not. I was just going to leave after i made that deal earlier anyways because you yelling at me cus the customers rushing me saying i cant control my customer but not one of your floor managers came out to help either hearing whats going on and look at that the deal was made anyways

12/12/2018 6:39 PM (Viewed 12/12/2018 6:40 PM)

Latisha Outlet (3472560067)

so it is what is because im
so tired of everyone else getting slack n im here 6 days a week 10 hours a day faithfully maybe 2 or 3 days last month i went home early but other than that i dont even call out n when i do i make up for it unlike everyone else there so like i said you let me know if i should be here friday or not

12/12/2018 6:40 PM

Latisha Outlet (3472560067)

shaun comes 30 mins late everyday francisco dont come till 11 its bullshit

12/12/2018 7:28 PM

iPhone (5) (+16618868012)

You okay

1/7/2019 4:13 PM (Viewed 1/7/2019 4:15 PM)

Latisha Outlet (3472560067)

I left for the day tomorrow we need to talk because this place has been a shit show since you left

1/9/2019 10:17 AM

Latisha Outlet (3472560067)

my commissions sheet is under your keyboards

1/9/2019 10:17 AM

iPhone (5) (+16618868012)

Page 1 of 1

> Ok

1/9/2019 10:18 AM (Viewed 1/9/2019 1:01 PM)

Latisha Outlet (3472560067)

> mujahid saeed was supposed to be a split between me and Sean but I had took the customer to Transworld and he ended up getting the Transworld insurance the day I was not in and Sean took it upon himself to take the whole hundred so I should be getting paid on that 100%

1/9/2019 1:33 PM

Latisha Outlet (3472560067)

> Ashas asking for my commissions

1/9/2019 1:33 PM

Latisha Outlet (3472560067)

> u have it

1/10/2019 1:24 PM (Viewed 1/10/2019 1:49 PM)

Latisha Outlet (3472560067)

> I just threw up a bunch im feeling very nauseous and this is the type of thing that concerns me
> about being in the car business

1/17/2019 8:27 PM (Viewed 1/17/2019 8:29 PM)

Latisha Outlet (3472560067)

> You have absolutely no right too take $100 of my
> salary money i worked a full week last week and pays one week behind so i should be receiving another salary check.

1/17/2019 8:30 PM

Latisha Outlet (3472560067)

> You fucked me over with my car and i wish you wouldve shown me what you showed me when i bought my car from
> you you guys are just a big fucking scam
> and for you to call me your daughter and say you love me and all this bull shit knowing wtf i been going thru this past month you been gone not making shit because your team fucking sucks i work 60 hours a week for 7 months straight no days off n december i slacked because you left and everything went to shit there

You have 90 total messages and 12 total images.