Company Code    Loc/Dept    Number  Page
RB / QLM 24008135  01/200    2214558  1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting:    05/22/2018
Period Ending:      05/28/2018
Pay Date:           06/01/2018

Business Phone:     732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:     Tax Override:
   Federal:    1          Federal:
   State:      1          State:
   Local:      1          Local:
Social Security Number:    XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|----------|------|-------------|-------------|--------------|
| Regular | | 0.00 | 300.00 | 300.00 |
| Commission | | | 0.00 | 780.00 |

| | this period | year to date |
|---|---|---|
| **Gross Pay** | **$300.00** | **$1,080.00** |

| Statutory Deductions | this period | year to date |
|----------------------|-------------|--------------|
| Federal Income | -14.90 | 14.90 |
| Social Security | -18.60 | 18.60 |
| Medicare | -4.35 | 4.35 |
| New York State Income | -5.54 | 5.54 |
| New York Paid Family Leave | -0.38 | 0.38 |
| New York City R Local | -4.10 | 4.10 |

| Voluntary Deductions | this period | year to date |
|----------------------|-------------|--------------|
| New York voluntary disability | -0.60 | 0.60 |

| | |
|---|---|
| **Net Pay** | **$251.53** |

Your federal taxable wages this period are $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2214558
Pay Date:               06/01/2018

Pay to the
order of:        Leticia F Stidhum

This amount:     TWO HUNDRED FIFTY ONE AND 53/100

$251.53

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1187**

Company Code    Loc/Dept    Number    Page
RB7QLM 24008135  01/200    2214559  1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

**Earnings Statement**



Period Starting:    05/22/2018
Period Ending:    05/28/2018
Pay Date:    06/01/2018

Business Phone:    732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:         Tax Override:
   Federal:    1    Federal:
   State:    1    State:
   Local:    1    Local:
Social Security Number:    XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 300.00 |
| Commission | | 0.00 | 780.00 | 780.00 |
| **Gross Pay** | | | **$780.00** | **$1,080.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -71.82 | 86.72 |
| Social Security | -48.36 | 66.96 |
| Medicare | -11.31 | 15.66 |
| New York State Income | -33.14 | 38.68 |
| New York Paid Family Leave | -0.98 | 1.36 |
| New York City R Local | -22.69 | 26.79 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 1.20 |

| **Net Pay** | **$591.10** | |
|---|---|---|

Your federal taxable wages this period are  $780.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2214559
Pay Date:    06/01/2018

Pay to the
order of:    Leticia F Stidhum
This amount:    FIVE HUNDRED NINETY ONE AND 10/100    THIS IS NOT A CHECK    $591.10

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1188**

Company Code    Loc/Dept    Number   Page
RB7QLM 24008135   01/200    2231441   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement

Period Starting:   05/29/2018
Period Ending:   06/04/2018
Pay Date:   06/08/2018

Business Phone:   732-979-6956

| Taxable Marital Status: | Single | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 1 | Federal: |
| State: | 1 | State: |
| Local: | 1 | Local: |
| Social Security Number: | | XXX-XX-XXXX |

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 600.00 |
| Commission | | | 0.00 | 1205.00 |
| **Gross Pay** | | | **$300.00** | **$1,805.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -14.90 | 101.62 |
| Social Security | -18.60 | 85.56 |
| Medicare | -4.35 | 20.01 |
| New York State Income | -5.54 | 44.22 |
| New York Paid Family Leave | -0.38 | 1.74 |
| New York City R Local | -4.10 | 30.89 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 1.80 |

| | | |
|---|---|---|
| **Net Pay** | | **$251.53** |

Your federal taxable wages this period are $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2231441
Pay Date:   06/08/2018

| Pay to the order of: | Leticia F Stidhum | |
|---|---|---|
| This amount: | TWO HUNDRED FIFTY ONE AND 53/100 | $251.53 |

NOT A CHECK

THIS IS VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1189**

Company Code    Loc/Dept    Number  Page
RB7QLM 24008135  01/200     2231442  1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting:    05/29/2018
Period Ending:      06/04/2018
Pay Date:           06/08/2018

Business Phone:     732-979-6956

Taxable Marital Status:     Single
Exemptions/Allowances:          Tax Override:
    Federal:    1               Federal:
    State:      1               State:
    Local:      1               Local:
Social Security Number:     XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|----------|------|-------------|-------------|--------------|
| Regular | | | 0.00 | 600.00 |
| Commission | | 0.00 | 425.00 | 1205.00 |
| **Gross Pay** | | | **$425.00** | **$1,805.00** |

| Statutory Deductions | this period | year to date |
|----------------------|-------------|--------------|
| Federal Income | -29.22 | 130.84 |
| Social Security | -26.35 | 111.91 |
| Medicare | -6.16 | 26.17 |
| New York State Income | -11.33 | 55.55 |
| New York Paid Family Leave | -0.54 | 2.28 |
| New York City R Local | -8.30 | 39.19 |

| Voluntary Deductions | this period | year to date |
|----------------------|-------------|--------------|
| New York voluntary disability | -0.60 | 2.40 |

| | this period | |
|---|---|---|
| **Net Pay** | **$342.50** | |

Your federal taxable wages this period are $425.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2231442
Pay Date:               06/08/2018

Pay to the
order of:       Leticia F Stidhum

This amount:    THREE HUNDRED FORTY TWO AND 50/100

NOT A CHECK

$342.50

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356



**D1190**

Company Code    Loc/Dept   Number  Page
RB7QLM 24008135  01/200    2243104  1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

**Earnings Statement**



Period Starting:    06/05/2018
Period Ending:      06/11/2018
Pay Date:           06/15/2018

Business Phone:     732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:             Tax Override:
    Federal:    1              Federal:
    State:      1              State:
    Local:      1              Local:
Social Security Number:    XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 900.00 |
| Commission | | | 0.00 | 1505.00 |
| **Gross Pay** | | | **$300.00** | **$2,405.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -14.90 | 145.74 |
| Social Security | -18.60 | 130.51 |
| Medicare | -4.35 | 30.52 |
| New York State Income | -5.54 | 61.09 |
| New York Paid Family Leave | -0.38 | 2.66 |
| New York City R Local | -4.10 | 43.29 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 3.00 |
| **Net Pay** | **$251.53** | |

Your federal taxable wages this period are  $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2243104
Pay Date:               06/15/2018

Pay to the
order of:        Leticia F Stidhum

This amount:     TWO HUNDRED FIFTY ONE AND 53/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$251.53



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1191**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB7QLM 24008135 | 01/200 | 2243105 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



| Period Starting: | 06/05/2018 |
|---|---|
| Period Ending: | 06/11/2018 |
| Pay Date: | 06/15/2018 |

Business Phone: 732-979-6956

| Taxable Marital Status: | Single | | |
|---|---|---|---|
| Exemptions/Allowances: | | Tax Override: | |
| Federal: | 1 | Federal: | |
| State: | 1 | State: | |
| Local: | 1 | Local: | |
| Social Security Number: | XXX-XX-XXXX | | |

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 900.00 |
| Commission | | 0.00 | 300.00 | 1505.00 |
| **Gross Pay** | | | **$300.00** | **$2,405.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -14.90 | 160.64 |
| Social Security | -18.60 | 149.11 |
| Medicare | -4.35 | 34.87 |
| New York State Income | -5.54 | 66.63 |
| New York Paid Family Leave | -0.38 | 3.04 |
| New York City R Local | -4.10 | 47.39 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 3.60 |

| **Net Pay** | **$251.53** |
|---|---|

Your federal taxable wages this period are  $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number: 2243105
Pay Date: 06/15/2018

| Pay to the order of: | Leticia F Stidhum | | |
|---|---|---|---|
| This amount: | TWO HUNDRED FIFTY ONE AND 53/100 | | $251.53 |

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1192**

Case 1:21-cv-07163-OEM-LB   Document 106-8   Filed 03/27/24   Page 7 of 64 PageID #: 2842

Company Code    Loc/Dept    Number  Page
RB7QLM 24008135  01/200    2256576  1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting:    06/12/2018
Period Ending:      06/18/2018
Pay Date:           06/22/2018

Business Phone:     732-979-6956

| Taxable Marital Status: | Single | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 1 | Federal: |
| State: | 1 | State: |
| Local: | 1 | Local: |
| Social Security Number: | | XXX-XX-XXXX |

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 1200.00 |
| Commission | | | 0.00 | 2165.00 |
| **Gross Pay** | | | **$300.00** | **$3,365.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -14.90 | 175.54 |
| Social Security | -18.60 | 167.71 |
| Medicare | -4.35 | 39.22 |
| New York State Income | -5.54 | 72.17 |
| New York Paid Family Leave | -0.38 | 3.42 |
| New York City R Local | -4.10 | 51.49 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 4.20 |
| **Net Pay** | **$251.53** | |

Your federal taxable wages this period are $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2256576
Pay Date:               06/22/2018

Pay to the order of:    Leticia F Stidhum

This amount:    TWO HUNDRED FIFTY ONE AND 53/100

$251.53

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1193**

**Company Code**   **Loc/Dept**   **Number**   **Page**
RB7QLM 24008135   01/200   2274452   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



| | |
|---|---|
| Period Starting: | 06/19/2018 |
| Period Ending: | 06/25/2018 |
| Pay Date: | 06/29/2018 |

