# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

April 3, 2024

<u>Via FedEx</u>
Hon. Orelia E. Merchant, U.S.D.J.
United States District Judge, E.D.N.Y.
225 Cadman Plaza East
Brookly, New York 11201

**Re:** Leticia Francine Stidhum v. 161-10 Hillside Auto Ave LLC d/b/a Hillside Auto Outlet *et al.*
**Case No.: 21-cv-7163**

Dear Judge Merchant,

We represent the Defendants in the above-referenced matter. In accordance with Rule III(F)(3) of this Court's Individual Practice and Rules, enclosed please find courtesy copies of Defendants' Reply in Support of its Motion for Summary Judgment. A breakdown of the contents are below:

**ECF Docket Entry 99 – Defendants' Notice of Motion for Summary Judgment**
**ECF Docket Entry 100–Defendants' Memorandum in Support of Motion for Summary Judgment**
**ECF Docket Entry 101- Defendants' Rule 56.1 Statement of Undisputed Facts**
**ECF Docket Entry 102- Defendants' Affidavit/Declaration in Support of Motion for Summary Judgment**

> Exhibit A – New York State Department of State's Division of Corporations entity information of 161-10 Hillside Ave, LLC d/b/a Hillside Auto Outlet;
> Exhibit B – Defendants' Supplemental Responses to Plaintiff's First Set of Interrogatories dated March 7, 2023;
> Exhibit C - New York State Department of State's Division of Corporations entity information of Hillside Auto Mall Inc. d/b/a Hillside Auto Mall;
> Exhibit D – Copy of text messages between Plaintiff and others at Hillside Auto Outlet;
> Exhibit E – Plaintiff's Complaint dated December 29, 2021;
> Exhibit F – Plaintiff's payroll records Bates stamped D1186-D1250;
> Exhibit G – Plaintiff's criminal records related to uttering forged instruments;
> Exhibit H – transcript of the Deposition of Deanna Jennings, a corporate representative of 161-10 Hillside Auto Ave, LLC

        d/b/a Hillside Auto Outlet and Hillside Auto Mall d/b/a Hillside Auto Mall, dated March 10, 2023;
        Exhibit I – Transcript of the Deposition of Ishaque Thanwalla, dated February 24, 2023;
        Exhibit J – Transcript of the Deposition of Andris Guzman, dated March 9, 2023;
        Exhibit K – Transcript of the Deposition of Leticia Francine Stidhum, dated February 17, 2023;
        Exhibit L – Transcript of the Deposition of Jory Baron, dated March 3, 2023;
        Exhibit M – Declaration of Serge Zanaan, dated October 10, 2022.

**ECF Docket Entry 103** – Defendants' Reply in Support of Motion for Summary Judgment

**ECF Docket Entry 104** – Defendants' Rule 56.1 Reply to Counter Statement of Material Facts in Support of Motion for Summary Judgment

**ECF Docket Entry 105** – Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment

**ECF Docket Entry 106** – Plaintiff's Affidavit in Opposition to Defendants' Motion for Summary Judgment

        Exhibit 1 – Affidavit of Leticia Stidhum;
        Exhibit 2 – Deposition Transcript of Leticia Stidhum;
        Exhibit 3 – Deposition Transcript of Ishaque Thanwalla;
        Exhibit 4 – Deposition Transcript of Andris Guzman;
        Exhibit 5 – Deposition Transcript of Jory Baron;
        Exhibit 6 – Deposition Transcript of Corporate Witness Deanna Jennings;
        Exhibit 7 – Text Messages between Leticia Stidhum and Ishaque Thanwalla;
        Exhibit 8 – D1187-D1250 Paystubs of Plaintiff Leticia Stidhum;
        Exhibit 9 – Supplemental Responses to Interrogatory 7;
        Exhibit 10 – D1253-1447 Paystubs pf Comparators; and
        Exhibit 11 – Jennings' Jackson Affidavit
        Exhibit 12 – Additional Supplemental Declaration of Jennings
        Exhibit 13 – Plaintiff's Counter 56.1 Statement

We thank the Court for its consideration of this matter.

        Respectfully submitted,
        **MILMAN LABUDA LAW GROUP PLLC**
        /s/ *Joseph M. Labuda*
        Joseph M. Labuda, Esq.

Encl.
cc: Magistrate Lois Bloom and all counsel of record (Via ECF)