UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LETICIA FRANCINE STIDHUM,

                        Plaintiff,                  JUDGMENT

    v.                                                      21-CV-07163 (OEM) (LB)

161-10 HILLSIDE AUTO AVE, LLC d/b/a
HILLSIDE AUTO OUTLET, HILLSIDE
AUTO MALL INC d/b/a HILLSIDE AUTO
MALL, ISHAQUE THANWALLA,
JORY BARON, and ANDRIS GUZMAN,

                        Defendants.
----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Orelia E. Merchant, United States District Court, having been filed on January 29, 2025, granting in part Defendants' motion for summary judgment as to Plaintiff's federal law and NYSHRL sex discrimination claims and denying as to Plaintiff's NYSHRL disability discrimination claim and NYCHRL sex discrimination claim because the Court declines supplemental jurisdiction; and dismissing Plaintiff's NYCHRL claims and NYSHRL disability discrimination claims without prejudice to refiling in state court; it is

       ORDERED and ADJUDGED that Defendants' motion for summary judgment is GRANTED in part, as to Plaintiff's federal law and NYSHRL sex discrimination claims and denied as to Plaintiff's NYSHRL disability discrimination claim and NYCHRL sex discrimination claim because the Court declines supplemental jurisdiction; and that Plaintiff's NYCHRL claims and NYSHRL disability discrimination claims are dismissed without prejudice to refiling in state court.

Dated: Brooklyn, New York                 Brenna B. Mahoney
January 30, 2025                          Clerk of Court

                                                     By:    _/s/Jalitza Poveda_
                                                                   Deputy Clerk