**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
LETICIA FRANCINE STIDHUM,

                      Plaintiff,

                      Case No.:21-CV-07163 (OEM) (LB)

    v.

161-10 HILLSIDE AUTO AVE, LLC         **NOTICE OF APPEAL**
    D/B/A  HILLSIDE AUTO OUTLET,
HILLSIDE AUTO MALL INC
    D/B/A HILLSIDE AUTO MALL,
ISHAQUE THANWALLA,
JORY BARON, and
ANDRIS GUZMAN,
                    Defendants/Respondents.
-------------------------------------------------------------------x

      NOTICE IS HEREBY GIVEN that the following parties: LETICIA FRANCINE STIDHUM, in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the Order granting Defendants' Motion for Summary Judgment in part, as to Plaintiff's federal law and NYSHRL sex discrimination claims and denying as to Plaintiff's NYSHRL disability discrimination claim and NYCHRL sex discrimination claim because the Court declines supplemental jurisdiction.

Dated: Flushing, NY
       February 28, 2025

                                            Troy Law, PLLC

                                            */s/ John Troy*
                                            John Troy
                                            41-25 Kissena Boulevard
                                            Suite 110
                                            Flushing, NY 11355
                                            (718) 762-1324
                                            troylaw@troypllc.com
                                            *Attorneys for Plaintiff*