Business Phone:   732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:
    Federal:   1     Tax Override:
    State:   1      Federal:
    Local:   1      State:
                Local:
Social Security Number:   XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 1500.00 |
| Commission | | | 0.00 | 2780.00 |
| **Gross Pay** | | | **$300.00** | **$4,280.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -14.90 | 247.86 |
| Social Security | -18.60 | 227.23 |
| Medicare | -4.35 | 53.14 |
| New York State Income | -5.54 | 103.25 |
| New York Paid Family Leave | -0.38 | 4.63 |
| New York City R Local | -4.10 | 73.30 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 5.40 |
| **Net Pay** | **$251.53** | |

Your federal taxable wages this period are  $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2274452
Pay Date:   06/29/2018

Pay to the order of:    Leticia F Stidhum

This amount:    TWO HUNDRED FIFTY ONE AND 53/100

THIS IS NOT A CHECK

$251.53

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1194**

**Company Code**   **Loc/Dept**   **Number**   **Page**
RB7QLM 24008135   01/200   2274453   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting:   06/19/2018
Period Ending:   06/25/2018
Pay Date:   06/29/2018

Business Phone:   732-979-6956

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   1    Tax Override:
  State:   1    Federal:
  Local:   1    State:
Social Security Number:   XXX-XX-XXXX    Local:

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 1500.00 |
| Commission | | 0.00 | 615.00 | 2780.00 |
| **Gross Pay** | | | **$615.00** | **$4,280.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -52.02 | 299.88 |
| Social Security | -38.13 | 265.36 |
| Medicare | -8.92 | 62.06 |
| New York State Income | -22.69 | 125.94 |
| New York Paid Family Leave | -0.77 | 5.40 |
| New York City R Local | -15.84 | 89.14 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 6.00 |
| **Net Pay** | **$476.03** | |

Your federal taxable wages this period are $615.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2274453
Pay Date:   06/29/2018

Pay to the
order of:

Leticia F Stidhum

This amount:

FOUR HUNDRED SEVENTY SIX AND 03/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$476.03



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1195**

Company Code    Loc/Dept    Number   Page
RB / QLM 24008135   01/200   2287432   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting:    06/26/2018
Period Ending:      07/02/2018
Pay Date:           07/06/2018

Business Phone:     732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:          Tax Override:
    Federal:    1               Federal:
    State:      1               State:
    Local:      1               Local:
Social Security Number:    XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 1800.00 |
| Commission | | | 0.00 | 3435.00 |
| **Gross Pay** | | | **$300.00** | **$5,235.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -14.90 | 314.78 |
| Social Security | -18.60 | 283.96 |
| Medicare | -4.35 | 66.41 |
| New York State Income | -5.54 | 131.48 |
| New York Paid Family Leave | -0.38 | 5.78 |
| New York City R Local | -4.10 | 93.24 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 6.60 |
| **Net Pay** | **$251.53** | |

Your federal taxable wages this period are  $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2287432
Pay Date:               07/06/2018

Pay to the order of:     Leticia F Stidhum

This amount:     TWO HUNDRED FIFTY ONE AND 53/100

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$251.53



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1196**

**Company Code** **Loc/Dept** **Number** **Page**
RB / QLM 24008135   01/200   2287433   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting:     06/26/2018
Period Ending:      07/02/2018
Pay Date:             07/06/2018

Business Phone:    732-979-6956

Taxable Marital Status:        Single
Exemptions/Allowances:        Tax Override:
   Federal:    1              Federal:
   State:      1              State:
   Local:      1              Local:
Social Security Number:     XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 1800.00 |
| Commission | | 0.00 | 655.00 | 3435.00 |
| **Gross Pay** | | | **$655.00** | **$5,235.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -56.82 | 371.60 |
| Social Security | -40.61 | 324.57 |
| Medicare | -9.50 | 75.91 |
| New York State Income | -25.22 | 156.70 |
| New York Paid Family Leave | -0.83 | 6.61 |
| New York City R Local | -17.50 | 110.74 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 7.20 |
| **Net Pay** | **$503.92** | |

Your federal taxable wages this period are $655.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2287433
Pay Date:                   07/06/2018

**Pay to the order of:**   Leticia F Stidhum

**This amount:**   FIVE HUNDRED THREE AND 92/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$503.92



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

# D1197

**Company Code** **Loc/Dept** **Number** **Page**
RB / QLM 24008135  01/200  2299782  1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

# Earnings Statement



Period Starting: 07/03/2018
Period Ending: 07/09/2018
Pay Date: 07/13/2018

Business Phone: 732-979-6956

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 1   Federal:
  State: 1   State:
  Local: 1   Local:
Social Security Number: XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 2100.00 |
| Commission | | | 0.00 | 3435.00 |
| **Gross Pay** | | | **$300.00** | **$5,535.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -14.90 | 386.50 |
| Social Security | -18.60 | 343.17 |
| Medicare | -4.35 | 80.26 |
| New York State Income | -5.54 | 162.24 |
| New York Paid Family Leave | -0.38 | 6.99 |
| New York City R Local | -4.10 | 114.84 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 7.80 |
| **Net Pay** | **$251.53** | |

Your federal taxable wages this period are $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number: 2299782
Pay Date: 07/13/2018

Pay to the order of: Leticia F Stidhum

This amount: TWO HUNDRED FIFTY ONE AND 53/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$251.53



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1198**

Company Code    Loc/Dept    Number   Page
RB7QLM 24008135   01/200    2313208   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



| Period Starting: | 07/10/2018 |
|---|---|
| Period Ending: | 07/16/2018 |
| Pay Date: | 07/20/2018 |

Business Phone:    732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:     Tax Override:
    Federal:   1     Federal:
    State:   1     State:
    Local:   1     Local:
Social Security Number:    XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 2400.00 |
| Commission | | | 0.00 | 4335.00 |
| **Gross Pay** | | | **$300.00** | **$6,735.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -14.90 | 401.40 |
| Social Security | -18.60 | 361.77 |
| Medicare | -4.35 | 84.61 |
| New York State Income | -5.54 | 167.78 |
| New York Paid Family Leave | -0.38 | 7.37 |
| New York City R Local | -4.10 | 118.94 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 8.40 |
| **Net Pay** | **$251.53** | |

Your federal taxable wages this period are $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2313208
Pay Date:    07/20/2018

Pay to the
order of:    Leticia F Stidhum

This amount:    TWO HUNDRED FIFTY ONE AND 53/100

$251.53

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1199**

Company Code    Loc/Dept    Number   Page
RB7/QLM 24008135   01/200    2313209   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

# Earnings Statement



Period Starting:    07/10/2018
Period Ending:    07/16/2018
Pay Date:    07/20/2018

Business Phone:    732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:     Tax Override:
   Federal:    1      Federal:
   State:    1      State:
   Local:    1      Local:
Social Security Number:    XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 2400.00 |
| Commission | | 0.00 | 900.00 | 4335.00 |
| **Gross Pay** | | | **$900.00** | **$6,735.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -86.70 | 488.10 |
| Social Security | -55.80 | 417.57 |
| Medicare | -13.05 | 97.66 |
| New York State Income | -40.73 | 208.51 |
| New York Paid Family Leave | -1.13 | 8.50 |
| New York City R Local | -27.67 | 146.61 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 9.00 |

| Net Pay | $674.32 |
|---|---|

Your federal taxable wages this period are $900.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:    2313209
Pay Date:    07/20/2018

Pay to the
order of:     Leticia F Stidhum

This amount:    SIX HUNDRED SEVENTY FOUR AND 32/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$674.32



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

# D1200

**Company Code**   **Loc/Dept**   **Number**   **Page**
RB / QLM 24008135   01/200   2328014   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting:   07/17/2018
Period Ending:   07/23/2018
Pay Date:   07/27/2018

Business Phone:   732-979-6956

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
  Federal:   1   Federal:
  State:   1   State:
  Local:   1   Local:
Social Security Number:   XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 2700.00 |
| Commission | | | 0.00 | 5735.00 |
| **Gross Pay** | | | **$300.00** | **$8,435.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -14.90 | 503.00 |
| Social Security | -18.60 | 436.17 |
| Medicare | -4.35 | 102.01 |
| New York State Income | -5.54 | 214.05 |
| New York Paid Family Leave | -0.38 | 8.88 |
| New York City R Local | -4.10 | 150.71 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 9.60 |
| **Net Pay** | **$251.53** | |

Your federal taxable wages this period are $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2328014
Pay Date:   07/27/2018

**THIS IS NOT A CHECK**

Pay to the order of:   Leticia F Stidhum

This amount:   TWO HUNDRED FIFTY ONE AND 53/100

$251.53

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1201**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB7QLM 24008135 | 01/200 | 2328015 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



| | |
|---|---|
| Period Starting: | 07/17/2018 |
| Period Ending: | 07/23/2018 |
| Pay Date: | 07/27/2018 |

Business Phone:     732-979-6956

| Taxable Marital Status: | Single | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 1 | Federal: |
| State: | 1 | State: |
| Local: | 1 | Local: |
| Social Security Number: | | XXX-XX-XXXX |

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 2700.00 |
| Commission | | 0.00 | 1400.00 | 5735.00 |
| **Gross Pay** | | | **$1,400.00** | **$8,435.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -196.70 | 699.70 |
| Social Security | -86.80 | 522.97 |
| Medicare | -20.30 | 122.31 |
| New York State Income | -72.38 | 286.43 |
| New York Paid Family Leave | -1.76 | 10.64 |
| New York City R Local | -48.56 | 199.27 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 10.20 |

| **Net Pay** | **$972.90** |
|---|---|

Your federal taxable wages this period are $1,400.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

| | |
|---|---|
| Payroll Check Number: | 2328015 |
| Pay Date: | 07/27/2018 |

Pay to the
order of:     Leticia F Stidhum

This amount:   NINE HUNDRED SEVENTY TWO AND 90/100          THIS IS NOT A CHECK          $972.90

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1202**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB7QLM 24008135 | 01/200 | 2344174 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting:  07/24/2018
Period Ending:   07/30/2018
Pay Date:       08/03/2018

Business Phone:   732-979-6956

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:   1        Tax Override:
   State:     1        Federal:
   Local:     1        State:
Social Security Number:   XXX-XX-XXXX        Local:

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 3000.00 |
| Commission | | | 0.00 | 6185.00 |
| **Gross Pay** | | | **$300.00** | **$9,185.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -14.90 | 714.60 |
| Social Security | -18.60 | 541.57 |
| Medicare | -4.35 | 126.66 |
| New York State Income | -5.54 | 291.97 |
| New York Paid Family Leave | -0.38 | 11.02 |
| New York City R Local | -4.10 | 203.37 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 10.80 |
| **Net Pay** | **$251.53** | |

Your federal taxable wages this period are $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2344174
Pay Date:              08/03/2018

Pay to the order of:   Leticia F Stidhum

This amount:   TWO HUNDRED FIFTY ONE AND 53/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$251.53

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356



**D1203**

Company Code   Loc/Dept   Number   Page
RB7QLM 24008135   01/200   2344175   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting:   07/24/2018
Period Ending:   07/30/2018
Pay Date:   08/03/2018

Business Phone:   732-979-6956

Taxable Marital Status:   Single
Exemptions/Allowances:        Tax Override:
   Federal:   1        Federal:
   State:   1        State:
   Local:   1        Local:
Social Security Number:   XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 3000.00 |
| Commission | | 0.00 | 450.00 | 6185.00 |
| **Gross Pay** | | | **$450.00** | **$9,185.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -32.22 | 746.82 |
| Social Security | -27.90 | 569.47 |
| Medicare | -6.52 | 133.18 |
| New York State Income | -12.79 | 304.76 |
| New York Paid Family Leave | -0.57 | 11.59 |
| New York City R Local | -9.28 | 212.65 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 11.40 |
| **Net Pay** | **$360.12** | |

Your federal taxable wages this period are $450.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2344175
Pay Date:   08/03/2018

Pay to the order of:   Leticia F Stidhum

This amount:   THREE HUNDRED SIXTY AND 12/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$360.12



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

# D1204

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB7QLM 24008135 | 01/200 | 2356900 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



| | |
|---|---|
| Period Starting: | 07/31/2018 |
| Period Ending: | 08/06/2018 |
| Pay Date: | 08/10/2018 |

Business Phone:   732-979-6956

Taxable Marital Status:     Single
Exemptions/Allowances:          Tax Override:
    Federal:     3          Federal:
    State:       3          State:
    Local:       3          Local:
Social Security Number:     XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 3300.00 |
| Commission | | | 0.00 | 6485.00 |
| **Gross Pay** | | | **$300.00** | **$9,785.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 746.82 |
| Social Security | -18.60 | 588.07 |
| Medicare | -4.35 | 137.53 |
| New York State Income | -4.00 | 308.76 |
| New York Paid Family Leave | -0.38 | 11.97 |
| New York City R Local | -3.00 | 215.65 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 12.00 |

| **Net Pay** | **$269.07** |
|---|---|

Your federal taxable wages this period are $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2356900
Pay Date:               08/10/2018

Pay to the order of:     Leticia F Stidhum

This amount:     TWO HUNDRED SIXTY NINE AND 07/100

$269.07

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

# D1205

Company Code     Loc/Dept     Number   Page
RB7QLM 24008135   01/200      2356901  1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

**Earnings Statement**



Period Starting:    07/31/2018
Period Ending:      08/06/2018
Pay Date:           08/10/2018

Business Phone:     732-979-6956

Taxable Marital Status:      Single
Exemptions/Allowances:           Tax Override:
    Federal:    3            Federal:
    State:      3            State:
    Local:      3            Local:
Social Security Number:      XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|----------|------|-------------|-------------|--------------|
| Regular |  |  | 0.00 | 3300.00 |
| Commission |  | 0.00 | 300.00 | 6485.00 |
| **Gross Pay** |  |  | **$300.00** | **$9,785.00** |

| Statutory Deductions | this period | year to date |
|----------------------|-------------|--------------|
| Federal Income | 0.00 | 746.82 |
| Social Security | -18.60 | 606.67 |
| Medicare | -4.35 | 141.88 |
| New York State Income | -4.00 | 312.76 |
| New York Paid Family Leave | -0.38 | 12.35 |
| New York City R Local | -3.00 | 218.65 |

| Voluntary Deductions | this period | year to date |
|----------------------|-------------|--------------|
| New York voluntary disability | -0.60 | 12.60 |

| **Net Pay** | **$269.07** |
|---|---|

Your federal taxable wages this period are  $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2356901
Pay Date:               08/10/2018

Pay to the
order of:       Leticia F Stidhum
This amount:    TWO HUNDRED SIXTY NINE AND 07/100

THIS IS NOT A CHECK

$269.07

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1206**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / QLM 24008135 | 01/200 | 2384431 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



| | |
|---|---|
| Period Starting: | 08/14/2018 |
| Period Ending: | 08/20/2018 |
| Pay Date: | 08/24/2018 |

Business Phone: 732-979-6956

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
Federal: 3    Federal:
State: 3    State:
Local: 3    Local:
Social Security Number: XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 3900.00 |
| Commission | | | 0.00 | 7935.00 |
| **Gross Pay** | | | **$300.00** | **$11,835.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 746.82 |
| Social Security | -18.60 | 643.87 |
| Medicare | -4.35 | 150.58 |
| New York State Income | -4.00 | 320.76 |
| New York Paid Family Leave | -0.38 | 13.11 |
| New York City R Local | -3.00 | 224.65 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 13.80 |

| Net Pay | $269.07 |
|---|---|

Your federal taxable wages this period are  $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number: 2384431
Pay Date: 08/24/2018

Pay to the order of: Leticia F Stidhum

This amount: TWO HUNDRED SIXTY NINE AND 07/100

THIS IS NOT A CHECK

$269.07

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1207**



**Company Code** RB / QLM 24008135
**Loc/Dept** 01/200
**Number** 2384432
**Page** 1 of 1

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement

Period Starting:   08/14/2018
Period Ending:    08/20/2018
Pay Date:            08/24/2018

Business Phone:    732-979-6956

Taxable Marital Status:   Single
Exemptions/Allowances:          Tax Override:
Federal:    3                          Federal:
State:      3                          State:
Local:      3                          Local:
Social Security Number:   XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 3900.00 |
| Commission | | 0.00 | 1450.00 | 7935.00 |
| | | | | |
| Gross Pay | | | $1,450.00 | $11,835.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -172.59 | 919.41 |
| Social Security | -89.90 | 733.77 |
| Medicare | -21.03 | 171.61 |
| New York State Income | -73.11 | 393.87 |
| New York Paid Family Leave | -1.83 | 14.94 |
| New York City R Local | -49.05 | 273.70 |
| Voluntary Deductions | this period | year to date |
| New York voluntary disability | -0.60 | 14.40 |
| Net Pay | $1,041.89 | |

Your federal taxable wages this period are  $1,450.00

63-8413/2670

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

Payroll Check Number:   2384432
Pay Date:                        08/24/2018

Pay to the
order of:      Leticia F Stidhum
This amount:   ONE THOUSAND FORTY ONE AND 89/100          $1,041.89

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

This amount:   TWO HUNDRED SIXTY NINE AND 07/100          $269.07

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

JPMorgan Chase Bank,
N.A.
162 Fifth Avenue
New York, NY 10010

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1208**

Company Code      Loc/Dept   Number   Page
RB / QLM 24008135  01/200    2384432  1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting:    08/14/2018
Period Ending:      08/20/2018
Pay Date:           08/24/2018

Business Phone:     732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:     Tax Override:
  Federal:    3          Federal:
  State:      3          State:
  Local:      3          Local:
Social Security Number:    XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 3900.00 |
| Commission | | 0.00 | 1450.00 | 7935.00 |
| **Gross Pay** | | | **$1,450.00** | **$11,835.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -172.59 | 919.41 |
| Social Security | -89.90 | 733.77 |
| Medicare | -21.03 | 171.61 |
| New York State Income | -73.11 | 393.87 |
| New York Paid Family Leave | -1.83 | 14.94 |
| New York City R Local | -49.05 | 273.70 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 14.40 |
| **Net Pay** | **$1,041.89** | |

Your federal taxable wages this period are $1,450.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2384432
Pay Date:               08/24/2018

Pay to the
order of:      Leticia F Stidhum
This amount:   ONE THOUSAND FORTY ONE AND 89/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$1,041.89



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1209**

**Company Code**  **Loc/Dept**  **Number**  **Page**
RB / QLM 24008135  01/200  2398317  1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting:     08/21/2018
Period Ending:      08/27/2018
Pay Date:             08/31/2018

Business Phone:     732-979-6956

Taxable Marital Status:     Single
Exemptions/Allowances:            Tax Override:
   Federal:   3                  Federal:
   State:     3                  State:
   Local:     3                  Local:
Social Security Number:     XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 4200.00 |
| Commission | | | 0.00 | 9135.00 |
| **Gross Pay** | | | **$300.00** | **$13,335.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 919.41 |
| Social Security | -18.60 | 752.37 |
| Medicare | -4.35 | 175.96 |
| New York State Income | -4.00 | 397.87 |
| New York Paid Family Leave | -0.38 | 15.32 |
| New York City R Local | -3.00 | 276.70 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 15.00 |

| **Net Pay** | **$269.07** |
|---|---|

Your federal taxable wages this period are $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2398317
Pay Date:                08/31/2018

Pay to the
order of:      Leticia F Stidhum

This amount:   TWO HUNDRED SIXTY NINE AND 07/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

$269.07



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1210**

Company Code    Loc/Dept    Number   Page
RB / QLM 24008135   01/200    2398318  1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting:    08/21/2018
Period Ending:      08/27/2018
Pay Date:           08/31/2018

Business Phone:     732-979-6956

Taxable Marital Status:     Single
Exemptions/Allowances:      Tax Override:
  Federal:    3           Federal:
  State:      3           State:
  Local:      3           Local:
Social Security Number:    XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 4200.00 |
| Commission | | 0.00 | 1200.00 | 9135.00 |
| **Gross Pay** | | | **$1,200.00** | **$13,335.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -117.59 | 1037.00 |
| Social Security | -74.40 | 826.77 |
| Medicare | -17.40 | 193.36 |
| New York State Income | -57.29 | 455.16 |
| New York Paid Family Leave | -1.51 | 16.83 |
| New York City R Local | -38.52 | 315.22 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 15.60 |

| Net Pay | $892.69 |
|---|---|

Your federal taxable wages this period are  $1,200.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2398318
Pay Date:               08/31/2018

Pay to the order of:    Leticia F Stidhum

This amount:    EIGHT HUNDRED NINETY TWO AND 69/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$892.69



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1211**



**Company Code** RB / QLM 24008135 **Loc/Dept** 01/200 **Number** 2411655 **Page** 1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement

Period Starting: 08/28/2018
Period Ending: 09/03/2018
Pay Date: 09/07/2018

Business Phone: 732-979-6956

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 3   Federal:
  State: 3   State:
  Local: 3   Local:
Social Security Number: XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 4500.00 |
| Commission | | | 0.00 | 9285.00 |
| **Gross Pay** | | | **$300.00** | **$13,785.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 1037.00 |
| Social Security | -18.60 | 845.37 |
| Medicare | -4.35 | 197.71 |
| New York State Income | -4.00 | 459.16 |
| New York Paid Family Leave | -0.38 | 17.21 |
| New York City R Local | -3.00 | 318.22 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 16.20 |
| **Net Pay** | **$269.07** | |

Your federal taxable wages this period are $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number: 2411655
Pay Date: 09/07/2018

Pay to the order of: Leticia F Stidhum
This amount: TWO HUNDRED SIXTY NINE AND 07/100

$269.07

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1212**

Company Code   Loc/Dept   Number   Page
RB / QLM 24008135   01/200   2411656   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

# Earnings Statement



Period Starting:   08/28/2018
Period Ending:   09/03/2018
Pay Date:   09/07/2018

Business Phone:   732-979-6956

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
    Federal:   3     Federal:
    State:   3     State:
    Local:   3     Local:
Social Security Number:   XXX-XX-XXXX

**Leticia F Stidhum**
**12406 13 Ave**
**College Point, NY 11356**

| Earnings | rate | hours/units | this period | year to date |
|----------|------|-------------|-------------|--------------|
| Regular | | | 0.00 | 4500.00 |
| Commission | | 0.00 | 150.00 | 9285.00 |

| | | | | |
|--|--|--|--|--|
| **Gross Pay** | | | **$150.00** | **$13,785.00** |

| Statutory Deductions | this period | year to date |
|----------------------|-------------|--------------|
| Federal Income | 0.00 | 1037.00 |
| Social Security | -9.30 | 854.67 |
| Medicare | -2.17 | 199.88 |
| New York State Income | 0.00 | 459.16 |
| New York Paid Family Leave | -0.19 | 17.40 |
| New York City R Local | 0.00 | 318.22 |

| Voluntary Deductions | this period | year to date |
|----------------------|-------------|--------------|
| New York voluntary disability | -0.60 | 16.80 |

| | |
|--|--|
| **Net Pay** | **$137.74** |

Your federal taxable wages this period are   $150.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2411656
Pay Date:   09/07/2018

Pay to the
order of:   Leticia F Stidhum

This amount:   ONE HUNDRED THIRTY SEVEN AND 74/100

THIS IS NOT A CHECK

$137.74

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1213**

**Company Code**  **Loc/Dept**  **Number**  **Page**
RB / QLM 24008135   01/200   2425988   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting:     09/04/2018
Period Ending:      09/10/2018
Pay Date:            09/14/2018

Business Phone:    732-979-6956

Taxable Marital Status:   Single
Exemptions/Allowances:    Tax Override:
  Federal:   3     Federal:
  State:     3     State:
  Local:     3     Local:
Social Security Number:   XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 4800.00 |
| Commission | | | 0.00 | 9735.00 |
| **Gross Pay** | | | **$300.00** | **$14,535.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 1037.00 |
| Social Security | -18.60 | 873.27 |
| Medicare | -4.35 | 204.23 |
| New York State Income | -4.00 | 463.16 |
| New York Paid Family Leave | -0.38 | 17.78 |
| New York City R Local | -3.00 | 321.22 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 17.40 |
| **Net Pay** | **$269.07** | |

Your federal taxable wages this period are  $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2425988
Pay Date:               09/14/2018

Pay to the order of:   Leticia F Stidhum

This amount:   TWO HUNDRED SIXTY NINE AND 07/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE

$269.07



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1214**

**Company Code**   **Loc/Dept**   **Number**   **Page**
RB7QLM 24008135   01/200   2425989   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement

Period Starting:   09/04/2018
Period Ending:   09/10/2018
Pay Date:   09/14/2018

Business Phone:   732-979-6956

Taxable Marital Status:   Single
Exemptions/Allowances:        Tax Override:
Federal:   3        Federal:
State:   3        State:
Local:   3        Local:
Social Security Number:   XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 4800.00 |
| Commission | | 0.00 | 450.00 | 9735.00 |
| Gross Pay | | | $450.00 | $14,535.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -13.94 | 1050.94 |
| Social Security | -27.90 | 901.17 |
| Medicare | -6.53 | 210.76 |
| New York State Income | -10.62 | 473.78 |
| New York Paid Family Leave | -0.57 | 18.35 |
| New York City R Local | -7.77 | 328.99 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 18.00 |

| Net Pay | $382.07 |
|---|---|

Your federal taxable wages this period are $450.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2425989
Pay Date:   09/14/2018

Pay to the
order of:        Leticia F Stidhum

This amount:        THREE HUNDRED EIGHTY TWO AND 07/100

THIS IS NOT A CHECK

$382.07

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1215**

Case 1:21-cv-07163-OEM-LB Document 106-8 Filed 03/27/24 Page 30 of 64 PageID #: 2865

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / QLM 24008135 | 01/200 | 2439114 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



| | |
|---|---|
| Period Starting: | 09/11/2018 |
| Period Ending: | 09/17/2018 |
| Pay Date: | 09/21/2018 |

Business Phone:   732-979-6956

| | |
|---|---|
| Taxable Marital Status: | Single |
| Exemptions/Allowances: | |
| Federal: 3 | Tax Override: |
| State: 3 | Federal: |
| Local: 3 | State: |
| Social Security Number: | Local: |
| | XXX-XX-XXXX |

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 5100.00 |
| Commission | | | 0.00 | 10185.00 |
| **Gross Pay** | | | **$300.00** | **$15,285.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 1050.94 |
| Social Security | -18.60 | 919.77 |
| Medicare | -4.35 | 215.11 |
| New York State Income | -4.00 | 477.78 |
| New York Paid Family Leave | -0.38 | 18.73 |
| New York City R Local | -3.00 | 331.99 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 18.60 |

| | |
|---|---|
| **Net Pay** | **$269.07** |

Your federal taxable wages this period are  $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

| | |
|---|---|
| Payroll Check Number: | 2439114 |
| Pay Date: | 09/21/2018 |

Pay to the
order of:      Leticia F Stidhum

This amount:   TWO HUNDRED SIXTY NINE AND 07/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$269.07



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1216**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / QLM 24008135 | 01/200 | 2439115 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

# Earnings Statement



Period Starting: 09/11/2018
Period Ending: 09/17/2018
Pay Date: 09/21/2018

Business Phone: 732-979-6956

| Taxable Marital Status: | Single | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 3 | Federal: |
| State: | 3 | State: |
| Local: | 3 | Local: |
| Social Security Number: | XXX-XX-XXXX | |

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 5100.00 |
| Commission | | 0.00 | 450.00 | 10185.00 |
| **Gross Pay** | | | **$450.00** | **$15,285.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -13.94 | 1064.88 |
| Social Security | -27.90 | 947.67 |
| Medicare | -6.52 | 221.63 |
| New York State Income | -10.62 | 488.40 |
| New York Paid Family Leave | -0.57 | 19.30 |
| New York City R Local | -7.77 | 339.76 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 19.20 |
| **Net Pay** | **$382.08** | |

Your federal taxable wages this period are $450.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number: 2439115
Pay Date: 09/21/2018

THIS IS NOT A CHECK

| Pay to the order of: | Leticia F Stidhum | |
|---|---|---|
| This amount: | THREE HUNDRED EIGHTY TWO AND 08/100 | $382.08 |

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1217**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / QLM 24008135 | 01/200 | 2452874 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting: 09/18/2018
Period Ending: 09/24/2018
Pay Date: 09/28/2018

Business Phone: 732-979-6956

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3   Tax Override:
  State: 3   Federal:
  Local: 3   State:
Social Security Number: XXX-XX-XXXX   Local:

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 5400.00 |
| Commission | | | 0.00 | 10935.00 |
| **Gross Pay** | | | **$300.00** | **$16,335.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 1064.88 |
| Social Security | -18.60 | 966.27 |
| Medicare | -4.35 | 225.98 |
| New York State Income | -4.00 | 492.40 |
| New York Paid Family Leave | -0.38 | 19.68 |
| New York City R Local | -3.00 | 342.76 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 19.80 |
| **Net Pay** | **$269.07** | |

Your federal taxable wages this period are $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number: 2452874
Pay Date: 09/28/2018

Pay to the order of: Leticia F Stidhum

This amount: TWO HUNDRED SIXTY NINE AND 07/100

THIS IS NOT A CHECK

$269.07

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1218**

Company Code   Loc/Dept   Number   Page
RB / QLM 24008135   01/200   2452875   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting:   09/18/2018
Period Ending:   09/24/2018
Pay Date:   09/28/2018

Business Phone:   732-979-6956

Taxable Marital Status:   Single
Exemptions/Allowances:   Tax Override:
   Federal:   3     Federal:
   State:   3     State:
   Local:   3     Local:
Social Security Number:   XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 5400.00 |
| Commission | | 0.00 | 750.00 | 10935.00 |
| **Gross Pay** | | | **$750.00** | **$16,335.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -49.07 | 1113.95 |
| Social Security | -46.50 | 1012.77 |
| Medicare | -10.88 | 236.86 |
| New York State Income | -28.80 | 521.20 |
| New York Paid Family Leave | -0.95 | 20.63 |
| New York City R Local | -19.85 | 362.61 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 20.40 |
| **Net Pay** | **$593.35** | |

Your federal taxable wages this period are   $750.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2452875
Pay Date:   09/28/2018

THIS IS NOT A CHECK

Pay to the
order of:    Leticia F Stidhum

This amount:    FIVE HUNDRED NINETY THREE AND 35/100

$593.35

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1219**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / QLM 24008135 | 01/200 | 2469044 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement

Period Starting:   09/25/2018
Period Ending:     10/01/2018
Pay Date:          10/05/2018

Business Phone:    732-979-6956

Taxable Marital Status:   Single
Exemptions/Allowances:         Tax Override:
  Federal:   3        Federal:
  State:     3        State:
  Local:     3        Local:
Social Security Number:   XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 5700.00 |
| Commission | | | 0.00 | 11685.00 |
| | | | | |
| Gross Pay | | | $300.00 | $17,385.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 1113.95 |
| Social Security | -18.60 | 1031.37 |
| Medicare | -4.35 | 241.21 |
| New York State Income | -4.00 | 525.20 |
| New York Paid Family Leave | -0.38 | 21.01 |
| New York City R Local | -3.00 | 365.61 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 21.00 |
| | | |
| Net Pay | $269.07 | |

Your federal taxable wages this period are  $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2469044
Pay Date:               10/05/2018

Pay to the order of:   Leticia F Stidhum

This amount:   TWO HUNDRED SIXTY NINE AND 07/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$269.07

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1220**

Company Code    Loc/Dept    Number   Page
RB7QLM 24008135   01/200    2469045   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

# Earnings Statement



Period Starting:    09/25/2018
Period Ending:    10/01/2018
Pay Date:    10/05/2018

Business Phone:    732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:    Tax Override:
   Federal:   3    Federal:
   State:   3    State:
   Local:   3    Local:
Social Security Number:    XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 5700.00 |
| Commission | | 0.00 | 750.00 | 11685.00 |
| **Gross Pay** | | | **$750.00** | **$17,385.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -49.07 | 1163.02 |
| Social Security | -46.50 | 1077.87 |
| Medicare | -10.87 | 252.08 |
| New York State Income | -28.80 | 554.00 |
| New York Paid Family Leave | -0.95 | 21.96 |
| New York City R Local | -19.85 | 385.46 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 21.60 |

| **Net Pay** | **$593.36** |
|---|---|

Your federal taxable wages this period are   $750.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2469045
Pay Date:   10/05/2018

THIS IS NOT A CHECK

Pay to the order of:    Leticia F Stidhum
This amount:    FIVE HUNDRED NINETY THREE AND 36/100

$593.36

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1221**

Company Code     Loc/Dept   Number   Page
RB / QLM 24008135   01/200   2483191   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

**Earnings Statement**



Period Starting:     10/02/2018
Period Ending:       10/08/2018
Pay Date:            10/12/2018

Business Phone:      732-979-6956

Taxable Marital Status:     Single
Exemptions/Allowances:      Tax Override:
    Federal:    3           Federal:
    State:      3           State:
    Local:      3           Local:
Social Security Number:     XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 6000.00 |
| Commission | | | 0.00 | 12585.00 |
| | | | | |
| **Gross Pay** | | | **$300.00** | **$18,585.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 1163.02 |
| Social Security | -18.60 | 1096.47 |
| Medicare | -4.35 | 256.43 |
| New York State Income | -4.00 | 558.00 |
| New York Paid Family Leave | -0.38 | 22.34 |
| New York City R Local | -3.00 | 388.46 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 22.20 |

| **Net Pay** | **$269.07** | |
|---|---|---|

Your federal taxable wages this period are  $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2483191
Pay Date:               10/12/2018

Pay to the
order of:     Leticia F Stidhum
This amount:  TWO HUNDRED SIXTY NINE AND 07/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$269.07



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1222**

Company Code    Loc/Dept   Number   Page
RB / QLM 24008135   01/200   2483192   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

# Earnings Statement



Period Starting:    10/02/2018
Period Ending:      10/08/2018
Pay Date:           10/12/2018

Business Phone:     732-979-6956

Taxable Marital Status:      Single
Exemptions/Allowances:       Tax Override:
Federal:    3              Federal:
State:      3              State:
Local:      3              Local:
Social Security Number:      XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 6000.00 |
| Commission | | 0.00 | 900.00 | 12585.00 |
| | | | | |
| Gross Pay | | | $900.00 | $18,585.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -67.07 | 1230.09 |
| Social Security | -55.80 | 1152.27 |
| Medicare | -13.05 | 269.48 |
| New York State Income | -38.30 | 596.30 |
| New York Paid Family Leave | -1.13 | 23.47 |
| New York City R Local | -26.07 | 414.53 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 22.80 |

| Net Pay | $697.98 |
|---|---|

Your federal taxable wages this period are $900.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2483192
Pay Date:               10/12/2018

Pay to the
order of:    Leticia F Stidhum
This amount:    SIX HUNDRED NINETY SEVEN AND 98/100

THIS IS NOT A CHECK

$697.98

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1223**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / QLM 24008135 | 01/200 | 2494294 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

**Earnings Statement**



Period Starting: 10/09/2018
Period Ending: 10/15/2018
Pay Date: 10/19/2018

Business Phone: 732-979-6956

| Taxable Marital Status: | Single | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 3 | Federal: |
| State: | 3 | State: |
| Local: | 3 | Local: |
| Social Security Number: | | XXX-XX-XXXX |

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 6300.00 |
| Commission | | | 0.00 | 13285.00 |
| | Gross Pay | | $300.00 | $19,585.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 1230.09 |
| Social Security | -18.60 | 1170.87 |
| Medicare | -4.35 | 273.83 |
| New York State Income | -4.00 | 600.30 |
| New York Paid Family Leave | -0.38 | 23.85 |
| New York City R Local | -3.00 | 417.53 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 23.40 |

| Net Pay | $269.07 |
|---|---|

Your federal taxable wages this period are $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number: 2494294
Pay Date: 10/19/2018

Pay to the order of: Leticia F Stidhum

This amount: TWO HUNDRED SIXTY NINE AND 07/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$269.07



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1224**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / QLM 24008135 | 01/200 | 2494295 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

# Earnings Statement

Period Starting:    10/09/2018
Period Ending:     10/15/2018
Pay Date:          10/19/2018

Business Phone:    732-979-6956

Taxable Marital Status:        Single
Exemptions/Allowances:         Tax Override:
     Federal:     3              Federal:
     State:       3              State:
     Local:       3              Local:
Social Security Number:        XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 6300.00 |
| Commission | | 0.00 | 700.00 | 13285.00 |
| Gross Pay | | | $700.00 | $19,585.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -43.07 | 1273.16 |
| Social Security | -43.40 | 1214.27 |
| Medicare | -10.15 | 283.98 |
| New York State Income | -25.64 | 625.94 |
| New York Paid Family Leave | -0.88 | 24.73 |
| New York City R Local | -17.77 | 435.30 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 24.00 |
| Net Pay | $558.49 | |

Your federal taxable wages this period are $700.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2494295
Pay Date:               10/19/2018

Pay to the order of:     Leticia F Stidhum

This amount:     FIVE HUNDRED FIFTY EIGHT AND 49/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$558.49



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1225**

Company Code    Loc/Dept    Number    Page
RB7 QLM 24008135   01/200    2508398   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

# Earnings Statement

Period Starting:    10/16/2018
Period Ending:     10/22/2018
Pay Date:          10/26/2018

Business Phone:    732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:     Tax Override:
  Federal:    3         Federal:
  State:      3         State:
  Local:      3         Local:
Social Security Number:    XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 6600.00 |
| Commission | | | 0.00 | 14085.00 |
| **Gross Pay** | | | **$300.00** | **$20,685.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 1273.16 |
| Social Security | -18.60 | 1232.87 |
| Medicare | -4.35 | 288.33 |
| New York State Income | -4.00 | 629.94 |
| New York Paid Family Leave | -0.38 | 25.11 |
| New York City R Local | -3.00 | 438.30 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 24.60 |
| **Net Pay** | **$269.07** | |

Your federal taxable wages this period are $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:    2508398
Pay Date:               10/26/2018

THIS IS NOT A CHECK

Pay to the order of:    Leticia F Stidhum

This amount:    TWO HUNDRED SIXTY NINE AND 07/100

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$269.07



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1226**

Company Code   Loc/Dept   Number   Page
RB / QLM 24008135   01/200   2508399   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

# Earnings Statement



Period Starting:   10/16/2018
Period Ending:   10/22/2018
Pay Date:   10/26/2018

Business Phone:   732-979-6956

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   3   Tax Override:
  State:   3     Federal:
  Local:   3     State:
Social Security Number:   XXX-XX-XXXX     Local:

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 6600.00 |
| Commission | | 0.00 | 800.00 | 14085.00 |
| **Gross Pay** | | | **$800.00** | **$20,685.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -55.07 | 1328.23 |
| Social Security | -49.60 | 1282.47 |
| Medicare | -11.60 | 299.93 |
| New York State Income | -31.97 | 661.91 |
| New York Paid Family Leave | -1.01 | 26.12 |
| New York City R Local | -21.92 | 460.22 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 25.20 |
| **Net Pay** | **$628.23** | |

Your federal taxable wages this period are  $800.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2508399
Pay Date:   10/26/2018

Pay to the order of:   Leticia F Stidhum

This amount:   SIX HUNDRED TWENTY EIGHT AND 23/100

THIS IS NOT A CHECK

$628.23

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1227**

**Company Code    Loc/Dept    Number    Page**
RB / QLM 24008135   01/200    2522561   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

# Earnings Statement 

Period Starting:    10/23/2018
Period Ending:     10/29/2018
Pay Date:          11/02/2018

Business Phone:    732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:     Tax Override:
  Federal:   3        Federal:
  State:     3        State:
  Local:     3        Local:
Social Security Number:   XXX-XX-XXXX

**Leticia F Stidhum**
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 6900.00 |
| Commission | | | 0.00 | 15135.00 |
| **Gross Pay** | | | **$300.00** | **$22,035.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 1328.23 |
| Social Security | -18.60 | 1301.07 |
| Medicare | -4.35 | 304.28 |
| New York State Income | -4.00 | 665.91 |
| New York Paid Family Leave | -0.38 | 26.50 |
| New York City R Local | -3.00 | 463.22 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 25.80 |
| **Net Pay** | **$269.07** | |

Your federal taxable wages this period are  $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2522561
Pay Date:              11/02/2018

Pay to the order of:    Leticia F Stidhum
This amount:    TWO HUNDRED SIXTY NINE AND 07/100

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$269.07


Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1228**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / QLM 24008135 | 01/200 | 2522562 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



| Period Starting: | 10/23/2018 |
|---|---|
| Period Ending: | 10/29/2018 |
| Pay Date: | 11/02/2018 |

Business Phone:   732-979-6956

Taxable Marital Status:     Single
Exemptions/Allowances:     Tax Override:
   Federal:     3        Federal:
   State:     3        State:
   Local:     3        Local:
Social Security Number:     XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 6900.00 |
| Commission | | 0.00 | 1050.00 | 15135.00 |
| **Gross Pay** | | | **$1,050.00** | **$22,035.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -85.07 | 1413.30 |
| Social Security | -65.10 | 1366.17 |
| Medicare | -15.23 | 319.51 |
| New York State Income | -47.79 | 713.70 |
| New York Paid Family Leave | -1.32 | 27.82 |
| New York City R Local | -32.30 | 495.52 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 26.40 |

| **Net Pay** | **$802.59** |
|---|---|

Your federal taxable wages this period are  $1,050.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2522562
Pay Date:                11/02/2018

| Pay to the order of: | Leticia F Stidhum | |
|---|---|---|
| This amount: | EIGHT HUNDRED TWO AND 59/100 | $802.59 |

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1229**

Company Code    Loc/Dept    Number    Page
RB7QLM 24008135    01/200    2535022    1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement

Period Starting:    10/30/2018
Period Ending:    11/05/2018
Pay Date:    11/09/2018

Business Phone:    732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:    Tax Override:
    Federal:    3    Federal:
    State:    3    State:
    Local:    3    Local:
Social Security Number:    XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 7200.00 |
| Commission | | 0.00 | 1050.00 | 16185.00 |
| Gross Pay | | | $1,050.00 | $23,385.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -85.07 | 1498.37 |
| Social Security | -65.10 | 1449.87 |
| Medicare | -15.22 | 339.08 |
| New York State Income | -47.79 | 765.49 |
| New York Paid Family Leave | -1.32 | 29.52 |
| New York City R Local | -32.30 | 530.82 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 27.60 |

| Net Pay | $802.60 |
|---|---|

Your federal taxable wages this period are  $1,050.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:    2535022
Pay Date:    11/09/2018

Pay to the
order of:    Leticia F Stidhum

This amount:    EIGHT HUNDRED TWO AND 60/100

THIS IS NOT A CHECK

$802.60

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

## D1230

Company Code      Loc/Dept   Number   Page
RB / QLM 24008135  01/200    2548876  1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

# Earnings Statement



Period Starting:    11/06/2018
Period Ending:      11/12/2018
Pay Date:           11/16/2018

Business Phone:     732-979-6956

Taxable Marital Status:         Single
Exemptions/Allowances:          Tax Override:
    Federal:    3               Federal:
    State:      3               State:
    Local:      3               Local:
Social Security Number:    XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 7500.00 |
| Commission | | | 0.00 | 17085.00 |
| **Gross Pay** | | | **$300.00** | **$24,585.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 1498.37 |
| Social Security | -18.60 | 1468.47 |
| Medicare | -4.35 | 343.43 |
| New York State Income | -4.00 | 769.49 |
| New York Paid Family Leave | -0.38 | 29.90 |
| New York City R Local | -3.00 | 533.82 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 28.20 |
| **Net Pay** | **$269.07** | |

Your federal taxable wages this period are  $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2548876
Pay Date:               11/16/2018

Pay to the
order of:          Leticia F Stidhum
This amount:       TWO HUNDRED SIXTY NINE AND 07/100                    $269.07

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1231**

Company Code  Loc/Dept  Number  Page
RB / QLM 24008135  01/200  2548877  1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

**Earnings Statement** 

Period Starting:  11/06/2018
Period Ending:  11/12/2018
Pay Date:  11/16/2018

Business Phone:  732-979-6956

Taxable Marital Status:  Single
Exemptions/Allowances:  Tax Override:
Federal:  3  Federal:
State:  3  State:
Local:  3  Local:
Social Security Number:  XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 7500.00 |
| Commission | | 0.00 | 900.00 | 17085.00 |
| **Gross Pay** | | | **$900.00** | $24,585.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -67.07 | 1565.44 |
| Social Security | -55.80 | 1524.27 |
| Medicare | -13.05 | 356.48 |
| New York State Income | -38.30 | 807.79 |
| New York Paid Family Leave | -1.13 | 31.03 |
| New York City R Local | -26.07 | 559.89 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 28.80 |

| **Net Pay** | **$697.98** |
|---|---|

Your federal taxable wages this period are  $900.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:  2548877
Pay Date:  11/16/2018

Pay to the order of:  Leticia F Stidhum
This amount:  SIX HUNDRED NINETY SEVEN AND 98/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE  VOID - NON NEGOTIABLE

$697.98



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1232**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / QLM 24008135 | 01/200 | 2562199 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



| Period Starting: | 11/13/2018 |
|---|---|
| Period Ending: | 11/19/2018 |
| Pay Date: | 11/23/2018 |

Business Phone:  732-979-6956

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
   Federal: 3    Federal:
   State: 3    State:
   Local: 3    Local:
Social Security Number: XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 7800.00 |
| Commission | | | 0.00 | 17085.00 |
| **Gross Pay** | | | **$300.00** | **$24,885.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 1565.44 |
| Social Security | -18.60 | 1542.87 |
| Medicare | -4.35 | 360.83 |
| New York State Income | -4.00 | 811.79 |
| New York Paid Family Leave | -0.38 | 31.41 |
| New York City R Local | -3.00 | 562.89 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 29.40 |
| **Net Pay** | **$269.07** | |

Your federal taxable wages this period are  $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

| Payroll Check Number: | 2562199 |
|---|---|
| Pay Date: | 11/23/2018 |

Pay to the order of:  Leticia F Stidhum

This amount:  TWO HUNDRED SIXTY NINE AND 07/100

NOT A CHECK

THIS IS

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$269.07

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356



**D1233**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / QLM 24008135 | 01/200 | 2564131 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

# Earnings Statement



| Period Starting: | 11/13/2018 |
|---|---|
| Period Ending: | 11/19/2018 |
| Pay Date: | 11/23/2018 |

Business Phone: 732-979-6956

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal: 3     Federal:
  State: 3     State:
  Local: 3     Local:
Social Security Number:   XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 7800.00 |
| Commission | | 0.00 | 1375.00 | 18460.00 |
| **Gross Pay** | | | **$1,375.00** | **$26,260.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -156.09 | 1721.53 |
| Social Security | -85.25 | 1628.12 |
| Medicare | -19.94 | 380.77 |
| New York State Income | -68.37 | 880.16 |
| New York Paid Family Leave | -1.73 | 33.14 |
| New York City R Local | -45.86 | 608.75 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 30.00 |

| **Net Pay** | **$997.16** |
|---|---|

Your federal taxable wages this period are  $1,375.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

| Payroll Check Number: | 2564131 |
|---|---|
| Pay Date: | 11/23/2018 |

THIS IS NOT A CHECK

Pay to the order of:   Leticia F Stidhum

This amount:   NINE HUNDRED NINETY SEVEN AND 16/100

$997.16

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1234**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / QLM 24008135 | 01/200 | 2576562 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement

Period Starting: 11/20/2018
Period Ending: 11/26/2018
Pay Date: 11/30/2018

Business Phone: 732-979-6956

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 3   Federal:
  State: 3   State:
  Local: 3   Local:
Social Security Number: XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 8100.00 |
| Commission | | | 0.00 | 18910.00 |
| **Gross Pay** | | | **$300.00** | **$27,010.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 1721.53 |
| Social Security | -18.60 | 1646.72 |
| Medicare | -4.35 | 385.12 |
| New York State Income | -4.00 | 884.16 |
| New York Paid Family Leave | -0.38 | 33.52 |
| New York City R Local | -3.00 | 611.75 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 30.60 |

| Net Pay | $269.07 |
|---|---|

Your federal taxable wages this period are  $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number: 2576562
Pay Date: 11/30/2018

Pay to the order of: Leticia F Stidhum

This amount: TWO HUNDRED SIXTY NINE AND 07/100

**NOT A CHECK**

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$269.07

**THIS IS NOT**

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356



**D1235**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / QLM 24008135 | 01/200 | 2576563 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting: 11/20/2018
Period Ending: 11/26/2018
Pay Date: 11/30/2018

Business Phone: 732-979-6956

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
   Federal:  3      Federal:
   State:    3      State:
   Local:    3      Local:
Social Security Number: XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 8100.00 |
| Commission | | 0.00 | 450.00 | 18910.00 |
| **Gross Pay** | | | **$450.00** | **$27,010.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -13.94 | 1735.47 |
| Social Security | -27.90 | 1674.62 |
| Medicare | -6.53 | 391.65 |
| New York State Income | -10.62 | 894.78 |
| New York Paid Family Leave | -0.57 | 34.09 |
| New York City R Local | -7.77 | 619.52 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 31.20 |
| **Net Pay** | **$382.07** | |

Your federal taxable wages this period are  $450.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number: 2576563
Pay Date: 11/30/2018

Pay to the order of: Leticia F Stidhum

This amount: THREE HUNDRED EIGHTY TWO AND 07/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$382.07

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356



**D1236**

Case 1:21-cv-07163-OEM-LB   Document 106-8   Filed 03/27/24   Page 51 of 64 PageID #: 2886

Company Code    Loc/Dept    Number  Page
RB / QLM 24008135   01/200    2589288  1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

# Earnings Statement



Period Starting:    11/27/2018
Period Ending:     12/03/2018
Pay Date:          12/07/2018

Business Phone:    732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:     Tax Override:
   Federal:   3      Federal:
   State:     3      State:
   Local:     3      Local:
Social Security Number:    XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 8400.00 |
| Commission | | | 0.00 | 20510.00 |
| **Gross Pay** | | | **$300.00** | **$28,910.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 1735.47 |
| Social Security | -18.60 | 1693.22 |
| Medicare | -4.35 | 396.00 |
| New York State Income | -4.00 | 898.78 |
| New York Paid Family Leave | -0.38 | 34.47 |
| New York City R Local | -3.00 | 622.52 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 31.80 |
| **Net Pay** | **$269.07** | |

Your federal taxable wages this period are  $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:  2589288
Pay Date:              12/07/2018

Pay to the order of:    Leticia F Stidhum

This amount:    TWO HUNDRED SIXTY NINE AND 07/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$269.07



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1237**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / QLM 24008135 | 01/200 | 2589289 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting: 11/27/2018
Period Ending: 12/03/2018
Pay Date: 12/07/2018

Business Phone: 732-979-6956

Taxable Marital Status: Single
Exemptions/Allowances: Tax Override:
  Federal: 3     Federal:
  State: 3     State:
  Local: 3     Local:
Social Security Number: XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 8400.00 |
| Commission | | 0.00 | 1600.00 | 20510.00 |
| **Gross Pay** | | | **$1,600.00** | **$28,910.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -205.59 | 1941.06 |
| Social Security | -99.20 | 1792.42 |
| Medicare | -23.20 | 419.20 |
| New York State Income | -82.61 | 981.39 |
| New York Paid Family Leave | -2.02 | 36.49 |
| New York City R Local | -55.42 | 677.94 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 32.40 |

| **Net Pay** | **$1,131.36** |
|---|---|

Your federal taxable wages this period are $1,600.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number: 2589289
Pay Date: 12/07/2018

Pay to the order of: Leticia F Stidhum

This amount: ONE THOUSAND ONE HUNDRED THIRTY ONE AND 36/100

$1,131.36

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1238**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / QLM 24008135 | 01/200 | 2603867 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement

Period Starting: 12/04/2018
Period Ending: 12/10/2018
Pay Date: 12/14/2018

Business Phone: 732-979-6956

Taxable Marital Status:     Single
Exemptions/Allowances:          Tax Override:
   Federal:  3          Federal:
   State:  3          State:
   Local:  3          Local:
Social Security Number:  XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 8700.00 |
| Commission | | | 0.00 | 21335.00 |
| **Gross Pay** | | | **$300.00** | **$30,035.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 1941.06 |
| Social Security | -18.60 | 1811.02 |
| Medicare | -4.35 | 423.55 |
| New York State Income | -4.00 | 985.39 |
| New York Paid Family Leave | -0.38 | 36.87 |
| New York City R Local | -3.00 | 680.94 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 33.00 |

| **Net Pay** | **$269.07** |
|---|---|

Your federal taxable wages this period are $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number: 2603867
Pay Date: 12/14/2018

THIS IS NOT A CHECK

Pay to the
order of:
This amount:

Leticia F Stidhum

TWO HUNDRED SIXTY NINE AND 07/100

$269.07

VOID - NON NEGOTIABLE     VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1239**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / QLM 24008135 | 01/200 | 2603868 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



| | |
|---|---|
| Period Starting: | 12/04/2018 |
| Period Ending: | 12/10/2018 |
| Pay Date: | 12/14/2018 |

Business Phone:   732-979-6956

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
  Federal:   3          Federal:
  State:     3          State:
  Local:     3          Local:
Social Security Number:    XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 8700.00 |
| Commission | | 0.00 | 825.00 | 21335.00 |
| Gross Pay | | | $825.00 | $30,035.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -58.07 | 1999.13 |
| Social Security | -51.15 | 1862.17 |
| Medicare | -11.96 | 435.51 |
| New York State Income | -33.55 | 1018.94 |
| New York Paid Family Leave | -1.04 | 37.91 |
| New York City R Local | -22.96 | 703.90 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 33.60 |
| Net Pay | $645.67 | |

Your federal taxable wages this period are  $825.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:  2603868
Pay Date:  12/14/2018

Pay to the order of:   Leticia F Stidhum
This amount:   SIX HUNDRED FORTY FIVE AND 67/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$645.67



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1240**

**Company Code**    **Loc/Dept**    **Number**   **Page**
RB / QLM 24008135    01/200    2619266   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

# Earnings Statement



Period Starting:    12/11/2018
Period Ending:    12/17/2018
Pay Date:    12/21/2018

Business Phone:    732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal:   3     Tax Override:
   State:   3      Federal:
   Local:   3      State:
   Social Security Number:   XXX-XX-XXXX    Local:

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 9000.00 |
| Commission | | | 0.00 | 21960.00 |
| **Gross Pay** | | | **$300.00** | **$30,960.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 1999.13 |
| Social Security | -18.60 | 1880.77 |
| Medicare | -4.35 | 439.86 |
| New York State Income | -4.00 | 1022.94 |
| New York Paid Family Leave | -0.38 | 38.29 |
| New York City R Local | -3.00 | 706.90 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 34.20 |

| **Net Pay** | **$269.07** |
|---|---|

Your federal taxable wages this period are $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2619266
Pay Date:   12/21/2018

Pay to the
order of:    Leticia F Stidhum
This amount:    TWO HUNDRED SIXTY NINE AND 07/100

THIS IS NOT A CHECK

$269.07

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1241**

Company Code   Loc/Dept   Number   Page
RB / QLM 24008135   01/200   2619267   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

# Earnings Statement



Period Starting:    12/11/2018
Period Ending:      12/17/2018
Pay Date:           12/21/2018

Business Phone:     732-979-6956

Taxable Marital Status:      Single
Exemptions/Allowances:       Tax Override:
   Federal:    3            Federal:
   State:      3            State:
   Local:      3            Local:
Social Security Number:      XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 9000.00 |
| Commission | | 0.00 | 625.00 | 21960.00 |
| **Gross Pay** | | | **$625.00** | **$30,960.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -34.07 | 2033.20 |
| Social Security | -38.75 | 1919.52 |
| Medicare | -9.06 | 448.92 |
| New York State Income | -20.89 | 1043.83 |
| New York Paid Family Leave | -0.79 | 39.08 |
| New York City R Local | -14.68 | 721.58 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 34.80 |

| Net Pay | $506.16 |
|---|---|

Your federal taxable wages this period are  $625.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2619267
Pay Date:               12/21/2018

Pay to the order of:   Leticia F Stidhum

This amount:   FIVE HUNDRED SIX AND 16/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$506.16

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356



**D1242**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB7QLM 24008135 | 01/200 | 2635596 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement

Period Starting: 12/18/2018
Period Ending: 12/24/2018
Pay Date: 12/28/2018

Business Phone: 732-979-6956

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3    Tax Override:
  State: 3    Federal:
  Local: 3    State:
Social Security Number: XXX-XX-XXXX    Local:

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 9300.00 |
| Commission | | | 0.00 | 22460.00 |
| **Gross Pay** | | | **$300.00** | **$31,760.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 2033.20 |
| Social Security | -18.60 | 1938.12 |
| Medicare | -4.35 | 453.27 |
| New York State Income | -4.00 | 1047.83 |
| New York Paid Family Leave | -0.38 | 39.46 |
| New York City R Local | -3.00 | 724.58 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 35.40 |
| **Net Pay** | **$269.07** | |

Your federal taxable wages this period are  $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number: 2635596
Pay Date: 12/28/2018

Pay to the order of: Leticia F Stidhum
This amount: TWO HUNDRED SIXTY NINE AND 07/100

**THIS IS NOT A CHECK**

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$269.07



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1243**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RB / QLM 24008135 | 01/200 | 2635597 | 1 of 1 |

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

**Earnings Statement** 

| | |
|---|---|
| Period Starting: | 12/18/2018 |
| Period Ending: | 12/24/2018 |
| Pay Date: | 12/28/2018 |

Business Phone:   732-979-6956

| Taxable Marital Status: | Single | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 3 | Federal: |
| State: | 3 | State: |
| Local: | 3 | Local: |
| Social Security Number: | | XXX-XX-XXXX |

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 9300.00 |
| Commission | | 0.00 | 500.00 | 22460.00 |
| **Gross Pay** | | | **$500.00** | **$31,760.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -19.07 | 2052.27 |
| Social Security | -31.00 | 1969.12 |
| Medicare | -7.25 | 460.52 |
| New York State Income | -13.47 | 1061.30 |
| New York Paid Family Leave | -0.63 | 40.09 |
| New York City R Local | -9.74 | 734.32 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 36.00 |

| Net Pay | $418.24 |
|---|---|

Your federal taxable wages this period are  $500.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2635597
Pay Date:   12/28/2018

Pay to the order of:   Leticia F Stidhum
This amount:   FOUR HUNDRED EIGHTEEN AND 24/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$418.24



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1244**

Company Code   Loc/Dept   Number   Page
RB / QLM 24008135   01/200   2643784   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

# Earnings Statement



Period Starting:     12/25/2018
Period Ending:      12/31/2018
Pay Date:            01/04/2019

Business Phone:     732-979-6956

Taxable Marital Status:      Single
Exemptions/Allowances:       Tax Override:
    Federal:     3           Federal:
    State:       3           State:
    Local:       3           Local:
Social Security Number:      XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|----------|------|-------------|-------------|--------------|
| Regular | | 0.00 | 300.00 | 300.00 |
| Commission | | | 0.00 | 350.00 |
| **Gross Pay** | | | **$300.00** | **$650.00** |

| Statutory Deductions | this period | year to date |
|----------------------|-------------|--------------|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.60 | 18.60 |
| Medicare | -4.35 | 4.35 |
| New York State Income | -4.00 | 4.00 |
| New York Paid Family Leave | -0.46 | 0.46 |
| New York City R Local | -3.00 | 3.00 |

| Voluntary Deductions | this period | year to date |
|----------------------|-------------|--------------|
| New York voluntary disability | -0.60 | 0.60 |

| Net Pay | $268.99 |
|---------|---------|

Your federal taxable wages this period are  $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2643784
Pay Date:                01/04/2019

Pay to the order of:     Leticia F Stidhum

This amount:   TWO HUNDRED SIXTY EIGHT AND 99/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE   VOID - NON NEGOTIABLE

$268.99



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1245**

Company Code    Loc/Dept   Number   Page
**RB / QLM 24008135   01/200   2643785   1 of 1**
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting:     12/25/2018
Period Ending:     12/31/2018
Pay Date:     01/04/2019

Business Phone:     732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:
    Federal:    3      Tax Override:
    State:     3      Federal:
    Local:     3      State:
Social Security Number:    XXX-XX-XXXX    Local:

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 300.00 |
| Commission | | 0.00 | 350.00 | 350.00 |
| **Gross Pay** | | | **$350.00** | **$650.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -3.46 | 3.46 |
| Social Security | -21.70 | 40.30 |
| Medicare | -5.08 | 9.43 |
| New York State Income | -6.00 | 10.00 |
| New York Paid Family Leave | -0.54 | 1.00 |
| New York City R Local | -4.48 | 7.48 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 1.20 |
| **Net Pay** | **$308.14** | |

Your federal taxable wages this period are  $350.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:    2643785
Pay Date:    01/04/2019

Pay to the order of:    Leticia F Stidhum

This amount:    THREE HUNDRED EIGHT AND 14/100

THIS IS NOT A CHECK

$308.14

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1246**

**Company Code**    **Loc/Dept**    **Number**   **Page**
RB7 QLM 24008135   01/200    2660658   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting:    01/01/2019
Period Ending:    01/07/2019
Pay Date:    01/11/2019

Business Phone:    732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:    Tax Override:
   Federal:   3      Federal:
   State:   3      State:
   Local:   3      Local:
Social Security Number:    XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 300.00 | 600.00 |
| Commission | | | 0.00 | 1175.00 |
| **Gross Pay** | | | **$300.00** | **$1,775.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 3.46 |
| Social Security | -18.60 | 58.90 |
| Medicare | -4.35 | 13.78 |
| New York State Income | -4.00 | 14.00 |
| New York Paid Family Leave | -0.46 | 1.46 |
| New York City R Local | -3.00 | 10.48 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 1.80 |

| **Net Pay** | **$268.99** | |
|---|---|---|

Your federal taxable wages this period are   $300.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:    2660658
Pay Date:    01/11/2019

Pay to the order of:
This amount:

Leticia F Stidhum

TWO HUNDRED SIXTY EIGHT AND 99/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$268.99



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1247**

Company Code    Loc/Dept    Number   Page
RB7 QLM 24008135   01/200    2660659   1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

# Earnings Statement



Period Starting:     01/01/2019
Period Ending:     01/07/2019
Pay Date:         01/11/2019

Business Phone:     732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:    Tax Override:
    Federal:    3        Federal:
    State:      3        State:
    Local:      3        Local:
Social Security Number:    XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 600.00 |
| Commission | | 0.00 | 825.00 | 1175.00 |
| **Gross Pay** | | | **$825.00** | **$1,775.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -57.42 | 60.88 |
| Social Security | -51.15 | 110.05 |
| Medicare | -11.96 | 25.74 |
| New York State Income | -33.29 | 47.29 |
| New York Paid Family Leave | -1.26 | 2.72 |
| New York City R Local | -22.96 | 33.44 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 2.40 |
| **Net Pay** | **$646.36** | |

Your federal taxable wages this period are   $825.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:    2660659
Pay Date:             01/11/2019

THIS IS NOT A CHECK

Pay to the order of:

Leticia F Stidhum

This amount:    SIX HUNDRED FORTY SIX AND 36/100

**$646.36**

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1248**

**Company Code    Loc/Dept    Number   Page**
RB7QLM 24008135   01/200      2671279  1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting:      01/08/2019
Period Ending:        01/14/2019
Pay Date:             01/18/2019

Business Phone:       732-979-6956

Taxable Marital Status:    Single
Exemptions/Allowances:     Tax Override:
   Federal:    3          Federal:
   State:      3          State:
   Local:      3          Local:
Social Security Number:    XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 800.00 |
| Commission | | 0.00 | 350.00 | 1525.00 |
| **Gross Pay** | | | **$350.00** | **$2,325.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -3.46 | 64.34 |
| Social Security | -21.70 | 144.15 |
| Medicare | -5.07 | 33.71 |
| New York State Income | -6.00 | 53.29 |
| New York Paid Family Leave | -0.54 | 3.57 |
| New York City R Local | -4.48 | 38.87 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 3.60 |
| **Net Pay** | **$308.15** | |

Your federal taxable wages this period are  $350.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number:   2671279
Pay Date:               01/18/2019

Pay to the
order of:      Leticia F Stidhum

This amount:   THREE HUNDRED EIGHT AND 15/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$308.15



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1249**

Case 1:21-cv-07163-OEM-LB Document 106-8 Filed 03/27/24 Page 64 of 64 PageID #: 2899

Company Code | Loc/Dept | Number | Page
RB7QLM 24008135 | 01/200 | 2671278 | 1 of 1
161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

## Earnings Statement



Period Starting: 01/08/2019
Period Ending: 01/14/2019
Pay Date: 01/18/2019

Business Phone: 732-979-6956

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 3    Tax Override:
State: 3      Federal:
Local: 3      State:
              Local:
Social Security Number: XXX-XX-XXXX

Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 200.00 | 800.00 |
| Commission | | | 0.00 | 1525.00 |
| **Gross Pay** | | | **$200.00** | **$2,325.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 60.88 |
| Social Security | -12.40 | 122.45 |
| Medicare | -2.90 | 28.64 |
| New York State Income | 0.00 | 47.29 |
| New York Paid Family Leave | -0.31 | 3.03 |
| New York City R Local | -0.95 | 34.39 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| New York voluntary disability | -0.60 | 3.00 |

| **Net Pay** | **$182.84** |
|---|---|

Your federal taxable wages this period are $200.00

161-10 Hillside Ave Auto LLC
161-10 Hillside Ave
Jamaica, NY 11432

63-8413/2670

Payroll Check Number: 2671278
Pay Date: 01/18/2019

Pay to the order of: Leticia F Stidhum

This amount: ONE HUNDRED EIGHTY TWO AND 84/100

THIS IS NOT A CHECK

$182.84

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE



Leticia F Stidhum
12406 13 Ave
College Point, NY 11356

**D1250**